United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                        NO. 3:21-mj-1127-PDB

**KRISTOPHER JUSTINBOYER ERVIN**

# Clerk's Minutes

| **Proceeding** | Initial Appearance |
|---|---|
| **Date** | March 3, 2021 |
| **Time** | 3:31—45 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Laura Taylor, Assistant United States Attorney |
| | Mai Tran, Assistant United States Attorney |
| **Counsel for Defendant** | Neil Weinreb, Esquire |
| **Pretrial Services Officer** | Jim Haskett, United States Pretrial Services Officer |
| **Digital/Reporter** | Digital |

Mr. Ervin was arrested on a complaint based on a sworn affidavit out of Jacksonville, Florida.

Judge Barksdale advised Mr. Ervin of his right to remain silent.

Judge Barksdale asked Mr. Ervin questions to assess competency.

Mr. Ervin stated he has received a copy of the complaint.

Judge Barksdale ordered the United States to produce *Brady* material and explained the sanctions for failing to do so. A written order will follow.

Judge Barksdale advised Mr. Ervin of the charge, the possible penalties, the right to counsel, and the right to self-representation. Mr. Weinreb stated he is making a limited appearance for today and moved to continue the detention hearing.

Mr. Coolican moved for Mr. Ervin's detention and for a continuance of the detention hearing. Judge Barksdale granted the motion to continue, scheduled the status-of-counsel and detention hearings for **March 5, 2021, at 10:00 a.m.,** and will enter an order detaining Mr. Ervin until that time.

Judge Barksdale advised Mr. Ervin of his rights to detention and preliminary hearings and scheduled the preliminary hearing for **March 17, 2021, at 10:00 a.m.**