United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                              NO. 3:21-mj-1127-PDB

**KRISTOPHER JUSTINBOYER ERVIN**

## Clerk's Minutes

| Proceeding | Status-of-Counsel and Detention Hearings |
|---|---|
| Date | March 5, 2021 |
| Time | 10:03—14 a.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for United States | Laura Taylor, Assistant United States Attorney<br>Mai Tran, Assistant United States Attorney |
| Counsel for Defendant | Neil Weinreb, Esquire<br>Susan Yazgi, Assistant Federal Defender (by telephone) |
| Digital/Reporter | Digital |

Mr. Weinreb stated that Mr. Ervin was unable to retain him as private counsel.

Mr. Ervin requested court-appointed counsel. Ms. Taylor provided the United States' position regarding Mr. Ervin's funds. Based on the United States' representation, Judge Barksdale appointed the Federal Defender's Office to represent Mr. Ervin in this case. A written order will follow.

Ms. Yazgi moved to continue the detention hearing. Judge Barksdale granted the motion and scheduled the detention hearing for **March 9, 2021, at 2:30 p.m.**, before Magistrate Judge James Klindt.