United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.     No. 3:21-mj-1127-PDB

**KRISTOPHER JUSTINBOYER ERVIN**

___

# Order Appointing Counsel

At a status-of-counsel hearing, the Court found the defendant has insufficient financial resources within the meaning of 18 U.S.C. § 3006A to retain counsel to represent him. The Court appoints the Federal Defender's Office to represent him in this matter.

**Ordered** in Jacksonville, Florida, on March 5, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   Laura Taylor, Assistant United States Attorney
     Susan Yazgi, Assistant Federal Defender