# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                          Case No.   3:21-mj-1127-PDB

**KRISTOPHER JUSTINBOYER ERVIN**         Defense Atty: Lisa Call, Esquire
AUSA: Laura Cofer Taylor, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 3/9/2021<br>2:30 p.m. to 2:41 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Angela Loeschen | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL | Daniel Dumpit |

## CLERK'S MINUTES

**PROCEEDINGS:**           **DETENTION HEARING**

Finding good cause and without objection from the Government, Defendant's oral motion to continue the detention hearing is **GRANTED.**

Detention hearing set for **Monday, March 15, 2021, at 2:00 p.m. before United States Magistrate Judge Patricia D. Barksdale.**

**Order to enter.**