UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        Case No. 3:21-mj-1127-PDB

KRISTOPHER JUSTINBOYER ERVIN

## O R D E R

This cause came before the Court at the scheduled detention hearing on March 9, 2021. During the hearing, Defendant made an oral motion to continue the detention hearing, with no objection from the Government. The Court finds good cause for the continuance pursuant to 18 U.S.C. § 3142(f)(2) and makes this finding based upon the timing of Defense counsel's appointment and the need for time to adequately prepare for the hearing. Accordingly, it is

ORDERED:

1. Defendant's oral motion to continue the detention hearing is **GRANTED**.

2. The detention hearing in this matter is continued to **March 15, 2021, at 2:00 p.m.** in **Courtroom 5B** before United States Magistrate Judge Patricia D. Barksdale. Pending this hearing, Defendant shall remain in the custody of the United States Marshal.

**DONE AND ORDERED** at Jacksonville, Florida on March 9, 2021.

_____
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorney (Taylor)
Lisa Call, Esquire
United States Pretrial Services