United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                          NO. 3:21-cr-22-MMH-MCR

**KRISTOPHER JUSTINBOYER ERVIN**

___

# Order

A member of the press called chambers to request permission to bring a laptop computer or tablet to today's proceeding. Under Local Rule 7.02(a)(2), a credentialed member of the press may bring a laptop computer or tablet to today's proceeding, which is at 2:00 p.m., in Courtroom 5B.

Please be advised that, under Federal Rule of Criminal Procedure 53, "the court must not permit the taking of photographs in the courtroom during judicial proceedings or the broadcasting of judicial proceedings from the courtroom," and under Local Rule 5.01, "No one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video."

**Ordered** in Jacksonville, Florida, on March 15, 2021.

___

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   U.S. Marshal Service
     Court Security Officer Division Mgr.