United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                            NO. 3:21-cr-22-MMH-MCR

**KRISTOPHER JUSTINBOYER ERVIN**

___

# Clerk's Minutes

| Proceeding | Arraignment and Detention Hearings |
|---|---|
| Date | March 15, 2021 |
| Time | 2:02–3:06 p.m., Recess, 3:19–23 p.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for United States | Laura Taylor, Assistant United States Attorney |
| Counsel for Defendant | Lisa Call, Assistant Federal Defender |
| Filed in Open Court | Notice of Acceptance of General Discovery |
| Digital/Reporter | Digital |

Judge Barksdale advised Mr. Ervin of his rights, the charge, and the possible penalties.

Judge Barksdale asked Mr. Ervin questions to assess competency.

Mr. Ervin stated that he has received a copy of the indictment.

Mr. Ervin entered a plea of not guilty to count one of the indictment.

Ms. Call stated Mr. Ervin is willing to accept general discovery under the Court's standing discovery order and filed a notice of acceptance of general discovery in open court. Ms. Taylor stated that discovery will be provided by March 24, 2021. Ms. Taylor and Ms. Call agreed they have satisfied the Rule 16.1 requirement to confer.

The parties must file any motions by **April 12, 2021**.

The parties agreed to provide witness lists and *Jencks* material three business days before trial.

The Honorable Marcia Morales Howard will conduct a status conference on **April 19, 2021, at 3:00 p.m.**, and the trial during the **May 3, 2021**, trial term. Judge Barksdale will enter Judge Howard's standing scheduling order.

Judge Barksdale ordered the United States to produce *Brady* material and explained the sanctions for failing to do so.

Ms. Taylor proffered facts and argued in favor of the United States' motion for detention pending trial. Ms. Call asked Ms. Taylor questions based on the proffer and made a legal argument.

Ms. Call proffered facts and argued against the motion for detention.

Ms. Taylor responded to Ms. Call's presentation and legal argument.

Judge Barksdale recessed the proceeding.

Judge Barksdale ruled on Ms. Call's legal argument and advised Ms. Call to move for reconsideration if she finds contrary authority.

Judge Barksdale granted the United States' motion for detention pending trial and remanded Mr. Ervin to the custody of the Attorney General. A written order will follow.