United States District Court
Middle District of Florida
Jacksonville Division

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

3/15/21

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

NO. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

---

### Notice of Acceptance of General Discovery

The defendant, through counsel, accepts general discovery under the Court's standing discovery order.

*Attorney for Defendant*

### Certificate of Service

I certify that I have hand-delivered a copy of this notice to Laura Taylor, Assistant United States Attorney, 300 North Hogan St., Ste. 7-100, Jacksonville, FL 32202-4270, on March 15, 2021.

*Attorney for Defendant*