# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **Case No.: 3:21-CR-22-MMH-MCR**

**KRISTOPHER JUSTINBOYER ERVIN**
_____

## MOTION TO WITHDRAW AS COUNSEL
## AND MEMORANDUM OF LAW

The Defendant, **KRISTOPHER JUSTINBOYER ERVIN,** by and through the undersigned attorney, hereby files a motion for his attorney to withdraw as counsel of record in this cause and states the following:

1.     The Office of the Federal Public Defender was appointed to represent the Defendant on Friday, March 5, 2021, at a hearing for status of counsel.  At the initial appearance, Mr. Ervin announced an intention to seek retained counsel.  At the time, he was not able to do so, the court found him indigent, and the Federal Public Defender.

2.     Mr. Ervin has expressed dissatisfaction with the representation of the undersigned counsel and announced that he intends to hire counsel.  Given the upcoming hearing for arraignment on the superseding Indictment, the Court should inquire as to Mr. Ervin's intention to hire counsel.

3.  Assistant United States Attorney Laura Cofer Taylor indicates no position on this motion.

4.  The undersigned has provided notice to Mr. Ervin of the filing of this motion by mailing a copy to him at the Baker County Jail.

## **MEMORANDUM OF LAW**

Local Rule 2.03 provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant.

WHEREFORE, the undersigned counsel, in light of the possibility that Mr. Ervin will be hiring counsel, would as the court to inquire at the arraignment hearing.

Dated:  April 5, 2021.

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

*s/ Lisa Call*
Lisa Call, Assistant Federal Defender
Florida Bar No. 0896144
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232 3039
Facsimile: (904) 232 1937
Lisa_call@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was sent by electronic filing on April 5, 2021, to Laura Cofer Taylor, AUSA, 300 North Hogan Street, 7th Floor, Jacksonville FL 32202.

<u>*s/ Lisa Call*</u><br>Lisa Call, Assistant Federal Defender