UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER
ERVIN
_____/

Defense Atty.: LISA CALL
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | April 7, 2021<br>10:30 AM – 10:45 AM<br>15 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | NONE PRESENT |

### CLERK'S MINUTES

PROCEEDINGS:    MOTION HEARING AND ARRAIGNMENT ON
THE SUPERSEDING INDICTMENT

**Motion Hearing**
The Court questioned Defendant as to his intent to retain counsel.
Defendant advised that he does intend to retain his own counsel; however, is not able to do so at this time.

The Court orally **DENIED** the Motion to Withdraw as Counsel (Doc. 28).

**Arraignment on the Superseding Indictment**
Defendant advised of rights, additional charges, penalties, and special assessment.

- 2 -

Defendant enters plea of not guilty.

Status Conference set for April 19, 2021 at 3:00 pm before the Honorable Marcia Morales Howard.

Trial term commencing on May 3, 2021 at 9:00 am before the Honorable Marcia Morales Howard.

Defense counsel advised that a motion to continue will be filed.