UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:21-cr-22(S1)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

**GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

The United States of America, by and through the undersigned Assistant United States Attorney hereby moves for this Court to grant additional time to respond to defendant's Motion to Dismiss Superseding Indictment and Memorandum of Law, which was filed on April 12, 2021. In support of this motion, the undersigned states as follows:

1. On March 3, 2021, defendant Kristopher Justinboyer ERVIN was charged by criminal complaint with one count of possession of an unregistered machinegun conversion device. Doc. 1. He had his initial appearance on the same date, at which time the United States moved for him to be detained pending trial.

2. On March 5, 2021, ERVIN, through his attorney, and the United States moved for a continuation of the detention hearing. Doc. 5. This was in part due to ERVIN's interest in exploring the possibility of retaining private counsel. Doc. 8.

3. On March 8, 2021, ERVIN requested that the court appoint counsel for him, and the Office of the Federal Defender was appointed to represent him. Docs. 9, 11. ERVIN again asked for a continuation of the detention hearing. Doc. 10.

4.     On March 10, 2021, ERVIN again asked for a continuation of the detention hearing.  Doc. 15.

5.     On March 11, 2021, the grand jury returned the initial Indictment in this case, which also charged ERVIN with one count of possession of an unregistered machinegun conversion device.  Doc. 17.

6.     On March 15, 2021, ERVIN had his arraignment and contested detention hearing and was ordered detained based on the danger he would pose to the community if released.  Docs. 21, 23.

7.     On April 1, 2021, the grand jury returned a Superseding Indictment charging ERVIN with seven counts of structuring financial transactions, one count of transporting and delivering machinegun conversion devices in interstate commerce, and six counts of possession of unregistered machinegun conversion devices.  Doc. 25.  This is the operative charging document.

8.     On April 5, 2021, ERVIN's counsel filed a motion to withdraw, which was denied on April 7, 2021.  Docs. 28, 29.

9.     Each of these counts carries a maximum term of imprisonment of up to ten years, and cumulatively, the maximum term of imprisonment is 140 years.

10.    The speedy trial clock begins to run "from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."  18 U.S.C. § 3161(c)(1).  Any "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing, or other

prompt disposition of, such motion" is excluded when computing time under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(D).   In this case, the indictment was filed on March 11, 2021, however, the speedy trial clock was tolled by the pending detention motion until its resolution on March 15, 2021.   The speedy trial clock was again tolled by counsel for defendant's motion to withdraw from April 5-7, 2021, and is now tolled by the filing of the instant motion on April 12, 2021, until its resolution.  Thus it appears that, at most, 24 days of the statutorily allotted 70 days for commencement of a speedy trial have elapsed.   Because ERVIN's motion will not be able to be resolved before the May 2021 trial term, a continuance to allow ERVIN to litigate his motion will be necessary.

11.    The undersigned is scheduled to begin jury selection, and thereafter, trial, beginning on April 13, 2021, in the case of *United States v. Ronnie Jerome Jones*, Case No. 3:20-cr-45-MMH-JBT.   Because the undersigned will be fully occupied with the trial in the *Jones* case until its resolution, the undersigned is requesting additional time in which to respond to defendant's motion.

12.    The undersigned has conferred with counsel for ERVIN regarding this motion, and counsel for ERVIN informed the undersigned that she takes no position on this motion.

WHEREFORE, the United States requests the Court set the deadline for the United States to respond to ERVIN's motion to dismiss as May 7, 2021.

>Respectfully submitted,
>
>KARIN HOPPMANN
>Acting United States Attorney

By: s/ *Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:  (904) 301-6310
E-mail: Laura.C.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lisa Call, Esq.

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney