**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA         CASE NO. 3:21-cr-22-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN

Counsel for Government:          Counsel for Defendant:
Laura Taylor                     Lisa Call

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles       Court Reporter: Cindy Packevicz Jarriel

**CLERK'S MINUTES**

**PROCEEDINGS OF:   TELEPHONIC CRIMINAL STATUS CONFERENCE**

In light of the pending Motion to Dismiss, which tolls the speedy trial clock, this case is stricken from the May 2021 trial term.

For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the June 2021 trial term shall be excludable time.

    **CASE RESET:**
    **Status:**          **May 24, 2021, at 3:00 p.m.**
    **Trial Term:**      **June 7, 2021, at 9:00 a.m.**

Date: April 19, 2021     Time: 3:23 p.m. – 3:27 p.m.     Total: 4 Minutes