# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA                    CASE NO. 3:21-cr-22-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN

Counsel for Government:                     Counsel for Defendant:
Laura Taylor                                Lisa Call

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles        Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

**PROCEEDINGS OF:   TELEPHONIC CRIMINAL STATUS CONFERENCE**

In light of the pending Motion to Dismiss and the Court's need to set a hearing on the motion, this case is stricken from the June 2021 trial term.

For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the August 2021 trial term shall be excludable time.

**CASE RESET:**
Status:             **July 19, 2021, at 3:00 p.m.**
Trial Term:         **August 2, 2021, at 9:00 a.m.**

The plea deadline is **July 26, 2021**.

A hearing on the Motion to Dismiss will be set for July 7, 2021, at 2:00 p.m. or July 8, 2021, at 2:00 p.m., depending upon the availability of the case agent.

Date: May 24, 2021        Time: 3:21 p.m. – 3:31 p.m.        Total: 10 Minutes