UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No:        3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel for the Defendant, Kristopher Ervin, for purposes of all proceedings before the United States District Court. The undersigned is an Attorney at Law, duly qualified as such under the laws of the State of Florida, and duly admitted to practice before this Court.

Respectfully submitted,

**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
2258 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Taylor, Esq., Office of the United States Attorney, Laura.Taylor@usdoj.net, this 4t day of June, 2021.

  /s/ Alex King
ATTORNEY