UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

_____/

**ORDER**

**THIS CAUSE** is before the Court on defense counsel's Motion to Withdraw as Counsel (Doc. 39) filed June 2, 2021.  The Motion requests the Court allow the Office of the Federal Public Defender to withdraw due to a conflict of interest between Defendant and another client.  After due consideration, it is

**ORDERED:**

1. Defense counsel's Motion to Withdraw (Doc. 39) is **GRANTED**.

2. The Federal Public Defender is relieved of any further responsibility in this case, with exception of those duties required to properly transition the case to Alex King, Esquire.

**DONE** and **ORDERED** in Jacksonville, Florida this 4th day of June, 2021.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties