UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No:       3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**MOTION TO ADOPT MOTION TO DISMISS SUPERSEDING INDICTMENT**

COMES NOW the Defendant, Kristopher Ervin, by and through his undersigned counsel, and hereby moves this Honorable Court to allow the undersigned counsel to adopt the April 12, 2021 Motion to Dismiss Superseding Indictment (Doc. 30) filed by predecessor counsel, and in support hereof, further states as follows:

1. On March 3, 2021, the Defendant was arrested on allegations in the Complaint (Doc. 1) he knowingly possessed a firearm under Title 26, U.S.C., §5845(a) and (b), that is, a machinegun conversion device.

2. A detention hearing was held on March 3, 2021, and this Honorable Court entered its Order of Temporary Detention (Doc. 6).

3. On March 11, 2021, the Government filed a one count Information against Mr. Ervin (Doc. 17), and on April 1, 2021, the Government filed a fourteen count Superseding Indictment against Mr. Ervin (Doc. 25).

4. On April 12, 2021, Mr. Ervin's predecessor counsel filed a Motion to Dismiss the Superseding Indictment (hereinafter "Motion to Dismiss") (Doc. 30).

5. On June 4, 2021, Mr. Ervin retained the undersigned counsel to represent him in this matter and the undersigned counsel moves to adopt the Motion to Dismiss filed by Mr. Ervin's predecessor counsel.

6.      A hearing on the Motion to Dismiss is currently scheduled for hearing on July 8, 2021, at 2:00 p.m.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, and enter an order permitting the undersigned counsel to adopt the April 12, 2021 Motion to Dismiss filed by predecessor counsel.

Respectfully submitted,

**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
2258 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 1st day of July, 2021.

  /s/ Alex King
ATTORNEY