**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S1)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Laura Taylor | Alex King |
| | Finley Williams |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

**PROCEEDINGS OF:   MOTION HEARING**

Oral argument by counsel.

Defendant's Motion to Dismiss Superseding Indictment and Memorandum of Law (Dkt. No. 30) is **DENIED**.

Defendant moves to continue the trial.   The United States does not object.

Defendant's ore tenus motion to continue the trial is **GRANTED**.   For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.   All time from now until the end of the October 2021 trial term shall be excludable time.

**CASE RESET:**
**Special Status:**           September 20, 2021, at 9:30 a.m.
                              (Defendant is required to be present.)
**Trial Term:**               October 4, 2021, at 9:00 a.m.

The plea deadline is **September 27, 2021**.

The United States is directed to file a Bill of Particulars no later than **July 16, 2021**.

Date: July 8, 2021          Time: 2:03 p.m. – 2:39 p.m.          Total: 36 Minutes