UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 3:21-cr-22(S1)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

**BILL OF PARTICULARS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Bill of Particulars in response to Defendant's Motion (Doc. 30 at 3 n.1) and this Court's Order (Doc. 45).

Counts One through Seven of the Superseding Indictment (Doc. 25) allege, among other things, that the offenses charged in those counts were committed "while violating another law of the United States," in violation of 31 U.S.C. § 5324(a)(1), (a)(3), and (d)(2).   The defendant is advised that the laws of the United States that were alleged to have been violated in connection with Counts One through Seven are

the statutory provisions that form the basis of the offenses charged in Counts Eight

though Fourteen, that is, 26 U.S.C. §§ 5861(d), 5861(j), 5871, and 18 U.S.C. § 2.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney


By:     s/ *Laura Cofer Taylor*
        LAURA COFER TAYLOR
        Assistant United States Attorney
        USA No. 170
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:    (904) 301-6310
        E-mail: Laura.C.Taylor@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2021, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Alex King, Esq.

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney

3