UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

### NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney Mai Tran, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Laura Cofer Taylor, on behalf of the Government.

Respectfully submitted,

KARIN HOPPANN
Acting United States Attorney

By:   *s/ Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-Mail: mai.tran2@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/Mai Tran*
MAI TRAN
Assistant United States Attorney
