## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA             CASE NO. 3:21-cr-22(S1)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN

Counsel for Government:                    Counsel for Defendant:
Laura Taylor                                       Alex King

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles        Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

**PROCEEDINGS OF:   CRIMINAL STATUS CONFERENCE**

Laura Taylor appeared telephonically due to a calendaring error.

Defendant moves to continue the trial.

The government has no objection to the continuance.

Defendant's <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**.   For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.   All time from now until the end of the December 2021 trial term shall be excludable time.

      **CASE RESET:**
      **Special Status:**      **November 22, 2021, at 1:30 p.m.**
      **Trial Term:**         **December 6, 2021, at 9:00 a.m.**

Date: September 20, 2021      Time: 9:52 a.m. – 9:56 a.m.      Total: 4 Minutes