**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S1)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Laura Taylor | Alex King |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles        Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

**PROCEEDINGS OF:   CRIMINAL STATUS CONFERENCE**

The parties jointly move to continue the trial.

The joint ore tenus motion to continue the trial is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the April 2022 trial term shall be excludable time.

**CASE RESET:**
**Special Status and**
**Motion Hearing:**        March 21, 2022, at 1:30 p.m.
**Trial Term:**            April 4, 2022, at 9:00 a.m.

The Court requests that the parties hold the weeks of April 11, April 18, and April 25, 2022 for trial.

The parties shall confer and file a notice regarding whether they consent to the Magistrate Judge selecting the jury.

The United States' expert disclosure is due by **December 22, 2021**. Defendant's expert disclosure is due by **January 13, 2022**. Any Daubert motions or other motions in limine shall be filed by **February 11, 2022**, and responses are due no later than **February 25, 2022**.

The Court will enter an Order Scheduling Trial that will provide a date for filing proposed voir dire and proposed jury instructions.

**Order Scheduling Trial to enter.**

Date: November 22, 2021        Time: 1:36 p.m. – 2:05 p.m.        Total: 29 Minutes