

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
ELIZABETH M. WARREN, CLERK

## NOTICE REGARDING PRE-MARKING EXHIBITS

Under Local Rule 3.07(a), each party must pre-mark and identify exhibits proposed to be offered in evidence at a trial or evidentiary hearing using exhibit labels obtained from the Clerk or the Court's website. Under Local Rule 3.07(b), each party must deliver an exhibit list to each opposing party and deliver three copies of the exhibit list to the judge before a trial or an evidentiary hearing.

A court-approved exhibit list and exhibit labels are attached to this notice. When completing the exhibit labels, be sure to select the appropriate party and to include the case number and style. Exhibits must be consecutively numbered, and the labels should be stapled to the upper right corner of each exhibit. The exhibit list must sequentially list and briefly describe each exhibit.

Note that these instructions are purposely general in nature and are intended to supplement the Local Rules. Individual judges might have additional preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

**U.S. District Court**
**Middle District of Florida**
**EXHIBIT**

Exhibit Number: _____

Case Number:

_____

Case Style:

_____

v.

_____

Date Identified:

_____

Date Admitted:

_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Plaintiff(s),

v.                                                          Case No.:

Defendant(s).

_____/

## EXHIBIT LIST

☐ Government     ☐ Plaintiff(s)     ☐ Defendant(s)     ☐ Court     ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |