UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:21-cr-22(S1)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

**UNITED STATES' NOTICE OF DISCLOSURE OF SUMMARY OF EXPERT**
**TESTIMONY IN COMPLIANCE WITH FED. R. CRIM. P. 16(a)(1)(G)**

The United States of America, by and through the undersigned Assistant

United States Attorney, pursuant to Fed. R. Crim. P. 16(a)(1)(G), Fed. R. Evid. 702,

Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully notifies the Court and defense

counsel of its intention to call Area Supervisor ("AS") Ernest Lintner and Firearms

Enforcement Officer ("FEO") Cody Toy, both of the Bureau of Alcohol, Tobacco,

Firearms, and Explosives ("ATF"), as expert witnesses in the trial of this case.

AS Lintner is responsible for supervising investigators in ATF's Industry

Operations Group in Orlando, which has responsibility for ensuring compliance with

federal firearms laws by Federal Firearms Licensees ("FFLs") and payers of the

Special Occupation Tax ("SOTs").   A statement of AS Lintner's training and

experience as it relates to enforcement of the National Firearms Act ("NFA"), the

Gun Control Act ("GCA"), and related regulations has been provided to counsel for

defendant via email.

In summary, AS Lintner is expected to testify at trial in this matter regarding the rules and regulations that govern machineguns and other items regulated under the NFA, including the procedures that are required to be followed in order to legally manufacture, possess, and transfer both newly-made and pre-1986 machineguns. AS Lintner also is expected to testify regarding the authority FFLs and SOTs possess with regard to manufacturing, possessing, and transferring machineguns. AS Lintner also is expected to testify regarding procedures through which SOTs can obtain advice from ATF in order to ensure that they are complying with federal law. AS Lintner also is expected to testify regarding the history of Lightning Links and their classification as machineguns.

AS Lintner served in the U.S. Air Force from 1987 until 1992, after which he commenced his career in law enforcement.   In 2005, AS Lintner first became employed by ATF as an Industry Operations Investigator with responsibility for inspecting FFLs and FFL applicants for compliance with federal laws.   In 2008-2009, AS Lintner was an NFA Specialist for ATF.   Since early 2021, AS Lintner has been an Area Supervisor, which is a position he also held with ATF from 2010-2014. AS Lintner has previously testified as an expert in federal court in 2015 in the case *United States v. Kellerchian*; a copy of AS Lintner's testimony in that case has been provided to defense counsel.   In the *Kellerchian* case, AS Lintner's testimony concerned the regulation of SOTs as it related to the acquisition, transfer, and

disposal of machineguns in accordance with federal law.   From 2002-2005, prior to his employment with ATF, AS Lintner was an FFL and SOT.

FEO Toy has been employed by ATF as a Firearms Enforcement Officer since February 2016.   In that capacity, he is responsible for evaluating firearms submitted by law enforcement officers as evidence and making determinations regarding whether those firearms meet the criteria to be classified as firearms regulated by the NFA and GCA, including machineguns.   FEO Toy has testified in federal court with regard to classification of NFA items on six previous occasions.   A statement of FEO Toy's training and experience as it relates to making classification determinations for NFA firearms has been provided to counsel for defendant via email.

In summary, FEO Toy is expected to testify that Special Agent Hooker submitted Auto Key Card devices to be evaluated, and that FEO Toy evaluated those items.   FEO Toy is expected to testify that the design etched onto the surface of the Auto Key Card devices submitted to him was immediately recognizable as a "Lightning Link," which is a type of machinegun conversion device that has been classified as a machinegun by ATF, pursuant to the NFA, since at least the early 1980s.   FEO Toy is further expected to testify that he was able to use a commonly-available Dremel tool to cut the etched lines of the Auto Key Card and thereby cut the Lightning Link from the surrounding material.   FEO Toy is further expected to testify that he placed the Lightning Link that had been removed from the Auto Key

3

Card into an AR-15 style rifle and that the rifle thereafter fired more than one shot with a single function of the trigger, meeting the definition of a machinegun in Title 18, United States Code, Section 921(a)(23) (which is part of the GCA) and the definition of a machinegun in Title 26, United States Code, Section 5845(b) (which is part of the NFA).   FEO Toy is expected to testify that he therefore classified the Auto Key Card as a machinegun.   FEO Toy's testimony also is expected to include the requirements for marking machineguns, including the stage of manufacture at which such markings are required, and the procedures for obtaining marking variances.

On or about March 24, 2021, the undersigned produced in discovery a report signed by FEO Toy on February 1, 2021, and an amended report signed by FEO Toy on February 8, 2021 (both evaluating the version of the Auto Key Card with internal cut-outs), and a report signed by FEO Toy on March 16, 2021 (evaluating the version of the Auto Key Card without internal cut-outs), which describe in more

detail FEO Toy's evaluation and basis for classification of the Auto Key Cards as machineguns.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:    *s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:      (904) 301-6300
Facsimile:      (904) 301-6310
E-mail: Laura.C.Taylor@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alex King, Esq.

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney

6