UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No:         3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN

_____/

**DEFENDANT'S NOTICE OF DISCLOSURE OF SUMMARY OF EXPERT TESTIMONY IN COMPLIANCE WITH FED. R. CRIM. P. 16(b)(1)(C),**

The Defendant, Kristopher Ervin, by and through his undersigned counsel, pursuant to Fed. R. Crim. P. 16(b)(1)(G), Fed. R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully notifies the Court and Government counsel of its intention to call Director of International Firearm Specialist Academy, Inc., Daniel G. O'Kelly, as an expert witness in the trial in this case.

As his attached CV reflects, Mr. O'Kelly has over 40 years of full-time experience as a Police Officer, ATF Agent/Firearm Specialist, Criminal Investigator, Range Instructor, teacher of firearm technology, ammunition and firearm manufacturer, and collector. He has examined well over 100,000 firearms and even more pieces of ammunition. He has been involved in numerous investigations concerning them, and, since 1978, has testified continually in criminal and civil cases in State, Superior, Circuit, District and Federal Courts. Since 1990, he has been recognized as an expert witness in Federal and State courts and has given numerous depositions in criminal and civil cases. He has testified and/or consulted as an expert on the topics of use of force, self-defense with a firearm, ballistics, gunshot residue, interstate nexus, federal and state firearm regulations, trade dress, ATF rulings, ATF compliance and procedures, shooting reconstruction, firearm classification, firearm design, and wrongful death.

Mr. O'Kelly is expected to testify be that the metal cards which Mr. Ervin is charged with making, possessing and/or selling do not legally establish or satisfy any of the four definitions of

a machinegun. More specifically; 1) They do not, and cannot shoot, 2) They do not have any of the four elements in the CFR definition of the frame/receiver of a machinegun, 3) They are not a part nor a combination of parts designed and intended for use in converting a weapon into a machinegun, 4) They are not a combination of parts from which a machinegun can be assembled.

Respectfully submitted,

**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
2258 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 13th day of January, 2021.

  /s/ Alex King
ATTORNEY