UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:21-cr-22(S2)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
_____/

Defense Atty.: ALEX KING
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | February 2, 2022 11:05 AM – 11:12 AM 7 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | NONE PRESENT |

**CLERK'S MINUTES**

PROCEEDINGS:   ARRAIGNMENT ON THE SECOND SUPERSEDING INDICTMENT

Defendant advised of rights, additional charges, penalties and special assessment.

Defendant enters plea of not guilty.

At this time, the case will remain set for April 12, 2022 before the Honorable Marcia Morales Howard.