UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:    3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**CONSENT**
**MOTION TO HOLD IN ABEYANCE PREVIOUSLY ORDERED MOTION DEADLINE**

COMES NOW the Defendant, Kristopher Ervin, by and through his undersigned counsel, with the consent of the Government, and hereby moves to hold in abeyance the previously ordered motion deadline, and in support hereof, further states as follows:

1. On March 3, 2021, Mr. Ervin was arrested, and a Criminal Complaint was filed against him alleging that he knowingly possessed a firearm as defined under Title 26, United States Code, Section 5845(a) and (b), that is, a machinegun conversion device, that was not then registered in the National Firearms Registration and Transfer Record. Doc. 1.

2. On March 11, 2021, Mr. Ervin was indicted, charging him with the same counts alleged in the Criminal Complaint. Doc. 17.

3. On April 1, 2021, a Superseding Indictment was filed adding 13 additional counts. Doc. 25.

4. On January 26, 2022, a Second Superseding Indictment was filed with 17 counts. This Superseding Indictment not only contains new allegations but an additional codefendant who was previously not charged, but has been subsequently arrested.

5. Furthermore, on January 27, 2022, the undersigned received approximately 6,800 additional pages of discovery.

6. At this point, it is unclear who is representing the codefendant and no attorneys have filed a notice of appearance. It is unclear what impact the new discovery or new codefendant will have on the pending deadlines and pending trial date.

7. The current deadlines are as follows: February 11, 2022 – *Daubert* motions or motions *in limine* deadline; February 25, 2022 – Responses to *Daubert* motions or motions *in limine* deadline.

8. The current trial schedule dates are as follows: March 21, 2022 – Status conference and motion hearing; April 11, 2022 – jury selection; April 12, 2022 – opening statements and presenting evidence.

9. At this time, the Defendant requests these dates be held in abeyance until such time as it can be determined if additional expert witnesses will be needed pertaining to the additional charges and discovery, if additional motions than previously contemplated will be required, and if the trial will need to be continued, in consultation with counsel for the Government as well as the new codefendant.

10. Counsel for the Defendant has conferred with the United States, by and through Laura Taylor, who has authorized the undersigned counsel to inform the Court the government consents to this request.

11. This request is made in good-faith and not for purpose of delay, and is in the best interest of justice.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion and issue an order holding in abeyance the previously ordered motions deadlines.

Respectfully submitted,

**Monroe & King, P.A.**

　/s/ Alex King　　　　　　　　
Alex King, Esq. / Fla. Bar No.: 0086034
Scott Monroe, Esq. / Fla. Bar No.: 0086801
Finley Williams, Esq. / Fla. Bar No: 100606
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 7th day of February, 2022.

　/s/ Alex King　　　　　　　　
ATTORNEY