**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-22(S2)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Consent Motion to Hold in Abeyance Previously Ordered Motion Deadline (Dkt. No. 71; Motion) filed on February 7, 2022. In the Motion, Defendant Ervin requests that the Court hold in abeyance the current motions deadline of February 11, 2022, in light of the Second Superseding Indictment and the new co-defendant. See generally Motion. Defendant represents to the Court that counsel for the United States consents to the relief requested in the Motion. See id. at 2. After due consideration, it is

**ORDERED:**

1. Defendant's Consent Motion to Hold in Abeyance Previously Ordered Motion Deadline (Dkt. No. 71) is **GRANTED**.

2. The parties are relieved of the obligation of complying with the motions deadline of February 11, 2022, and the responses deadline of February 25, 2022.

3. The hearing scheduled for March 21, 2022, at 1:30 p.m. remains set.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of February, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record