UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:21-cr-22(S2)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

### JOINT MOTION TO HOLD MOTIONS DEADLINES IN ABEYANCE AND FOR A STATUS HEARING

The United States of America, by and through the undersigned Assistant United States Attorney hereby alerts the Court of this joint motion between the government and defendants to hold in abeyance current motions deadlines. The parties further request that this Court set a hearing for March 23, 2022, in order to set new motions deadlines and an appropriate briefing schedule, and to consider any requests for a continuance of the trial term.

1.     On March 3, 2021, defendant Kristopher Justinboyer ERVIN was charged by criminal complaint with one count of possession of an unregistered machinegun conversion device. Doc. 1. Defendant ERVIN has been ordered detained since the date of his arrest.

2.     During 2021, defendant ERVIN, through his counsel, litigated pretrial motions, which subsequently were resolved. On December 15, 2021, in anticipation of an April 2022 trial, this Court set special deadlines for the disclosure of expert witnesses and the filing of any motions in limine. Doc. 54. The government filed its expert disclosure in accordance with the Court's Order on December 21, 2021,

and defendant ERVIN filed his expert disclosure in accordance with the Court's Order on January 13, 2022.   Docs. 55, 56.

3. On January 26, 2022, the grand jury returned a second Superseding Indictment, which named defendant HOOVER as a co-defendant in this case. Doc. 57.

4. On February 7, 2022, defendant ERVIN, with the consent of the undersigned, requested this Court hold in abeyance the previously set deadline for filing motions in limine.   Doc. 71.   This Court granted the motion, holding in abeyance the motions deadline while keeping a status hearing set for March 21, 2022.   Doc. 72.   As to defendant ERVIN, this case is on the April 2022 trial term.

5. On February 22, 2022, defendant HOOVER made his initial appearance in Jacksonville.   Doc. 77.   At that time, the Magistrate Judge set a discovery motions deadline for March 8, 2022, and a dispositive motions deadline for March 22, 2022.   *Id.*   As to defendant HOOVER, this case is set for the May 2022 trial term.   *Id.*

6. The undersigned has conferred with counsel for defendant ERVIN and counsel for defendant HOOVER.   Counsel for defendant HOOVER have indicated that they have pre-trial motions that they wish to file on behalf of defendant HOOVER that will not be ready before the current deadlines.   Counsel for defendant HOOVER have indicated that they wish for this Court to conduct a status conference to discuss these motions and set a reasonable briefing schedule, as well as consider a motion to continue the trial term in order to accommodate the briefing

schedule and trial preparation.  Counsel for defendant ERVIN has indicated that he also wishes this Court to conduct a status conference to set new deadlines and would likely join in a motion to continue.  The undersigned concurs that a continuance is in order because the defendants should be joined for trial and are currently set for different trial terms, and also because additional time will be necessary for the filing and litigation of pre-trial motions, which cannot be accomplished in this case prior to the May 2022 trial term.

      7.     The undersigned has conferred with counsel for defendant ERVIN and defendant HOOVER, and confirmed that the date of March 23, 2022, is acceptable for all parties to attend the requested status conference.

      WHEREFORE, the parties jointly request that this Court suspend the pending motions deadline as to defendant HOOVER and set a status conference for all parties on March 23, 2022.

      Respectfully submitted,

      ROGER B. HANDBERG
      United States Attorney

By:   s/ *Laura Cofer Taylor*
      LAURA COFER TAYLOR
      Assistant United States Attorney
      USA No. 170
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:  (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail: Laura.C.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alex King, Esq.
>>*Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
>Zachary Z. Zermay
>Matthew LaRosiere
>>*Counsel for defendant MATTHEW RAYMOND HOOVER*

>>*s/ Laura Cofer Taylor*
>>LAURA COFER TAYLOR
>>Assistant United States Attorney