**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                    Case No.   3:21-cr-22(S2)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

### O R D E R

**THIS CAUSE** is before the Court on the Joint Motion to Hold Motions Deadlines in Abeyance and for a Status Hearing (Dkt. No. 78; Motion) filed on March 4, 2022.  In the Motion, the parties request that the Court hold in abeyance the current motions deadlines set for Defendant Hoover and set a status conference as to all parties to set a briefing schedule and trial date.  See generally Motion.  After due consideration, it is

**ORDERED:**

1. The Joint Motion to Hold Motions Deadlines in Abeyance and for a Status Hearing (Dkt. No. 78) is **GRANTED**.

2. The parties are relieved of the obligation of complying with the motions deadlines set for Defendant Hoover.

3. The hearing scheduled for March 21, 2022, at 1:30 p.m. is **CANCELLED**.

4. A status conference as to all parties is set for **March 23, 2022, at 1:30 p.m.** before the undersigned in Courtroom 10B.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of March, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record