## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA        CASE NO. 3:21-cr-22(S2)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Counsel for Government:          Counsel for Defendant Ervin:
Laura Taylor                     Alex King
David Mesrobian

                                 Counsel for Defendant Hoover:
                                 Zachary Zermay
                                 Matthew Larosiere

### HONORABLE MARCIA MORALES HOWARD
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles         Court Reporter: Shannon Bishop

### CLERK'S MINUTES

**PROCEEDINGS OF:   CRIMINAL STATUS CONFERENCE**

Zachary Zermay and Matthew Larosiere appeared telephonically with the Court's permission.

Defendants jointly move to continue the trial.

The government does not object to a continuance.

Defendants' joint ore tenus motion to continue the trial is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants in a speedy trial. As Defendants are joined for trial, all time from now until the end of the July 2022 trial term shall be excludable time.

**CASE RESET:**
**Special Status:**     **June 27, 2022, at 2:00 p.m.**
**Trial Term:**         **July 5, 2022, at 9:00 a.m.**

Defendant Hoover shall have up to and including **June 21, 2022**, to file motions to sever, change venue, and dismiss. The government shall respond no later than **July 15, 2022**.

Date: March 23, 2022        Time: 1:35 p.m. – 1:55 p.m.        Total: 20 Minutes