UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO. 3:21-cr-22(S2)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as co-counsel for the United States in the above-captioned case.

Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ David Mesrobian*
DAVID B. MESROBIAN
Assistant United States Attorney
USA No. 188
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: David.mesrobian@usdoj.gov

U.S. v. Kristopher Ervin, et al        Case No. 3:21-cr-22-MMH-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Alex King, Esq.
> *Counsel for Kristopher JustinBoyer Ervin*
>
> Zachary Z. Zermay, Esq.
> Matthew LaRosiere, Esq.
> *Counsel for Matthew Raymond Hoover*

                                        */s/ David Mesrobian*
                                        DAVID B. MESROBIAN
                                        Assistant United States Attorney