UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No:   3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**MOTION FOR LEAVE TO FILE REPLY
TO GOVERNMENT'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO RECONSIDER DETENTION OF DEFENDANT**

COMES NOW the Defendant, Kristopher Ervin, by and through his undersigned counsel, pursuant to MDF Local Rule 3.01, and hereby moves this Honorable Court to permit the Defendant to file a Reply to the Government's Response in Opposition to Defendant's Motion to Reconsider Detention of Defendant (hereinafter "Response in Opposition") (Doc. 89), and in support hereof, further states as follows:

**Procedural History**

1. On March 3, 2021, Mr. Ervin was arrested, and a Criminal Complaint was filed against him alleging that he knowingly possessed a firearm as defined under Title 26, United States Code, Section 5845(a) and (b), that is, a machinegun conversion device, that was not then registered in the National Firearms Registration and Transfer Record. Doc. 1.

2. On March 3, 2021, the Court ordered temporary detention of the Defendant (Doc. 12) until a hearing on this matter was conducted.

3. On March 25, 2021, after a hearing on this matter, the Court issued the Order of Detention Pending Trial (Doc. 23).

4. On March 11, 2021, Mr. Ervin was indicted, charging him with the same counts alleged in the Criminal Complaint. Doc. 17.

5. On April 1, 2021, a Superseding Indictment was filed adding 13 additional counts. Doc. 25.

6. On January 26, 2022, a Second Superseding Indictment was filed adding 17 additional counts. This Superseding Indictment not only contains new allegations but an additional co-defendant who was previously not charged but has been subsequently arrested. The Government sought detention for Mr. Ervin's co-defendant, but he was not detained.

7. Mr. Ervin had been diligently preparing for trial, which prior to the Second Superseding Indictment, was scheduled for the April Trial Term.

8. At a status conference before Judge Howard, counsel for the co-defendant stated that due to the amount of discovery (at that point it was approximately twenty-six thousand pages), they would not be ready for trial until early 2023, at which point, Mr. Ervin will have been in custody for nearly two years.

9. Judge Howard determined that such a timeline was likely unreasonable and continued the instant case. This matter is currently set for a special status conference on June 27, 2022, and jury selection on July 5, 2022.

10. On April 27, 2022, the Defendant filed his Motion to Reconsider Detention of Defendant (hereinafter "Motion") (Doc. 87).

11. On May 12, 2022, the Government filed their Response in Opposition (Doc. 89).

**Request for Leave to File Reply**

12. In their Response in Opposition, the Government represents many claims that the undersigned can refute and requests this Honorable Court the ability to do so in a written reply.

13. The Government's Response in Opposition (Doc. 89) consists of 15 pages. The undersigned respectfully requests this Court to permit a reply consisting of no more than 5 pages.

14. Alternatively, pursuant to MDF Local Rule 3.01(h), if the Court permits the undersigned to file a reply to the Response in Opposition, the Defendant will file a motion requesting oral argument in this matter.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, and enter an order permitting the undersigned counsel to file a reply to the Government's Response in Opposition (Doc. 89).

Respectfully submitted,

**Monroe & King, P.A.**


  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 24th day of May, 2022.

  /s/ Alex King
ATTORNEY