UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No:        3:21-cr-22-MMH-MCR

KRISTOPHER ERVIN
_____/

## NOTICE OF APPEAL

COMES NOW the Defendant, Kristopher Ervin, by and through the undersigned counsel, pursuant to Rule 4(b), Fed. R. App. P., and hereby gives notice of his appeal of the June 1, 2022 Order (Doc. 91) issued by United States Magistrate Judge Monte C. Richardson.

Respectfully submitted,
**Monroe & King, P.A.**

 /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 15th day of June, 2022.

 /s/ Alex King
ATTORNEY