**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Jim Leanhart<br>Jacksonville Division Manager |

**DATE:** June 16, 2022

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

**UNITED STATES OF AMERICA**

**VS.**                                                      **CASE NO: 3:21-cr-22-MMH-MCR**

**KRISTOPHER JUSTINBOYER ERVIN**

---

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Monte C. Richardson, United States Magistrate Judge appealed from.
- Appeal filing fee paid.
- Court Reporter:  Shannon Bishop, Cindy Packevicz Jarriel and Digital Tape

ELIZABETH M. WARREN, CLERK

By:   s/SW, Deputy Clerk