# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO. 3:21-cr-22(S1)-MMH-MCR

KRISTOPHER JUSTINBOYER
ERVIN
_____/

# ORDER

Before the Court is the Motion to Reconsider Detention of Defendant (Doc. 87) filed on April 27, 2022. Defendant's Motion requests the Court reopen the matter of detention, citing 18 U.S.C. § 3142(f) finding that a detention hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial, if the judicial officer finds that information exits that was not known to the movant at the time of the hearing and that has material bearing on the issue whether there are conditions of release that will reasonable assure the appearance of such person as required and the safety of any other person and the community." Specifically, the Motion advises that Defendant no longer has access to unknown amounts of money, the willingness of his father to be a third party custodian and the delays in the case due to discovery production. The Government filed its response in opposition of the request (Doc. 89).

On March 15, 2021, a detention hearing was held before United States Magistrate Judge, Patricia D. Barksdale. After hearing argument from counsel, Judge Barksdale ordered Defendant detained pending trial finding by clear and convincing evidence that no condition or combination of conditions of release would reasonably assure the safety of any other person and the community (Doc. 23). Additional reasons for Judge Barksdale's decision included the weight of the evidence against Defendant, his lengthy period of incarceration if convicted, his history of substance abuse, and his lack of stable employment.

Upon review of Defendant's Motion, the Government's response in opposition and the detention hearing held before Judge Barksdale, the Court finds that Defendant has failed to offer any new evidence that would cause the undersigned to reopen the hearing or change the decision. The Court further finds that the presentation of Defendant's father as a proposed third party custodian to assure his appearance at future court proceedings does not change the finding by clear and convincing evidence that he is a danger to the community.

Accordingly, it is

**ORDERED:**

The Motion to Reconsider Detention of Defendant (Doc. 87) is **DENIED**.

**DONE** and **ORDERED** in Jacksonville, Florida this 1st day of June, 2022.

*[Signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

- 3 -