UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,
_____/

### REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS

Pursuant to Local Rule 3.01(h), Defendant Matthew Raymond Hoover ("Defendant") respectfully request oral argument on his Motion to Dismiss (the "Motion"). Defendant respectfully submits that a two-hour hearing is necessary to argue the Motion.

DATED: June 21, 2022

_____                    /s/Matthew Larosiere_____
Zachary Z. Zermay, Esq.                            Matthew Larosiere
1762 Windward Way                                  6964 Houlton Circle
Sanibel, FL 33957                                  Lake Worth, FL 33467
Email: zach@zermaylaw.com                          Email: larosieremm@gmail.com
Telephone: 239-699-3107                            Telephone: 561-452-7575
*Lead Counsel for Defendant*                       *Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.