UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

**DECLARATION OF ZACHARY Z. ZERMAY**

I, Zachary Z. Zermay, declare as follows:

**1.** I am an attorney at law duly licensed to practice law in the United States District Court for the Middle District of Florida. I am the Managing Attorney of Zermay Law, P.A., attorneys of record for Defendant Matthew Raymond Hoover. The following facts are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted in this Declaration. I submit this Declaration in support of Mr. Hoover's Motion to Transfer Venue and Request for Oral Argument and Evidentiary Hearing on Motion to Transfer Venue.

**2.** It is my understanding that Mr. Hoover is being treated by Dr. Joshua Pogorelec, D.O. of Aspirus Health. Dr. Joshua Pogorelec's office is located in Portage, Wisconsin.

**3.** From my understanding of medical records generated by Aspirus, on October 26, 2021, Mr. Hoover was treated for one 5 mm polyp and one 40 mm polyp in his colon. It is my understanding that on January 14, 2022, Aspirus Health generated another medical record regarding Mr. Hoover which

stated: "high risk colon cancer surveillance" in it, and the document reflected that Mr. Hoover had another 7 mm polyp removed from his colon that same day.

4.  It is my understanding from review of Mr. Hoover's medical records, that on November 16, 2021, the medical professionals at Aspirus Health found that "[t]here are multiple bilateral noncalcified lung nodules with the largest, in the right lower lobe, measuring less than 3 mm in diameter." Moreover, that same medical record from November 16, 2021 states: "CLINICAL INDICATION: Colon polyp, cancerous."

5.  It is my understanding that Aspirus Health's medical professionals recommended that "[b]ased on the size of the largest nodule, such a follow-up is recommended to [*sic*] 6 month."

6.  It is my understanding that Mr. Hoover was seen by Andrew Padley, a nurse practitioner at Aspirus Health regarding his fear of flying and anxiety. Mr. Padley's offices are located in Oxford, Wisconsin and Pardeeville, Wisconsin. Medical records indicate that there are medications that Mr. Hoover could take before flying, but "this would do very little to help his anxiety and nightmares several days before he would fly."

7.  I am not a medical professional, but I have gleaned my understanding of the foregoing from the limited medical records that I have reviewed regarding Mr. Hoover's treatment and health. Attached hereto as **Exhibit A** are true and correct copy of those medical records.

8.  I reached out to Dr. Pogorelec and Mr. Padley to secure an affidavit regarding Mr. Hoover's treatment and health.

9.  Despite my numerous phone calls, facsimiles, and a submission of a HIPPA release, as of June 20, 2022, I have not received a direct response from either Dr. Pogorelec or Mr. Padley.

10. However, I received a telephone call from a person purporting to be Paul David, Esq. who identified himself as attorney for Aspirus Health.

11. Paraphrasing what Mr. Davis stated, Dr. Pogorelec and Mr. Padley would not likely sign an affidavit regarding Mr. Hoover's treatment or health because they do not want to be called as witnesses.

12. It is my belief that Dr. Pogorelec and Mr. Padley have unique firsthand knowledge and specialized insight into Mr. Hoover's treatment and health. And I believe in good faith that their sworn testimony is reasonably necessary to support Mr. Hoover's Motion to Transfer Venue.

13. It is my belief that it is necessary to subpoena Dr. Pogorelec and Mr. Padley to testify as witnesses at an evidentiary hearing on Mr. Hoover's Motion to Transfer Venue.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2022

_____
Zachary Z. Zermay, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
Zachary Z. Zermay, Esq.

3

EXHIBIT-A



| | | | |
|---|---|---|---|
| **Procedure Date:** | 10/26/2021 11:25 AM | **Patient Name:** | Matthew Hoover , R. |
| **MRN:** | E1399182 | **Date of Birth:** | 1/12/1984 |
| **Account Number:** | 1014102242 | **Age:** | 37 |

| | |
|---|---|
| **Procedure:** | Colonoscopy |
| **Indications:** | Hematochezia |
| **Providers:** | Joshua Pogorelec, DO |
| **Referring MD:** | Andrew Padley |
| **Complications:** | No immediate complications.  Estimated blood loss: Minimal. |

**Procedure:**   Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed.  The patient's tolerance of previous anesthesia was also reviewed.  The risks and benefits of the procedure and the sedation options and risks were discussed with the patient.   All questions were answered, and informed consent was obtained.  Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents.  ASA Grade Assessment: II - A patient with mild systemic disease.  After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
- Prior Aspirin/ NSAID therapy: The patient has taken no aspirin or NSAID medications.
After I obtained informed consent, the scope was passed under direct vision.  Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.  The Colonoscope was introduced through the anus and advanced to the terminal ileum, with identification of the appendiceal orifice and IC valve.  The colonoscopy was performed without difficulty.  The patient tolerated the procedure well.  The quality of the bowel preparation was good.  The terminal ileum, ileocecal valve, appendiceal orifice, and rectum were photographed.

