UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

### REQUEST FOR AN EVIDENTIARY HEARING AND ORAL ARGUMENT ON MOTION TO TRANSFER VENUE

Pursuant to Local Rule 3.01(h), Defendant Matthew Raymond Hoover ("Defendant") respectfully request an evidentiary hearing and oral argument on his Motion to Transfer Venue (the "Motion"). Defendant respectfully submits that a two and a half hour hearing is necessary to examine the witnesses and argue the Motion.

DATED: June 21, 2022

| | |
|---|---|
| _____ | /s/Matthew Larosiere_____ |
| Zachary Z. Zermay, Esq. | Matthew Larosiere |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.