UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

                                                  /

**REQUEST FOR ORAL ARGUMENT ON MOTION TO SEVER**

Pursuant to Local Rule 3.01(h), Defendant Matthew Raymond Hoover ("Defendant") respectfully request oral argument on his Motion to Sever (the "Motion"). Defendant respectfully submits that a one-hour hearing is necessary to argue the Motion.

DATED: June 21, 2022

| | |
|---|---|
| _/s/ Zachary Z. Zermay_ | /s/Matthew Larosiere |
| Zachary Z. Zermay, Esq. | Matthew Larosiere |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.