UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Matthew Raymond Hoover gives notice of the Supreme Court's opinion in *New York State Rifle & Pistol Association Inc., et al. v. Bruen, Superintendent of New York State Police, et al.*, --- S. Ct. ---- (June 23, 2022) ("Only if a firearm regulation is consistent with this Nation's historical tradition may a court conclude that the individual's conduct falls outside the Second Amendment's 'unqualified command.'"). Defendant submits that based on the foregoing authority, supplemental briefing is required on the Motion to Dismiss (ECF 95).

DATED: June 27, 2022

| | |
|---|---|
| *[signature]* | /s/Matthew Larosiere |
| Zachary Z. Zermay, Esq. | Matthew Larosiere |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |

1

Telephone: 239-699-3107          Telephone: 561-452-7575
*Lead Counsel for Defendant*       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.