UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA         CASE NO. 3:21-cr-22-MMH-MCR
v.
KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

<u>Counsel for Government</u>:           <u>Counsel for Defendant Ervin</u>:
David Mesrobian                          Alex King
Laura Taylor

                                         <u>Counsel for Defendant Hoover</u>:
                                         Zachary Zermay
                                         Matthew Larosiere

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton       Court Reporter: Kathy Healey

**CLERK'S MINUTES**

**PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE**

The parties jointly move to continue the trial.

The joint <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants in a speedy trial. All time from now until the end of the November 2022 trial term shall be excludable time.

    **CASE RESET:**
    **Trial: November 1, 2022 at 9:00 A.M.**

Defendant Hoover's Supplemental Brief due by **July 1, 2022.**
Government's Responses to all motions due by **July 21, 2022.**
Government's Supplemental Disclosure of Expert Testimony due by **July 12, 2022.**
Defendants' Expert Disclosures due by **August 2, 2022.**
Motions Directed to the Expert Disclosures due by **August 23, 2022, and**
Responses are due by **September 6, 2022.**

- 2 -

The parties shall confer and file a notice regarding whether they consent to the Magistrate Judge selecting the jury by **August 1, 2022.**

Tentative Motion Hearing Date set for **October 11, 2022, at 10:00 a.m.**

The Court requests that the parties hold the dates of October 31, 2022, through the Thanksgiving Holiday for trial.

DATE: June 27, 2022
TIME: 2:06 p.m.-2:46 p.m.
TOTAL: 40 minutes