UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-22(S2)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**GOVERNMENT'S NOTICE REGARDING EXPERT DISCLOSURE**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, pursuant to this Court's oral Order of June 27, 2022 (*see* Doc. 100), hereby provides notice that it intends to call the same experts and elicit the same testimony at trial that was previously outlined in its Notice of Disclosure of Summary of Expert Testimony in Compliance with Fed. R. Crim. P.

16(a)(1)(G) (Doc. 55).   The United States has provided the materials concerning these experts referenced in the previous disclosure to counsel for defendant Hoover.[1]

                    Respectfully submitted,

                    ROGER B. HANDBERG
                    United States Attorney

By:   s/ *Laura Cofer Taylor*
       LAURA COFER TAYLOR
       Assistant United States Attorney
       USA No. 170
       E-mail: Laura.C.Taylor@usdoj.gov

       DAVID B. MESROBIAN
       Assistant United States Attorney
       USA No. 188
       E-mail: David.Mesrobian@usdoj.gov

       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:   (904) 301-6300
       Facsimile:    (904) 301-6310

---

[1] These materials were provided to counsel for defendant Ervin at the time of the previous disclosure.

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alex King, Esq.
>*Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
>Zachary Z. Zermay
>Matthew LaRosiere
>*Counsel for defendant MATTHEW RAYMOND HOOVER*

>*s/ Laura Cofer Taylor*
>LAURA COFER TAYLOR
>Assistant United States Attorney