UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

KRISTOPHER JUSTINBOYER ERVIN
AND MATTHEW RAYMOND HOOVER,

_____/

## NOTICE REGARDING JURY SELECTION

The parties hereby give notice that at least one party has not consented to the Magistrate Judge selecting the jury.

DATED: August 1, 2022

| | |
|---|---|
| /s/ Zachary Zermay | /s/Matthew Larosiere |
| Zachary Z. Zermay, Esq. | Matthew Larosiere, Esq. |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |
| *Matthew Raymond Hoover* | *Matthew Raymond Hoover* |

1

## CERTIFICATE OF SERVICE

 **I HEREBY CERTIFY** that on August 1, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

            /s/ Zachary Z. Zermay
            Zachary Z. Zermay, Esq.