UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

KRISTOPHER JUSTINBOYER ERVIN
AND MATTHEW RAYMOND HOOVER,

_____/

**HOOVER'S NOTICE REGARDING EXPERT DISCLOSURE**

Defendant Matthew Raymond Hoover hereby gives notice that he incorporates and adopts Defendant Kristopher Justinboyer Ervin's Notice of Disclosure of Summary of Expert Testimony in Compliance with Fed. R. Crim. P. 16(b)(1)(C). (ECF 56 and 56-1).

Defendant Hoover also gives notice that his counsel are currently in discussions with another expert witness, and they should know whether those conversations will bear fruit in two-weeks. If Defendant Hoover retains another expert to testify at trial, he will give notice to the Government and this Court within forty-eight hours.

1

DATED: August 2, 2022

| | |
|---|---|
| _____<br>Zachary Z. Zermay, Esq.<br>1762 Windward Way<br>Sanibel, FL 33957<br>Email: zach@zermaylaw.com<br>Telephone: 239-699-3107<br>*Lead Counsel for Defendant*<br>*Matthew Raymond Hoover* | /s/Matthew Larosiere<br>Matthew Larosiere, Esq.<br>6964 Houlton Circle<br>Lake Worth, FL 33467<br>Email: larosieremm@gmail.com<br>Telephone: 561-452-7575<br>*Counsel for Defendant*<br>*Matthew Raymond Hoover* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.