UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Matthew Raymond Hoover gives notice of the Supreme Court's opinion in *West Virginia v. Environmental Protection Agency*, 597 U.S. ___ (June 30, 2022) ("Thus, in certain extraordinary cases, both separation of powers principles and a practical understanding of legislative intent make us 'reluctant to read into ambiguous statutory text' the delegation claimed to be lurking there. To convince us otherwise, something more than a merely plausible textual basis for the agency action is necessary. The agency instead must point to 'clear congressional authorization' for the power it claims.") (cleaned up).

1

Defendant submits that based on the foregoing authority, supplemental briefing is required on the Motion to Dismiss and Supplement to Motion to Dismiss & to Declare Unconstitutional the National Firearms Act of 1934 (ECF 95, 101).

DATED:  August 4, 2022

| | |
|---|---|
| _____ | /s/Matthew Larosiere_____ |
| Zachary Z. Zermay, Esq. | Matthew Larosiere, Esq. |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.