# EXHIBIT B

**SPD418**
**Firearms Instructor Coordinator**
Serves as Special Agent (Criminal Investigator) assigned to a field division office of the Bureau of Alcohol, Tobacco and Firearms (ATF). Responsible for the prevention, detection, and investigation of substantive and conspiracy type violations of laws administered and enforced by ATF. For a majority of his/her time, independently conducts investigations of greater complexity than at the GS-11 and GS-12 levels which encompass the full range of violations relative to the laws enforced by ATF and conducts investigations for the purpose of gathering information on individuals or individuals connected with groups alleged to be violating ATF enforced laws. Also serves as Firearms Instructor Coordinator, the duties of which involve development, implementation and coordination of Bureau firearms training programs. Principal duties and responsibilities include, but are not limited to: Investigations of individuals in legal or illegal organizations that are complex in structure (e.g., several principals of organized crime or terrorist-subversive groups recognized and identified by law enforcement agencies as threats to the peace and stability of the nation), which are of major interregional dimensions or are nationwide in origin or coverage with occasional international implications. Such investigation will typically indicate actual or potential threats or challenges security. The results, effects, or consequences of these investigations, to a major degree, constitute deterrents to crimes or violations and may often influence changes in laws or future court actions. Must piece together evidence that comes to incumbent from other investigators stationed throughout several States or the Nation. Recognize patterns of illegal operations in order to anticipate and/or influence events as they transpire. Must be aware of the implications of precedential court decisions over a broader area, i.e., in more judicial and law enforcement jurisdictions. The subjects of the investigations are involved in the range and variety of interrelated activities that are illustrated by one or more of the following examples: a. The subject is a prominent figure who, with several associates, is planning illegal acts of extreme impact on the national welfare; e.g., thefts or otherwise illegal acquisitions of explosives or firearms for the purpose of illegal exportation to one another. b. The destruction of facilities which would disrupt functions. c. The use of illegal firearms and/or destructive devices with the intent of causing injury or death to prominent persons for neopolitical or monetary reasons. Separate investigative matters of great scope and complexity evolve from the original assignment as illustrated in one or more of the following: a. The suspected violators are highly organized crime groups whose criminal activities are interwoven with

legitimate business activity. Leads are developed from known criminal activities and it is discovered that they intermingle with legitimate businesses, thus casting suspicion on seemingly respectable, legitimate, political, industrial, or professional leaders. b. The investigations unfold to involve large scale raids and seizures throughout several States, which normally require the incumbent to lead and coordinate several units of agents from ATF and other agencies in tracing leads and gathering information. The interrelationships of fact and evidence is extremely difficult to establish as illustrated in one or more of the following: a. Subjects use fictitious names or are otherwise clearly separated from each other and from the illegal activities under investigation. b. Suspects deal exclusively through subordinates and subsidiaries that engage in legal and illegal activities throughout wide sections of the country, e.g., several states. c. The work of other agents or teams of agents that the incumbent coordinates involves segments of the case and skills described at the GS-12 level of difficulty. Uses tact and discretion in investigative assignments which are typically of a sensitive nature. a. The unique nature of the investigations potentially elicits public interest. The utmost tact and discretion must be employed to prevent premature public awareness which would not only severely hamper the investigation, but also endanger the lives of those involved. b. The persons involved are prominent or notorious individuals. c. The suspects are principals in financial or other enterprises that reach into State or Federal affairs, e.g., through attempted bribery, fraud, collusion, or extortion of public officials. Investigations generally involve extensive and elaborate planning and coordination to resolve and overcome complex jurisdictional problems involving other Federal, State, county, and local agencies. Incumbent will provide direction and leadership to subordinate investigators, while meeting with and advising appropriate LE management officials and Assistant U.S. Attorneys. In duties such as surveillance or undercover, incumbent serves as the key person or coordinator in work involving extremely complex, delicate, or dangerous elements. Coordinates all firearms training programs and qualifications sessions within the division. Coordinates all ATF certified firearms instructors within the division. Responsible for receipt and distribution of ammunition and firearms training supplies and maintenance of division firearms qualification records. Is required to evaluate firearms training programs. Must keep current with the state of the profession in firearms training to develop new and innovative firearms training programs. Will be responsible for uniformity and quality control of all firearms training programs within the division. In conjunction with the Enforcement Policy Program Manager at Headquarters, develops new firearms training programs, new

firearms qualification courses and other firearms training initiatives. As assigned, participates in public relations activities, develops or modifies investigative techniques and procedures, assists in directing lower graded investigators in on-the-job training, and may serve occasionally in special study groups assigned to assist in the development of important income tax evasion cases; e.g., conspiracies to defraud the Government of taxes on distilled spirits or tobacco, and violations of the Federal Alcohol Administration Act. The performance of duties at this level requires the incidental driving of motor vehicles.

The incumbent is under the administrative supervision of the Field Division Operations Officer. All work direction and review concerning investigative activities is provided by a designated Resident Agent in Charge/Group Supervisor. Supervision, guidance and assignments frequently come through program discussions, conferences, or written directives that outline broad objectives, such as stopping the illegal exportation of firearms to a "hot spot" in a geographical area of this country or another country. After making a preliminary study of the assignment, outlines the objectives and boundaries, plans the resources needed, and includes plans to assure coordination with other jurisdictions. Receives more generalized instructions than the GS-12 agent. Review of work typically is in the form of discussions of certain critical points; e.g., the agent suggests commitment of resources in other field division offices, and such suggestions are normally approved. Methods, techniques, and approaches to problems devised often set patterns for subsequent investigations in similar areas and often are adopted for use by investigators in lower grades. Investigations are planned and executed for the greatest possible deterrent impact. The incumbent is responsible for devising innovations in investigative approaches, techniques, and policies, as well as for completing assigned cases. An extremely high degree of originality and initiative is required because investigations involve inquiry into activities occurring in various locations throughout the country. Assignments may often bear the responsibility of being the first of their type to be investigated under a new provision of law, and their outcome may affect pending cases or influence the decision on such cases in the future.

Firearms training program assignments and requests for technical review of firearms training initiatives are received from the Enforcement Policy Program Manager at Headquarters, in consultation with the Field Division Operations Officer.

Mobility is not limited to field offices within one Field Division. May be transferred from one field office or division office to another. Must be available to travel as needed during the course of assignments with the travel not limited to locations in one Field Division. As a Firearms Instructor Coordinator, the incumbent must have received formalized training as a Certified Firearms Instructor either through the FLETC Firearms Instructor Training Program, or an equivalent firearms training program conducted by a recognized law enforcement agency. In addition, the incumbent must demonstrate advanced proficiency as a Certified Firearms Instructor. Must display required proficiency with firearms, as described in ATF Order 3000.8 "ATF Firearms Policy".