UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        Case No:       3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
MATTHEW HOOVER
_____/

**JOINT AND UNOPPOSED**
**MOTION TO CONTINUE TRIAL**

COMES NOW the Defendants, Kristopher Ervin and Matthew Hoover, by and through their respective counsels, without opposition from the government, and hereby moves to continue the currently scheduled November 1, 2022 trial term in this cause, and requests a telephonic status conference to discuss rescheduling, in support hereof, further states as follows:

1. On March 3, 2021, Mr. Ervin was arrested, and a Criminal Complaint was filed against him alleging that he knowingly possessed a firearm as defined under Title 26, United States Code, Section 5845(a) and (b), that is, a machinegun conversion device, that was not then registered in the National Firearms Registration and Transfer Record.  Doc. 1.

2. On March 11, 2021, Mr. Ervin was indicted, charging him with the same counts alleged in the Criminal Complaint.  Doc. 17.

3. On April 1, 2021, a Superseding Indictment was filed adding 13 additional counts. Doc. 25.

4. As noted above, this matter is set for jury trial on November 1, 2022.

5. As of August 18, 2022, the defense is still receiving and reviewing an ongoing discovery production from the government, with Bates numbering up to 33801.

6. In addition, undersigned counsel recently discovered that a box of paper discovery mailed to Defendant Ervin months ago was never received by Mr. Ervin at the Baker County Jail, which has resulted in a substantial delay in Mr. Ervin reviewing discovery provided in this case.

7. The Defendant is in custody and understands the importance of this request and consents hereto.

8. The undersigned counsel has conferred with counsel for co-defendant Hoover, who has joined in this request and consents hereto.

9. Counsel for the Defendant has conferred with the United States, by and through Laura Taylor, who has authorized the undersigned counsel to inform the Court the government does not oppose this request.

10. This request is made in good-faith and not for purpose of delay and is in the best interest of justice.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, continue the November 1, 2022 trial term and schedule a telephonic status conference to discuss rescheduling dates.

Respectfully submitted,
**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 30th day of August, 2022.

                                                /s/ Alex King
                                                ATTORNEY