# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S3)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

<u>Counsel for Government:</u>
Laura Taylor
David Mesrobian

<u>Counsel for Defendant Ervin:</u>
Alex King

<u>Counsel for Defendant Hoover:</u>
Zachary Zermay

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   MOTION HEARING (VIA ZOOM)**

The Joint and Unopposed Motion to Continue Trial (Dkt. No. 119) is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants in a speedy trial. As such, all time from now until the end of the January 2023 trial term shall be excludable time.

Jury selection and trial will begin on **January 9, 2023, at 9:00 a.m.** in Courtroom 10B.

Defendant Hoover's Motion to Dismiss (Dkt. No. 95) is **DENIED, without prejudice, as moot**. Defendant Hoover shall have until **September 22, 2022,** to file a renewed motion to dismiss. The United States shall file a response no later than **October 7, 2022**.

Defendants shall have until **September 16, 2022**, to file any amended expert opinions. Notices or <u>Daubert</u> motions, including any renewed <u>Daubert</u> motions, due **September 30, 2022**. Responses due **October 17, 2022**. Motions in limine due **October 28, 2022**, and responses shall be filed by **November 14, 2022**.

A motion hearing is set for **December 9, 2022, at 10:00 a.m.** in Courtroom 10B.

Defendants are relieved of the obligation to respond to the Government's Motion in Limine (Dkt. No. 118) at this time, and the motion hearing set for October 12, 2022, is cancelled.

The parties shall have until **October 7, 2022**, to bring any <u>Garcia</u> issues before the Magistrate Judge.

Date: September 7, 2022          Time: 9:34 a.m. – 10:06 a.m.          Total: 32 Minutes