UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

## UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

Defendant Matthew Raymond Hoover respectfully requests this Court for leave to appear telephonically at the hearing of September 22, 2022, at 11:30 AM before the Honorable Monte C. Richardson, United States Magistrate Judge. Defendant submits that good cause exists to grant this Motion because:

1. Defendant lives in Coloma, Wisconsin, which is over 1,000 miles away from the United States District Courthouse in Jacksonville, Florida. Lead counsel for Defendant and his co-counsel reside several hours from the United States District Courthouse.

2. If Defendant and Defendant's counsel were granted leave to appear telephonically at the hearing, then attorney time and money that would be otherwise expended travelling to and from the courthouse would be conserved.

Those limited resources are needed to put on a meaningful defense in this matter.

3. No party would face prejudice if Defendant and Defendant's counsel were permitted to appear at the Status Conference telephonically.

4. Granting this Motion is in the interests of justice and is otherwise the right and proper thing to do.

**WHEREFORE** Defendant respectfully moves this Court for leave to appear telephonically at the hearing of September 22, 2022, at 11:30 AM.

DATED: September 14, 2022

| | |
|---|---|
| /s/ Zachary Zermay | /s/Matthew Larosiere |
| Zachary Z. Zermay, Esq. | Matthew Larosiere, Esq. |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

**LOCAL RULE 3.01(g) CERTIFICATION**

Defendant hereby certifies that he has conferred with the Government before filing this Motion. The Government has indicated that it does not oppose the Motion.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

# [PROPOSED] ORDER ON DEFENDANT HOOVER'S MOTION TO APPEAR TELEPHONICALLY

**THIS CAUSE** came upon Defendant Matthew Raymond Hoover's Motion to Appear Telephonically. The Court, having reviewed the Motion, pertinent legal authority, and being otherwise fully advised in the premises, finds and orders as follows:

The Motion is:

☐ GRANTED.

☐ DENIED.

**DONE AND ORDERED** this _____ day of September, 2022 in Jacksonville, Florida.

_____
Monte C. Richardson
United States Magistrate Judge

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 14, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.