UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

**DEFENDANT'S NOTICE OF DISCLOSURE OF SUMMARY OF EXPERT TESTIMONY**

The Defendant, Matthew Hoover, by and through his undersigned counsel, pursuant to Fed. R. Crim. P. 16(b)(1)(G), Fed. R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully notifies the Court and Government counsel of its intention to call the owner of H&M Gunworks, Hill Redwine, as an expert witness in the trial in this case.

As his attached CV reflects, Mr. Redwine has years of full-time experience as a firearms designer with knowledge of reverse engineering, manual machining, welding, and metalworking.

Mr. Redwine is expected to testify be that the metal cards which Mr. Hoover is charged with making, possessing and/or selling do not legally establish or satisfy any of the four definitions of a machinegun. More specifically: 1) They do not, and cannot shoot, 2) They do not have any of the

1

four elements in the CFR definition of the frame/receiver of a machinegun, 3) They are not a part nor a combination of parts designed and intended for use in converting a weapon into a machinegun, 4) They are not a combination of parts from which a machinegun can be assembled.

DATED:  September 16, 2022

_____  
Zachary Z. Zermay, Esq.  
1762 Windward Way  
Sanibel, FL 33957  
Email: zach@zermaylaw.com  
Telephone: 239-699-3107  
*Lead Counsel for Defendant*

/s/Matthew Larosiere_____  
Matthew Larosiere, Esq.  
6964 Houlton Circle  
Lake Worth, FL 33467  
Email: larosieremm@gmail.com  
Telephone: 561-452-7575  
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  September 16, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.

EXHIBIT-A



# HILL REDWINE
### FIREARMS DESIGN & MANUFACTURING
### WWW.HMGUNWORKS.COM

## OBJECTIVE

Focused research on firearms & related industries. Efficient manufacturing technologies.

## SKILLS

Intricate knowledge of firearms design, reverse engineering, manual machining, welding, and metalworking.

## EXPERIENCE

**OWNER • H&M GUNWORKS • MARCH 20, 2013 – PRESENT**
Beginning in 2013, began reverse engineering firearms and developing unique solutions for civil and law enforcement applications. Have operated the company exclusively since 2020.

## EDUCATION

**PHOTOGRAPHY • '02 • SAVANNAH COLLEGE OF ART & DESIGN**
BFA in Photography, 1997-2002



