UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER
ERVIN and
MATTHEW RAYMOND HOOVER
_____/

Defense Atty.: ALEX KING
ZACHARY ZERMAY
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | September 22, 2022 11:30 AM – 11:43 AM 13 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | NONE PRESENT |

### CLERK'S MINUTES

PROCEEDINGS:   Arraignment on the Third Superseding Indictment

Defendant Hoover and Mr. Zermay appeared via telephone.

Both Defendants advised of rights, additional charges, penalties and special assessments.

Both Defendants enter a not guilty plea to all Counts in the Third Superseding Indictment.

Trial term commencing January 9, 2023 before Judge Howard.