UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:  3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**MOTION FOR EXTENSION OF TIME OF FILING DEADLINE**

COMES NOW the Defendant, Kristopher Ervin, by and through his undersigned counsel, and hereby moves for a one-week extension of the current September 30, 2022 deadline to file a *Daubert* motion, as well as a one week extension of the Government's October 17, 2022 deadline to respond to any such motion, and in support hereof, further states as follows:

1. On September 7, 2022 the Court ordered the Defendant to file any *Daubert* motions with a September 30, 2022 deadline. Doc. 126.

2. The undersigned counsel is actively working on the motion. However, due to Hurricane Ian, the undersigned counsel is proactively anticipating evacuation. The undersigned counsel's residence and business addresses are both in Evacuation Zone A. The undersigned counsel's residence has a history of flooding without hurricane surges, and counsel requests additional time to prepare for the hurricane, his residence, and finality of preparing the motion due this Friday.

3. With the undersigned counsel's office in Riverside (a block away from the water), and for the safety of the staff, the office building has closed.

4. In addition, the undersigned counsel's partner, Mr. Monroe, has a residence which is also in Evacuation Zone A, which also requires preparation. Thus, the undersigned counsel's resources are limited.

5. Counsel for the Defendant has conferred with the United States, by and through Laura Taylor, who advised they are not taking a position regarding this motion.

6. This request is made in good-faith and not for purpose of delay and is in the best interest of justice.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, and extend the current September 30, 2022 filing deadline, and a one week extension of the Government's current October 17, 2022 response deadline to the motion.

Respectfully submitted,
**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 28th day of September, 2022.

  /s/ Alex King
ATTORNEY