UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

KRISTOPHER JUSTINBOYER ERVIN,
and MATTHEW RAYMOND HOOVER,

_____/

**UNOPPOSED MOTION TO CONTINUE *DAUBERT* DEADLINE**

Defendant Matthew Raymond Hoover respectfully moves this Court to continue the *Daubert* motion deadline which elapsed on September 30, 2022. In support of this Motion, Defendant Hoover states:

1. Defendant Hoover's lead counsel's home and office are located on Sanibel Island.

2. On September 28, 2022, Sanibel Island was devastated by Hurricane Ian. There is no reliable way of reaching the island community because the Sanibel Causeway was destroyed in the storm.

3. Hoover's counsel has been unable to prepare *Daubert* motions because of the storm and continuing humanitarian crisis that it has caused.

4. Counsel for Hoover and Ervin have conferred about filing joint motions to eliminate the unnecessary multiplicity of proceedings. Counsel have also

1

conferred about whether their anticipated motions would be more properly classified as motions in limine.

5. Counsel for Hoover has conferred with the Government which does not oppose this Motion. However, the Government requested that both Defendants' deadlines become synchronized to avoid responding to a multiplicity of motions that raise substantially the same issues.

6. Accordingly, Defendant Hoover respectfully moves this Court to continue the *Daubert* motion deadline for both Defendants. Defendant Hoover respectfully requests that the deadline be extended to October 21, 2022. Counsel for Defendant Ervin has indicated that he joins this Motion.

**WHEREFORE** Defendant Matthew Raymond Hoover respectfully moves this Court to continue Defendants' *Daubert* motion deadline to October 21, 2022.

DATED: October 7, 2022

| | |
|---|---|
| /s/ Zachary Zermay | /s/Matthew Larosiere |
| Zachary Z. Zermay, Esq. | Matthew Larosiere, Esq. |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

## LOCAL RULE 3.01(g) CERTIFICATION

Defendant hereby certifies that he has conferred with the Government before filing this Motion. The Government has indicated that it does not oppose the Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 7, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.