**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.	Case No.   3:21-cr-22(S2)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**O R D E R**

**THIS CAUSE** is before the Court on Defendant Hoover's Unopposed Motion to Continue Motion in Limine Deadline (Dkt. No. 143; Motion) filed on October 27, 2022.  In the Motion, Defendant Hoover seeks an extension of the motions in limine deadline.  See Motion at 1.  In support of the request, lead counsel for Defendant Hoover advises the Court that his home and office are on Sanibel Island, which was devastated by Hurricane Ian.  See id.  Defendant Hoover represents to the Court that Defendant Ervin joins in this Motion, and that the United States does not oppose it as long as the deadline to respond is also extended.  See id. at 2.

The Court notes that co-counsel for Defendant Hoover is located in Lake Worth, Florida, which was not impacted by Hurricane Ian.  Despite this, the Court previously granted an extension of the Daubert motions deadline, and will grant this Motion.  However, given the approaching December 9, 2022

hearing and the January 9, 2023 trial, the Court expects compliance with all future deadlines.

In light of the foregoing, it is

**ORDERED:**

1. Defendant Hoover's Unopposed Motion to Continue Motion in Limine Deadline (Dkt. No. 143) is **GRANTED**.

2. Motions in limine must be filed no later than **November 10, 2022**.[1]

3. Responses must be filed no later than **November 28, 2022**.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of October, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

---

[1] Defendant Hoover requested that the deadline be extended until November 11, 2022. See Motion at 1. However, because that is a holiday, the extension will be granted only until November 10, 2022.