CURRICULUM VITAE



### *Ernest Lintner, Area Supervisor*

Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives
3452 Lake Lynda Drive
Suite 450
Orlando, FL 32817
OFFICE: ▓▓▓▓▓▓▓▓            FAX: (407) 394-2421
CELL: ▓▓▓▓▓▓▓▓
Email: ▓▓▓▓▓▓▓▓

**PROFESSIONAL EXPERIENCE**

02/2021 to present    **Area Supervisor**
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Tampa Field Division, Orlando, FL

**Duties:**
Perform duties as a first line supervisor in the Industry Operations Investigator career field. Duties include reviewing application reports to determine applicant eligibility for firearms and explosives licenses, verify licensee compliance with the Gun Control Act, National Firearms Act, and Safe Explosives Act; Review investigation reports to ensure accuracy and consistency between written and database information, contents meet required information in the prescribed format, determine adverse administrative action consistent with agency policy, articulate and submit suggested action to higher authority for further review and final determination. Meet with licensees found to have violated applicable regulations to review their business procedures in order to assist the licensees in attaining future compliance, avoiding repeat violations, and educate licensed personnel on potential consequences of continued non-compliance. Set office goals in the annual Domain Assessment based on agency objectives to include staging work assignments for the fiscal year and making adjustments as circumstances dictate; prioritizing and assigning work in order to attain agency objectives.

Review and comment on proposed agency policy changes and programs, review travel vouchers for required documentation and compliance with established spending limits, review use and maintenance logs for Government Owned Vehicles, review office procedures for compliance with established standards. Complete and submit personnel performance evaluations for acknowledgement by the affected employee and higher level managers for review.

Coordinate and attend public events designed to inform and educate the regulated industries (firearms and explosives). Participate in regulatory inspections as both team member and supervisor to assist with the assigned inspection load and ensure professional conduct by assigned personnel. Participate indirectly in training of newly hired personnel by providing procedural and regulatory guidance when requested and meet quarterly with personnel involved in the On the Job Training (OJT) program to ascertain employee progress towards operating independently.

| | |
|---|---|
| 01/2014 to 02/2021 | **Firearms Specialist** |
| | Bureau of Alcohol, Tobacco, Firearms and Explosives |
| | Operational Intelligence Division, DENI Branch Martinsburg, WV |

**Duties**:

ATF representative (liaison) to FBI/National Instant Check System: Serve as the primary point of contact for ATF personnel requesting information concerning FBI NICS operations. Respond to inquiries from ATF field and Headquarters personnel who need information concerning background check results, NICS policy, procedures, or associated records. Assist and train ATF personnel on policy pertaining to NICS related case enforcement and obtaining access to and utilizing FBI databases. Refer requesters to appropriate FBI or state agency personnel when necessary. Generate referrals for ATF Field Divisions when information is obtained indicating possible criminal activity. Provide information to Directors of Industry Operations or Area Supervisors concerning activity of Federal Firearms Licensees that may indicate violations or impact the field office. Support ATF field divisions by attending industry outreach and educational events such as Federal Firearms Licensee seminars when requested, delivering presentations or assisting in answering questions from the attendees. Provide insight and advice to ATF Criminal Enforcement and Industry Operations employees regarding FBI support services available to them. Assist ATF field personnel in making determinations on prohibited persons and when applicable getting those people entered into NICS Index for use on future background checks.

Serve as the primary point of contact for FBI NICS personnel inquiring about information available in ATF databases. Represent ATF in discussions concerning the Gun Control Act, National Firearms Act, and Safe Explosives Act, providing applicable statutes, regulations, rulings, or other agency publications as may be necessary. Refer requesters to appropriate ATF personnel such as Field Division or HQ management or Chief Counsel when necessary. Represent ATF in discussions with FBI and state agency personnel which involve the ATF mission or jurisdiction and seek involvement of other ATF personnel who can contribute specific knowledge or experience to the subject matter. Deliver presentations to firearms industry personnel and other government agencies when requested.

