CURRICULUM VITAE

**Cody J. Toy**
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road
Martinsburg, West Virginia, 25405
FAX

**Professional Experience**

February 2016 – Present
Firearms Enforcement Officer (FEO)
Firearms & Ammunition Technology Division (FATD)
Firearms Technology Criminal Branch (FTCB)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Martinsburg, West Virginia

- Provide technical information regarding firearms identification, operation, and design for the purpose of assisting the Bureau, the law enforcement community, the firearms industry, and the public in general in the implementation Federal laws.
- Conducting examinations and testing of firearms and related materials submitted as evidence by Bureau agents, as well as other Federal, State, and local law enforcement agencies.
- Prepare technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law.
- Conduct examinations and classifications of submitted prototype firearms or related devices.
- Evaluate all types of firearms for import classification.
- Determine origin and classification of ammunition.
- Prepare official Bureau responses to written inquiries from the firearms industry and the public.
- Assist in maintaining the Firearms Technology Branch reference library, which includes over 2,000 books, catalogs and official correspondence relating to the firearms field.
- Assist in maintaining the ATF Firearms Reference Collection, which includes approximately 16,000 firearms of all types.

I have testified in federal court six times during my time with the ATF for the following districts 2nd, 4th, 6th, and 9th. Testimony included silencers, machineguns, GCA firearms, as well as the Southern District of New York in an international drug trafficking case.

Through my training with the ATF as an FEO I have built the following using websites such as youtube.com for instructions:

- AR-15 receiver from an incomplete receiver blank ordered online.

-- 2 --

- A firearm silencer made from common items found at any hardware store.

I have attended the following firearms training courses:

- LWRC M6 (AR-type) armorer course, Cambridge, Maryland.
- Remington Arms Model 700 armorer course, Ilion, New York.
- Remington Arms Model 870 armorer course, Ilion, New York.
- Remington Arms Model 11-87 armorer course, Ilion, New York.
- IWI Tavor SAR armorer course, Harrisburg, Pennsylvania.
- IWI Tavor X95 armorer course, Harrisburg, Pennsylvania.
- FN Manufacturing 240 machine gun course, Columbia, South Carolina.
- Glock armorer course, Smyrna, Georgia.
- FN SCAR armorer course, Fredericksburg, Virginia.
- FN P90/PS90 armorer course, Fredericksburg, Virginia.
- Barrett model 82A1/M107 armorer course, Christiana, Tennessee.
- SIG Sauer classic line armorers course, Boulder, Colorado.
- SIG Sauer P320 armorers course, Boulder, Colorado.
- SIG Sauer MCX armorers course, Boulder, Colorado.
- SIG Sauer P365 armorers course, Epping, New Hampshire.
- HK MP5 armorers course, Ashburn, Virginia.
- HK burst trigger group armorers course, Ashburn, Virginia.
- HK UMP armorers course, Ashburn, Virginia.
- CZ Scorpion armorers course, Martinsburg, West Virginia
- CZ P-10 armorers course, Martinsburg, West Virginia
- Springfield Armory XDs armorers course, Martinsburg, West Virginia
- Benelli M-series armorers course, Martinsburg, West Virginia

I have received training in firearm silencer manufacture, design and operation from ATF and the following factories:

- SIG Sauer factory, Exeter, New Hampshire.
- Montgomery Community College, Troy, North Carolina.
- Knights Armament Corp., Titusville, Florida.

I have received manufacturing and historical instruction at the following ammunition factories:

- Kent Cartridge, Kearneysville, West Virginia.
- Federal Premium Ammunition, Anoka, Minnesota.

I have toured the following museum that displayed firearms as part of their collection, public and/or archival collection were viewed:

- United States Marine Corps Museum, Quantico, Virginia.
- Remington Arms Museum, Ilion, New York.
- Springfield Armory, Springfield, Massachusetts.

-- 3 --

- The Institute for Military Technology, Titusville, Florida.

I have received manufacturing and historical instruction at the following firearms factories to include, but not limited to:

- United States Marine Corps, Precision Weapons Section, Quantico, Virginia.
- Remington Arms factory, Ilion, New York.
- IWI assembling factory, Harrisburg, Pennsylvania.
- SIG Sauer factory, Exeter, New Hampshire.
- SIG Sauer factory, Newington, New Hampshire.
- Kahr Arms/Auto-Ordnance factory, Worchester, Massachusetts.
- Smith and Wesson, Springfield, Massachusetts.
- Savage Arms Inc., Westfield, Massachusetts.
- Mossberg and Sons Inc., North Haven, Connecticut.
- Colt Defense LLC, West Hartford, Connecticut.
- Taurus International Manufacturing, Miami Lakes, Florida.
- Knights Armament Corporation, Titusville, Florida.
- Kel-Tec CNC Industries, Cocoa, Florida.
- Diamondback Firearms, Cocoa, Florida.
- Barrett, Christiana, Tennessee.

