UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No:       3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
MATTHEW HOOVER
_____/

**JOINT EMERGENCY MOTION FOR EXTENSION OF TIME OF FILING DEADLINE
AND
REQUEST FOR STATUS CONFERNECE**

COMES NOW the Defendant, Kristopher Ervin, by and through his undersigned counsel, and hereby moves for an extension of the current November 10, 2022 deadline to file any motion(s) in limine, and requests a status conference to be set in this cause, and in support hereof, further states as follows:

1. On October 28, 2022, the Court granted a motion to extend, ordering the Defendant to file any Motions in Limine with a November 10, 2022 deadline. Doc. 145.

2. Both of the undersigned counsels are actively working on the motions. However, as of Monday, the undersigned counsel has been extremely ill, with a fever ranging from 100 to 104 degrees. The undersigned counsel is physically unable to finalize the motions in limine.

3. Meanwhile, and in addition to, due to Tropical Storm Nicole, and the significant storm surge tides on the East coast, the undersigned counsel's residence is actively flooding, with six inches of standing water in his home.

4. Undersigned counsel's partner, D. Scott Monroe, Esq., has reached out to counsel for the United States on behalf of the undersigned counsel and Defendant Ervin, who has not yet provided a response to the relief requested herein.

5. Counsel for co-defendant Hoover joins in the relief sought in this motion.

6. This request is made in good-faith and not for purpose of delay and is in the best interest of justice.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, extend the current November 10, 2022 filing deadline, and set this matter for a status conference next week, at this Honorable Court's convenience.

Respectfully submitted,
**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 10th day of November, 2022.

  /s/ Alex King
ATTORNEY