UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:21-cr-22(S3)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## RESPONSE TO MOTION TO EXTEND DEADLINES

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby responds to defendant KRISTOPHER JUSTINBOYER ERVIN and defendant MATTHEW RAYMOND HOOVER's "Joint Emergency Motion for Extension of Time of Filing Deadline and Request for Status Conference" (Doc. 152) (hereinafter, the "Motion"). In the Motion, the defendants request that the Court extend today's deadline to file any motions *in limine* until an unspecified date and further request that the Court set a status conference for the week of November 14, 2022.

1. At the September 7, 2022, status conference, the Court set the trial in this case for January 9, 2023, and established various deadlines for pre-trial motions and responses. Doc. 126. The Court ordered *Daubert* motions be filed by September 30, 2022, with responses by October 17, 2022. *Id.* The United States timely filed its *Daubert* motion on September 28, 2022. Doc. 136. Defendants have

not yet responded.¹   The Court ordered motions *in limine* to be filed by October 28, 2022, with responses by November 14, 2022, and set a hearing for December 9, 2022, to consider all of these motions.   Doc. 126.

2.   On October 27, 2022 – the day before motions *in limine* were due, counsel for HOOVER filed a motion to continue the deadline to file motions *in limine* in light of the effects of Hurricane Ian.   Doc. 143.   Defendant ERVIN joined in the motion, and the United States did not oppose it.   *Id.*   The Court granted that motion and extended the deadline to file motions until today, November 10, 2022, and the deadline to respond until November 28, 2022.   Doc. 145.   The Court advised, however, that "given the approaching December 9, 2022 hearing and the January 9, 2023 trial, the Court expects compliance with all future deadlines."   *Id.*

3.   On November 10, 2022, the Motion was filed by the defendants seeking an unspecified extension of time to file motions *in limine* in light of counsel's severe ongoing illness and the effects of Tropical Storm Nicole.   The Motion states that the United States' position had been solicited, but it had yet to respond.

4.   The undersigned received an email regarding the Motion from an attorney at the law firm representing ERVIN at 11:50 a.m. on November 10, 2022,

---

¹ On September 28, 2022, this Court granted defendant Ervin an extension of time to file his *Daubert* motion until October 7, 2022, and granted the United States until October 24, 2022, to respond to that motion.   Doc. 135.   After expiration of defendant Hoover's time to file his *Daubert* motion, he moved for additional time to do so on October 7, 2022.   Doc. 139.   In response, this Court granted both defendants until October 21, 2022, to file their *Daubert* motions and provided the United States until November 7, 2022, to file its response.   Doc. 140.   At no point did defendants request, or this court order, an extension of defendants' deadline to respond to the United States' *Daubert* motion.

2

and called the attorney to discuss this motion at 12:37 p.m. At that time, the undersigned informed the attorney that due to previous extensions of the motion *in limine* deadline, which the United States had not opposed, there was not sufficient time before the December 9, 2022, hearing and January 9, 2023, trial, for any additional time for motions to be granted. The undersigned therefore advised the attorney that she could not agree to any extensions of the motions deadline absent defendants requesting to continue the trial to the February 2023 trial term. The undersigned also advised the attorney of this Court's previous note of caution in its October 28, 2022, Order. Doc. 145. Immediately upon the call ending, the undersigned received notification via ECF of the filing of the Motion, which did not contain the United States' position. The undersigned again reached out to the attorney, who explained that the motion had already been sent to a paralegal for filing prior to the phone call. The attorney advised that he understood that counsel for ERVIN was likely intending to seek a continuance of the trial at the requested status conference.

5. The United States does not believe that further extension of the time to file motions *in limine* and responses is feasible, without a continuance of the trial in this case. The cascading results of an additional extension of time, especially in light of the upcoming holidays between now and the trial, and the limited amount of time between now and the December 9 motions hearing, would have a prejudicial effect on the United States' ability to prepare for trial, due to the need to schedule witness preparation simultaneous with drafting responses to motions and preparing

for motion hearing(s), as well as the potential need to adjust trial strategy in light of rulings on these motions. Furthermore, it is the position of the United States that defendants have not yet made a disclosure of their proposed expert witnesses that complies with Rule 16. *See* Doc. 136. Moreover, defendants are now more than three weeks late in filing their response, if any, to the government's motion to exclude the experts, and have not yet made progress toward a sufficient disclosure. It is the position of the United States that there likely is insufficient time between now and the January 2023 trial term to resolve the issues surrounding defendants' experts.

WHEREFORE, the United States opposes the Motion without a corresponding motion to continue the trial until a later trial date agreeable to the Court and the parties.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   s/ *Laura Cofer Taylor*
       LAURA COFER TAYLOR
       Assistant United States Attorney
       USA No. 170
       E-mail: Laura.C.Taylor@usdoj.gov

       DAVID B. MESROBIAN
       Assistant United States Attorney
       USA No. 188
       E-mail: David.Mesrobian@usdoj.gov

       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:  (904) 301-6300
       Facsimile:   (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alex King, Esq.
>>*Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
>Zachary Z. Zermay
>Matthew LaRosiere
>>*Counsel for defendant MATTHEW RAYMOND HOOVER*

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney

6