# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S3)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

Counsel for Government:
Laura Taylor
David Mesrobian

Counsel for Defendant Ervin:
Alex King

Counsel for Defendant Hoover:
Zachary Zermay
Matthew Larosiere

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles           Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   TELEPHONIC STATUS CONFERENCE**

Defendants' joint ore tenus motion to continue the trial to the April 2023 trial term, which the government does not oppose, is **GRANTED**.   For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants in a speedy trial.   As such, all time from now until the end of the April 2023 trial term shall be excludable time.

Defendant Ervin's supplemental Rule 16 expert disclosures due **December 9, 2022**.

Defendant Hoover's supplemental Rule 16 expert disclosures due **December 16, 2022**.

Daubert motions due **January 4, 2023**, and responses are due **January 18, 2023**.

A Daubert hearing will be held on **February 7, 2023**.   The time will be set at a later date.

The Government's Motion *In Limine* to Exclude Trial Testimony of Defendants' Proposed Expert Witness (Dkt. No. 136) is **terminated** in light of the Court granting Defendants leave to supplement their Rule 16 expert disclosures.

Jury selection and trial will begin on **April 10, 2023**.

**Order Scheduling Trial to enter**.   The motion in limine deadlines will be set in the Order Scheduling Trial.

The Court emphasized its expectation that the deadlines would be met and that the trial date is firm and will not change.

Date: November 17, 2022        Time: 1:09 p.m. – 2:14 p.m.        Total: 1 Hour, 5 Minutes