UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No:        3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN

_____/

**DEFENDANT'S AMENDED NOTICE OF DISCLOSURE OF SUMMARY OF EXPERT TESTIMONY IN COMPLIANCE WITH FED. R. CRIM. P. 16(b)(1)(C),**

The Defendant, Kristopher Ervin, by and through his undersigned counsel, pursuant to Fed. R. Crim. P. 16(b)(1)(G), Fed. R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully notifies the Court and Government counsel of its intention to call Director of International Firearm Specialist Academy, Inc., Daniel G. O'Kelly, as an expert witness in the trial in this case.

As his previously attached CV reflects (*See* Doc. 56-1), Mr. O'Kelly has over 40 years of full-time experience as a Police Officer, ATF Agent/Firearm Specialist, Criminal Investigator, Range Instructor, teacher of firearm technology, ammunition and firearm manufacturer, and collector. He has examined well over 100,000 firearms[1] and even more pieces of ammunition. He has been involved in numerous investigations concerning them, and, since 1978, has testified continually in criminal and civil cases in State, Superior, Circuit, District and Federal Courts. Since 1990, he has been recognized as an expert witness in Federal and State courts and has given numerous depositions in criminal and civil cases, as well as providing expert testimony in court, after being found to be an expert. He has testified and/or consulted as an expert on the topics of use of force, self-defense with a firearm, ballistics, gunshot residue, interstate nexus, federal and

---

[1] Unless specifically identified as such, references to firearms are made according to their regular, every day meaning, rather the specific subset of weapons defined as "firearms" pursuant to the National Firearms Act (NFA).

state firearm regulations, trade dress, ATF rulings, ATF compliance and procedures, shooting reconstruction, firearm classification, firearm design, and wrongful death.

Mr. O'Kelly is expected to testify regarding several areas related to firearms generally, ATF procedures and investigation techniques, the rules and regulations that govern machineguns and the National Firearms Act generally[2], the use and function of "lightning links", and specifically the items alleged by the Government to be machine guns or "lightning links".

With regard to his testimony of firearms generally, Mr. O'Kelly began his career as a law enforcement officer over 45 years ago. Throughout his law enforcement and private sector experience, Mr. O'Kelly was involved in firearm instruction and investigation. Mr. O'Kelly, during his time as a law enforcement officer in Porter County, Indiana from 1977 to 1988, served two years as a department firearm range instructor. Subsequent to that role, Mr. O'Kelly served various roles with ATF until his retirement from that Agency in 2011.

During his time as an ATF Special Agent in Indiana, Mr. O'Kelly's duties included firearm interstate nexus determinations, firearm technology determinations, court testimony, and the training of ATF Agents, Investigators and other law enforcement personnel on all aspects of firearms. After a temporary posting as a Resident Agent in Charge in Wilmington Delaware, Mr. O'Kelly served as the Chief Firearm Technology Instructor at the ATF National Academy. As such, Mr. O'Kelly served as an expert who designed curriculum and instruction for ATF Special Agents regarding firearms and firearm technology. Later, in his career with ATF, Mr. O'Kelly served as a Firearm Instructor Coordinator in the Middle District of Florida where he testified as an expert witness in court hundreds of times. Among his numerous duties, he was involved in

---

[2] Undersigned Counsel anticipates filing a motion *in limine* to prevent and exclude the Government from being permitted to testify as experts on the law and from preventing witnesses, expert or otherwise, from opining or instructing the jury on the law. It is further anticipated that if such a prohibition were ordered, it would apply, fairly and uniformly to all parties.

2

firearm identification, NFA determinations, making function checks on firearms, and instructing countless law enforcement officers and Assistant United States Attorneys in firearms technology and other related determinations. After this assignment, Mr. O'Kelly served more than another decade as a Senior Special Agent for ATF in the Middle District of Florida. Subsequently, Mr. O'Kelly has worked for as a firearm compliance expert for one of the country's largest firearms retailers and for more than a decade now as a Director and Consultant for the International Firearm Specialist Academy where he is an accredited Firearm Specialist. He is currently a contracted firearm instructor with the FBI and is also a firearms designer, where he holds a patent with the US Patent Office.

Mr. O'Kelly is extraordinarily qualified to testify regarding the basic functioning of firearms in light of his decades of training, experience, and certification with firearms and their function over the course of a long and decorated career. Mr. O'Kelly's testimony will aid the jury in understanding the basic function of firearms, how they work, and the function of the various parts of the firearm. This testimony will aid the jury in understanding the basic function of a firearm, whether a machinegun, a non-machinegun, NFA firearms, and non-NFA firearms. His testimony will help the jury understand how a firearm functions, and how the device or devices the government alleges constitute machine guns or machine gun conversion devices interact with and work (or not) in conjunction with the other parts of a firearm.

Additionally, Mr. O'Kelly is firearms expert who has kept up to date with current ATF procedures and investigative techniques. Additionally, Mr. O'Kelly, as an Agent for ATF for over twenty-three years, is uniquely capable of testifying regarding the functioning of ATF, the promulgation and review of ATF guidance and regulations, as well as how investigations and determinations regarding firearms and machineguns occur. This will aid the jury in understanding

the context of the investigation, as well as any and all shortcomings and failures of that investigation. Subject to potential limitations by this Honorable Court, Mr. O'Kelly can also discuss with the jury the role and function of Federal Firearms Licensees and payers of Special Occupation Tax. Furthermore, Mr. O'Kelly can testify and explain to the jury the law surrounding the National Firearms Act, including the process, procedure, and regulations regarding the National Firearms Act and the Gun Control Act.

Mr. O'Kelly can also aid the jury in providing specific testimony regarding the role and function of machine gun conversion devices, and how those devices function and can be used in firearms that are not specially designated by the National Firearms Act. Mr. O'Kelly has additionally been provided detailed copies, specifications, photographs, and measurements of the devices the Government has alleged are machineguns. He is prepared to testify, based on his decades of firearm experience, training in NFA and non-NFA Firearms, training specific to machineguns, and myriad of other training and experience that the devices alleged by the Government to be machineguns would not function as such without substantial machining and modification.

Respectfully submitted,

**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 9th day of December, 2022.

                                       /s/ Alex King
                                       ATTORNEY