**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-22(S3)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

### ORDER SCHEDULING TRIAL

1. As previously directed, Daubert motions shall be filed by **January 4, 2023**, and responses are due no later than **January 18, 2023**.

2. A Daubert hearing is set for **February 7, 2023, at 10:00 a.m.** before the undersigned in Courtroom 10B.

3. Motions in limine shall be filed by **February 24, 2023**, and responses are due no later than **March 10, 2023**.

4. Jury selection and trial shall commence on **Monday, April 10, 2023, at 9:00 a.m.** in Courtroom 10B.

5. Each party shall file the following with the Clerk of the Court: proposed **Jury Instructions**, proposed **Voir Dire**, proposed **brief statement of the case** to be read to the venire, as well as a proposed **verdict form**, **no later than April 3, 2023**. Please e-mail your proposed jury instructions to: chambers_flmd_howard@flmd.uscourts.gov.

6. **On the date jury selection commences**, each party **shall file with the Clerk's Office** (Room 9-150) the original of their respective **Exhibit List** and **Witness List**, if not already filed. In addition, each party shall provide **three (3) copies** thereof to the Courtroom Deputy Clerk in the courtroom at the beginning of the trial. All exhibits are to be pre-marked in accordance with the attached instructions. M.D. Fla. Rule 3.07. An extra copy of the exhibits must be provided to the Court.

7. Any demonstrative exhibits which either party plans to use at trial shall be shown to opposing counsel no later than 72 hours prior to trial.

8. Counsel, parties and witnesses appearing in Court shall dress appropriately.

9. Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of their case by calling Jodi Wiles, Courtroom Deputy, at 904-301-6750.

10. All persons entering the Courthouse must present photo identification to the Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice. Counsel are

**GRANTED** permission to use their equipment [1] within the courthouse facilities.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of January, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Assistant U.S. Attorneys (Taylor/Mesrobian)
Alex King, Esquire
Zachary Zermay, Esquire
Matthew Larosiere, Esquire
U.S. Marshals Service
Court Security Office
U.S. Probation
U.S. Pretrial Services
Jury Administrator


Attachments:
Court's Instructions to Counsel Re: Jury Selection (Criminal)
Instructions Regarding the Pre-Marking of Exhibits

---

[1] Cell phones must be turned off while in the courtroom.