**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

### O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>. In preparing for the <u>Daubert</u> hearing scheduled for February 7, 2023, the Court is of the view that additional information is required. While the parties have already disclosed a list of topics that each proposed expert witness intends to address, the Court will require the parties to file a written proffer of each witness's opinions.

Accordingly, it is

**ORDERED:**

The parties are **DIRECTED** to file a written proffer of each proposed expert witness's opinions by **12:00 noon** on **Monday, February 6, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida, on February 1, 2023.

MARCIA MORALES HOWARD
United States District Judge

lc30
Copies to:

Counsel of Record