UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No:        3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**DEFENDANT'S NOTICE OF WITHDRAWAL
OF NOTICE OF DISCLOSURE OF EXPERT TESTIMONY
IN COMPLIANCE WITH FED. R. CRIM. P. 16(b)(1)(C) AND REQUEST FOR RELIEF
FROM THIS COURT'S FEBRUARY 1, 2023 ORDER**

COMES NOW the Defendant, Kristopher Ervin, by and through his undersigned counsel, and hereby files this Notice of Withdrawal of Notice of Disclosure of Expert Testimony in Compliance with Fed. R. Crim. P. 16(b)(1)(C) (Doc. 165) (hereinafter referred to as "Notice of Withdrawal"), and in support hereof, further states as follows:

1.  On December 9, 2022, undersigned counsel filed Defendant's Amended Notice of Disclosure of Summary of Expert Testimony in Compliant with Fed. R. Crim. P. 16(b)(1)(C) (Doc. 165) (hereinafter referred to as "Defendant's Expert Disclosure").

2.  In an abundance of caution and based on the anticipated scope of testimony at the time of the disclosure, undersigned counsel filed Defendant's Expert Disclosure listing Daniel G. O'Kelly as an expert with over 45 years of law enforcement experience, and references his CV (Doc. 56-1), and qualifications as an expert in firearms. Defendant's Expert Disclosure included substantive areas of testimony anticipated to be presented in Defendant's Case-in-Chief, and any potential areas that may be testified to in rebuttal of the Government's purported expert witnesses.

3.  In preparation for this Court's hearing on, *inter alia*, the Government's Motion *In Limine* to Exclude Trial Testimony of Defendants' Proposed Expert Witnesses (Doc. 170),

undersigned counsel consulted and prepared with Mr. O'Kelly, Mr. Ervin, and counsel for Mr. Hoover.

4. Additionally, in advance of the hearing, undersigned counsel, counsel for Mr. Hoover, and counsel for the United States have spoken on multiple occasions in an effort to determine areas of agreement and make efforts to streamline the presentation of evidence.

5. At this time, Mr. O'Kelly has not authored or provided any written reports in this matter. Although an expert in the field of firearms, Mr. O'Kelly has not undergone any testing of the materials alleged to constitute machinegun conversion devices. As a result of all of these efforts and preparation for the upcoming hearing, it has been determined that there is no testimony Mr. O'Kelly is intending to provide in Defendant Ervin's Case-in Chief.

6. As this Court observed in its February 1, 2023 Order, the expert disclosures, including Defendant' Expert Disclosure (Doc. 165), primarily disclosed "a list of topics that each proposed witness intends to address". The primary reason the disclosure contained topical areas as opposed to specific opinions is the rebuttal nature of the testimony. While there were areas it had been anticipated Mr. O'Kelly would have been providing substantive, non-rebuttal testimony in its case-in-chief, that is no longer the case.

7. Undersigned counsel has thoroughly discussed this matter with Mr. Ervin, in consultation with Mr. O'Kelly, and Mr. Ervin has authorized counsel to inform this Honorable Court that he agrees with the trial strategy decision in only using Mr. O'Kelly in a rebuttal capacity.

8. The Eleventh Circuit has been clear that "[o]ur case law establishes that, consistent with the plain language of the Rule, the government's presentation of rebuttal testimony without prior notice does not violate Rule 16, since the Rule's notice requirements apply only to the government's case-in-chief. *United States v. Frazier*, 387 F.3d 1244, 1269 (11th Cir. 2004). This

applies equally to a Defendant's disclosure. *United States v. Windham*, 489 F.2d 1389, 1392 (5th Cir.1974) ("Rebuttal witnesses are a recognized exception to all witness disclosure requirements.")

9. Undersigned counsel has informed the Government of the withdrawal of the Defendant's Expert Disclosure (Doc. 165). Undersigned counsel has further informed the Government that if Mr. O'Kelly is called at all as a witness, it would be solely to rebut the evidence adduced in the Government's Case-in-Chief by its two listed expert witnesses. *See United States v. Gold,* 743 F.2d 800, 818 (11th Cir. 1984) (explaining the "purpose of rebuttal evidence is 'to explain, repel, counteract, or disprove the evidence of the adverse party'") *quoting United States v. Delk*, 586 F.2d 513, 516 (5th Cir.1978).

10. In light of the filing of this Notice of Withdrawal, the Government has permitted undersigned counsel to inform this Court that, as to the Government's Motion *In Limine* to Exclude Trial Testimony of Defendants' Proposed Expert Witnesses (Doc. 170), the parties believe the withdrawal of Defendant Ervin's notice functions to moot the Government's motion to exclude as to Mr. O'Kelly, subject to the Government reviving its arguments if Defendant Ervin elects to call Mr. O'Kelly to rebut the Government's experts.

11. On February 1, 2023, the Court issued an Order, requiring the parties to file a written proffer of each witness's opinions (Doc. 177).

12. Undersigned counsel requests this Honorable Court to consider relieving counsel of the noon February 6, 2023 deadline to provide a written proffer of each proposed expert witness's opinions since Mr. Ervin has withdrawn his expert witness in his Case-in Chief.

WHEREFORE, it is respectfully requested that this Honorable Court relieve undersigned counsel's requirement to file a written proffer of each proposed expert witness's opinion, in light

of the withdrawal of Mr. O'Kelly as an expert witness to be presented in Defendant Ervin's Case-in-Chief.

                                  Respectfully submitted,
                                  **Monroe & King, P.A.**

                                  /s/ Alex King
                                  Alex King, Esq.
                                  Florida Bar No.: 0086034
                                  Scott Monroe, Esq.
                                  Florida Bar No.: 0086801
                                  1805 Copeland Street
                                  Jacksonville, Florida 32204
                                  Tel: (904) 355-7777
                                  E-mail: Admin@MonroeKingLaw.com
                                  Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 3rd day of February, 2023.

                                  /s/ Alex King
                                  ATTORNEY