UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:21-cr-22(S3)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**UNITED STATES' WRITTEN PROFFER OF TESTIMONY BY
ERNEST LINTNER IN ANTICIPATION OF TRIAL**

The United States of America, by and through the undersigned Assistant United States Attorneys, pursuant to the Court's February 1, 2023, Order (Doc. 177) and Fed. R. Crim. P. 16(a)(1)(G), Fed. R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully provides the Court and defense counsel this written proffer of the testimony that it anticipates Branch Chief ("BC")[1] Ernest Lintner of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") will provide as an expert witness in the trial of this case.

As set forth in the government's prior Fed. R. Crim. P. 16(a)(1)(G) disclosures (Docs. 55, 102), BC Lintner was responsible for supervising investigators in ATF's Industry Operations Group in Orlando, which has responsibility for ensuring

---

1   At the time the United States made its initial disclosure of BC Lintner as an expert in this case, his title was Area Supervisor.  Since that time, BC Lintner has taken on a new role as Branch Chief of the Advanced Training Branch/Leadership and Professional Development Division of ATF.

1

compliance with federal firearms laws by Federal Firearms Licensees ("FFLs") and payers of the Special Occupation Tax ("SOTs").

The United States anticipates and proffers that BC Lintner's testimony on the topics previously disclosed would be:

- The National Firearms Act of 1934 ("NFA") defines six categories of regulated firearms: machineguns, short-barreled rifles, short-barreled shotguns, suppressors, destructive devices, and "any other weapons." It imposes an excise tax on the manufacture and/or transfer of these "NFA firearms," and mandates their registration with a particularized serial number. All ownership transfers of these NFA firearms to a civilian must be done through the National Firearms Registration and Transfer Record (the NFA registry) and requires paying $200 with the submission of the ATF Form 4 to obtain a tax stamp.
- Under the NFA, all machineguns must have been manufactured and registered with ATF prior to May 19, 1986, in order to be transferable to/between civilians. Machineguns manufactured after that date are restricted from civilian use.
- Only (1) government agencies or (2) federal firearms licensees (FFLs) who engage in importing, manufacturing, or dealing NFA firearms <u>and</u> pay the special occupational tax (SOT) can legally possess machineguns

    manufactured in the United States after May 19, 1986. Such machineguns are not transferable to civilians.

- There are different classes of SOTs for importers (Class 1), manufacturers (Class 2), and dealers (Class 3). A Class 2 SOT can only manufacture a machinegun (or another NFA firearm) for the purpose of an anticipated potential sale to a government agency. Further, if an American firearms manufacturer or Class 2 SOT makes a machinegun for the purpose of selling it to a law enforcement agency, they must register it in the NFA registry (through the ATF Form 2), and then record its transfer to the government agency (through the ATF Form 5). The Class 2 SOT cannot outsource the actual manufacturing of a machinegun to a non-SOT.

- Machinegun conversion devices are included within the definition of "machinegun" and "firearm" under the NFA. A lightning link is a type of machinegun conversion device, originally manufactured by S.W. Daniel, Inc., as the M15AC. Lawfully possessed and transferable lightning links exist, which were manufactured prior to May 19, 1986, and properly registered and serialized in the NFA registry. ATF records reflect that several hundred lightning links were registered in the National Firearms Registration and Transfer Record from approximately 1984 to 1986. Schematics for the design for lightning links is available on the internet. Lightning links manufactured subsequent to May 19, 1986, are subject to

3

- the same restrictions as any other machinegun or machinegun conversion device as set forth above.
- Since the imposition of the NFA, machineguns that are lawfully transferrable to civilians (including machinegun conversion devices) have become substantially more expensive, and routinely sell for prices in excess of $10,000.   BC Lintner is expected to discuss documents obtained by grand jury subpoena from Rock Island Auction reflecting that an SWD M15AC lightning link with serial number AC170 was sold at auction on May 14, 2021, for $18,400.
- The ATF Firearms and Technology Division ("FATD"), among other things, provides technical services to the firearms industry and other members of the public by responding to technical inquiries and testing/classifying products, including new products, submitted by manufacturers. Classifications by FATD set forth ATF's opinion on whether or not a firearm is regulated under the NFA.   ATF field agents

are not trained or authorized by ATF to make these types of determinations.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   s/ *Laura Cofer Taylor*
        LAURA COFER TAYLOR
        Assistant United States Attorney
        USA No. 170
        E-mail: Laura.C.Taylor@usdoj.gov

        DAVID B. MESROBIAN
        Assistant United States Attorney
        USA No. 188
        E-mail: David.Mesrobian@usdoj.gov

        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:    (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alex King, Esq.
>>*Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
>Zachary Z. Zermay
>Matthew LaRosiere
>>*Counsel for defendant MATTHEW RAYMOND HOOVER*

>>>>*s/ Laura Cofer Taylor*
>>>>LAURA COFER TAYLOR
>>>>Assistant United States Attorney