UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 3:21-cr-22(S3)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**UNITED STATES' WRITTEN PROFFER OF OPINIONS OF CODY TOY
IN ANTICIPATION OF TRIAL**

The United States of America, by and through the undersigned Assistant United States Attorneys, pursuant to the Court's February 1, 2023, Order (Doc. 177) and Fed. R. Crim. P. 16(a)(1)(G), Fed. R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully provides the Court and defense counsel this written proffer of the testimony that it anticipates Firearms Enforcement Officer ("FEO") Cody Toy of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") will provide as an expert witness in the trial of this case.

As set forth in the government's prior Fed. R. Crim. P. 16(a)(1)(G) disclosures (Docs. 55, 102), FEO Toy has been employed by ATF as a Firearms Enforcement Officer since February 2016. In that capacity, he is responsible for evaluating firearms submitted by law enforcement officers as evidence and making determinations regarding whether those firearms meet the criteria to be classified as firearms regulated by the NFA and GCA, including machineguns.

1

The United States anticipates and proffers that FEO Toy's testimony on the topics previously disclosed would be:

- That Special Agent ("SA") Hooker submitted an Auto Key Card 3-in-1 "pen holder edition" to FEO Toy that SA Hooker had purchased in an undercover capacity on January 15, 2021.  Upon receiving the 3-in-1 Auto Key Card on January 25, 2021, FEO Toy immediately recognized the card as containing etchings for lightning links, which are a category of machinegun conversion devices that have been classified as machineguns by ATF, pursuant to the NFA, since at least the early 1980s.  A lightning link consists of two flat pieces of metal and is designed to slip over the hook in the top of the disconnector in an AR-15-type receiver and be positioned in the receiver over top of the selector and under the rear take-down pin.  The connector piece is designed to protrude upward into the path of the bolt carrier from behind the rear take-down pin.  During operation, as the bolt carrier travels forward, the bolt carrier impacts the connector piece, which uses the rear take-down pin as a fulcrum to move the base piece rearward.  This pulls the disconnector out of engagement with the hammer and releases the hammer to strike the firing pin and negates the functionality of the disconnector.  This replicates the function of the machinegun automatic sear and converts a semiautomatic AR-15-

type firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

- FEO Toy used a commonly available Dremel tool to cut along the etched lines of one set of lightning link outlines on the Auto Key Card and separated the lightning link pieces from the Auto Key Card. This process took approximately 37 minutes. FEO Toy then placed the lightning link pieces into a semi-automatic AR-15 style rifle (a Superior Arms, model S-15, 5.56x45mm caliber semi-automatic rifle) and determined that the rifle function tested as a machinegun.

- On January 27, 2021, FEO Toy test fired the rifle with lightning link pieces cut from the Auto Key Card installed. FEO Toy used commercially available Federal brand 5.56x45mm caliber ammunition for the test fire. FEO Toy inserted a three round ammunition load, set the selector to the semi-automatic position, and pulled the trigger. The rifle fired all three rounds automatically with a single function (pull) of the trigger. FEO Toy then inserted a five-round ammunition load and pulled the trigger, and the rifle fired one round and chambered the next round, but the second round did not fire. After this happened a second time, FEO Toy changed ammunition to commercially available Remington brand .223 caliber ammunition. FEO Toy inserted a five-round ammunition load and pulled the trigger. The rifle fired all five rounds automatically with a single

3

function of the trigger. FEO Toy attempted this method of fire several more times, with the rifle firing two or three rounds with a single function of the trigger in most tests, but sometimes firing only one round and chambering the next without firing.

