UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:   3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**DEFENDANT'S WRITTEN PROFFER OF TESTIMONY
BY DANIEL O'KELLY IN ANTICIPATION OF TRIAL**

Defendant, Kristopher Ervin, by and through his undersigned counsel, and hereby files this Notice in Compliance with the Court's February 1, 2023 Order (Doc. 177) (hereinafter referred to as "Order"), and in support hereof, further states as follows:

1. Mr. O'Kelly is expected to testify ultimately testify that he is of the opinion that the Auto Key Card does not meet the definition of a "machinegun" pursuant to 26 U.S.C. § 5845(b).

2. Mr. O'Kelly is expected to testify that he is familiar with the Auto Key Card devices. Mr. O'Kelly is further expected to testify regarding what a lightning link is, how a lightning link functions, and how and when a lightning link would meet the statutory definition of a machinegun pursuant 26 U.S.C. § 5845(b).

3. Mr. O'Kelly is expected to testify regarding his familiarity with the Auto Key Card, lightning links, machine guns, and machine gun conversion devices under 26 U.S.C. § 5845(b).  Mr. O'Kelly is expected to differentiate and distinguish those different items.

4. Mr. O'Kelly is expected to testify that there is no federal law prohibiting or otherwise regulating the information of how a lightning link functions, how a machine gun

functions, or information on how to create a machinegun, or modify an existing firearm into a machinegun.

5. Mr. O'Kelly is expected to testify specifically that the Auto Key Card devices fail to meet each of the statutory definitions of a "machinegun" 26 U.S.C. § 5845(b). Specifically:

   a. The Auto Key Card is not capable of shooting, or designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

   b. The Auto Key Card does not comprise the frame or receiver of a weapon that could otherwise be classified as a machine gun.

   c. The Auto Key Card is not a part designed and intended solely and exclusively for use in converting a weapon into a machine gun.

   d. The Auto Key Card is not a combination of parts designed and intended solely and exclusively for use in converting a weapon into a machine gun.

   e. The Auto Key Card is not a combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

Respectfully submitted,

**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 6th day of February, 2023.

  /s/ Alex King
ATTORNEY