UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No:       3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

## NOTICE OF FILING

Notice is hereby given that the Defendant, by and through the undersigned counsel, hereby files the attached case undersigned counsel discussed with the Court at the February 7, 2023 hearing, that is, *United States v. Aguilar-Espinosa*, 57 F.Supp.2d 1359 (1999) (attached as Exhibit A). Counsel otherwise confirms that the other case he was referring to is the same case cited by the Court, *United States v. Bishop*, 928 F.3d 621 (10th Cir. 2019).

**Respectfully submitted,**
**Monroe & King, P.A.**

         /s/ Alex King
Alex King / Fla. Bar No.: 86034
D. Scott Monroe / Fla. Bar No.: 86801
Finley Williams / Fla. Bar No.: 100606
Monroe & King, P.A.
1805 Copeland Street
Jacksonville, FL 32204
**Pleadings to**: admin@monroekinglaw.com
(904) 355-7777 Telephone
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 7th day of February, 2023.

         /s/ Alex King
ATTORNEY