UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                          CASE NO. 3:21-cr-22(S3)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States of America, by and through the undersigned Assistant United States Attorneys, files this notice of supplemental authority pursuant to the Court's Order *ore tenus* at the February 7, 2023 *Daubert* hearing. Appended hereto as Attachment 1 is Doc. 58 in *United States v. Adamiak*, Case No. 2:22-cr-47-AWA-LRL (E.D. Va.), which is the written order in that case that was discussed during the *Daubert* hearing regarding the defendant's potential use of an expert witness solely to rebut the government's expert witness(es). In the order, the district court found:

> In the Response in Opposition, Defendant states that he plans to call Mr. O'Kelly only in rebuttal to the Government's expert testimony. Defendant failed to mention in his Notice that he planned to call Mr. O'Kelly only as a rebuttal witness, which has wasted Government and Court resources. Defendant correctly asserts that he does not have to disclose a written summary of any rebuttal witness testimony under Rule 16(b)(1)(C). Given that Defendant intends Mr. O'Kelly to serve only as a rebuttal witness, the Court will determine during trial proceedings whether Mr. O'Kelly has the requisite experience to discuss topics that the Government's witnesses raise.

Attachment 1 at 1-2 (citations omitted).

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By: s/ *David B. Mesrobian*
   DAVID B. MESROBIAN
   Assistant United States Attorney
   USA No. 188
   E-mail: David.Mesrobian@usdoj.gov

   LAURA COFER TAYLOR
   Assistant United States Attorney
   USA No. 170
   E-mail: Laura.C.Taylor@usdoj.gov

   300 N. Hogan Street, Suite 700
   Jacksonville, Florida 32202
   Telephone: (904) 301-6300
   Facsimile: (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alex King, Esq.
>>*Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
>Zachary Z. Zermay
>Matthew LaRosiere
>>*Counsel for defendant MATTHEW RAYMOND HOOVER*

>>>*s/ David B. Mesrobian*
>>>DAVID B. MESROBIAN
>>>Assistant United States Attorney