**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S2)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

| | |
|---|---|
| Counsel for Government: | Counsel for Defendant Ervin: |
| Laura Taylor | Alex King |
| David Mesrobian | |
| | Counsel for Defendant Hoover: |
| | Zachary Zermay |
| | Matthew Larosiere |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles        Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   MOTION HEARING**

Defendant Matthew Hoover did not appear.

The Court contacted Defendant Hoover via Zoom.  Defendant Hoover was placed under oath and questioned regarding his right to attend the hearing in person.  The Court found that Defendant freely and voluntarily waived his right to appear at this hearing in person.  Defendant Hoover was advised that he must be present in person at all Court proceedings unless specifically excused by the Court.

The Clerk of the Court is directed to **TERMINATE as moot** the Government's Motion *In Limine* to Exclude Trial Testimony of Defendants' Proposed Expert Witness (Dkt. No. 118).

In light of the Notices of Withdrawal (Dkt. Nos. 178 and 179) and the representations of the parties in open court, the Government's Motion *In Limine* to Exclude Trial Testimony of Defendants' Proposed Expert Witnesses (Dkt. No. 170) is **DENIED as moot, in part, and WITHDRAWN, in part**.

Mr. King is directed to file by the end of the day the opinion of Judge Merryday that he referenced during the hearing.

Defendants' Motion in Limine to Exclude Trial Testimony of Government's Purported Expert Witnesses (Dkt. No. 142) is **DENIED without prejudice** to Defendants raising specific objections to questions or areas of testimony at trial.

If Defendants wish for the Court to provide any limiting instruction to the jury, they must provide the proposed limiting instruction(s) by **February 24, 2023**.

Counsel for the United States shall file by the end of the day the transcript referenced at the hearing.

Date: February 7, 2023     Time: 10:11 a.m. - 12:15 p.m.   Total: 2 Hours, 4 Minutes