UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No: 3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
MATTHEW HOOVER
_____/

## DEFENDANTS' FIFTH MOTION IN LIMINE

COMES NOW jointly Defendants, Kristopher Ervin and Matthew Hoover, by and through their respective counsel, and hereby respectfully requests the Court enter an order prohibiting the Government from arguing, placing into evidence, or otherwise eliciting testimony regarding the auction price of taxable items under the National Firearms Act, and in support hereof, further states as follows:

1. It is anticipated that the Government will attempt to elicit evidence of auction prices of certain materials that the Government asserts are similar to the "Auto Key Card" because they are lawfully taxed and registered drop-in auto sears.

2. Specifically, the Government has anticipated BC Lintner will testify that:

> Since the imposition of the NFA, machineguns that are lawfully transferrable to civilians (including machinegun conversion devices) have become substantially more expensive, and routinely

1

sell for prices in excess of $10,000. BC Lintner is expected to discuss documents obtained by grand jury subpoena from Rock Island Auction reflecting that an SWD M15AC lightning link with serial number AC170 was sold at auction on May 14, 2021, for $18,400.

Doc 180 at 4.

3.     As discussed in Defendants' Fourth Motion in Limine, the taxing and regulatory scheme of certain items under the National Firearms Act is wholly irrelevant to the determination the jury must make whether the "Auto Key Card" is, in fact, a machinegun.

4.     The registered drop-in auto sear at question at the auction is not an "Auto Key Card" and is not alleged to be an "Auto Key Card". The Government has repeatedly contended that there are no "Auto Key Cards" registered in the National Firearms Act Registration and Transfer Record.

5.     The price of an unrelated registered drop-in auto sear on the auction market is irrelevant, as it does not tend to prove or disprove a material fact that the jury must decide.  However, it potentially may inflame the jury and have an impermissible prejudicial effect.

6.     Furthermore, as discussed more thoroughly in Defendants' Fourth Motion in Limine, just as that testimony would be highly misleading, the price of an unrelated registered drop-in auto sear on the auction market could lead the jury to several impermissible inferences and otherwise lead the jury to

believe that the "Auto Key Card" should have been registered with ATF, which would be impossible.

7.   As such evidence and testimony is highly prejudicial, likely misleading, and not relevant to any issue or material fact the jury must decide. The price of an unrelated registered drop-in auto sear on the auction market, or the pricing of any other National Firearms Act registered item should be excluded from the trial.

**WHEREFORE**, it is respectfully requested this motion be granted and this Honorable Court enter an order prohibiting the Government from arguing, placing into evidence, or otherwise eliciting testimony regarding the auction price of taxable items under the National Firearms Act.

DATED:  February 27, 2023

/s/*Zachary Z. Zermay*_____
Zachary Z. Zermay, Esq.
1762 Windward Way
Sanibel, FL 33957
Email: zach@zermaylaw.com
Telephone: 239-699-3107
*Lead Counsel for Defendant*

/s/*Matthew Larosiere*_____
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 27, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
