UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                     CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANTS'
FOURTH MOTION *IN LIMINE*__**

In anticipation of trial in this case, defendants Ervin and Hoover have moved, *in limine*, for this Court to prohibit the government from presenting testimony that "the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has determined that drop-in auto seers, lightning links, or devices similar to the Auto Key Card are Machineguns under the National Firearms Act . . . ."  Docs. 196, 201.[1]

The government has not proposed that its experts will testify that Auto Key Cards are machineguns because the ATF deemed it so.  At the February 7, 2023, *Daubert* hearing, the government made clear that it is not intending to elicit testimony from its expert witnesses that ATF made a determination that Auto Key Cards are machineguns.  While the government does anticipate presenting historical information about lightning links, this testimony is presented to counter defendant Ervin's assertions that they are his original design idea or artwork.  *See* Doc. 149 at

---

[1] Confusingly, both defendants filed what appear to be substantively identical joint motions *in limine*.  Because these motions are substantively identical, the United States responds to both filings in this response.  Page number references herein to the Motion in Limine refer to the pages as they are numbered in Doc. 196.

4-5. The government also intends to inform the jury about the availability of a process for acquiring an ATF determination letter in order to counter defendants' claims that they had no way to know whether their conduct was illegal.[2] *See id.* at 5; Doc. 30 at 4; Doc. 132 at 5.

## CONCLUSION

This Court should deny the Motion in Limine as moot.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
E-mail: Laura.C.Taylor@usdoj.gov

DAVID B. MESROBIAN
Assistant United States Attorney
USA No. 188
E-mail: David.Mesrobian@usdoj.gov

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310

---

[2] The United States also notes that defendant Hoover has expressed his intention to enter into evidence as a defense exhibit a compilation of hundreds of pages of ATF opinion letters classifying various devices. This is obviously in tension with their stated aim of keeping out of the jury's view any mention of ATF's authority to classify potential machineguns and other potential NFA items.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Zachary Zermay
>Matthew Larosiere
>*Counsel for defendant Matthew Raymond Hoover*
>
>Alex King
>*Counsel for defendant Kristopher Justinboyer Ervin*

>*s/ Laura Cofer Taylor*
>LAURA COFER TAYLOR
>Assistant United States Attorney