UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANTS'
FIFTH MOTION *IN LIMINE***

In anticipation of trial in this case, defendants Ervin and Hoover have moved, *in limine*, for this Court to prohibit the government from presenting evidence at trial "regarding the auction price of taxable items under the National Firearms Act." Docs. 197, 202.[1]  In support of the motion, defendants contend that the lightning link (specifically, an S.W.D. AR-15 Automatic-Connector) is "unrelated" to the Auto Key Card and that the price realized for a transferable lightning link "is irrelevant" and "potentially may inflame the jury and have an impermissible prejudicial effect."  Doc. 197 at 2.  Defendants further baldly assert that the "price of an unrelated registered drop-in auto sear on the auction market could lead the jury to several impermissible inferences or otherwise lead the jury to believe that the 'Auto Key Card' should have been registered with ATF, which would be impossible."  *Id.*  Defendants make no effort to specify how the price of a

---

[1]  Confusingly, both defendants filed what appear to be substantively identical joint motions *in limine*.  Because these motions are substantively identical, the United States responds to both filings in this response.  Page number references herein to the Motion in Limine refer to the pages as they are numbered in Doc. 197.

transferable lightning link would inflame the jury (and in particular, why it would inflame the jury *against the defendants*), nor do they specify any of the "several impermissible inferences" the jury may make as a result of knowing the market price for a transferable lightning link.   Finally, it is not impossible to register newly-made machineguns, including lightning links, in the National Firearms Registration and Transfer Record, as explained in the proffer of BC Lintner's expert testimony.  *See* Doc. 180.

The records regarding the S.W.D. AR-15 Automatic-Connector are probative at trial for several purposes.   First, the fact that the design for a lightning link was developed at least as far back as the 80s is relevant to rebut ERVIN's contention that Auto Key Cards (which contain etchings of the outlines for the two pieces of a lightning link) are his original design or "artwork."   Second, the price for which the S.W.D. AR-15 Automatic-Connector sold in May 2021 (which was $18,400), just before the beginning of the conspiracy in this case, is highly relevant to defendants' states of mind and motive in creating and selling the Auto Key Card in an attempt to skirt the requirements of the NFA and provide a low-cost, readily-available means to make a machinegun.

Defendants do not articulate any way in which they would be *unfairly* prejudiced, nor how that prejudice would outweigh the value of this plainly probative evidence.  *United States v. King*, 713 F.2d 627, 631 (11th Cir. 1983) ("[I]n a criminal trial relevant evidence is inherently prejudicial; it is only when *unfair* prejudice *substantially* outweighs probative value that the rule permits exclusion.").

## CONCLUSION

This Court should deny the Motion in Limine.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    *s/ Laura Cofer Taylor*
        LAURA COFER TAYLOR
        Assistant United States Attorney
        USA No. 170
        E-mail: Laura.C.Taylor@usdoj.gov

        DAVID B. MESROBIAN
        Assistant United States Attorney
        USA No. 188
        E-mail: David.Mesrobian@usdoj.gov

        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Zachary Zermay
    Matthew Larosiere
    *Counsel for defendant Matthew Raymond Hoover*

    Alex King
    *Counsel for defendant Kristopher Justinboyer Ervin*

    *s/ Laura Cofer Taylor*
    LAURA COFER TAYLOR
    Assistant United States Attorney