UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                              CASE NO. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN and
MATTHEW RAYMOND HOOVER
_____/

Defense Atty.: ALEX KING
Matthew Larosiere
Zachary Z. Zermay
AUSA: DAVID B. MESROBIAN

| JUDGE: | Monte C. Richardson U.S. Magistrate Judge | DATE AND TIME | March 14, 2023 11:05 AM – 11:13 AM 8 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |

### CLERK'S MINUTES

PROCEEDINGS:    Arraignment on the Fourth Superseding Indictment

Matthew Hoover, Matthew Larosiere, Esq. and Zachary Zermay, Esq. appeared via telephone.

Defendants advised of rights, charges, penalties and special assessments.

Defendant Ervin entered a plea of not guilty to Counts One through Twelve of the Fourth Superseding Indictment.

Defendant Hoover entered a plea of not guilty to Counts One through Eight of the Fourth Superseding Indictment.

Trial set for April 10, 2023 before the Honorable Marcia Morales Howard.

The Government advised that there is no other discovery to provide at this time.