UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No:        3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN

_____/

**UNOPPOSED MOTION TO ALLOW ELECTRONIC EQUIPMENT IN COURTHOUSE**

COMES NOW the Defendant, Kristopher Ervin, by and through the undersigned counsel, without objection from the Government, and hereby moves this Honorable Court to allow Defendant's counsel's Paralegal, Teresa Hall, to enter into the courthouse and the Court's courtroom with her personal cell phone and laptop for purpose of assisting undersigned counsel during trial, and in support hereof, states as follows:

1.      This matter is set for trial commencing April 10, 2023, and is anticipated to last approximately one month.

2.      Undersigned counsel will be accompanied at trial by one of his firm's paralegals, Teresa Hall, who will be assisting counsel with organization of exhibits, records, and potential coordination of witnesses at and during trial.

3.      Pursuant to Local Rule 7.02, no person may pass a courthouse's security checkpoint with an electronic device who is not:

(1) a member of The Florida Bar or a specially admitted lawyer,
(2) a person with a judge's order permitting passage with electronics,
(3) an employee who works in the courthouse, a lawyer who works for the United States, and a law enforcement officer on official business,
(4) an interpreter providing service under an active blanket purchase agreement and presenting a copy of the executed signature page of the agreement, and
(5) at a judge's discretion, a petit or grand juror during service.

4.      Undersigned counsel respectfully requests this Court to grant permission for Teresa Hall, who is a Registered Paralegal through The Florida Bar (Member No:  242629) to enter the courthouse with her personal cell phone and laptop during the course of the trial. Mrs. Hall has over 26 years of experience in the legal field and has assisted in this capacity during over a dozen trials in the District Courts of the Middle District of Florida.  In addition, she is familiar with the Local Rules of the Middle District of Florida and courtroom decorum of this Honorable Court.

5.      Undersigned counsel has conferred with Assistant United States Attorney, David Mesrobian, Esq., who has permitted counsel to inform the Court that the United States has no objection to this request.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, and grant Mrs. Hall permission to enter the courthouse with her personal cell phone and laptop, during the course of the trial set in the instant cause.

Respectfully submitted,
**Monroe & King, P.A.**

 /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to:     (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 30th day of April, 2023.

                                         /s/ Alex King
                                         ATTORNEY