**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No.   3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

## O R D E R

**THIS CAUSE** is before the Court on the Unopposed Motion to Allow Electronic Equipment in Courthouse (Dkt. No. 222; Motion) filed on March 30, 2023.  In the Motion, counsel for Defendant Ervin seeks permission for his paralegal, Teresa Hall, to enter the courthouse with a cell phone and laptop computer during the trial in this matter.  See Motion at 1.  Counsel for Defendant Ervin represents to the Court that counsel for the United States does not object to the relief requested in the Motion.  See id. at 2.  Accordingly, it is

**ORDERED:**

1. The Unopposed Motion to Allow Electronic Equipment in Courthouse (Dkt. No. 222) is **GRANTED**.

2. Teresa Hall is permitted to enter the courthouse with a cell phone and laptop computer during the trial in this matter, which is set for April 10, 2023, through April 28, 2023.

3. Ms. Hall shall bring a copy of this Order with her on the first day of trial.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of March, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Court Security Officers