UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## UNITED STATES' BRIEF STATEMENT OF THE CASE

The United States of America, through its undersigned Assistant United States Attorneys, submits the following brief statement of the case to be read at the beginning of jury selection:

Ladies and Gentlemen, in this case, the United States has charged the defendants, Kristopher Justinboyer Ervin and Matthew Raymond Hoover, with conspiring to transfer unregistered machinegun conversion devices in violation of federal law. Additionally, Mr. Ervin and Mr. Hoover are charged with individual substantive counts of transferring unregistered machinegun conversion devices. Mr. Ervin is also charged with several counts of possessing unregistered machinegun conversion devices and with structuring cash withdrawals from his bank account in order to evade currency transaction reporting requirements.

These offenses are alleged to have taken place beginning around October of 2020 and continuing through at least July of 2021.

                                                Respectfully submitted,

                                                ROGER B. HANDBERG
                                                United States Attorney

By:   */s/ Laura Cofer Taylor*
       LAURA COFER TAYLOR
       Assistant United States Attorney
       USA No. 170
       E-mail: Laura.C.Taylor@usdoj.gov

       DAVID B. MESROBIAN
       Assistant United States Attorney
       USA No. 188
       E-mail: David.Mesrobian@usdoj.gov

       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:   (904) 301-6300
       Facsimile:    (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Alex King, Esq.
> > *Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
> Zachary Z. Zermay
> Matthew Larosiere
> > *Counsel for defendant MATTHEW RAYMOND HOOVER*

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney