UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## UNITED STATES' PROPOSED VERDICT FORM

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, submits its proposed verdict form to be used at trial in the above-captioned case.

                                         Respectfully submitted,

                                         ROGER B. HANDBERG
                                         United States Attorney

By:    */s/ Laura Cofer Taylor*
         LAURA COFER TAYLOR
         Assistant United States Attorney
         USA No. 170
         E-mail: Laura.C.Taylor@usdoj.gov

         DAVID B. MESROBIAN
         Assistant United States Attorney
         USA No. 188
         E-mail: David.Mesrobian@usdoj.gov

         300 N. Hogan Street, Suite 700
         Jacksonville, Florida 32202
         Telephone:    (904) 301-6300
         Facsimile:     (904) 301-6310

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Alex King, Esq.
            *Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*

      Zachary Z. Zermay
      Matthew Larosiere
            *Counsel for defendant MATTHEW RAYMOND HOOVER*

                                  *s/ Laura Cofer Taylor*
                                  LAURA COFER TAYLOR
                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-22(S3)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## **VERDICT**

As to Count One of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with conspiracy to commit an offense against the United States, that is, to transfer firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN    Not Guilty _____    Guilty _____

MATTHEW RAYMOND HOOVER    Not Guilty _____    Guilty _____

As to Count Two of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with aiding and abetting the transfer of firearms that were not registered in the National Firearms

1

Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, and Title 18, United States Code, Section 2, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN          Not Guilty _____          Guilty _____

MATTHEW RAYMOND HOOVER          Not Guilty _____          Guilty _____

      As to Count Three of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with aiding and abetting the transfer of firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, and Title 18, United States Code, Section 2, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN          Not Guilty _____          Guilty _____

MATTHEW RAYMOND HOOVER          Not Guilty _____          Guilty _____

      As to Count Four of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with aiding and abetting the transfer of firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, and Title 18, United States Code, Section 2, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN          Not Guilty _____          Guilty _____

MATTHEW RAYMOND HOOVER          Not Guilty _____          Guilty _____

As to Count Five of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with aiding and abetting the transfer of firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, and Title 18, United States Code, Section 2, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN    Not Guilty _____    Guilty _____

MATTHEW RAYMOND HOOVER    Not Guilty _____    Guilty _____

As to Count Six of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with aiding and abetting the transfer of firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, and Title 18, United States Code, Section 2, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN    Not Guilty _____    Guilty _____

MATTHEW RAYMOND HOOVER    Not Guilty _____    Guilty _____

As to Count Seven of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with aiding and abetting the transfer of firearms that were not registered in the National Firearms

Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, and Title 18, United States Code, Section 2, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN     Not Guilty _____     Guilty _____

MATTHEW RAYMOND HOOVER           Not Guilty _____     Guilty _____

As to Count Eight of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN and MATTHEW RAYMOND HOOVER with aiding and abetting the transfer of firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(e) and 5871, and Title 18, United States Code, Section 2, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN     Not Guilty _____     Guilty _____

MATTHEW RAYMOND HOOVER           Not Guilty _____     Guilty _____

As to Count Nine of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN with structuring, and attempting to structure, currency transactions for the purpose of evading currency transaction reporting requirements, pursuant to Title 31, United States Code, Sections 5324(a)(3) and (d)(1), we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN     Not Guilty _____     Guilty _____

As to Count Ten of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN with possession of firearms that were not registered in the

National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(d) and 5871, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN    Not Guilty _____    Guilty _____

As to Count Eleven of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN with possession of firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(d) and 5871, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN    Not Guilty _____    Guilty _____

As to Count Twelve of the Indictment, which charges KRISTOPHER JUSTINBOYER ERVIN with possession of firearms that were not registered in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Sections 5861(d) and 5871, we, the Jury, find:

KRISTOPHER JUSTINBOYER ERVIN    Not Guilty _____    Guilty _____

SO SAY WE ALL, this _____ day of April, 2023.

_____
FOREPERSON'S SIGNATURE