UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

### UNITED STATES' REQUESTED VOIR DIRE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby requests the Court to ask the following questions of the jury panel during jury selection.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
E-mail: Laura.C.Taylor@usdoj.gov

DAVID B. MESROBIAN
Assistant United States Attorney
USA No. 188
E-mail: David.Mesrobian@usdoj.gov

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Alex King, Esq.
        *Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*

    Zachary Z. Zermay
    Matthew Larosiere
        *Counsel for defendant MATTHEW RAYMOND HOOVER*

        *s/ Laura Cofer Taylor*
        LAURA COFER TAYLOR
        Assistant United States Attorney

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 1**

Please state your full name.

What is your occupation? If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed? If so, what type of work does he or she do?

Do you have any children of working age?

If so, how many and what type of work do they do?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 2

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve? Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 3**

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, FBI, DEA, ATF, IRS, or any state or other federal law enforcement agency?

If so, who do you know? What does that person do? What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 4**

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 5**

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Was the person charged with a crime treated fairly by law enforcement?

Was the person charged with a crime treated fairly by the judicial system?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses in this case?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 6

Does any member of the jury panel own firearms?

Does any member of the jury panel have any special experience with firearms?

Does any member of the jury panel belong to any firearm clubs or organizations such as the National Rifle Association, the Gun Owners Association of America, Florida Carry, or similar entities?

Do you believe that Congress has the authority to regulate the possession of dangerous and unusual weapons, including machineguns?

[If the answer is "no"] Would this belief in any way cause the member of the jury panel to hesitate to follow the law as instructed in this case, even if it is contrary to the member's personal beliefs?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 7

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, the Internal Revenue Service, or the United States Postal Service, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

Does any member of the jury panel have any strong feelings or opinions concerning any other law enforcement entity, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 8

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgement of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

Does any member of the panel work in the criminal defense field, either as an attorney, paralegal, legal assistant or investigator?

Does any member of the panel know anyone who works in the criminal defense field, either as an attorney, paralegal, legal assistant or investigator?

Would this relationship in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses in this case?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 10

Is any member of the jury panel a Federal Firearms Licensee or payer of the Special Occupation Tax?

Does any member of the jury panel possess firearms that are regulated by the National Firearms Act, such as a machinegun, silencer, short-barreled rifle, or short-barreled shotgun?

Would your experience with federal firearms rules and regulations in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses in this case, or to follow this Court's instructions on the law?