UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No:        3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN

_____/

**DEFENDANT ERVIN'S REQUESTED VOIR DIRE QUESTIONS**

The Defendant, Kristopher Ervin, by and through the undersigned counsel, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure and this Court's Order Scheduling Trial (Doc. 169), hereby submits the following questions for prospective jurors in this matter:

A.    VOIR DIRE QUESTIONS:

_____ 1.    Are any of you familiar with the facts of this case?

_____ 2.    Is there anything about the nature of the case that you think could affect your ability to be fair and impartial?

_____ 3.    The government is represented by Assistant United States Attorneys Laura Cofer Taylor (stand), and David Mesrobian (stand), and they are being assisted by Melita Ganoe (stand), all of whom work at the U.S. Attorney's Office. Do any of you know Ms. Taylor, Mr. Mesrobian or Ms. Ganoe in any capacity?

_____ 4.    Defendant Kristopher Ervin is represented by Alex King (stand), and is being assisted by his paralegal, Teresa Hall (stand). Do any of you know Mr. King or Ms. Hall in any capacity?

_____ 5.    One of the two defendants is Defendant Kristopher Justinboyer Ervin.  Do any of you know Mr. Ervin in any capacity?

_____ 6.    Defendant Matthew Hoover is represented by Matthew Larosiere (stand) and Zachary Zermay (stand). Do any of you know Mr. Larosiere or Mr. Zermay in any capacity?

_____  7.  One of the two defendants is Defendant Matthew Raymond Hoover. Do any of you know Mr. Hoover in any capacity?

_____  8.  Does any member of the panel know any other member of the panel, for example from work, school, socially, prior jury service or one's neighborhood?

_____  9.  [Government's witnesses]. The following people might be witnesses or might be the subject of testimony from the witnesses: [List provided at trial- name, general area of residence and employment]. Does anyone recognize or know any of the prospective government witnesses?

_____  10. [Defendant's witnesses]. As previously stated, the defendant has no obligation to present any evidence or witnesses. However, if the defendants and their attorneys choose to call a witness or witnesses, you may hear testimony from or about the following persons. [List provided at trial.] They may also call any of the government's witnesses. Do any of you know any of the additional witnesses that have just been introduced to you?

_____  11. My Courtroom Deputy is Jodi Wiles. Our Court Reporter is Katharine M. Healey. Does any member of the panel know me or any member of the Court?

_____  12. The law provides that the defendant is presumed innocent. The burden is on the government to prove him guilty of each element of the offense beyond a reasonable doubt. The defendant does not have to produce any evidence at trial because he is not required to prove his innocence. Nor is the defendant required to prove any fact in dispute in this case. This instruction is based on the law. Will you have trouble following this instruction?

_____  13. The defendant, like every defendant in a criminal case, has the absolute right not to testify. This is so because a defendant in a criminal case is presumed innocent and can rely on that presumption. If the defendant elects not to testify in this case, you must not draw any inference as to his guilt from that decision. Will you have trouble following this

instruction?

_____ 14. Have any of you formed special opinions concerning defense attorneys, prosecutors, or accused persons that would affect you in deciding this case?

_____ 15. Has any juror had any experience with a police officer, prosecutor, or defense attorney in the Jacksonville area, or otherwise, which might cause you to have any preconceived feeling about one side or the other in this case?

_____ 16. The parties may call witnesses that are members of law enforcement. Does have member of the panel believe they will give greater weight or lesser weight to the testimony of a law enforcement witness simply because the witness is employed by law enforcement?

_____ 17. Do you have any feelings about people of different races, gender, nationality, or religion that would affect your ability to be a fair and impartial juror?

_____ 18. Do any of you now, or have you within the past five years, belonged to or participated in any crime prevention groups, such as neighborhood watch organizations, orange hat groups, or any other crime prevention or victim rights groups?

_____ 19. Has any member of the jury panel ever served on a Grand Jury?

_____ 20. Has any member of the jury panel ever served as a juror in a criminal case in a federal court, a Florida court, or in a court located in some other state?

_____ 21. Please take a moment to look around this room; do you know any other members of the jury panel?

**[*The following questions also apply to each of you, members of your immediate family and your close friends*.]**

_____ 22. Is anyone in that group either presently or previously employed by any law enforcement agency? Law enforcement agency includes any police department, special police officers, military police, prosecutor's offices such as the state's attorney or U.S. Attorney's Office,

      ATF, FBI, correctional officers, Department of Justice, Department of Homeland Security, U.S. Marshals Service, Sheriff's Departments, U.S. Postal Inspectors, probation office, parole office.

_____ 23. Is anyone in that group either presently or previously employed by the U.S. District Court?

_____ 24. Does anyone in that group have an employment application pending at a prosecutor's office or a law enforcement agency?

_____ 25. Is any member of that group either a lawyer or have they studied law in a law school?

_____ 26. Has any member of the group had an experience with law enforcement, or with any person associated with or employed by the United States Attorney's Office or the Court, which would make it difficult for you to be a fair or impartial juror in this case?

_____ 27. Have you, your immediate family members, close relatives or close friends ever been a <u>victim of</u> or a <u>witness to</u> a crime?

_____ 28. Have you, your immediate family members, close relatives or close friends ever been <u>arrested for</u>, <u>charged with</u>, <u>found guilty of,</u> or <u>gone to jail for</u> a crime?

_____ 29. Have you, your immediate family members, close relatives or close friends ever served in the armed forces?

<u>FIREARMS QUESTIONS</u>

_____ 30. As you have heard, evidence will likely be presented in this case regarding the possession of firearms. Do any of you have strong feelings about such weapons that would prevent you from keeping an open mind and being fair to both sides?

_____ 31. Do you own or possess any firearms, or do members of your immediate family own or possess any firearms? If so, what type and how many?

_____ 32. Do you or any immediate family members have special training or experience with firearms?

_____ 33.  Has any member of the panel not fired a firearm at any point in their life?

_____ 34.  Does any member of the panel possess a concealed carry permit in the State of Florida?  If so, how long has you possessed that permit?

GENERAL QUESTIONS

_____ 35.  To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations, you must consider the opinions and points of your fellow jurors. In the final analysis, however, you must follow your own conscience and be personally satisfied with any verdict. Would any of you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

_____ 36.  Is there any reason that you can think of, whether or not it has been covered by a previous question, why you could not sit fairly, attentively and impartially in this case?

Respectfully submitted,
**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 3rd day of April, 2023.

  /s/ Alex King
ATTORNEY