UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:   3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**DEFENDANT ERVIN'S PROPOSED STATEMENT OF THE CASE FOR THE VENIRE**

The Indictment charges Kristopher Ervin and Matthew Hoover with various offenses related to an alleged conspiracy to transfer unregistered machinegun conversion devices, which are alleged to constitute machineguns, in that they are a combination of parts designed and intended for use in converting a weapon into a machinegun. Mr. Ervin is further charged with possession of unregistered machinegun conversion devices on various dates. Mr. Ervin and Mr. Hoover deny these allegations. In addition, Mr. Ervin is charged with knowingly evading a currency transaction reporting requirement by structuring a transaction, alleging he knowingly and for the purpose of evading the reporting requirements, structured transactions by withdrawing funds from his bank account to intentionally avoid the reporting requirement. Mr. Ervin denies these allegations.

Respectfully submitted,
**Monroe & King, P.A.**

　/s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to:   (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 3rd day of April, 2023.

                                              /s/ Alex King  
                                              ATTORNEY