UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:  3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN

_____/

## DEFENDANT ERVIN'S PROPOSED VERDICT FORM

The Defendant, Kristopher Ervin, by and through his undersigned counsel, pursuant to the Court's Order Scheduling Trial (169), and hereby submits the verdict form to be used at trial in the above-captioned case.

Respectfully submitted,
**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 3rd day of April, 2023.

  /s/ Alex King
ATTORNEY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No:        3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

## VERDICT

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

**Count One:   Conspiracy to Transfer Unregistered Machinegun Conversion Devices**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**Count Two:  Knowingly Transfer Unregistered Machinegun Conversion Devices to D.S.**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**Count Three:  Knowingly Transfer Unregistered Machinegun Conversion Devices to J.M.**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**Count Four:  Knowingly Transfer Unregistered Machinegun Conversion Devices to R.D.**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**Count Five:  Knowingly Transfer Unregistered Machinegun Conversion Devices to S.D.**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**Count Six:  Knowingly Transfer Unregistered Machinegun Conversion Devices to J.A.**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**Count Seven:  Knowingly Transfer Unregistered Machinegun Conversion Devices to R.W.**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**Count Eight:  Knowingly Transfer Unregistered Machinegun Conversion Devices to A.O.**

    As to Kristopher J. Ervin          Not Guilty: _____          Guilty: _____

**<u>Count Nine:</u>**  **Evading a Currency Transaction Reporting Requirement by Structuring a Transaction**

    As to Kristopher J. Ervin        Not Guilty: _____        Guilty: _____

**<u>Count Ten:</u>**  **Knowingly Possess Unregistered Machinegun Conversion Devices on or About February 22, 2021**

    As to Kristopher J. Ervin        Not Guilty: _____        Guilty: _____

**<u>Count Eleven:</u>**  **Knowingly Transfer Unregistered Machinegun Conversion Devices on or About February 24, 2021**

    As to Kristopher J. Ervin        Not Guilty: _____        Guilty: _____

**<u>Count Twelve:</u>**  **Knowingly Transfer Unregistered Machinegun Conversion Devices on or About March 2, 2021**

    As to Kristopher J. Ervin        Not Guilty: _____        Guilty: _____

SO SAY WE ALL, this _____ day of April, 2023.

                                                        _____
                                                        Foreperson's Signature