UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,          Case No. 3:21-cr-22(S4)-MMH-MCR

      Plaintiff,     ☐
      Government   ☒      ☐ Evidentiary
                                  ☒ Trial
                                  ☐ Other

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

      Defendant      ☐

# __EXHIBIT LIST__

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | Butler | "Is This An ATF Trap And How Does It Work," published to the CRS Firearms YouTube Channel on November 4, 2020 (bates 4198) |
| 1a | | | Butler | Transcript of Exhibit 1 (bates 36278-86) |
| 2 | | | Butler | "The Parts The ATF Wishes Never Existed," published to the CRS Firearms YouTube Channel on November 11, 2020 (bates 4202) |
| 2a | | | Butler | Transcript of Exhibit 2 (bates 36321-28) |
| 3 | | | Butler | "How To Make Body Armor Fail," published to the CRS Firearms YouTube Channel on December 4, 2020 (bates 20124) |
| 3a | | | Butler | Transcript of Exhibit 3 (bates 36269-77) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 2 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4 | | | Butler | "How To Buy A Truly Untraceable Firearm," published to the CRS Firearms YouTube Channel on December 15, 2020 (bates 20123) |
| 4a | | | Butler | Transcript of Exhibit 4 (bates 36260-68) |
| 5 | | | Butler | "This Is A Strange Turn Of Events," published to the CRS Firearms YouTube Channel on December 28, 2020 (bates 20134) |
| 5a | | | Butler | Transcript of Exhibit 5 (bates 36336-40) |
| 6 | | | Butler | "The Real Difference Between The Two Platforms," published to the CRS Firearms YouTube Channel on December 30, 2020 (bates 33822) |
| 6a | | | Butler | Transcript of Exhibit 6 (bates 36329-35) |
| 7 | | | Butler | "This Makes an illegal Machine gun," published to the CRS Firearms YouTube Channel on January 8, 2021 (bates 20136) |
| 7a | | | Butler | Transcript of Exhibit 7 (bates 33940-48) |
| 8 | | | Butler | "The Great Purge," published to the CRS Firearms YouTube Channel on January 12, 2021 (bates 20132) |
| 8a | | | Butler | Transcript of Exhibit 8 (bates 33914-20) |
| 9 | | | Butler | "Leveling The Scope To The Rifle Is A Waste Of Time," published to the CRS Firearms YouTube Channel on February 18, 2021 (bates 33820) |
| 9a | | | Butler | Transcript of Exhibit 9 (bates 33904-07) |

Case No. 3:21-cr-22(S4)-MMH-MCR

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 10 | | | Butler | "Unexpected Ammunition Problems," published to the CRS Firearms YouTube Channel on February 23, 2021 (bates 20137) |
| 10a | | | Butler | Transcript of Exhibit 10 (bates 36341-48) |
| 11 | | | Butler | "ATF Reclassification On H&K Clones," published to the CRS Firearms YouTube Channel on February 25, 2021 (bates 33818) |
| 11a | | | Butler | Transcript of Exhibit 11 (bates 36251-59) |
| 12 | | | Butler | "Auto Key Card Got Raided," published to the CRS Firearms YouTube Channel on March 5, 2021 (bates 4195) |
| 12a | | | Butler | Transcript of Exhibit 12 (bates 33957-64) |
| 13 | | | Butler | "Auto Key Card Very Important Update," published to the CRS Firearms YouTube Channel on March 27, 2021 (bates 4196) |
| 13a | | | Butler | Transcript of Exhibit 13 (bates 33965-72) |
| 14 | | | Butler | "Response video to Johnny B's Auto Key Card Video," published to the CRS Firearms YouTube Channel on March 28, 2021 (bates 4200) |
| 14a | | | Butler | Transcript of Exhibit 14 (bates 34018-22) |
| 15 | | | Butler | "The Meaning Of This Very Romantic Statement," published to the CRS Firearms YouTube Channel on June 6, 2021 (bates 20133) |
| 15a | | | Butler | Transcript of Exhibit 15 (bates 36314-20) |

Case No. 3:21-cr-22(S4)-MMH-MCR                          Page 4 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 16 | | | Butler | "The ATF Wants To Know," published to the CRS Firearms YouTube Channel on July 22, 2021 (bates 20131) |
| 16a | | | Butler | Transcript of Exhibit 16 (bates 33908-13) |
| 17.1 | | | Hooker | Jail Phone Call between Kristopher Justinboyer ERVIN and Matthew Raymond HOOVER dated March 30, 2021, Clip 1 (bates 4291 native file 10.81.0.21-849513be0a5100155dc844b29e8b9c7f.mp3) |
| 17.1a | | | Hooker | Transcript of Exhibit 17.1 (bates 36287-92) |
| 17.2 | | | Hooker | Jail Phone Call between Kristopher Justinboyer ERVIN and Matthew Raymond HOOVER dated March 30, 2021, Clip 2 (bates 4291 native file 10.81.0.21-849513be0a5100155dc844b29e8b9c7f.mp3) |
| 17.2a | | | Hooker | Transcript of Exhibit 17.2 (bates 36293-94) |
| 17.3 | | | Hooker | Jail Phone Call between Kristopher Justinboyer ERVIN and Matthew Raymond HOOVER dated March 30, 2021, Clip 3 (bates 4291 native file 10.81.0.21-849513be0a5100155dc844b29e8b9c7f.mp3) |
| 17.3a | | | Hooker | Transcript of Exhibit 17.3 (bates 36295) |
| Composite Exhibit 18 | | | Hooker | Order and shipping confirmation emails for Auto Key Card purchased undercover on January 15, 2021 (bates 39-42) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 5 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| Composite Exhibit 19 | | | Hooker | Photos of package containing Auto Key Card purchased undercover on January 15, 2021 (bates 46-48) |
| 20 | | | Hooker | Packaging for ATF Property Item 1 (ATF Property Item 2) |
| 20a | | | Hooker/ Toy | Auto Key Card purchased undercover on January 15, 2021 (ATF Property Item 1) |
| 21 | | | Hooker | Email correspondence between johnhlbrk@gmail.com and customerservice@autokeycard.com on January 26, 2021 (bates 85-86) |
| 22 | | | Hooker | Auto Key Card mail-in order form for John Holbrook (bates 87) |
| 23 | | | Hooker | Postal Money Order from John Holbrook dated January 26, 2021 (bates 88) |
| 24 | | | Hooker/ Hannon | Negotiated Postal Money Order from John Holbrook dated January 26, 2021 (bates 91) |
| 25 | | | Hooker | Packaging for ATF Property Items 3 and 4 (ATF Property Item 5) |
| 25a | | | Hooker | Auto Key Card purchased undercover on January 26-27, 2021 (ATF Property Item 3) |
| 25b | | | Hooker | Auto Key Card purchased undercover on January 26-27, 2021 (ATF Property Item 4) |
| Composite Exhibit 26 | | | Hannon | Documents and photos pertaining to February 2, 2021, undercover purchase of an Auto Key Card (bates 3135-46) |

