**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA         CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

| Counsel for Government: | Counsel for Defendant Ervin: |
|---|---|
| Laura Taylor | Alex King |
| David Mesrobian | |
| | Counsel for Defendant Hoover: |
| | Zachary Zermay |
| | Matthew Larosiere |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles         Court Reporter: Katharine Healey

**CLERK'S MINUTES**

**PROCEEDINGS OF:   JURY SELECTION AND TRIAL**

Defendants' renewed oral motions to dismiss the Fourth Superseding Indictment are **DENIED**.

Jury selection.

Rule invoked.

Jury sworn. Court gave preliminary instructions to the jury.

Government's opening statement.   Defendants' opening statements.

Government's Witnesses: Jesse Hooker

Government's Exhibits: 18, 19, 20, 20A, 21, 22, 23, 24, 25, 25A, 25B, 93, 94, 95, 95A – 95E, 114

Jury recessed and shall report back at 8:45 a.m. on April 11, 2023.

Date: April 10, 2023
Times: 9:11 a.m. – 2:35 p.m.; 3:32 p.m. – 5:28 p.m.
Total: 7 Hours, 20 Minutes