## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA　　　　CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Counsel for Government:　　　　　　Counsel for Defendant Ervin:
Laura Taylor　　　　　　　　　　　　Alex King
David Mesrobian

　　　　　　　　　　　　　　　　　　Counsel for Defendant Hoover:
　　　　　　　　　　　　　　　　　　Zachary Zermay
　　　　　　　　　　　　　　　　　　Matthew Larosiere

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles　　　　Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:　JURY TRIAL**

Government's Witnesses: Jesse Hooker

Government's Exhibits: 17.2A, 48, 50A – 50P, 51, 52, 53, 54, 58A – 58D, 67, 67A – 67CCC, 74 – 88, 89, 89A – 89I, 90, 90A – 90H, 91, 91A – 91N, 92, 92A – 92K, 96, 102, 103, 103A, 104, 110, 112, 118, 119

Jury recessed and shall report back at 8:45 a.m. on April 12, 2023.

Date: April 11, 2023
Times: 9:05 a.m. – 12:33 p.m.; 1:44 p.m. – 5:27 p.m.
Total: 7 Hours, 11 Minutes