**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA        CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

<u>Counsel for Government:</u>
Laura Taylor
David Mesrobian

<u>Counsel for Defendant Ervin:</u>
Alex King

<u>Counsel for Defendant Hoover:</u>
Zachary Zermay
Matthew Larosiere

**HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles        Court Reporter: Katharine Healey

**CLERK'S MINUTES**

**PROCEEDINGS OF:   JURY TRIAL**

<u>Government's Witnesses:</u> Jesse Hooker, Keith Hannon, John Powley, Michael Medlin, Richard Batchelder, Christopher Martin, Andrea Useche, Amy Sarkese, Matthew LeVay

<u>Government's Exhibits:</u> 26, 27A, 27B, 28, 29, 30, 30A – 30V, 31, 32, 33, 33A – 33Z, 34 – 47, 49, 49A – 49Q, 72, 101, 101A, 105, 105A, 124, 124.1, 124.1A, 124.2, 124.3, 124.3A

<u>Defendant Ervin's Exhibits:</u> 26

<u>Court's Exhibits:</u> 1 (filed under seal)

With the agreement of the parties, Juror No. 11 is released.

Defendants' <u>ore</u> <u>tenus</u> motion for a mistrial is **DENIED**.

Jury recessed and shall report back at 8:45 a.m. on April 13, 2023.

Date: April 12, 2023
Times: 9:03 a.m. – 12:23 p.m.; 1:41 p.m. – 5:45 p.m.
Total: 7 Hours, 24 Minutes