UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S4)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

Counsel for Government:
Laura Taylor
David Mesrobian

Counsel for Defendant Ervin:
Alex King

Counsel for Defendant Hoover:
Zachary Zermay
Matthew Larosiere

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles            Court Reporter: Shelli Kozachenko

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

With the agreement of the parties, Juror No. 8 is excused after advising the Court that she is ill.

Government's Witnesses: David Bane, John Palmer Clarkson, Joncarlos Ruiz, Patrick Breslend, Kris Ervin, Kristen Ervin, Carolanne Wolfe, Jonathan Monger, Lyndsey Butler

Government's Exhibits: 55, 56, 57A – 57C, 59, 60, 115, 120, 120A – 120D, 126

Jury recessed and shall report back at 8:45 a.m. on April 14, 2023.

Date: April 13, 2023
Times: 9:20 a.m. – 12:16 p.m.; 1:37 p.m. – 5:27 p.m.
Total: 6 Hours, 46 Minutes