UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:   3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

## DEFENDANT ERVIN'S REQUEST FOR JUDICIAL NOTICE

Defendant, Kristopher J. Ervin, by and through his undersigned counsel, and hereby requests the Court to take judicial notice of the *United States v. Timothy John Watson*; Case No: 3:20-cr-00042-GMG-RWT. *See United States v. Jones*, 29 Fed. 3d 1549 (11th Cir. 1994). Attached as Composite Exhibit A is the case docket, Indictment (Doc. 23) and Judgment in a Criminal Case (Doc. 70). Mr. Ervin further requests The Court to instruct the jury as to the following:

> You have heard testimony regarding PortableWallHanger.com and the portable wall hanger device and the distributor of that device being prosecuted. The Court instructs you that the manufacturer of the portable wall hanger device, Timothy John Watson, had all charges against him related to the portable wall hanger device dismissed against him upon motion of the United States.

Respectfully submitted,
**Monroe & King, P.A.**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 17th day of April, 2023.

                                               /s/ Alex King
                                               ATTORNEY