**3:20-cr-00042-GMG-RWT All Defendants** USA v. Watson
**Date filed:** 11/17/2020
**Date terminated:** 10/18/2021
**Date of last filing:** 02/25/2022

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 10/30/2020 | Complaint (Sealed) |
| | *Docket Text:* COMPLAINT as to Timothy John Watson (1). (Attachments: # (1) Affidavit) (njz) copy to usa and usm Modified on 11/3/2020 to correct docket text. (cmd).[3:20-mj-00127-RWT] | | |
| 3 | *Filed & Entered:* | 10/30/2020 | Order on Motion to Seal |
| | *Docket Text:* ORDER granting [2] Motion to Seal as to Timothy John Watson (1). Signed by Magistrate Judge Robert W. Trumble on 10/30/20. (njz) copy to usa[3:20-mj-00127-RWT] | | |
| | *Filed & Entered:* | 11/03/2020 | Case Unsealed |
| | *Docket Text:* Case unsealed as to Timothy John Watson per LC Hillyard. (tlg)[3:20-mj-00127-RWT] | | |
| | *Filed & Entered:* | 11/03/2020 | Arrest |
| | *Docket Text:* Arrest of Timothy John Watson (cmd)[3:20-mj-00127-RWT] | | |
| 5 | *Filed & Entered:* | 11/03/2020 | Paperless Order |
| | *Docket Text:* PAPERLESS ORDER as to Timothy John Watson. Initial Appearance is set for TODAY, TUESDAY, 11/3/2020, AT 11:30 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 11-3-2020. (dh) [3:20-mj-00127-RWT] | | |
| 6 | *Filed & Entered:* <br> *Terminated:* | 11/03/2020 <br> 11/23/2020 | Motion for Detention |
| | *Docket Text:* MOTION for Detention by USA as to Timothy John Watson. (Douglas, Jarod)[3:20-mj-00127-RWT] | | |
| 7 | *Filed & Entered:* | 11/03/2020 | Other Document |
| | *Docket Text: Proposed Order* Other Document re [6] MOTION for Detention filed by USA as to Timothy John Watson (Douglas, Jarod)[3:20-mj-00127-RWT] | | |
| 8 | *Filed & Entered:* | 11/03/2020 | Initial Appearance |
| | *Docket Text:* MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before Magistrate Judge Robert W. Trumble as to Timothy John Watson.Initial Appearance as to Timothy John Watson held on 11/3/2020. Detention Hearing set for 11/10/2020 11:30 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Preliminary Hearing set for 11/17/2020 02:30 PM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. (Court Reporter dig recorded.) (njz)[3:20-mj-00127-RWT] | | |
| 9 | *Filed & Entered:* | 11/03/2020 | Financial Affidavit - CJA23 |

| | | | |
|---|---|---|---|
| | *Docket Text:* ** SEALED ** CJA 23 Financial Affidavit by Timothy John Watson (njz) copy to FPD[3:20-mj-00127-RWT] | | |
| [10](#) | *Filed & Entered:* | 11/03/2020 | Order of Detention |
| | *Docket Text:* ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT: temporarily granting [6] Motion for Detention as to Timothy John Watson (1). Signed by Magistrate Judge Robert W. Trumble on 11/3/20. (njz) copy to USPO and USM[3:20-mj-00127-RWT] | | |
| [11](#) | *Filed & Entered:* | 11/03/2020 | Order Appointing Public Defender |
| | *Docket Text:* APPOINTMENT ORDER: APPOINTING FEDERAL PUBLIC DEFENDER as to Timothy John Watson. Nicholas J. Compton for Timothy John Watson appointed. Signed by Magistrate Judge Robert W. Trumble on 11/3/20. (njz) copy to FPD, USPO, USM, and mailed to dft.[3:20-mj-00127-RWT] | | |
| 12 | *Filed & Entered:* | 11/03/2020 | Paperless Order |
| | *Docket Text:* PAPERLESS ORDER as to Timothy John Watson. Initial appearance was held on November 3, 2020. Defendant was remanded to the custody of the U.S. Marshal's service. Detention Hearing is set for Tuesday, 11/10/2020, at 11:30 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 11/3/2020. (gs)[3:20-mj-00127-RWT] | | |
| [13](#) | *Filed & Entered:* | 11/03/2020 | Notice of Attorney Appearance - Defendant |
| | *Docket Text:* NOTICE OF ATTORNEY APPEARANCE: S. Andrew Arnold appearing for Timothy John Watson (Arnold, S.)[3:20-mj-00127-RWT] | | |
| [14](#) | *Filed & Entered:*<br>*Terminated:* | 11/03/2020<br>11/17/2020 | Motion for Discovery |
| | *Docket Text:* MOTION for Discovery by Timothy John Watson. (Arnold, S.)[3:20-mj-00127-RWT] | | |
| [15](#) | *Filed & Entered:* | 11/04/2020 | Order |
| | *Docket Text:* ORDER TERMINATING COUNSEL AND SUBSTITUTING COUNSEL as to Timothy John Watson. Timothy John Watson representation by attorney Nicholas J. Compton terminated. Signed by Magistrate Judge Robert W. Trumble on 11/4/20. (njz) copy to FPD[3:20-mj-00127-RWT] | | |
| [17](#) | *Filed & Entered:*<br>*Terminated:* | 11/09/2020<br>11/09/2020 | Motion to Continue |
| | *Docket Text:* MOTION to Continue by Timothy John Watson. (Arnold, S.)[3:20-mj-00127-RWT] | | |
| 18 | *Filed & Entered:* | 11/09/2020 | Order on Motion to Continue |
| | *Docket Text:* PAPERLESS ORDER as to Timothy John Watson. For good cause shown and there being no objection by the Government, the Court GRANTS Defendant's MOTION [17] to Continue the Detention Hearing. Accordingly, it is ORDERED that the Detention Hearing and Hearing on Motion for Discovery are set for TUESDAY, 11/17/2020, AT 02:30 PM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 11-9-2020. (dh)[3:20-mj-00127-RWT] | | |
| [19](#) | *Filed & Entered:*<br>*Terminated:* | 11/09/2020<br>11/12/2020 | Motion to Withdraw as Attorney |
| | *Docket Text:* MOTION to Withdraw as Attorney by S. Andrew Arnold. by Timothy John Watson. (Arnold, S.)[3:20-mj-00127-RWT] | | |
| [20](#) | *Filed & Entered:* | 11/10/2020 | Notice of Attorney Appearance - Defendant |
| | *Docket Text:* NOTICE OF ATTORNEY APPEARANCE: Shawn McDermott appearing for Timothy John Watson (McDermott, Shawn)[3:20-mj-00127-RWT] | | |
| [21](#) | *Filed & Entered:* | 11/12/2020 | Order on Motion to Withdraw as Attorney |
| | *Docket Text:* ORDER TERMINATING COUNSEL AND SUBSTITUTING COUNSEL : granting [19] Motion to Withdraw as Attorney. S. Andrew Arnold withdrawn from case as to Timothy John Watson (1). | | |

