# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S4)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

Counsel for Government:
Laura Taylor
David Mesrobian

Counsel for Defendant Ervin:
Alex King

Counsel for Defendant Hoover:
Zachary Zermay
Matthew Larosiere

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles         Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Government's Witnesses: Lyndsey Butler

Government's Exhibits: 1 – 12, 1A – 12A, 14 – 16, 14A – 16A, 17.1, 17.1A, 17.2, 17.3, 17.3A, 68, 69, 70, 71, 73, 97, 97A – 97D, 98, 98A – 98E, 99, 99A – 99D, 100, 117, 123, 125, 125A

Jury recessed and shall report back at 8:45 a.m. on April 17, 2023.

Date: April 14, 2023
Times: 9:08 a.m. – 12:10 p.m.; 1:27 p.m. – 2:54 p.m.
Total: 4 Hours, 29 Minutes