**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S4)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

Counsel for Government:
Laura Taylor
David Mesrobian

Counsel for Defendant Ervin:
Alex King

Counsel for Defendant Hoover:
Zachary Zermay
Matthew Larosiere

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

**CLERK'S MINUTES**

**PROCEEDINGS OF:   JURY TRIAL**

<u>Government's Witnesses:</u> Lyndsey Butler, Aric Osso, Tristen Alderson, Phillip Wilson, Richard Roberts, Randy Willis, Steven Duty, Joel Moya, Darek Stennes, Ernest Lintner

<u>Government's Exhibits:</u> 61, 108, 116A – 116D

<u>Defendant Ervin's Exhibits:</u> 8

Jury recessed and shall report back at 10:30 a.m. on April 19, 2023.

Counsel and the parties shall report back at 8:45 a.m. on April 19, 2023.

Date: April 17, 2023
Times: 9:04 a.m. – 12:27 p.m.; 1:42 p.m. – 5:36 p.m.
Total: 7 Hours, 17 Minutes