**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                        Case No.   3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

### O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>.  At this time, the Court has instructed the jury, and the parties have begun their closing arguments.  The lunch hour will fall in the middle of those arguments.  Given the critical stage of the proceedings, the Court finds it appropriate to partially sequester the jury at this time until the conclusion of their deliberations.  Accordingly, it is hereby

**ORDERED:**

1. Beginning on **April 20, 2023**, the jurors will be held in partial sequestration under 28 U.S.C. § 1871(e).

2. The Clerk of the Court is **DIRECTED** to procure meals and beverages for the semi-sequestered jurors on April 20, 2023, and through the end of the trial.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of April, 2023.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Jury Clerk