### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA                    CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Counsel for Government:                     Counsel for Defendant Ervin:
Laura Taylor                                Alex King
David Mesrobian

                                            Counsel for Defendant Hoover:
                                            Zachary Zermay
                                            Matthew Larosiere

### HONORABLE MARCIA MORALES HOWARD
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles             Court Reporter: Katharine Healey

### CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Charge conference.

Government's Witnesses: Ernest Lintner, Jason Slosson, Cody Toy

Government's Exhibits: 63, 64, 65, 66, 109A – 109D, 111

Government rests.

Defendants' ore tenus Motions for Judgment of Acquittal are **TAKEN UNDER ADVISEMENT**.

Defendants rest.

Jury recessed and shall report back at 9:00 a.m. on April 20, 2023.

Date: April 19, 2023
Times: 9:35 a.m. – 12:25 p.m.; 1:44 p.m. – 5:20 p.m.
Total: 6 Hours, 26 Minutes