## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA	CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Counsel for Government:
Laura Taylor
David Mesrobian

Counsel for Defendant Ervin:
Alex King

Counsel for Defendant Hoover:
Zachary Zermay
Matthew Larosiere

### HONORABLE MARCIA MORALES HOWARD
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles	Court Reporter: Katharine Healey

### CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Court's instructions to jury.

Closing arguments by counsel.

Alternate juror released with instructions.

The jury began their deliberations at 3:20 p.m.

Court's Exhibits: 1, 2, 3

Counsel are directed to submit their closing argument PowerPoint presentations for the record.

Jury recessed and shall report back at 9:00 a.m. on April 21, 2023, to continue their deliberations.

Date: April 20, 2023
Times: 9:28 a.m. – 12:12 p.m.; 1:05 p.m. – 5:43 p.m.
Total: 7 Hours, 22 Minutes