# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA          CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Counsel for Government:            Counsel for Defendant Ervin:
Laura Taylor                       Alex King
David Mesrobian

                                   Counsel for Defendant Hoover:
                                   Zachary Zermay
                                   Matthew Larosiere

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

The jury resumed their deliberations at 9:00 a.m.

Court's Exhibits: 4

At 10:31 a.m., the jury returned with the following verdicts.

Defendant Kristopher Justinboyer Ervin was found guilty of Counts One through Twelve of the Fourth Superseding Indictment.

Defendant Matthew Raymond Hoover was found guilty of Counts One, Two, Three, Five, and Seven of the Fourth Superseding Indictment and not guilty of Counts Four, Six, and Eight of the Fourth Superseding Indictment.

Jury polled.

Defendants adjudicated guilty in accordance with the Verdicts.   Sentencing set for **Monday, July 31, 2023, at 9:30 a.m.   Notice to enter.**

Defendant Matthew Raymond Hoover was adjudicated not guilty of Counts Four, Six, and Eight of the Fourth Superseding Indictment.

Defendants' <u>ore</u> <u>tenus</u> Motions for Judgment of Acquittal are **DENIED without prejudice**.

Defendant Ervin remains in the custody of the U.S. Marshal Service.

Counsel for the United States requests remand of Defendant Hoover.

Counsel for the United States is directed to submit the YouTube video played during the hearing, and Defendant Hoover is ordered not to delete it.   The video is admitted as Government's Exhibit 1.   The screenshots, still image, and transcript discussed by the United States are admitted as Government's Exhibit 2.

Defendant Hoover is remanded to the custody of the U.S. Marshal Service.

**FILED IN OPEN COURT:**
1. Government's Exhibit List
2. Defendant Ervin's Exhibit List
3. Court's Proposed Jury Instructions
4. Jury Verdict as to Defendant Ervin
5. Jury Verdict as to Defendant Hoover

Date: April 21, 2023
Time: 9:00 a.m. – 12:15 p.m.
Total: 3 Hours, 15 Minutes