# CD OR FLASH DRIVE

# FILED SEPARATELY