1   TRANSCRIPT OF 'IS THIS AN ATF TRAP AND HOW DOES IT WORK"
2   Posted to CRS Firearms YouTube channel on November 4, 2020

3   MH = MATTHEW RAYMOND HOOVER

4   MH:   All right. So if you clicked on this video, you're probably curious of two
5   things. One, is the Lightning Link and an ATF trap. Well, I wasn't
6   arrested. Two, how exactly does it work? What does it do? And we'll
7   cover both of those. But first, we'll need to put context in it, so if you're
8   unfamiliar with everything, you kind of understand why this is even
9   relevant.
10   So it all started with the bump stocks ban. What happened is there was
11   this stock that you can put on your rifle that would allow you to use
12   recoil to reset your trigger, so you can simulate full-auto fire. As a gun
13   person, you will go through a stage of progression. What's gonna
14   happen is you will turn 18. Well, it could happen at any age, but
15   typically, it happens when you turn 18 because you were always a gun
16   person, but now you can buy them yourself. So you purchase this
17   firearm. The next progression is well, I want to see what it would be like
18   to shoot it like how I see in the movies. I want to know what it would be
19   like if I was in the military to shoot this rifle. What is full auto like?
20   What's all the hype? Is it practical? I want to know what's going on.
21   Well, just a couple of years ago, you would buy this like 100, around
22   $100 part called the bump stock. It would go on your firearm. You would
23   simulate full-auto fire. You'd be like, "Okay, that was cool." A year or
24   two down the road, you'd sell it to your friend because you're done with
25   it. You experienced it. You got your thrills off. You know, maybe even –

1    you'd keep it, to just use once in a while. The point is, it would scratch
2    your full auto itch. It was affordable. It was accessible to everyone. It
3    was a very positive thing. It kept people from breaking the laws. Well,
4    that got banned. So now our options have been reduced.
5    So what options do you have to experience full auto? Number one, the
6    binary trigger system. This sounds great, and you do get to experience
7    kind of what it would like to be full auto, but it's $450. And because of –
8    because of all the legislation that's happened, it's very feasible that this
9    is gonna be on the ATF "no-go" list. So there's tracking numbers. You
10   spent $450, possibly on a part you have to throw away in a month. So
11   that kind of sucks.
12   Number two, transferable machine gun. That is an excellent way to go,
13   but you're gonna be into it for about $10,000. Ah, you're gonna have
14   problems crossing state lines. There's a whole bunch of regulations
15   behind it. Basically, when you buy something like a transferable
16   machine gun, they just wrap you in red tape, hoping that someday you
17   screw up so they can destroy that machine gun. Plus, we're talking
18   $10,000.
19   Next option, you get an SOT, which is what I am, so you can legally
20   make machine guns for demonstration purposes, testing, stuff like that.
21   That will cost you 500 bucks. Plus, then you got your initial FFL, which
22   is $150. So after you pay the 150, it's 500 bucks a year, but with having
23   an FFL, you'll generate enough money to where the SOT is free. That is
24   an excellent way to go. Then you can just take this bad boy to the drill
25   press, put a third hole on it, put all your machine gun parts in there, and

1    it's good to go. However, once a machine-gun, always a machine gun.

2    Now I'm having troubles figuring out exactly if I can salvage the upper

3    receiver. I talked to my ATF field agent. He didn't know. I still got to talk

4    to the NFA specialist. The information I've been getting so far has just

5    been opinion. I haven't got any concrete facts, but everything on the

6    lower receiver would have to be destroyed, for sure 100%. The

7    receiver, all the trigger parts, everything like that. I don't know if I can

8    salvage the upper or not. That's to be decided.

9    The next disadvantage is, unless you have an FFL at your house, like

10   where I'm an SOT here at the shop. This is shop property, so I could

11   not take it home with me. So if I turn that into a machine gun, it's forever

12   for the shop for testing or demonstration. I can't shove it underneath my

13   bed. So you got your pros and cons.

14   Next, you make your own binary trigger. I did a video on this. It's right

15   up here. Basically, what you're gonna do is buy an M16 fire control

16   group that has not been installed in a machine gun because once it's

17   been installed in our machine gun, you can't have it because those

18   parts are machine guns. But if they're manufactured new, and it hasn't

19   been installed in a machine gun yet, you can legally possess it as long

20   as you don't have the intent to make a machine gun, but we don't here.

21   We're trying to make a binary trigger.

22   So you do a little filing. You work the trigger over. Now you made your

23   own binary trigger, somewhere around $150, give or take, depending

24   on, you know, what's going on. Probably after this video drops, you'll

1 see a huge spike in price because a bunch of people will go to my other

2 video, learn how to do it, and make their own.

