| 1 | | TRANSCRIPT OF "How To Make Body Armor Fail" |
| 2 | | Posted to CRS Firearms YouTube Channel on December 4, 2020 |

3     MH = MATTHEW RAYMOND HOOVER

4   MH:   Well – well, I can see a hole in it with my scope.  Now there's two holes.

5      Then there's one graze on the side, one on the top.  So that for sure

6      penetrated it.  Let's go back to about double the distance and take

7      another shot at it.

8      All right.  So I took the BA Shredder out this morning and did some

9      data-gathering testing.  I got some really good data.  Some of this you

10     might already know, but just hang in there through the video.  You'll

11     probably stumble across some stuff you didn't know before.

12     The main points of the video or the testing this morning, number one,

13     how does body armor fail?  What actually happens when an armor plate

14     fails?

15     Number two, endurance testing.  This is actually not my first AR-10.

16     I've, uh, done AR-10s before and they seem to fail because of how

17     ridiculously quick they get dirty.  Because there's so much mass here,

18     in the bolt carrier and that, that's gotta be pushed to the rear, that

19     requires a whole bunch of gas.  That gas for whatever reason out of a

20     .308 – it may be different out of a .243 – makes a lot of soot.  That soot

21     gets dumped into the action and it ultimately gums these up.  They start

22     short-stroking and they lose their reliability.  My goal would be 100

23     flawless rounds, 100 rounds with zero short-stroking, zero malfunctions,

24     and I would be satisfied with this.  If I can't hit that number, I'm gonna

25     start changing things, but 100 rounds is realistic.  Now, you throw a can

1    on there, it's probably gonna drop down to about 60.  But because of

2    the purpose of this rifle and how heavy .308 – well, this is actually a

3    .243, but how heavy the ammunition is, how much space the

4    magazines take up, I think 100 rounds is realistic.  Any more than that,

5    you're probably not gonna have that much ammo on you in one sitting.

6    Once you clean the rifles, once they get that dirty, then they work just

7    fine.

8    Number three, load testing, to make sure the load I put together at

9    home actually penetrates armor.  Now, the bullets I'm testing this rifle

10   with and doing all my preliminary testing is not the ammunition I'm

11   gonna use in the end.  Right now I'm using 55 grain Barnes – I'll roll in

12   what I'm using right here, but they're flat-base ballistic tip.  They're just

13   burner rounds.  They were cheap.  They were 55 grain.  So I knew they

14   had the velocity to punch through armor, and that's what I'm gonna

15   spend doing all my testing because I don't want to buy really good

16   ammunition just to wind up putting it in the dirt or something like that.

17   Ultimately, I'm gonna be going with – I believe it's called Lehigh

18   Defense.  They're copper-spun projectiles, which from the best of my

19   understanding means they start with a copper bar, they throw it on a

20   CNC and they turn out the projectile.  Much better at armor penetration

21   than the bullet I'm currently using, has a far higher BC, but again, I want

22   to do all the shakedown with this cheaper ammunition.  Once I'm done

23   with the shakedown, then I'll run the ammunition I'm actually gonna run.

24   Sponsor of today's video is autokeycards.com.  Now, he had to add an

25   "s" at the end of his website because there are a lot of people that

3

 1     believe strongly he should not be selling things, so they keep attacking

 2     him.  They've attacked his credit card processer, so he had to get new

 3     credit card processers.  They've attacked his domain, like where he

 4     actually hosts the website on.  So he had to change the website a few

 5     different times, but it is up and running right now.  But it's autokeycards

 6     with an "s" .com.

 7     Now, he does have your mail-in order, where you can just go to a

 8     library, print out an order form that's completely confidential.  You don't

 9     even have to put your email on there.  It is optional.  You can if you

10     want to or you don't have to.  Mail that beast in with a money order.  It

11     gets sent to your anti-gun relative.  You show up there to pick up the

12     package from them.  Your name is not affiliated with it with any way,

13     shape, or form.  So go to autokeycards.com today and pick up your

14     AutoKeyCard.

15     So the first section, how does body armor fail?  Now, when I was very,

16     very new into firearms, what I had imagined in my head -- we'll pretend

17     this is the bullet – the bullet impacts, gets slightly deformed, and then

18     the bullet comes out the rear.  Now, that may be the case if you're using

19     real armor-piercing ammo, like something with a Brinell hardness of like

20     70 made out of tungsten carbide.  Then it's possible to pass through

21     because it's harder than the steel you're shooting at, so it moves the

22     steel out of the way.  When you're talking about shooting normal, like,

23     hunting ammo or the BA Shredder ammo, the bullet's gonna impact and

24     then it's no longer gonna exist.

