1

1      TRANSCRIPT OF "This Is A Strange Turn Of Events"
2      Posted to CRS Firearms YouTube Channel on December 28, 2020

3      MH = MATTHEW RAYMOND HOOVER

4  MH:   All right.  So I was holding off on this story because I was really hoping

5        something else would develop from it because it's a pretty cool story

6        and I'd like to know just a little bit more.

7        The sponsor of today's video is autokeycard.com.  If you'd like to

8        purchase one of these cards but you're worried it might be some sort of

9        ATF honey trap, you can use discreet shipping.  Just go right over to

10       their mail-in section, print off an order form at your local library, put your

11       cash or money order right in that envelope with that order form, send it

12       out, have it shipped to your anti-gun relative, pick up your package

13       there, and your name isn't on some sort of list.  But you gotta

14       remember, too, this is just a drawing on a piece of metal.  For them to

15       charge you with a machine gun for an AutoKeyCard would be like them

16       going to the local grade school and arresting somebody for drawing a

17       machine gun on a piece of paper.  There should be no way at all this

18       will ever be an ATF crime, but you never know what they're gonna do.

19       Anyway, just wanted to thank autokeycard.com for sponsoring this

20       video.

21       But here's the gist of it.  Now, the story actually starts with a shoplifting

22       charge, but you're not gonna hear about that.  I believe this whole story

23       is to help cover up that very shoplifting charge.  Now, is it the same

24       person?  Now, we can't 100 percent guarantee that, but it is an ATF

25       agent named Burk in the same area.  Yes, it's possible there are two

1       people that are just that similar.  That's what had happened.  However,

2       an ATF agent was stealing from a store.  He was basically taking

3       expensive bottles of wine and then taking the UPC code off of

4       something cheaper, put it on the bottle of wine, going through self-

5       checkout and then paying like $19 for a $300 bottle of wine.  Now, I've

6       heard this before and I've seen this scam played out.

7       Anyway, he gets caught.  Then a little bit later, an ATF agent from

8       Columbus, Ohio, decides he's gonna sue the police because when he

9       went to go do a raid on an illegally possessed firearm – or that's what

10      it's alleged.  It could just be another ATF fishing trip and it could be

11      about the Mossberg Shockwave.  I don't know.  The details are not

12      there.

13      Anyhoo, he shows up to this house.  The owner of the house – or I

14      should say apartment.  The owner of the firearm in question calls the

15      police.  And he's going through the door.  The ATF agent gives him his

16      badge number.  He tells the police.  Either which way, two officers show

17      up on scene.  And I don't know exactly what happens because

18      obviously this is an ongoing thing, so they're not releasing a whole

19      bunch of details.  But the gist of it is the officers show up.  Something's

20      wrong.  He isn't either giving them the information they're looking or

21      something to that effect.

22      Either which way, they draw their guns, tell him to get down.  Now he is

23      suing the police because allegedly they drew their guns even when he

24      announced his presence.  They Tased him.  They stuffed him in the car,

25      hauled him away and were making fun of him at the police station,

1    showing each other the bodycam footage, basically making a joke out

2    of the whole thing.  Is that shit real?  I don't know, because when you

3    look at the picture of the guy, it's just a screenshot from the bodycam

4    photo.  There's a whole bunch of stuff missing.  Like number one,

5    where the hell's his backup?  How are you gonna go try to serve which

6    would ultimately be a felony arrest or a felony raid – because to what I

7    understand, all gun charges are basically felony charges – without any

8    backup?

9    Number two, he looks like a frickin' bum.  The clothes don't even fit him

10   properly.  He's in some sort of like jogging suit with running shoes on.

11   No visible ID.  How come he doesn't have one of those chains with a

12   badge on it that says ATF agent?  Am I missing anything?  Yeah.

13   Where's his ATF windbreaker?  You know the one you always see on

14   the news with a bunch of guys running around with these black

15   windbreakers and on the back, in big yellow letters, it says "ATF"?  All

16   that's missing.  So I can understand why they're suspicious of him.

17   And what's up with the shotgun?  Normally something like this would

18   say – wouldn't say trying to obtain a shotgun that is in illegal possession

19   would be like – the story should have been written something along the

20   lines of: "ATF agent shows up to – ATF agent shows up to a convicted

21   felon's house to retrieve his gun and the cops wrongfully arrest him.

22   Later on, suspect was prosecuted.  He had an illegally possessed gun,"

23   because that's the way the news worked.  If the guy could not have that

24   gun, you think they would have plastered it everywhere, like "felon

25   caught with shotgun after ATF and police confusion" or something like

4

1   that.  So is it an ATF fishing trip?  Does it have something to do with the

2   Shockwave or was this guy a felon or was he in illegal possession of

3   the gun?

4   Which brings me to number 7, which is not a bad idea.  If you're not a

5   felon and the ATF is at your house and they're on one of their little

6   fishing trips looking for solvent traps or auto sears or something like

7   that, it may not be a bad idea to call the cops, because now the ATF

8   agent is fighting the cops, saying that they were unconstitutionally

9   rough to him.  But now the argument comes up: Should he have been

10  there, constitutionally speaking, in the first place at all?

11  So I do think you guys should show this police station some love

12  because they're probably gonna get crapped on by a government

13  agency – a tyrannical government agency, an unconstitutional

14  government agency – because the cop in the person's house that the

15  ATF agent showed up at were both protected by the Constitution, shall

16  not be infringed.  So regardless how you slice the pie, regardless what

17  happened, it was unconstitutional for that ATF agent to be there in the

18  first place.

19  So no matter what, this should be a slam dunk for the police.  Will it go

20  down in court that way?  Probably not.  But show the police station

21  some love and tell them, "Hey, we like the fact that you are

22  strongarming the ATF."  Whether or not this had something to do with

23  shoplifting and whether or not this guy knew the guy personally whose

24  house he was at, trying to harass him for something, trying to use

25  muscle or something – for all I know, it could have been one of the

36339

1    people that worked at the grocery store that he got caught shoplifting

2    from and he was just trying to put the squeeze on them to make them

3    back down or something like that.  Who knows?  There's just so much

4    of the story that is just not being said.  Again, that's why I was holding

5    off, but it's been long enough.  If they were gonna release more details,

6    they would have by now; and it never went as a super viral story, so

7    they're not gonna be forced to release details.  So I thought I'd throw it

8    down for you.

9    Anyway, if you'd like to help support the channel, I got my Patreon right

10    there.  I also have affiliate links in the description down below.  Even if

11    you don't buy what those links are for, just click on those links and

12    doing the Amazon shopping you're gonna do anyway, I get a little

13    kickback for it because you came there off my channel.  Thank you for

14    watching.  Don't forget to subscribe.

15                        (CONCLUSION OF VIDEO)