1

TRANSCRIPT OF "The Great Purge"
Posted to CRS Firearms YouTube Channel on January 12, 2021

MH = MATTHEW RAYMOND HOOVER

MH: All right. So a lot of people have asked me about the great purge. What am I doing to insulate myself? Should I go on this site or this site or this site or this site? One thing I want to touch on before this, though – well, actually two things.

One, I apologize if there's a ringing in this video. The only way I can get rid of that is if I could hear it, and I unfortunately can't hear it. So, I can't edit it out of the audio because I don't know when I've successfully done it or not. I'm working at it. Once I figure out exactly how to get rid of it, then it will be edited out of my audio.

The second thing. This video is sponsored by autokeycard.com. If you'd like to purchase one of these but you don't feel quite comfortable, you know, having your name sent out through email, et cetera, you can simply just go to your library, print off this order form from the mail-in order section, fill it out, put cash or a money order into it, have it mailed to an anti-gun relative and pick up your package there. Go to autokeycard.com – or it's autokeycards.com. Big, big supporter of the channel.

So let's talk about the great purge. Um, several people have gotten pulled from platforms, including Mr. Trump, which that's insane. They're literally telling a president he's not allowed to say what he wants to say.

So have I moved to other platforms? Do I plan on moving to other

33914

1   platforms?  Well, this kind of wraps in a lot to why I had a bad-ass car
2   and none of my friends did.  See, if you really want to be successful at
3   something, you gotta go all in.  Throw the dice.  You can't put the tip of
4   your foot in the water.  You can't just dip your toe in.  You can't kind of
5   be in.  You gotta go all in.  If you are – if you have the ability to lose
6   everything, you will work harder; you will put forth a legitimate effort.
7   You will succeed, or you will fail and you will move on to something
8   else.
9   The point is, now you have two options: I'm gonna succeed or I'm
10  gonna fail.  I want to succeed.  Therefore, I'm likely to put in more effort,
11  more time, do better and I will succeed.  If you only go in part of the
12  way, it doesn't really matter if I succeed or fail because I have all these
13  other options, no, you're never gonna be successful at shit if you only
14  go in part way.  You've gotta go all in.  And that's why I had the
15  awesomest car.  And let me tell you, it's pretty lonely at the top of the
16  hill when the only thing that stands a chance at racing me is a crotch
17  rocket, but that's another story.  All in.
18  They would go buy different cars.  They'd be like, "Oh, you know, this
19  car's better," and they'd switch cars, and, "Oh, you know, I'm gonna do
20  this one instead," and they'd have like five barely completed cars.  I had
21  one.  Yes, it was not the best choice for a hotrod, but I had it, it was
22  paid for, and year after year I just kept chipping at it, chugging along,
23  chugging along, chugging along.  A little bit of money here, little bit of
24  money there.  As much time as I could possibly produce went into that
25  single car.  Next thing you know, I have a supercharged 355 and a

1    GMC Jimmy, which was awesome.  And at the income I made at that
2    time, which was like 10K a year, that – that was impressive.
3    You have to go all in on your projects.  Otherwise, don't even waste
4    your time doing them.  Go all in.  So if I were to move to these other
5    platforms – and I am on one.  I'm on GunStreamer.  The only reason
6    I'm on GunStreamer is because they auto upload everything.  All's I had
7    to do was a couple of channel ID things, boom, all my old videos went
8    on there and then they auto upload all my videos.  If there's an actual
9    platform, like say Facebook or BitChute or something like that, any
10   platform where I have to physically take time that I could be putting in
11   this channel and now upload there, answer comments there, it's – it's
12   taking away from the thing that is successful.  Therefore, I can't do it.
13   I do have seed money out there in different projects, 'cause, yes, you
14   want to go all in on your project; and whatever you're doing, you go all
15   in.  I do have little amounts of seed money out there.  So let's say I get
16   purged, ripped off of the platform.  I have, you know, like my
17   GunStreamer just sitting out there, just cooking, but it doesn't require
18   any work.  I have seed money in other locations, too, just sitting there
19   cooking.  They will never amount to anything unless I were to go all in
20   on that particular project, but it's just sitting there cooking so if I get my
21   legs cut off, I'm not – I have a wheelchair to sit in; I'm not totally just
22   crawling on the ground.
23   It's good to diversify your money.  However, your project, your baby,
24   whatever – whatever idea it is you're doing or something like that,
25   you've gotta go all in on it.  And I can't stress that enough.  If you never

33916

1       go all in, you'll never be successful at it.

2       Should you start a YouTube channel?  With the current climate, plus

3       with all the channels out there, should you start a YouTube channel?

4       Or if you have a smaller channel, is it worth going all in?  Well, first

5       thing you gotta remember, no matter how small your channel is, how

6       insignificant you might think it might be, if you even have two

7       subscribers – ah, two is kind of low.  If you even have 10 subscribers,

8       regardless how small your channel is, do not forget that is someone's

9       favorite channel.  There is someone that likes your style.  That's what

10      puts "you" in YouTube.  They are there for you.  They don't want some

11      mass-produced content.  For whatever reason, you're doing something

12      special with your particular videos, whether that's your personality, hair

13      color, maybe just the way you put it down.  That is their favorite

14      channel.  If you give up on your channel, you're giving up on them, and

15      that is their favorite channel.

