1

1  TRANSCRIPT OF "Leveling The Scope To The Rifle Is A Waste Of Time"
2      Posted to CRS Firearms YouTube channel on February 18, 2021
3
4      MH = MATTHEW RAYMOND HOOVER

5      US = UNIDENTIFIED SPEAKERS

6  MH:  So I discovered this pretty nifty tool.  It comes in this kind of package.
7       Incredibly cheap.  I'll have an Amazon link in the description.  What it is
8       is, wedges, so that when you push on them, they always line up
9       straight.
10      So basically, like, let's say you're mounting your scope.  It's canted on
11      there all goofy.  You just jam it in there.  A pro tip, if you have troubles
12      getting something into a small space, a little bit of spit works great for
13      lubrication.  But you put one wedge in there, put the other wedge in
14      there, just apply pressure, boom, the scope is level with the rail.
15      And the sponsor of today's channel is autokeycard.com.  It's a great
16      conversation piece.  And if for reason you're worried about ordering this
17      and, like, the FBI or something showing up, you can use their discreet
18      shipping method.  Go over to the online order form, print that bad boy
19      off, put cash or a money order in an envelope, send it out and have it
20      shipped to your anti-gun relative, keeping your name out of the loop.
21      Therefore, you don't have to worry about any sort of watch list.
22      Definitely support the sponsor of this channel, huge help for the
23      channel, autokeycards.com.
24      Now, when I say I just recently discovered this, I actually mean it.
25      Nobody informed me that there was a good system like this, and a lot of
26      that had to do with my own, uh, misconceptions with scope leveling.

33904

1   What I didn't – I understood it, but I wasn't applying it in a practical
2   sense.  So it doesn't matter how I turn this rifle, the bullet will always
3   follow the path of gravity.  To the whiteboard of knowledge.
4   So no matter how I spin the rifle, the bullet will always go down like this.
5   So it really doesn't matter on the rifle's positioning.  What matters is that
6   the reticle inside your scope is level with gravity.  That's why a lot of
7   people run bubble levels.  And my particular rifle, because I'm shooting
8   at a distance, will also have a bubble level.  It really comes into play
9   say, like you're on a hillside.  You know, in shooting ranges you really
10  don't notice it because you got your square target and you got your
11  reticle, so your eye will automatically start lining up parallel lines with
12  your reticle and it will come straight.  But like on a hillside, trees grow
13  with gravity.  So your reticle would line up with the trees and it can get
14  really goofy and you could have your scope slightly canted.  And if you
15  have your scope slightly canted, when you're shooting at a range
16  farther than you're zeroed in, your shot might land over here, it might
17  land over here because your scope reticle is not consistent with gravity.
18  It's very important to have your scope reticle consistent with gravity.
19  And I didn't understand that before.  I used to think that the rifle, the rail,
20  the scope, the reticle, everything had to be consistent, like level.  So I'd
21  have, like, my rifle set up in a vise with bubble levels just covering the
22  rifle, covering the base, covering the scope, a plumb line.  I'd be shining
23  a flashlight through the scope, trying to line up my reticle with a plumb
24  line.  It doesn't really matter.  That's how come, like, you can see 30-
25  30s with the scope offset or M1 Garands with the scope offset, because

1    it don't matter.  The only thing that's important is that the reticle itself is
2    true with gravity.
3    So all's you gotta do is get it close.  This way when you pull up your
4    rifle, it will be natural, because if your scope is canted like this and you
5    pull up your rifle, well, that's not natural.  So even if you got a bubble
6    level on the scope, well, now you gotta turn it like this to get it level and
7    it'll take you time.  But if you keep it as close to level as possible with
8    the rifle, when you pull up, your scope should already be level, glance
9    at your bubble level to confirm it's level, and then you can break your
10   shot.  'Cause it really don't matter.  You can mount the scope like this.
11   You can mount the scope like this.  As long as when you're zeroing and
12   shooting at distance, you confirm that your reticle is level with gravity,
13   you're good to go.  And I just -- I don't -- I don't understand how I didn't
14   grasp on to that principle before 'cause that would have saved me so
15   much of a headache, but I get it now.
16   So tools like this is really great.  It gets it very close, if not perfectly
17   level, and then when you pull up your rifle, you shouldn't have any
18   dicking around to do.  Pull it up, glance at your level, get up on level,
19   boom and shoot.  It's just fast.  And this is a far easier system to use
20   than the old systems I would use.  Again, I'd have like bubble levels
21   everywhere, and plumb lines and lasers and – because I thought that
22   everything needed to be perfectly level and I was wrong; it don't.  But
23   yeah, again, I'll have a link to this in Amazon down in the description.  I
24   totally recommend it.  It will save you so much time and trouble.  So
25   after you get your scope adjusted, you just jam this in there, push,

```
 1          tighten down.  That's it, so simple.  And these are so incredibly cheap.
 2          Anyway, uh, thank you for watching.  Uh, if you like to help support the
 3          channel, got my Patreon right there.  I also have affiliate links down in
 4          the description below, a link for this particular product right here.  Just
 5          by clicking on those links, even if you don't buy what the link is for, I get
 6          a little kickback because you came there off my channel.  Thank you for
 7          watching.  Don't forget to subscribe.
 8          And right there is my very first mistake.
 9          It's not the action I wanted, but it's the action I can get.
10    US1:  Oh, that's real good.
11    MH:   My house had got broken into.
12          It's not the action I wanted, but it's the action I can get.
13    US2:  What a guy.
14                         (CONCLUSION OF VIDEO)
```