|    |     |                                                                                 |
|----|-----|---------------------------------------------------------------------------------|
| 1  |     | TRANSCRIPT OF "Unexpected Ammunition Problems"                                  |
| 2  |     | Posted to CRS Firearms YouTube channel on February 23, 2021                     |
| 3  |     |                                                                                 |
| 4  |     | MH = MATTHEW RAYMOND HOOVER                                                     |
| 5  |     | US = UNIDENTIFIED SPEAKERS                                                      |
| 6  |     | CH = CHILD                                                                      |
| 7  | MH: | All right.  I think it's actually recording this time.  I already went through  |
| 8  |     | this once, but something was wrong on my camera, so it didn't record            |
| 9  |     | anything.                                                                       |
| 10 |     | Anyway, we got the LabRadar out.  I got a whole bunch of shots now,             |
| 11 |     | but none of it was recorded, so let's start again.  We got the Shredder.        |
| 12 |     | The last shot I did was 3686.  I know there's a way to go through and           |
| 13 |     | see it, but I don't remember how.  So let's just do it all over again.          |
| 14 |     | 3802.  3828.  3788.  3732.  3806.  3827.                                        |
| 15 |     | Now for the SCAR.  Uh, I only got two shots with the SCAR.  2681.               |
| 16 |     | 2648.  I thought I had an extra mag.  Let me check.  Ah, I do have an           |
| 17 |     | extra mag.  Looks like we're still recording.  I wanted to at least get five    |
| 18 |     | shots.  2711.  2625.  2619.  2627.  And the temperature we are                  |
| 19 |     | shooting at is – whenever I connect to Wi-Fi here.  Oh, it was up for a         |
| 20 |     | second.  Come on.  35 degrees.  Pressure – whenever it loads.                   |
| 21 |     | Humidity 71 present, pressure 29.43.                                            |
| 22 |     | All right.  Let's hope that I can save this little video here.  Then we'll go   |
| 23 |     | home and analyze the data.                                                      |
| 24 |     | All right.  So if you've been following along with the channel, you know I     |
| 25 |     | got a LabRadar, and it's time to build some dope cards.  I haven't built        |
| 26 |     | one yet for the Shredder because I wanted to get some velocity                  |

1    readings.  Because that bullet is so fast, just a little bit of a velocity

2    change can adjust how my card is.

3    Now, before we get into the results and my analyzation of what

4    happened, I first want to bring to your attention this video is sponsored

5    by autokeycard.com.  Now, if you don't feel comfortable buying their

6    key card because you're worried about getting on some sort of FBI list,

7    you can always use their mail-in process.  Basically you'll print off this

8    order form right here, put it in an envelope with cash or a money order,

9    have your order shipped to your anti-gun relative, and pick up your

10   package there.

11   But all right.  So let's take a look at the data.  So for the Shredder, the

12   .243, my high was 3866.  My low was 3868.  The average was 3776.

13   That was across 16 shots.  That's bad.  That's really, really bad.  That's

14   with a variance of 198 feet per second, or, you know, something you

15   can calculate better in your head, that means on the high projectile

16   versus the low projectile, it was 135-mile-an-hour difference how that

17   projectile exited the barrel.  That's incredibly inconsistent.  That is a

18   problem.  We'll get back to that later.

