1

1                   TRANSCRIPT OF "ATF Reclassification On H&K Clones"
2                   Posted to CRS Firearms YouTube Channel on February 25, 2021

3           MH = MATTHEW RAYMOND HOOVER

4           US = UNIDENTIFIED SPEAKERS

5  US1:   Today we're here to talk about the T36 --

6  MH:    So the ATF is at it again.  They have decided a semiautomatic rifle is a
7          machine gun.  Now, this is actually a three-part story, so make sure you
8          hear all three parts before you click away 'cause this is super important.
9          All right.  So the particular rifle in question is the T36.  They decided
10         that receiver is a machine gun.  Now, I have pictures of the T36
11         receiver.  I'm not that familiar with HKs.  I only know enough about HKs
12         – when I was looking at MP5 clones – because there are certain
13         receivers where to make it a machine gun, it's basically just inserting
14         machine gun parts.  There's really no real modifications.  And when I
15         would look at the difference between them -- now, I don't know if I'm not
16         looking at the right spot, but they do not have an auto sear block inside
17         the receiver.  So you could put in a full auto bolt, trigger pack, all that
18         good stuff and have a machine gun really super easy.  So they decided
19         that receiver was a machine gun.
20         Now, the second part of the story is, now that's important because like I
21         was just saying, there are MP5 clones.  I don't remember the exact
22         manufacturers.  The HK1's got a block.  That – if you want to convert it
23         into a machine gun, you gotta go in there with a Dremel, do some
24         serious work.  I believe it's the PTR, and I swear there was another
25         company that I – slipping my mind, I'm sorry.  And the video I

1  referenced off that information is no longer on YouTube.

2  But basically the way the receiver is set up, it's more or less all you're

3  doing is putting machine gun parts in there. You got a machine gun.

4  You have your fun. You take your machine gun parts out and nobody's

5  the wiser because there's not any serious modifications to be going on.

6  Basically what I'm digging at here is a bunch of MP5 clones really,

7  really quick here are probably gonna be on the axe for the exact same

8  thing as the T36 because they want something in there to prevent you

9  from making it into a machine gun.

10  Like an AR receiver, if you want to make this a machine gun, like,

11  without some sort of drop-in auto sear or something like that, you have

12  to drill a third hole. That third hole is the qualifier for when it's actually a

13  machine gun. Same with an AK. So therefore, those receivers are like

14  already having the third hole in it. So I – I kind of get the ATF's logic.

15  Now all gun laws are an infringement, and I feel strongly about that, but

16  before we get farther into that, there's one important thing you

17  absolutely need to remember.

18  This video is sponsored by autokeycard.com. Now, if you're not

19  comfortable with ordering a simple drawing on a piece of metal and

20  you're worried about getting on some sort of FBI watch list, you can

21  simply print out this mail-in order form right here, put that in an

22  envelope with cash or a money order, have your order shipped to your

23  anti-gun relative, pick it up there, boom, you're not in any sort of record,

24  there's no digital trail, nothing.

25  So now why am I exceptionally pissed about all this, aside from the fact

| | |
|---|---|
| 1 | that, you know, the ATF is putting in their nose where it don't really |
| 2 | belong, even though it – I kind of see why they are doing what they're |
| 3 | doing.  Well, that would be the manufacturer of the T36.  I forgot the |
| 4 | name of the company.  I forgot to write it down.  Let me look real quick |
| 5 | what it is.  It is, uh, Tommy Built Tactical.  So he made this T36.  He |
| 6 | used a questionable receiver.  Yes, it wasn't questionable at the time, |
| 7 | but anybody that knows anything about mechanics would understand |
| 8 | that at some point the ATF is gonna do something about that because |
| 9 | there's no – no telltale sign that you've had machine gun parts in there. |
| 10 | With the auto sear block, yes, you can look in the receiver and, yeah, |
| 11 | it's been cut out; there was definitely an auto sear block in there.  With |
| 12 | these receivers, that's not really the case. |
| 13 | So the proper way to handle this with this T36 would be put out a public |
| 14 | announcement: "Hey, the ATF dropped the hammer on me.  I |
| 15 | apologize.  There's nothing I can do about it.  I was following the laws |
| 16 | while it was currently acceptable, but now it's not.  All's you gotta do is |
| 17 | email me.  I will send you a shipping label.  You will send your firearm |
| 18 | in.  I will do a recall on it and I will ship it back to you free of charge." |
| 19 | No, no, no, that's not what Tommy Gun Build -- I always forget the |
| 20 | name, Tommy Built Gun Tactical decided to do.  What they decided to |
| 21 | do was turn this little inconvenience into something like a quarter-of-a- |
| 22 | million-dollar profit. |
| 23 | So what they decided to do -- now, we're gonna pretend that we know |
| 24 | how many units they sold.  It's probably way more than 2,000, but we'll - |
| 25 | - we'll stay conservative.  We'll say they sold 2,000 units.  So they are |

