1

1  TRANSCRIPT OF "Auto Key Card Got Raided"
2  Posted to CRS Firearms YouTube Channel on March 5, 2021
3
4  MH = MATTHEW HOOVER

5  US = UNIDENTIFIED SPEAKERS

6  MH:  All right. So the unthinkable happened. So just – I'll wait for a second
7        while you give me your "I told you so's."
8        I honestly, legitimately never believed that somebody could get arrested
9        for having a drawing. If I were to draw a machine gun on that board, it
10       looks like under current law, or how the law is currently being enforced,
11       I would be arrested for manufacturing a machine gun by drawing a
12       picture of one on that board right there. So what am I talking about?
13       What's going on? What's happening here?
14       All right. So the person that manufacturers and distributes and sells the
15       Auto Key Card, which would be Justin S. Ervin, he was born in
16       7/2/1980, got picked up Tuesday. Now, we don't actually know why
17       because the indictment is still sealed. Who knows when that will be
18       opened and they'll actually give the details out. So that's still a mystery.
19       Uh, usually the easiest answer is the correct answer, which would be
20       the Auto Key Card. Yes, there are other possibilities. Maybe he had
21       some sort of drug charge or maybe he manufactured some machine
22       guns. Who knows? But again, the easiest answer is usually the correct
23       answer. Therefore, he probably got picked up for his AutoKeyCard.
24       Now, his website and everything's still up, which makes no sense at all,
25       and his phone still rings, which makes no sense at all. The only reason
26       I know about this is because we talk almost on a daily basis, you know,

33957

1     what's going on, you know, how are things going, because he's actually
2     got a hell of a story.  He moved to Florida, had a professional
3     construction company going.  Florida changed a bunch of rules and
4     regulations, which made it almost impossible for him to conduct
5     business.  He sold off his equipment, borrowed a whole crap-ton of
6     money, produced the AutoKeyCard, and then started slowly rebuilding
7     his life back; and just like that, the ATF came and just knocked down
8     his whole house of cards.
9     From what I understand, they arrested his entire family.  So even if he
10     gets these charges dropped, which it's a – it's a 50-50 shot if they can
11     get them to stick or not.  Chances are, they'll probably try to get him to
12     plea bargain out so they can get the charges to stick and then he'll get
13     almost nothing out of it.  But either which way, they seized all of his
14     assets, so he's gotta get a public defender and try to fight this thing.
15     Um, but, yeah, the only reason I knew about it is 'cause I hadn't heard
16     from him in a while.  Like what the hell's going on?  So I finally tracked
17     somebody down.  I'm like, "Hey, why can I not get ahold of this guy?  Is
18     he in the hospital or something?  What the hell happened?"  They're
19     like, uh, "Yeah, Tuesday the ATF showed up, arrested him, his whole
20     entire family, seized all of his assets.  So he didn't know your number
21     and he can't put a retainer on an attorney because they froze all of his
22     bank accounts.  So that's why he hasn't got ahold of you.  Otherwise,
23     yeah, his lawyer would have totally got ahold of you, but he hasn't got
24     one yet and he's gonna have to get a public defender."
25     So what exactly does this all mean?  What they have to prove is intent,

33958

1    that he intended for people to cut out the AutoKeyCard and make
2    lightning links, which I gotta admit I would not want to be the
3    prosecution.  That would be a very, very, very hard thing to put 'cause if
4    you've ever been on his website, there's no instructions, there's no
5    keywords, nothing.  It's just the Auto Key Card with a price.  And all's it
6    is is a drawing on a piece of metal.  That's about the same legality as a
7    picture on the internet or if you were to draw on that whiteboard right
8    there what an AutoKeyCard looks like.  It's far easier to drill a third hole
9    in an AR-15 receiver and make that a machine gun over trying to cut
10   out that piece of metal because it's nothing.  It's a novelty.  It's just a
11   talking piece.  There's like literally no work done for you.
12   So they have to prove intent.  Now, you think this would be impossible.
13   However, they did it to Polymer80.  So we'll – we'll have to see what's –
14   how that's gonna unfold and how that's gonna go from there.
15   Now, the lawyer I was talking to about if it's even possible for them to
16   prove intent, he said what their argument will probably be based around
17   is the fact that he had mail-in order.  If it was just a novelty, there would
18   be no reason for mail-in order.  But then he said his, uh, defense will
19   argue back, "Dude, it's just a different form to buy things.  Who cares
20   whether you buy it with cash or a credit card?"  But then he said the
21   prosecution will fire back.  Well, I did my YouTube videos talking about
22   an FBI watch list.  Therefore, it gives intent that people wanted to be off
23   the record, and there should be no reason to be off the record if it's just
24   a novelty.  So again, we'll have to see how the course – how the court
25   case proceeds, if that's even him that got busted.

1  Again, I talked to somebody that said he was arrested and I did find a
2  record of some ATF action in the area, but that's all I can find 'cause
3  everything's still sealed. So what does that – oh, I did – did have
4  somebody talk to the GOA to see if they will defend him. We'll have to
5  see if the GOA takes this on or not. I would really hope they would
6  'cause they're literally charging somebody with – if that's what he got
7  arrested for, they're literally charging somebody for manufacturing a
8  machine gun by simply having a drawing. So if they can charge him for
9  that, oh, my God, like I don't think there's any American that is safe.
10 They could literally charge any of you for manufacturing a machine gun
11 for simply having a picture of an M16 on your phone or something like
12 that.
13 So I think the GOA will pick this up. It would make sense for – in my
14 head – again, you know, I'm – I don't have a crystal ball. I can't tell you
15 what is or is not gonna happen, but I would assume the GOA would
16 pick this case up because that – that's – that's pretty hard core to
17 charge somebody for a machine gun for a drawing of a part that used to
18 be used to make a machine gun what, like 30 years ago. So we'll –
19 we'll have to see if they'll pick it up.
20 What will probably happen to me? Well, there's two possibilities. One,
21 nothing, which I think is a likely possibility. Two, if they try to go after
22 me as some sort of conspiracy to distribute machine guns, knowing
23 people are gonna cut them out or something like that, which is also a
24 possibility. They very well may do that. That would be next to
25 impossible to prove.

