1

1  TRANSCRIPT OF "Response video To Johnny B's Auto Key Card Video"
2  Posted to CRS Firearms YouTube Channel on March 28, 2021

3      MH = MATTHEW HOOVER

4      EV = ELECTRONIC VOICE

5  MH:  All right. Johnny B made a video, and this was to be expected. I knew
6       him and TGC were pretty good friends. And that guy attacked me, so I
7       smashed his face into the ground relentlessly, without mercy.
8       Now, understand, Johnny B's video, he's just putting out his opinion. It
9       wasn't bad. It wasn't truly attacking. Yeah, he said the whole donation
10      to the AutoKeyCard guy was a stupid idea and then he gave his opinion
11      on how he believes. And there's nothing wrong with giving your
12      opinion. You can give your opinion. That's totally fine. I feel he got the
13      three categories wrong.
14      How I see the three categories is there's the just following orders; I'll do
15      what I'm told. That would be your Nazi in the courtroom trying to argue
16      that all those people he killed, he was just following orders. That's what
17      he was told to do, so that's what he's doing.
18      Then you got the second kind of person. They won't bear the pole.
19      They're not gonna hold the flag. They're not gonna run with the flag to
20      fight for a cause. However, they will support somebody that's doing it.
21      And then you got the third type of person. That's the person that is
22      willing to stand up and fight for what they believe in.
23      Now, he makes his video that the whole AutoKeyCard thing was stupid.
24      And I had several conversations with the guy. I'm like, "Hey, you know,
25      it's kind of an edgy product." And he's like -- don't quote me on this.

34018

1  This is not exact words and I don't want it to be used in court, but the
2  gist of it is, "Look, if a drawing on a piece of metal that I have scribed in
3  there is gonna be illegal, that's my line in the sand.  That's where I want
4  to fight.  If they come for me, I think it's moronic, I think it's stupid;
5  however, I'll take that fight on because that proves to me that the
6  government has been pushed into a spot where I just don't think it's
7  right.  If you don't even have contraband, you can't be charged for
8  contraband."  I'm like, "Yeah, I get that.  You know, that makes sense.  I
9  got your back, man.  Something happens, I got your back."
10 But anyway, so – and that's how I feel.  Like he made the three
11 examples, like there's people that follow all laws, get all their tax
12 stamps, do everything.  There's people that oppose the laws, but they
13 do it privately.  And there's people that do it publicly and that – that's not
14 quite right.
15 There's the people that follow all laws regardless what they are
16 because they don't wanna put themselves in a position where they
17 might have to fight some day.  Then there's the people that will support
18 the pole bearer, and then there's a pole bearer.  That's the guy that's
19 taking it on.  He's the one putting his life on the line.  He's the one
20 taking all the risks.  He's the one fighting.
21 Now, why is it important to support this guy?  Because he did not
22 actually have contraband.  This was not something you could pop out
23 with your finger.  As you'll notice on this document, it took the ATF 45
24 minutes to make a lightning link out of this piece of card.  Now, this
25 piece of card was awesome 'cause it was a novelty, or if you were an

1   SOT holder, it was a great SOT resource where you could get machine
2   gun parts, like myself.  He absolutely has to win this case because it's
3   gonna set precedence for other cases, kind of like the bump stock case.
4   That needs to be won.  If he loses that case, you don't actually have to
5   have contraband; you just have to have something that looks similar or
6   close to contraband for it to be contraband.
7   Kind of like in California, can't have a detachable magazine, so then
8   they make them permanently fixed.  Well, you can't have a detachable
9   magazine, that permanently fixed magazine looks like a detachable
10  magazine, so it would fall under the same kind of precedence.  It
11  wouldn't -- it wouldn't matter.  It looks like the real deal; therefore, it is.
12  That's what this whole case is about.  Just because it looks like
13  something, you can be charged with something, if that makes any
14  sense.
15  Anyway, really hope you guys support him 'cause I don't want to be the
16  pole bearer and I don't want to sit in a courtroom.  If you don't want to
17  sit in a courtroom and fight this sort of stuff yourself, you gotta support
18  the people that are sitting in the courtrooms and fighting this stuff.  More
19  importantly, these are the cannon fodder.  They absorb reeses – they
20  absorb resources that the ATF could have used on, I don't know,
21  maybe banning semiautomatic rifles or something like that.  These guys
22  have to be supported 'cause they're our first line of defense.  If they go
23  down, now all of a sudden we're gonna be the ones in the courtroom
24  arguing, "No, this was not contraband.  Yeah, it looks similar to
25  contraband, but I was in full compliance with the law.  You decided

1    overnight that this was illegal.  You didn't warn me.  You didn't tell me to
2    stop doing it.  No, you kicked my door in, drug me out of my house,
3    seized all of my assets, tore apart my family.  You could have simply
4    called me and been like,' Hey, you know, maybe – we're deciding that
5    these are no longer gonna be legal.  Here's a cease and desist on
6    making those.  Do a recall on all your parts.'"  Or "we decided that now
7    because a fixed magazine looks like a detachable magazine, that is
8    now illegal.  We didn't send you a letter.  No.  We just showed up in the
9    middle of the night, kicked in your door and ripped you out of your
10   house."
11   So if you don't want to be in that position and having to fight that on
12   your own, without support, you've gotta support the pole bearers.  They
13   are doing what we definitely don't want to do.  All's we have to do is
14   help them win and then we won't have to do this stuff ourselves.
15   Anyway, thank you for watching.  The link for the GoFundMe, 'cause I
16   want to get him a team of lawyers, is down in the description.  We're
17   getting close.  We're at 20 grand.  I know I need to get to like 300 grand
18   'cause I'm assuming they're gonna set his bail at something absurd, like
19   $100,000.  And then we got attorney's fees.  We're gonna have to pay
20   Dan O'Kelly to be an expert witness in the case.  There's gonna be a
21   bunch of travel fees to get those people there.
22   Go down in there.  Really appreciate if you help support this guy 'cause
23   I don't want to be in a courtroom.  I don't know about you, but you
24   probably don't want to be in a courtroom.  So let's just help him win his
25   case so we don't have to be there ourselves.

| | | |
|---|---|---|
| 1 | | Anyway, thank you for watching.  Like to help support the channel, got |
| 2 | | my Patreon right there.  I also have affiliate links in the description down |
| 3 | | below.  Just by clicking on those links, even if you don't purchase what |
| 4 | | the link is for, I get a little kickback because you came there off my |
| 5 | | channel.  Thank you for watching.  Don't forget to subscribe. |
| 6 | | Why do you gotta be such a heartless little brat? |
| 7 | EV: | I am such a brat, then why don't you spank me right now, daddy, and |
| 8 | | show me what a bad girl I have been and teach me a lesson? |
| 9 | MH: | Okay.  I might have been overreacting a little bit, Lacy.  I love you.  I am |
| 10 | | never gonna trade you in. |
| 11 | EV: | I love you too. |
| 12 | MH: | It's not the action I wanted, but it's the action I can get. |
| 13 | | (CONCLUSION OF VIDEO) |

34022