TRANSCRIPT OF "The Meaning Of This Very Romantic Statement"
Posted to CRS Firearms YouTube Channel on June 6, 2021

MH = MATTHEW RAYMOND HOOVER

EV = ELECTRONIC VOICE

MH: "Shall not comply." A very romantic statement that I'm seeing tossed around a lot without any real understanding of how that statement should be utilized and what that statement actually means. It's actually got history, too. It goes all the way back to 1765 with the Stamp Act. Now, that's the first time I heard of it. Doesn't mean it was the only time it was ever used, but that's the first time I heard of it. It was also brought in during the slave trade. Federal law mandated that they return the slaves back down to the owners. "Shall not comply."

So what exactly does "shall not comply" mean and how can you utilize that statement? Well, first, you got comply or not comply. Two choices, yes and no. It seems pretty simple, but it's much more complicated than that. For example, um, when we were telling the Brits that, hey, the Stamp Act is bullshit and we're not gonna comply with it, well, we'd write a letter and then we'd send over a carrier that would deliver it to them. Obviously, the carrier must be tight-laced, completely compliant. Otherwise, they'll just arrest him over there. The messenger must always comply. He must be 100 percent compliant.

Now a modern day trans, uh – a modern day, uh, interpretation of that would be like me on YouTube. I must always comply. I must be 100 percent compliant because, say, I started pushing the issue or pushing the belief or pushing the ideal "shall not comply." The problem is if I

1   were to get arrested, I would lose my ability to help fight.  So, if I push
2   the narrative "shall not comply," there's not gonna be people that follow
3   me unless I believe in that narrative.  However, I cannot prove that I
4   believe in it without publicly showing me violating the law.  So it's very
5   important for YouTubers not to push the narrative "shall not comply."
6   Now, I'll wear their merchant stuff because I think it's a romantic
7   statement and I like it.  However, I will not push on to you "shall not
8   comply" because you guys can't follow me without me believing in the
9   statement I'm pushing on to you.  Therefore, you guys are not stupid,
10  so you would want proof that I believe in the statement.  The only way I
11  could prove that I believe in the statement is to openly not comply in
12  front of millions of viewers.  You just can't do that.  Otherwise, you lose
13  your power and you'll lose an asset.  Another reason would be like you
14  just don't want to get involved, so you go completely compliant.  There
15  are many reasons why a person would stay compliant.
16  Now let's say you move over to this side, not compliant.  This will divide
17  into two different categories.  You got private noncompliance and you
18  got public noncompliance.  Private noncompliance is the exact same
19  thing as compliance 'cause "shall not comply" is a public demonstration.
20  The whole point here is to get public support.  Without public support,
21  you have nothing.  You have to gain public support.  Also the reason
22  why the messenger must be 100 percent compliant, 'cause otherwise
23  the public will look at him and be like, "Well, dude, they raided his
24  house and he got caught with machine guns.  He's not a very good
25  person."  If they get taken down, it must be in an unlawful fashion, like

1   something ridiculous that the public can latch on to and be like, "Okay.
2   That's ridiculous." Not, "Okay. We went into his house and we found
3   five SBRs and a machine gun."
4   So private noncompliance is no different than compliance. They are the
5   exact same thing. You snickering to yourself while you're drilling a third
6   hole in your basement does absolutely nothing for the Second
7   Amendment movement, nothing at all. If anything, it might actually be
8   worse than complying completely.
9   Now you've got public noncompliance, which I'll break down into a
10  couple different categories. Number one, the threat of noncompliance.
11  I believe that was actually how we won the pistol brace thing. Those
12  little comment section to the AP – the ATF and the general consensus
13  was if you make pistol braces illegal, that by de facto makes any barrel
14  shorter than 16 – 16 inches illegal. Therefore, because the upper is
15  already illegal, because there's no way to have that in a pistol
16  configuration, I might as well just attach that to a lower with a third hole.
17  'Cause why not? It's already illegal. It's not gonna be more illegal,
18  because it's illegal or it's not. If you guys move – get rid of the pistol
19  braces and make that upper illegal, I'm not gonna destroy my own
20  property; I'm gonna go and attach that to a lower with a third hole in it.
21  And that was the general consensus. And the threat of not compliance
22  must have been big enough to where the ATF backed down almost
23  immediately. They didn't even finish the comment section. They just
24  backed down. They're like, "Okay. That was a stupid move. We
25  surrender; we give."

1   The next one, demonstration of noncompliance.  This is way – 'cause I
2   don't actually have this in order and shit that should be done, but this
3   would be like the last step.  You have full public support.  The public's
4   behind you, so you openly, in front of everyone, break the law and show
5   them that their law is not just; it's not constitutional.  Therefore, it is
6   void.
7   But before you get to that, there is support of somebody that's not
8   noncompliant.  See, that's where we really come in on YouTube
9   channels.  That's where YouTube channels shine, organization and
10  support.  For example, the Key Card guy, that was a great example.
11  We put a lot of public support behind him.  If we can put public support
12  behind, say, the next guy – 'cause it's really hard to find the cases.  You
13  have to find a case that the public can generally latch on to.  So I'm just
14  gonna default to the Key Card one 'cause that's the best case scenario.
15  There is only one charge he's got.  They didn't go into his house and
16  find child porn or a bag of weed or narcotics or anything like that.  All's
17  they have is one single charge.  This way, the public can go laser
18  focused on that particular charge.
19  So say for example somebody gets caught with – uh, there was actually
20  two great examples in Colorado.  Texas, they're doing some, uh –
21  excuse me 'cause I didn't research up on this, but basically it's if a
22  silencer is made in Texas, it is not eligible for federal control.  At some
23  point somebody will get busted with one of those silencers, and if that's
24  their only charge they have, that would be a case to latch on to.  That
25  would be a case to get public support behind because he's close

