1

TRANSCRIPT OF 'THE ATF WANTS TO KNOW"
Posted to CRS Firearms YouTube channel on July 22, 2021

MH = MATTHEW HOOVER

MH: So one of the questions the ATF had for my girl was, "What is a sponsorship?" Now, they could literally go right down the hall and talk to the FCC [sic] and get more information on advertisement and sponsorships than I could ever plug in this video. Like, by a long shot. But the fact they had to ask my girl, just highlights their level of incompetence.

Yes, I'm not perfect. I make mistakes all the time. But you know what? I'm a dude on YouTube. I'm not some federal agency that literally has a license to kill and can destroy people's lives making dumb-ass mistakes. They should be held to a much higher standard. Yeah, I make mistakes. I'm just a dude on YouTube. You are a government agency packing guns literally ready to trash people's lives, and you're gonna ask my girl what a sponsorship is when you could literally go down the hall to the FTC and ask them.

I mean, don't get me wrong. The whole thing was a perjury trap. They were asking her, hoping she would panic and talk about a topic she has no business knowing anything about. And then if she says something wrong or incorrect under oath, then they would correct her, get her to back-pedal. Boom, they got her for perjury. Boom, we're stuck in Florida for 30 days. They can put the grips on us and make us bend or use that as some sort of leverage to get me to sign some sort of government-written confession. But whatever.  That – it's a video topic to me.

33908

1   So let's talk about sponsorship. What is sponsorship? Now, there's a lot
2   of different types. Your basic ones – there's a lot more than this, but I'm
3   just gonna talk about the basic. Product placement. What that is is, say
4   I am selling this marker. I can do this in a lot of different ways. I could
5   give it to the influencer and be like, "Hey, I want you to use this marker
6   every time you write on this board, and I'm gonna pay you X amount of
7   dollars." That's one. That's where you're interacting with the product.
8   Then another type would be like, "Hey, I want you to put this marker
9   right here on the shelf, and it must be clearly visible for X amount of
10  seconds in every video, and I'm gonna pay you X amount of dollars."
11  That's another one. Then there is acknowledging the product. That's
12  where they're like, "Hey, I'll send you this marker. You make a video
13  about this marker specifically, a video specifically about this marker –"
14  you'll see that a lot in Olight. "And we'll pay you X amount of dollars. I
15  don't care if the review is good or bad. We just want it in front of the
16  camera. This is what we're willing to pay for that."
17  Then there's the type of product placement most creators don't identify,
18  and they fall into this trap. That's where –not only are you doing a very
19  valuable stand-alone video about this particular product – you are
20  paying for it out of your own pocket.  It's product placement, most
21  definitely.  But it avoids the FTC because you've purchased it out of
22  your own pocket.  So basically, you are paying this company to
23  advertise their product.
24  That's why I don't do reviews anymore. If I do a review, it's for a very
25  special reason, because why would I want to spend money out of my

1   own pocket to advertise this company's product? That makes no sense.
2   So if they wanted to pay me for a review, I would say no. If they wanted
3   to do product placement, I would say no, because I prefer this type of
4   advertisement. That is a paid commercial. That's where you'll see – I
5   like to roll it in within the first 60 seconds of a video – "Hey, this video
6   sponsored by" – whatever – "dry erase marker right here. So if you'd
7   like to help support the channel, buy some dry erase markers. Show
8   them that you are going there from my video, so they can continue to
9   sponsor more videos." Because that is clear-cut – everyone knows it's a
10  commercial. There's no denying it. And I – it doesn't feel disingenuous
11  to the audience 'cause I'm not like, "Oh, this dry erase marker, as you'll
12  notice, it uses a 2.6-millimeter tip. It's very beautiful. It has a nice color
13  to it. The shape is great, and it fits right inside your pocket."
14  You don't know because I could have bought this out of my own money,
15  in which case, I'm paying the company to advertise for them. Or they
16  could have paid me to advertise this marker.  Either which way, a
17  review is a lose, lose, lose, lose. Reviews honestly should be done by
18  the companies themselves or smaller channels. That's why I would do it
19  as a paid commercial. In that paid commercial I could be like, "This
20  video's sponsored by Dry Erase Marker. As you'll notice, it gots [sic] a
21  very beautiful blue line.  It uses a 2-millimeter tip." Like, see – like, that's
22  a commercial. It's easy to identify as a commercial. There's no
23  confusion. This way in my channel is black and white. Either it's a
24  commercial or it's not. There's no – "well, he did a review about this,
25  and at the same time he dropped his review, 300 other channels also

