1

1  PHONE CALL BETWEEN KRISTOPHER JUSTINBOYER ERVIN, MATTHEW
2  RAYMOND HOOVER, AND ERICA IBE ON MARCH 30, 2021 (CLIP 1)

3   KE = KRISTOPHER ERVIN    EV = ELECTRONIC VOICE

4   MH = MATT HOOVER    EI = ERICA IBE

5  EV: Hello. This is a free call from –

6  KE: Justin Ervin.

7  EV: – an inmate at Baker County Detention Center. This call is subject to
8   recording and monitoring. To accept this free call – thank you for using
9   Securus. You may start the conversation now.

10 MH: What's up, dude?

11 KE: Hello. How's it goin'?

12 MH: Not too bad. You're callin' awfully early.

13 KE: Yeah, yeah. So I've been – I've been on it and finally I was able to get
14   through to Dan O'Kelly 'cause, you know, they kind of keep us on
15   lockdown as far as when I can call and stuff like that. And, um – you
16   know, I've been runnin' an opposite schedule a little bit, but, um –

17 MH: Well, you made my girl smile.

18 KE: Uh-huh.

19 MH: Because we've been impatiently waiting your call 'cause it's good to
20   hear from you, man.

21 KE: Oh, yeah. Yeah, I understand how it is. And I wish – I wish I could
22   have called before, but I had a bunch of stuff I had to take care of and
23   things –

24 MH: Oh, I get it.

25 KE: Like I finally got me some new – some new shoes in here. The shoes

| | | |
|---|---|---|
| 1 | | they gave me for the past 28 days had, like, holes in the bottom and |
| 2 | | stuff. |
| 3 | MH: | Oh, damn. |
| 4 | KE: | And I just got my commissary, you know, my food for the week.  So like, |
| 5 | | you know, there's – there's, uh, jailhouse stuff I've been workin' on, too. |
| 6 | | But, yeah, I'm so glad to talk to you guys.  So I, um – I got in touch with |
| 7 | | Dan – Dan O'Kelly.  Everything went great.  And, um, I also got in touch |
| 8 | | with, uh –                                          He – he helped me out.  And, |
| 9 | | um – |
| 10 | MH: | Awesome – |
| 11 | KE: | – I got some – yeah, I got some good advice from Dan O'Kelly on – on |
| 12 | | like the attorney that he works with, who used to be a, uh, federal |
| 13 | | prosecutor.  And anyway, I got some really good news from him, man.  I |
| 14 | | got a good – I got a good feelin' about it all.  So I – I wanted to reach |
| 15 | | out to you guys and tell you thank you so much for everything and just, |
| 16 | | you know, check in. |
| 17 | MH: | Hey, not a problem.  We're – we're struggling with GoFundMe to get the |
| 18 | | funds released, but we're up to about $40,000. |
| 19 | KE: | Oh, awesome. Awesome. Yeah. Yeah, start, um – |
| 20 | MH: | Not quite to 300K I was hopin' for, but we're gettin' there. |
| 21 | KE: | Yeah.  Yeah.  Well, it's a start.  You know, all we gotta do is get the ball |
| 22 | | rollin' |
| 23 | | on gettin' me a bond |
| 24 | | hearing and get me out.  And then we can start turning up the heat and, |
| 25 | | uh, doin', you know, podcasts and videos and all kinds of other stuff to |

1        pump that up.

2   MH:   Right.

3   KE:   So, you know, my – my first –

4   MH:   So how you holdin' up, though?

5   KE:   Oh, I'm doin' good.  I'm hangin' in there tough.  You know, I, uh – I got

6        some good guys in here, too, and some good friends that, um, have

7        been – have been great to me, too.  But it's not easy.  I mean, it's – I'm

8        hangin' tough.  So –

9   MH:   We've only had two negative videos so far.  Uh, TGC put one out, so I

10       smashed his face against the ground relentlessly.  And then John –

11  KE:   Oh okay –

12  MH:   Huh?

13  KE:   Uh, who was it?  You said TBC?

14  MH:   No.  TGC, The Gun Collective.

15  KE:   Oh okay.

16  MH:   And then Johnny B put one out, but he didn't really know what he was

17       talkin' about.  And I talked to him and I think he's gonna do a positive

18       video now.

19  KE:   Oh, that's awesome.  Yeah.  And, um, from me talkin' to Dan O'Kelly,

20       he was telling me about a case where the, uh, ATF said that, um,

21       drawings on a piece of paper would equal a paper airplane.

