1

PHONE CALL BETWEEN KRISTOPHER JUSTINBOYER ERVIN, MATTHEW RAYMOND HOOVER, AND ERICA IBE ON MARCH 30, 2021 (CLIP 2)

KE = KRISTOPHER ERVIN          EI = ERICA IBE

MH = MATT HOOVER

KE: Once we get all this worked out and I get out, we're gonna – we're gonna super charge this – this, uh, for all of us to do a little bit better as long as we can, you know.

MH: I mean, shit, all those jail guards guarding you makin' like 20 bucks an hour are now back in the poverty class because of all of this.

KE: I know. They look like –

MH: They don't know it yet. They don't know it yet, but –

KE: Oh, it's comin'.

MH: – when the fucking hammer drops, we're all fucked.

KE: Yeah, they're gonna know. They're gonna – I know, man. It's – I've been thinking about it. I've been watchin' the news and, I mean, it's gettin' scary across the board. But, um –

MH: Yeah.

KE: But, yeah, man, if – if there's – if there's anything you need from me to help release those funds or anything at all, um, I'm here for you, or if we gotta make a call or anything. Also, I'm reachin' out to my people, givin' them all the information that Dan O'Kelly gave me so that I can get them to start, um, lining up all that so that we'll, you know, have people to send those resources. And I'm – I'm lookin' forward to gettin' another bail hearing 'cause we'll be able to do some really cool stuff.

MH: Yeah. Hopefully we'll have enough to cover bail and then

```
1                             And hopefully they can get the case
2       dismissed.  If they can't, then we need to raise a lot more money and
3       get a heavy hitter.
4  EI:  (unintelligible) and videos.
5  MH:  Well, yeah.  No.  We'll do leave streams.
6  EI:  (unintelligible).
7  KE:  Oh, yeah, definitely.
8  EI:  (unintelligible).
9  KE:  Yeah, definitely.
10 MH:  Obviously we won't talk about the case, but we'll talk about, like, how
11      your life was destroyed and stuff like that and really pull on heartstrings.
12                             (CONCLUSION OF CLIP)
```