1

1  PHONE CALL BETWEEN KRISTOPHER JUSTINBOYER ERVIN, MATTHEW
2      RAYMOND HOOVER, AND ERICA IBE ON MARCH 30, 2021 (CLIP 3)

3          KE = KRISTOPHER ERVIN         EV = ELECTRONIC VOICE

4          MH = MATT HOOVER              EI = ERICA IBE

5   KE:   So – but our goal is, number one, if I can get a bond hearing and get
6         out on bond, like we can really level up some stuff and, uh, do – do
7         some cool things.
8   MH:   Well, yeah, because your – your videos are so hot.  Like if I were to
9         push a GoFundMe from the beginning, we'd be at like 300K.
10  EI:   Or plus.
11  MH:   Or plus.  But anybody is gonna wanna take you on because anything
12        with your name on it, Auto Key Card, those videos just perform.
13  KE:   Hell, yeah, man.  Hell, yeah.  Well, keep pushin' it.  We're – we're
14        gonna – we're gonna go the distance here.  And, you know, you could
15        talk about how they kept me in quarantine for 10 days and I couldn't
16        really make any phone calls, like, I mean.  But anyway, it's – it's
17        ridiculous.  They would, uh – they would let me out, uh, one time a day
18        for 15 minutes at 5 a.m.  So who the hell can you call at 5 a.m.?
19  MH:   Well, me.
20  EI:   Yeah, Matthew.
21                          (CONCLUSION OF CLIP)