1/20/2021                                    Gmail - AutoKeyCards.com: Order Confirmed #2667

 **Gmail**                                      John Holbrook <                    >

## AutoKeyCards.com: Order Confirmed #2667
1 message

AutoKeyCards.com <customerservice@autokeycards.com>            Fri, Jan 15, 2021 at 3:31 PM
Reply-To: customerservice@autokeycards.com
To: John O'Leary <                    >

### AutoKeyCards.com

## Order #2667 Confirmed

Your order from AutoKeyCards.com is confirmed.

## Order Summary

Order #2667
Placed on January 15, 2021 at 3:31 PM EST

   AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener     $139.00
        2003
        Qty: 1
        $139.00 / Item

| | |
|---|---|
| Subtotal | $139.00 |
| Shipping | $0.00 |
| Sales Tax | $9.73 |
| Total | $148.73 |

Paid with CARD — •••• 4391                                    $148.73

Customer Information

Shipping Address                          Shipping Method
John O'Leary                              Free Shipping


Jacksonville Beach FL 32250
US


Billing Address                           Payment Method
John O'Leary                              CARD — •••• 4391


Jacksonville Beach FL 32250
US



AutoKeyCards
950 Blanding Blvd STE 23, PMB 336
Orange Park
United States

1/20/2021                                    Gmail - AutoKeyCards.com: Order Shipped #2667

 Gmail                                            John Holbrook <                        >

## AutoKeyCards.com: Order Shipped #2667
1 message

AutoKeyCards.com <customerservice@autokeycards.com>                Fri, Jan 15, 2021 at 4:10 PM
Reply-To: customerservice@autokeycards.com
To: John O'Leary <                      >

### AutoKeyCards.com

### Order #2667 Shipped

Your order from AutoKeyCards.com is on the way.

### Order Summary

Order #2667
Placed on January 15, 2021 at 3:31 PM EST

Shipped with USPS
Tracking Number 9400111202555999104102



| | | |
|---|---|---|
| AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener 2003 Qty: 1 $139.00 / Item | | $139.00 |

| | |
|---|---|
| Subtotal | $139.00 |
| Shipping | $0.00 |
| Sales Tax | $9.73 |
| Total | $148.73 |

00041

Paid with CARD — •••• 4391                                        $148.73

## Customer Information

**Shipping Address**

Jacksonville Beach FL 32250
US

**Billing Address**
John O'Leary

Jacksonville Beach FL 32250
US

**Shipping Method**
Free Shipping

**Payment Method**
CARD — •••• 4391

AutoKeyCards
950 Blanding Blvd STE 23  PMB 336
Orange Park
United States

00042