

Signature    11/29/22    FOR DEFENSE
Signature    11/30/22    Vault
Signature    APR 0 7 2023    trial
Signature    Date    Remark
Signature    Date    Remark
Signature    Date    Remark

**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

## GOVERNMENT EXHIBIT

Exhibit No.: _20A_

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: _4-10-23_

Date Admitted: _4-10-23_

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 787060-21-0017 | PURCHASED | 1/20/2021 | 000001 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
FIN: STAINLESS, SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| ATF UC Shipping Location<br>3948 S 3rd ST, Apt 217<br>Jacksonville Beach    FL    32250- | ERVIN, Kristopher |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| *[signature]* | 01/20/2021 |
| *[signature]* Vault | 01/22/2021 |
| *[signature]* TO FTB | 01/22/2021 |

**BAR CODE INFORMATION**

2528564

G-30

SNAP

**SPECIAL INSTRUCTIONS/REMARKS**
AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

**CONTINUATION OF CHAIN OF CUSTODY**

| Signature | Date | Remark |
|---|---|---|
| *[signature]* | 1/25/21 | FTCB |
| *[signature]* | 1-25-21 | FTCB |
| | 2-8-21 | Vault |
| *[signature]* | 01/18/22 | Out for Grand Jury |
| *[signature]* | 01/19/2022 | Vault |
| *[signature]* | 08/10/2022 | To FTCB |
| *[signature]* | 8/12/2022 | FTCB |