**Hooker, Jesse R., Jr.**

| | |
|---|---|
| **From:** | John Holbrook <              > |
| **Sent:** | Tuesday, January 26, 2021 2:59 PM |
| **To:** | Hooker, Jesse R., Jr. |
| **Subject:** | Fwd: pen holder |

---------- Forwarded message ----------
From: John Holbrook <              >
Date: Tue, Jan 26, 2021 at 2:49 PM
Subject: Re: pen holder
To: customerservice <customerservice@autokeycard.com>

Thank you. i'm getting the payment today and putting it in the mail tonight or tomorrow morning.

On Tue, Jan 26, 2021 at 2:38 PM customerservice <customerservice@autokeycard.com> wrote:
Hi John,

Yes, we have those 2 cards for your mail in order. The pricing looks correct. I attached the current mail in order form for you in case you need it.

Sincerely,

AutoKeyCard.com


On Jan 26, 2021 at 2:31 PM, John Holbrook <              > wrote:

Thanks for getting back to me. i wanted to get 2 different cards. a AKC 2 in1 for $80.00 and a AKC 2 in 1 pen holder for $110.00 . after the mail order fee and taxes i came to a total of $214.00. If you have those 2 cards in stock and that is the right price, i will put the money order in the mail by morning at the latest if you will hold them back for me. thanks.

On Tue, Jan 26, 2021 at 2:09 PM customerservice <customerservice@autokeycard.com> wrote:
Hi John,

Thank you for contacting us. We always hold a few items back for mail in order customers. There is a mail in order form on our website. Please print and fill it out, then mail it to us.

If you already know which products and the amount you want, let us know and we can set those aside for you. We always take care of our great customers.

Sincerely,

AutoKeyCard.com

1

On Jan 26, 2021 at 1:57 PM, John Holbrook <                    > wrote:

Hello I was wanting to buy a auto key card 1 in1 or 2 in 1 pen holder edition. i wanted to do everything by mail with a money order to pay you with. Your website says they are sold out. Will you be getting more in soon? Should I just send in my order form and money order now and then you will ship it to me as soon as you get more. I'm just worried about sending the money order and the thing never coming back in stock. thanks.