## AutoKeyCard.com MAIL IN ORDER FORM
Please see online product pages for product details and pictures.

QTY ____ Auto Key Card Stainless Steel Business Card 1 in 1 - $60.00

QTY _1_ Auto Key Card Stainless Steel Business Card 2 in 1 - $80.00

QTY ____ Auto Key Card Stainless Steel Business Card 3 in 1 with Bottle Opener - $100.00

QTY ____ Auto Key Card Stainless Steel Business Card 1 in 1 - Pen Holder Edition - $80.00

QTY _1_ Auto Key Card Stainless Steel Business Card 2 in 1 - Pen Holder Edition - $110.00

QTY ____ Auto Key Card Stainless Steel Business Card 3 in 1 - Pen Holder Edition w-Bottle Opener - $140.00

Total Number of All AutoKeyCard's Ordered for Accurate Order Fulfillment Purposes # _2_

Email Address for shipping updates: (optional) _____

Total USD Amount of your AutoKeyCard.com Order $ 190.00

Mail Order Processing Fee                 + $ 10.00

Order Sub Total (no tax)                  $ 200.00

Florida Residents Only Add 7% Sales Tax   $ 14.00

**Order Total USD**                       $ 214.00

☑ **Approval Required to Order.**
Please check the above box to agree to the following.
By sending a mail order to us, you certify that you have read the order form, all the terms, conditions and fully agree to all the autokeycard(s).com website policies.

Money Order or Cash accepted at your own risk. All Sales Final. No business or personal checks accepted. **Make money order payable to J.ERVIN to place order.**
We are not responsible for lost orders that never arrive and we have no knowledge of. We recommend using a confirmation mailing method to confirm your order form delivery to us.
Do not forget to include your order form with cash payment or money order filled out correctly.
Please make sure the order form and money order is 100% legible / readable. We are not responsible for lost or undelivered orders due to customer error. Contact us and we will do our best to make it right if this occurs.

**Money Orders are to be made payable to:**
**J. ERVIN**
Mail Completed Accurate Order to:
**AutoKeyCard – J. ERVIN**
**950 Blanding Boulevard**
**STE 23, PMB 336**
**Orange Park, FL. 32065**

**Order Delivery Mailing Address:**
John Holbrook

Jacksonville Beach, FL 32250

00087