

| Type | R/T | Date | ISN | Truncated |
|---|---|---|---|---|
| BOFD | 263078934 | 20210129 | 770000000104534 | Y |
| Subsequent | 061000146 | 20210201 | 5064438036 | N |
| Subsequent | 311990511 | 20210129 | 00045462575 | N |

https://www.federalreserve.org/imageCC3/FedImage/

2/1/2021