

USPS FIRST-CLASS PKG™

0005

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

SHIP TO: JOHN HOLBROOK
            FL 32250-5847

### DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | PURCHASED | 2/2/2021 | 000005 |

**DESCRIPTION OF PROPERTY**
OTHER: OTHER, SHIPPING ENVELOPE - PACKAGING USED FOR SHIPMENT OF ATF PROPERTY ITEMS 000003 AND 000004.

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| ATF UC Shipping Location<br>3948 S 3rd ST, Apt 217<br>Jacksonville Beach   FL   32250- | ERVIN, Kristopher |

**CHAIN OF CUSTODY**

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | | 02/02/2021 |
| [signature] | vault | 02/08/2021 |
| [signature] | nick | APR 0 7 2023 |

**BAR CODE INFORMATION**
2533579

**SPECIAL INSTRUCTIONS/REMARKS**

G-30