

**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

## GOVERNMENT EXHIBIT

Exhibit No.:_____25A_____

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified:___4-10-23___

Date Admitted:___4-10-23___



9H   2-2-21

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**EVIDENCE IDENTIFICATION LABEL**

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | PURCHASED | 2/2/2021 | 000003 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
FIN: STAINLESS, SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| ATF UC Shipping Location 3948 S 3rd ST, Apt 217 Jacksonville Beach   FL   32250- | ERVIN, Kristopher   SN |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| | 02/02/2021 |
| SIGNATURE       Vault | 2/8/2021 |
| SIGNATURE       To FTCB | 03/10/2021 |

**BAR CODE INFORMATION**

2533571          G-30

**SPECIAL INSTRUCTIONS/REMARKS**
AutoKeyCard Stainless Steel Business 2 in 1 with two (2) suspected *Lightning Links*
engraved on the metal card.

**CONTINUATION OF CHAIN OF CUSTODY**

| Signature | Date | Remark |
|---|---|---|
| | 3/11/21 | FTCB |
| | 3-12-21 | FTCB |
| | 3/22/21 | Vault |
| | defense review 11/2/2022 | |
| | APR 07 2023 | trial |
| Signature | Date | Remark |
| Signature | Date | Remark |

72