AutoKeyCard.com MAIL IN ORDER FORM
Please see online product pages for product details and pictures.

QTY _2_ Auto Key Card Stainless Steel Business Card 1 in 1 - $60.00

QTY ____ Auto Key Card Stainless Steel Business Card 2 in 1 - $80.00

QTY _1_ Auto Key Card Stainless Steel Business Card 3 in 1 with Bottle Opener - $100.00

QTY ____ Auto Key Card Stainless Steel Business Card 1 in 1 - Pen Holder Edition - $80.00

QTY ____ Auto Key Card Stainless Steel Business Card 2 in 1 - Pen Holder Edition - $110.00

QTY ____ Auto Key Card Stainless Steel Business Card 3 in 1 - Pen Holder Edition w-Bottle Opener - $140.00

Total Number of All AutoKeyCard's Ordered for Accurate Order Fulfillment Purposes # _3_

Email Address for shipping updates: (optional)

Total USD Amount of your AutoKeyCard.com Order $ _220_

Mail Order Processing Fee                    + $ 10.00

Order Sub Total (no tax)                     $ _230_

Florida Residents Only Add 7% Sales Tax      $ ___

**Order Total USD**                          $ _230_

☒ **Approval Required to Order.**
Please check the above box to agree to the following.
By sending a mail order to us, you certify that you have read the order form, all the terms, conditions and fully agree to all the autokeycard(s).com website policies.

Money Order or Cash accepted at your own risk. All Sales Final. No business or personal checks accepted. **Make money order payable to J.ERVIN to place order.**
We are not responsible for lost orders that never arrive and we have no knowledge of. We recommend using a confirmation mailing method to confirm your order form delivery to us.
Do not forget to include your order form with cash payment or money order filled out correctly.
Please make sure the order form and money order is 100% legible / readable. We are not responsible for lost or undelivered orders due to customer error. Contact us and we will do our best to make it right if this occurs.

Money Orders are to be made payable to:
**J. ERVIN**
Mail Completed Accurate Order to:
**AutoKeyCard – J. ERVIN**
**950 Blanding Boulevard**
**STE 23, PMB 336**
**Orange Park, FL. 32065**

**Order Delivery Mailing Address:**

Richard Carter

Savannah, GA 31402

Inspection Service
Exhibit
_17_
Label 113, July 1987

03135



03136

## Product Tracking & Reporting

 **UNITED STATES POSTAL SERVICE®**

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | February 03, 2021 |

### USPS Tracking Intranet Tracking Number Result

⚠ **Price Change 1/26/2020:**
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Result for Domestic Tracking Number 9505 5122 3204 1033 5572 13

Tracking Expires On
June 2, 2021

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 320655912 | ORANGE PARK | FL |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 322078998 | JACKSONVILLE | FL |

### Tracking Number Classification

#### Class/Service
Class/Service: Priority Mail USPS Tracking
Class of Mail Code/Description: PM / Priority Mail®

#### Destination Address Information
Address: 950 BLANDING BLVD STE 23
City: ORANGE PARK
State: FL
5-Digit ZIP Code: 32065
4-Digit ZIP Code add on: 5912
Delivery Point Code: 23
Record Type Code: Building/Apartment
Delivery Type: Business, Other

#### Origin / Return / Pickup Address Information
Address:
City:
State:
5-Digit ZIP Code: 32207
4-Digit ZIP Code add on: 8998

#### Service Delivery Information
Service Performance Date: Expected Delivery by: Wednesday, 02/03/2021
Delivery Option Indicator: 1 - Normal Delivery
Zone: 01
PO Box: N
Other Information: Service Calculation Information

#### Payment
Payment Type: Other Postage
Payment Account Number: 000000000000
Postage: $7.85
Weight: 0 lb(s) 2 oz(s)
Rate Indicator: Flat Rate Envelope

Agent Information

Inspection Service Exhibit
19
Label 118, July 1987

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=950551223204103

03137

Request Internal USPS Tracking Plus Statement

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| USPS Tracking | |
| Insurance <= $500 | $0.00 |
| Up to $50 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 02/03/2021 | 11:32 | ORANGE PARK, FL 32065 | Keyed | MDD 141250277 (Interface type - wireless) | Scanned by route 2085R003 | 02/03/2021 10:36:05 | GEO Location Data Available Facility Finance Number: 116856 |
| OUT FOR DELIVERY | OF | 02/03/2021 | 08:05 | ORANGE PARK, FL 32065 | System Generated | | | 02/03/2021 07:53:32 | |
| SORTING/PROCESSING COMPLETE | PC | 02/03/2021 | 07:55 | ORANGE PARK, FL 32065 | System Generated | | | 02/03/2021 07:53:24 | |
| ARRIVAL AT UNIT | 07 | 02/03/2021 | 07:54 | ORANGE PARK, FL 32065 | Scanned | PASS-001 | Destined to route R003 | 02/03/2021 07:53:15 | OFD Same Day |
| ENROUTE/PROCESSED | 10 | 02/02/2021 | 23:36 | JACKSONVILLE, FL 32099 | Scanned | SPBSTS-001-009304 | | 02/02/2021 22:51:05 | |
| ACCEPT OR PICKUP | 03 | 02/02/2021 | 09:57 | JACKSONVILLE, FL 322079998 | Scanned | RSS POS223204 | Destined to route R003 | 02/02/2021 09:18:02 | Facility Finance Number: 114421 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 21.2.2.0.17

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=9505512232041033...   2/3/2021

03138



| Type | R/T | Date | ISN | Truncated |
|------|-----|------|-----|-----------|
| BOFD | 263078934 | 20210203 | 770500000093155 | Y |
| Subsequent | 061000146 | 20210204 | 5115922718 | N |
| Subsequent | 311990511 | 20210203 | 00082074905 | N |



Inspection Service
Exhibit
20
Label 113, July 1987

## Product Tracking & Reporting



Help

**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | February 16, 2021 |
|------|--------|---------|--------------|--------------------|-----------|-------------------------|-------------------|

### USPS Tracking Intranet Tracking Number Result

⚠ **Price Change 1/26/2020:**
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for insurance.

