





# F

US POSTAGE & FEES PAID
2 OZ FIRST-CLASS PARCEL RATE
ZONE 4 NO SURCHARGE
ComBasPrice

0825H1Z4564504
1560871
FROM 32065

stamps
endicia
08/20/2021

## USPS FIRST-CLASS PKG™

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

**0023**

SHIP
TO:      JEREMY HENDRICKSON

HEATHSVILLE VA 22473-4350

### USPS TRACKING #

**9400 1112 0255 5151 0809 30**

3

Automatic
AutoKeyCard.com
Please share on social media and tell
your friends about us.
**Thank you!**
Thank you for your Support of our
All American Freedom Business.
Many More Awesome Products Coming Soon...

MADE IN THE USA

©

PATENT PENDING





















F

**US POSTAGE & FEES PAID**
2 OZ FIRST-CLASS PARCEL RATE
ZONE 5 NO SURCHARGE
ContiUsPrice

USPS™1680/01
1568/31
FROM 32065

stamps
endicia
12/30/2021

## USPS FIRST-CLASS PKG™

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

0023

SHIP
TO:   PAUL P SEWACK JR SEWACK

SPRING BROOK TOWNSHIP PA 18444-6425

**USPS TRACKING #**

9400 1112 0255 5156 6615 09

13

**Automatic**
**AutoKeyCard.com**
Please share on social media and tell
your friends about us.
**Thank you!**
Thank you for your Support of our
All American Freedom Business.
Many More Awesome Products Coming Soon...

PATENT PENDING





**F**

US POSTAGE & FEES PAID
2 OV FIRST-CLASS PARCEL RATE
ZONE 5 NO SURCHARGE
ComBasPrice

0625001T283920
15408711
FROM 32065

stamps
endicia
02/28/2021

## USPS FIRST-CLASS PKG™

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

**0023**

SHIP TO:   **CHRIS BARTON**

PEOSTA IA 52068-9689

### USPS TRACKING #

**9400 1112 0255 5151 0801 38**

15

Automatic
AutoKeyCard.com
Please share on social media and tell
your friends about us.
**Thank you!**
Thank you for your Support of our
All American Freedom Business.
Many More Awesome Products Coming Soon...

PATENT PENDING















CASE # 3304563-PMF
DEF: ERVIN        2/26/21                    KAA

| SW's | | 22 parcels intercepted 2/22/21 @ Ridgewood PO | | | |
|------|---|---|---|---|---|
| Time | # | Cast 4 | Name | Description (cutouts) | PEAP# |
| 6:05 AM | 1 | 9582 99 - McCaleb - | 3 bottle opener cards (9) - | | IS0001480696 |
| 6:10 AM | 2 | 3499 93- Register - | 1 bottle opener card (3) - | | IS0001480695 |
| 6:12 AM | 3 | 080930- Hendrickson- | 1 card (double) (2) - | | IS0001480694 |
| 6:14 AM | 4 | 275909- Worden - | 2 cards (1 double) (5)- (1 bottle opener) | | IS0001480693 |
| 6:17 AM | 5 | 275640 - Banicki - | 1 bottle opener card (3) - | | IS0001480692 |
| 6:20 AM | 6 | 275136- Shoemaker - | 1 bottle opener card (3)- | | IS0001480691 |
| 6:24 AM | 7 | 256496- Rathbone - | 2 bottle opener cards (6) - | | IS0001980690 |
| 6:26 AM | 8 | 666870 - Avalos- | 1 card-double - (2) | | IS0001480689 |
| 6:34 AM | 9 | 593654- Bohm- | 1 card - single - (1) - | | IS0001480258 |
| 6:39 AM | 10 | 661851 - Kleehamer- | 1 card - bottle opener (3)- | | IS0001480255 |
| 6:43 AM | 11 | 541259- Hood - | 1 bottle opener card (3)- | | IS0001480254 |
| 6:45 AM | 12 | 667952- Briggs | 1 bottle opener card (3)- | | IS0001480253 |
| 6:49 AM | 13 | 661509- Seawack - | 1 card-double (2)- | | IS0001480252 |
| 6:50 AM | 14 | 606464- Bennett | 1 bottle opener card (3) - | | IS0001480251 |
| 6:53 AM | 15 | 080158- Barton- | 1 card-single (1) | | IS0001480250 |
| 6:55 AM | 16 | 040053- Cordova- | 1 card-single (1) | | IS0001480249 |
| 6:57 AM | 17 | 957674- McCaleb- | 1 card-double (2) | | IS0001480248 |
| 7:00 AM | 18 | 601579- Asiala- | 1 bottle opener card (3) | | IS0001480247 |
| 7:02 AM | 19 | 311217- Luna - | 1 card-double (2) | | IS0001480246 |
| 7:04 AM | 20 | 008226- Thomas- | 1 bottle opener card (3) | | IS0001480245 |
| 7:06 AM | 21 | 316559- Martinez- | 1 bottle opener card (3) | | IS0001480244 |
| 7:08 AM | 22 | 462686- Wagner - | 1 bottle opener card (3) | | IS0001480243 |

Totals: 22 Parcels      26 cards with 66 cutouts for Links