

U.S. POSTAL SERVICE
PROPERTY/EVIDENCE

Automatic
AutoKeyCard
Thank you!
Please share on social media and tell your friends about us.