



US POSTAL INSPECTION SERVICE PROPERTY/EVIDENCE