

IS0001480253

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 30L

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23



US POSTAGE & FEES PAID
3 OZ FIRST CLASS PARCEL RATE
ZONE 4 NO SURCHARGE
CoinBasPrice

**USPS FIRST-CLASS PKG™**

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

0023

SHIP TO: JOHN BRIGGS

ROSSVILLE TN 38066-5055

USPS TRACKING #

9400 1112 0255 5156 6679 52

12

EVIDENCE PROPERTY

2/26/21

MADE IN THE USA

PATENT PENDING

Automatic
AutoKeyCard.com

Please share on social media and tell your friends about us.

Thank you!

Thank you for your Support of our All-American Freedom Business.

Many More Awesome Products Coming Soon...