

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 30M

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

IS0001480252

**F**

US POSTAGE & FEES PAID
2 OZ FIRST CLASS PARCEL RATE
ZONE 5 NO SURCHARGE
ComBasPrice

endicia
02/20/2021

## USPS FIRST-CLASS PKG™

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

0023

SHIP TO:   PAUL P SEWACK JR SEWACK

SPRING BROOK TOWNSHIP PA 18444-6425

**USPS TRACKING #**

9400 1112 0255 5156 6615 09

13

U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

U.S. POSTAL INSPECTION
PROPERTY/EVIDENCE