

U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

RcR 2121621

**Automatic**
**AutoKeyCard.com**

Please share on social media and tell
your friends about us.

**Thank you!**

Thank you for your Support of our
All American Freedom Business.

Many More Awesome Products Com