

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 30R

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

IS0001480247

**USPS FIRST-CLASS PKG™**

US POSTAGE & FEES PAID
1 OZ FIRST-CLASS PARCEL
ZONE 6 NO SURCHARGE
CommBasPrice

stamps
endicia

**F**

0023

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

SHIP TO:  SKYLAR ASIALA

CADILLAC MI 49601-9160

**USPS TRACKING #**

9400 1112 0255 5151 6015 79

18



U.S. POSTAL INSPECTION
PROPERTY/EVIDENCE

MADE IN THE USA

PATENT PENDING