U.S. District Court
Middle District of Florida
Jacksonville Division
GOVERNMENT EXHIBIT
Exhibit No.: 305
Case No.: 3:21-cr-22(S4)-MMH-MCR
UNITED STATES OF AMERICA
vs.
KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER
Date Identified: 4-12-23
Date Admitted: 4-12-23
U.S. POSTAL IN
PROPERT
IS0001480246
F
US POSTAGE & FEES PAID
2 OZ FIRST CLASS PARCEL RATE
ZONE 8 NO SURCHARGE
ComBasPrice
stamps endicia
USPS FIRST-CLASS PKG™
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
0023
SHIP TO:
CESAR LUNA
LYNDEN WA 98264-1016
USPS TRACKING #
9400 1112 0255 5145 3112 17
19

U.S. POSTAL INSPECTION SERVIC
PROPERTY/EVIDENCE
PATENT PENDING