



U.S. POSTAL INSPECTION SERVICE

PROPERTY/EVIDENCE