

POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE
U.S. POSTAL IN
PROPERT

KH 2/28

MADE IN THE USA

PATENT PENDING

**Automatic**
AutoKeyCard.co

Please share on social media and tell
your friends about us.

**Thank you!**

Thank you for your Support
All American Freedom Busi

Many More Awesome Products Com