











MADE IN THE USA
PATENT PENDING
Automatic
AutoKeyCard.com
Please share on social media and tell your friends about us.
Thank you!
Thank you for your Support of our All American Freedom Business.
Many More Awesome Products Coming Soon...
USPS FIRST-CLASS PKG™
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
0023
SHIP TO:
ROBERT FONTES
HASLET TX 76052-2985
USPS TRACKING #
9400 1112 0255 5178 6392 72

F
US POSTAGE & FEES PAID
USPS FIRST-CLASS PKG TM
0023
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
SHIP TO:
CLINT RUZICKA
GRETNA NE 68028-8015
USPS TRACKING #
9400 1112 0255 5170 6918 72
A-9
IS0001480234
A9
MADE IN THE USA
PATENT PENDING
Automatic
AutoKeyCard.com
Please share on social media and tell your friends about us.
Thank you!
Thank you for your Support of our All American Freedom Business.
Many More Awesome Products Coming Soon...

ISO001480233

A 10

Autokeycard.com
**Automatic**
Please share on social media and tell
your friends about us.
**Thank you!**
Thank you for your Support of our
All American Freedom Business.
Many More Awesome Products Coming Soon...

PATENT PENDING

MADE IN THE USA

**USPS FIRST-CLASS PKG™**

US POSTAGE & FEES PAID
3 OZ FIRST CLASS PARCEL RATE
ZONE 5 NO SURCHARGE
GunBasePkce

FROM: 32065

stamps
endicia
6/25/2021

0023

SHIP
TO:

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

DAVID HUNGERSCHAFER

GLENVILLE NY 12325-0634

USPS TRACKING #

9400 1112 0255 5174 8176 05

32.10



F
US POSTAGE & FEES PAID
2 OZ FIRST CLASS PARCEL RATE
ZONE 3 NO SURCHARGE
FROM 32065
stamps endicia
USPS FIRST-CLASS PKG™
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
0023
SHIP TO:
GARY MERRILL
MATHEWS AL 36052-4247
USPS TRACKING #
9400 1112 0255 5178 6310 54
35-13
S0001480230
A13
MADE IN THE USA
Automatic
Please share on social media and tell your friends about us.
Thank you!
Thank you for your Support of our All American Freedom Business.
Many More Awesome Products Coming Soon...

**F**

US POSTAGE & FEES PAID
2 OZ 1 FIRST CLASS PARCEL
2 ZONE 5 NO SURCHARGE
ComBasePrice

**USPS FIRST-CLASS PKG™**

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

SHIP
TO:

BRUCE BEHRINGER

PARK RIDGE NJ 07656-1409

0023

USPS TRACKING #

9400 1112 0255 5115 8576 39

Automatic
AKeyToolsUSA.com
Please share on social media and tell
your friends about us.
**Thank you!**
Thank you for your Support of our
All American Freedom Business.
Many More Awesome Products Coming Soon....

MADE IN THE USA

PATENT PENDING

F
US POSTAGE & FEES PAID
USPS FIRST-CLASS PKG TM
0023
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
SHIP TO:
AUSTIN I FIFER
MARYSVILLE WA 98271-7852
USPS TRACKING #
9400 1112 0255 5174 3801 30
38-16
MADE IN THE USA
PATENT PENDING
AutomaticAutoKeyCard.com
Please share on social media and tell your friends about us.
Thank you!
Thank you for your Support of our All American Freedom Business.
Many More Awesome Products Coming Soon...
1S0001480227
A16

F
US POSTAGE & FEES PAID
USPS FIRST-CLASS PKG™
0023
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
SHIP TO:
EDWARD MORRELL
CAPE CHARLES VA 23310-3617
USPS TRACKING #
9400 1112 0255 5115 8699 84
42-28
Automatic
AutoKeyCard.com
Please share on social media and tell your friends about us.
Thank you!
Thank you for your support of our All American Freedom Business.
Many More Awesome Products Coming Soon...
MADE IN THE USA
PATENT PENDING
IS0001480223
A20

IS000148O221
Automatic
AutoKeyCard.com
Please share on social media and tell your friends about us.
Thank you!
Thank you for your Support of our All American Freedom Business.
Many More Awesome Products Coming Soon...
MADE IN THE USA
PATENT PENDING
F
US POSTAGE & FEES PAID
USPS FIRST-CLASS PKG™
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
0023
SHIP TO:
ADAM AYVAZIAN
MAHOPAC NY 10541-2619
USPS TRACKING #
9400 1112 0255 5112 3982 65

Automatic
AutoKeyCard.com
Please share on social media and tell your friends about us.
Thank you!
Thank you for your Support of our All American Freedom Business.
Many More Awesome Products Coming Soon...
MADE IN THE USA
PATENT PENDING
IS0001480217
A26
US POSTAGE & FEES PAID
stamps endicia
USPS FIRST-CLASS PKG TM
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
0023
SHIP TO:
IAN OSTROWSKI
WILDOMAR CA 92595-7626
USPS TRACKING #
9400 1112 0255 5178 6160 44

F
US POSTAGE & FEES PAID
2 OZ FIRST CLASS PARCEL RATE
ZONE 8 NO SURCHARGE
ComBasPrice
062S0011258407
15609731
FROM 32065
stamps endicia
USPS FIRST-CLASS PKG TM
AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
0023
SHIP TO:
MAX WILLIAMS
SAN RAFAEL CA 94901-2409
USPS TRACKING #
9400 1112 0255 5721 1868 57
Automatic
AutoKeyCard.com
Please share on social media and tell your friends about us.
Thank you!
Thank you for your Support of our All American Freedom Business.
Many More Awesome Products Coming Soon.
MADE IN THE USA
PATENT PENDING
IS0001480204
478



































