



U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

PATENT PENDING

MADE IN THE USA