

U.S. POSTAL INSPECTION SERVICE PROPERTY/EVIDENCE

Automatic
AutoKeyCard.com

Please share on social media and tell your friends about us.

**Thank you!**

Thank you for your Support of our All American Freedom Business.

Many More Awesome Products Coming Soon...