

PROPERTY/EVIDENCE
U.S. POSTAL INSPECTION SERVICE
U.S. POS

MADE IN THE USA

PATENT PENDING