Case 3:21-cr-00022-MMH-MCR   Document 259-85   Filed 04/21/23   Page 1 of 2 PageID 2495



U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE
03/23/21

MADE IN THE USA

PATENT PENDING