

U.S. District Court
Middle District of Florida
Jacksonville Division
GOVERNMENT EXHIBIT
Exhibit No.: 33H
Case No.: 3:21-cr-22(S4)-MMH-MCR
UNITED STATES OF AMERICA
vs.
KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER
Date Identified: 4-12-23
Date Admitted: 4-12-23
U.S. POSTAL
IS0001480235
A9
F
US POSTAGE & FEES PAID
stamps endicia
USPS FIRST-CLASS PKG™
AKeyCard
Blanding Blvd STE 23, PMB 336
Orange Park FL 32065
0023
SHIP TO:
STEPHEN COSTELLO
BEND OR 97701-7964
USPS TRACKING #
9400 1112 0255 5119 0337 25
30-8

03-22-21
PROPERTY/EVIDENCE
U.S. POSTAL INSPECTION SERVICE
PATENT PENDING
MADE IN THE USA

