

U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

AutoKeyCard.com

Please share on social media and tell your friends about us.

Thank you!

Thank you for your Support of our All American Freedom Business.

Many More Awesome Products Coming Soon...

MADE IN THE USA

PATENT PENDING