

U.S. District Court
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: _331_

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: _4-12-23_

Date Admitted: _4-12-23_

IS0001480231

A12

US POSTAGE & FEES PAID
2 OZ FIRST CLASS PARCEL
ZONE 4 NO SURCHARGE
ComBasPrice

FROM 32065

stamps
endicia
02/23/2021

**F**

**USPS FIRST-CLASS PKG™**

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065          0023

SHIP
TO:    ROBERT ANDERSON

FRANKLIN TN 37069-1488

**USPS TRACKING #**

9400 1112 0255 5178 4022 72

34-12

