

03/22/01

MADE IN THE USA

PATENT PENDING