Case 3:21-cr-00022-MMH-MCR   Document 259-93   Filed 04/21/23   Page 1 of 2 PageID 2511



