

PROPERTY/EVIDENCE
7/22/21

IS0001480223
A20

GOVERNMENT EXHIBIT

Exhibit No.: 33T

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

**F**

4 OZ FIRST CLASS PARCEL
ZONE 4 NO SURCHARGE
ComBasPrice

**USPS FIRST-CLASS PKG™**

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

0023

SHIP TO:  EDWARD MORRELL

CAPE CHARLES VA 23310-3617

**USPS TRACKING #**

9400 1112 0255 5115 8699 84

42-20



POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

PATENT PENDIN

MADE IN THE