

U.S. POSTAL INSPECTION
PROPERTY/EVIDENCE

Middle District of Florida

GOVERNMENT EXHIBIT

Exhibit No.: 33V

Case: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA
v.
CHRISTOPHER JUSTIN BOYER ERVIN
ANDREW RAYMOND HOOVER

Identified: 4-12-23
Submitted: 4-12-23

IS0001480221

A22

F

3 OZ FIRST CLASS PACKAGE
ZONE 5 NO SURCHARGE
ComBasPrice

USPS FIRST-CLASS PKG™

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

0023

SHIP
TO:       ADAM AYVAZIAN

MAHOPAC NY 10541-2619

USPS TRACKING #

9400 1112 0255 5112 3982 65

44-22

U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

UNITED

vs.



PATENT PENDING

MADE IN THE USA