

US POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

MADE IN THE USA



PATENT PENDING