

U.S. POSTAL INSPECTION SERVICE
PROPERTY / EVIDENCE

RCD 03/22/21

MADE IN THE U

©

PATENT PENDING