

U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE
RCB 03/22/21

PATENT PENDING
MADE IN THE USA