

U.S. POSTAL INSPECTION SERVICE
PROPERTY/EVIDENCE

Good news!
Your additional order items are shipping from our manufacturing facility directly to you.
Thank you, AutoKeyCard.com