

U.S. District Court
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 444

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

**USPS FIRST-CLASS PKG™**

AKeyCard
950 Blanding Blvd STE 23, PMB 336
Orange Park FL 32065

0023

SHIP TO:  MAX WILLIAMS

SAN RAFAEL CA 94901-2409

**USPS TRACKING #**

9400 1112 0255 5721 1868 57

50-2

