

Case 3:21-cr-00022-MMH-MCR   Document 259-18   Filed 03/22/24   Page 2 of 2 PageID 2634