

# EVIDENCE

(TO BE OPENED BY AUTHORIZED PERSONNEL ONLY)

**NOTE**
A) DO NOT USE THIS BAG FOR ANY EVIDENCE THAT HAS WET/DAMP BODY FLUIDS ON IT.
B) TO SEAL BAG, PEEL OFF RELEASE LINER, THEN SEAL BAG BY PRESSING DOWN ON GLUE LINE.

CASE NUMBER: _____
DESCRIPTION OF ENCLOSED EVIDENCE: AMP-796
SUBMITTING AGENCY: _____
TELEPHONE NUMBER: _____
EVIDENCE RECORDED BY: _____
VICTIM'S FULL NAME: _____
SUSPECT'S FULL NAME: _____
EVIDENCE BAG SEALED BY: _____ (PRINT NAME)
_____ (SIGNATURE)
DATE SEALED: 4/26/2021  TIME SEALED: _____ AM/PM

## CHAIN OF CUSTODY

| | DATE TIME | ITEM NO. QTY. | RELEASED BY: NAME, BADGE NO. SIGN | RECEIVED BY: NAME, BADGE NO. SIGN | REASON FOR CHANGE IN CUSTODY |
|---|---|---|---|---|---|
| 1 | 4/26/21 | 831 | C. Lazzaro | M. Medlin | Return to Agent |
| 2 | 4/27/21 | 831 | M Medlin | | DFB |
| 3 | | | | Sgt Hooker | Vault |
| 4 | 04/07/23 | | MS | Mal | checked out |

### FOR CRIME LAB PERSONNEL ONLY

CONDITION OF EVIDENCE BAG UPON RECEIPT AT LAB:
[ ] SEALED  [ ] OTHER

CRIME LAB CASE NO: _____
NOTES: _____

## FINAL DISPOSAL ACTION

RETURNED TO OWNER [ ]  DESTROYED [ ]  OTHER _____
OFFICER _____  SIGNATURE _____  DATE _____
NO. ____ OF ____ BAGS

CUT BELOW DOTTED LINE TO OPEN

0193472