# Overview dashboard

📅 **Month to date**   compared to Oct 1–Oct 12, 2020

| Total sales | | |
|---|---|---|
| **$10,577.44** | | ↑ 15,011% |
| Online Store | $10,497.44 | ↑ 14,896% |
| Draft Orders | $80.00 | — |

SALES OVER TIME



Online store conversion rate

| Online store sessions | View report |
|---|---|
| **4,225** | ↑ 766% |
| Visitors | 3,456 | ↑ 691% |

SESSIONS OVER TIME



Average order value

**$95.88**     ↑ 37%

Returning customer rate

**1.8%**     —

CUSTOMERS



Total orders

**111**     ↑ 11,000%

ORDERS OVER TIME