

**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

## GOVERNMENT EXHIBIT

Exhibit No.: **50A**

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23

The image shows four near-identical evidence identification labels (Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives) photographed sideways over a clear evidence bag marked "PAPER SERVING".

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000015 |

**DESCRIPTION OF PROPERTY**
Home Machine Gun Conversion Kit MNF: ERVIN, Kristopher
MANUFACTURER, TYPE: MACHINE GUN MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.
Orange Park    FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| (signature) | 03 02 21 |
| Ackerly | 3/11/21 |
| (signature) | APR 07 2023 |

VAULT

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #3 Room 1 Desk/Matz - AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION
2544933

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000018 |

**DESCRIPTION OF PROPERTY**
Firearm Machine Gun Conversion Kit MNF: ERVIN, Kristopher
MANUFACTURER, TYPE: MACHINE GUN MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.
Orange Park    FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| (signature) | 03 02 21 |
| Ackerly | 3/11/21 |
| (signature) | APR 07 2023 |

VAULT

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #3 Room 1 Desk/Matz - AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION
2544934

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000016 |

**DESCRIPTION OF PROPERTY**
Firearm Machine Gun Conversion Kit MNF: ERVIN, Kristopher
MANUFACTURER, TYPE: MACHINE GUN MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.
Orange Park    FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| (signature) | 03 02 21 |
| Ackerly | 3/11/21 |
| (signature) | APR 07 2023 |

VAULT

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #3 Room 1 Desk/Matz - AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION
2544899

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000017 |

**DESCRIPTION OF PROPERTY**
Firearm Machine Gun Conversion Kit MNF: ERVIN, Kristopher
MANUFACTURER, TYPE: MACHINE GUN MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.
Orange Park    FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| (signature) | 03 02 21 |
| Ackerly | 3/11/21 |
| (signature) | APR 07 2023 |

VAULT

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #3 Room 1 Office/Matz - AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION
2544900