**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

## GOVERNMENT EXHIBIT

Exhibit No.: **50 B**

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | CUST DATE | EXH # |
|---|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 3/2/2021 | 000021 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park         FL  32065-

**CHAIN OF CUSTODY**

SIGNATURE: [sig]   DATE: 030221
SIGNATURE: [sig] vault 3/11/21
SIGNATURE: [sig] trial   DATE: APR 07 2023

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #4 Room 1/Mutz - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION  2545008

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | CUST DATE | EXH # |
|---|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 3/2/2021 | 000024 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park         FL  32065-

**CHAIN OF CUSTODY**

SIGNATURE: [sig]   DATE: 030221
SIGNATURE: [sig] vault 3/11/21
SIGNATURE: [sig] trial   DATE: APR 07 2023

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #4 Room 1/Mutz - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION  2545023

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | CUST DATE | EXH # |
|---|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 3/2/2021 | 000022 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park         FL  32065-

**CHAIN OF CUSTODY**

SIGNATURE: [sig]   DATE: 030221
SIGNATURE: [sig] vault 3/11/21
SIGNATURE: [sig] trial   DATE: APR 07 2023

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #4 Room 1/Mutz - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION  2545014

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | CUST DATE | EXH # |
|---|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 3/2/2021 | 000025 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park         FL  32065-

**CHAIN OF CUSTODY**

SIGNATURE: [sig]   DATE: 030221
SIGNATURE: [sig] vault 3/11/21
SIGNATURE: [sig] trial   DATE: APR 07 2023

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #4 Room 1/Mutz - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION  2545026

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | CUST DATE | EXH # |
|---|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 3/2/2021 | 000023 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park         FL  32065-

**CHAIN OF CUSTODY**

SIGNATURE: [sig]   DATE: 030221
SIGNATURE: [sig] vault 3/11/21
SIGNATURE: [sig] trial   DATE: APR 07 2023

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #4 Room 1/Mutz - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION  2545019

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | CUST DATE | EXH # |
|---|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 3/2/2021 | 000026 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park         FL  32065-

**CHAIN OF CUSTODY**

SIGNATURE: [sig]   DATE: 030221
SIGNATURE: [sig] vault 3/11/21
SIGNATURE: [sig] trial   DATE: APR 07 2023

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #4 Room 1/Mutz - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION  2545030