

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 50C

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23
Date Admitted: 4-11-23

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 000045 |
|  | CUST DATE 3/2/2021 |  |  |

**LOCATION RECOVERED FROM:** Home Address of: ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-

**DESCRIPTION OF PROPERTY:** FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS:** Return Item # 15 - Room 8/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 |  |
| [signature] | APR 07 2023 |

BAR CODE INFORMATION: 2544978

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 000048 |
|  | CUST DATE 3/2/2021 |  |  |

**LOCATION RECOVERED FROM:** Home Address of: ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-

**DESCRIPTION OF PROPERTY:** FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS:** Return Item # 15 - Room 8/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 |  |
| [signature] | APR 07 2023 |

BAR CODE INFORMATION: 2544991

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 000046 |
|  | CUST DATE 3/2/2021 |  |  |

**LOCATION RECOVERED FROM:** Home Address of: ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-

**DESCRIPTION OF PROPERTY:** FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS:** Return Item # 15 - Room 8/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 |  |
| [signature] | APR 07 2023 |

BAR CODE INFORMATION: 2544984

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 000049 |
|  | CUST DATE 3/2/2021 |  |  |

**LOCATION RECOVERED FROM:** Home Address of: ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-

**DESCRIPTION OF PROPERTY:** FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS:** Return Item # 15 - Room 8/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 |  |
| [signature] | APR 07 2023 |

BAR CODE INFORMATION: 2544992

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 000047 |
|  | CUST DATE 3/2/2021 |  |  |

**LOCATION RECOVERED FROM:** Home Address of: ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-

**DESCRIPTION OF PROPERTY:** FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS:** Return Item # 15 - Room 8/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 |  |
| [signature] | APR 07 2023 |

BAR CODE INFORMATION: 2544987

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | PERSON RECOVERED FROM | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | ERVIN, Kristopher | 000050 |
|  | CUST DATE 3/2/2021 |  |  |

**LOCATION RECOVERED FROM:** Home Address of: ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-

**DESCRIPTION OF PROPERTY:** FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS:** Return Item # 15 - Room 8/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 |  |
| [signature] | APR 07 2023 |

BAR CODE INFORMATION: 2544995

---

STRIP-N-GRIP™   LYNN PEAVEY CO.   1-800-255-6499