

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: **50D**

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23



## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000061 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL.: ZZ,
SN: NONE

**LOCATION RECOVERED FROM** — Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.    FL   32065-
Orange Park

**PERSON RECOVERED FROM** — ERVIN, Kristopher

**CHAIN OF CUSTODY**

SIGNATURE ... DATE 03 02 21
SIGNATURE ... DATE 3/16/21
SIGNATURE ... DATE 4/7/23

**BAR CODE INFORMATION**
2545035

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 16 - Room 8/Hannon  AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000064 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL.: ZZ,
SN: NONE

**LOCATION RECOVERED FROM** — Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.    FL   32065-
Orange Park

**PERSON RECOVERED FROM** — ERVIN, Kristopher

**CHAIN OF CUSTODY**

SIGNATURE ... DATE 0300 2 21
SIGNATURE ... DATE 3/11/5
SIGNATURE ... DATE APR 0 7 2023

**BAR CODE INFORMATION**

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000060 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL.: ZZ,
SN: NONE

**LOCATION RECOVERED FROM** — Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.    FL   32065-
Orange Park

**PERSON RECOVERED FROM** — ERVIN, Kristopher

**CHAIN OF CUSTODY**

SIGNATURE ... DATE 0 30 2 21
SIGNATURE ... DATE 3/11/21
SIGNATURE ... DATE APR 0 7 2023

**BAR CODE INFORMATION**
2545032

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 16 - Room 8/Hannon  AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000063 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL.: ZZ,
SN: NONE

**LOCATION RECOVERED FROM** — Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.    FL   32065-
Orange Park

**PERSON RECOVERED FROM** — ERVIN, Kristopher

**CHAIN OF CUSTODY**

SIGNATURE ... DATE 0 30 2 21
SIGNATURE ... DATE 3/11/21
SIGNATURE ... DATE APR 0 7 2023

**BAR CODE INFORMATION**

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000059 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL.: ZZ,
SN: NONE

**LOCATION RECOVERED FROM** — Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.    FL   32065-
Orange Park

**PERSON RECOVERED FROM** — ERVIN, Kristopher

**CHAIN OF CUSTODY**

SIGNATURE ... DATE 0 30 2 21
SIGNATURE ... DATE 3/11/21
SIGNATURE ... DATE APR 0 7 2023

**BAR CODE INFORMATION**

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 16 - Room 8/Hannon  AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000062 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL.: ZZ,
SN: NONE

**LOCATION RECOVERED FROM** — Home Address of: ERVIN, Kristopher
2409 Kirkwall CT.    FL   32065-
Orange Park

**PERSON RECOVERED FROM** — ERVIN, Kristopher

**CHAIN OF CUSTODY**

SIGNATURE ... DATE 0 30 2 21
SIGNATURE ... DATE 3/11/21
SIGNATURE ... DATE APR 0 7 2023

**BAR CODE INFORMATION**