

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 50E

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23
Date Admitted: 4-11-23

STRIP-N-GRIP™
LYNN PEAVEY CO.
1-800-255-6499

Date ____ Time ____ Received From ____ By ____ AM PM
Date ____ Time ____ Received From ____ By ____ AM PM
Date ____ Time ____ Received From ____ By ____ AM PM
Date ____ Time ____ Received From ____ By ____ AM PM
Date ____ Time ____ Received From ____ By ____ AM PM

# CHAIN OF CUSTODY

Reason Seized: ☐ Safekeeping ☐ Analysis ☐ Trial
Recovered By ____
Location of Recovery ____
Date and Time of Recovery ____
Victim ____
Suspect ____
Case Number ____
Type of Offense ____
Description of Evidence ____

---

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**EVIDENCE IDENTIFICATION LABEL**

| CASE NUMBER | ACTION | CUST. DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000103 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**LOCATION RECOVERED FROM**
**PERSON RECOVERED FROM** ERVIN, Kristopher
**Home Address of:** ERVIN, Kristopher
2409 Kirkwall CT.
Orange Park, FL 32065-

**CHAIN OF CUSTODY**
SIGNATURE ____ 050995
SIGNATURE GwEEnly DATE 3/11/21
SIGNATURE Heu DATE APR 07 2023 AB

**BAR CODE INFORMATION**
2545189

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 16 - Room 1/Slusser AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

---

**EVIDENCE**

LPS120110212A