

Automatic
AutoKeyCard.com
Please share on social media and tell your friends about us

MADE IN TH[E]

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000108 |

DESCRIPTION OF PROPERTY
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

PERSON RECOVERED FROM
ERVIN, Kristopher

LOCATION RECOVERED FROM
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park    FL   32065-

CHAIN OF CUSTODY

SIGNATURE _Sen_   DATE 030221
SIGNATURE _AER vault 3/11/21_   DATE APR 0 7 2023
SIGNATURE _Thy S Snel_

SPECIAL INSTRUCTIONS/REMARKS
Return Item # 20 - Room 1/Mutz AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION 2545224

---

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000109 |

DESCRIPTION OF PROPERTY
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

PERSON RECOVERED FROM
ERVIN, Kristopher

LOCATION RECOVERED FROM
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park    FL   32065-

CHAIN OF CUSTODY

SIGNATURE _Sen_   DATE 030221
SIGNATURE _AER vault 3/11/21_   DATE APR 0 7 2023
SIGNATURE _Thy S Snel_

SPECIAL INSTRUCTIONS/REMARKS
Return Item # 20 - Room 1/Mutz AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION 2545226