

U.S. District Court
Middle District of Florida
Jacksonville Division

GOVERNMENT EXHIBIT

Exhibit No.: 50G

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

(Page contains four ATF Evidence Identification Labels, rotated, with the following repeated information:)

**CASE NUMBER:** 767060-21-0017
**ACTION:** SEIZED ADMINISTRATIVELY
**CUST DATE:** 3/2/2021
**EXH #:** 000128, 000129, 000130, 000131

**PERSON RECOVERED FROM:** ERVIN, Kristopher

**LOCATION RECOVERED FROM:**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park FL 32065-

**DESCRIPTION OF PROPERTY:**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ
SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS:**
Return Item #21 Room 1 Office/Mutz - AutoKeyCard with two (2) suspected "Lightning Links" engraved on the metal card.

**CHAIN OF CUSTODY:**
- Signature / Date: 03.02.21
- vault 3/11/21
- APR 07 2023

**BAR CODE INFORMATION:** 2545753, 2545756, 2545761, 2545772, 2545774, 2545768