

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000181 |

**LOCATION RECOVERED FROM / PERSON RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park  FL  32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 23 room 8 / hannon

**CHAIN OF CUSTODY**
SIGNATURE [signed] DATE 03.02.21
SIGNATURE [signed] vault 3/11/21
SIGNATURE [signed] free 11 APR 0 7 2023

BAR CODE INFORMATION 2545242

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000184 |

**LOCATION RECOVERED FROM / PERSON RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park  FL  32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 23 Room 8 / Hannon

**CHAIN OF CUSTODY**
SIGNATURE [signed] DATE 03.02.21
SIGNATURE [signed] vault 3/11/21
SIGNATURE [signed] free 11 APR 0 7 2023

BAR CODE INFORMATION 2545327

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000182 |

**LOCATION RECOVERED FROM / PERSON RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park  FL  32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 23 room 8 / hannon

**CHAIN OF CUSTODY**
SIGNATURE [signed] DATE 03.02.21
SIGNATURE [signed] vault 3/11/21
SIGNATURE [signed] free APR 0 7 2023

BAR CODE INFORMATION 2545258

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000185 |

**LOCATION RECOVERED FROM / PERSON RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park  FL  32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 23 room 8 / hannon

**CHAIN OF CUSTODY**
SIGNATURE [signed] DATE 03.02.21
SIGNATURE [signed] vault 3/11/21
SIGNATURE [signed] free APR 0 7 2023

BAR CODE INFORMATION 2545290

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000183 |

**LOCATION RECOVERED FROM / PERSON RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park  FL  32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**CHAIN OF CUSTODY**
SIGNATURE [signed] DATE 03.02.21
SIGNATURE [signed] vault 3/11/21
SIGNATURE [signed] free APR 0 7 2023

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000186 |

**LOCATION RECOVERED FROM / PERSON RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park  FL  32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**CHAIN OF CUSTODY**
SIGNATURE [signed] DATE 03.02.21
SIGNATURE [signed] vault 3/11/21
SIGNATURE [signed] free APR 0 7 2023