

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000234 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 03.02.21 |
| AERS | 3/11/21 |
| [signed] vault 3/11/21 | |
| [signed] true APR 07 2023 | |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 24 - Room 8/Hannon - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION 2545373

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000237 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 03.02.21 |
| AERS | 3/11/21 |
| [signed] vault 3/11/21 | |
| [signed] true APR 07 2023 | |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 24 - Room 8/Hannon - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION 2545376

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000235 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 03.02.21 |
| AERS | 3/11/21 |
| [signed] vault 3/11/21 | |
| [signed] true APR 07 2023 | |

BAR CODE INFORMATION 2545379

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000238 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park FL 32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 03.02.21 |
| AERS | 3/11/21 |
| [signed] vault 3/11/21 | |
| [signed] true APR 07 2023 | |

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| | | | 000236 |

(Additional partial label — fields obscured)

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| | | | 000239 |