

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | EXH # | ACTION | CUST DATE |
|---|---|---|---|
| 767060-21-0017 | 000351 | SEIZED ADMINISTRATIVELY | 3/2/2021 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park   FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 | |
| [signature] trial 3/11/21 | APR 07 2023 |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 57 - Room 10/Hannon - AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE: 2545650

---

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | EXH # | ACTION | CUST DATE |
|---|---|---|---|
| 767060-21-0017 | 000352 | SEIZED ADMINISTRATIVELY | 3/2/2021 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park   FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 | |
| [signature] trial 3/11/21 | APR 07 2023 |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 57 - Room 10/Hannon - AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE: 2545651

---

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | EXH # | ACTION | CUST DATE |
|---|---|---|---|
| 767060-21-0017 | 000353 | SEIZED ADMINISTRATIVELY | 3/2/2021 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park   FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 | |
| [signature] trial 3/11/21 | APR 07 2023 |

BAR CODE: (not clearly visible)

---

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | EXH # | ACTION | CUST DATE |
|---|---|---|---|
| 767060-21-0017 | 000354 | SEIZED ADMINISTRATIVELY | 3/2/2021 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park   FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 | |
| [signature] trial 3/11/21 | APR 07 2023 |

---

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | EXH # | ACTION | CUST DATE |
|---|---|---|---|
| 767060-21-0017 | 000355 | SEIZED ADMINISTRATIVELY | 3/2/2021 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park   FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 | |
| [signature] trial 3/11/21 | APR 07 2023 |

BAR CODE: 2545652

---

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | EXH # | ACTION | CUST DATE |
|---|---|---|---|
| 767060-21-0017 | 000356 | SEIZED ADMINISTRATIVELY | 3/2/2021 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park   FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault 3/11/21 | |
| [signature] trial 3/11/21 | APR 07 2023 |