

U.S. District Court
Middle District of Florida
Jacksonville Division

GOVERNMENT EXHIBIT

Exhibit No.: 50L

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23
Date Admitted: 4-11-23

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000458 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park    FL  32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**
SIGNATURE / 030221 / DATE 3/11/21
SIGNATURE / VAULT / DATE 4/7/23
SIGNATURE / Trial

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 59 - Room 10/Hannon - AutoKeyCard with two (2) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION 2545755

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000457 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park    FL  32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**
SIGNATURE / 030221 / DATE 3/11/21
SIGNATURE / VAULT / DATE 4/7/23
SIGNATURE / Trial

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 59 - Room 10/Hannon - AutoKeyCard with two (2) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION 2545754

---



## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000453 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park    FL  32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**
SIGNATURE / 030221 / DATE 3/11/21
SIGNATURE / VAULT / DATE 4/7/23
SIGNATURE / Trial

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 59 - Room 10/Hannon - AutoKeyCard with two (2) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION 2545753

---



## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000466 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park    FL  32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**
SIGNATURE / 030221 / DATE 3/11/21
SIGNATURE / VAULT / DATE 4/7/23
SIGNATURE / Trial