

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000483 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park     FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | VAULT 030221 | 3/11/21 |
| [signature] | [illegible] | 11/2/2021 |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 60 - Room 10/Hannon - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

**BAR CODE INFORMATION**
2545807

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000486 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park     FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | VAULT 030221 | 3/11/21 |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 60 - Room 10/Hannon - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

**BAR CODE INFORMATION**
2545821

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000484 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park     FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | VAULT 030221 | 3/11/21 |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 60 - Room 10/Hannon - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

**BAR CODE INFORMATION**
2545809

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000487 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park     FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | VAULT 030221 | 3/11/21 |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 60 - Room 10/Hannon - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

**BAR CODE INFORMATION**
2545817

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000485 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**LOCATION RECOVERED FROM**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park     FL   32065-

**PERSON RECOVERED FROM**
ERVIN, Kristopher

**CHAIN OF CUSTODY**

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | VAULT 030221 | 3/11/21 |

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 60 - Room 10/Hannon - AutoKeyCard with one (1) suspected "Lightning Links" engraved on the metal card.

**BAR CODE INFORMATION**
2545824