

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000564 |

**PERSON RECOVERED FROM:** ERVIN, Kristopher

**LOCATION RECOVERED FROM:**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park      FL   32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #61 - Room 10/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION: 2545827

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 030221 |
| [signed] Avery | vault 3/11/21 |
| [signed] Ch | Trial APR 07 2023 |

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000567 |

**PERSON RECOVERED FROM:** ERVIN, Kristopher

**LOCATION RECOVERED FROM:**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park      FL   32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #61 - Room 10/Hannon AutoKeyCard with three (3) suspected "Lightning Links" engraved on the metal card.

BAR CODE INFORMATION: 2545834

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 030221 |
| [signed] Avery | vault 3/11/21 |
| [signed] Ch | Trial APR 07 2023 |

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000568 |

**PERSON RECOVERED FROM:** ERVIN, Kristopher

**LOCATION RECOVERED FROM:**
Home Address of: ERVIN, Kristopher
2409 Kirkwall CT,
Orange Park      FL   32065-

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 030221 |
| [signed] Avery | vault 3/11/21 |
| [signed] Ch | Trial APR 07 2023 |