LP9120110279B

# EVIDENCE

Case Number _____
Pouch Number _____
Type of Offense _____
Description of Evidence _____

# 60

_____
_____

Suspect _____
Victim _____
Date and Time of Recov _____
Location of Recovery _____
Recovered By _____
Reason Seized _____
☐ Analysis                                    afekeeping

## CHAI

Received From _____
Date _____                                    AM PM
Received From _____
Date _____                                    AM PM
Received From _____          By _____
Date _____          Time _____          AM PM
Received From _____          By _____
Date _____          Time _____          AM PM
Received From _____
Date _____          Time _____          AM PM
Received From _____
Date _____          Time _____          AM PM

LYNN PEAVEY CO.

STRIP-N-GRIP™                                    800-255-6499

---

**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

**GOVERNMENT EXHIBIT**

Exhibit No.: 50 O

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINB DYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000693 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065 | ERVIN, Kristopher |

SN: NONE

**SIGNATURE**

**CHAIN OF CUSTODY**

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item 10 / Hannon

**BAR CODE INFORMATION**
2546114

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000696 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065- | ERVIN, Kristopher |

**SIGNATURE**

**CHAIN OF CUSTODY**

**SPECIAL INSTRUCTIONS/REMARKS**

**BAR CODE INFORMATION**
2546277

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000694 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065- | ERVIN, Kristopher |

**SIGNATURE**

**CHAIN OF CUSTODY**

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 68 Room 10 / Hannon

**BAR CODE INFORMATION**
2546150

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000697 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065- | ERVIN, Kristopher |

**SIGNATURE**

**CHAIN OF CUSTODY**

**SPECIAL INSTRUCTIONS/REMARKS**

**BAR CODE INFORMATION**
2546280

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000695 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065- | ERVIN, Kristopher |

SN: NONE

**SIGNATURE**

**CHAIN OF CUSTODY**

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item # 68 Room 10 / Hannon

**BAR CODE INFORMATION**
2546199

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | SEIZED ADMINISTRATIVELY | 3/2/2021 | 000698 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065- | ERVIN, Kristopher |

**SIGNATURE**

**CHAIN OF CUSTODY**

**SPECIAL INSTRUCTIONS/REMARKS**