

## Evidence Identification Labels — Bureau of Alcohol, Tobacco, Firearms and Explosives

**Label 1 (EXH # 000743)**
- CASE NUMBER: 767060-21-0017
- ACTION: SEIZED ADMINISTRATIVELY
- CUST DATE: 3/2/2021
- DESCRIPTION OF PROPERTY: FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
- LOCATION RECOVERED FROM: Home Address of: ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-
- PERSON RECOVERED FROM: ERVIN, Kristopher
- BAR CODE: 2546720
- CHAIN OF CUSTODY:
  - Ayers — vault — 3/11/21
  - CB — adversarial — 11/9/2022

**Label 2 (EXH # 000744)**
- CASE NUMBER: 767060-21-0017
- ACTION: SEIZED ADMINISTRATIVELY
- CUST DATE: 3/2/2021
- DESCRIPTION OF PROPERTY: FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
- LOCATION: 2409 Kirkwall CT, Orange Park, FL 32065-
- PERSON RECOVERED FROM: ERVIN, Kristopher
- SPECIAL INSTRUCTIONS/REMARKS: Return Item #63 - Room 10/Hannon - AutoKeyCard with two (2) suspected "Lightning Links" engraved on the metal card.
- BAR CODE: 2546722
- CHAIN OF CUSTODY:
  - Ayers — vault — 3/11/21
  - CB — Trial — 4/27/23

**Label 3 (EXH # 000746)**
- CASE NUMBER: 767060-21-0017
- ACTION: SEIZED ADMINISTRATIVELY
- CUST DATE: 3/2/2021
- DESCRIPTION / LOCATION / PERSON: same as above (ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-)
- CHAIN OF CUSTODY:
  - Ayers — vault — 3/11/21
  - CB — Trial — 4/27/23

**Label 4 (EXH # 000747)**
- CASE NUMBER: 767060-21-0017
- ACTION: SEIZED ADMINISTRATIVELY
- CUST DATE: 3/2/2021
- DESCRIPTION OF PROPERTY: FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN, MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
- LOCATION: 2409 Kirkwall CT, Orange Park, FL 32065-
- PERSON RECOVERED FROM: ERVIN, Kristopher
- SPECIAL INSTRUCTIONS/REMARKS: Return Item #63 - Room 10/Hannon - AutoKeyCard with two (2) suspected "Lightning Links" engraved on the metal card.
- BAR CODE: 2546724
- CHAIN OF CUSTODY:
  - Ayers — vault — 3/11/21
  - CB — Trial — 4/27/23

**Label 5 (EXH # 000748)**
- CASE NUMBER: 767060-21-0017
- ACTION: SEIZED ADMINISTRATIVELY
- CUST DATE: 3/2/2021
- DESCRIPTION / LOCATION / PERSON: same (ERVIN, Kristopher, 2409 Kirkwall CT, Orange Park, FL 32065-)
- CHAIN OF CUSTODY:
  - Ayers — vault — 3/11/21
  - CB — Trial — 4/27/23