

## This is an official communication from Amazon.

Certificate of Authenticity

I, Marcus Hempstead, declare as follows:

1. I am an employee of Amazon, Inc. ("Amazon"). I make this declaration based on personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify as set forth below.
2. Amazon produced documents responsive to the above-referenced law enforcement request.
3. All documents produced by Amazon are authentic, are what they purport to be, and accurately describe the transactions, communications, and events set forth therein.
4. All documents produced by Amazon are business records in that they are (i) records kept in the ordinary course of business; (ii) created at or near the time of the transactions or events reflected therein, or based on information from a person with knowledge of the transaction or events; and (iii) kept as a part of a regular business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5/10/2022, at Seattle, Washington.

Marcus Hempstead

Law Enforcement Response Specialist

Amazon.com, Inc.

NOTICE: This communication might contain privileged and/or confidential information. If you are not the intended recipient or you believe that you have received this communication in error, please delete this message and do not print, share, or otherwise use this message or its contents in any way. Please also indicate by reply email that you have received this communication in error and that you have deleted it.

33412

CRIM1160857 2021 DS                    SUBSCRIPTION INFO               2021R00188-071 / 767060-21-0017

**Account Information**

Name                    Justin Ervin
Customer since          9/27/2013
Email                   justinervin80@aol.com

**Payment Information**

| Issuer | Tail | Name |
|---|---|---|
| MasterCard | 9023 | Kris A Ervin |
| AmericanExpress | 1001 | Kris A Ervin |
| Visa | 2812 | Justin Ervin |
| Visa | 3246 | Kris A Ervin |
| MasterCard | 0179 | Kris A Ervin |
| MasterCard | 7719 | Karen E Ervin |
| Visa | 4054 | Kris A Ervin |
| MasterCard | 8214 | Kris A Ervin |
| MasterCard | 7443 | Kris A Ervin |
| Visa | 0121 | Kris Anderson Ervin |
| Visa | 6138 | Kristopher J Ervin |
| Visa | 9016 | Kristopher J Ervin |
| Visa | 1414 | Karen Elaine Ervin |
| Visa | 4523 | Kris Anderson Ervin |
| Visa | 3246 | Kris A Ervin |

**Address History**

Erica Ibe

COLOMA, WI 54930-9500
US
Phone number
Created on               12/9/2020

Greg Cox

ORANGE PARK, FL 32065-7210
US
Phone number
Created on               10/5/2017

Elyse Nielsen

SCARBOROUGH, ME 04074-7507
US
Phone number
Created on               8/30/2018

Christie Bolton

33414

CINCINNATI, OH 45240-1714
US
Phone number
Created on                     12/7/2020

Chad Lewis

ORANGE PARK, FL 32065-6386
US
Phone number
Created on                     10/17/2018

Justin Ervin

ORANGE PARK, FLORIDA 32065-6386
US
Phone number
Created on                     9/27/2013

Kris A Ervin
2409 Kirkwall ct
Orange Park, FL 32065
US
Phone number                   9042727135
Created on                     11/24/2013

Karen E Ervin

ORANGE PARK, FL 32065-6386
US
Phone number
Created on                     12/18/2013

Kristopher Justin Ervin
2409 KIRKWALL CT
ORANGE PARK, FL 32065-6386
US
Phone number                   9042727135
Created on                     11/11/2020

Kris A Ervin
2409 KIRKWALL CT
ORANGE PARK, FL 32065-6386
US
Phone number                   9042727135
Created on                     3/19/2014

CRIM1160857 2021 DS                    SUBSCRIPTION INFO              2021R00188-071 / 767060-21-0017

Carolanne Wolfe

JACKSONVILLE, FL 32222-4209
US
Phone number
Created on                          12/27/2020

Karen E Ervin
2409 Kirkwall Ct
Orange Park, Florida 32065
US
Phone number                        9042727135
Created on                          8/18/2016

Jackie West

JACKSONVILLE, FL 32205-7160
US
Phone number
Created on                          10/6/2018

Amazon Confidential                                              Page 3

33416

CRIM1160857 2021 DS                     SUBSCRIPTION INFO              2021R00188-071 / 767060-21-0017

| Billing Address | Created on |
|---|---|
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 12/5/2015 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 7/28/2014 |
| 2409 KIRKWALL CT, ORANGE PARK, FLORIDA, US 32065-6386 | 9/27/2013 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 6/6/2016 |
| 2409 KIRKWALL CT, ORANGE PARK, FLORIDA, US 32065-6386 | 11/24/2013 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 12/18/2013 |
| 2409 KIRKWALL CT, ORANGE PARK, FLORIDA, US 32065-6386 | 7/14/2018 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 12/30/2016 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 11/2/2020 |
| 2409 KIRKWALL CT, ORANGE PARK, FLORIDA, US 32065-6386 | 11/21/2019 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 11/11/2020 |
| 2409 KIRKWALL CT, ORANGE PARK, FLORIDA, US 32065-6386 | 10/22/2019 |
| 2409 Kirkwall Ct, Orange Park, Florida, US 32065 | 7/22/2017 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 9/25/2017 |
| 2409 KIRKWALL CT, ORANGE PARK, FL, US 32065-6386 | 3/19/2014 |

Amazon Confidential

33417