# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, <u>Gisella Batista</u>, attest on penalty of criminal punishment for false statement or false attestation that I am the Legal Specialist of <u>Louis Vuitton North America, Inc.</u> from <u>March 19, 2018</u> through <u>the present time</u>.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records of <u>Louis Vuitton North America, Inc.</u> located at <u>1 East 57th Street, New York, NY 10022</u>.

I further state that:

    A. such records were made, at or near the time of the occurrence of the matters set forth;

    B. such records were kept in the course of a regularly conducted business activity;

    C. the business activity made such records as a regular practice; and

    D. if such record is not the original, such record is a duplicate of the original.

I certify, under penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on:    10·25·21
                    Date                      Signature

16392

# LOUIS VUITTON

LV JACKSONVILLE
4834 River City Drive Suite 101
JACKSONVILLE, FL 32246
United States
9046457230

DUPLICATA

Store: 3077           Register 4
Date: 11/30/20        Time: 10:24 AM
Ticket: 46682
Cashier: MA0C

Client: Kristopher Ervin

| Item      Qty | Price | Amount |
|---|---|---|
| PTE CLES LV CIRCLE RO.ROU | | |
| M68465      1 | 400.00 | 400.00 |
| Reservation ID: L3077004001384 | | |
| Reservation Price: 400.00 | | |
| Client Advisor: MA0C | | |
| | | |
| ALMA BB MNG | | |
| M53152      1 | 1,430.00 | 1,430.00 |
| Reservation ID: L3077004001384 | | |
| Reservation Price: 1,430.00 | | |
| Client Advisor: MA0C | | |
| | | |
| Reservation Payment | | |
| 152         1 | 1,958.10 | 0.00 |
| Reservation ID: L3077004001384 | | |
| Reservation Price: 1,958.10 | | |

|  | Subtotal | 1,830.00 |
|---|---|---|
|  | Sales Tax | 128.10 |
|  | Total | 1,958.10 |

| US DOLLAR CASH | 2,000.00 |
|---|---|

Change
| US DOLLAR CASH | (41.90) |
|---|---|

16393

Thank you for shopping with Louis Vuitton. Your product has been crafted by experienced artisans with the finest materials.
Please prevent any contact with oil or alcohol-based substances such as cosmetics, perfumes, hand sanitizers, or disinfectants.

All merchandise (except personalized items, high watches and high jewelry) may be exchanged or returned for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt.

A refund may only be made in the same currency country as the original purchase and in the original form of payment. All merchandise must be in perfect saleable condition and for perfume returns the crystal wrapping must remain sealed and not tampered with.

Merchandise purchased at a leased department store may only be refunded at any same leased department store with a Louis Vuitton store; exchanges are only permitted at the same leased department store or free standing stores for equal or greater value (except exchanges not accepted at Nordstrom department store).

Returns will be accepted for exchange in any freestanding Louis Vuitton store around the world, excluding Brazil, China, Colombia, the Dominican Republic, India, Jordan, Kazakhstan, Korea, Lebanon, Mexico, Russia, Thailand, Taiwan, Turkey, Ukraine and Vietnam.

Purchases between November 15th and December 15th may be returned or exchanged until January 15, 2021.

Sold Item Count = 2

T113117JE11714M3H4ATGEH

Client Copy

16394