**Findings:**

- A 5 mm polyp was found in the hepatic flexure.  The polyp was sessile.  The polyp was removed with a cold biopsy forceps.  Resection and retrieval were complete.
- A 40 mm polyp was found at 13 cm proximal to the anus.  The polyp was semi-pedunculated.  The polyp was removed with a piecemeal technique using a hot snare.  Resection and retrieval were complete.  To repair the defect, the tissue edges were approximated and two hemostatic clips were successfully placed.  Closure of the defect was successful.  There was no bleeding at the end of the procedure.  Area was tattooed with an injection of Spot (carbon black).
- A segmental area of mildly erythematous mucosa was found in the transverse colon.  Biopsies were taken with a cold forceps for histology.  This was biopsied with a cold forceps for histology.  Cecum, ti, DC, sigmoid colon were biopsied with cold forceps
- The exam was otherwise without abnormality on direct and retroflexion views.



| | |
|---|---|
| **Procedure Date:** 10/26/2021 11:25 AM | **Patient Name:** Matthew Hoover, R. |
| **MRN:** E1399182 | **Date of Birth:** 1/12/1984 |
| **Account Number:** 1014102242 | **Age:** 37 |

**Add'l Images:**


The Colon

 1

 2

 3

 4

 5

 6

 7

 8 Rectum

 9 Rectum

 10 Rectum

 11 Rectosigmoid Junction

12

**Impression:**   - One 5 mm polyp at the hepatic flexure, removed with a cold biopsy forceps.  Resected and retrieved.
  - One 40 mm polyp at 13 cm proximal to the anus, removed piecemeal using a hot snare.  Resected and retrieved.  Clips were placed.  Tattooed.
  - Erythematous mucosa in the transverse colon.  Biopsied.
  - The examination was otherwise normal on direct and retroflexion views.

**Recommendation:**   - Patient has a contact number available for emergencies.  The signs and symptoms of potential delayed complications were discussed with the patient.  Return to normal activities tomorrow.  Written discharge instructions were provided to the patient.
  - Resume previous diet.
  - Continue present medications.
  - Repeat colonoscopy is recommended for surveillance.  The colonoscopy date will be determined



| | | | |
|---|---|---|---|
| **Procedure Date:** | 10/26/2021 11:25 AM | **Patient Name:** | Matthew Hoover, R. |
| **MRN:** | E1399182 | **Date of Birth:** | 1/12/1984 |
| **Account Number:** | 1014102242 | **Age:** | 37 |

after pathology results from today's exam become available for review.

Joshua Pogorelec, DO
Finalized Date: 10/26/2021 12:27:01 PM
This report has been signed electronically.
**Number of Addenda:** 0
**Note Initiated On:** 10/26/2021 11:25:44 AM

# CT CHEST ABDOMEN PELVIS W CONTRAST - Details

## Study Result

### Impression

1. Multiple bilateral lung nodules, with the largest measuring 4.3 mm in diameter. Since the patient is known to have a malignancy, surveillance CT, using low dose, of the chest is recommended. Based on the size of the largest nodule, such a follow-up is recommended to 6 month.
2. The examination is otherwise normal showing no evidence of definite metastatic disease or suspicious adenopathy.

S: 11/16/2021 16:55 CST Electronically Authenticated Uri Vaisman
D: 11/16/2021 16:41 CST

### Narrative

EXAM: CT CHEST ABDOMEN PELVIS W CONTRAST ACCESSION #: CT-21-328925
EXAM DATE: 11/16/2021 12:07 ORDER LOCATION: ADS
ORDERING PHYSICIAN: JOSHUA POGORELEC MRN #: E1399182
PATIENT NAME: MATTHEW HOOVER

CT CHEST ABDOMEN PELVIS W CONTRAST 11/16/2021

CLINICAL INDICATION: Colon polyp, cancerous

COMPARISON: None.

TECHNIQUE: MDCT axial images of the chest, abdomen and pelvis were obtained following the oral administration of positive contrast and 75 mL of Omnipaque-350. The images were then reviewed in axial, coronal and sagittal planes.

FINDINGS:
Chest: There are multiple bilateral noncalcified lung nodules with the largest, in the right lower lobe, measuring less than 3 mm in diameter. Otherwise the lungs are clear. No indication of effusions. The major airway is normal. There is no evidence of adenopathy at the base of the neck, supraclavicular regions, axillary regions, mediastinum or the hilar regions. The heart and pericardium are unremarkable the thoracic aorta with its major brachiocephalic branches is normal. The bony structures are well mineralized and radiographically intact.