Court testimony October, 2015: United States vs. Kellerchian, Hammond, Indiana (false statements to effect NFA firearm transfers). Related to a case I assisted with while Harrisburg, PA Area Supervisor.

| | |
|---|---|
| 05/2010 to 01/2014 | **Area Supervisor** |
| | Bureau of Alcohol, Tobacco, Firearms and Explosives |
| | Philadelphia Field Division, Harrisburg, PA |

**Duties**:

Perform duties as a first line supervisor in the Industry Operations Investigator career field. Duties include reviewing application reports to determine applicant eligibility for firearms and explosives licenses, verify licensee compliance with the Gun Control Act, National Firearms Act, and Safe Explosives Act; Review investigation reports to ensure accuracy and consistency between written and database information, contents meet required information in the prescribed format, determine adverse administrative action consistent with agency policy, articulate and submit suggested action to higher authority for further review and final determination. Meet with licensees found to have violated applicable regulations to review their business procedures in order to assist the licensees in attaining future compliance, avoiding repeat violations, and educate licensed personnel on potential consequences of continued non-compliance. Set office goals in the annual Domain Assessment based on agency objectives to include staging work assignments for the fiscal year and making adjustments as circumstances dictate; prioritizing and assigning work in order to attain agency objectives.

Review and comment on proposed agency policy changes and programs, review travel vouchers for required documentation and compliance with established spending limits, review use and maintenance logs for Government Owned Vehicles, review office procedures for compliance with established standards. Complete and submit personnel performance evaluations for acknowledgement by the affected employee and higher level managers for review.

Coordinate and attend public events designed to inform and educate the regulated industries (firearms and explosives). Participate in regulatory inspections as both team member and supervisor to assist with the assigned inspection load and ensure professional conduct by assigned personnel. Participate indirectly in training of newly hired personnel by providing procedural and regulatory guidance when requested and meet quarterly with personnel involved in the On the Job Training (OJT) program to ascertain employee progress towards operating independently.

While serving as Area Supervisor, I became a Certified Law Enforcement Instructor and performed duties as an instructor for IOI basic trainees at the ATF National Academy and journeyman IOIs at Advanced Firearms Training, providing basic and advanced guidance on the National Firearms Act. I participated in ATF's Import Project, training U.S. Customs personnel on laws pertaining to the importation, identification, classification, destruction, and registration of NFA firearms. At the request of the Charlotte Field Division DIO, I provided informal training to assigned IOIs on NFA Branch operations and the registration process of NFA firearms. I have assisted with providing training to NFA and Imports Branch personnel concerning identification and classification of NFA firearms.

Court testimony December, 2012: United States vs. Clark, et al., (defendants Rodman and Greenberg); transfers of NFA firearms not registered). Related to a case I assisted with while assigned to the National Firearms Act Branch.


12/2008 to 05/2009    **National Firearms Act Specialist (IOI)**
                      Bureau of Alcohol, Tobacco, Firearms and Explosives
                      Firearms and Explosives Services Division, NFA Branch, Martinsburg, WV

**Duties**:

As a Firearms and Explosives Specialist in the National Firearms Act Branch, I routinely replied both orally and in writing to detailed inquiries from the public, firearms industry, field offices, and Headquarters on various matters concerning the National Firearm Registration and Transfer Record, the National Firearms Act, Gun Control Act, Safe Explosives Act, and their implementing regulations.

I conferred with other ATF Branch offices and Office of Chief Counsel to ensure consistency of response on confidential, complex, or controversial issues. I represented ATF by participating in industry outreach activities and public speaking requests at events such as the Small Arms Review show and Knob Creek Range machinegun shoot on an annual or semi-annual basis respectively.

I maintained a positive working relationship within ATF as well as other government law enforcement agencies with federal, state, or local jurisdiction. I testified in federal court on several occasions for ATF and the FBI in cases related to the National Firearms Act, maintenance of the National Firearms Registration and Transfer Record, and operations of the National Firearms Branch in preparing record certifications used in federal court.