I received training from ATF in the following areas to include, but not limited to:

- Gun Control Act of 1968.
- National Firearms Act of 1934.
- Importing Factoring Criteria.
- Evidence Handling.
- 18 U.S.C. 922 (r).
- Ammunition.
- Making a Firearm. (AR-type)
- Destructive Devices.
- Arms Export Control Act of 1976 (AECA).
- Antique Firearms.
- Interstate NEXUS.
- Advanced Interstate NEXUS.

I received training from ATF in the following historic firearms designs to include, but not limited to:

- STEN Type Machine Gun.
- Gatling Gun.
- Maxim Machine Gun.
- Browning Model 1919.
- MG34/42 Machine Gun.
- Type 99 Japanese Machinegun.
- MAC-Type Machinegun.
- Lewis Gun Machinegun.
- Thompson Machine Gun.
- AK Type Machinegun.
- M2 Carbine Machine Gun.
- UZI Machine Gun.
- M-16 Machinegun

Instruction provided as FEO:

- Weapons safety and handling.

-- 4 --

- Designed and conducted general firearm parts identification and nomenclature to Department of Commerce employees for exportation purposes.
- Interstate Nexus courses.
- Designed and conducted training for West Virginia police regarding definitions for Firearm and Antique firearm.

I have attended the Principles of Acoustics and the Measurement of Sound training course conducted by Bruel & Kjaer, North America.

October 2014-January 2016
Team Lead Research Analyst
FCi Federal
Ashburn, VA

- Manage 10 - 15 full time staff members on the Federal Bureau of Investigation (FBI) Name Check contract.

October 2009-October 2014
Research Analyst/Legal Administrative Specialist
E-merging Technologies Group
Winchester, VA

- Provided administrative support to prepare, complete and deliver systematic declassification reviews.
- Provided administrative support to search, collect, scope and analyze responsive documents for incoming Freedom of Information/Privacy Act (FOIPA) requests.
- Completed and delivered files made ready for FOIPA processing or closure.
- Performed processing of other government agency documents, foreign government documents, and identifying source information.

May 2008 - Dec 2009
Security Officer
Chenega Integrated Systems
Winchester, VA

- Carried a Berretta PX4 Storm while providing access control.
- Provided emergency and event response for a federal site under a Federal Protective Service contract.

**Military Experience**

May 2003-September 2007
United States Marine Corps
0311/Infantry

- Elevated to the rank of Corporal/E-4

-5-

- Member of a Maritime Special Purpose Force.
- Managed the training and maintained the records of other Marines.
- Enforced the rules and regulations of the Uniform Code of Military Justice.
- Maintained expert marksman all four years.
- Designated as the Squad Advanced Marksman; trained and employed the SAM-R sniper rifle.
- Trained and/or qualified with the M-4 equipped with M203 grenade launcher; M249 SAW; M240G, M-9 pistol, and Remington Model 870 shotgun.
- Was hand-selected for duty at Marine Barracks 8th and I in Washington DC; this is an exclusive duty station for Marines due to the high-profile type of work involved and being in the public eye. During this duty assignment, I took part in the following ceremonies and events:
    - George H. W. Bush's Presidential inauguration.
    - President Ronald Reagan's funeral.
    - Many other ceremonies for high-ranking military officers, politicians and diplomats.
        - These ceremonies required me to carry and be familiar with the M1 Garand.
- After leaving 8th and I, I was deployed to the Mediterranean/Persian Gulf in 2006, taking part in the evacuation of U.S. citizens in Beirut, Lebanon. For this deployment I received familiarization training on firearms commonly found in Iraq/Afghanistan, including the AK47 and its variants, RPK, PKM, Tariq pistol, and SVD-63 Dragunov sniper rifle.
- Received an Honorable Discharge.
- Awarded Good Conduct Medal, Global War on Terror Service Medal, Global War on Terror Expeditionary Medal, and National Defense Medal.
- Ammunition Identification

For over 20 years, I have had a personal interest in the history, collection, nomenclature, sporting and professional use of firearms and ammunition. I have also accumulated a personal and professional reference collection of numerous firearms and ammunition related publications to include, but not limited to, The Ammunition Encyclopedia, The Gun Trader's Guide, Gun Digest, and The Blue Book of Gun Values in order to remain familiar with firearms and firearm industry trends.