- On March 11, 2021, FEO Toy received an Auto Key Card 2-in-1 that had been purchased undercover by SA Hooker. On March 16, 2021, FEO Toy examined the 2-in-1 Auto Key Card. FEO Toy used a commonly available drill press and Dremel tool to cut out lightning link pieces from the 2-in-1 Auto Key Card. FEO Toy used the drill press to make four holes at the corners of each of the internal cut-outs and then used the Dremel to cut along the etched lines on the Auto Key Card. This process took approximately 43 minutes. While attempting to remove more material from one of the internal cut-outs, FEO Toy mistakenly cut through one of the sides of a piece. FEO Toy placed the lightning link pieces into the Superior Arms model S-15 5.56x45mm caliber semi-automatic rifle and test-fired it. In one test, the rifle fired two rounds automatically with a single function of the trigger but other times would only fire one round. FEO Toy believed that this was because the mistakenly made cut in the side of one of the pieces was allowing the device to flex too much. FEO Toy then undertook to cut the second set of pieces of a lightning link from the 2-in-1 Auto Key Card using the Dremel.

This took approximately 52 minutes.  FEO Toy used a file to finish one of the internal cut-outs, which took approximately 4 minutes.  On March 12, 2021, FEO Toy test-fired the rifle with this lightning link installed.  FEO Toy used commercially available Remington brand .223 caliber ammunition.  FEO Toy inserted a 3-round ammunition load, set the selector to semi-automatic, and pulled the trigger.  The rifle fired all three rounds automatically with a single function of the trigger.  FEO Toy then inserted a five-round ammunition load and pulled the trigger.  The rifle fired all five rounds automatically with a single function of the trigger.

- FEO Toy later created a video demonstration of a test fire of the rifle with lightning link pieces installed.  The government anticipates submitting this video demonstration into evidence and playing it for the jury.
- FEO Toy also test-fired the rifle link with the first set of lightning link pieces that he had cut out installed on November 29, 2022.  On that date, the rifle fired all rounds automatically with a single pull of the trigger.  FEO Toy test-fired the rifle using two different bolt carriers – a machinegun bolt carrier as well as an SP1 bolt carrier.
- When explaining the mechanical functioning of a lightning link, FEO Toy is also expected to explain to the jury what the different parts of an AR-15-type firearm are and how they function together to cause a weapon to fire.

5

FEO Toy is expected to explain how the process of automatic and semiautomatic fire differ mechanically.

- FEO Toy is also expected to explain that there are several ways to convert an AR-15-type semiautomatic firearm to fire automatically. These methods include drilling a "third hole" in the receiver to allow the firearm to accept components to allow it to fire automatically and the use of a so-called "drop-in auto sear" or DIAS, which is another type of machinegun conversion device. FEO Toy is also expected to testify that these different methods of converting a semiautomatic AR-15-type firearm into a machinegun may require the firearm to be configured in a certain way (for example, a certain type of bolt carrier may be required in order for the conversion to work). FEO Toy is expected to testify that, for example, there is a design of bolt carrier that is commonly referred to as an M16 or machinegun bolt carrier, which is commonly available and not considered a machinegun in and of itself because it must be coupled with a conversion device in order to allow the semiautomatic firearm to fire automatically.
- FEO Toy is also expected to testify as to the requirements for marking machineguns, including the stage of manufacture at which such markings are required. Specifically, FEO Toy is expected to testify that each manufacturer and importer and anyone making a machinegun is required to identify the machinegun with a serial number, the name of the

6

manufacturer, the model, caliber or gauge, and the city and state of the manufacturer's place of business. FEO Toy is further expected to testify that these markings must be placed on the machinegun at the stage at which the machinegun is recognizable as such. FEO Toy is also expected to testify that the manufacturer is also required to register the machinegun in the National Firearms Registration and Transfer Record by submitting an ATF Form 2 by close of business the following day. FEO Toy is also anticipated to testify that marking variances can be obtained by applying to ATF.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   s/ *Laura Cofer Taylor*
        LAURA COFER TAYLOR
        Assistant United States Attorney
        USA No. 170
        E-mail: Laura.C.Taylor@usdoj.gov

        DAVID B. MESROBIAN
        Assistant United States Attorney
        USA No. 188
        E-mail: David.Mesrobian@usdoj.gov

        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:    (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Alex King, Esq.
> > *Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
> Zachary Z. Zermay
> Matthew LaRosiere
> > *Counsel for defendant MATTHEW RAYMOND HOOVER*

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