Case No. 3:21-cr-22(S4)-MMH-MCR

Page 6 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 27a | | | Hannon | Packaging for three Auto Key Cards purchased undercover on February 2, 2021 (USPIS Evidence Item A00293040) |
| 27b | | | Hannon | Three Auto Key Cards purchased undercover on February 2, 2021 (USPIS Evidence Item IS0001480734) |
| 28 | | | Hannon | Security camera footage from Ridgewood Post Office on February 22, 2021 (bates 3422-34) |
| Composite Exhibit 29 | | | Hannon | Photos of packaging and contents interdicted at Ridgewood Post Office on February 22, 2021 (bates 3147-69) |
| 30 | | | Hannon | Box used to carry 22 packages interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480730) |
| 30a | | | Hannon | Three Auto Key Cards with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001470696) |
| 30b | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480695) |
| 30c | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480694) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 7 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 30d | | | Hannon | Two Auto Key Cards with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480693) |
| 30e | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480692) |
| 30f | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480691) |
| 30g | | | Hannon | Two Auto Key Cards with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480690) |
| 30h | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480689) |
| 30i | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480258) |
| 30j | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480255) |
| 30k | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480254) |

Case No. 3:21-cr-22(S4)-MMH-MCR

Page 8 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 30l | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480253) |
| 30m | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480252) |
| 30n | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480251) |
| 30o | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480250) |
| 30p | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480249) |
| 30q | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480248) |
| 30r | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480247) |
| 30s | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480246) |

Case No. 3:21-cr-22(S4)-MMH-MCR                              Page 9 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 30t | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480245) |
| 30u | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480244) |
| 30v | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 22, 2021 (USPIS Evidence Item IS0001480243) |
| 31 | | | Hannon | Security camera footage from Ridgewood Post Office on February 24, 2021 (bates 4063-75) |
| Composite Exhibit 32 | | | Hannon | Photos of packaging and contents interdicted at Ridgewood Post Office on February 24, 2021, and March 1, 2021 (bates 3437-76) |
| 33 | | | Hannon | Box used to carry 26 packages interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480735) |
| 33a | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480242) |
| 33b | | | Hannon | Four Auto Key Cards with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480241) |

Case No. 3:21-cr-22(S4)-MMH-MCR                          Page 10 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 33c | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480240) |
| 33d | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480239) |
| 33e | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480238) |
| 33f | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480237) |
| 33g | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480236) |
| 33h | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480235) |
| 33i | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480234) |
| 33j | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480233) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 11 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 33k | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480232) |
| 33l | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480231) |
| 33m | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480230) |
| 33n | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480229) |
| 33o | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480228) |
| 33p | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480227) |
| 33q | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480226) |
| 33r | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480225) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 12 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 33s | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480224) |
| 33t | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480223) |
| 33u | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480222) |
| 33v | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480221) |
| 33w | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480220) |
| 33x | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480219) |
| 33y | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480218) |
| 33z | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on February 24, 2021 (USPIS Evidence Item IS0001480217) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 13 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 34 | | | Hannon | Two Auto Key Cards with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480214) |
| 35 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480213) |
| 36 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480212) |
| 37 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480211) |
| 38 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480210) |
| 39 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480209) |
| 40 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480208) |
| 41 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480207) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 14 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 42 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480206) |
| 43 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480205) |
| 44 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480204) |
| 45 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480203) |
| 46 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480202) |
| 47 | | | Hannon | One Auto Key Card with packaging interdicted at Ridgewood Post Office on March 1, 2021 (USPIS Evidence Item IS0001480201) |
| Composite Exhibit 48 | | | Hooker | Search Warrant Photos (bates 1178, 1278, 1236, 1238, 1282, 1285, 1288, 1290, 1291, 1294, 1299, 1221, 1313, 1314, 1315, 1318, 1319, 1320, 1311, 1190, 1198, 1199, 1200, 1206, 1208, & 1209) |
| 49 | | | Powley/ Medlin | Samsung Galaxy cellular telephone seized from Kristopher Justinboyer ERVIN (ATF Property Item 831) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 15 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 49a | | | Medlin | Auto Key Card – The Big Fish.DELETED.mp4 (bates 16164) |
| 49b | | | Medlin | 2nd video.DELETED.mp4 (bates 16088) |
| 49c | | | Medlin | 1st video.DELETED.mp4 (bates 16083) |
| 49d | | | Medlin | rock and roll.DELETED.mp4 (bates 16200) |
| 49e | | | Medlin | 20201009_152623.DELETED.jpg (bates 16131) |
| 49f | | | Medlin | 20201018_235114.jpg (bates 16133) |
| 49g | | | Medlin | 20201021_233553.DELETED.jpg (bates 16138) |
| 49h | | | Medlin | 20201022_213345.DELETED.jpg (bates 16144) |
| 49i | | | Medlin | 20201130_133055.DELETED.jpg (bates 16161) |
| 49j | | | Medlin | 20210219_144238.DELETED – HOOVER.jpg (bates 16162) |
| 49k | | | Medlin | 20210221_125914.DELETED.jpg (bates 16163) |
| 49l | | | Medlin | Capture14 – HOOVER.PNG (bates 16183) |
| 49m | | | Medlin | Capture15 – HOOVER.PNG (bates 16184) |
| 49n | | | Medlin | Cartoon1603079637547.jpg (bates 16187) |
| 49o | | | Medlin | Month do date.DELETED.PNG (bates 16196) |
| 49p | | | Medlin | TRIPE CARD.JPG (bates 16206) |