Signed by Magistrate Judge Robert W. Trumble on 11/12/20. (njz)[3:20-mj-00127-RWT]

| 22 | *Filed & Entered:* | 11/16/2020 | Motion for Release from Custody |
|---|---|---|---|
| | *Terminated:* | 11/23/2020 | |
| | *Docket Text:* MOTION for Release from Custody by Timothy John Watson. (Attachments: # (1) Attachment Character Letters - REDACTED, # (2) Attachment Justification of Surety - REDACTED, # (3) Attachment Affidavit of Zachary Gunther, # (4) Attachment Non-Aggression Principle)(McDermott, Shawn)[3:20-mj-00127-RWT] | | |
| 23 | *Filed & Entered:* | 11/17/2020 | Indictment |
| | *Docket Text:* INDICTMENT as to Timothy John Watson (1), counts 1, 2, 3, 4. Forfeiture allegation contained herein. Copy to USPO, USMS. (tlg) | | |
| 24 | *Filed & Entered:* | 11/17/2020 | Indictment - Unredacted (SEALED) |
| | *Docket Text:* *SEALED* Indictment - Unredacted, re [23] Indictment as to Timothy John Watson. (Attachments: # (1) grand jury docket sheet).(tlg) | | |
| 25 | *Filed & Entered:* | 11/17/2020 | Paperless Order |
| | *Docket Text:* PAPERLESS ORDER as to Timothy John Watson. Initial Appearance, Arraignment and Detention Hearings are set for TODAY, TUESDAY, 11/17/2020, AT 02:30 PM in Martinsburg District Judge Courtroom, 2nd Floor before Magistrate Judge Robert W. Trumble. The preliminary hearing and detention hearings previously set in 3:20MJ127 are CANCELLED. Signed by Magistrate Judge Robert W. Trumble on 11-17-2020. (dh) | | |
| 26 | *Filed & Entered:* | 11/17/2020 | Motion for Detention |
| | *Terminated:* | 11/23/2020 | |
| | *Docket Text:* MOTION for Detention by USA as to Timothy John Watson. (Douglas, Jarod) | | |
| 27 | *Filed & Entered:* | 11/17/2020 | Terminate Deadlines and Hearings |
| | *Docket Text:* MINUTE ENTRY:<br><br>***__NOTICE__*** __THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.__<br><br>Proceedings held before Magistrate Judge Robert W. Trumble as to Timothy John Watson. Arraignment as to Timothy John Watson (1) Counts 1,2,3,4 held on 11/17/2020, Initial Appearance and Detention Hearings as to Timothy John Watson held on 11/17/2020. Jury Selection and Jury Trial set for 1/12/2021 09:00 AM in Martinsburg District Judge Courtroom, 2nd Floor before Chief Judge Gina M. Groh. Pretrial Conference set for 1/7/2021 09:30 AM in Martinsburg District Judge Courtroom, 2nd Floor before Chief Judge Gina M. Groh. (Court Reporter - FTR.) (tlg) | | |
| 28 | *Filed:* | 11/17/2020 | Waiver of Personal Appearance and Consent to Appear by videoconference |
| | *Entered:* | 11/18/2020 | |
| | *Docket Text:* Waiver of Personal Appearance and Consent to Appear by videoconference by Timothy John Watson. (tlg) | | |
| 29 | *Filed:* | 11/17/2020 | Exhibit List |
| | *Entered:* | 11/18/2020 | |
| | *Docket Text:* CLERK'S WITNESS/EXHIBIT LIST as to Timothy John Watson hearing held 11/17/2020. (Attachments: # (1) Exhibit 1A, photograph; # (2) Exhibit 2, photograph; # (3) Exhibit 3, photograph; # (4) Exhibit 4-11, photographs; # (5) Exhibit 12-15, photographs).(tlg) | | |
| 30 | *Filed & Entered:* | 11/18/2020 | Motion for Protective Order |
| | *Terminated:* | 11/19/2020 | |
| | *Docket Text:* MOTION for Protective Order by USA as to Timothy John Watson. (Attachments: # (1) Proposed Order Protective Order)(Douglas, Jarod) | | |
| 31 | *Filed & Entered:* | 11/19/2020 | Order on Motion for Protective Order |