3 Go rent a machine gun. That's not a bad option if you live by a place

4 that rents it. So we're talking about living somewhere probably by

5 Texas, or Nevada, something like that. I was kind of skimming over the

6 prices to get a feel for it. If you live there, there's no travel expense.

7 Nothing like that. You can go in, and you can get two mags for about

8 $65. That's not too bad.

9 Now, if you live like say where I do, and you've got to fly there, you'd be

10 into it for probably like 1,500 bucks for two magazines. So that kind of

11 sucks, but it's a great option if you live by a machine gun rental place.

12 Eventually, I'm getting the property next to this, and I'm gonna have a

13 machine gun rental place right there, but that – that's a couple of years

14 down the road.

15 All right, number 6.  Zero [donkey noise] given. This would apply to a

16 prohibited person because a prohibited person – when they say you

17 can't have gun rights anymore, that doesn't mean you can't have guns.

18 What that means is your chains have been broken. You can do

19 whatever the hell you want with a gun. You can drill your third hole. Do

20 whatever you want 'cause it doesn't matter. If you get caught with the

21 gun anyway, you're already screwed. So why not do whatever you want

22 with it. You make a machine gun. The next person that this would

23 classify to is any single male under the age of 30.

24 So these are an excellent conversation piece. They're cool. It's just –

25 it's a novelty item. It's awesome to have. This particular one is actually

1   a beer opener that has the designs on it. And to see – especially this
2   one where they didn't cut those two little parts – an ATF agent walk into
3   a courtroom and argue that this piece of metal with a drawing on it is a
4   machine gun. Yes, they probably will do that at some point in time. It's
5   just ridiculous. But these are so incredibly affordable, it doesn't really
6   matter. Like I said, I bought a pile of them for stocking stuffers.
7   Now when I purchased them, what I did is I called them. I had them fax
8   – fax an order form to my library, got a money order, put it in there, and
9   I sent it out. But now I was just checking out their website before I made
10  this video, and it does look like you can just print off a mail-in order
11  form. So then, if you're still super paranoid that the ATF are gonna
12  come shoot your dog, well, it don't matter. You print off this order form,
13  put in a money order. None of that's traceable. Send it to the company.
14  You have the address that ships to as one of your anti-gun relatives.
15  You inform them, "Hey, I ordered a package from –" what's this
16  company called again? "Auto Key Card, uh, they're basically – well, it
17  doesn't really matter what it is. The point is, somehow your address
18  accidentally got on my order form. A package is gonna be showing up
19  from Auto Key Card. When it does, let me know so I can come pick it
20  up. That'd be awesome. I'll give you like 20 bucks or something." So
21  that it's not related to you at all. And they make different models. So
22  again, you can just get the one with the drawing on it or the one that's
23  cut out.
24  So the options if you're going under the number six qualification,
25  depending on what bolt carrier you have, because there's several

1  different AR-15 bolt carriers because Colt in all their awesomeness
2  because they had the patent, and the – well they didn't have the patent.
3  It's – it's complicated. AR-15 actually stands for ArmaLite 15. So that's
4  why I Colt hasn't – isn't even called an AR-15. They use weird
5  designations, and all the rest of the AR-15s are not called AR-15s. They
6  have a different name on it. The only one that actually is labeled AR-15
7  are ArmaLite brand rifles.
8  The point is Colt had the market. They don't trust civilians. Colt has
9  never trust civilians. Yes, you could buy some SP1s that were full auto.
10  You could. They had that option out there, but the ones that weren't
11  they went through great lengths to see to it that you could never
12  manufacture it into a full auto.
13  So they have a whole bunch of different bolt carrier designs. So
14  depending on what bolt carrier design you have, for example, if you
15  have an M16 bolt carrier, which is this one right here, which means the
16  top and the bottom are the equal distance apart, and you have a low
17  shelf lower receiver. I went into great detail about the coat hanger
18  machine gun. You would use a coat hanger – uh, this is what the
19  thumbnail tab video looks like right there. So that – that's great if you
20  have that one.
21  The next one would be the swift link. Wish was selling them. They had
22  them disguised as a little stick-on coat rack. You just snapped off the
23  back of it, dropped it in your receiver, and you had a machine gun. That
24  was for this particular type. So the bolt carrier doesn't line up on the top
25  and bottom, but it's not like an SP1 carrier. What that does is it comes