25     Now, it's really cool because I shot this plate at a bunch of different

4

1    ranges to find a projectile where – or to find a distance where it just

2    barely passed through, and it was a metal riggings some wood right

3    behind here and I was able to stop it, so you can get a really close look

4    at what's actually happening here.  I'll get some closeups.  But basically

5    your bullet's gonna impact.  Instantaneously the bullet's gone and no

6    longer exists, but it sends a shockwave through the piece of steel,

7    which fractures it and then shoots out a little slug at a couple hundred

8    feet per second.  Because of the diameter of the slug, it's not gonna

9    penetrate very far, maybe like two, three inches tops.  It is enough to be

10   fatal or seriously cause some damage to whatever target it is and stop it

11   from doing whatever the hell it's doing.

12   For example, I shot this with a .243.  This is a .243 casing.  Look at how

13   much bigger the slug is compared to the bullet.  So typically what's

14   gonna happen, say the armor is capable of stopping it.  This was on

15   your chest.  The projectile would hit.  It would send a shockwave out.

16   The bullet's gone at this point.  As soon as it impacts, it's gone, but it

17   would send a shockwave out, and ideally this whole thing, because

18   energy cannot just disappear.  It can only be transferred.  So that

19   instead of the energy in one tiny, little spot that would rip right through

20   your body, it would be against this whole plate.  And if your plate was

21   only this big, it would push against you, probably bust a bunch of your

22   ribs, but the bullet would not enter your body and you'd be saved.

23   However, if you increase the velocity to a certain point, that's typically

24   around like 32, 3300 feet per second, the shockwave hits so quickly

25   that it doesn't have time to dissipate and that's why the hole in the

1      armor is actually just as – or, bigger than the actual bullet itself.  For

2      example, the hole in the armor, I miked it out, is .4.  The projectile I hit it

3      with is .243.  It's almost double in size.  The shockwave hit because it

4      hit so quickly and the shockwave became so intense, it split the armor,

5      it formed a slug just like this, and this became the projectile.

6      An excellent example is right here.  Here's where I just grazed the

7      target.  I didn't get a clean enough hit to pass through, but you can see

8      where the shockwave came in and it fractured the armor.  So the

9      bullet's not actually passing through.  The bullet's gone.  It don't exist.

10     It's forming a shockwave that creates a slug that becomes your new

11     projectile.  Now, if this was backed up by a piece of Kevlar or

12     something, there is a decent chance it will stop this slug; not very likely.

13     But this is pretty thick.  This is three-eighths AR500.  Actual 3A plus is

14     only about half this, 2 millimeters.  Something like this right here.  Damn

15     near exactly half of this right here.

16     Now why is that relevant?  So if you're on a budget for body armor, you

17     have two main choices.  You can go buy yourself an AR500 target and

18     shove it in your plate carrier, which is not practical at all.  This weighs a

19     pound and a half and obviously I've removed quite a bit of weight from

20     it.  So it would require one, two, three, four, five, six.  You're gonna be

21     well over 8 pounds for an AR500 plate.  And this is only good at your

22     lower velocity projectiles.  Once you get above 3200 feet per second,

23     they're gonna pass through, depending on the range you're at.

24     Obviously, the projectile also matters.  When I'm shooting Varmint

25     Ballistic Tips, which are made to explode as rapidly as possible, at

1    about 30 yards is about all she wrote.  These, they had a steel backer

2    and wood behind it.  I shot this at roughly 30 yards and see how it

3    barely came out.  I shot these at the same exact distance, but there

4    was nothing behind it, so it was able to pass through.  If I was any

5    closer, say 20 yards, yeah, it wouldn't have mattered, this still would

6    have shot right out of it and went into the steel and metal.  But because

7    I was far enough away, there wasn't enough energy left to get this at a

8    high enough velocity to be able to shoot this through some thin sheet

9    steel and also the wood.

10        Well, your next option like I said is 3A plus and that's great.  It

11    stops basically any rifle that would be out there that would be

12    considered a combat rifle.  .223 55 grain at point blank range at all will

13    not stop that.  That will pass through.  But I'm talking point blank range.