16      You can do it.  Even right now if you were to start – I started at zero

17      subscribers.  Grantham started at zero subscribers.  Demolition Ranch

18      started at zero subscribers.  Yes, you are at zero subscribers right now,

19      or some small amount, but we've all been there.  If you go all in and you

20      work really, really hard, you can do it.  You can make a successful

21      channel.  This could be your career.  Yeah, it's scary politically.  They're

22      always doing purges, especially on our type of content.  However, if we

23      were all just hiding under our blankets scared, none of these channels

24      would have existed.

25      It's time to take that plunge.  If you want to make a channel, or you got

1  a smaller channel and this is your dream job, do it.  The only thing that's
2  stopping you is you.  If they do a massive purge on YouTube, the
3  channels just aren't gonna evaporate; they're gonna go somewhere.
4  Make sure to keep your videos in a hard copy like I do and prepared to
5  switch a platform if you have to.
6  Now, as you get bigger, you just don't even pretend that's a possibility.
7  Concentrate on your main YouTube channel.  If the inevitable does
8  happen – and there's always that possibility, that's just the way it is –
9  we will all switch somewhere.  Out of all the platforms that are out there,
10 one of them will pop up a little bit better than all the rest and we will all
11 go there.  Otherwise, right now, YouTube is the best place to be.  They
12 have the best monetization program.  They have the most audience.
13 It's where we want to be.  And that's another reason why, yes, YouTube
14 could purge us.  And I'm not saying it's not gonna happen.  But if they
15 purged us, they're cutting out a section of their audience, just [sound
16 effect] gone.  They could purge a couple creators here or there, you
17 know, the squeaky wheel gets the oil, but it's not sensible in a business
18 sense to just remove all creators 'cause then there's a huge section of
19 audience that will shift, which will make competition against them and
20 ultimately wind up taking the platform down.  So will they purge us all?
21 Not likely.  Possible, very possible, but not likely, thinking tactically in a
22 business sense.
23 I will or will not be fine.  Look, regardless what happens to me, there are
24 occupational hazards.  That's just the way it is.  I accepted those when I
25 decided I wanted this to be my career.  Regardless of what happens to

1       me, don't worry about it.  I'll still be going fine.  I mean, the biggest

2       things I'm personally worried about right now is I need to get a fireplace

3       in my house; I need to hand-dig a well.  I figured both those out.  It's

4       just a matter of doing it now.  Hopefully by like February, the end of

5       March I'll have a fireplace.  And as soon as the ground thaws, I'll be out

6       there with an auger digging my own hand well.  Those are my big

7       concerns.

8       I'll -- for me not to be fine, you guys would probably also not be fine at

9       all.  I got great sponsors for the channel.  I am cruising right along.

10      Even if they do demonetize it, like if everything just goes to shit, I could

11      easily just jump right back into truck driving.  They're always looking for

12      truck drivers.  It doesn't matter what happens to me.  I will or will not be

13      fine.  It don't really matter.  It's an occupational hazard.  You guys

14      shouldn't have to worry about it.  Those are my things to think about,

15      and I don't even think about them that much because, again, for a

16      project to succeed, you gotta go in.  You gotta be balls deep.

17      Otherwise, it's gonna be a failure.  If you're not willing to take that

18      plunge, then you're never gonna be successful at anything.

19      Anyway, I just wanted to make this video to clarify why I don't respond

20      to all the comments like, Hey, are you on BitChute?  Are you on this

21      platform or that platform or that platform?  Yes, I'm on GunStreamer

22      and that's just the Band-Aid.  I'd love it if you went and go and

23      subscribe to me there, but again, that's just – that's just a seed spot.

24      So I'm not big in the comments there.  Nothing's really big there.  The

25      videos are uploaded.  And if my channel did get purged, it'd be cool to

1  already have an audience there.  So again, it'd be pretty cool if you
2  went and subscribed on GunStreamer.  But other than that, it doesn't
3  really matter.  Just watch the videos.  That's all I need out of you guys.
4  If you guys keep watching the videos, I'll keep making them, as long as
5  nobody just swats me down.  And if they do, I'll be fine.  I'll just chug
6  along.
7  Anyhoo, appreciate you watching my videos.  Like to help support the
8  channel, got my Patreon right there.  I also have affiliate links to my
9  Amazon in the description down below. Even if you don't buy what that
10 specific link is for, just clicking on it and then doing the Amazon
11 shopping you're gonna do anyway, I get a little kickback for it because
12 you came there off my channel.
13 And don't forget to show the sponsor some love, autokeycard.com – or
14 it's autokeycards.com because, yeah, he got swatted from his platform,
15 so he had to move his website.  Because with you guys supporting
16 them, he supports me.  So even if I do get swatted, I still have a little bit
17 of seed money out there to help get rolling.  Thank you for watching.
18 Don't forget to subscribe.
19                     (CONCLUSION OF VIDEO)