19   But you'll notice – here, I'll just roll in a picture of my numbers.  As the

20   temperature goes up, the velocity climbs, then it kind of levels off.  Now,

21   with the SCAR, my low was 2603 and my high was 2711.  Now that

22   was – that was an unusually high one, which we'll get to that in a

23   second – giving me a variance of 108-feet-per-second difference and

24   giving me an average of 2650.  But you'll notice that my shot string with

25   the SCAR, it kind of does like a wave.  There's no real climbing or

1    dropping; it stays pretty much the same.  I'm using both powders on
2    both cartridges.  Now, the SCAR has such a big variance because the
3    SCAR is my hammer.  I have a low-power optic on here, semiauto, 20-
4    round mag.  This is just like SCAR sma –.  If I don't hit the target right
5    away, I just shoot again.  I do not load the ammo for this to match
6    quality.  I don't segregate the bullets and I let the powder charge vary –
7    oh, about a grain.  I'm like, oh, yep, that's good enough; I don't really
8    screw with it.
9    Now, with the Shredder, my powder charges are exact.  Yes, I do not
10   segregate the projectiles because that's a lot of work, but still, even if I
11   segregated the projectiles, that would only – through my experience –
12   and now when I say experience, I've only had a working chronograph
13   once.  Otherwise, like somebody else would be using a chronograph
14   and I'd shoot through it, or just looking at my group size.  That would
15   only true me up between like 30 and 50 feet per second.  So I am going
16   way out of my way to make the Shredder ammunition way more
17   accurate than the SCAR, but yet the SCAR is beating it out.  Also, if
18   you've been following the Shredder project, you'll notice when I shot the
19   Sig ammunition against my hand loads, the Sig was exponentially more
20   accurate.  It was well under the sub-MOA category.  My loads I believe
21   – I haven't – I'd have to go back and look at the video.  I think they were
22   between like 1 MOA and 1.5.  So, yeah, my powder and bullet
23   combination are not good.  Due to the scarcity of resources right now, I
24   cannot change that.
25   What's up, Banana?

1 CH: Look at my nails.

2 MH: Okay. I'm shooting a video, though. I'll come up there in just a little bit.
3 Okay?

4 CH: Okay.

5 MH: Due to the scarcity of resources, there's nothing I can do about that.
6 Uh, best thing I can do with the Shredder is either start running heavier
7 grain bullets that I can use the same powder I'm already using, which
8 then I'm gonna lose my armor penetration capabilities, or I could buy
9 like a factory-loaded ammo and see how that shoots, because with 198-
10 feet-per-second difference, and you can see it's definitely temperature
11 related, I'm gonna have serious problems when I get to like 500. Yeah,
12 inside of 300, it's not a big deal. I mean, that's really nothing. It just
13 gets there so incredibly quick, you're not really noticing that much of a
14 difference. However, when I start getting out to like 500, if I decide I
15 want to push it even maybe just a little bit farther, yeah, that's a real
16 problem. So I don't know if I want to scratch the armor penetration
17 capabilities and run a heavier bullet and go more for long range or if I
18 want to just buy some sort of factory ammo, maybe like Lehigh Defense
19 or something. But even then, their leave time is like months, months
20 out. So I don't really know what to do with that. Because this is
21 supposed to be a more precise rifle. This is supposed to operate from
22 3 to 500 yards specifically targeting head shots. At 500 yards, 1.5
23 MOA, that's what, 7.5. I mean, that's really cutting the edge of what I
24 would consider being able to make a head shot with.
25 Again, the SCAR, this is not a head shot weapon. This thing's a frickin'

1   hammer, center mass and just keep chugging, chug, chug, chug, chug,
2   chug, until I get the desired effect on the target. So, I don't know. I
3   would really like to see this a lot closer to like sub-MOA, but it's just not
4   gonna happen with that kind of variance. I don't think it's barrel-related
5   again because when I shot the Sig ammo, yeah, she easily went into
6   sub-MOA. Throw in my ammo, not so much. So for whatever reason,
7   the CFE I believe is the powder, .223, combinationed up with the Nosler
8   55 grain is not a good combination. For some reason that just does not
9   work out. And like I said, I went way out of my way to make sure each
10  load was precise. Yeah, my tips, there might be a variance in there, but
11  I'm not gonna get a 200-feet-per-second difference just on the tips.
12  Like if I were to take the SCAR ammunition, segregate all the tips,
13  make sure the exact load was in there, yeah, I'll still get a variance, but
14  it's gonna be like maybe 50 feet per second or something like that. It's
15  gonna be a lot less than 108. So I'm kind of at a loss here. I'm not
16  really sure what to do with that, but I'm glad I did chrono it because that
17  told me that the reticle inside this optic, if I don't reduce the velocity –
18  which I could. I could bring the velocity down so it matches the reticle,
19  or I just gotta know, because the reticle is calibrated in meters. Plus,
20  I'm running a faster cartridge than that reticle is calibrated for. It's got
21  like 100 yard variance at like 500 yards. Here, I'll post it right here.
22  Like on the one side is what the reticle's supposed to be. Like at the
23  top it goes 3, 4, 5, 6, 7, 8. On this side is the actual distances I will be
24  using that reticle for. But that's a downside to a BDC reticle. If you
25  don't – if you're not shooting the exact ammunition out of the exact size