1   charging -- now, you're paying for the shipping and everything.  They
2   are charging $225 for this new receiver, a defect in their product that
3   they are not standing behind.  So they are charging $225.  Times that
4   by 2,000.  That's $450,000.  Let's say 30 percent of that goes towards
5   material and labor, because if you're going over 30 percent you're
6   failing as a business and they've been around since -- I found posts
7   about them back in 2014.  So they clearly know how to run a business.
8   Therefore, they're probably not looking at more than 30 percent
9   overhead.  That means they make $135,000 profit off of an ATF
10  maneuver on their customers that already bought their gear.  They
11  already bought and paid for their gear.  Now they're gonna soak
12  another $135,000 profit -- that's not total cost, that's profit -- out of those
13  same exact customers.
14  So what do they do to get – to – to make this happen?  Because you
15  can't just tell a customer like, "Hey, you know, I'm gonna screw you, so
16  be ready."  What they decided to do is pay this YouTube channel –
17  now, I know what my channel's worth, so I'm just scaling it up to them.
18  Obviously they're gonna be worth a lot more because they get a lot
19  more views on their video, but we'll go conservative.  They pay that
20  channel roughly $3,000 and gave them a free rifle, and that channel
21  doesn't even announce that they are sponsored by those people and I
22  know they are because the whole video turns into a giant advertisement
23  for that company.  So they pay roughly $5,000 to turn it into $135,000.
24  Now, that channel does a good-ass job.  They really shot it home.  How
25  do I know this?  Because there's only 74 dislikes on 73,000 views.  So

| | | |
|---|---|---|
| 1 | | they were able to convince 90 – 999 people out of 1,000 that the warm, |
| 2 | | yellow liquid falling out of the sky on their head is not piss.  Oh, no, |
| 3 | | definitely not piss.  That is rain. |
| 4 | US1: | What's cool is, though, is that Tommy Built over -- you know, Tommy |
| 5 | | over at Tommy Built Tactical has actually decided to work with |
| 6 | | everybody that currently owns this firearm. |
| 7 | MH: | Only one in 1,000 people were able to smell the bullshit just like that |
| 8 | | video.  So what are the reasons this YouTube channel says that |
| 9 | | Tommy Boy – Tommy Boy – whatever.  You know what company I'm |
| 10 | | talking about by now.  So the reasons they say that, hey, you know, this |
| 11 | | company's helping you out, they're not pissing on your head, that's rain |
| 12 | | falling and they're helping you, number one, if you don't do this |
| 13 | | upgrade, well, the ATF's gonna get you.  You and your dog.  So pay the |
| 14 | | $225 or it's your dog's life on the line. |
| 15 | US1: | Uh, "There will be a minimal cost to you of $225 to upgrade the new – |
| 16 | | to the new TG36.  It is critical that you send your receiver to me for an |
| 17 | | upgrade.  The ATF has made it clear that if your T36 is is not returned |
| 18 | | for an upgrade to the TG36, it will be considered contraband and |
| 19 | | subject to seizure." |
| 20 | MH: | I'm like, okay, well, that – that's kind of a shady reason, but, you know, |
| 21 | | let's press on.  Let's – let's see what else they got to say.  So the next |
| 22 | | reason, they are a small business. |
| 23 | US1: | "We are a small business and are already overwhelmed.  This |
| 24 | | unexpected determination is a substantial financial hardship for us all." |
| 25 | | Uh, which I can totally get that because Tommy Built, like I said, is a |

| | | |
|---|---|---|
| 1 | | small business.  They've been building these guys for some time now, |
| 2 | | but they're not like mass produced.  Right? |
| 3 | US2: | No.  They're – I mean the attention to detail.  They're very small in |
| 4 | | house.  Like everything, you know, from start to finish is – |
| 5 | MH: | And now they dance around the idea that they haven't been in business |
| 6 | | long.  I mean at the beginning they're like, you know, they've been |
| 7 | | making it for a while, but then they start dancing and implying that |
| 8 | | they're some brand new small business.  Well, I found posts back in |
| 9 | | 2014.  They have a very established website.  Even in their letter, which |
| 10 | | is right here – even in their letter they talk about their team, their |
| 11 | | defense team.  They are very established.  So they are a small |
| 12 | | business.  The cost is too much for them.  That's literally an insurance |
| 13 | | claim. |
| 14 | | So if I manufactured this rifle – let's say I manufactured this scope right |
| 15 | | here and there's something in it that's defective and I need to do a |
| 16 | | recall, yes, my insurance will go up a little bit, but that would be an |
| 17 | | insurance claim.  That's why you have insurance.  That's what the |
| 18 | | insurance is there to pay for.  So instead of paying this insurance claim, |
| 19 | | which would have probably brought their premium up by like a dollar a |
| 20 | | day for probably five years – so that's $365 a year, which, oh, my God, |
| 21 | | that's so much money – they decided to turn it into damn near a |
| 22 | | quarter-of-a-million-dollar profit.  They have insurance claims for that |
| 23 | | type of stuff.  It shouldn't cost them any.  Yes, if it's something really |
| 24 | | small, obviously the business would pay for it out of pocket to keep their |
| 25 | | premium down because they look at it, they'd be like, "Okay.  So how |