1    So if they were to go after me for that, what would probably happen is it
2    would be more just to shut me up, to make my YouTube channel go
3    quiet for a while, 'cause I know they don't like me 'cause I'm always
4    talking shit about the ATF.  So that would be a great way to just shut
5    me up for a while.  I would most definitely go to jury trial and I would
6    make a circus out of it.  So I don't think they would do that, but you
7    never know.  I mean, tomorrow at 5 a.m. the ATF may show up at my
8    house.  We'll have to see.
9    So that's always something that's always out there for a possibility.  But,
10   you know, without risk, there's no reward.  I've accepted these risks
11   when I first started making a YouTube channel.  If I was legitimately like
12   honest-to-God afraid of being arrested by the ATF, I wouldn't make a
13   YouTube channel because chances are, sometime in the future they
14   will ban semiautomatic firearms and shutting people up like me would
15   be an excellent way to start pushing things through.  Plus, I've showed
16   most of my guns on a YouTube channel, so there's proof, you know, I
17   have firearms, this and that.
18   So again, would they go after me?  Probably not, but it is a possibility.
19   That would be a great reason for the indictment to be sealed.  They
20   may even go after the machine shop that was making them for him.
21   That might be a reason why the indictment's sealed.  You never know.
22   Best thing to do is just don't order any if you haven't already.
23   So what could happen to you?  Let's pretend you did order one of
24   these.  Well, if you didn't cut it out and the ATF does show up at your
25   house, shut your mouth.  If they haven't arrested you yet, they don't

1    have enough to arrest you.  What they're trying to do is talk your way
2    into getting into jail.  You can't talk your way out of getting arrested.  If
3    they can arrest you, they will.  What you can do is talk your way into
4    getting arrested.  Keep your mouth shut.  "Do you have a warrant?"
5    "No."  "Okay.  We're done talking here.  Then I'm free to go.  Am I being
6    detained?"  "No."  "I'm free to go, then."
7    Don't let them talk your way into getting arrested.  What'll probably
8    happen is the same thing with like the portable wall hanger and then the
9    solvent trap thing, is they'll give you a letter saying, "Hey, if you have
10   this, destroy it."  That's about as far as that'll go.  If you did happen to
11   cut one of those out and you don't have your manufacturing license with
12   an SOT, it's probably a good time to get rid of it.  Just saying.
13   Now, for the people that won those on my livestream, there is a digital
14   footprint.  If they do come for me, they will see that digital footprint.  I'll
15   have my – I'll have my girl or something – I'll have somebody upload a
16   video or what I'll do is, I'll upload a video saying I was arrested, and I'll
17   have it scheduled for every 24 hours and I'll just keep resetting it so if I
18   do get arrested, it will automatically go public so you'll know.  And that'll
19   mean that anybody that won one on a livestream, they'll also know
20   because they'll seize my digital files.
21   Now, I didn't send out the last winners and I can't right now because the
22   fact that I know that this happened means that I know they consider
23   them a machine gun.  So if I were to send those out, I would be
24   intentionally sending you a machine gun.  So I apologize to the people
25   that haven't got them yet.  You're not going to.  Um, I'll try to come up

33962

1    with some other prize for you guys to get.  I'm just finding about all this

2    stuff now, so just give me a little bit to work out the bugs and see what

3    the hell's going on and then we'll go from there.  However, that

4    definitely means you probably shouldn't buy any from the website and

5    you won't be able to get any from me.

6    Now, it kind of makes sense that this is happening 'cause like six days

7    ago, seven days ago, some guy was just adamantly trying to buy one

8    from me.  I'm like, "Look, dude, I don't sell these.  This is not my

9    product.  You cannot buy them from me.  Yes, I get some for free for

10   sponsoring the channel that I give away to fans or the winning

11   livestreams, et cetera, et cetera, et cetera, but I don't sell them."  It did

12   feel like he was trying to trap me into selling them, so that might have

13   been an agent.  Either way, I'm glad I didn't sell him one.

14   So this is all I know right now.  Like I said, as I know more, you guys will

15   know more.  And I will probably upload a video saying I've been

16   arrested.  I will have it scheduled every 24 hours, and every 24 hours I'll

17   just reset it so if I do get arrested, it will auto upload and you guys will

18   know about it.

19   But anyway, thank you for watching -- thank you for watching the video.

20   (unintelligible) like the sport channel.  Got my Patreon right there.  I also

21   have have affiliate links and description down below.  Just by clicking

22   on those links, doing the Amazon shopping you're gonna do anyway,

23   even if you don't buy what the link is for, I still get a little kickback

24   because you came there off my channel.  Thank you for watching.

25   Don't forget to subscribe.

1         And right there is my very first mistake.  It's not the action I wanted, but

2         it's the action I could get.

3    US1: Oh, that's real good.

4    MH: My house had broken into.

5         It's not the action I wanted, but it's the action I can get.

6    US2: What a guy.

7                   (CONCLUSION OF VIDEO)