1   enough to being legal where we can argue the fact that, "What are you
2   guys talking about?  That's unconstitutional.  One, the fed has no
3   jurisdiction in the state.  Two, it's a state law that it's legal.  You guys
4   can do nothing about it."
5   Get him support and help him win that case.  Get public support rolling.
6   Get – get the ball rolling.  That's what YouTubers need to do with their
7   power.  They need to start latching on to these cases and raise public
8   support for it and be like, "This is unconstitutional."  He got busted with
9   a machine gun.  There's nothing in the Constitution that says you can't
10  have a machine gun, not to mention a $250,000 fine plus 10 years in
11  prison for not paying a $200 tax stamp.  How is that reasonable?  We
12  need to support this guy.  He needs a good defense so he can try to
13  beat this because that machine gun is not illegal, not to mention it is
14  completely absurd to have that kind of a penalty behind a $200 tax
15  stamp.  If we can support the people that get busted on clean cases –
16  obviously, you know, we gotta pick through it and make sure that you're
17  actually picking out somebody you can represent without making the
18  whole scenario look bad.  That's how you do it.  That's what YouTube is
19  for.  You must stay compliant.  You cannot preach the message "shall
20  not comply" because if you don't not comply, then you're a hypocrite
21  and you don't believe in what you're talking about and nobody is gonna
22  follow you unless you can prove what you're talking about, and you
23  can't prove what you're talking about without making yourself a martyr.
24  So as a YouTuber, you must stay 100 percent compliant.  You
25  absolutely must not preach the message "shall not comply."  Now, what

1 you can do is you can support those who do get caught up not
2 complying.  That is where your power and attention should go towards.
3 That's how to help it, because this would be like step one.  Well,
4 actually step one is threat of noncompliance.  It's also why you as a
5 YouTuber don't ever want to do the threat of noncompliance 'cause if
6 you're a complete idiot, you will say where your line in the sand is.
7 Should that line get crossed, your job, your power as a YouTuber is
8 over because you haven't went to war yet; you haven't not complied.
9 Therefore, you're lying and you don't know what you're talking about,
10 'cause if your line in the sand is crossed, then you're no longer
11 complying.  So if you say your line in the sand is X, Y, or Z, we get to
12 that point, you can no longer make YouTube videos because you're
13 either full of shit or now you're an ATF target and you've lost your ability
14 to use your power for something good.
15 So the first step would be threat of noncompliance.  You don't have to
16 do something deliberate.  Again, like the pistol brace thing.  People roll
17 up the ATF.  They're like, hey, if this upper's illegal, why wouldn't I not
18 put it on a lower with a third hole?  Because it's not gonna get any more
19 illegal.  It's still illegal, period.  It's either legal or it's not legal.
20 So threat of noncompliance.  Then the next step would be support
21 anybody that is noncompliance and gets caught.  And after that works
22 out and you get plenty of public support, then an open demonstration of
23 noncompliance.  Private noncompliance is a joke.  That is the exact
24 same thing as compliant.
25 But anyway, I just thought I would break it down for you because again

|    |     |                                                                          |
|----|-----|--------------------------------------------------------------------------|
| 1  |     | I'm hearing this "shall not comply" be tossed around a lot.  And it is, it's |
| 2  |     | a very romantic statement.  I like saying it.  It sounds good.  But when |
| 3  |     | you openly push it, unless you are not complying, you don't believe in   |
| 4  |     | what you're pushing.                                                     |
| 5  |     | But anyway, uh, thank you for watching.  Don't forget to subscribe.  If  |
| 6  |     | you'd like to help support the channel, which would be awesome           |
| 7  |     | because I'm demonetized for like two more weeks, so currently I'm        |
| 8  |     | completely fan funded.  Got my Patreon right there.  I also have affiliate |
| 9  |     | links in the description down below.  Just by clicking on those links,   |
| 10 |     | even if you don't purchase what that particular link is for, just clicking on |
| 11 |     | that, then doing the Amazon shopping you're gonna do anyway, get a       |
| 12 |     | little kickback for it because you came in off my channel.  Thank you for |
| 13 |     | watching.  Don't forget to subscribe.                                    |
| 14 |     | Why do you gotta be such a heartless little brat?                        |
| 15 | EV: | If I am such a brat, then why don't you spank me right now, daddy, and   |
| 16 |     | show me what a bad girl I have been and teach me a lesson?               |
| 17 | MH: | Okay.  I might have been overreacting a little bit, Lacy.  I love you.  I am |
| 18 |     | never gonna trade you in.                                                |
| 19 | EV: | I love you too.                                                          |
| 20 | MH: | It's not the action I wanted, but it's the action I can get.             |
| 21 |     | (CONCLUSION OF VIDEO)                                                    |