| | |
|---|---|
| 1 | dropped a review on this. But he says it's not a paid advertisement. So |
| 2 | do I trust his word? Is he really saying it's a nice color, or was he paid |
| 3 | money to say it's a nice color?" You see what I mean? Like, the line |
| 4 | gets really blurry when you do reviews. See, it's really hard to tell what |
| 5 | is paid and what is not. Or I should say, what review they paid the |
| 6 | company for or the company paid them for. 'Cause either way they fall |
| 7 | into the same category.  It don't matter if you buy this product or not. A |
| 8 | review is a review is a review is a review. It doesn't really matter what – |
| 9 | if the company paid you for it or if you paid the company for it. And I |
| 10 | understand there's a point and a place for reviews. It's just not for me. I |
| 11 | like to keep – this is the product commercial right here, and then I'm |
| 12 | gonna do other shit like take a big old fat poopy on the ATF, talk shit |
| 13 | about the ATF, do my own build projects, 'cause then I'm not |
| 14 | advertising for that particular company. |
| 15 | Now, I love doing bad reviews. Because that – I'm like, Okay. This is a |
| 16 | pile of shit. For example, I test-drove an STI yesterday. Raving reviews |
| 17 | across the board. I can't express to you the level of disappointment I felt |
| 18 | when I drove that car. I was like, "Oh, my God. How is this car so bad |
| 19 | when it gets so many just shining reviews?" No power. Handled like |
| 20 | shit. The steering – it just – it was clunky. I didn't – I didn't like the feel |
| 21 | of it. It – I'm not even gonna go into it because this ain't a car channel. |
| 22 | But that was astoundingly disappointing compared to the reviews I was |
| 23 | seeing. So, like, either Subaru pays all those people STIs and a big old |
| 24 | fat sack of cash to say their car is awesome, or those people have |
| 25 | never droven [sic] good cars. It's the only explanation I can come up |

1  with. It's horribly bad. The ceiling's so low my head was brushing. And I
2  brought the seat all the way down, and I'm a short dude. I couldn't
3  imagine a 6-foot guy going in there. It's horribly bad. Horribly bad. Noise
4  cancellation was terr– just, ridiculously bad car.
5  I forgot where the hell I was going with that point, but – so let – let's get
6  to the meat and potatoes here. So they were asking specifically about
7  the Auto Key Card and what sponsorship, aka, what relationship he had
8  with my channel. My girl didn't know, so she said, "I don't know." Which
9  was the proper answer. I'm glad she didn't fall under a little perjury trap
10 and try to make up an answer for something she don't know. So what
11 he did – we're gonna pretend this is the Auto Key Card. I did a video.
12 He liked the video, and he's like, "Well, hey, why don't I sponsor your
13 channel?" So he sent me a – some cash – and I did commercials.
14 Those commercials were clear and cut. I literally said, "This video is
15 sponsored to you by Auto Key Card." That is his relationship with me.
16 He sponsored my channel. He put commercials on my channel. That's
17 it.
18 It'd be like you guys going after Google because he also put
19 commercials on Google. Like, literally. The little ad bar, there was Auto
20 Key Card for a while. So are you gonna go after Google for them being
21 sponsored by him? No. Are you gonna go after, uh, Military Arms
22 channel because he did videos on the bump stock back when they
23 were legal, 'cause the Auto Key Card was totally legal. It still is totally
24 legal unless you are able to somehow win that case. No. Because
25 there's no way Military Arms channel could have ever known that one

1  day you guys would wake up and be like, "Okay. This product's illegal.

2  It's an illegal machine gun." So that's why you don't go after all of those

3  YouTubers. So I don't understand why this would be so different. But

4  whatever. You know? I mean, are you gonna go after TGC for

5  advertising that little electronic glove after you made it a machine gun?

6  Are you gonna go after his woman and try to trap her into perjury? No.

7  It's kind of upsetting, too, because I'm really seeing a double standard

8  here.  Sorry about the little rant here but I just wanted to go – so

9  basically that's sponsorship.  It's – typically, like, there are many forms

10  of sponsorship, but you just have to declare it as a sponsorship,

11  otherwise the FTC is gonna come right up your ass. But the basic ones

12  are product placement or a commercial. Now, again, product placement

13  breaks into a bunch of different categories on exactly what that product

14  placement is. And does the creator himself pay to do a product

15  placement or did the company pay the creator to do a product

16  placement? And that -- that's about the gist of it. But anyway, hope this

17  video was at least slightly entertaining, if not informational. Thank you

18  for watching.  Don't forget to subscribe.

19                              (END OF RECORDING)