22  EI:    Yeah.

23  MH:   Yup.

24  KE:   And the federal court threw it out and said, no, you have to actually fold

25       the paper airplane for it to be a paper airplane.

1   MH:   Right.  Real – real –

2   KE:   So that was the analogy that he (unintelligible) me.

3   MH:   Real (unintelligible) did a positive video last night, too, so that's brought
4         a whole bunch of support.

5   KE:   Good.

6   MH:   Freedom Inc. finally stopped panicking and acting like a little bitch and
7         he's startin' to kind of do some positive videos.

8   EI:   No, he's still being a bitch.  He's talkin' shit, goin' behind your back.
9         He's a douchebag.  I don't like him anymore.

10  KE:   Oh, really?  Yeah, I – I –

11  EI:   Yeah, he's talkin' shit.

12  KE:   I hate that.

13  EI:   Yep.

14  KE:   I mean, he – he can be freakin' out 'cause he's got, um – he's got some
15        other issues on, you know, him havin', like, past charges and stuff like
16        that.  He might be trying to protect himself by throwin' me under the bus
17        –

18  MH:   Oh, no.

19  KE:   – or something.

20  MH:   I get all of that, but still, like, immediately like (unintelligible).

21  KE:   (unintelligible) the wrong way.  I gotcha.

22  MH:   Yeah.

23  KE:   Well, it's okay.  I'm staying with you guys.  I know – I know who the
24        good people are.  Don't worry.

25  MH:   Right on.  But, yeah, as soon as we get confirmation that the funds are

| | | |
|---|---|---|
| 1 | | being released, then we can start shooting up money where you want. |
| 2 | | Uh, I don't think they're gonna take it down.  Erica's still pretty worried |
| 3 | | about them taking it down.  I think they just want a confirmation |
| 4 | | because it was did in her name and then we were trying to move the |
| 5 | | funds into my account.  And we didn't have any description 'cause I |
| 6 | | didn't want search terms people could find. |
| 7 | KE: | Oh, yeah.  Well, that's fine.  If, um – if there's anything you need from |
| 8 | | me, you know, if, um – if I gotta, uh, give you a power of attorney or |
| 9 | | anything or – I don't know.  If there's any way I can help, too, let me |
| 10 | | know, I'm willing to help. |
| 11 | MH: | No.  We're pretty much good.  If something comes up, I'll let you know. |
| 12 | KE: | Yeah, I gotcha.  And I – I gotta tell you guys, thank you so much.  Like |
| 13 | | I'd be dead in the water without you guys.  So – |
| 14 | MH: | Well, I told you if you ever go down, I got your back. |
| 15 | KE: | Oh, I know, but it's different hearing it verse seeing it.  You know what I |
| 16 | | mean? |
| 17 | MH: | Right. |
| 18 | EI: | Yeah, but you – |
| 19 | KE: | It means so much more. |
| 20 | MH: | You went out of your way so much to help us out when we were |
| 21 | | hurting, like.  I got your back, dude. |
| 22 | KE: | Yeah, man.  Well, I look at it this way.  You know, uh, we're both on the |
| 23 | | same side.  And I'm – I'm willing – just wait till after this.  This is just the |
| 24 | | beginning.  It's gonna be so awesome after all this, so – |
| 25 | MH: | So I wonder if the when case gets thrown out, if you can go back into |

```
 1            manufacturing them.
 2   KE:      I don't know.  I was wondering about that.  And that's one of the things
 3            with, um – you know, 'cause – then we can ramp that sucker up, I'll sell
 4            it, and then we'll pile all that into the, uh – the new project.
 5   MH:      Right.  Yeah.
 6   KE:      You know, 'cause –
 7   MH:      We're gonna approach Matt from Military Arms channel pretty quick
 8            here after we get the funds released, and I know for sure we can
 9            access him.  And I think he'll do the video because I already did him a
10            solid 'cause he was gettin' attacked over a rifle he brought in.
11            Everybody's like, "Fuck Matt."  So then I did a video.  I'm like, "Look,
12            guys, you're being ridiculous.  This is how it is."  And he was pretty
13            happy about that.  He became a Patreon and sent me a bunch of super
14            chats on my last fuckin' live, too.
15   KE:      Oh, that's awesome. You know – you know, good people gotta stick
16            together.  That's one of the things that Dan O'Kelly told me.  He said,
17            uh, the most important thing is – is that good people stick together and,
18            you know, I – I think that's awesome, too, for all of us.
19                          (CONCLUSION OF CLIP)
```