Result for Domestic Tracking Number 9400 1112 0255 5359 7832 37                    Tracking Expires On
                                                                                    June 4, 2021

**Destination and Origin**

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 314020996 | SAVANNAH | GA |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 32065 | ORANGE PARK | FL |

**Tracking Number Classification**

#### Class/Service
| | |
|---|---|
| Class/Service: | First-Class Package Service |
| Class of Mail Code/Description: | FC / First Class |

#### Destination Address Information
| | |
|---|---|
| Address: | |
| City: | SAVANNAH |
| State: | GA |
| 5-Digit ZIP Code: | 31402 |
| 4-Digit ZIP Code add on: | 0996 |
| Delivery Point Code: | 96 |
| Record Type Code: | Post Office Box |

#### Origin / Return / Pickup Address Information
| | |
|---|---|
| Address: | PMB 338 |
| City: | ORANGE PARK |
| State: | FL |
| 5-Digit ZIP Code: | 32065 |
| 4-Digit ZIP Code add on: | |
| Delivery Type: | Residential |

#### Shipping Services File
| | |
|---|---|
| Shipping Services File Number: | 9475 0112 0108 0318 4685 45 |
| Date/Time Tendering Mail: | 02/04/2021 16:00 |
| Shipping Services File Type: | 2 - Tracking File |
| Shipment Accepted: | No |
| Requested by Shipper: | Waiver of Signature |

#### Service Delivery Information
| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Monday, 02/08/2021 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 01 |
| PO Box: | Y |
| Other Information | Service Calculation Information |

Inspection Service
Exhibit
21
Label 113, July 1987

USPS Tracking Intranet

## Payment

Payment Type: Postage Affixed
Payment Account Number: 0000000000
Postage: $3.43
Weight: 0 lb(s) 7 oz(s)

Agent Information

Request Internal USPS Tracking Plus Statement

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| USPS Tracking | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| PRE-SHIPMENT INFO SENT TO USPS | MA | 02/08/2021 | 22:43 | ORANGE PARK, FL 32065 | Manifest Generated | | Destined to route B009 | 02/08/2021 22:43:53 | |
| DELIVERED, PO BOX | 01 | 02/06/2021 | 15:02 | SAVANNAH, GA 31402 | Scanned | IMD 030SHS00SQ (non-wireless) | Scanned by route 1401B001 | 02/06/2021 14:30:09 | Facility Finance Number: 127815 |
| SORTING/PROCESSING COMPLETE | PC | 02/06/2021 | 07:32 | SAVANNAH, GA 31402 | System Generated | | | 02/06/2021 06:58:28 | |
| ARRIVAL AT UNIT | 07 | 02/06/2021 | 07:31 | SAVANNAH, GA 31401 | Scanned | PASS-002 | Destined to route B009 | 02/06/2021 06:58:22 | OFD Same Day PC / OF Reason Code |
| DEPART USPS FACILITY | L1 | 02/06/2021 | 00:26 | JACKSONVILLE, FL 32099 | Container Generated | S020310453 | | 02/06/2021 01:56:35 | Container Type: GAYLORD 4FT Container ID: 99P314012+4-0004RY-75693350 |
| CONTAINER CLOSE | C1 | 02/05/2021 | 18:22 | JACKSONVILLE, FL 32099 | Container Generated | S016400353 | | 02/05/2021 15:54:15 | Container Type: GAYLORD 4FT Container ID: 99P314012H-0004RY-79693350 |
| ENROUTE/PROCESSED | 10 | 02/05/2021 | 05:41 | JACKSONVILLE, FL 32099 | Scanned | SPBSTS-001-000001 | | 02/05/2021 04:51:04 | |
| SHIPPING LABEL CREATED | GX | 02/04/2021 | 20:21 | ORANGE PARK, FL 32065 | Shipping Partner Generated | | | 02/04/2021 16:13:07 | |
| ENROUTE/PROCESSED | 10 | 02/04/2021 | 19:34 | JACKSONVILLE, FL 32099 | Scanned | SPBSTS-001-000002 | | 02/04/2021 18:50:14 | |
| ACCEPTED AT USPS FACILITY | UA | 02/04/2021 | 18:34 | JACKSONVILLE, FL 32099 | System Generated | | | 02/04/2021 18:53:06 | |
| ORIGIN ACCEPTANCE | OA | 02/04/2021 | 18:19 | ORANGE PARK, FL 32065 | System Generated | | | 02/06/2021 22:48:51 | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 21.2.2.0.17

03141



US POSTAGE & FEES PAID
7 OZ FIRST CLASS PARCEL RATE
ZONE 1 NO SURCHARGE
ComBasPrice

stamps
endicia

# F

## USPS FIRST-CLASS PKG™

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

SHIP
TO:     RICHARD CARTER

        SAVANNAH GA 31402-0996

## USPS TRACKING #

9400 1112 0255 5359 7832 37

Inspection Service
Exhibit
22
Label 113, July 1987

03142



03143