Abdomen and pelvis: The liver, bile ducts, gallbladder pancreas, spleen, adrenal glands and the kidneys are normal. The visualized GI tract is also unremarkable. No evidence of free air or free fluid and no indication of obvious abdominal or pelvic adenopathy. The urinary bladder is normal. The appendix appears to be normal. The bony structures are well mineralized and radiographically intact. The abdominal aorta with its major abdominal and pelvic divisions is normal. The urinary bladder is normal. The prostate is of normal size.

Scan on 11/16/2021 12:13 PM

## Component Results

There is no component information for this result.

## General Information

Ordered by Joshua M. Pogorelec, D.O.

Collected on 11/16/2021 4:41 PM

Resulted on 11/16/2021 4:55 PM

Result Status: Final result

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022



| | | | |
|---|---|---|---|
| **Procedure Date:** | 1/14/2022 10:16 AM | **Patient Name:** | Matthew Hoover , R. |
| **MRN:** | E1399182 | **Date of Birth:** | 1/12/1984 |
| **Account Number:** | 1015866791 | **Age:** | 38 |

**Procedure:** Colonoscopy

**Indications:** High risk colon cancer surveillance: Personal history of adenoma with high grade dysplasia, High risk colon cancer surveillance: Personal history of adenoma with villous component

**Providers:** Joshua Pogorelec, DO

**Referring MD:**

**Complications:** No immediate complications.  Estimated blood loss: Minimal.

**Procedure:** Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed.  The patient's tolerance of previous anesthesia was also reviewed.  The risks and benefits of the procedure and the sedation options and risks were discussed with the patient.  All questions were answered, and informed consent was obtained.  Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents.  ASA Grade Assessment: II - A patient with mild systemic disease.  After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
After I obtained informed consent, the scope was passed under direct vision.  Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.  The Colonoscope was introduced through the anus and advanced to the cecum, identified by the appendiceal orifice, ileocecal valve and palpation.  The colonoscopy was performed without difficulty.  The patient tolerated the procedure well.  The quality of the bowel preparation was good.  The ileocecal valve, appendiceal orifice, and rectum were photographed.

**Findings:**

- A 7 mm polyp was found at 13 cm proximal to the anus.  The polyp was sessile.  Preparations were made for endoscopic submucosal dissection.  Orise was done to mark the borders of the lesion.  Demarcation of the lesion was performed to clearly identify boundaries of the lesion.  Orise gel was injected with partial lift of the lesion from the muscularis propria.  A circumferential incision around the lesion into the submucosa was performed with snare cautery.  The lesion was then dissected from the underlying deep layers with the electrocautery knife and retrieved with a suction (via the working channel).  A small area was resected. Resection and retrieval were complete.  A slow ooze remained at the end of the procedure.  Biopsies were taken with a cold forceps for histology.  To prevent bleeding after mucosal resection, three hemostatic clips were successfully placed.  There was no bleeding at the end of the procedure.
- The exam was otherwise without abnormality on direct and retroflexion views.

**Add'l Images:**

   

1    2    3    4



| | | | |
|---|---|---|---|
| **Procedure Date:** | 1/14/2022 10:16 AM | **Patient Name:** | Matthew Hoover , R. |
| **MRN:** | E1399182 | **Date of Birth:** | 1/12/1984 |
| **Account Number:** | 1015866791 | **Age:** | 38 |




**Impression:** - One 7 mm polyp at 13 cm proximal to the anus, removed with endoscopic submucosal dissection. Resected and retrieved. Biopsied. Clips were placed.
- The examination was otherwise normal on direct and retroflexion views.
- Endoscopic submucosal dissection was performed. Resection and retrieval were complete.

**Recommendation:** - Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Resume previous diet.
- Continue present medications.
- Repeat colonoscopy is recommended for surveillance. The colonoscopy date will be determined after pathology results from today's exam become available for review.

Joshua Pogorelec, DO
Finalized Date: 1/14/2022 11:21:58 AM
This report has been signed electronically.
**Number of Addenda:** 0
**Note Initiated On:** 1/14/2022 10:16:59 AM



Aspirus Oxford Clinic - A Department of Aspirus Divine Savior Hospital
N4390 CROSSROADS CLINIC RD
OXFORD WI 53952-9465
608-589-5333

April 29, 2022

To Whom It May Concern:

Matthew R Hoover was evaluated in my office on April 29, 2022 to discuss his fear of flying. He does report that he gets extreme anxiety from flying and will have nightmares several days beforehand. He expresses that he has needed to drive to Florida for a court case which has been taxing on him and his family because he prefers to drive which requires him to be gone most of the week. We did discuss potential medications that he could take beforehand for flying to help his anxiety but this would do very little to help his anxiety and nightmares several days before he would fly.

Sincerely,

Andrew B. Padley, N.P.