I provided long term investigative support over a 4.5 year period (which exceeded the length of my assignment in the NFA Branch, being completed with trial testimony in 2012 when assigned as Area Supervisor in Harrisburg, PA) in a national criminal case involving fraudulent manufacture and transfer of NFA firearms to include participation in the execution of a search warrant at an NFA dealer's business premises and home, assisting agents by identifying and confirming registration of machineguns and parts kits. I researched registration records in support of that investigation, detecting fraudulently manufactured machineguns. I assisted case agents and prosecuting attorneys in both Phoenix, AZ and Baltimore, MD

with trial preparation, compiled court certifications of ownership histories, and served as a primary witness for the prosecution at trial, informing the jury of the NFA registration and transfer process.

I authored documents concerning ATF policy and law/regulation interpretation for submission at the Assistant Director level to include a proposal to implement background checks on all transfers of NFA firearms, a short barreled rifle/short barreled shotgun FAQ which was posted on the ATF public web page, and a position paper on conversion of pistols to rifles prior to the publishing of ATF Ruling 2011-4. I regularly provided guidance to Legal Instruments Examiners and other specialists within the NFA Branch and worked with Imports and Technology branches on issues related to NFA firearms and the scope of Federal Firearms licensee operations.

I was designated as Acting Branch Chief for approximately five months during which time I routinely handled inquiries from the industry, general public, PGA, and members of congress concerning delayed transfers, corrective actions for erroneous applications, and complex transfers involving estates and defense contractors who import, export, or manufacture firearms and weapons systems subject to the National Firearms Act. I authored approval and denial letters responding to variance requests submitted by licensees.

08/2005 to 12/2009   **Industry Operations Investigator (IOI)**
                     Bureau of Alcohol, Tobacco, Firearms and Explosives
                     New Orleans Field Division, Oxford, MS

**Duties**:

Conduct inspections of licensees and applicants for federal firearms and explosives licenses. Ensure compliance with United States Code and Code of Federal Regulations with regard to storage, sale, transfers, and record keeping of firearms and explosives. Communicate with other ATF branches when required to complete investigations. Submit detailed investigative reports to document findings, recommend administrative actions and forward referrals to ATF Criminal Enforcement or local agencies when appropriate. Prepare written correspondence to licensee concerning administrative action. Utilize computerized databases to determine and document prohibited status of firearms license applicants and purchasers when applicable. Address inquiries from industry members and the public concerning regulations. Instruct new license applicants on proper procedures and record keeping requirements. At the request of the Oxford Resident Agent in Charge, assisted with ATF criminal investigations by conducting firearm inventories at the business premise of one murdered and one burglarized firearms licensee.

09/1999 to 04/2000   **Investigator**
                     Illinois Secretary of State Police
                     Springfield, IL

**Duties**:

Conduct investigations of Illinois vehicle and criminal codes, primarily vehicle dealer, title, registration, and identity violations. Conduct regulatory inspections of licensed vehicle dealers to ensure compliance with record keeping requirements. Utilize state and national databases to determine status of identification documents, drivers' licenses, and personnel. Consult with and assist other federal, state, and local law enforcement officials to complete investigations. Issue citations, make arrests, consult with prosecuting attorneys to obtain arrest warrants, complete reports and appear in court as required. Provide uniformed security for the Illinois Capitol Complex and address high school driver education classes on practical application of the Illinois Vehicle Code. Attended media events when required; conducted an on-camera interview concerning the implementation of new temporary vehicle registrations.

Ernest Lintner

Completed a twelve-week tour as a Recruit Supervisor for a local law enforcement officer basic training class at the Illinois State Police Academy. The duties of that assignment included supervision of police recruits and completing detailed monthly performance evaluations for thirteen recruits.

09/1999 to 04/2000   **Conservation Police Officer**
                     Illinois Department of Natural Resources
                     Springfield, IL

**Duties**:

Enforce federal and state laws with emphasis on wildlife, fish, boat, snowmobile and timber codes. Ensure compliance with various licensing, equipment, and firearm regulations, issue citations, submit reports, appear in court.