Case No. 3:21-cr-22(S4)-MMH-MCR                   Page 16 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 49q | | | Medlin | -4218932427800869486 (Prod 41/Disk 30/ 767060-21-0017/ 831/ Report/ EvidenceCollection/ files/ image/ -4218932427800869486) |
| Composite Exhibit 50a | | | Hooker | 3-in-1 Auto Key Cards with bottle opener seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 15-20) |
| Composite Exhibit 50b | | | Hooker | Assorted 1-in-1 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 21-29) |
| Composite Exhibit 50c | | | Hooker | 3-in-1 "pen holder edition" G2 Auto Key Cards with bottle opener seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 45-58) |
| Composite Exhibit 50d | | | Hooker | 2-in-1 "pen holder edition" G2 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 59-99) |
| Composite Exhibit 50e | | | Hooker | 3-in-1 "pen holder edition" Auto Key Card with bottle opener seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Item 103) |
| Composite Exhibit 50f | | | Hooker | 3-in-1 "pen holder edition" G2 Auto Key Cards with bottle opener seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 104-25) |

Case No. 3:21-cr-22(S4)-MMH-MCR                          Page 17 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| Composite Exhibit 50g | | | Hooker | 1-in-1 "pen holder edition" G2 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 126-79) |
| Composite Exhibit 50h | | | Hooker | 1-in-1 "pen holder edition" G2 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 181-233) |
| Composite Exhibit 50i | | | Hooker | 1-in-1 G2 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 234-65) |
| Composite Exhibit 50j | | | Hooker | 2-in-1 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 266-315) |
| Composite Exhibit 50k | | | Hooker | 3-in-1 "pen holder edition" G2 Auto Key Cards with bottle opener seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 351-451) |
| Composite Exhibit 50l | | | Hooker | 2-in-1 "pen holder edition" G2 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 453-82) |
| Composite Exhibit 50m | | | Hooker | 1-in-1 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 483-562) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 18 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| Composite Exhibit 50n | | | Hooker | 3-in-1 "pen holder edition" Auto Key Cards with bottle opener seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 563-692) |
| Composite Exhibit 50o | | | Hooker | 1-in-1 "pen holder edition" G2 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 693-742) |
| Composite Exhibit 50p | | | Hooker | 2-in-1 Auto Key Cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Items 743-815) |
| 51 | | | FRE 803(6) & 902(11) | Amazon records (bates 33412 & 33414-17) |
| 52 | | | FRE 803(6) & 902(11) | Louis Vuitton records (bates 16392-94) |
| 53 | | | Hooker/ Butler | Instagram Account @autokeycarddotcom (bates 1368 & 1612-13; 1666-1848 (selected pages)) |
| 54 | | | Hooker/ Butler | Instagram Account @realjustinervin (bates 1369-71; 1396-98; 1402-03; 1405-06; 1408-12; 1415-17; 1421-33 (selected pages)) |
| 55 | | | Ruiz | Text messages between Joncarlos Ruiz and Kristopher Justinboyer ERVIN (bates 4079-91) |
| 56 | | | Clarkson | Text messages between John Palmer Clarkson, III, and Kristopher Justinboyer ERVIN (bates 4101-12) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 19 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 57a | | | Clarkson | Orange Park Machine invoice dated September 25, 2020 (bates 35853-54) |
| 57b | | | Clarkson | Orange Park Machine invoice dated November 30, 2020 (bates 4097-98) |
| 57c | | | Clarkson | Orange Park Machine invoice dated January 15, 2021 (bates 4099-4100) |
| 57d | | | Hooker | Photo of Exhibits 57a, 57b, and 57c (bates 37471) |
| 58a | | | Clarkson/ Hooker | Box of cut up Auto Key Cards (ATF Property Item 836) |
| 58b | | | Clarkson/ Hooker | Box of cut up Auto Key Cards (ATF Property Item 837) |
| 58c | | | Clarkson/ Hooker | Box of cut up Auto Key Cards (ATF Property Item 838) |
| 59 | | | Wolfe | Text message thread between Carolanne Wolfe and Kristopher Justinboyer ERVIN (bates 4180 native file 9044059878-text-msg-threat(OCRd)-Thoroughgood-05042021.pdf (selected messages)) |
| 60 | | | Ervin | Text message thread between Kris Ervin and Kristopher Justinboyer ERVIN (bates 33409 native file Chat 4 (KA-Justin) contacts info and thread.pdf (selected messages)) |
| Composite Exhibit 61 | | | FRE 803(6) & 902(11) | Rock Island Auction records (bates 33815, 24813, 24825) |
| 62 | | | Toy | Example of device submitted to ATF for evaluation (bates 33798-33800 & 33801) |

Case No. 3:21-cr-22(S4)-MMH-MCR                           Page 20 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 63 | | | Toy | Test fire of rifle with ATF Property Item 1 installed (bates 33826) |
| 64 | | | Toy | Photos of ATF Property Item 1 taken during FEO Toy's examination (bates 120-22, 124-28) |
| 65 | | | Toy | Photo of tools used by FEO Toy to cut ATF Property Item 1 (bates 123) |
| 66 | | | Toy | Photos of ATF Property Item 3 taken during FEO Toy's examination (bates 341-47) |
| 67 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by NameCheap for autokeycard.com and autokeycards.com (bates 34893) |
| 67a | | | Hooker | Email correspondence between autokeycard@autokeycard.com and support@shopify.com on November 16-17, 2020 (bates 11813-15) |
| 67b | | | Hooker | Email correspondence between autokeycard@autokeycard.com and admin@autokeycard.com on January 28, 2021 (bates 4810) |
| 67c | | | Hooker | Email correspondence between autokeycard@autokeycard.com and admin@autokeycard.com on February 11, 2021 (bates 4887-92) |
| 67d | | | Hooker | Email correspondence between autokeycard@autokeycard.com and admin@autokeycard.com on February 1, 2021 (bates 4997) |