| | | | |
|---|---|---|---|
| | *Docket Text:* PROTECTIVE ORDER. Signed by Chief Judge Gina M. Groh on 11/19/2020. (tlg) | | |
| [32](#) | *Filed & Entered:* | 11/23/2020 | Order on Motion for Detention |
| | *Docket Text:* DETENTION ORDER. Signed by Magistrate Judge Robert W. Trumble on 11/23/2020. Copy to USPO, USMS. (tlg) | | |
| [33](#) | *Filed & Entered:* | 11/23/2020 | Notice (Other) |
| | *Docket Text:* NOTICE *of First Rule 16 Disclosure* by USA as to Timothy John Watson (Douglas, Jarod) | | |
| [34](#) | *Filed & Entered:* | 12/01/2020 | Other Document |
| | *Docket Text:* Attorney used wrong event, directed to refile using motion event. Other Document *Motion for Complex Case Designation* filed by USA as to Timothy John Watson (Douglas, Jarod) Modified on 12/1/2020 (cmd). | | |
| [35](#) | *Filed & Entered:*<br>*Terminated:* | 12/01/2020<br>12/02/2020 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION Complex Case Designation by USA as to Timothy John Watson. (Douglas, Jarod) | | |
| [36](#) | *Filed & Entered:* | 12/02/2020 | Order on Motion for Miscellaneous Relief |
| | *Docket Text:* ORDER GRANTING UNOPPOSED MOTION FOR COMPLEX CASE DESIGNATION. Signed by Chief Judge Gina M. Groh on 12/2/2020. (tlg) | | |
| [37](#) | *Filed & Entered:* | 12/02/2020 | Transcript |
| | *Docket Text:* TRANSCRIPT of Proceedings held on 11/17/2020, before Judge Trumble. as to Timothy John Watson Court Reporter/Transcriber Kate Slayden, Telephone number 304-267-5688. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days. Redaction Request due 12/23/2020. Redacted Transcript Deadline set for 1/2/2021. Release of Transcript Restriction set for 3/2/2021. (kas) | | |
| [38](#) | *Filed & Entered:* | 12/02/2020 | Transcript Purchase Order - NON-APPELLATE |
| | *Docket Text:* TRANSCRIPT PURCHASE ORDER for proceedings held on 11-17-2020 before Judge Trumble (kas) | | |
| [39](#) | *Filed & Entered:* | 12/03/2020 | Proposed Order |
| | *Docket Text:* Proposed *Complex Case Schedule* Order by USA as to Timothy John Watson re [36] Order on Motion for Miscellaneous Relief, Terminate Deadlines and Hearings, (Douglas, Jarod) | | |
| [40](#) | *Filed & Entered:* | 12/04/2020 | Order |
| | *Docket Text:* ORDER OF COMPLEX CASE SCHEDULE. Signed by Chief Judge Gina M. Groh on 12/4/2020. Copy to USPO, USMS. (tlg) | | |
| [41](#) | *Filed & Entered:*<br>*Terminated:* | 01/18/2021<br>01/27/2021 | Motion for Reconsideration |
| | *Docket Text:* MOTION for Reconsideration re [32] Order on Motion for Detention,, Order on Motion for Release from Custody, Order of Detention by Timothy John Watson. (Attachments: # (1) Attachment Dr. Sara Boyd's CV, # (2) Attachment Dr. Sara Boyd's Psychological/Risk Evaluation)(McDermott, Shawn) | | |
| [42](#) | *Filed & Entered:* | 01/26/2021 | Response in Opposition to Motion |
| | *Docket Text:* RESPONSE in Opposition by USA as to Timothy John Watson re [41] MOTION for Reconsideration re [32] Order on Motion for Detention,, Order on Motion for Release from Custody, Order of Detention (Douglas, Jarod) | | |
| [43](#) | *Filed & Entered:* | 01/27/2021 | Order on Motion for Reconsideration |
| | *Docket Text:* **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION [41] FOR RECONSIDERATION OF DETENTION. Signed by Magistrate Judge Robert W. Trumble on 1/27/2021. (tlg)** | | |