1    in, but not enough to actuate an auto sear. So your swift link has to go

2    back here to catch it and trip the hammer. Then the next option,

3    because I'm gonna get into the lightning link because that's actually

4    next on there, but we're gonna talk about that one last, is to drill a third

5    hole. Take your bad boy to the drill press. Drill your third hole. Make an

6    actual machine gun, or you can use in a drop-in auto sear. A lot of

7    people don't do the third hole thing because once you even scratch,

8    because I talked to the ATF about this. Like say I were to take a punch

9    and punch where the auto sear hole would be, this would be a machine

10    gun even though it's just a dimple. They call it dimpling. That's actually

11    why the Troy Industries XM177E2 got pulled from the market because

12    they had that fake auto sear pinhole. That was counted as dimpling;

13    they had to pull them from sales. So a lot of people don't do the third

14    hole because then your firearm's obviously a machine gun forever. You

15    have to literally start a bonfire and melt the receiver to get rid of it to

16    where you don't have to sweat that the ATF is gonna come shoot your

17    dog.

18    There's the drop in auto sear, where you put in all M16 parts, and then

19    you put the actual drop in auto sear in there. So then you got safe semi

20    select fire, and you're good to go on that.

21    Now, if you have the Colt original SP1, their first attempt at preventing

22    civilians from having machine guns. They use a different bolt carrier.

23    What theirs is, is just about a half-inch deep. I measured what it would

24    be. So it'd be cut right – right there, which is point four. Now why this is

25    relevant is because point four would stop on this side of your takedown

1    little bar right there. So what would happen is you would cut this out,

2    this piece right here, you would cut out would fit in the slot right here.

3    That slot right here would go under this takedown bar, and it will come

4    up right here. So when your bolt carrier goes forward, it pulls back on

5    this piece. What that piece does is when you fire your AR, it's sitting

6    right here. You fire, it comes back, and it locks down on this. The

7    Lightning Link goes over top of this like so. So when your bolt comes

8    forward, this little bar would be sticking up here. Your bolt would hit the

9    back of the bar. It would pivot. It would pull back and release your

10    hammer, and you would have a machine gun. And that's how the

11    lightning link works.

12    So in order for that to work, you got to have a Colt SP1 bolt carrier. I

13    don't have, I believe it was pre 2015 Bushmaster actually made SP1

14    bolt carriers, but it don't matter. I mean, you can just jump on the

15    internet and grab an SP1 bolt carrier. They're actually really available

16    and really affordable, and they're the same price as any other bolt

17    carrier. Well, at least at the time of filming this video. I'm assuming after

18    the video drops, then that'll change. Well, you can just go on the

19    internet and find SP1 style bolt carriers. I believe previous to 2015,

20    Bushmaster went with that particular style bolt carrier.

21    Again, I -- I know somebody that's got one, so I'll have to pull his rifle

22    apart and double-check, but it's super easy to tell. It'll be less than

23    halfway. It will be cut right here. So if you have that bolt carrier, the

24    lightning link will work for you. And these are awesome because they're

25    stupid cheap. You could drop it in your rifle – or, you know, if you're

1   actually gonna do this legally, this is just the bottle opener. What this is,
2   is a novelty. So when someone sees it, they're like, "Hey, what is this?"
3   You explain to them that because laws are so ridiculous and so out of
4   control if I were to cut on these lines, I would become a felon. How
5   ridiculous is that? And it's just a conversation starter, but if you were an
6   SOT like me, and you were legally allowed to, or you qualify for option
7   number six, and you cut along these lines and put it together, I could
8   register this as a machine gun, drop it in my rifle. Do testing,
9   demonstration, pull it out, and to the best of my knowledge – I still got to
10  talk to my ATF specialist for the NFA – but to the best of my knowledge,
11  I can do testing will say this firearm, pull this out, and now I – I would
12  only have to destroy this. I don't have to destroy it – my lower receiver.
13  No damage done to it. This is still a transferable firearm. Again to the
14  best of my knowledge. And this is the only machine gun.
15  So anyway, I hope this video gave you the answers you were looking
16  for. If not, you know, just hop down in the comment section. I'll try to
17  answer as many as I can. Depending on how popular this video is, how
18  many comments I get will dictate how I'm able to answer that
19  comments.
20  But anyway, thank you for watching. If you would like help to support
21  the channel, I got my Patreon right there. I also have affiliate links down
22  in the description below. Just by clicking on those links even if you don't
23  buy what the link is for. I get a little kickback for because you went there
24  off my channel. Thank you for watching. Don't forget to subscribe.
25                          (CONCLUSION OF VIDEO)