14    Any farther back you're good to go.  All your AK rounds, your 308

15    rounds, those all get intercepted.  It's not until you get to like hunting

16    rifle rounds, like light grain .270 or light grain .300 Win mag or

17    something moving close to 4 – close to Mach 4.  Mach 4 is where you

18    really want to be when you're not using an AP round for – to penetrate

19    armor, but most of the stuff you would see on a common battlefield that

20    most people would be shot at by, it will stop that.  So that is an excellent

21    budget option.

22    Now, to get the best armor, you're talking about level 4 ceramic.  Now,

23    what ceramic does, it's still got your plate, I believe it's still the similar

24    thickness of this.  It is getting heavier, but they have ceramic plates in

25    front of it.  And the ceramic is hard enough to fragment the bullet before

1    it gets to the plate.  So instead of concentrating the shockwave in one

2    spot, it spreads that energy out and it's able to stop projectiles that a

3    normal steel plate cannot stop by itself, but you're looking at a high cost

4    and you're increasing the weight.  The most common armor that's out

5    there is gonna be level 3 plus because it's light enough and it's cheap

6    enough for the average person.  It doesn't matter how good your armor

7    is if you're clunky enough to where you can barely move and (sound

8    effect) you're gonna make yourself a target and they'll just shoot where

9    your armor's not if they shoot once and you get hit and you don't go

10   down.  You always want to stay as lightweight as possible whenever

11   possible.

12   Endurance testing.  I already talked about that.  Load testing.  I just

13   wanted to make sure that my load was still capable of doing it.  Now,

14   Buff Guy Reviews, he tests armor.  Uh, this is what his channel looks

15   like right here.  He actually put the Shredder project up against real

16   body armor.  Let me tell you, the testing is quite impressive.  I got a little

17   sneak peek at it because I've been engaged in the project forever to

18   where he talks to me on the regular, but that video will be dropping

19   pretty soon.  But this guy's actually been on YouTube long enough to

20   be smart.  What I mean – what I mean by that is, like let's say I only

21   have the capabilities of uploading three videos a month.  I do not all – I

22   do not upload those back to back.  I stagger them out to equal

23   distances so they upload equally throughout the month, which if you

24   have a YouTube channel you need to do that.  So if you're shooting

25   multiple videos in a day, schedule them so they upload in equal

1    intervals because it keeps the velocity of your channel going up.  If you

2    dropped them all at once, you get a little spike and then your channel

3    would tank.  You want to keep your uploads consistent.

4    So you figure how many videos you can upload in a month.  You shoot

5    them basically all at once, if possible.  They're just called batch

6    shooting.  You edit all of them at once, if possible.  You upload all of

7    them at once, if possible.  And then you put them on a timer so they

8    drop every couple of days so it's nice and equal.

9    All right.  So I have a chainsaw set up there and a briefcase which may

10    or may not have a football inside of it.  So what we're gonna try to do is

11    through – shoot through the chainsaw that the psycho is wielding and

12    disarm the football inside of the briefcase.  Hopefully it will still be

13    enough to continue on.  So we'll give it two shots in the chainsaw and

14    see what happens.  Let's go take a look.

15    All right.  So one of the shots hit and broke the chain, so that would

16    have been awesome.  The psychopath would have been disarmed.

17    One shot went right through here.  It exploded the back side of the

18    chainsaw, but it did not affect the football.  So we still would have been

19    screwed 'cause he still would have detonated the football.

20    All right.  Now we got a stainless steel muffler set up there.  It's

21    probably 16-gauge steel or 16-gauge stainless steel.  Let's see if we

22    can go through both sides of the stainless steel, plus the insulation on

23    the inside.  We'll give it two shots again.  All right.  Let's go check it out.

24    All right.  So here's the muffler, my two entry holes, and I only got one

25    exit hole.  So this is just right at the threshold of what will stop a .243.

1       But anyway, I hope you found some of this information at least

2       somewhat helpful.  Thank you for watching.  If you'd like to help support

3       the channel, I got my Patreon right there.  I also have affiliate links in

4       the description down below.  I'll even have some Amazon links for this

5       targets.  Even if you don't buy what the link is for, just clicking on that

6       link and doing the Amazon shopping you're gonna do anyway, I get a

7       little kickback for it because you came there off my channel.  Thank you

8       for watching.  Don't forget to subscribe.  Oh, and definitely don't forget –

9                              (CONCLUSION OF VIDEO)