1  barrel and everything isn't 100 percent exact, there's gonna be a
2  variance, but as long as you know about the variance, you can
3  compensate for it.
4  That's kind of why I've always been against BDC reticles, but I didn't
5  really want to throw anything else besides an Akai on here because
6  SCAR's have a tendency to break optics just because of the forward
7  impulse.  So it slams the scope back, so it pushes it back to its max
8  tolerance, and then it slams forward, so it's always working on the
9  tolerances and it has a tendency to break reticles.  But the ACOG, it
10 doesn't have an erector set inside.  It's a prism setup, which handles
11 recoil a hell of a lot better.  So that's why I went with an ACOG.  Um,
12 who knows, maybe in the future I'll wind up running 175s in the SCAR
13 like that reticle is calibrated for, but because I have a 16-inch barrel
14 instead of a 20-inch barrel, now all my shit's gonna be running short.
15 So I don't know if I'd rather have the bullet fly high or the bullet fly low.
16 Either way, I know now that, hey, when I get to 500, that's actually 600.
17 So hold – halfway between 4 and 5.  And because the max range I
18 consider this for is 500, you know, under normal conditions.  Obviously
19 in a pinch I can push it farther; then it'll be easy to know.
20 But again, that just kind of highlights why chronographing your
21 ammunition for any sort of real ranges like farther than 300 is kind of
22 important.  Inside of 300 it really don't matter.  I mean, you can just print
23 off somebody else's dope card and use that and you'll be just fine.
24 That's why I didn't bring the ARs out there and chronograph them,
25 'cause it don't really matter.  I don't really care what they got.  Those

1   are inside-of-300 rifles.  Yeah, obviously at some point I will stretch it

2   out just to see how well I can do at a longer range with like the Black

3   13, but that's just like, uh – almost like a skill exercise.  I don't really

4   care how well it does because that's for inside of 300.

5   So what did we learn off of all this?  The Shredder, I gotta do something

6   about the ammo.  I'm never gonna do the job I want to do with that

7   particular rifle with that ammunition.  It's too inconsistent.  It's all over

8   the place.  A 200 feet – well, it's 198 – but a 200-feet-per-second

9   variance, that's absurd.  That is not acceptable.

10  The SCAR, clearly they're not very powder sensitive or bullet weight

11  sensitive.  The .308 just is not a sensitive cartridge, 108-feet-per-

12  second difference.  I don't segregate the bullets, so there could have

13  been one in there that was actually like 167 and then the high could

14  have been – or the high could have been like a 167 grain bullet and the

15  low could have been like 170 grain bullet because Hornady on those

16  particular cheap bullets, they do kind of have a rather large variance.

17  But even if, like, without doing any of the stuff I would do to accurize my

18  ammunition, it just stayed right in line, right across there.  Didn't get a

19  spike.  The Shredder, as I started getting heat inside the rifle, boom, my

20  velocity just jumped right up and then it kind of leveled off.

21  And remember, I shot two strings.  You guys only got to see the second

22  string because for whatever reason my camera decided to tell me, no, I

23  will not record for you.  I'll tell you I'm recording.  Like that's cool.  But

24  when you actually go to look at the footage, it's not gonna be there.  So

25  you guys only seen the second string.  The first string was way worse

1      and way more inconsistent with the Shredder.

2      But anyway, uh, if you'd like to help support the channel, got my

3      Patreon right there.  I also have affiliate links in the description down

4      below for a lot of different stuff, like the scope, probably the ACOG,

5      whatever else I can find.  Anyway, thank you for watching.  Don't forget

6      to show the sponsor a little bit of love.  Don't forget to subscribe.

7      And right there is my very first mistake.  It's not the action I wanted, but

8      it's the action I can get.

9  US1:  Oh, that's real good.

10  MH:  My house had got broken into.

11      It's not the action I wanted, but it's the action I can get.

12  US2:  What a guy.

13                         (CONCLUSION OF VIDEO)