| | | |
|---|---|---|
| 1 | | long is my premium gonna be up?  How much is my premium gonna be |
| 2 | | up by?  What will that total equal?  Verse what would – what would it |
| 3 | | cost for me just to pay for this out of pocket?" |
| 4 | | Either which way, the company should be paying for it out of pocket and |
| 5 | | standing behind their product because it's not the customer's fault; it's |
| 6 | | their fault.  However, they decided to turn it into a huge profit of – if they |
| 7 | | only sold 2,000 units, which I guarantee they sold more than that, |
| 8 | | $135,000 profit.  Next reason. |
| 9 | US2: | I mean, if you've already spent the money -- I mean, this is not a cheap |
| 10 | | rifle. |
| 11 | US1: | Right. |
| 12 | US2: | It's not your entry-level rifle. |
| 13 | US1: | No. |
| 14 | US2: | If you were wanting to get into something like this, you bought it for a |
| 15 | | purpose.  Um, so, I mean, in the grand scheme of things, like I said, if |
| 16 | | you already dropped the money on that, I don't see why you would – |
| 17 | MH: | Well, you already paid somewhere between 2 to $3,000 for – for the |
| 18 | | rifle itself.  So don't be cheap.  Just pay the 225,000 – $225, take it up |
| 19 | | the pooper and move on with your life.  What are you complaining |
| 20 | | about?  How are you – where do you have the right to complain about |
| 21 | | $225 when you paid between 2 and $3,000 for that rifle?  And the |
| 22 | | whole reason why I know it's a sponsor is because they're literal – |
| 23 | | literally the whole entire video is a giant advertisement for the company |
| 24 | | and for that rifle. |
| 25 | US2: | Very controllable recoil pattern.  Um, they have a very distinct sound, |

1        too.  Um, if you hear the T36 for the first time and you're like –

2   US1: When I shot that, I was kind of like this sounds different.

3   US2: Yeah.

4   US1: Even coming from the shooter's ear with hearing protection on.

5   US2: Uh-huh.

6   US1: Uh, I was like – and the recoil impulse felt good.  The way it sounded, it

7        was pretty cool.

8   US2: Uh-huh.

9   US1: And of course, everybody else watching, yes, it's – it's a COD gun.

10  US2: Yeah.

11  MH:  Like the whole thing, it's just a giant plug.  So, yeah, they were paid,

12       with the cost of the rifle, probably $5,000 to make that video.  They

13       didn't declare it, which, you know, that's hearsay.  I can't prove it.  No

14       one will be able to prove it.  I'm assuming they got paid cash plus

15       materials.  Again, it's not provable, so we're gonna wipe that off the

16       table.  We're gonna even forget about the YouTube channel.

17       The point is they're turning something which should have been a recall,

18       which wouldn't have cost them barely anything 'cause their insurance

19       would have covered it, into $135,000 profit probably because they're

20       literally sold out of everything on their website.  Every single one of their

21       rifles is sold out.  And you're telling me they don't have the money to

22       pay for a problem with their own product?  You're not gonna stand

23       behind your – I'm sorry, I get worked up when it comes to customer

24       service because that's a big deal to me.  You gotta treat the customers

25       good.  Customer service will make or break a business.

| | | |
|---|---|---|
| 1 | | So I apologize I went on a long rant.  I'm just gonna stop it there |
| 2 | | because I could go on for like a half an hour how irritated I am and how |
| 3 | | much this upsets me and how it flies in the face of every business |
| 4 | | owner, because that is the key, quality customer service.  If you treat |
| 5 | | the customers good, they will come back to you.  Anyway – breathe in, |
| 6 | | in with the good, out with the bad. |
| 7 | | Like to help support the channel.  I got my Patreon right there.  Also |
| 8 | | have affiliate links in the description down below for probably this shirt, |
| 9 | | my bayonet, anything else I can think of.  Even if you don't buy what the |
| 10 | | link is for, just clicking on that link, doing the Amazon shopping you're |
| 11 | | gonna do anyway, I get a little kickback for it because you came there |
| 12 | | off my channel.  And definitely don't forget to show my sponsors some |
| 13 | | love, huge sponsor of the channel.  Thank you for watching.  Don't |
| 14 | | forget to subscribe. |
| 15 | | And right there is my very first mistake.  It's not the action I wanted, but |
| 16 | | it's the action I could get. |
| 17 | US3: | Oh, that's real good. |
| 18 | MH: | My house had got broken into. |
| 19 | MH: | It's not the action I wanted, but it's the action I can get. |
| 20 | US5: | What a guy. |
| 21 | | (CONCLUSION OF VIDEO) |