01/1995 to 09/1999   **Patrol Officer**
                     Springfield Police Department
                     Springfield, IL

**Duties**:

Patrol the city of Springfield, enforce criminal and traffic laws, investigate traffic crashes, issue citations, make arrests, submit reports and appear in court. Served one year as a recruiting officer, traveling to colleges and community events speaking to potential job applicants. Assigned to Community Policing unit for three years - duties included: attending neighborhood resident meetings, Springfield Housing Authority new resident orientations, and addressing citizen / senior citizen police academy attendees. I had numerous contacts with print and television news media including telephone and on-camera interviews as well as a newspaper reporter accompanying me on duty. I attended community events with local and state elected officials on numerous occasions. I served on working groups within the department to implement DUI arrest procedures and crash reporting criteria.

04/1994 to 01/1995   **Patrolman**
                     Jacksonville Police Department
                     Jacksonville, IL

**Duties**:

Patrol the city of Jacksonville, enforce criminal and traffic laws, investigate traffic crashes, issue citations, make arrests, submit reports and appear in court.

01/1993 to 04/1994   **Correctional Officer**
                     Illinois Department of Corrections
                     Roodhouse, IL

**Duties**:

Supervise prison inmates at an "Impact Incarceration" facility (boot camp). Direct work details on and off-site, conduct physical training sessions, complete disciplinary reports, document rule infractions by inmates.

| | | |
|---|---|---|
| 04/1992 to 01/1993 | **Dispatcher/Jailer** | |
| | Schuyler County Sheriff's Department | |
| | Rushville, IL | |

**Duties**:

Handle incoming calls for service from the public and other government agencies, dispatch appropriate city or county patrol units. Document incoming and outgoing inmates, maintain inmate spending accounts, monitor inmates while on work details.

| | | |
|---|---|---|
| 07/1987 to 03/1992 | **United States Air Force** | |
| | Royal Air Force Greenham Common, England | |
| | Holloman Air Force Base, NM | |

**Duties**:

Patrol Air Force installations with an emphasis on protection of weapons systems, aircraft, and personnel. Control entry to and movement within restricted areas. Assigned the Ground Defense Armory for fifteen months including three months as Assistant Non-Commissioned Officer in Charge; duties included inventory and accountability for all firearms, associated ammunition, and radios assigned for regular Security Police use, coordinated leave times, prepared duty rosters, reviewed inventory reports for accuracy, maintained alarm codes, trained newly assigned personnel in both armory and general Security Police operations.

**Secondary Employment Experience**

09/2002 to 08/2005: Held a type 01 Federal Firearms License and Class 3 Special Occupational Tax. Completed transfers of Title I and Title II firearms, maintained acquisition and disposition records, completed ATF Forms 4473. The license was surrendered in order to accept employment with ATF.

**TRAINING**

| | |
|---|---|
| 2013 | Law Enforcement Instructor Training Program LEITP-306, FLETC |
| 2009 | Machinegun Conversion and Identification, FTB Martinsburg, WV |
| 2005 | IOI Basic Training Program, IOIBT-0505, FLETC |

**INSTRUCTOR EXPERIENCE**

| | |
|---|---|
| 2021 | IOIBT, Firearms and Ammunition Identification IOIBT 2102 |
| 2014 | IOIBT, NFA Practical Exercise IOIBT 1402 |
| 2012 | ATF Advanced Firearms Training for IOIs, NFA, AFTI 1201 and 1202 |
| 2012 | IOIBT, NFA Practical Exercise IOIBT 1202 |
| 2011 | ATF Advanced Firearms Training for IOIs, NFA, AFTI 1101 |

**SPECIAL PROJECTS AND INVESTIGATIONS OR DETAIL**

| | |
|---|---|
| United States vs. Clark, et al | Research and court testimony in a fraudulent machinegun building conspiracy case in which cheaper transferrable machineguns were destroyed and their identifying data was placed on newly built (unregistered) machineguns of models which sold for higher prices. (2008-2013) |
| United States vs Kellerchian | Research and court testimony in a conspiracy to fraudulently obtain imported machineguns by creating the impression to the importer they were being acquired by a law enforcement agency (2011-2015) |

**LAST THREE PERFORMANCE EVALUATIONS**

| | |
|---|---|
| Outstanding | 1 October 2019 to 30 September 2020 |
| Outstanding | 1 October 2018 to 30 September 2019 |
| Outstanding | 1 October 2017 to 30 September 2016 |

7