Case No. 3:21-cr-22(S4)-MMH-MCR                     Page 21 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 67e | | | Hooker | Email correspondence between customerservice@autokeycard.com and jslick4@hotmail.com on August 24, 2020 (bates 5084) |
| 67f | | | Hooker | Email correspondence between customerservice@autokeycard.com and i.c.whites15@gmail.com on September 16, 2020 (bates 5153-54) |
| 67g | | | Hooker | Email correspondence between customerservice@autokeycard.com and peckley@outlook.com on September 16, 2020 (bates 5158-59) |
| 67h | | | Hooker | Email correspondence between customerservice@autokeycard.com and longhaul1970@yahoo.com on September 30, 2020 (bates 5208-10) |
| 67i | | | Hooker | Email correspondence between autokeycard@autokeycard.com and support@contactgundeqals.zendesk.com on October 3, 2020 (bates 5218) |
| 67j | | | Hooker | Email correspondence between customerservice@autokeycard.com and autokeycard@autokeycard.com on October 29, 2020 (bates 5291-92) |
| 67k | | | Hooker | Email correspondence between mudnbludns78@gmail.com and customerservice@autokeycard.com on November 12, 2020 (bates 5546) |
| 67l | | | Hooker | Email correspondence between chancedrums1@gmail.com and customerservice@autokeycard.com on November 13, 2020 (bates 5727) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 22 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 67m | | | Hooker | Email correspondence between szy410700851@gmail.com and customerservice@autokeycard.com on November 13, 2020 (bates 5737-38) |
| 67n | | | Hooker | Email correspondence between bobbyamey@gmail.com and customerservice@autokeycard.com on November 14, 2020 (bates 5884) |
| 67o | | | Hooker | Email correspondence between customerservice@autokeycard.com and autokeycard@autokeycard.com on November 14, 2020 (bates 5766-67) |
| 67p | | | Hooker | Email correspondence between customerservice@autokeycard.com and autokeycard@autokeycard.com on November 14, 2020 (bates 5768-69) |
| 67q | | | Hooker | Email correspondence between sandersbrandon352@gmail.com and customerservice@autokeycard.com on November 16, 2020 (bates 6078) |
| 67r | | | Hooker | Email correspondence between sydneycarton1776@gmail.com and customerservice@autokeycard.com on November 16-20, 2020 (bates 6325) |
| 67s | | | Hooker | Email correspondence between customerservice@autokeycard.com and darekstennes@gmail.com on November 18-26, 2020 (bates 6495-99) |
| 67t | | | Hooker | Email correspondence between miguelbanzon@gmail.com and customerservice@autokeycard.com on November 21, 2020 (bates 6327) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 23 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 67u | | | Hooker | Email correspondence between legal@shopify.com and autokeycard@autokeycard.com on November 24, 2020 (bates 6453) |
| 67v | | | Hooker | Email correspondence between autokeycard@autokeycard.com and autokeycard@autokeycard.com on November 27, 2020 (bates 6509) |
| 67w | | | Hooker | Email correspondence between jurp86@gmail.com and customerservice@autokeycard.com on November 28, 2020 (bates 6548) |
| 67x | | | Hooker | Email correspondence between browntownfd@gmail.com and customerservice@autokeycard.com on December 1, 2020 (bates 6671) |
| 67y | | | Hooker | Email correspondence between codeboy182@gmail.com and customerservice@autokeycard.com on December 1, 2020 (bates 6679) |
| 67z | | | Hooker | Email correspondence between justinlowry222@gmail.com and customerservice@autokeycard.com on December 7, 2020 (bates 6734) |
| 67aa | | | Hooker | Email correspondence between jadehoffmann8@gmail.com and customerservice@autokeycard.com on December 9, 2020 (bates 6754) |
| 67bb | | | Hooker | Email correspondence between x_livinloud@yahoo.com and customerservice@autokeycard.com on December 14, 2020 (bates 6798) |

Case No. 3:21-cr-22(S4)-MMH-MCR          Page 24 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 67cc | | | Hooker | Email correspondence between michael.i.redwine@gmail.com and customerservice@autokeycard.com on December 15, 2020 (bates 6824) |
| 67dd | | | Hooker | Email correspondence between trippppster@yahoo.com and customerservice@autokeycard.com on December 15, 2020 (bates 6848) |
| 67ee | | | Hooker | Email correspondence between jpcook6969@gmail.com and customerservice@autokeycard.com on December 18, 2020 (bates 6893) |
| 67ff | | | Hooker | Email correspondence between stevenabrewer1@gmail.com and customerservice@autokeycards.com on December 27, 2020 (bates 10176) |
| 67gg | | | Hooker | Email correspondence between russellstewart505@gmail.com and customerservice@autokeycard.com on January 1, 2021 (bates 7446) |
| 67hh | | | Hooker | Email correspondence between Michael.keefauver@us.issworld.com and customerservice@autokeycard.com on January 1, 2021 (bates 10199) |
| 67ii | | | Hooker | Email correspondence between stevo12920@gmail.com and customerservice@autokeycard.com on January 3, 2021 (bates 7456) |
| 67jj | | | Hooker | Email correspondence between kouba1954@hotmail.com and customerservice@autokeycard.com on January 15-16, 2021 (bates 7620) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 25 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 67kk | | | Hooker | Email correspondence between steveduty@att.net and customerservice@autokeycard.com on January 16, 2021 (bates 7618) |
| 67ll | | | Hooker | Email correspondence between thedonofaalborg@gmail.com and customerservice@autokeycard.com on January 20, 2021 (bates 7640) |
| 67mm | | | Hooker | Email correspondence between slewis3965@gmail.com and customerservice@autokeycard.com on January 23, 2021 (bates 7673) |
| 67nn | | | Hooker | Email correspondence between rtayl328@gmail.com and customerservice@autokeycard.com on January 24, 2021 (bates 7677) |
| 67oo | | | Hooker | Email correspondence between johnhlbrk@gmail.com and customerservice@autokeycard.com on January 26, 2021 (bates 7694-95) |
| 67pp | | | Hooker | Email correspondence between tommygun1919@gmail.com and customerservice@autokeycard.com on January 28, 2021 (bates 7736) |
| 67qq | | | Hooker | Email correspondence between smccain72@gmail.com and customerservice@autokeycard.com on January 31, 2021 (bates 7776) |
| 67rr | | | Hooker | Email correspondence between laknight1@outlook.com and customerservice@autokeycard.com on February 1, 2021 (bates 7778) |