| 44 | Filed & Entered: | 02/01/2021 | Notice (Other) |
|---|---|---|---|
| | Docket Text: NOTICE *of Second Rule 16, First Jencks and First Giglio Disclosures* by USA as to Timothy John Watson (Douglas, Jarod) | | |
| 45 | Filed & Entered: | 02/04/2021 | Appeal of Magistrate Judge Decision to District Court |
| | Docket Text: APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Timothy John Watson re [32] Order on Motion for Detention,, Order on Motion for Release from Custody, Order of Detention, [43] Order on Motion for Reconsideration, (McDermott, Shawn) | | |
| 46 | Filed & Entered: | 02/08/2021 | Response in Opposition to Motion |
| | Docket Text: RESPONSE in Opposition by USA as to Timothy John Watson re [41] MOTION for Reconsideration re [32] Order on Motion for Detention,, Order on Motion for Release from Custody, Order of Detention (Douglas, Jarod) | | |
| 47 | Filed & Entered: | 03/03/2021 | Order |
| | Docket Text: **ORDER AFFIRMING DETENTION ORDER. Signed by Chief Judge Gina M. Groh on 3/3/2021. (tlg)** | | |
| 48 | Filed & Entered:<br>Terminated: | 03/07/2021<br>03/16/2021 | Motion for Reconsideration |
| | Docket Text: MOTION for Reconsideration re [47] Order by Timothy John Watson. (McDermott, Shawn) | | |
| 49 | Filed & Entered: | 03/09/2021 | Paperless Order |
| | Docket Text: **PAPERLESS ORDER as to Timothy John Watson. Change of Plea Hearing is set for TUESDAY, 3/16/2021, AT 03:00 PM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 3-9-2021. (dh)** | | |
| 50 | Filed & Entered: | 03/16/2021 | Terminate Deadlines and Hearings |
| | Docket Text: MINUTE ENTRY:<br><br>***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.*<br><br>Proceedings held before Magistrate Judge Robert W. Trumble as to Timothy John Watson. Change of Plea Hearing held on 3/16/2021. Plea entered by Timothy John Watson (1) Guilty, Count 4. (Court Reporter - FTR.) (tlg) | | |
| 51 | Filed & Entered: | 03/16/2021 | Waiver of Article III Judge |
| | Docket Text: WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE US MAGISTRATE JUDGE by Timothy John Watson. (tlg) | | |
| 52 | Filed & Entered: | 03/16/2021 | Plea Agreement |
| | Docket Text: PLEA AGREEMENT as to Timothy John Watson. (tlg) | | |
| 53 | Filed & Entered: | 03/16/2021 | Terminate Deadlines and Hearings |
| | Docket Text: **CHANGE OF PLEA ORDER. Signed by Magistrate Judge Robert W. Trumble on 3/16/2021. (tlg)** | | |
| 54 | Filed & Entered: | 03/16/2021 | Order on Motion for Reconsideration |
| | Docket Text: **ORAL ORDER denying [48] MOTION for Reconsideration re [47] Order filed by Timothy John Watson, by Magistrate Judge Robert W. Trumble on 3/16/2021. (tlg)** | | |
| 55 | Filed & Entered: | 03/22/2021 | Paperless Order |
| | Docket Text: **PAPERLESS ORDER as to Timothy John Watson: The Court has scheduled a Sentencing Hearing for 10/13/2021 at 8:30 AM in Martinsburg District Judge Courtroom, 2nd Floor before Chief Judge Gina M. Groh. Pursuant to LR Cr P 32.01(f), the Court will accept sentencing** | | |

| | | | |
|---|---|---|---|
| | **memoranda received in the Clerks Office no later than four (4) days before the sentencing hearing. This four (4) day time period shall exclude holidays and weekends. Pursuant to LR Cr P 32.01(d), within fourteen (14) days after receiving the presentence report, counsel shall provide any written objections to the PSR to the probation officer and opposing counsel. Signed by Chief Judge Gina M. Groh on 3/22/2021. (jlo)** | | |
| 56 | *Filed & Entered:* | 03/25/2021 | Court Fee Paid |
| | *Docket Text:* Special Assessment Fee Paid in the amount of $100.00 by Timothy John Watson RECEIPT #: WVNM001815. (cmd) | | |
| 57 | *Filed & Entered:*<br>*Terminated:* | 04/06/2021<br>04/07/2021 | Motion for Forfeiture of Property |
| | *Docket Text:* MOTION for Forfeiture of Property *Preliminary* by USA as to Timothy John Watson. (Attachments: # (1) Proposed Order)(DeMasi-Lemon, L. Danae) | | |
| 58 | *Filed & Entered:* | 04/07/2021 | Order on Motion for Forfeiture of Property |
| | *Docket Text:* **PRELIMINARY ORDER OR FORFEITURE. Signed by Chief Judge Gina M. Groh on 4/7/2021. Copy to USPO, USMS. (tlg)** | | |
| | *Filed & Entered:* | 05/30/2021 | Notice (NextGen) |
| | *Docket Text:* **IMPORTANT NOTICE:** The United States District Court for the Northern District of West Virginia (WVND) will be upgrading its current CM/ECF system to the Next Generation of CM/ECF (NextGen CM/ECF) on July 19, 2021. Complete information regarding the WVND NextGen CM/ECF implementation can be found here. Currently, many attorneys within a firm may share a single PACER account. This will no longer be allowed with the New WVND NextGen CM/ECF system because each attorney must have an individual upgraded PACER account that will be linked to their e-filing account. Shared PACER accounts cannot be used by WVND e-filing attorneys once the WVND NextGen CM/ECF system is implemented. Preparing for NextGen CM/ECF is a two-step process. Step one is to upgrade your PACER account, and step two is to link your upgraded PACER account to the WVND e-filing account in the upgraded NextGen CM/ECF system. This notice only addresses the first step because the second step cant be completed until on or after July 19, 2021. The first step is to check and see if your PACER account is an upgraded PACER account. Many PACER accounts have already been upgraded. If any of the following is true, you have an upgraded PACER account and no action is required until after the WVND NextGen CM/ECF upgrade occurs on July 19, 2021: 1) You have a an upgraded PACER account for another NextGen court; or 2) Your PACER account was created after August 10, 2014. If none of these are true, you must upgrade your legacy PACER account before you will be able to link your PACER account to your current WVND CM/ECF account for your new NextGen CM/ECF account. Additional notices will be sent later detailing how to handle the second step in this process. If you still have questions, please contact the PACER Service Center at 800-676-6856 or the WVND Clerks Office CM/ECF Help Desk at (304) 267-5682. (cmd) (ADI) | | |
| 59 | *Filed & Entered:* | 06/08/2021 | Other Document |
| | *Docket Text:* Other Document *Declaration of Publication* filed by USA as to Timothy John Watson (DeMasi-Lemon, L. Danae) | | |
| | *Filed & Entered:* | 06/19/2021 | Notice (NextGen) |
| | *Docket Text:* **IMPORTANT NOTICE:** The United States District Court for the Northern District of West Virginia (WVND) will be upgrading its current CM/ECF system to Next Generation of CM/ECF (NextGen CM/ECF) on Monday, July 19, 2021. Complete information regarding the WVND NextGen CM/ECF implementation can be found here. Preparing for NextGen CM/ECF is a two-step process. Step one was to upgrade your PACER account. Each attorney should have their own individual upgraded PACER account at this time. Step two will be to link your upgraded PACER account to your WVND e-fling account in the new NextGen CM/ECF system on or after July 19, 2021. Please log in to the WVND CM/ECF system at https://ecf.wvnd.uscourts.gov/ before July 19, 2021 to make sure you know your current WVND e-filing login and password. Do not rely on your username and password being saved in your web browser, because that method will not work with the NextGen upgrade. If you do not know your login or password or have | | |