Case No. 3:21-cr-22(S4)-MMH-MCR                 Page 26 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 67ss | | | Hooker | Email correspondence between johnhlbrk@gmail.com and customerservice@autokeycard.com on February 1, 2021 (bates 7789-91) |
| 67tt | | | Hooker | Email correspondence between banjoman150@gmail.com and customerservice@autokeycard.com on February 3, 2021 (bates 7806) |
| 67uu | | | Hooker | Email correspondence between jlpdsmith@yahoo.com and customerservice@autokeycard.com on February 6, 2021 (bates 7823) |
| 67vv | | | Hooker | Email correspondence between ericcooksr@gmail.com and customerservice@autokeycard.com on February 10, 2021 (bates 7868-71) |
| 67ww | | | Hooker | Email correspondence between mikeaustad94@gmail.com and customerservice@autokeycard.com on February 16, 2021 (bates 7912) |
| 67xx | | | Hooker | Email correspondence between commercialcuts1@gmail.com and customerservice@autokeycard.com on February 18, 2021 (bates 7935) |
| 67yy | | | Hooker | Email correspondence between cterry7231@gmail.com and customerservice@autokeycard.com on February 19, 2021 (bates 7941) |
| 67zz | | | Hooker | Email correspondence between dvonhaag@hotmail.com and customerservice@autokeycard.com on February 19, 2021 (bates 7942) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 27 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 67aaa | | | Hooker | Email correspondence between rjr@colgrp.com and customerservice@autokeycard.com on February 19, 2021 (bates 7947-49) |
| Composite Exhibit 67bbb | | | Hooker | Composite of email order confirmations stored in autokeycard@autokeycard.com account (bates 5027, 5032, 5036-37, 5040, 5044, 5047-49, 5051-52, 5054-55, 5058-59, 5061-63, 5067-68, 5079-80, 5082, 5086-87, 5093-97, 5101, 5103-06, 5111-12, 5116, 5123-27, 5130, 5143, 5151, 5162, 5174, 5182-84, 5189, 5197, 5219, 5265, 5272, 5278, 5280-81, 5288, 5290, 5301-02, 5309, 5315-37, 5343-60, 5377-81, 5385-91, 5393-94, 5396-98, 5400-43, 5451-5544, 5556-5722, 5753-5876, 5894-5984, 6002-6074, 6100-71, 6187-6237, 6262-81, 6301, 6317-22, 6346-51, 6364-99, & 6415-31) |
| 67ccc | | | FRE 803(6) & 902(11) | Namecheap User Info re Justintime1980 |
| 68 | | | FRE 803(6) & 902(11) | Stripe account information for account ending in 3934 (bates 35780, 4114) |
| 69 | | | Butler | Shopify Acceptable Use Policy (bates 16386) |
| 70 | | | Butler | Shopify AUP Definitions (bates 16387) |
| 71 | | | FRE 803(6) & 902(11) | FedEx Records (bates 23692 & 16326-49) |
| 72 | | | FRE 803(8) & Hannon | Mailing log for mail meter 13667139 (bates 2986) |
| 73 | | | Hooker/ Ervin | GoFundMe records (bates 20269, 20146-53, & 20241-56) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 28 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 74 | | | FRE803(10) | Certification that no firearms are registered to Aric Anthony Osso in the National Firearms Registration and Transfer Record (bates 33839) |
| 75 | | | FRE803(10) | Certification that no firearms are registered to Darek Gordon Stennes in the National Firearms Registration and Transfer Record (bates 33840) |
| 76 | | | FRE803(10) | Certification that no firearms are registered to Erica Ashley Hoover in the National Firearms Registration and Transfer Record (bates 33841) |
| 77 | | | FRE803(10) | Certification that no firearms are registered to Erica Ashley Ibe in the National Firearms Registration and Transfer Record (bates 33842) |
| 78 | | | FRE803(10) | Certification that no firearms are registered to James Ernest Acs in the National Firearms Registration and Transfer Record (bates 33843) |
| 79 | | | FRE803(10) | Certification that no firearms are registered to Joel Moya in the National Firearms Registration and Transfer Record (bates 33844) |
| 80 | | | FRE803(10) | Certification that no firearms are registered to Kris Anderson Ervin in the National Firearms Registration and Transfer Record (bates 33845) |
| 81 | | | FRE803(10) | Certification that no firearms are registered to Kristopher Justinboyer Ervin in the National Firearms Registration and Transfer Record (bates 33846) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 29 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 82 | | | FRE803(10) | Certification that no firearms are registered to Matthew Raymond Hoover in the National Firearms Registration and Transfer Record (bates 33847) |
| 83 | | | FRE803(8) | Certification of firearms registered to Tristan Thomas Anderson in the National Firearms Registration and Transfer Record (bates 33848) |
| 84 | | | FRE803(10) | Certification that no firearms are registered to Randy Lee Willis in the National Firearms Registration and Transfer Record (bates 33849) |
| 85 | | | FRE803(10) | Certification that no firearms are registered to Richard Jerome Roberts in the National Firearms Registration and Transfer Record (bates 33850) |
| 86 | | | FRE803(10) | Certification that no firearms are registered to Ronald Joseph Davis in the National Firearms Registration and Transfer Record (bates 33851) |
| 87 | | | FRE803(10) | Certification that no firearms are registered to Steven Duty in the National Firearms Registration and Transfer Record (bates 33852) |
| 88 | | | FRE803(8) | Certification of firearms registered to Coloma Resale in the National Firearms Registration and Transfer Record (bates 34884-85) |
| 89 | | | Hooker | Business records certification for documents produced by Google for akeycard@gmail.com (bates 34888) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 30 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 89a | | | FRE 803(6) & 902(11) | Google subscriber information for akeycard@gmail.com (bates 32959) |
| 89b | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on November 30, 2020 (bates 27259-60) |
| 89c | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on December 12, 2020 (bates 27673-74) |
| 89d | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on December 16, 2020 (bates 27829-30) |
| 89e | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on December 23, 2020 (bates 28075-76) |
| 89f | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on January 17, 2021 (bates 28908-09) |
| 89g | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on February 1, 2021 (bates 29307-08) |
| 89h | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on February 4, 2021 (bates 29393-94) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 31 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 89i | | | Hooker | Email correspondence between no-reply@squarespace.com and akeycard@gmail.com on February 5, 2021 (bates 29445-46) |
| 90 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by Google for justin.ervin80@gmail.com (bates 34920) |
| 90a | | | FRE 803(6) & 902(11) | YouTube activity history for justin.ervin80@gmail.com (bates 26306-26926) |
| 90b | | | FRE 803(6) & 902(11) | YouTube subscriber information for justin.ervin80@gmail.com (bates 26927) |
| 90c | | | Hooker | Email correspondence between noreply@youtube.com and justin.ervin80@gmail.com on November 27, 2020 (bates 25381) |
| 90d | | | Hooker | Email correspondence between noreply@youtube.com and justin.ervin80@gmail.com on November 27, 2020 (bates 25382) |
| 90e | | | Hooker | Email correspondence between noreply@youtube.com and justin.ervin80@gmail.com on November 27, 2020 (bates 25403) |
| 90f | | | Hooker | Email correspondence between noreply@youtube.com and justin.ervin80@gmail.com on December 10, 2020 (bates 25554) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 32 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 90g | | | Hooker | Email correspondence between noreply@youtube.com and justin.ervin80@gmail.com on December 11, 2020 (bates 25567) |
| 90h | | | FRE 803(6) & 902(11) | Justinervin80@gmail.com subscriber information |
| 91 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by Yahoo for justinervin80@aol.com (bates 34898-99) |
| 91a | | | Hooker | Email correspondence between autokeycard@gmail.com and justinervin80@aol.com on July 28, 2020 (bates 33510 native file 20200728-Order #1001 confirmed-3090.html) |
| 91b | | | Hooker | Email correspondence between autokeycard@gmail.com and justinervin80@aol.com on July 29, 2020 (bates 33510 native file 20200729-Order #1002 confirmed-3072.html) |
| 91c | | | Hooker | Email correspondence between autokeycard@gmail.com and justinervin80@aol.com on July 29, 2020 (bates 33510 native file 20200729-Order #1003 confirmed-3069.html) |
| 91d | | | Hooker | Email correspondence between autokeycard@gmail.com and justinervin80@aol.com on July 29, 2020 (bates 33510 native file 20200729-Order #1004 confirmed-3065.html) |