| | | | |
|---|---|---|---|
| | any additional questions please call the WVND Clerks CM/ECF Office Help Desk at (304) 267-5682. (cmd) (ADI) | | |
| | *Filed & Entered:* | 07/11/2021 | Notice (NextGen) |
| | *Docket Text:* **IMPORTANT NOTICE:** The United States District Court for the Northern District of West Virginia (WVND) will be upgrading its current CM/ECF system to the Next Generation of CM/ECF (NextGen CM/ECF) on July 19, 2021. Preparing for NextGen CM/ECF is a two-step process. Step One was to upgrade your PACER account. Each attorney should have their own individual upgraded PACER account at this time. Step two will be to link your upgraded PACER account to your WVND e-filing account in the new NextGen CM/ECF system on or after July 19, 2021. Instructions for linking your account can be found <span style="color:red;text-decoration:underline;">here.</span> <span style="color:red;">**PLEASE NOTE: The WVND CM/ECF system will be unavailable from 1:00 pm on Friday July 16, 2021 until 8:00 am Monday, July 19, 2021.**</span> An extension for electronic filing will be granted for all documents with court-imposed deadlines falling between 1:00 pm on Friday, July 16, 2021, and midnight on Sunday, July 18, 2021. All documents due during that period must be filed prior to 1:00 pm Friday, July 16, 2021, or on Monday, July 19, 2021. If you have any additional questions, please contact the PACER Service Center at 800-676-6856 or the WVND Clerks Office CM/ECF Help Desk at (304) 267-5682. (cmd) (ADI) | | |
| [60](#) | *Filed:* <br> *Entered:* <br> *Terminated:* | 07/16/2021 <br> 07/17/2021 <br> 07/20/2021 | Public Motion for Misc Relief |
| | *Docket Text:* DEFENDANT WATSON'S MOTION TO ADVANCE SENTENCING HEARING, by Timothy John Watson. (Attachments: # (1) fax cover sheet).(tlg) | | |
| [61](#) | *Filed & Entered:* | 07/20/2021 | Order on Public Motion |
| | *Docket Text:* **ORDER DENYING DEFENDANT'S MOTION [60] TO ADVANCE SENTENCING HEARING. Signed by Chief Judge Gina M. Groh on 7/20/2021. (tlg)** | | |
| [62](#) | *Filed & Entered:* | 10/06/2021 | Notice of Attorney Appearance - Defendant |
| | *Docket Text:* NOTICE OF ATTORNEY APPEARANCE: Kevin D. Mills appearing for Timothy John Watson (Mills, Kevin) | | |
| [63](#) | *Filed & Entered:* | 10/06/2021 | Sentencing Memorandum |
| | *Docket Text:* SENTENCING MEMORANDUM (Attachments: # (1) Attachment Report of John Nixon, # (2) Attachment Character Letters from Bond Proceedings, # (3) Attachment Additional Sentencing Character Letters, # (4) Attachment Report of Dr. Sara Boyd)(Mills, Kevin) | | |
| [64](#) | *Filed & Entered:* | 10/07/2021 | Sentencing Memorandum |
| | *Docket Text:* SENTENCING MEMORANDUM by USA as to Timothy John Watson (Attachments: # (1) Exhibit 1 - 1990 2K2.1 Firearm Definition, # (2) Exhibit 2 - 1991 2K2.1 Firearm Definition, # (3) Exhibit 3 - Amendment 374, # (4) Exhibit 4 - 2004 2K2.1 Firearm Definition, # (5) Exhibit 5 - Amendment 669, # (6) Exhibit 6 - ATF Video - Provided by Thumb Drive, # (7) Exhibit 7 - ATF Video - Provided by Thumb Drive, # (8) Exhibit 8 - ATF Report re MD DIAS, # (9) Exhibit 9 - ATF Video - Provided by Thumb Drive, # (10) Exhibit 10 - ATF Report re PIT DIAS, # (11) Exhibit 11 - Video Clip - Provided by Thumb Drive)(Douglas, Jarod) | | |
| 65 | *Filed & Entered:* | 10/07/2021 | Notice (Other) |
| | *Docket Text:* CLERK'S PAPERLESS NOTICE: Received on this date two thumb drives from USA containing Exhibits 6, 7, 9, 11 for [64] Sentencing Memorandum. One thumb drive delivered to Chambers (MM) and one thumb drive retained in the Clerk's Office file for official court record. (cmd) | | |
| [66](#) | *Filed & Entered:* | 10/12/2021 | Other Document |
| | *Docket Text: Supplemental Report- from Dr. Sara Boyd* Other Document re [63] Sentencing Memorandum filed by Timothy John Watson (Mills, Kevin) | | |
| [67](#) | *Filed & Entered:* | 10/13/2021 | Sentencing |
| | *Docket Text:* MINUTE ENTRY: | | |