Case No. 3:21-cr-22(S4)-MMH-MCR                          Page 33 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 91e | | | Hooker | Email correspondence between autokeycard@gmail.com and justinervin80@aol.com on July 29, 2020 (bates 33510 native file 20200729-Order #1005confirmed-3061.html) |
| 91f | | | Hooker | Email correspondence between service@paypal.com and justinervin80@aol.com on July 30, 2020 (bates 33511 native file 20200730-Receipt for Your Payment to Bane Industries-3034.html) |
| 91g | | | Hooker | Email correspondence between noreply@armslist.com and justinervin80@aol.com on August 1, 2020 (bates 33511 native file 20200801-ARMSLIST – Listing – FS_Auto Key Card-3019.html) |
| 91h | | | Hooker | Email correspondence between Auto Key Card and justinervin80@aol.com on October 29, 2020 (bates 33524 native file 20201029-New 30% Thicker AutoKeyCard's-2219.html) |
| 91i | | | Hooker | Email correspondence between Crs firearms and justinervin80@aol.com on November 23, 2020 (bates 33527 native file 20201123-Crs firearms-2016.html) |
| 91j | | | Hooker | Email correspondence between Louis Vuitton and justinervin80@aol.com on November 25, 2020 (bates 33528 native file 20201125-Your Louis Vuitton Order-1969.html) |

Case No. 3:21-cr-22(S4)-MMH-MCR                     Page 34  of 42  Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 91k | | | Hooker | Email correspondence between auto-confirm@amazon.com and justinervin80@aol.com on December 9, 2020 (bates 33533 native file 20201209-Your Amazon.com order-1689.html) |
| 91l | | | Hooker | Email correspondence between noreply@loc.gov and justinervin80@aol.com on January 29, 2021 (bates 33550 native file 20210129-Confirmation of Receipt-623.html) |
| 91m | | | Hooker | Email correspondence with attachment between cop-ad@loc.gov and justinervin80@aol.com on February 11, 2021 (bates 33553 native file 20210211-1-10120904279 Auto Key Card-354.html) |
| 91n | | | FRE 803(6) & 902(11) | Justinervin80@aol.com subscriber details |
| 92 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by Yahoo, Inc. for email account crsfirearms@yahoo.com (bates 34924) |
| 92a | | | Hooker | Email correspondence between Sammie Howell and crsfirearms@yahoo.com on November 5, 2020 (bates 33443 native file 20201105-Lightning link info- 1806.html) |
| 92b | | | Hooker | Email correspondence between ADMIN TEAM and crsfirearms@yahoo.com on November 9, 2020 (bates 33444 native file 20201109-Lightning link can opener-1756.html) |