***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.

Proceedings held before Chief Judge Gina M. Groh: Sentencing held on 10/13/2021 for Timothy John Watson (1): Counts 1, 2, 3, dismissed upon motion by USA; Count 4, defendant to be incarcerated for a term of 60 months; supervised release for 3 years; $100 special assessment fee; fine waived and forfeiture ordered. (Court Reporter: FTR) (cwm)

| 68 | Filed & Entered: | 10/13/2021 | Witness List |
|---|---|---|---|
| | Docket Text: Clerk's WITNESS AND EXHIBIT LIST as to Timothy John Watson (1) re: sentencing hearing. (Attachments: # (1) USA Exhibit 1, # (2) USA Exhibit 2, # (3) USA Exhibit 3, # (4) USA Exhibit 4, # (5) Defendant's Exhibit 1, # (6) Defendant's Exhibit 2, # (7) Defendant's Exhibit 3, # (8) Defendant's Exhibit 4) (cwm) | | | |
| 69 | Filed & Entered: | 10/15/2021 | Presentence Investigation Report |
| | Docket Text: PRESENTENCE INVESTIGATION REPORT (Sealed) as to Timothy John Watson. (cmd) | | | |
| 70 | Filed & Entered: | 10/18/2021 | Judgment |
| | Docket Text: **JUDGMENT as to Timothy John Watson (1). Signed by Chief Judge Gina M. Groh on 10/18/2021. (cmd)** | | | |
| 71 | Filed & Entered: | 10/18/2021 | Statement of Reasons |
| | Docket Text: **\*SEALED\* STATEMENT OF REASONS as to Timothy John Watson. Signed by Chief Judge Gina M. Groh on 10/18/2021. Copy to counsel. (cmd)** | | | |
| 72 | Filed & Entered:<br>Terminated: | 10/18/2021<br>10/20/2021 | Motion for Forfeiture of Property |
| | Docket Text: MOTION for Forfeiture of Property *FINAL* by USA as to Timothy John Watson. (Attachments: # (1) Proposed Order)(DeMasi-Lemon, L. Danae) | | | |
| 73 | Filed & Entered: | 10/20/2021 | Order on Motion for Forfeiture of Property |
| | Docket Text: **FINAL ORDER OF FORFEITURE. Signed by Chief Judge Gina M. Groh on 10/20/2021. Copy to USPO, USMS. (tlg)** | | | |
| 74 | Filed & Entered: | 01/19/2022 | Judgment Returned Executed |
| | Docket Text: Judgment Returned Executed as to Timothy John Watson on 01/11/2022. (cwm) | | | |
| 75 | Filed & Entered: | 02/11/2022 | Letter |
| | Docket Text: LETTER from Timothy John Watson to US District Court requesting a copy of his docket sheet. (Attachment: # (1) Envelope)(cwm) Response letter to be entered. | | | |
| 76 | Filed & Entered: | 02/11/2022 | Letter |
| | Docket Text: LETTER from C. Mullen - Deputy Clerk to Warden, FCI Elkton regarding [75] Letter requesting a copy of his docket sheet. (cwm) Letter and public docket sheet mailed to Warden, FCI Elkton; copy of letter only to defendant. | | | |
| 77 | Filed & Entered: | 02/25/2022 | Transcript |
| | Docket Text: TRANSCRIPT of Sentencing Hearing held on 10/13/2021, before Judge Groh. as to Timothy John Watson Court Reporter/Transcriber Kate Slayden, Telephone number 304-267-5688. (kas) | | | |
| 78 | Filed & Entered: | 02/25/2022 | Transcript Purchase Order - NON-APPELLATE |
| | Docket Text: TRANSCRIPT PURCHASE ORDER for proceedings held on 10/13/2021 before Judge Groh (kas) | | | |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |

| 04/14/2023 16:51:44 | | | |
|---|---|---|---|
| **PACER Login:** | alexking | **Client Code:** | Ervin |
| **Description:** | History/Documents | **Search Criteria:** | 3:20-cr-00042-GMG-RWT |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

FILED
NOV 17 2020
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

**v.**

**TIMOTHY JOHN WATSON,**

          **Defendant.**

Criminal No.    3:20CR42

Violations:      18 U.S.C. § 371
                     18 U.S.C. § 922(o)
                     26 U.S.C. § 5861(a)
                     26 U.S.C. § 5861(d)

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Commit Offenses against the United States)

1.       At all relevant times, the defendant, **TIMOTHY JOHN WATSON**, was an adherent of an extremist political movement referred to as "Boogaloo," a term referencing an impending civil war or violent uprising against the government for perceived incursions on U.S. Constitutional rights, including the Second Amendment.