Case No. 3:21-cr-22(S4)-MMH-MCR                     Page 35 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 92c | | | Hooker | Email correspondence between Cecillio Corvus and crsfirearms@yahoo.com on November 14, 2020 (bates 33445 native file 20201114-Lightning links- 1686.html) |
| 92d | | | Hooker | Email correspondence between Jake B and crsfirearms@yahoo.com on November 24, 2020 (bates 33446 native file 20201124-Product inquiry-1532.html) |
| 92e | | | Hooker | Email correspondence between Ola Fifita and crsfirearms@yahoo.com on December 13, 2020 (bates 33450 native file 20201213-Hey-1227.html) |
| 92f | | | Hooker | Email correspondence between Traci Grube and crsfirearms@yahoo.com on December 16, 2020 (bates 33451 native file 20201216-Auto Link-1197.html) |
| 92g | | | Hooker | Email correspondence between bry dindale and crsfirearms@yahoo.com on January 5, 2021 (bates 33454 native file 20210105-Novelty lightening link-874.html) |
| 92h | | | FRE 803(6) & 902(11) | Contacts for crsfirearms@yahoo.com (bates 33433 native file crsfirearms@yahoo.com-contacts-10.22.2021.html) |
| 92i | | | FRE 803(6) & 902(11) | crsfirearms@yahoo.com subscriber details (bates 33433) |
| 92j | | | FRE 803(6) & 902(11) | crsfirearms@yahoo.com subscriber details (bates 33433) |
| 92k | | | FRE 803(6) & 902(11) | crsfirearms@yahoo.com subscriber details (bates 33433) |

Case No. 3:21-cr-22(S4)-MMH-MCR                Page 36 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 93 | | | Useche/ Hooker | Community First Credit Union surveillance video from January 29, 2021 (bates 34863) |
| 94 | | | Useche/ Hooker | Community First Credit Union surveillance video from February 3, 2021 (bates 34864) |
| 95 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by Community First Credit Union for Kristopher Ervin (bates 34881) |
| 95a | | | FRE 803(6) & 902(11) | Bank records from Community First Credit Union for Kristopher Ervin (bates 34639-34713) |
| 95b | | | FRE 803(6) & 902(11) | Community First Credit Union Account Notes for Kristopher Ervin (bates 34527-28) |
| 95c | | | FRE 803(6) & 902(11) | Community First Credit Union Account Statements for Kristopher Ervin (bates 34581-34611, 36375-80, 36384-86) |
| 95d | | | FRE 803(6) & 902(11) | Community First Credit Union account ownership documents (bates 34630-31, 34612-18) |
| 95e | | | FRE 803(6) & 902(11) | Currency Transaction Report filed on December 28, 2020 (bates 34531-36) |
| 96 | | | Butler/ Hooker | Instagram page for prettynpink0421 (bates 16389) |
| 97 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by US Cellular for phone number 608-617-0055 (bates 16419) |

Case No. 3:21-cr-22(S4)-MMH-MCR                              Page 37 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 97a | | | FRE 803(6) & 902(11) | Subscriber information for phone number 608-617-0055 (bates 16420) |
| 97b | | | FRE 803(6) & 902(11) | SMS toll records for phone number 608-617-0055 (bates 16421-16658) |
| 97c | | | FRE 803(6) & 902(11) | Voice toll records for phone number 608-617-0055 (bates 16659-83) |
| 97d | | | FRE 803(6) & 902(11) | VOLTE toll records for phone number 608-617-0055 (bates 16684-18453) |
| 98 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by Verizon for phone number 904-405-9878 (bates 19362) |
| 98a | | | FRE 803(6) & 902(11) | Verizon Call Detail Report for phone number 904-405-9878 (bates 18454-80) |
| 98b | | | FRE 803(6) & 902(11) | Verizon 4G toll records for phone number 904-405-9878 (bates 19134-19309) |
| 98c | | | FRE 803(6) & 902(11) | Verizon VOLTE toll records for phone number 904-405-9878 (bates 19311-60) |
| 98d | | | FRE 803(6) & 902(11) | Verizon Device ID records for phone number 904-405-9878 (bates 19365) |
| 98e | | | FRE 803(6) & 902(11) | Verizon Subscriber records for phone number 904-405-9878 (bates 19759) |
| 99 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by US Cellular for phone number 608-697-7868 (bates 18482) |
| 99a | | | FRE 803(6) & 902(11) | Subscriber information for phone number 608-697-7868 (bates 18483) |
| 99b | | | FRE 803(6) & 902(11) | Voice toll records for phone number 608-697-7868 (bates 18484-18529) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 38 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 99c | | | FRE 803(6) & 902(11) | VOLTE toll records for phone number 608-697-7868 (bates 18530-19125) |
| 99d | | | FRE 803(6) & 902(11) | SMS toll records for phone number 608-697-7868 (bates 36349) |
| Summary Exhibit 100 | | | Butler | Summary of communications between 608-617-0055 and phone numbers with 904 area codes |
| 101 | | | Hannon | UPS Store receipt dated January 22, 2021, seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Item 43) |
| 101a | | | Hannon | Photo of Exhibit 101 (bates 1301) |
| 102 | | | Hooker | Index cards seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Item 31) |
| 103 | | | Hooker | Documents (Auto Key Card schematics, list of metalworking businesses, list of domain names) seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Item 102) |
| 103a | | | Hooker | Scan of Exhibit 103 (bates 34903-05) |
| 104 | | | Hooker | Documents (handwritten notes) seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Item 32) |
| 105 | | | Hannon | Documents (business expenses) seized on March 2, 2021, at 2409 Kirkwall Court, Orange Park, Florida 32065 (ATF Property Item 44) |
| 105a | | | Hannon | Scan of Exhibit 105 (bates 34900-02) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 106 | | | Davis | Documents pertaining to the purchase of an Auto Key Card by Ronald Davis (ATF Property Item 6 from case 767060-21-0030) |
| 106a | | | Davis | Scan of Exhibit 106 (bates 35846-52) |
| 107 | | | Stennes | Documents pertaining to the purchase of an Auto Key Card by Darek Stennes (ATF Property Item 12 from case 767060-21-0030) |
| 107a | | | Stennes | Scan of Exhibit 107 (bates 35727-40) |
| 108 | | | Stennes | Cut up pieces of destroyed Auto Key Cards surrendered by Darek Stennes (ATF Property Item 13 from case 767060-21-0030) |
| 109a | | | Moya | Auto Key Card surrendered by Joel Moya (ATF Property Item 8 from case 767060-21-0030) |
| 109b | | | Moya | Auto Key Card surrendered by Joel Moya (ATF Property Item 9 from case 767060-21-0030) |
| 109c | | | Moya | Auto Key Card surrendered by Joel Moya (ATF Property Item 10 from case 767060-21-0030) |
| 109d | | | Moya | Auto Key Card surrendered by Joel Moya (ATF Property Item 11 from case 767060-21-0030) |
| 110 | | | Acs | Auto Key Card surrendered by James Acs (ATF Property Item 30 from case 767060-21-0030) |