2.       At all relevant times, the defendant, **TIMOTHY JOHN WATSON**, operated an online retailer named "Portable Wall Hanger" as a front to sell machinegun conversion devices for AR-15 style rifles, also known as "drop in auto sears." The term "machinegun" is a weapon which shoots or is designed to shoot, or can readily be restored to shoot, automatically, more than one shot, without manual reloading, by a single function of the trigger. A "drop in auto sear" is a

machinegun, as defined by federal law, because it is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machine gun.

3. During a period commencing on or about January 2, 2020, and ending on or about November 2, 2020, in Jefferson County, in the Northern District of West Virginia, and elsewhere, the defendant, **TIMOTHY JOHN WATSON**, did knowingly combine, conspire, confederate, agree and have a tacit understanding with others to commit offenses against the United States.

**OBJECTS OF CONSPIRACY**

4. It was a purpose and object of the conspiracy to unlawfully engage in the business of manufacturing machineguns, in violation of Title 26, United States Code, Section 5861(a).

5. It was a further purpose and object of the conspiracy to illegally possess and transfer machineguns, in violation of Title 18, United States Code, Section 922(o).

**MANNER AND MEANS**

It was part of the conspiracy that:

6. The defendant would use a 3D printer to manufacture drop in auto sears, which would convert an AR-type firearm into a machinegun.

7. The defendant would operate an online retailer named "Portable Wall Hanger" as a front to sell the drop in auto sears, which would be marketed as "portable wall hangers" with the purported purpose of hanging clothing or keys on a wall.

8. Through online advertising and online communications, the defendant would signal to his prospective customers that the "portable wall hangers" were, in fact, drop in auto sears and that he was an adherent of the Boogaloo movement.

9.      A conspirator, usually also a Boogaloo adherent, would purchase the drop in auto sears from the defendant via a method intended to conceal the identity of the conspirator.

10.      The defendant would ship the drop in auto sears, packaged as "portable wall hangers," to the conspirator.

11.      A conspirator would contact the defendant on an encrypted e-mail account with any questions about how to install the drop in auto sears into an AR-type firearm.

12.      A conspirator would install a drop in auto sear into an AR-type firearm to convert the firearm into a machinegun.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, a conspirator committed at least one of the following overt acts, and others, in the Northern District of West Virginia, and elsewhere:

13.      On or about January 2, 2020, the defendant registered a website called portablewallhanger.simplesite.com.

14.      On or about January 2, 2020, the defendant created the e-mail account portablewallhanger@mail.com.

15.      On or about January 2, 2020, the defendant created a PayPal account.

16.      On or about January 16, 2020, the defendant created the Instagram account with the username @Portable_Wall_Hanger.

17.      On or about March 20, 2020, the defendant created a PayPal account.

18.      On or about March 20, 2020, the defendant registered a website called portablewallhanger.com.

19.      On or about March 26, 2020, the defendant created a Stamps.com account.

20.     In or about April 2020, the defendant created the encrypted e-mail account portablewallhanger@protonmail.com.

21.     On or about August 24, 2020, a conspirator in Minnesota utilized PayPal to purchase drop in auto sears from the defendant via the website portablewallhanger.com.

22.     On or about August 25, 2020, the defendant shipped drop in auto sears to a conspirator in Minnesota.

23.     On or about August 29, 2020, the defendant sent an encrypted e-mail to a conspirator in Minnesota.

24.     On or about August 31, 2020, the defendant shipped drop in auto sears to a conspirator in Minnesota.

25.     On or about October 19, 2020, the defendant shipped drop in auto sears to a P.O. Box in Pennsylvania.

26.     On or about November 2, 2020, the defendant printed drop in auto sears with a 3D printer.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

(Unlawfully Engaging in the Business of Manufacturing Machineguns)

1.      Paragraphs 1 through 26 of Count One of this Indictment are incorporated by reference as though fully set forth herein.

2.      Beginning on or about January 2, 2020, and continuing up to and including November 2, 2020, in Jefferson County, West Virginia, within the Northern District of West Virginia, the defendant, **TIMOTHY JOHN WATSON**, did knowingly engage in the business of manufacturing and dealing in firearms, to wit: machinegun conversion devices for AR-15 style rifles, also known as "drop in auto sears," parts designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, without having paid the special occupational tax required by 26 U.S.C. § 5801 and without having registered as required by 26 U.S.C. § 5802, in violation of Title 26, United States Code, Sections 5861(a) and 5871.

## COUNT THREE

(Illegal Possession and Transfer of Machineguns)

1.      Paragraphs 1 through 26 of Count One of this Indictment are incorporated by reference as though fully set forth herein.

2.      Beginning on or about January 2, 2020, and continuing up to and including November 2, 2020, in Jefferson County, West Virginia, within the Northern District of West Virginia, the defendant, **TIMOTHY JOHN WATSON**, did knowingly possess and transfer machineguns, to wit: machinegun conversion devices for AR-15 style rifles, also known as "drop in auto sears," parts designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR

(Possession of Unregistered Firearm Silencer)

On or about November 2, 2020, in Jefferson County, in the Northern District of West Virginia, the defendant, **TIMOTHY JOHN WATSON**, did knowingly possess a firearm silencer that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

*Gun Control Act*
*National Firearms Act*

1.      Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any willful violation of Title 18, United States Code, Section 922(o), including, but not limited to, machinegun conversion devices for AR-15 style rifles, also known as "drop in auto sears."

2.      Pursuant to Title 26, United States Code, Section 5872, and Title 26, United States Code, Section 2461(c), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any firearm involved in any violation of Title 26, United States Code, Section 5861, including, but not limited to, machinegun conversion devices for AR-15 style rifles, also known as "drop in auto sears," and a firearm silencer.