Case No. 3:21-cr-22(S4)-MMH-MCR                              Page 40 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 111 | | | Willis | Auto Key Card surrendered by Randy Willis (ATF Property Item 38 from case 767060-21-0030) |
| 112 | | | Duty | Auto Key Card packaging materials surrendered by Steven Duty (ATF Property Item 41 from case 767060-21-0030) |
| 113 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by Google for autokeycard@gmail.com (bates 34912) |
| 113a | | | FRE 803(6) & 902(11) | Google subscriber information for autokeycard@gmail.com (bates 25306) |
| 114 | | | Butler | Auto Key Card website (bates 35924-38) |
| 115 | | | Butler | Open source social media (native file 35791 pages 1-15) |
| 116a | | | Lintner | ATF Form 2 for serial number AC001 (SWD Drop-In Auto Connector) dated January 2, 1984 (bates 35772-73) |
| 116b | | | Lintner | ATF Form 2 for serial numbers AC160-AC170 (SWD Drop-In Auto Connector) dated April 21, 1986 (bates 35774-75) |
| 116c | | | Lintner | ATF Form 2 for serial numbers AC534-AC536 (SWD Drop-In Auto Connector) dated April 21, 1986 (bates 35776-77) |
| 116d | | | Lintner | ATF Form 2 for serial number AC537 (SWD Drop-In Auto Connector) dated September 17, 1986 (bates 35778-79) |
| Summary Exhibit 117 | | | Butler | Timeline/graph depicting Auto Key Card orders placed and the release of certain CRS Firearms YouTube videos (bates 35834) |

Case No. 3:21-cr-22(S4)-MMH-MCR                    Page 41 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 118 | | | FRE803(8) | Certification of firearms registered to Darek Stennes Revocable Living Trust in the National Firearms Registration and Transfer Record (bates 35665) |
| 119 | | | FRE803(8) | Certification of firearms registered to Darek Stennes Trust in the National Firearms Registration and Transfer Record (bates 35666) |
| 120 | | | FRE 803(6) & 902(11) | Business records certification for documents produced by Google re Ervin YouTube accounts (bates 2958-60) |
| 120a | | | FRE 803(6) & 902(11) | Subscriber information for "Justin Ervin" YouTube account (channel UCLCs19aQ6qipUAImZZc3Unw) (bates 2961) |
| 120b | | | FRE 803(6) & 902(11) | Subscriber information for "Justin Ervin" YouTube account (channel UCEBLsaCfRsOU-pqAXQ0nExQ) (bates 2964) |
| 120c | | | FRE 803(6) & 902(11) | Google account subscriber information for "7laneproducts"/"Justin Ervin" account (UCLCs19aQ6qipUAImZZc3Unw) (bates 2963) |
| 120d | | | FRE 803(6) & 902(11) | Google account subscriber information for "justin.ervin80"/"Justin Ervin" account (UCEBLsaCfRsOU-pqAXQ0nExQ) (bates 2962) |
| Demonstrative Exhibit 121 | | | Butler | Demonstrative timeline exhibit (bates 36361-70) |

Case No. 3:21-cr-22(S4)-MMH-MCR                     Page 42 of 42 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 122 | | | Wilson | Auto Key Card surrendered by Phillip Wilson (ATF Property Item 1 from case 767060-21-0030) |
| 123 | | | FRE 803(6) & 902(11) | Stripe account information for "Kristopher Ervin" account (bates 35781, 35770) |
| 124 | | | Powley | Photo of Ervin vehicle on March 2, 2021 (bates 37446) |
| 124.1 | | | Powley | UPS Store receipt dated March 2, 2021, seized during search of Ervin vehicle on March 2, 2021 (ATF Property Item 827) |
| 124.1a | | | Powley | Photo of Exhibit 124.1 (bates 37458) |
| 124.2 | | | Powley | $3700 in U.S. currency in envelope seized during search of Ervin vehicle on March 2, 2021 (ATF Property Item 830) |
| 124.3 | | | Powley | Community First Credit Union receipt dated March 1, 2021 seized during search of Ervin vehicle on March 2, 2021 (ATF Property Item 826) |
| 124.3a | | | Powley | Photo of Exhibit 126 (bates 37457) |
| 125 | | | Butler | "Important Development," published to the CRS Firearms YouTube Channel on February 16, 2021 (bates 33819) |
| 125a | | | Butler | Transcript of Exhibit 125 (bates 33897-33903) |
| | | | | |
| | | | | |
| | | | | |