3.      If any of the machinegun conversion devices for AR-15 style rifles, also known as "drop in auto sears," described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A true bill,


/s/_____
Foreperson


/s/_____
WILLIAM J. POWELL
United States Attorney

Jarod J. Douglas
Assistant United States Attorney

Lara Omps-Botteicher
Assistant United States Attorney

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 1

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| TIMOTHY JOHN WATSON | Case Number:  3:20CR42 |
| | USM Number:  15608-509 |
| | Shawn McDermott and Kevin D. Mills |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    Four (4)

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. §§ 5861(d) and 5871 | Possession of Unregistered Firearm Silencer | 11/02/2020 | Four |

☐ See additional count(s) on page 2

  The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Counts One, Two, and Three are dismissed on the motion of the United States.

  It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 13, 2021
Date of Imposition of Judgment

_Gina M. Groh_
Signature of Judge

Honorable Gina M. Groh, Chief United States District Judge
Name and Title of Judge

October 18, 2021
Date

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:  TIMOTHY JOHN WATSON
CASE NUMBER:  3:20CR42

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total
term of:  Sixty (60) months

☑  The court makes the following recommendations to the Bureau of Prisons:

☐  That the defendant be incarcerated at an FCI or a facility as close to _____ as possible;

   ☐  and at a facility where the defendant can participate in substance abuse treatment, as determined by the Bureau of Prisons;

      ☐ including the 500-Hour Residential Drug Abuse Treatment Program.

☑  That the defendant be incarcerated at <u>FCI Morgantown</u> or a facility as close to his/her home in
Baker, West Virginia _____ as possible;

   ☑  and at a facility where the defendant can participate in substance abuse treatment, as determined by the Bureau of Prisons;

      ☑ including the 500-Hour Residential Drug Abuse Treatment Program.

☑  That the defendant be given credit for time served from November 2, 2020, to the present.

   ☑  That the defendant be transported from the Eastern Regional Jail to an FCI or facility as soon as possible.

☑  That the defendant be allowed to participate in any educational or vocational opportunities while incarcerated, as determined by
the Bureau of Prisons.

☑  Pursuant to 42 U.S.C. § 14135A, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons,
or at the direction of the Probation Officer.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before  12:00 pm (noon)  <u>on</u> _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

   ☐  on _____ , as directed by the United States Marshals Service.

☐

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to _____

at_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___7___

DEFENDANT:   TIMOTHY JOHN WATSON
CASE NUMBER:   3:20CR42

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of : **Three (3) years**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court in its November 29, 2016, Standing Order, as well as with any other conditions on the attached page (if applicable).

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 7 |
|---|---|---|---|---|

DEFENDANT: TIMOTHY JOHN WATSON
CASE NUMBER: 3:20CR42

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You shall not commit another federal, state or local crime.
4.  You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the probation officer.
5.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
6.  You must answer truthfully the questions asked by your probation officer.
7.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
9.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
10. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
11. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
12. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
13. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
14. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
15. You shall not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants.
16. You shall not frequent places that sell or distribute synthetic cannabinoids or other designer stimulants.
17. Upon reasonable suspicion by the probation officer, you shall submit your person, property, house, residence, vehicle, papers, computers, or other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.
18. You are prohibited from possessing a potentially vicious or dangerous animal or residing with anyone who possess a potentially vicious or dangerous animal. The probation officer has sole authority to determine what animals are considered to be potentially vicious or dangerous.
19. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page ___5___ of ___7___

DEFENDANT: TIMOTHY JOHN WATSON
CASE NUMBER: 3:20CR42

## SPECIAL CONDITIONS OF SUPERVISION

1. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods. The court directs the defendant's blood be tested at his expense if he can not provide a urine sample due to his diagnosis of shy bladder syndrome.

2. Unless excused for legitimate reasons, if not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, you may be required to perform up to 20 hours of community service per week until employed, as approved by the probation officer.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___6___ of ___7___

DEFENDANT: TIMOTHY JOHN WATSON
CASE NUMBER: 3:20CR42

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

The victim's recovery is limited to the amount of their loss and the defendant's liability for restitution ceases if and when the victim receives full restitution.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTALS**    $ _____    $ _____

☐ See Statement of Reasons for Victim Information

☐ Restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   7   of   7

DEFENDANT:  TIMOTHY JOHN WATSON
CASE NUMBER:  3:20CR42

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $ ___100.00___ due immediately, balance due

        ☐   not later than _____ , or
        ☑   in accordance with   ☐ C   ☐ D,   ☐ E,   ☑ F, or ☐ G below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D,   ☐ F, or   ☐ G below); or

C   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
      term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
      imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:  Special Assessment Fee has been paid.
      Financial obligations ordered are to be paid while the defendant is incarcerated, and if payment is not completed during
      incarceration, it is to be completed by the end of the term of supervised release; or

G   ☐   Special instructions regarding the payment of criminal monetary penalties:
      The defendant shall immediately begin making restitution and/or fine payments of $_____ per month, due on the first
      of each month.  These payments shall be made during incarceration, and if necessary, during supervised release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to Clerk, U. S. District Court, Northern District of West Virginia, P.O. Box 1518, Elkins, WV 26241.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☑   The defendant shall forfeit the defendant's interest in the following property to the United States:
    The Preliminary Order of Forfeiture shall be made part of this sentence and will be incorporated by reference in the judgment order.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.