# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Robert Allen, certify:

1. I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2. I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on March 6, 2021. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 43800257633.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 24, 2021

*Robert Allen*

Robert Allen
Custodian of Records

**facebook**

01368

## Instagram Business Record

Page 1

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 43800257633 |
| **Account Identifier** | autokeycarddotcom |
| **Account Type** | InstagramUser |
| **Generated** | 2021-03-24 21:17:17 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2021-03-02 23:59:59 UTC |

**Ncmec Reports Definition**  NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.
Media uploaded in this cybertip: Media associated with the cybertip.
Id: Unique identifier associated with the media.
Upload Time: Date and time account holder uploaded the content.
Ncmec File Id: NCMEC Identifier associated with the cybertip.
Recipients: The account holder that received the content.

**NCMEC CyberTip Numbers**  No responsive records located

**Name Definition**  Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name**  **First** Autokeycard.com

**Name Changes Definition**  Name Changes: Name changes associated with the account.
Old Name: The old name associated with the account.
New Name: The new name associated with the account.

**Name Changes**  **Old Name** Justin Ervin
**New Name** Autokeycard.com

**Emails Definition**  Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses**  No responsive records located

**Vanity Definition**  Vanity: Username associated with the account.

**Vanity Name**  autokeycarddotcom

**Vanity Changes**
**Definition**   Vanity Changes: Vanity changes associated with the account.
New Vanity: New vanity selected.
Old Vanity: Old vanity selected.

**Vanity Changes**   No responsive records located

**Registration**   Registration Date: Date and time of account creation.
**Date Definition**

**Registration**   2020-10-13 14:36:54 UTC
**Date**

**Registration Ip**   IP address associated with account creation.
**Definition**

**Registration Ip**   104.238.59.181

**Account End**   Account End Date: Displays the status of the account at the time the records were generated.
**Date Definition**   Time: Date and time the account was closed.
Reason: The account was closed (deactivated, disabled, deleted).

**Account**           **Account Still**   true
**Closure Date**        **Active**

**Phone**   Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account
**Numbers**   holder responded to a text sent to the listed phone number.
**Definition**

**Phone**   +19044059878   Verified
**Numbers**

**Privacy** Privacy Settings: Displays current privacy settings of the account holder.
**Settings** Name: Facebook category.
**Definition** Value: Privacy field as selected by the account holder (e.g., Only Me, Friends, Public, etc.)

**Privacy**          **Name** REQUIRE_APPROVAL_TO_FOLLOW
**Settings**
                     **Value** false


**Popular Block**         **Blocked** false

**Devices**

     **Type** UUID

      **Id** android-ad1e94a977466d4e
    **Active** true

 **Gender** Gender provided by the account holder.
**Definition**

 **Gender** Unspecified

 **Website** Website: Websites provided by account holder in About Me section.
**Definition**

 **Website** http://autokeycards.com/

**Following** savages_lifestyle (2285073056) [GS Sav Csa]
     6sht6_ (18061037624) [Fabian Ashta]
     robertwengert_ (145480420) [Robert Wengert]
     skylerbock (2278549511) [Skyler]
     isaac_edl (2105452854) [esteban isaac]
     juwain28 (23133413720) [Juwain Shorter]
     matt_mason922 (685525015) [Matt Mason]
     alxx.422 (28091537746) [schrotzen pete & hottie :)]
     markomacgyver (25451342758) [markomacgyver]
     untouchableone77 (544340246) [Cory West]
     janna_bene (15232539) [Janna Buckner]
     upnorthoutfitter (39873884646) [The Up North Outfitter]
     americanammofirearms (37536337206) [American Ammo And Firearms]
     clark_thaddues01 (40051215861) [Clark thaddues]
     cav_trooper_19d (7821349048) [Cav Trooper 19D]
     hectorwalker244 (45272459471) []
     colt191104 (45209379336) [Yapıoriginals]
     marcsaantoss (1243561984) [Marc Santos]
     sfst665 (24963755613) [Steven Lewis]
     702mechanic (395105601) [John Wehr]
     j.w.mcconnell (5468457180) [Jackson McConnell]
     tacticalbeefcake (44732347683) []
     airsoft_player_1 (12406294201) []
     butterfly.graveyard (1552382033) [Nico Jay]
     cekhealth (44002373662) [cek]
     masondsmith (16148680) []
     beau_fearturkey (14831619983) [Beau]
     punisher.inc (45373965910) [Rick Sharp]
     _o6olonscki_ (2021050496) []
     ammunition2021 (45227498958) [Ammunitions]
     jstrad6.2 (2287233860) [Justin Stradling]
     lonestarlibertyusa (44853799223) [J0]
     _clean_garbage_ (38911525352) [ROLL FUCKIN DEEP]
     myles_david_5 (196131455) [Myles David Lancette]
     all_top__firearms (45005525366) [All top  firearms]
     pontiac_superduty389 (11818772820) [John Delorean]
     papi_bear1998 (1564261439) [Bear Rashad]

evryday2a (23207244739) [Everyday2A]
gunsallweek (39853403916) [Guns All Week]
caceres_s.f.3 (1025457373) [Silvio Caceres]
mario_pistolas40s (3172366276) [Mario Gunz]
cars_clan2 (32080150206) [I Love Guns]
notorious_w.i.n (260409989) [Tommy Huynh]
anthonybongard (2880264524) [Anthony Bongard]
emiliano_aguilera_21 (4043425868) [Emy #Vaxer]
clarkallamericantactical (35939147688) []
sean_fulton_ (314505039) [Sean Fulton]
defund_politics (3688389700) []
johnburk1 (329586764) [John Burk]
accurate_firearms (42819045352) [Firearms World]
sammys_gotagun (5503865616) [Sammy Stull]
offhandgear (492364519) [Badass Gungirl Gear With Style]
mulkreiinvest (1364495450) [James MulCahy IV]
jamesi_colee (39136032832) [Ammo Available]
graysonadams_0067 (44936900526) [Grayson Adams]
johnnapolitano (581141994) [John Napolitano]
adeboyearinola07 (44953363359) [martclara]
wandernfool (276639655) [Willie Wallace]
feral_freedom (43756455711) []
mdwilliamson1 (868577396) [Mark Williamson]
mike.chandler9 (45144832526) [M I K E]
bryanvanb (27274473288) [Bryan Van Blericom]
corpse_grinder90 (9196557137) [Jake Boyett]
briangoldphd (775166722) [Brian Goldstein]
akfourty7_ (5597117996) []
pdeniz68 (1637743937) [Paul Deniz]
moneyman.graham (2942244018) [Guero 🇲🇽]
timzusa (44734507262) [Tim Z EDC]
biancabaccioni1 (44919087165) [biancabaccioni1]
tacticaltedd (44551742798) [Tactical Tedd]
prettynpink0421 (4961432945) [Erica Ash]
famous.fisherman (274829917) [Jared Maynard]
mxtreme38 (561333006) [Mike Campbell]
oldgrouchmilitarysurplus (26515444816) [Old Grouch's Military Surplus]
bwlhyllbdy (3930480822) [ابو الهيل العبادي]
gunoutbreak (34681811143) [Gun Outbreak]
wineguyedc (37816477507) [Mattio]
jgcutz_1991 (6104591520) [KEEP IT CLEAN GF / JGCutz]
huskyracer (451088804) [SP]
xpocz (5361663312) []
nigga_420brr (16448065596) [agustin 🤪🤪🤪🤪]
gunbros45 (3662885721) [Gun bros]
bull_ettactical (44375147791) []
stuckinfoned2 (651111189) []
peregrid (9067655414) [Morgan]
dodson.realestate (4406089925) [Joe Dodson - Realtor]
justice_schuyler (1116585092) [Justice Schuyler]
ghostguns_80p (41180091226) [ghostguns]
boyce18 (549437088) [Joe]
jesse_a.lange (43643325226) [Jesse lange]
hobbsa4 (32254762) [Calvin L (Hobbs)]
eabrego76 (242934309) [Edward Abrego]
concealedman (7388851943) [ConcealedMan]
patrick.bullock.779 (7581091266) [Patrick Bullock]
romel6073 (14485586584) [romel]

brett_tastic_ (41758630) [Brett Robinson]
backwoods_bummer (4215417102) []
shawn.fritz_ (176603892) [Shawn Fritz]
cherrycitygunsandammo (38815633684) [Cherry City Guns And Ammo]
jeff__k3 (416396193) []
zdirtyjew (28669338) [Johann Bisbing]
pyo_monty (3826841033) [▯▯▯▯♂]
rosswass48 (45568384) [Ross Wass]
thetexas2step (1715351818) [Travis Haseloff]
jason_m_lee (1415135176) [Jason Lee]
mr.m0_0dy (30036991734) [O_o ▯▯▯▯]
savagearmz (5723196528) [Savage Armz]
og223ghost (40901590538) [Og223Ghost]
tac_papercrafts (8953484009) [Tac Papercrafts▯▯]
alextacticalflorida (43516618301) [Alex Maldonado]
sy_vilgamas (859252707) [Sai_gamas]
coneyboy967 (4126548665) [John Coney]
mrmurray7.62 (1407622139) [Matt Murray]
junascimento23 (1094875166) [Juliana Nascimento]
mf_immortal (4491343886) [Joaquim]
grantgriffiths79 (37505314197) [Grant Griffiths]
jfrisco.98 (9128162129) ["▯▯▯▯▯▯▯▯"]
garand_thumb (226757825) [Garand Thumb]
locosporlacazaypescatucuman (44133998220) [LocosPorlaCazayPescaTucumán]
bad.assgear (44280060219) [Bad-ass-gear]
gunbruhnny (397178494) []
northbucksrange (6351004060) [North Bucks Range]
jeorge_man_gunshop_usa (41735825969) []
akidnamedwoody (7279414711) [woody rummage]
ammo559 (44671130578) [Ammo & Firearms]
stoiclearning (5959299569) [michael]
keyz_khaos (4210064278) [keyz]
sb112337 (426157763) [Spencer Brown]
packerfan7799 (260683147) [neal]
aldrimdmax (296139528) [Aldrim Melchor]
smithjames4270 (44248450506) [Smith James]
bap2139 (7297676948) [Brian Platt]
88b8b88_s5 (570061547) [Cory Heumann]
v1n1v1d1v1c1 (181790884) [Vini Broderick]
thegunschmitt (44418574495) [Cody Smith]
modraws (53769690) [Mario Almaraz]
714decals (5601399684) [-714-DECALS]
dc.freepress (30869467221) []
zerodarkkeeling (2973649773) [Robert Keeling]
ammohouse13 (44446238405) [Alphonso ruiz]
shitsakzak (1030524956) [Zakary]
big_blayze (251057456) [Blayze Roberts]
fuegostickers (11541423907) [▯▯FUEGO STICKERS▯▯]
prepperwebsite (6738855693) [Prepper Website - Survival]
taprackpew_amy (31466081918) [Amy ▯▯▯▯]
mortenjensenvagen (226346230) [Morten Jensen Vågen]
thetoddjones (12061513225) [Todd Jones]
take2shooting (8617407570) [Take2Shooting]
chito42o (190609666) [Ramon Garcia Jr]
gunammunitionworld (44641460372) [Gunammunition World]
kaseymcdermaid (2461587477) [Kasey McDermaid]
stennesdarek (4568659057) [Darek Stennes]
fresh_boy_37 (283947183) [FrEshbOy Garcia]

austin_airheart (8492177447) [@ustin Erhardt]
corey_ketcham1405 (14305046566) [Corey ketcham]
hunter_leblanc96 (213870627) [Hunter LeBlanc]
mauriicio_sanchez (279840797) [Mauricio Sanchez]
fred_anderson21 (1463336987) [Fred Anderson]
jay_payan (892112921) [Jay]
irish18jp (296615959) [Jake Poinsett]
andrewmacd24 (261408789) [Stretch]
jacobucky (5696397321) [Bucky]
keemglock22_ (327843840) [Keem]
dynamicweaponsolutions (1610045442) [Dynamic Weapon Solutions]
curt_legacyfirearms (4141555165) [Curt Ewald]
f2ammo (44660490040) [F2Ammunition]
vargas_rafael (291729126) [Rafael Vargas]
mattlynch30 (52773600) [Matt lynch]
dude_drew_87 (38831677587) [drew]
mattboughey (274319528) [Matt Boughey]
gruesome_ink (26081815150) [Eduardo Landaverde (WINKY)]
glockmaster55 (44086035592) [Joffrey Morgan]
krzy_whyteboy515 (7054996648) [steven cyr]
bessias32 (31998430236) []
hectoromarvilla (3969801966) [Hector Omar Villa]
centaurguns (42363423178) [Centaur Guns]
john_jay_ashton (38974858894) [Pups🏠4NewHomes🏠]
reeltactical (1962319861) [ReelTactical]
nemesis4520 (1530636430) [Michael Montenegro]
misfit_weldor79 (1900983331) []
antonio_1440 (9410430884) []
thatoneguymario (185585988) [Mario]
firaseddine (3943133934) [Firas Eddine]
david2371822 (44661297588) [david]
eightyninetactical (37723229199) [Eighty Nine Tactical]
mirzaderek (7094669341) [Derek Mirza]
fiftyshadesoffde (2237543602) [Fifty Shades of FDE]
weapons_feed (3002796675) []
_gunland_ (5956770508) [Gunland]
gundosellc (3513290683) [Gundose LLC]
cold_smokemt (29180178556) []
texas_gun_vault (4540347413) [Jason]
maroon_moose32 (1194066591) [Logan Moore]
tacticaltoolbox (44516464) [Tactical Toolbox]
tripletapshooting (44006983693) []
josh_f_91 (1364830828) [Josh Foster]
headontactical (1053989689) [HeadOnTactical]
904tography (48186917) [Greggo Imagery]
hgtaylor456 (521396870) [Hunter Taylor]
brandon385oo (4445892762) [brandon38500]
mattyboy874 (255238653) [Matt]
blzraesthetic (44213022762) []
hammbone9517 (1431601661) [William Brandon Hamilton]
the_wood_kern (23135723967) [[redacted]]
guns.bobby99 (41760115103) [Guns Style]
dday_p51 (20795814) [Fox Mulder]
sniper_in_the_trees (281735431) []
nhoverlandram (5658468469) [Austin]
drazzle.dazzle (11906648200) [Q]
johnelias138 (5547662107) [john elias bennett]
black_roots_training_academy (4785079052) [Darryl Simmons Owner/Operator]

tonysan.556 (5739516617) [Tony Santos]
hsebvstivn (1595923141) [Sebastian 🫡※]
archery_angling_ammo (42725218954) [Joe Roberts]
trent__herbular (605938325) [007]
lukebennett16 (605848158) [Luke Bennett]
thepewpewchef (44408181306) [Jay]
forgedbyfire_sd72 (3925711363) [Ferris Peweler]
508_holsters (499761647) [Black Holsters 2-3 Day Ship]
matt.tactical (24886036974) [Matt Tactical]
johnstangos (21480325610) [John C]
trevorbrown22 (4191367651) [Trevor Brown]
that_johnson1 (6523670974) [Matt Johnson]
chancruger223 (2244176293) [Chance Mead]
augun_face (1119390097) [Michael Awghunz]
lift_run_shoot (19495305) [Lift. Run. Shoot.]
oechler762 (3249838462) [Jan Oechler]
tactimmer (43648076152) [TacTimmer]
mrloganmadril (3301105999) [logan Madril]
gunpowdergasandink (9127717198) [gunpowdergasandink]
helisniper (2695291187) []
vaquerolocobbq (182206763) [Matt Arnold | BBQ]
normanswilson (1467201834) []
thebulletbiologist (31824257320) [Ray SG]
ethanhill1996 (1346687232) [Ethan Hill 🇺🇸🇺🇸]
the_incredible_3 (398330082) [flavio]
tonsoffunnn (1548334) [Jerret]
scoobarusti (28864796867) [Bleh]
christopher__foss (19843233) [Chris Foss]
drizzy_on_top (1941002372) [Drew Walker]
tactical_vedooo (35571601536) [Tactical_Vedooo]
shootcanon (33030230) [Neil Gibson]
reload4ever (34332678224) [Reload4ever]
m.machado_instrutor (8595349589) [Marcelo Machado]
defenders_spirit (5694656569) [defenders_spirit]
mando_rican (12651311141) []
lucaswzero (3945314333) [Lucas Ward]
thepatrioticshooter (5807212572) [Aaron 🇺🇸🇺🇸🇺🇸]
itsseanxg (8981164053) [Sean XG]
texaspighunting (31812118545) [Texas Hunting]
darbear9 (200777743) [Darren Sammartino]
djenks412 (515229706) [Deshaun (Day-Shawn) Jenkins]
nolimitssportsmen (35102951221) [Outdoor Enthusiasts]
firearm_addict (33233784518) [Firearm Addict]
marksjones45 (43059063936) [🔥@jnorman4411]
regornacho (35588293564) [AMMO AND GUNS CENTER🇺🇸]
bill.morten (44050834376) [Lord Baron]
rodrigo_3go (2077653012) [Rodrigo Aguilar Aguinaga]
crs_firearms (3251438218) [Hoover]
prepperscr (40437246740) [prepperscr]
normismyname (177257600) [Xander Cage]
ammunition2344 (44401710572) [Ammo in stock now]
filip__pelczar (7354350907) [♂️🇵🇱🇵🇱🇵🇱🇵🇱🇵🇱]
hellfox_hun (10883061532) [HellFox]
cvkitten026 (44068445561) [CV]
elonaura (29157966517) []
explosive.overlanding (41630270327) []
eugene_stive (43880766512) [eugene]
bugeyesam (3133264556) [Samuel Fields]

realdirtyharry (387334310) [Callahan]
salty_aj (3259175236) [Aj]
timcantu (218512493) [timcantu]
santos_molina_727 (2117815513) [Antonio S Molina]
theworstreviewsever (43107551461) [Slick Rick]
thecandirose (1533782384) [GOD, GUNS & GYM ❤]
kriswilson_cinci_usa (4171815705) [Kris Wilson]
lisaonguard (36178235902) [LISA OG]
10__military (44020177484) [Lucy Watson]
ballerina_with_guns (42684932626) [Joey]
herfster (4032454032) [Harrison Herfert]
savage11smw (18730392970) [Mike Savage]
apodaca_arms_ig (2266445704) [Adrian Apodaca]
tcaddell76 (278987262) [Travis Caddell]
_milsurp_fanatic_ (5806372993) [_milsurp_fanatic_]
gayden_468 (9295475295) [Arnold C. Ga]
tomsedgwick00 (824089687) [Tom Sedgwick]
_officialcollins (50271815) [Caleb Collins]
dillbeach18 (1343077439) []
geannlucavero (8351690834) [geannluca vero]
duvyjetson (15197403840) []
worldtrade89 (225147072) [𝕯𝖔𝖓𝖆𝖙𝖊𝖉 𝕬𝖗𝖒𝖘 𝕯𝖊𝖆𝖑𝖊𝖗 𝕬𝖗𝖒𝖔𝖗𝖞 𝕬𝖈𝖈𝖊𝖘𝖘𝖔𝖗𝖎𝖊𝖘!]
7.62foo (1503723196) []
evrydyguy (3825676475) [EveryDayGuy]
sjsharonjerry (1682711735) [Sharon Jerry]
rich_speedy (25879221) [Richie Espitia]
babyjo_41 (6205932214) [Joseph Doss]
mac.sz (2161113269) [Mac Sz]
kruzifoo (21959805104) [Kristian Tibajia]
ss3_019 (2208988849) [TangoSS3¥]
originalgunoil (6811886757) [OriginalGunOil]
halfcenturyconcealment (13733237409) [Half Century Concealment]
subtle_civilian (41821314201) []
bullet1810 (11389226131) [Bullet Club]
_dialed.in.daily (5958316178) []
faithkillsfear (4833879695) [Brad]
kill_flash_photography (5365769871) [Kill Flash Photo]
joshua.j.pegrum (2193595529) [®PURE ORIGINALITY]
alisson.shooter (2873108105) [𝕬𝖑𝖎𝖘𝖘𝖔𝖓𝕾𝖍𝖔𝖔𝖙𝖊𝖗]
arizonapro2a (104788616) [Chris Byrne]
garritross (175096959) [IG Shooting Ninja]
tx_leprechaun (3726894718) [Matty]
rusty.jackalope (655559289) []
idaho_patriot1776 (6246071930) [The American Patriot]
_pilot_b (5623270004) [Brian]
ciggies_and_silkies (40243681908) [Ciggies and Silkies]
patrol_n_pew (16475779185) [Garrett Neel]
smallarmssmithy (13098742372) [Skyler]
armedinstyle (5517640803) [Armed In Style]
dustin_b_brown (32579356761) [Dustin Brown]
krazymckay (3190715477) [Kaylee]
999._priest (5762245127) [back from the dead 🔪🔪to]
ryanbett_18 (200221259) [Ryan Bettencourt]
_derektfitness_ (1740636742) [Derek Tinjum]
sackalishus (44275779) [Michael Ball]
whiskey_and_guns_1791 (6315910722) [Whiskey And Guns]
jon_family_guns (5583130689) [JON]
andyhooch1 (232201269) [Andy]

franbrachetta (269753396) [Brachetta]
secondapparelofficial (38667843123) [SecondApparel.co]
classycarry (3138431537) [Nick]
wolf_greyin (314591773) []
ccg_firearm_photography (4475687970) [CCG Firearm Photography]
silvabryan28 (1357836840) [Bryan Silva]
_6eezle6u6_ (33239001639) [Javier Adamez]
kadxmer24k (217847329) []
pew.for.views_ (14554859036) [Chocolate bear]
reapercustomholsters (9653018140) [Reaper-Custom]
oficial_lucas_oliver (5896307739) [Lucas Oliver]
offensive_industries (6119556629) [The Heathens]
manic.suppression (8639300624) []
seth_l_jacobs (5902248465) [Seth]
richard47g (18110478864) [Richard Guevara]
k.p.visuals (13302797) [KP]
cptnpewpew (218800650) [Brett]
hking1886 (365188102) []
discountgun18 (44249473055) [Discount Gun Mart]
mattfarris.outdoors (44163761996) [Matt F.]
hoskinsdefensesystems (41301350516) [Hoskins Defense Systems]
caveman_firearms (44024444672) [Caveman Firearms]
tactically_urban (40336903194) [C.L.]
guns.and.gears (44210227135) [Guns and Gears]
burnetts_custom_guns (43654935493) []
jessthepatriot (41119953725) [Jess The Patriot]
shoot_out_steve (42899493774) [Steven Bennett]
ethan_ruins_edc (43656102061) [Ethan Ruins EDC]
ronin_edc_ (43838669553) [Tyler Collins]
pewpewtoys58 (41608042537) [Sean]
patriotj1776 (43641651443) [Patriot J]
damnitdantactical (43822719793) [Damnit Dan!]
squarevato77 (203664603) []
tybeejd (1447623083) [John Dowell]
theconcealedjourney (7178935668) [The Concealed Journey]
thegunmatt (8570077040) []
wolf.crest.arms (7958731608) [Wolf.Crest.Arms]
colt3r666 (38546409758) [Colt James]
survivaloftheillest1982 (5341753624) ["Survival of the Illest"]
brianbwell (178715898) [brianbwell]
jasuarez00 (178089206) [Jacob Suarez]
2alpha_noshoot (199079129) [Aaron Sellers]
the_tripod1 (5815957710) [Tripod]
oscardixon5256 (4107727037) [Oscar Dixon]
kennyberndt78 (213580464) [Kenny Berndt]
killoughterry (3789304948) [Terry N Elizabeth Killough]
elliot_shooting (18607652979) [Elliot Roberts 🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫]
miller92jake (2251315273) [Jacob Miller]
tristan.08.98 (6799725639) [Tristan]
saints660 (3663118889) [Pedro Stefanelli]
kinnngggerrrr (7087744527) [No Mercy]
hunter_jolly20 (307660296) [Hunter Jolly]
firearms677 (21195456007) [GlockmanJack]
gosnellgg (239810419) [Griff Gosnell]
athost7842 (44052684494) [@Athost78]
colten768 (363364427) [Colten Lane Sartain]
jukeh97 (8367476820) [Luke Homola]
canoo96117 (1753919727) [Alejandro Soto]

2two3smg (1518569597) [Ryan]
petrenko7733 (9792391196) [Дима Петренко]
dday_75_ogden_ut (26202286353) [DeWayne Day]
aehbb (4645389585) [▯▯▯▯▯ ▯▯▯▯▯▯▯▯▯▯▯]
_alejandro707 (267747651) [Alejandro Guzman]
a_town_5.56 (494734675) [Austin Diehl]
joe_boxzet (17496950) [Joe Poommuang]
tattooedblonde_ (352366567) [California Cay]
nathansoupcampbell (354836545) [Nathan Campbell]
joeyeagles32 (2288201928) [Joseph]
aegir26 (5379948782) [Jesse]
vegas890 (55439697) [Noah "Vegas" Poulos jr.]
surfandsubmunitions (13717518667) [Reed]
9mmericana (1737300301) [Brooks]
blakeculwell (18952523) []
chrismorgan740 (284578121) [Chris Morgan]
hklemin (7967306029) [Caesar fucking salad]
drake_408 (175003950) [Drake Deleon]
travryan81 (1532561709) [Travis Wetherelt]
dnmtactical (44207229226) [DNM Tactical]
trumpilingus (7679553829) [TRUMPILINGUS]
sh_oots (18245546278) [Steven]
ninjassassinpaintball (5800409367) [NinjAssassinpaintball]
mikemindt (535585043) [Michael Mindt]
b.dub.z (1184981269) [brett]
futur3_m1nd (2173223186) [Cyber Productions]
straightrazer (315093262) [Nicholas Ray Bartlett]
mark_patrick717 (1124333826) [Mark Patrick]
keesecker828 (2363433215) [William Keesecker]
garcia.jonathan3011 (2261184760) [Jonathan Garcia]
goodfellowcrew (14659363065) [Andrew Goodfellow]
what__the__heck (185901301) [Nic Heck]
itsjustgroce (9470198) [SGroce]
christopherarellan.o (1371019509) [Christopher Arellano]
hanx.jorgensen (4843499762) [Ryan Stephens]
kaiokvieira (53868779) [Kaio Vieira]
basti_ig (2292431069) []
tobywillcockson (2159425756) [Toby Willcockson]
a7defenseandaerospace (1906428115) [A7 Defense & Aerospace]
salz369 (318675149) [Anthony Salzarulo]
bjr36301 (511121612) [Billy Floyd Jr.]
k5chris_ (406057155) [Chris]
that_guy_vic13 (266365123) [Vic Baldridge]
mbphotoz (614594) []
raysgunsdallas (3944026295) [Established. 1949]
dohyeon__04 (10871097523) []
modestoplz (6835554468) [Daniel Modesto]
preston.acuff (178102432) [Preston Acuff]
banghammerz (10738536597) [Banghammerz]
brach_sr (8267393166) [Brach Sr]
call_me_ak (230068363) [Your Friendly Rooftop Korean]
casper132111 (3406784646) [james]
young_bleezy (10018934) [Chris  Youngblood]
maxk_9581 (4110721135) [Byron Starke]
taylor.palmer36 (278122607) [Palmer Taylor]
kentobean_jdm (535128167) [Kent Parker]
christophertattooer (4687732836) [Tattoo Artist]
rickcheck (24647778) [Eric]

2p.k_ (5824004190) [Saud]
rileyj7888 (7950092373) [RileyJ42088]
alec_milner (241741904) [Alec Milner]
rustylawrence (2081734729) [wesley lawrence]
dtmxbeast (240095292) [Diogenes Joel Martinez]
prajwalawandkar (16681066542) [Prajwalawandkar]
mistah_woozzy (184502318) [Thomas Woo]
ungerjamey (9300762672) [Jamey Unger]
vincentt__srt (210516015) []
bebavahk (4108052524) [Beba Vähk]
randyemoore1 (1416978462) [Randy E. Moore]
yooooits_jon (8601623) [Jonathan olipares]
jl_smoke (42136924178) [Smoke]
kevstertx (213321732) [Kev Galloway]
haxxihunting (44049315660) [haxxihunting]
intuitive_med_kit (15514993549) [Easy to use life-saving tools]
bearded.buffalo.80 (1549801121) [Tim Black]
soyraul507_ (4244481546) [Raul Santos]
gsharp22 (205594448) [Garrett Sharp]
mrspookey (26375423) [Matthew]
the_merciful_1 (16437944953) [PRO2A]
cason_hull (3270048647) [Cason Hull]
kartal10_73 (1980756027) [TUNCAY]
lookin4dirt (1412960256) [Indiana]
tinayoufatlard_eat_your_dinner (6109878355) [Roy Moore]
tuck6976 (420601931) [Tuck]
xlton20s (492316745) [Kenneth Brogan]
daveoesterle (7313588293) [David Oesterle]
michael.moulton.334 (12908200004) [Michael Moulton]
buckhunterfl (200581190) [Lynn Telese]
nicolailj (1413734458) [Nicolai Jensen]
colemandefense (8547928075) [Coleman Defense Solutions, LLC]
mr_fresh_pax (16364062727) [Paxton Gelbuagh]
pookiemoon (219774977) [Juanita Haney]
doubleaught2a (6633812020) [Doubleaught2A]
timwatson11 (54542354) [Tim Watson]
vegasstripdaily (7722727436) [Vegas Shooting & Outdoors]
fnorris6607 (6641627140) []
therealhickok45 (1722243080) [Hickok45]
gun_zone_deals_ (1995728900) [GunZoneDeals]
caiden_poff1 (8619675621) [Caiden Poff]
dfarris59 (1955680228) []
bradenhanzelka (1418110433) [Braden Hanzelka]
cobra_gunz (14481422290) []
ridepmr (1197867466) []
coleedwards28 (1601471409) [Cole Edwards]
jmarlin242 (26395306) [Jake Marlin]
theonlyseiryn (18062249) [Seiryn Takara]
desertshooting (21712055205) [Jeff]
dimpled_primer (5473039268) [Dimpled_Primer]
alex.actual (6773300382) []
emerica59069 (1444448904) [Tim]
goeswhereeaglesdare (33775490) [Dustin Phillips]
grantvanhoose (389930118) [Grant Van Hoose]
junkyardxl (186963583) []
threeringstactical (4661371250) [THREE RINGS TACTICAL]
that_thermal_guy (39364821360) [Just some guy]
shadez_actual (15508051055) []

matthemple (207623788) [Matt Hemple]
tattooed_woodsman (10819330152) [Tattooed_woodsman]
lobo_lands (20345614430) [Lobo Lands.]
mikeoscarmikeoscar (37462554204) [Marc]
joshhudman (424446556) [Josh Hudman]
jmac_mcmullen (3549150297) [Justin Mcmullen]
glockfeed (1968512845) [GLOCKFEED]
that5_56dude (18007913535) []
glock19gen5 (7514570552) [Glock19gen5]
bluerosetactical (37293676853) [Blue Rose Tactical]
26def (32241688884) [TWENTY SIX DEFENSE]
olehickoryhamryan (11473739316) [Ryan Rand]
finsfeathersnflage (42876823847) [FinsFeathersNFlage]
camlayne17 (1134758176) [Your New Favorite Account]
bfrerichs2 (2537971734) [Bryce Frerichs]
huntress_carinthia (19618624789) [🔥🔥🔥 Ivonne]
texasordnancedepot (8655235603) [Texas Ordnance Depot]
alex_not_fed (34114629650) [Alex Varela]
hunt_gun_fun (33891323153) [Marwin]
jordan_teel69_nutheadnation (2207971946) [🔥🔥🔥nuthead nation]
jayvue1 (7244648547) [Jay Vue]
kendricktjack (277435490) [Kendrick Jack]
andy_pants85 (290880603) [Andy Roberts]
texjitter (237260886) [Matt]
billyray3133 (320186426) [Billy Ray Jackson]
eduardo.d.navarro (6159577656) [Eduardo Damian Navarro]
akadboyg (14401585) [akadboyg]
rungood.ca (35763385891) [RUNGOOD STUDIO INC.]
n8_utahguy (2271940130) [Nate]
chrisheights609 (174130720) [chrisheights609]
kratetactical (13011772957) [KRATE Tactical (NO GUN SALES)]
407defense (41249210901) [Jose]
jdnoragrets (2234105865) [Jaime Dubin]
gunshop360 (44018207304) [Muniting]
cookiescoffeeandme (44004591771) [Tammy]
nudeguns (43829117603) [Nude Guns]
ajdot460 (43845637052) [AJ ⚡]
_sig556 (41628258099) [🔥🔥🔥 🔥🔥🔥 Eddie]
salty_buckshot (39453338388) [Salty Buckshot]
kentucky_guerrilla (28113937583) [Andy Butterworth]
deplorable.rice (41119400136) [🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥 🔥🔥🔥🔥🔥🔥]
theguygearreview (27017827066) [🔥🔥🔥🔥🔥🔥, 🔥🔥🔥🔥🔥🔥 & 🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥]
luishmilones (8183965) [Luis Henrique Milones]
mikejohn0095 (43122486696) [mike]
guns_and_ammory (29418930564) [andrew quaan]
powerdealer_ (4043347758) [Power  Dealer]
bhoumik_tanna (272585924) [Bhoumik Tanna]
weaponized_cat (4643224496) [Weaponized Cat]
matijasurowka (1917653228) [Mateusz Surówka]
lisa.siffler (7068602470) [🔥🔥🔥🔥🔥🔥🔥🔥]
h4_fab_works (277288988) [Hogan Haeber]
fieldcraftsurvivalfit (3062538828) [FieldCraft Survival Fit]
survival.hack (30900999863) [Outdoors Survival]
dropforgedsurvival (1384119306) [Drop Forged Survival]
blackscoutsurvival (338177790) [Black Scout Survival]
nature.enterprise (26748778466) [Jan | Nature Enthusiast]
survivaldispatch (4259068327) [Survival Dispatch]
leviathangroupllc (4351216733) [Leviathan Group]

sootch_00 (1617774255) [Sootch00]
iv8888_mancan (3650402983) [Iraqveteran8888 Man Can]
lunarconcepts (2535168723) [Lunar Concepts]
marthinus1966 (5918086253) [marthinus]
winston1846 (3137753594) [Winston White]
7362george (43936819081) [George]
guns.ggt (44230808753) [Glen Clark]
imthelivinglegend_7 (3232445157) [Sam Barker]
stingrae000 (7516838765) [gabe]
bigjohn2011 (210905843) [Big John]
antoniopredator (6210912785) [La Vita per la PATRIA]
charlie_p03 (710706859) [Charles Pelton]
sugwieners (9713775943) [Gus Ashley Wieners]
tdunlap2020 (28970297821) [Terry Dunlap]
driftingfate (15268455959) [Drifting Fate]
beautyinchaosoffical (3636063902) [✦ BEAUTY IN CHAOS ✦]
valkyriewitch777 (2376575522) [ValkyrieWitch]
nicholasharrison406 (7870630095) [Nicholas Harrison]
michael.hagerman.319 (31483543581) [Michael Hagerman]
se_leahey (311714984) [Sean Leahey]
caroleshifflett (5582669798) [Carole Shifflett]
russell.lynch27 (4056228995) [Russell Lynch]
walt_wilhelm (44061256400) [Walt_Wilhelm]
joe_2069 (7082752476) [Joe Riley]
thepatriotnurse (1431367898) [Patriot Nurse]
thatpatriotichottie (8635591729) [AMERICAN PATRIOT 🇺🇸🇺🇸]
astroman1121 (2932316815) [J D]
fozzysavage (643219265) []
anarcho_lukeism (34439469298) []
daisie_rae_rae (3639483898) [RrT]
jordan.palmer52 (1999532271) [Jordan]
elizabethbetsy73 (3501533233) [Adam Plant]
senpai_32918 (9256134155) [Michael]
lidya_kinyaga (5502765362) [DADA]
tonyjimmyjames (7585583701) [Jimmy James]
ebenezer_999 (9256082160) [James Rockwell]
chrissyrepublicantampa (1161256112) [Chrissy]
slimtimmy007 (3554626823) [Tim Martin]
constitutionalist.veteran (4485200323) [Education]
guns.hop32 (44225089974) [2a]
luca_simonazz (4758962361) [Luca Simonazzi]
mrgunsngearsdock (25348591463) [Mrgunsngear]
red_arrow_weapons (15729583765) [Red Arrow Weapons]
jwild91 (12431214) [Joe Wilder II]
matheus.barbosa01 (29910300424) [Matheus Barbosa]
tactical_dynamics_llc (1932116609) [Tactical Dynamics]
sarahrasic (5893066818) [Sarah Rasic]
berserker0208 (2081380156) []
allthewayholloway (3584018) [Jason Holloway]
gy6vids (468584814) [Andrew Boetjer]
gy6productions (3145775587) [Andrew]
kstrook21 (4230062789) [Kendall Strook]
haygen_bliss (3712637114) [Haygen Bliss]
kukogolf (25374621892) [Kuko_DSM]
brady_shackelford (4372953787) [Brady shackelford]
valen_egi (3299462310) []
william_himmer_schmmit (14930101555) [Andy Onn]
country.dolls (7341352280) [Country Dolls Of Instagram]

preppertalk (7809850676) [Prepper Talk]
preppersupport (1754207576) [PrepperSupport.com]
ultimate.prepper (4652733831) [Ultimate Prepper]
preppersurvivor (21716822754) [Prepper | Survival | Survivor]
preppersvsdoomsday (5697312970) []
americanpreppergroup (2275487006) [American Prepper]
preppergunshop (1174639964) [Prepper Gun Shop]
sensibleprepper00 (12142485906) [Sensible Prepper]
christiangrest (4042605441) [Christian Grest]
1glassguy (1912338775) [Brandon Gomes]
diy_gun_guy (26014133583) [Mitch]
beardeddads985 (40401291083) [PaPa G]
bluehazemay (3056781124) [EDC Innovation]
silverfox_cerakote (22228264247) [Silverfoxcoatings_cerakote]
shooter_s.c (6167893299) [Scott Cage]
buyrogue (6028050738) [Rogue Tactical, LLC]
the_southpaw_shooter (42248859949) [Guns & Gis]
emilio3153 (3527383841) [Emilio Sanchez]
tacticallarperator (42565433120) [Tactical Larperator]
aerospace_hero (4214787869) [EXTEX Engineered Products]
pablo.inga (31737196809) [Storm Shadow]
rungrot._037_ (4031273734) [⬛️Rungrot🟦🟨🟥]
luissanchez4649 (7632962820) [Luis Sanchez]
oscarg4909 (43397430014) [Oscar Martinez]
scphassoc (819108605) [SC Predator Hunters Assoc.]
targetdown101 (27609032955) [Airguns shooter]
nollkenny80 (344759033) [Kenny James Noll]
chelli1606 (42874500853) []
scott5.56 (370444021) [Scott Ordoñez]
i.shoot.guns (1980470001) [i shoot guns]
mrdobns (31383785) []
orjansterten (55278824) [Ørjan sterten]
mbgunsports (39009853669) [mbgunsports]
margtac (11559868135) [MARGTAC]
hellobitchyairsoft (18434723557) [callsign Netjuh]
caza_y_creaciones (39667511510) [CAZA Y CREACIONES]
olv9_dan (23404691646) []
azws_ (1592162493) [AZWS]
z8tgeist (193534138) [z8tgeist Rhino44]
andrew.reed70 (224915640) []
kplaehn (564883122) [Kenneth D. Plaehn]
daniamurakha (6799775905) [🇹🇭 ดนยวรรธน์ โต]
klhunter42 (4964433568) [Karen Hunter]
heatherwiki (6608764061) [Heather]
mileswithin (25737361) [Miles J. Charlton]
ribielkawaii (5493615753) [Sergey Nazaruk]
ronswearengin (564341377) [Ron Swearengin]
amaurysaintmihiel (39806925941) [Amaury Saint Mihiel]
tyrannicaltargets (40535942773) [Tyrannical Targets]
savage_kidz9 (39238781041) [Savage Kidz9]
perez32018 (8169609328) [Shawn Perez]
dutch.shooter (43363061868) [KHAT]
carlos.r120 (12137924195) []
amartinez4524 (20805371986) [Anthony Martinez]
misstinalee1 (425038418) [Miss Tina]
556sniper (44195921) [JCianci]
theviking505 (244594231) [Jason Harlan]
solidsnakeap (1338801731) [Austin Peck]

jdandthebrasssaddle (8429049900) [Country Western]
blazewolf22 (2150519338) [Ithaca (☐☐☐)]
qscustomguns (34126268454) [Q]
samuelbwv565 (10694736423) [Emilio Solano]
boroscar101 (1798731809) [Boro]
2nyse (15186972) [Miguel Martinez]
drunkmule1 (30628501000) [Drunken Mule]
blackandwhite_fire_starter (5997970946) [Black and White Fire Starter]
rail_optics (39677940219) [Sam Rogers]
jaredrink (273463406) [Jared]
cody.layman (26173608629) [Cody Layman]
livv_actual (1059001868) [O L I V I A]
aldoxsaenz (6198794484) [Aldo E. Saenz]
rptrmn (5633171137) [Travis Crow]
jay_jepsen338 (11321546989) [Jay Jepsen]
big_g_from_az (39714541) [George Buchanan Jr.]
vaping_viking528 (986961132) [Bubba Ray]
officertwentynine (26269661158) [29]
dueltactical (3471103461) [pierrewayneguns]
bustedhalo58 (7374692322) [Debbie]
sidekickliberty (12261030367) [Sidekick Liberty]
sigman2006 (1959075833) [Steven Fairley]
mooseboy006 (10730944220) [Ayden]
tater333 (15715546) [Nate Peterson]
comeandboostit (419509207) []
j0nr0yce (251112150) [JRC]
west26 (21822418) [Tyler West]
team_id_hit_it_44 (30550544075) [Nick D]
supernovarifleworks (38495942597) [SuperNova Rifle Works]
tampafirearmsolution (38219864772) [Firearm Training @ Shoot Shack]
cal.5.56mm (3075873219) []
tschaef22 (41206722) [Tyler Schaefers]
blackedout_1500 (312367551) [Greg]
lrc407 (1938105023) [Luis C]
attckcopter (6070923453) [ATTACKCOPTER]
ronin7115 (202145712) [Ronin]
tysoncbeckford (225629098) [Tyson C.Beckford]
iggyshoots (8490606762) [Eric Wynn]
j.w.walker (26582696) [Joe Willy Walker]
iconrifleworks (32038654632) [Icon Rifleworks]
sout (573863) [sout]
jhcarr62 (239606435) [John Carr]
thecliqueairsoft (40134841498) [The Clique Airsoft]
abe556 (265153934) [Abraham Basurto]
an_thony8981 (8574395788) [Anthony]
badassxmadapaka (220908932) [Allen B.]
bhendrick25 (5618003833) [Brandon H]
toddb1304 (261648247) [LONE WOLF]
down_range_photography (543485560) [John McKenzie]
gus_of_texas (2093086070) [Gustav Merkel]
gundo_llc (4190710640) [Gundo LLC]
tastethewasteboi (311630697) [toj]
snoviper (1380778856) [Gary H]
hahacassidy (926781541) [Skittles]
eds5_56 (351669598) [Elijah Shaw]
accountofgrey (199652695) [Tim Grey]
joezilla (5628756) [JPP]
vegardfredriksenshootsipsc (1564437586) [Vegard Fredriksen IPSC Shooter]

adja.essentials (45051214) [Adina]
brad_james_t (498793799) [Brad J. Thomas]
stuntman_mikke (4228847687) [🇵🇷🇵🇷🇵🇷🇵🇷🇵🇷]
bachadicto_djfnf (1529537857) [Bachadicto Huerta]
andrewdoubleu (6808375) [Andrew White]
d.kinnamon (5921888565) [Danny Kinnamon]
dammitallen (1904651570) [Allen Johnson]
pewpewdaily (969449005) [Guns - Pew Pew Daily™ - Gun]
3ksportshi (8485072168) [Jay Nakamura - 3K Sports]
maikelrr42 (25747480851) [Maikel]
vinicleto (4522618897) [Vinicius Cleto]
hbortiz96 (1219676176) [Harold Ortiz]
dennis.murphy.9083 (1455944718) [Dennis Murphy]
valatrk (12308206598) [The Compact Overlander]
adriulloa (24449146) [Adrián Ulloa]
trigger_therapy (7960672099) []
bigironcerakotinginc (4251681551) [Big Iron Cerakoting Inc.]
ambroze1510 (6799065153) [Ambroze.L]
mr.hdz (42303286468) [Leo Hernandez]
theb00gtube (43998194092) [king boogaloo]
47fullpr (1101343529) [PUERTO RICO 🇵🇷🇵🇷🇵🇷🇵🇷]
fullautopr (8351831541) [FULL AUTO 🇵🇷🇵🇷]
fullautodoggo (12063472527) [atf pls]
fullautofriday (2210568260) [#FullAutoFriday]
ar15_4_life (1827163382) [Guns, Guns & More Guns]
ar15scopes (372258462) [ar15scopes.com]
ar15buildersforum (4779736327) [AR15BUILDERSFORUM]
ar15gunfighter (862216532) []
patriot_defense_gear (1919900874) [Patriot Defense Gear]
ar15discounts (2328265456) [AR15 Parts Warehouse]
ar15goa (508678489) [AR-15 GUN OWNERS OF AMERICA]
arfcom (1388006283) [AR15.COM]
glocks_and_ar15s (2026349667) [Glocks & AR15s]
ar15buildscom (5051944055) [AR-15 BUILDS]
ar15vault (3410372938) [AR15 Vault]
yucel.kara.1276 (29396186562) [Yücel Kara]
sweatypalmsandfishnets (354775355) [JMR]
thebullymountain_south (16847532190) [Robert Davis]
thebarkinghub (39865877176) [Cute Puppies & Funny Dogs]
turbobspoolin (2222132975) [Kevbot]
mrg4ull (299927136) [mike]
christopher_tactical (38956853465) [Christopher Hernandez]
reese.richards43 (4540727311) [Reese Richards]
wilkensmason (14239977635) [Mason Wilkens]
5.0_michael_ (516810365) [Michael 🇵🇷🇵🇷🇵🇷🇵🇷]
pranoto_45 (7113767823) [satrio]
jessica_lynn_86_ (17852252834) [Jess Lynn]
sanchez_julio_97 (4770192257) [Julio Cesar]
gxerrillero (338125199) [MARCELO]
brandol2x (2360427206) [brandol🇵🇷🇵🇷]
joey_akz6 (5382323837) [🇵🇷🇵🇷🇵🇷🇵🇷]
igoigo_igo (6074904998) [Igor Jamelly]
mike_daddea1 (189171878) [mike_daddea1]
opieinthesmokies (3978885546) [Opie In The Smokies]
jose._.rufino (4481470891) [Jose Rufino]
im_adria_n (6266684346) [Adrian]
carlosss_2398 (302981835) []
dammitrooster (9767376) [Rooster🇵🇷🇵🇷🇵🇷🇵🇷🇵🇷]

big_brainer_ (2018128126) []
dbz944t_beri (6038158837) [Ricard]
galohwibowozld (2189128909) [GalohZLD]
zeusboxer_and_dad (6796321249) [Zeus & a Bit Of Dad]
jared.drums (3427257305) [Jarek]
predator.tx (213419962) [ I do what I want. ※]
georgiloor (1989763727) [Georgi Loor]
walid_psc_w (3625908100) [psycho w]
vinipontes07 (6181790575) [Vini 07]
xandy2147 (8889855039) [Mizuki]
cdawgg808 (3032207199) [Chris Dela Cruz]
ben_holgate_ (17170630995) [Ben]
agent_irie (16029493) [Tad Ghostal]
brett_mcr (1097491752) [Brett McReynolds]
dawsongaillard (8463408391) [Dawson]
findanexcusetowin (19293552390) []
v42llc (40366439488) [V42/ Tactical Shooting]
blackrambotv (330139828) [Black Rambo]
__private.ty__ (25392807264) [ᴛʏꜱᴏɴ ✕ ᴛαᴄᴛιᴄαl ᴄʜιʜυαʜυα]
recoilmike (6936564075) [Mike Yorrie]
jeff_ader (39227523186) [Jeff_ader]
glocklegacy (40982817544) [@jnorman4411]
hancockwalker (2985850090) [Hancock Walker]
cuatestacticos (5786625113) [Cuates Tacticos]
aimbottargets (38056561206) [Aimbot Targets]
shtf.preppers (6234806852) [SHTF Preppers]
rifledynamics (458047210) [Rifle Dynamics - AK47 Kalash]
rp954 (285575481) [Ryan]
emma_hall277 (8457612928) [Emma ]
josiah_grn (755044526) [Josiah Green]
lilcandypac (32022498318) [lilcandypac]
_grug_e (1686806850) [Gregory Ellis]
cleburnefan3308 (4373066969) [Zac Scurlock]
ben_two_brothers_tuning (10622538790) [Ben Lauterbach]
sstrawsb (30804217) [Sean Michaels]
dumpsterfire_dave (7409938495) [David Studnitzer]
alexis_mor (34082897) [Alexis Morales]
novembersierra13 (43504774946) []
dillaynhammell (33638609) [Dillayn]
ppanggukt (1618518111) []
robertluna65 (1496711197) [Robert Luna]
vladek448 (1488377606) [James Kay]
chr1sd33 (29428979349) [CHRISTY]
tmoon1981 (45405792) [Tad Moon]
edc_cornelius (37522310755) [Pocket Stuff & Brew]
ruizmef (2308730492) [Efren Ruiz]
taco_bout_adventure (41239971968) [SD | 2019 Tacoma Off Road]
tsreiter10 (7463371950) [Troy Reiter]
screaminpirate_edc (546978441) [Brad ※]
beehiveballistics (34805547154) [Beehive Ballistics]
_toyoma17_ (27917597325) [Rick]
regularguys11b (22710694548) [Regular Guys ]
gear_upedc (35842647708) []
edcjive (31321549989) [Paul C]
dragonbowe_z (40967518375) [Bowe]
prplejsus (299490986) [Ty]
kdneighoff (26825715885) [KD Neighoff]
carry.urban (8728954544) [Urban Carry]

addictedknife (39055365813) [KnifeAddicted]
live_outside_365 (42109676216) [The Fox's]
stevie_mo_61 (523771071) [Steven Morgan]
edc.ram (16803601088) [Ramy]
kirilov1366 (19012406975) [Krasen Kirilov]
a.a.ron_host (1958229709) [Aaron Hosterman]
simply.patriotic.actual (3113789645) [Simply Patriotic Actual]
_xxsaltyxx_ (1470258681) [Chris]
dradog_dcc (11617165525) [Dradog]
glushenko223 (28398806) []
rickydmendez (187890392) [Ricky D Mendez]
toyota_mountain_runner (28236552924) [🇯🇵🇯🇵🇯Toyota Mountain Runner🇯🇵🇯🇵🇯🇵]
the_maintenance_mechanic (5890212573) [Casey Cunningham 🇺🇸 🇺🇸🇺🇸🇺🇸]
cantcarrynyc (12166095583) [Matt]
davcastio805 (54438114) [David]
tactical_nacho (8152267497) [Tactical Nacho]
hamidnasiri6633 (29045916916) [rokhsat66]
golfandguns77 (40816108281) [Matt]
chattvalleyedc (13263655674) [Chatt Valley EDC]
warriormusician0828 (37620849926) [Carl C. Lloyd III]
delta_romeo_11 (21436165892) [Delta Romeo]
tacticaltrainingguide (11099810063) [The Tactical Training Guide]
krobbler (1802909471) []
412pewpew (40600537379) []
the_gear_collector (19694753597) [knife_collection_98]
lifeuphighphotography (471235903) [Jim Meyer]
pocket.dump.edc.more (16409084737) [EDC]
w1ldknife (22001281873) [🔪🔪🔪🔪🔪🔪🔪🔪🔪'🔪🔪 🔪🔪🔪🔪🔪]
601offline (19537096008) [SSC12]
mypointofpew (8587833178) [Andy]
yotame2020 (41008204637) [Big Country]
degtarevo (8724713310) [Degtarev Oleg]
bladeoperator (39560678774) [Blade operator]
prophet_tactical (37496108433) []
modhanks (40576620956) [ModHanks]
callsign_sheepdog777 (1698464157) [Cody Grein]
patrikragnarok (6851045279) [Patrik svärd]
caddell_arms (630947240) [The Caddell Boys]
00sincere (3972381608) [Jamaal Sincere Dozier]
backoff_527 (4569404330) [Glen Gatdula]
gbeduze (24330667) [Graham Beduze]
pblitoo (273453494) [Pablo D. Barrón]
straightandnarrowgolf (16113799102) [Anthony Catalano]
caligunner805 (1641250239) [Tactical Cholo]
yokojuice (307431361) [Hugo Apastillar]
drdaz1 (271581633) [Darryn Whelan]
southtexasedc (41379910083) [DC]
patriotyork (1574395334) [Alex York]
earthisntflatshethicc (6664282572) [Johnathan Deleon]
aa_rond (355273185) [Aaron Centeno]
executiveautowraps (8290306020) [Executive Auto Wraps]
smithandwessoninc (818867689) [Smith & Wesson Inc.]
svat.tactical (3304811512) [SVAT 🌄Sun Valley Tactical🌄]
danielhughes4619 (5882021886) [Daniel Hughes]
__deleted__bhiebeaaaeeccifgi (548353474) []
mr_recce (5758857666) [Marshall]
canzo0311 (233876171) [Kavin Joseph Canzoneri]
andrew_b_937 (2369702609) [Andrew]

meadows_edc (35255012) [Meadows M]
justin2pew (1391390690) [Justin Gorges]
the_fitknight (42832101) [Michel]
agustingallina (224532201) [Agustin Gallina]
pistol.kelly (18330470641) [𝕯𝖆𝖓𝖆𝖆• 𝕯𝖆𝖓𝖆𝖆]
ryder_orr_99 (2313941749) [Ryder Orr]
joelie_2a (3050329595) []
renzo_renzo94 (2063453181) [Renzo]
_melo_faure (7188830912) [𝕄é𝕝𝕠𝕟𝕚𝕖]
oct_wei (1495155131) [𝕎 𝕖 𝕚/ Oriku/ Oriz1001]
juliano_994 (194868409) [Juliano Dias]
ggivens06 (2286611372) [Gage Givens]
tfrank_ohio (4374155427) [Tyler Franklin]
edcplug (30308811169) [Tyler]
suiterainbow (33658378233) [Santiago]
wblinty (1186654365) [wbl]
marie_a228 (5744821147) [Ashley Marie]
rez_eightysix (19873942911) [rez_eightysix]
ronray267 (373667198) [Ron Toney]
jorge.m.cano (4496888951) [Jorge Mario Cano Galindo]
myke_thegreat (237556349) [Myke]
greysentinel (3948505958) [Grey Sentinel]
sharp_thinking_ (966035307) [Sharp Thinking]
the_real_marcus_aurelius (464090464) []
bic.thboy (42061507927) [bic.th boy]
andreabonzi00 (2225739090) [Andrea Bonzi]
marioordaz28 (798421069) [Mario Ordaz]
shaynablume (1462361163) [Shayna Blume]
_lele_ia (288642117) []
mozza.tactical (19992254018) [𝕸𝖔𝖟𝖟𝖆 𝕿𝖆𝖈𝖙𝖎𝖈𝖆𝖑]
outlaw_patriot_ (1700054061) [𝓣𝓱𝓮"Mayor of the Swamp"𝓣𝓶]
brooster79 (3682919720) [Brandy Bellar]
bonbonsnguns (9160211) [Bonnie]
thebeardedgunman (3552296730) [Logan]
silver_wolf.us (1572930580) [Silver_Wolf.US 𝕎𝕠𝕝𝕗• 𝕌𝕊•]
sandwich_eater_tactical (6790439433) [Sandwich Eater Crew]
six14pews (17948346889) [Nick C]
dburgess16 (222999808) [David Burgess]
mike_nosleep (21537793) []
365.carry (5910103296) [Concealed Carry Lifestyle]
liftedcherokee (218691747) [Sean Glynn]
chase.18.s (5495474448) [Chase S]
dani_a_secass (4141384228) [♠𝕯𝖆𝖓𝖆𝖆𝖆𝖆𝖆♠]
refidgeratorraider (1241106709) []
jacobnewman_ammosorter06 (25979432458) [Jacob M. Newman]
victorledford (8494309421) [Victor Lee Ledford]
alex106336 (5974186057) [Alex10]
lyman_78 (1324316733) [Odin Lyman]
renncampo (2366072883) [Renn Campo]
luk0614 (232824882) [Luk]
yamilbih (36962215974) [yamil vicens]
et_arma_armorum (36412751905) []
ricarvalho17 (7953242141) [Ricardo Freitas]
paralleldefense (6707431452) [Devin "Smiley" G]
nenadpandurov (6656761878) [Nenad Pandurov]
chasejohnson5284 (6122311702) [Chase Johnson]
ctn_nizar (39218655244) [Nizar Nizar]
cypresslocote (1708554575) [Alain Martell]

sacosta66 (27873605) [Steve Acosta]
edwardjordonez (224868654) [eddie ordoñez]
arpietersefit (1506031907) [Armand Pieterse]
social_collision (332955925) []
sunnnysing (4773994768) []
cmeredith73 (1954877712) [Cory Meredith]
lastamericancure (40947982) [Jordan Rucker]
aaronschell (1170305286) []
meathead_unclegreg (1015191812) [Greg miller]
kingkrasher (3006535940) [King_Krasher]
lukexrogers78 (1796061431) [Luther Rogers (Luke)]
mike_quinlan21 (318675186) [Mike Quinlan]
phoenixduff (612640995) [Phoenix]
jb.rown (16326883) [Jack Brown]
snoduc (498401501) [Luis Herran]
omar_cxi (52381906) [Omar CXi]
chrisfowler623 (15028427) [Chris Fowler]
cplazear (6176127178) [Chris Lazear]
cwstuc (2317574344) [christian]
brassshooter (29326229687) [Brass Shooter]
mustang12gt (42246314) [Chris Robinson]
trapperjon85 (2202841256) [Jon Oates]
sb.tactical (1785258150) [SB Tactical]
bubbachop.shop (21263489176) [ChopShop]
i_need_bacon (12587444361) [Vova]
kci_usa (6028028034) [KCI USA INC]
pew_and_paracord (1438435459) [Billy Baconeater Shea]
jkarmament (24407685251) [JK Armament]
a_e2022 (4367755394) [🔥🔥🍃 A D A M 🍃🔥🔥]
vincethegreat_ (34566231) [The Great]
romeo_zero_3 (2044741715) [Dave]
lynxconcealment (311846997) [lynxconcealment]
jordonhurd (217094219) [Lee Hurd]
jefferyjg (36532287) [Jeff Grissom]
_turnertactical_ (30937148) [Zack Turner]
tech8100 (1361354812) []
ethanjohnson48 (2136014901) [Ethan Johnson]
y.euge (2243016743) []
takewinpapi (41021478) [DANIEL.S]
fresh_closet (337989668) [F R E S H • H O U S T O N]
tacti_kyo (1544992800) []
herb_98 (5853779997) []
gabrielxbaker (7313655829) [Gabriel Baker]
christian_samurai_outlaw (2869080089) [Ross walther]
shtf.survival.box (5997107488) [SHTF Survival]
ar15collective (1699911147) [⚡ 𝐓𝐀𝐂𝐓𝐈𝐂𝐀𝐋 𝐌𝐎𝐃𝐄𝐑𝐍𝐀 𝐖𝐄𝐀𝐏𝐎𝐍𝐑𝐘 ⚡]
shtfsurvival (1146832850) []
ar15accessories (10610200541) [MSP AR-15 Accessories]
ar15news (245314956) [Ben - AR15NEWS]
eliteweaponssolutions (36289442693) []
pacificshimmer (3006055901) [pacificshimmer]
christianbliss1969 (6096116890) [Christian Bliss]
rodolfo_nretana (1638558057) [Rodolfo Nunez]
stirling.mp4 (13580874840) [Stirling Forsey]
jwilliams.83 (6137493977) [John Williams Jr.]
pat_rmg_official (539574740) [Pat RMG]
e.sindoni (437178832) [Eric Sindoni]
dustyfour7 (7287324623) [Marcus Keyes]

i_am_the_fos (214401484) [Dave Foster]
aj_burak (6029056972) [AJ]
tacet_ideam (38769103811) [Ed Felterbush]
madpanda181 (5042715574) [MadPnda]
notfoe_saiah (8105017767) [San Anto 🇺🇸L.L R.j🇺🇸♠]
rossasaurusrex88 (11665719202) [Ross Thomas]
1madmnky (175137695) [Beech]
66runningriot (2347678111) [Eric]
plagaboy (181326238) [José González]
skippy_handelman_ (17866033563) [Skip]
bricevhc89 (1611641243) []
trey.misse (4534684048) [Trey Misse🔵🔴🔵🔴🔴🔴🔴]
bazinetalex (389580682) [Alex🔴🔴🔴🔴]
gatorrebel78 (3453860746) [Hermon]
dogpaddle11 (37562243) [Art Lara]
gyrene84 (3911510399) [Patrick Cleveland]
crashponcho (14322259832) [Crash Poncho]
joseluisacunaruiz (4168964973) [jose luis Acuña Ruiz]
abprototype (2329034092) [AB Prototype]
durden5086 (7179454824) [Dustin Durden]
ro_knives (13250090335) [Ryen Overlin]
kizilbukaa (26698908509) [Kızıl Buka]
alaskanmarksman (1444346708) [William H.]
j._gunz (3110864713) [Jimmy Gunz]
gun.society (4236875065) [Gun Society]
patrickdull (3164023294) [Patrick Dull]
david__bee (241222965) [Dave]
th3kr8 (14761448755) [th3kr8]
cooprider_ (31618350) [Adam Cooprider]
jok3r_hah (600228141) [Dre Sherman]
thecoolgamingpanda (6680525084) [Albert Post]
mozart1075 (4195746067) [Mozart1075]
kevinrobertsheedy (179562264) [Kevin  Sheedy]
jpaul66223 (7572671249) [John Paul]
_gipsy.812 (4117914385) [Joa🔴🔴]
kmgrott (2053642000) [Kyle]
martenzedward (24414857484) [🔴🔴🔴🔴🔴🔴🔴🔴🔴🔴  🔴🔴🔴]
brianek9 (36644097) [Brian Nguyen]
jagray00 (1160061696) [Fox]
generalcain (8114430) [Gage Cain]
b_class_struggles (399865080) [Kerry Woods]
nicknash (13101298) [Nick Nash]
seth_pinkerton22 (490907375) [Seth Pinkerton]
usmcbeans (559432943) [Adam Bienas]
chadmanone (5432521451) [Chad Brown]
j_costa921 (423982313) [Joe Costa]
commisioner_gordon273 (393210087) [Seth Gordon]
patres03 (8634118372) [Patrik]
dave5339 (583437539) [Dave D]
amburgeynick (7368637654) [nick amburgey]
nvshootandtrain (17572942034) [NV Shoot & Train]
broken_and_unreadable (12383882953) [Charles]
smooth_trigger_jim_reloaded (8284677828) [Jim Hadley]
davidfire51 (3228843695) [David]
immurement (261300910) [Jonathan Eyal]
brian_werring (2296212138) [Brian]
ajeepcalledcaitlin (662671517) [JDM]
ludusintegritas (3292934809) [Ludus Integritas LLC]

hansohn_brothers (2102538902) [Hansohn Brothers]
bob_eastwood_15 (11780150420) [Bob Eastwood]
txgunarsenal (41114257) [TXGunArsenal]
wandell877 (1613958800) [Wandell]
youraccessisgranted (2284211340) [Grant Lauer]
alsmetalart (12120125578) [AL - ( Love My Fam)]
im.the.wanderer (749314178) [Bryson Bell]
cali_green01 (226776171) [Javier Guzman]
prepper_one (10328625785) [Andrew]
a_palmai (7594254942) [Ádám Pálmai]
raynel007 (3671508570) [Raynel Arencibia]
mike_tactical (9510197321) [mike_tactical]
abelcompanyarms (32508109362) [Abel Company Arms]
cjlavesser (30450228) [Chris LaVesser]
mr_freedomist (19088993329) [David]
bigbob21 (10083365) [Rob Sepulveda]
donnie_gifford (2905157672) [donnieG]
norcal556 (2884061221) [norcal556]
bravocompanyusa (1146823711) [Bravo Company USA]
the_raging_otter (13110812) [Oliver Diaz]
jaky_arms80 (6812635155) [Jacob Armstrong]
jamesfromal (2373078021) [James Christopher Fromal]
strict__machine (1714317322) [StrictMachine]
ar15com (1386649150) [AR15.COM]
ar15_world (3116465929) [AR15 World | Black Rifle Page]
ar15armory (1735573053) [AR15ARMORY🔫]
704_tactical (3097095027) [704 Tactical]
shtfpreps (1045342050) [SHTF Prepping Central]
bonnie.brass (5684842018) [🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸.🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸]
billys.fishing.charters (5422334867) [Billy Mills]
perpetualocelot (2067758498) [Joe-shwa]
alfredo__jr7 (5383168216) [Alfredo Contreras]
emiliano._.baez (6266114080) [Emiliano Baez]
papotegc (519845777) [Hector]
all_amerikan_amalgamation (15881425005) [Адам]
john_josh234 (11121342628) [John_joshua]
talha_1331 (3208523794) [Mian Talha]
t_abo.sweilem (3549142530) [Talal ammar]
larry_196 (7510714383) [Larry]
xthe.red.hoodx (8933238302) [⚠️Jason todd⚠️]
verdeyen_jonas (3319744439) [Jonas]
giuseppeasquino (1759217717) [Giuseppe Asquino]
xxbush_masterxx (35685872143) []
er_babu_ (7082577749) [BABIN]
brigatafolclore (8515837754) [brigatafolclore]
renny_444 (1318259078) [Renny]
hannahcottona (40602983103) [Hannah cotton aiki]
tommy_skogs (2255787595) [Tommy Skogseth]
bhavnandan_singh (1540943896) [🦅🦅Bhavnandan Singh🦅🦅]
rudokris (3963219468) [Kris Rudo]
wulfie_s (3486827439) [Wulfie S]
egorhodakovski (374593597) [Егор Андреевич 🇷🇺🇷🇺]
soltgharr (1655001106) [🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷 🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷🇮🇷]
elenaidan (6041462826) [JH]
jkillings8479 (3881257040) [Jonathan Killingsworth]
mwryfars3 (19718054879) [fares]
weldinginprogress (6545466417) [Andy jaime]
urban_medicalgear (6898245528) [Urban Medical Gear]

2asqwaur (223192474) [Melvin Green]
pepperlewis47 (5601542539) [Patrick Burns]
gadgetsedc (6476418954) [Ron]
rocknrollfreedom (473781639) [Brett]
redmond_recoil (1782465927) [Ryan Pitt]
m3codeman (415729024) [Cody Gunter]
azevedo_arms (8584860017) []
armeddefender (6289940847) [Armed Defender]
zedlis (1223417196) [Zack Edlis]
coach_james_foster (6755401055) [James]
cypher_systems (31854883675) [J.R 🔫🔫🔫🔫🔫🔫🔫]
namibnomad (645849944) [Paul Hotshot Van Biljon]
blakebell27 (27250355535) [Blake Bell]
9mm___alchemist (38339597133) []
fightoftheostrich (16476885323) [Fight Of The Ostrich]
power.of3 (7173721925) [Matthew Kou]
neldiva.handmade (8502445380) [Home Textiles From Linen]
wolf_tactics (39458640707) [Wölf Tactics]
southernbulletsfl (3029100864) [Custom Kydex Holsters]
bigd19869 (1588732728) [Jessica Dustin Gibson]
sc9mm (10715308844) [Ryan aka Cheeseburger]
parra.edc (15860075298) [Jonathan Parra]
mark_sigler (1981600546) [Siggy]
mr2ariley (41691965215) []
feedher2thecats (530223901) [Sam]
jnipper_28 (4777980173) [Jordan Nipper]
chief__actual (7483351819) [Josh Baker - Chief]
nickelass1981 (5427127554) [El Pollo Loco]
art_edc (7357270267) [Art]
mass_edc (310676731) [Matt]
mixed_by_k_engineer (145087216) [Kalet - Mixed By K Engineer]
adventuresinshooting (25787990759) []
atgwood_works (23348197605) [Against The Grain Wood Works]
highcaliberconcealment (25754798306) [Abby]
scottrohde23 (1096441566) [Scott Rohde]
jcon2686 (56000224) [Josh Conway]
argenis_barbero (1644701396) [Argenis]
2persevere (8778385109) [Isa Will]
creativepro (9233106) [James Campbell]
jeff.blackford (3493334733) [Jeff Blackford]
chris_young1021 (1226724034) [Chris Young]
rudyramos2333 (4560969402) [Rudy Ramos]
the.joe.patrick (5891781301) [Joe Patrick 🔫🔫🔫🔫🔫🔫🔫 🔫🔫]
guarogunns (3121056950) [Pedro]
_.40i._ (18976828079) [40i | Gabriel Ryan]
x_drunkenoreo_x (1589688492) [x_drunkenoreo_x]
brass_and_beauty (5803900583) [Miranda Wylde - Brass&Beauty]
austin_schmid_ (240716956) [Austin Schmid]
darkhorse_visuals (11210942619) [☓DANGEROUS•FREEDOM ☓]
expeditionrogue (41184715930) [Elizabeth Thayne]
rogue_texan1 (7011864211) []
awater81 (22938003086) [Adam Tarwater]
patrick_lindley_22 (9188307085) [Patrick Lindley]
tactical_skull_ (41737888891) [🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫_🔫🔫🔫🔫🔫🔫🔫🔫🔫]
mrnick21 (386352759) [Nicholas Hendrickson]
edc_simplicity (26288017012) [Mike]
ms_mich_edc (308468843) []
bigtopstoys (10667522653) [BigTop]

freedom.concealed (6847109724) [Freedom Concealed]
suited_up_vet (1489825882) [Joe Pursell]
gunsngloss (8442948180) [Guns n' Gloss]
living.upnorth (5415629395) [Steve Lyons]
ladyligero (7337856590) [Kate 🐍 Lady Ligero]
rodriguezpfernando (4220791881) [Fernando Rodriguez P]
womensgunreview (5492137537) [Womens Gun Review]
2a4all (4545605687) [2a4All]
ttub1 (264405555) [Tim Ttub Tubman]
keithcote82 (2061690416) [Keith Cote]
iemimapop (5929960481) [IEMIMA]
miss_sky_1223 (4299950612) [Sky 🌌]
alysinreallife (6881994260) [Alys]
darrin_2a (185686033) [D a r r i n _ 2 a]
tacticaljoe (298253835) [🇺🇸🇺🇸🇺🇸]
balistix_4o6 (29614776329) [Dakota Bragg]
styletactix (39517089797) [Fashion | Firearms]
rodrigobolo (226454612) [Rodrigo Lima 🇧🇷]
connor_alvarez_512 (6825273412) [Connor Ryan]
tubaraospoficial (10804123746) [FELIPPE TUBARÃO]
reston_group (2131431622) [Reston Group]
redghost05 (2870282434) [unknown]
tdebose92 (203856060) [Terry DeBose]
goon.culture (25766067) [Seth Mohr]
brightmosmoke (1447962798) [#LongLiveDaeDae]
greenspec300_obelisk884 (1368029357) [Gabriele MW884🇮🇹🇮🇹🇮🇹🇮🇹]
johnnymcmlxxiii (12393509034) [Johnny Lalley]
f3tactical (311609501) [F3 Tactical]
z1tacticalsolutions (7526342801) []
phsyco_styx (5767993490) [Styx The III of his name]
deerhunter731 (1969145995) [Connor Wood]
aparkedkar3 (194900101) [John Morris]
baron_von_savant (24591192197) [Caleb Savant]
jdl6mm (1445501054) [James]
_king_jt_robinson21 (627990654) [Jatavious Robinson]
6_6cs2david (1645891709) [David G. Bañuelos]
farmer_vitous (19509145710) [Alex Vitous]
deratorak (10324936788) [DerAtorak]
not_nice_knives (555284565) [Chris]
itsmoserpent (188305487) [MoSerpent 🐍✖]
alex_michael2014 (352829505) [Alex Michael]
mrdusseau (51748927) [Thomas Dusseau]
training.hq (22969765943) [Training Headquarters]
trusty_official (9243602995) [T R U S T Y]
danny_vs_trex (26845224) [Danny Aguilar]
vokravehs (7801688108) [vokravehs]
mxjosh118 (20713516) [mxjosh118]
pewcity (2263144486) [P E W C I T Y]
davidlcrain (45643812) [David Crain]
synergy_tactical_solutions (23793094690) [Synergy Tactical Solutions]
jacob_s_lau (1147611148) [Jake Lau]
project_gun_men (5379614721) [project_gun]
vincegunroom (30772154224) [vincegunroom]
officialeddhendon (273278847) [Eddie Hendon]
dfend2a (6977395249) [Karen Woodson]
kish_apo (1520488524) [Felipe Kishida]
richierevolutionary (335903211) [Richard Jeremias II]
cardboardslayer (9038860944) [Satria Antoni]

lawtactical (598291738) [Law Tactical]
buffalo_range (3580053880) [Buffalo Range Shooting Park]
just.a.sech (265461718) [♦️🇵🇰🇵🇰🇵🇰🇵🇰 🇵🇰🇵🇰🇵🇰🇵🇰]
citizengearco (39454180916) [Citizen Gear Co |Tactical Gear]
gillbert_the_puffer (27675441042) [Gillbert🦆🦆]
yankee_hill_machine (2117083921) [Yankee Hill Machine]
concept_grey (1569372354) []
a_man_and_his_kalash (2339715195) [Bret]
jbthorn (197131892) [Justin]
jasboothe (3271651251) [Jason Boothe]
fenmope (3499313519) [Kyle Dubay]
whiskey_tears_ (8481179051) [T]
matthewandrewhackett (36147247325) [Matthew Hackett]
ctrlpew (17816750360) [CTRL+Pew]
grant_m__ (397200145) [Grant Miller]
maythe4thbewiththosebois (1403978126) [who needs to know]
banned_bandit_69_part_2 (34684614601) [Kenny]
prjkt.lbrty (10830456585) [🇵🇰🇵🇰🇵🇰🇵🇰🇵🇰🇵🇰 🇵🇰🇵🇰 🇵🇰🇵🇰🇵🇰🇵🇰🇵🇰🇵🇰🇵🇰]
atfpatches (13224748425) [Anime Tobacco and Firearms]
blas.padilla2 (19794686633) [Blas Padilla]
slideandcylinder (8308276903) [slide and cylinder]
iamsatriaantoni (1179796647) [Satria Antoni Gunawan 🇮🇩🇮🇩🇮🇩]
eeverydayem (21854373) [Emma May ⚡]
realistceli (16995991) [RealistCeli]
frank_dado_potts (3313926290) [🇮🇹 frank_dado_potts 🇮🇹]
tebzmoagi (1611282062) [Tebz Moagi]
handleitgrips (4152183923) [Handleit Grips]
loweoutdoors (4364696688) [Craig Lowe]
diklalo_r (31133291) [Diklalo R]
brandao1250 (4615209056) [Leandro Brandão]
autoskolabk (2241059423) [Autoškola BK]
kollie_marie (7420661843) [Kollie Marie]
matilda_the_gun (145193555) [Matt Berkins]
pegleg.1972 (8097974351) [j porter]
wolfie_1911 (4629015616) [Brian "Wolfie" Boyer]
tenthousandghosts (27187934773) [Jk]
perna_oka_gbn_171 (5441946672) [Perna_oka_GBN_171]
pulkit_____ (33710507560) [INDIAN🇮🇳🇮🇳🇮🇳]
kyle_and_stephanie (225953318) [Kyle-Stephanie Craddock]
itsmyright86 (414671392) [Ryan Schnagl]
alejandro_julio_urrieta (4004745753) [Alejandro Julio Urrieta🇻🇪🇻🇪🇻🇪🇻🇪🇻🇪]
jeffersonferreiraunai (3264040453) [Jefferson Ferreira de Almeida]
skylightroofing (8243930115) [Sky Light Roofing Inc]
pushpendraverma10 (12276968448) [Pushpendra verma🇮🇳🇮🇳🇮🇳🇮🇳🇮🇳🇮🇳]
vantalugo (609082096) [Brian Esforçado Lugo]
red_jive (10855971112) [Red Jive]
2a_brigade (8090490985) [JT]
tgnptn (37595299298) [Teegs ✪]
faultydaveza (264888926) [Faulty Dave ZA]
momoy1984 (5812736032) [Henver Valecillos]
w4r.l0rd.it (10664335394) [[L4U]Retro Lancer]
denilson21ege (208306440) [Denilson Ortiz Lopes †]
hcoff364 (8300783632) []
autumns_armory (32933701648) [Autumn Fry]
xvision0502 (2976737295) [�803Marcos A. Flores Miranda.☡]
creeley_crew (17390127116) [Creeley Crew]
wondering_alternator (10919555079) [Ivan]
marcushall1974 (9224939522) [Marcus Hall]

samuelp31 (5451800580) [Samuel Perez]
fitbabesvilla (4159424596) [Super Hot Models Forever🔥🔥]
fit_booty_babes (6008405811) [Fit Booty Babes]
babes_for_trump (3088368383) []
trumpbabes2020 (40890086203) [Trump Babes 🇺🇸🇺🇸♥🇺🇸🇺🇸]
babesfortrump2024 (5324702466) [Babes For Trump]
king_kenney420 (9054199412) []
tommy.td13 (2015453862) [TD Merrill]
bonuccivalerio (7988100676) [Valerio Bonucci]
the_edc_geek (25007985270) [Dave Doerr]
wa366121 (35187969819) [Knife makar]
alpha_med_tactics (35941532328) [ALPHA MED TACTICS]
constitutional_obsession (40042125148) []
radicalproducts (3977861800) [Radical Products]
highcaliberhandbag (37494129318) [HIGH CALIBER HANDBAG]
dm.itriev2 (7160869558) [дмитриев]
willy_nfa (647502675) [willy]
guns_will (39895753722) [🇺🇸🇺🇸🇺🇸🇺🇸_🇺🇸🇺🇸🇺🇸🇺🇸]
roska_venum (1730682608) [Tomáš Venum Roska]
9mm.frankie (42829038504) [Frankie Main]
savage_shots69 (14687767268) [Nick]
dark_angel1701 (6771759987) [🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸]
el_compa_lou (1051278255) [⚡Lou Lopez ⚡]
hk_nuke (7427656640) [🇺🇸🇺🇸 F]
nigel_knives (8167972824) []
808shaka_nyc (522402758) [Geof Ulep]
scubasteve42054 (464597926) [Steven Shedd]
richierich3121 (38986082111) [Victor Zsasz]
black_rifle_13 (14320141971) [Phantom Arms]
tommienel (516437941) [Tommie]
sundance981 (4520280868) [Sundance]
idiots.with.guns (42517484491) []
proper.pistol (10119891851) []
elpipe1337 (51748708) [Felipe Cabrera]
bjjjedi (41338637) [Hannah]
bookish_pinay (45426388) [🇵🇭🇵🇭🇵🇭🇵🇭🇵🇭🇵🇭🇵🇭 🇵🇭🇵🇭🇵🇭]
callsign_vegn (31117659015) [The VeGN]
2a_baullin (41209654204) [Derek F.]
kellyholyfire (7671966373) [Kelly HolyFire Cortes]
a_kaso (46042861) [Andy Kasovich]
_bahar.hassan_ (19453047706) [Baharuddin hassan]
rcgardner79 (1913293744) [Clay Gardner]
cal_tenn (5921203063) [Calvin Tennyson]
blue_collar.edc (17918709493) [nate]
knifeblyfe (41762666201) []
bizon.glock (178086619) [Shooter]
le_chat_tattoos (38039706383) [le chat]
wongtonsoup888 (1644963616) [Alex Wong]
__deleted__bhiebeaccbffadgec (2189137850) []
ohmyyourefine (29933484) [My Dang]
gunsandboots (8232028946) [Estevan Flores]
ssssupap (28260627323) [🇵🇭🇵🇭 🇵🇭🇵🇭🇵🇭🇵🇭]
bangeystoptwin (36375723638) [🇵🇭🇵🇭🇵🇭🇵🇭toptwin]
echt_arms (22252449407) [ECHT ARMS]
zulu__god (337151614) [mauricio zepeda]
fatih_kzlcemele (1467113343) [fatih]
barrelsmoq (39816780549) [Barrelsmõq]
fun_n_gunz77 (2089317150) []

machinegun_kasey (5818128020) [Kasey]
crimefighterartist78 (7504095973) [Tommy Polowy]
wesbirkley (26640216814) [Birkley]
florida_tactical (27189259993) [Luis Guzman]
bubba1425 (8609779608) [Bubba]
loourencorobson (9602188045) [Robson Santos]
high_speed_hillbilly (17631437796) [Hillbilly]
6savage_g (1658969784) [Nelly Nell]
alex_s_leblanc (1436746566) [Alexander Steven LeBlanc]
last_boyscouts_club (10677011081) [Andrei]
michelhorn100 (8492321447) [Michel Ho Rn]
w.chan0916 (36788970) [William Chan]
nicolasrd18 (1611559760) [Nico]
earldeckard (1131560558) [Earl Deckard]
the556luis (4578823058) [Lui$, Ford🔫🔫Google Million$]
jcaitlynf (28600257) [J E S S I C A • C A I T L Y N]
g19.gen4 (41917995886) [G19-Gen4]
mk43allday (1973613385) [Mikey Runzi]
shooting_instructor_andy (39803302533) [Andrzej Idzikowski]
dablackjosh (13085203295) [Dablackjosh]
justshootfaster_craig (19983499051) []
quanaht (3679440817) [quanah]
brandon_getfit (2928316014) [Brandon Anglin]
tompow10454 (6980743902) [Tom Powell]
andresmelendez77 (1520512054) [Andres Melendez]
federico_piccinini_zio_pork (1530651445) [Federico Piccinini]
f_opssix (37068548712) [Ser_Ge]
blackyblackhawks (8967573093) [BlackyBlackhawks]
corvus.kuro (40864467552) [Corvus Kuro]
itzzben.lul (21297418852) []
guns_of_granite (40105814621) [Guns of Granite]
brockes243 (35329077856) [Brockes]
redneckren86 (12266036823) [Rene Flores]
alwaysjustanne (12763865680) [AlwaysJustAnne]
strubusser (18266858059) [Strubusser]
just.taf84 (41182684744) [Taf]
aaron_allan_graham (197843523) [Aaron A. Graham]
luxurybrandgang.acab (28713567808) [Luxury Brand Gang]
pocket_sand_tactical (1283860015) [Frank Reynolds]
eismann1980 (38927609390) [Silvio]
teamtomlyn (33607557676) [Tom + Katelyn]
mistervavona (17364878890) [Matt]
piotr3gun (4125889062) [Piotr Z-k]
41tactical (36645603879) [41 Tactical LLC]
scott_weltmer (603755040) [Scott Weltmer]
streamlightinc (670462491) [Streamlight, Inc]
matthewkovax (2219722264) [Matt Kovacs]
ajp.edc (19697197590) [AJ]
xox._.wei (10440740372) [Yιη-Xιαηɠ]
boudoin.shawn (14572065286) [Shawn Boudoin]
ben_conners1 (8363282926) [Ben Conners]
_rider83 (36844859883) [_rider83]
tieriredi (1142042085) [zio lupo]
victor004_ (8493254114) [Victor El Crack]
specialist_risk_safety_ (5963652572) [Jordan🇬🇧🇬🇧🇬🇧🇬🇧]
man.n.steel (5422858709) [Man-Steel]
blockhead_gang (43003268558) [Buck Blockhead]
rtash00 (1047966153) []

gkl_tactical (40220137926) [GKL Tactical]
eduard.sgarcitu (30132767166) [Eduard Sgarcitu]
the.edc.formula (39906467258) [The EDC Formula]
_outlawz71 (1532225979) [Dordi]
titansarmory (39401996729) [Titans Armory©]
squid_onabike (622492086) [Josh Paulson]
pich.s.m (12831502773) [12PM🇵🇸🇵🇸]
vvy_edc (39217776051) [🇵🇸🇵🇸🇵🇸🇵🇸🇵🇸🇵🇸🇵🇸🇵🇸🇵🇸🇵🇸👁‍🗨🗡♣]
e85_mk6 (8353790) [Andrew Bowers]
war_crows (15387311098) [Warcrows Softair Team]
kento.hobbyaccount (25487608815) [kento]
bubbas.blasters (2940030959) [Bubbas Blasters]
rhuansmarques (322822118) [Rhuan Marques]
marco_dincau (9226177913) [Marco D'Incau]
maths_silvacustodioo (7054891062) [Matheus Silva Custodioo]
blklimeade (475627570) [Michael Gilbert]
iamwright16 (881504630) [iamwright16]
feral157 (4561649742) [Jay Carey]
gunlovers83 (43993272040) [gun lovers]
dumbafnationactual (40448438167) [Dumbafnation]
_watchtheflames (7733985403) [Bartek Kayser]
21st.century.conservatism (40208185966) [21st Century Conservatism]
bmhnmh (460355978) [Nick Hall]
jackson_vande (3163471872) [Jackson]
bettttdude (291646522) [Mike]
rm1323_486 (2421647132) [Ryan McDaniel]
wrcrabbit (9865434176) [Christopher Butler]
riley.s.01 (8318332990) [Riley S.]
littlematchstickkgirl (7137244733) [🩷]
upccode (1367684661) [Brody Roberts]
not_a_cia_drug_mule (43027674164) []
digital.millennia.man (6089165363) [Lain]
mercenary_56 (2243302448) [Omar Arroyo]
dfoglealive (286573106) [Derek Fogle]
senpai__rex (4467040813) [Shaymus Martin]
mygauzeborn (227689002) [Michael Osborne]
jorgeskatefast (14592596010) [jorge]
heinri_k (8510722590) [Heinrich W.]
panayouth (1581051937) [MP]
vxbinaca (30826525) [Paul Henning]
uhhh.foster (6038818330) [Foster Creque]
stormcrowsupply (13843159065) [Storm Crow Supply]
clgoncalves78 (48905754) [clgoncalves78]
juardvand (21191704) [VeldBorn]
ariunbold_ari5 (1587196949) [Ariunbold Palam]
moots_minis (5417203210) [Moot]
macfrancais (4541180939) [Macfrancais]
garrett_deloach (368949255) [Garrett Deloach]
wavedcellar4867 (15433193410) [wavedcellar4867]
trento_azur (39172195517) [Trento🇮🇹🇮🇹🇮🇹]
chris.kenwey (3139222969) [🇩🇪🇩🇪🇩🇪Eisenblut🇩🇪🇩🇪🇩🇪]
hide_and_seek_u81 (33129139642) [Type VIIC "Big Subby" SS]
kms_prinz_eugen_kancolle (27375379130) [Prinz Eugen KC]
drake_xiao_azur_genshin (29351389113) []
kms.gneisenau (41863862966) [✛ 🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪 🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪 ✛]
kms_.tirpitz (32014261685) [Tirpitz]
adm_graf_spee (9254372016) [🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪 🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪 🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪🇩🇪]
ijn_ise (12592949661) [Ise]

_.superz._ (10443849367) [Riley Buchanan]
andres_jeray (1386414486) [andres jeray]
tashkent.azl.kc (29783831182) [ﾂｯﾂTashkentﾂﾂﾂﾂ]
sysyard (2091311754) [syard]
the_t55_gmc (27048980869) [fatthrobbinglussy69420]
d_megapronz_1.0 (27501243265) [Mas_Agus]
uss.st.louis.azur (14890134654) [♡ ████████ ████. ██████████████ ♡]
azur_lane_weeb (4025468285) [smol nagato UwU]
al_belfast_ (33242067323) [HMS Belfast]
_.rk2002._ (2285623669) []
commander_mikuto (11527026036) [Kenny]
zkai_5 (25360426604) [Ragnarok]
geoarchon_zhongli (31780366441) [███████████ ████████]
tn_kuhorizki (30583163493) [XTREME_56]
prinz_eugen_azur (34184203874) [██ Pudding ██]
deltapizzamood (27700632152) [Delta Pizza Mood³]
admiral.dimas.budi.58 (1554007132) [Vice Admiral Dimas budi]
prince.wales.azur (35422513482) [HMS Prince of Wales]
asher_tekikujimo_mitchell (10163446079) [Asher T. Mitchell]
gbrlbozzonijack (8440149576) [Gabriele Bozzoni]
justkaiser21 (18180271413) [Dwane]
shikikan_azur_lane (8335826229) [shikikan_kawaii_hentai]
_hms_dreadnought (12985966895) [Dreadnought]
sakuraistakenusername (7411949089) [Sakura— ████]
hells__29th_guardian (11843186205) [Amilcar Aguilar]
obitos.memes (18485050393) [nothing]
graf_spee_al (38186387469) [Graf spee]
yuri_cxmdon (7358005514) [Camcam]
girls_frontline.ak12 (9704845577) [Avtomat Kalashnikova ████]
andreabulbo (4923587839) [Andrea Bulzoni]
riccardoraschi (3642152700) [Riccardo Raschi]
malva_diary (8601084409) [malva _diary]
dimitrimuscas (10828582901) [Dimitri Muscas]
pnzr.kmp.wgn (18348254709) [Toggie Faciase Merte]
piccininir (255807210) [Rossano Piccinini]
thekommandoblog (4913525986) [The Kommando Blog]
steve77mtk (317400) [Stefano Di sansebastiano]
adams_guns (41062870231) [Adam's guns]
ajacklee4 (2673468887) [Andy]
luca.ricci.jonicus (3459314901) [Luca Ricci]
vaona_martino06 (24121124549) [vaona martino]
weaponsandhistory (16729175753) [WeaponsAndHistory]
nunzinho91 (5738943677) [Nunzio Conte]
derubeistiziano (31822486447) [Tiziano De Rubeis]
staffsshooteruk (8963277742) [Staffsshooteruk]
testa_di_lexotan (3100536490) []
bryanmennie (3256977576) [Bryan Mennie]
44plinkster (13440431783) [44plinkster]
fabrizio_72_ (6421438625) [Fabrizio 72]
simo_91ss (1317206940) [Simone Bartolini]
longhunter6 (3732008601) [Keith Bragg]
francescopezzino_official (3523343514) [Francesco Pezzino]
davideperegoo (7412109463) [Davide Perego]
murgantisimone (12148087440) [Simone]
__dascaaa__ (6654618517) [Davide Scalone]
gioelecominelli (3238360716) [Gioele Cominelli]
andre_mola_90 (4627623553) [Andrè Mola]
iaqui96 (46657404) [Alessandro Iaquinta]

cardarelli_valerio (7401466234) [Valerio Cardarelli]
gladio556 (2275352960) [Antonio Palombi]
gio_ele89 (5428830069) [Gio]
conte_le_fustache (8466213997) []
jasonstuck (1140511848) [Jason Stuck]
actionfirearmscolorado (10107319639) [Action Firearms Colorado]
nicolo_popolizio (5740699480) [Nicolò]
cestergiovanni (7441296724) [Giovanni Cester]
el_mapache_mazapano (5446404945) [Héctor Alejandro]
non_solo_guerra (6876360779) [FULMINE]
paultran3132 (3605246540) [Paul Tran 🇧🇻🇦🇺🇺🇸🇩🇪]
gfasti (3660927050) []
frank_ofthe_filth (6679762501) [Francesco]
gianpicalcio35bo (6997137989) [gianpiero martellari]
peddoneddu (8477674306) [Antonio Zara]
torta_andrea (5898701817) [Andrea Torta]
39thnewyorkcoa (11288868154) [39th New York Co. A]
mattia_zanini_ (5417916728) [*MATTIA ZANINI*]
richi_benta4 (3087850295) [Riccardo Benassi]
armaiolo_medio (33070248488) [Gunmeme🇮🇹🔫🔫🔫]
boom.sticks (37803966753) [Boom Sticks]
josephaherne (7037333280) [Joseph Aherne]
fra_cuogonz (5542936603) [Francesco Cuoghi]
john_wizemans_world (1980199705) [John Wizeman's World]
gio_lusso (5953064471) [Giovanni Ulliana]
geyerfloryan (13527790096) [Floryan Geyer]
leonardo_consortini (2004614156) [Leonardo Consortini]
edgarrv67 (189652550) []
b.o.c_burdman0203 (319477830) [Joshua Sanders]
midwest_tactics (39296910398) [Midwest Tactics]
callsign_saber (557611071) [Gabe 🤙]
joshuapeeples (3306453564) [Joshua Peeples]
ima.larsen (2025614905) [Hunter Larsen]
bearflagdefense (5412837429) [Bear Flag Defense]
charles_issamo (388872243) [Charles Issamo®]
fuckyeahguns (1426913836) [FuckYeahGuns ™]
utah.leadfarmers (5633310760) [Utah Lead Farmers]
robbedegent (6880784419) [Robbe De Gent]
txmechanic (144285729) [Donovan Flores]
b.mabrey (1380533273) []
lvl3mike (194759197) [Mike]
prettyugly11 (1385617937) [Dave]
jeffreybernard3rd (2202516499) [Jeffreybernard3rd]
wammer_hammer (10441237) [Tyler Wamre]
a77perez (900553234) [Alex Perez]
airtacticool (3078433297) [AirTacticool.US]
liam_fiesta (2530243602) [Lion Beer]
chevyhardaway (202965002) [Chavareus]
blk_age (251830280) []
jon_hall2 (1341300228) [Jon Hall]
basssamurai (288803331) [Ryan Tiamzon]
kay_robbs (279406592) [Kalyn (كالين)]
_seththebest_ (7475632269) [Seth Boggs]
lightfighter_milsim (39290367962) []
foxtrot_oscar_airsoft (17942860534) []
johnwick_airsoft (41054244882) [John Wick airsoft]
arthurko_777 (36029012627) [Fitness | Gym | Arthur 🇩🇪♂]
bluestatefirearms (4647705419) []

thewalkerairsoft (5807593963) [THE WALKER AIRSOFT]
sbamshooting (4284320615) [SBAM Shooting]
rubberdummies (1220859652) [Rubber Dummies]
9mm__life (43754686333) [9mm]
ca_sfvgunner (43344350330) [CA]
mrlandapanda (48277433) [Mr.Landa]
stucknstasis (492188787) [Matt]
tacoma_tactical (28365275504) [Kris]
drk_r0ast_taco (38311672560) [Art]
anthonyjcreative (1618197615) [A N T H O N Y J O S E P H]
pinnexgadgetlab (39480133481) [Josh Heidebrecht]
redbeardgunz (213109481) [RedBeardGunz⬛⬛⬛⬛⬛⬛⬛]
lobotactics (43333320226) [LOBO TACTICS]
cacdicas (43583930524) [CAC Dicas]
kylej_a (8152779223) [Kyle J. Allen]
hex_atx (42597253333) [Joshua]
viking_of_sweden (8254553042) [Viking Of Sweden]
xxblanskixx (1707253011) [Jonathan Blanski]
gun_fighter_goon (8116702353) [⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛ ⬛⬛]
kobragrey (1179229002) [Gus]
cannon762 (7423681289) [Chris]
defenseprep (34926410245) [Aaron Cabildo]
trueoneproductions (35977088) [Lawrence Monis]
mexicanboy_dillion_420 (12003877970) [DillionMG]
salman.alwan (10372066319) []
viniciusleonardo92 (624230512) [Vinicius Leonardo]
benzelcallon (435837405) [Ben Chase Callon]
dan_68_d (4515248163) [dan_68_d]
kadenmcd05 (31128532022) [Kaden McDonald]
mehdiidaulnay (5680077960) [⬛⬛⬛⬛⬛]
connor_.daniels (6069180442) [Connor Daniels]
grifandzel545 (7757520993) []
ale.lovo (2946233361) [Ale]
diego_ventrelli (4265360458) [diego]
k.keyanaaaa (25586665612) [⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛]
phaastackz (2878396555) [NUMBA3!]
renerjrr (6095797378) [RenerJr▰]
gabriel_disha_ (27283124341) [gabriel disha]
lukacs_s15 (3612739694) [✦ ΑLEXΑNDΞR ✦]
shacharaden (7274391659) [Shachar Aden]
cristiannizz (3122380904) [Cristian Niz]
southendtj (8063619175) [li_southend⬛⬛]
alizadeh6154 (5648760928) [alizadeh]
gustavomarques910 (12282683479) [Gustavo Marques]
hotboii_tezz (6706792533) [Real_nikkas_aint_real]
p.moradi676 (1734428742) [porya]
kfir.isreil (12386600005) [kfir⊛isreil⛎⬛⬛||7FBK7offinsl⬛⬛⬛⬛⬛]
thomas_b.m.x (4864322624) [thomas]
jeet_7mistry (3448475710) [Jeet Mistry]
steel_slapper (37570400316) [Dummy Smacker]
lord_modise (2099462198) [MO'dise⬛⬛⬛⬛]
tiny_rdmc (14411099189) [Tiny RDMC]
m_1_r_k_0 (3190869042) [mirko]
5thward.roddy (39504757808) [Kold ⬛⬛ED]
mazreku1__ (33918447657) [shkelqim]
isak_._foster (6343848994) []
hasan.mousavi1988 (4272011294) [⬛⬛⬛⬛⬛hasan.mousavi⬛⬛⬛⬛⬛⬛]
zainulabdien460 (2251041819) [Mughal Zådå]

rachit2582 (5332708369) [Rachit Chaudhary]
blake.skidmore (16947493898) [Blake Skidmore]
albayate_20 (8578566150) [Hasır Şapka Luffy]
that1nigga.z (4766318597) [xymir cone]
600stuna (8641870849) []
yourfavfister (6996751751) [John Gall]
jack__ace (144038116) [Bowman]
daveid408 (10007882) [David]
kherring7 (225627575) [Kevin]
thetavaresdavis (33491997) [Tavares Davis]
alextruetone (7714146332) [Alex]
waffen_jager (7225573402) []
corey.nw (399141027) [Corey Brown]
___noah.paul___ (5494376478) [Noah Paul]
mochi_actual (19438220) [Devon J. Showell]
his_dudeliness17 (4768814730) [El Duderino]
poljak_official (2258810907) [Евгений]
woodland_operator (39979555330) [Woodland Operator]
aman_justine45 (1106817046) [Aman manish]
jasontscott_ (4260110336) [Jason T. Scott / Idaho 🏔️]
cruizin_camaross (1798733843) [Anthony Walker]
cat_fish_234 (3289391110) [Dawson Farmer]
raincitytactical (5561572799) [Ryan Gibbs]
heavy_buffer (38762236949) [Matt]
rcfallen (41901696) []
kommandoposting (8105426108) [/K/ommandoPosting]
pr1sm_us (34731304333) [Codename ForA12]
epsilon_northwest (39231026070) [Epsilon Northwest]
clare_parsons (208486733) [Clare Parsons]
3lddv (6937450259) [Aaron]
lisa27d (175670535) [Lisa Novak]
derek.frymire (1903689281) [Derek Frymire]
chile_reano (238090869) [Chile Reano 🌶️]
jim_halpert_fto (14081710578) [Big Tuna]
pnw_kalash (42335040780) [kalash]
frank_bourbon (3198328775) [Frank Bourbon]
brycedean (28934070) [Bryce]
andrea.luffmanstl (43775925) [andrealuffstl]
smtfred (3221440423) [Sam Frederickson]
arnidude (1571475364) [Arnold Canales]
bleazenby8 (374181781) [Benjamin Leazenby]
thegodfatherofboom (9574283) [James Smart]
toomuchcoors (10537867) [Austin Irwin]
lewis5.56 (2182757238) [Dylan]
bud_lightyear29 (51388210) [Buddy Doheny]
kh_archery (17142928148) [KH]
crhistian90 (22383367) [Crhistian Rivera]
whoscallincaniask (17593409278) []
jkuhl3312 (236115710) [Jacob Kuhlman]
ghettobaldninja (195395262) [Bald Ninja]
_lone_wanderer_98 (5838618280) [Tiziano]
d.bolt_33 (232221299) [Dave Bolton]
af_k9 (1014559323) []
317gunner (1790581327) []
muaydom (29729317) [Dom]
riley_1339 (2655536641) [Riley Whitted]
marky_marcus_18 (37959303594) [Kevin]
wags733 (7091521960) [Theron Prout]

aj476239 (39401923978) [AJ-47]
codycenatiempo (5413903753) [Cody Cenatiempo]
kkiriluk16 (212644120) [Ken Kiriluk]
runnerrunnerclubs (392056941) [Richard]
jenningsgilmore (3195355268) [Jennings Gilmore]
rodri_muller05 (3266328801) [Rodrigo Müller]
jeampol_ (1398306823) [J E A N ✈]
kyle_brasseur1063 (4543390094) [Kyle Brasseur]
cocoagunnas (41202921863) [Cocoa Gunnas ™]
ballistic_g37 (5399552384) [Mitchell Woodruff]
shoot_smoke_logan (14647630199) [Logan Pontius]
eric.b.71 (2257666422) [Eric]
weaponsgiven (42055240048) [Weaponsgiven LLC]
sippin_orangejuice (302446960) [Яobert🎚🎚]
hipstoricdc (374868319) []
getemjuicy (38492526941) [Matt]
the_chrismoore (5689817435) [Christopher Moore]
isaharcohen (3053455702) [isaharcohen]
savagefarmsmd (39250094417) []
fizzle_t (707582273) [Tommy Feissle]
rizzo183 (7887724855) [Frank Rizzo]
alpha_amongst_the_rest (7766937911) [will]
mcloveng (4010094894) [Roy Arceo]
hast_mcnasty (5107683616) [Zach Hast]
daviid_noriega (250747173) []
fowl_mouth_ginger (4127785248) [Josh]
nj.jt.rangetime (8885477653) [John Tashjian]
hans.maldonado.72 (32795930897) [Hans Maldonado]
tdravz (11646091527) [Tony D]
kcsgtr (2252835078) []
kecoconuts (2254164217) [Jacob Kekauoha]
vtmaselli (1496105209) [Keith Maselli]
keatonbrumfield (3310317815) [Keaton Brumfield]
caatailantennas (8987269359) [William]
brianbay (8167644) [Brian Bay]
pecant (2235986133) [Hunter]
machinegunkid90 (309850323) [mmay]
bluto0655 (3112177859) [Steve Frey]
benjamincanizares (38484209855) [Benjamin Canizares]
ryanballinger798 (6301368512) [Ryan Ballinger]
cannaeprogear (2898909372) [Cannae Pro Gear]
burkleberry8 (7901472927) [Sean Burke]
enemy_mind_over_matter (4249680026) []
arjelvalls (202184859) []
correcaminos_division (3305861266) [Correcaminos_Division]
rhyen_r (27940997) [Rhyen]
martin_kretinsky (1650962559) [Martin Křetínský]
almostsleezy_ (4587266174) []
zidekahedron (19818617) [Chris Zidek]
unashamedly1776 (7285917815) [If you know you know]
czechpewter (2223452278) [Karel Hrdý]
saucy_bones (1530683507) [Elijah Montoya]
chris56k (256936044) []
operationshield (1257599083) [Operation Shield]
swamp.syndicate (41646008425) [Rusty Shackleford]
trent_gideon_2a (9304084576) [Trent Gideon 2A]
abduloyebode (3937189979) [abdussalam oyeniran]
traditional_arms (39399270490) [Traditional Arms]

alex_tripp21 (270674008) [Alex Tripp]
flessner.jason (1389983796) [Jason]
kellycook954 (5899823152) [Kelly Cook]
dirtymike83 (31117363) [Michael Martinez]
ajwebster92 (7508219938) [Anthony Webster II]
theselfinitiativeproject (6913527839) [The Self-Initiative Project]
bayoucustomsheaths (635469847) [Bayou Custom Sheaths]
cavemanforreal (607440907) [Scott Cave]
sandmannate (648052746) [Nathan]
biggunner81 (1975390212) [Rick Cesak]
mikethebomber (43169081345) [Mike]
__khadija__06 (34713461742) [KH⬜⬜IJ⬜_SI⬜⬜I9UI]
hustler_vansh_1 (13144214675) [VAnsh]
mrgunsngear (1501939693) [Mrgunsngear]
guns.page (7689802052) [Guns Page Official ⬜⬜⬜⬜⬜]
mysurvivalgear (2917799259) [Guns, Knives and Survival Gear]
golden__boy.666 (298889234) [Hayden Marlow]
guyallen48 (11228964879) [Guy Allen]
msg_akram (4469153800) [Akram ghazani]
realdonaldtrump (347696668) [President Donald J. Trump]
americanmusclehd (303720576) [Americanmusclehd™]
rifle (4556510999) [Guns / Country / Videos]
gun (2126593424) [Guns | Firearms | Videos | 18+]


**Followers**  ljr_1972 (36551925) []
r0b_m84 (6272953691) [Robert Myers]
randyryan (175956878) [Randy Ruck]
dannysmithx3 (14929169463) [dannysmith]
gun__videos (46263385799) [Gun Videos]
gates.candy8848 (47058832465) []
realnickwhitfield (1474752145) [Nick Whitfield]
womb_raider707 (26478136752) [Roach]
paulmarjr (22612384699) [Paulo]
noah_ammo (426476150) [Noah Riley]
codycastillo22 (3629331612) [Cody Castillo]
dvsandpiper (2005063425) [DV Sandpiper]
pschoenerr (2933105977) []
abril.galvez.372 (46414584929) [Abril Gálvez]
joshuagarrett9 (361731940) [Josh Garrett]
brad_jamest (46260602627) [Brad j. Thomas]
red_herer (8358104368) [Taylor Clarke]
altpersona (525661085) [Paul Frazier]
benchrester (1502480539) [Ron Williams]
1rigdon (235002645) [Jamie Rigdon]
richierich106 (194649099) [Richard Sweeny]
registered.skateoffender (4793065745) [Tristan]
lil_savge419 (5430856526) [(Lil_Savage⬜⬜)]
realjohncrump (7295485325) [John Crump]
kentucky_guerrilla_official (4212997126) [⬜⬜ SELECTION OF WINNER ⬜⬜]
brandon_taylor92 (5745154510) [Brandon Taylor]
fredfrausto (15229897725) [Fred Frausto]
amalia.cherry_3602 (46374953154) []
jeannettedickson7970 (45786998390) []
killough_terry (46331921752) [Terry N Elizabeth Killough]
little_gunsmith (23908348584) [Just A Little Gunsmith]
h_rod_and_tackle (190616844) [Mike Hardiman]
freefranko (40949780) []

joey_jizella (44178625732) [Ricci Joe Mae]
doit_outside (9691202170) [Richard Ortiz]
supreme_loon (7205826434) [🔫Mike's Resell🔫]
golfandguns77 (40816108281) [Matt]
tayron_guns (45658094773) [Tayron _ Guns_munitions]
reysanz76 (2204311173) [Luis R]
janna_bene (15232539) [Janna Buckner]
markomacgyver (25451342758) [markomacgyver]
1lugnut (1724383162) [nick]
jame_markdown (6885111333) [Factory ammo , online store]
upnorthoutfitter (39873884646) [The Up North Outfitter]
profesional_trader_fx_ (45406041952) [Molly Gackelly]
hamcs2021 (45665361674) []
kennedy_r67 (5477960648) []
discvery_ (44911798265) []
dionne.guerrero_1306 (45495898493) []
coozy94 (2051167671) [Jiles Coleman]
clark_thaddues01 (40051215861) [Clark thaddues]
cladblad (45039428370) []
henr.5264 (45462379593) []
tacticaltedd (44551742798) [Tactical Tedd]
hectorwalker244 (45272459471) []
cav_trooper_19d (7821349048) [Cav Trooper 19D]
seahonk2 (6868443110) [a d]
robammosupply7755 (44670679592) [Robertson]
kevin_j_emmons (3269281209) [Kevin J. Emmons]
timmah78 (3632379740) [Timothy]
mrm3morg (44232079293) [Michael Morgan]
monster_ammunition (45078703795) [Monster Ammunition]
jacke.ammo50 (45449291032) [AMMO SHOP]
herdensondov (45251143042) [Herdenson]
santaplugs (45089309929) []
v_pire38 (45035591818) []
sotasota2 (8172131986) [Sota Sota 2]
lindsay.loveee (44024230474) [lindsay walters]
702mechanic (395105601) [John Wehr]
glock_982 (41435189910) []
bullets_556 (40836481330) []
just_sicilian_gun_man (32998334286) [JUST SICILIAN GUN MAN 🔫🔫🔫🔫]
amhest17 (45432489217) [AMHEST17]
cekhealth (44002373662) [cek]
punisher.inc (45373965910) [Rick Sharp]
ammunition2021 (45227498958) [Ammunitions]
ammunition940 (45192389233) [Gun|ammo|firearms Store]
new_factory_ammunition (45371385388) [Turel_Ammo]
wo.lfs7_ (44850767343) [Wolfstone9]
jstrad6.2 (2287233860) [Justin Stradling]
lonestarlibertyusa (44853799223) [J0]
summw67 (4077244613) [Wes]
myles_david_5 (196131455) [Myles David Lancette]
blazewolf22 (2150519338) [Ithaca (🔫🔫)]
all_top__firearms (45005525366) [All top  firearms]
pontiac_superduty389 (11818772820) [John Delorean]
_clean_garbage_ (38911525352) [ROLL FUCKIN DEEP]
beau_fearturkey (14831619983) [Beau]
gunsallweek (39853403916) [Guns All Week]
caceres_s.f.3 (1025457373) [Silvio Caceres]
mario_pistolas40s (3172366276) [Mario Gunz]

cars_clan2 (32080150206) [I Love Guns]
notorious_w.i.n (260409989) [Tommy Huynh]
anthonybongard (2880264524) [Anthony Bongard]
thetumblerguy (43652631073) [The Tumbler Guy]
pyrojon8 (270012112) [jon]
clarkallamericantactical (35939147688) []
ammunition1275 (43879670313) [Ammunition12]
accurate_firearms (42819045352) [Firearms World]
ndhillbilly (7332887254) [NDhillbilly]
debunkedvintage (43889806296) [Fokus på Vintage Surplus]
daveyho69 (321622057) [Dave Hoelcher]
teresita.rehel_dwu5l (44806187825) [Chanda]
tampafirearmsolution (38219864772) [Firearm Training @ Shoot Shack]
hecp1234 (1713955877) [..........]
mottj76 (4256892034) [Martinus Jeter]
jamesi_colee (39136032832) [Ammo Available]
feral_freedom (43756455711) []
brianmark234 (44458080919) [Brian Mark]
gun__maker (43623623223) [Gun Maker]
adeboyearinola07 (44953363359) [martclara]
wandernfool (276639655) [Willie Wallace]
mdwilliamson1 (868577396) [Mark Williamson]
mr_ammo_20 (44884462868) [Mr Ammo 20]
trippinballs88 (5419563499) [mike Johnson]
akfourty7_ (5597117996) []
oneals_ammo_shop (44555606630) [Alpha ammo store]
biancabaccioni1 (44919087165) [biancabaccioni1]
prettynpink0421 (4961432945) [Erica Ash]
famous.fisherman (274829917) [Jared Maynard]
mxtreme38 (561333006) [Mike Campbell]
ammo918 (44925461223) [AMMO SUPPLY]
bwlhyllbdy (3930480822) [[ابو الهيل العبادي]
gunoutbreak (34681811143) [Gun Outbreak]
jgcutz_1991 (6104591520) [KEEP IT CLEAN GF / JGCutz]
xpocz (5361663312) []
huskyracer (451088804) [SP]
gunbros45 (3662885721) [Gun bros]
bull_ettactical (44375147791) []
stuckinfoned2 (651111189) []
peregrid (9067655414) [Morgan]
btheath294 (7364132248) [Btheath]
jeorge_pet_store (44890633076) []
ammo_store03 (44332632736) [AMMUNITION STORE]
bryanvanb (27274473288) [Bryan Van Blericom]
michael_ammo (44539478145) [Michael_ammo905]
center_ammo_direct (35152022487) [center_ammo_direct]
ssssupap (28260627323) [⬜⬜⬜⬜ ⬜⬜⬜⬜⬜]
moneyman.graham (2942244018) [Guero 🏴‍☠️]
jesse_a.lange (43643325226) [Jesse lange]
hobbsa4 (32254762) [Calvin L (Hobbs)]
concealedman (7388851943) [ConcealedMan]
patrick.bullock.779 (7581091266) [Patrick Bullock]
eabrego76 (242934309) [Edward Abrego]
justice_schuyler (1116585092) [Justice Schuyler]
romel6073 (14485586584) [romel]
brett_tastic_ (41758630) [Brett Robinson]
ethan_c_99 (1956077143) [Ethan Canby]
backwoods_bummer (4215417102) []

cherrycitygunsandammo (38815633684) [Cherry City Guns And Ammo]
combs_cj (308981709) [CJ Combs]
shawn.fritz_ (176603892) [Shawn Fritz]
zdirtyjew (28669338) [Johann Bisbing]
sfst665 (24963755613) [Steven Lewis]
pyo_monty (3826841033) [🔫🔫🔫🔫♂]
rosswass48 (45568384) [Ross Wass]
thetexas2step (1715351818) [Travis Haseloff]
jason_m_lee (1415135176) [Jason Lee]
og223ghost (40901590538) [Og223Ghost]
alextacticalflorida (43516618301) [Alex Maldonado]
tac_papercrafts (8953484009) [Tac Papercrafts🔫🔫]
justingarlock (3571840718) [Justin Thyme Garlock]
coneyboy967 (4126548665) [John Coney]
mrmurray7.62 (1407622139) [Matt Murray]
corpse_grinder90 (9196557137) [Jake Boyett]
sootch2020 (44487189993) []
ammoshop2020 (44318271596) []
bad.assgear (44280060219) [Bad-ass-gear]
locosporlacazaypescatucuman (44133998220) [LocosPorlaCazayPescaTucumán]
ammo559 (44671130578) [Ammo & Firearms]
jeorge_man_gunshop_usa (41735825969) []
northbucksrange (6351004060) [North Bucks Range]
bullets7373 (44317242805) [bullets7373]
matt5225 (268935374) [Matthew Smith]
keyz_khaos (4210064278) [keyz]
corey_ketcham1405 (14305046566) [Corey ketcham]
aldrimdmax (296139528) [Aldrim Melchor]
packerfan7799 (260683147) [neal]
bap2139 (7297676948) [Brian Platt]
88b8b88_s5 (570061547) [Cory Heumann]
sb112337 (426157763) [Spencer Brown]
v1n1v1d1v1c1 (181790884) [Vini Broderick]
stoiclearning (5959299569) [michael]
jfrisco.98 (9128162129) ["🔫🔫🔫🔫🔫🔫🔫"]
eric_adair (176442896) [Eric Adair]
dc.freepress (30869467221) []
zerodarkkeeling (2973649773) [Robert Keeling]
ammohouse13 (44446238405) [Alphonso ruiz]
gunammunitionworld (44641460372) [Gunammunition World]
big_blayze (251057456) [Blayze Roberts]
stennesdarek (4568659057) [Darek Stennes]
f2ammo (44660490040) [F2Ammunition]
punch_ammo (32484670173) [Punch Ammo]
vargas_rafael (291729126) [Rafael Vargas]
dude_drew_87 (38831677587) [drew]
mattlynch30 (52773600) [Matt lynch]
gruesome_ink (26081815150) [Eduardo Landaverde (WINKY)]
krzy_whyteboy515 (7054996648) [steven cyr]
ammo_warehouse (44419935222) [Hardcore fire arms $ Ammo]
glockmaster55 (44086035592) [Joffrey Morgan]
amstpierre13 (11935390270) [Anthony StPierre]
markammo237 (44081777887) [Mark ammo]
bessias32 (31998430236) []
mikeoscarmikeoscar (37462554204) [Marc]
sammys_gotagun (5503865616) [Sammy Stull]
centaurguns (42363423178) [Centaur Guns]
john_jay_ashton (38974858894) [Pups🐾🐾4NewHomes🏡🏡]

reeltactical (1962319861) [ReelTactical]
nemesis4520 (1530636430) [Michael Montenegro]
misfit_weldor79 (1900983331) []
maythe4thbewiththosebois (1403978126) [who needs to know]
thatoneguymario (185585988) [Mario]
antonio_1440 (9410430884) []
david2371822 (44661297588) [david]
firaseddine (3943133934) [Firas Eddine]
mirzaderek (7094669341) [Derek Mirza]
eightyninetactical (37723229199) [Eighty Nine Tactical]
filip__pelczar (7354350907) [🎹⬛⬛⬛⬛⬛⬛⬛⬛⬛]
cold_smokemt (29180178556) []
daisie_rae_rae (3639483898) [RrT]
dream_saler12 (43848589059) [dreamseller123]
mic_smith11 (43716674985) [mic Smith]
airtacticool (3078433297) [AirTacticool.US]
haxxi_blade (42827306097) [Haxxi Blade]
bruciaga.56.65 (43414029204) [burciaga smith]
904tography (48186917) [Greggo Imagery]
marthamariana917 (44470649048) [martha mariana]
johnny_ringo_ole (44072934361) [John B Goode]
gunga8144 (44079069165) [gun gangs]
brandon385oo (4445892762) [brandon38500]
markbross420 (40858062119) [weed_pro 420]
mattyboy874 (255238653) [Matt]
thepewpewchef (44408181306) [Jay]
hammbone9517 (1431601661) [William Brandon Hamilton]
guns.bobby99 (41760115103) [Guns Style]
tactimmer (43648076152) [TacTimmer]
drizzy_on_top (1941002372) [Drew Walker]
reload4ever (34332678224) [Reload4ever]
guns_ammo45 (44400317051) [Robutson]
marksjones45 (43059063936) [⬛⬛@jnorman4411]
regornacho (35588293564) [AMMO AND GUNS CENTER⬛⬛]
bill.morten (44050834376) [Lord Baron]
crs_firearms (3251438218) [Hoover]
prepperscr (40437246740) [prepperscr]
kratetactical (13011772957) [KRATE Tactical (NO GUN SALES)]
ammunition2344 (44401710572) [Ammo in stock now]
cvkitten026 (44068445561) [CV]
elonaura (29157966517) []
explosive.overlanding (41630270327) []
eugene_stive (43880766512) [eugene]
bugeyesam (3133264556) [Samuel Fields]
tactically_urban (40336903194) [C.L.]
bellarose153246 (44416468541) [Tracy rose]
timcantu (218512493) [timcantu]
gonn324 (44410251708) [gonn]
theworstreviewsever (43107551461) [Slick Rick]
kriswilson_cinci_usa (4171815705) [Kris Wilson]
savage11smw (18730392970) [Mike Savage]
shoot_out_steve (42899493774) [Steven Bennett]
aj476239 (39401923978) [AJ-47]
the_tripod1 (5815957710) [Tripod]
2alpha_noshoot (199079129) [Aaron Sellers]
ss3_019 (2208988849) [TangoSS3¥]
burnetts_custom_guns (43654935493) []
ethan_ruins_edc (43656102061) [Ethan Ruins EDC]

squarevato77 (203664603) []
firearms677 (21195456007) [GlockmanJack]
ralphy_3gs (229767421) [Jean-Ralphio Saperstein]
athost7842 (44052684494) [@Athost78]
colten768 (363364427) [Colten Lane Sartain]
k5chris_ (406057155) [Chris]
brockes243 (35329077856) [Brockes]
tattooedblonde_ (352366567) [California Cay]
dnmtactical (44207229226) [DNM Tactical]
tsreiter10 (7463371950) [Troy Reiter]
sandraharris6545 (43684638078) []
ddaannssuulliivvaann (38621235) [Dan Sullivan]
haxxihunting (44049315660) [haxxihunting]
the_merciful_1 (16437944953) [PRO2A]
tattooed_woodsman (10819330152) [Tattooed_woodsman]
mrspookey (26375423) [Matthew]
kartal10_73 (1980756027) [TUNCAY]
machinegun_kasey (5818128020) [Kasey]
elizabethbetsy73 (3501533233) [Adam Plant]
mikejohn0095 (43122486696) [mike]
paultran3132 (3605246540) [Paul Tran 𝗉𝗈𝗌𝗉𝗈𝗌𝗉𝗈𝗌]
powerdealer_ (4043347758) [Power  Dealer]
guns_and_ammory (29418930564) [andrew quaan]
winston1846 (3137753594) [Winston White]
7362george (43936819081) [George]
astroman1121 (2932316815) [J D]
slimtimmy007 (3554626823) [Tim Martin]
scott5.56 (370444021) [Scott Ordoñez]
anarcho_lukeism (34439469298) []
jordan.palmer52 (1999532271) [Jordan]
guns.ggt (44230808753) [Glen Clark]
stingrae000 (7516838765) [gabe]
bigjohn2011 (210905843) [Big John]
antoniopredator (6210912785) [La Vita per la PATRIA]
charlie_p03 (710706859) [Charles Pelton]
lucaszatti (450631910) [Lucas Zatti]
guns.hop32 (44225089974) [2a]
solidsnakeap (1338801731) [Austin Peck]
berserker0208 (2081380156) []
gunhouse9 (44203025542) []
ribielkawaii (5493615753) [Sergey Nazaruk]
samuelbwv565 (10694736423) [Emilio Solano]
daniamurakha (6799775905) [𝟣𝟢 𝟢𝟢𝟢𝟢𝟢𝟢𝟢𝟢𝟢𝟢 𝟢𝟢]
tyrannicaltargets (40535942773) [Tyrannical Targets]
haygen_bliss (3712637114) [Haygen Bliss]
brady_shackelford (4372953787) [Brady shackelford]
olv9_dan (23404691646) []
luissanchez4649 (7632962820) [Luis Sanchez]
chelli1606 (42874500853) []
heatherwiki (6608764061) [Heather]
blackandwhite_fire_starter (5997970946) [Black and White Fire Starter]
william_himmer_schmmit (14930101555) [Andy Onn]
gun_shop.1 (39233853212) [Gun Wizard]
mbgunsports (39009853669) [mbgunsports]
renncampo (2366072883) [Renn Campo]
rail_optics (39677940219) [Sam Rogers]
biggunner81 (1975390212) [Rick Cesak]
bhendrick25 (5618003833) [Brandon H]

live_outside_365 (42109676216) [The Fox's]
bigironcerakotinginc (4251681551) [Big Iron Cerakoting Inc.]
yucel.kara.1276 (29396186562) [Yücel Kara]
thebullymountain_south (16847532190) [Robert Davis]
mr.hdz (42303286468) [Leo Hernandez]
thebluelion454 (1206180690) [Thebluelion]
pranoto_45 (7113767823) [satrio]
galohwibowozld (2189128909) [GalohZLD]
tmoon1981 (45405792) [Tad Moon]
aimbottargets (38056561206) [Aimbot Targets]
glocklegacy (40982817544) [🇺🇸@jnorman4411]
dogpaddle11 (37562243) [Art Lara]
cleburnefan3308 (4373066969) [🏈🏈🏈🏈🏈Zac Scurlock🏈🏈🏈🏈🏈🏈🏈]
__deleted__bhiebeaaaeeccifgi (548353474) []
hancockwalker (2985850090) [Hancock Walker]
ben_two_brothers_tuning (10622538790) [Ben Lauterbach]
jeff_ader (39227523186) [Jeff_ader]
bubbachop.shop (21263489176) [ChopShop]
cuatestacticos (5786625113) [Cuates Tacticos]
executiveautowraps (8290306020) [Executive Auto Wraps]
vladek448 (1488377606) [James Kay]
_toyoma17_ (27917597325) [Rick]
victorledford (8494309421) [Victor Lee Ledford]
the_real_kainoa_mccauslin (7851329856) [Kainoa McCauslin]
lukexrogers78 (1796061431) [Luther Rogers (Luke)]
alex106336 (5974186057) [Alex10]
rodolfo_nretana (1638558057) [Rodolfo Nunez]
adams_guns (41062870231) [Adam's guns]
th3kr8 (14761448755) [th3kr8]
jodi_conlin5ce (43398863407) [Jodi Conlin]
andre_mola_90 (4627623553) [Andrè Mola]
bonnie.brass (5684842018) [🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸.🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸]
shacharaden (7274391659) [Shachar Aden]
lilcandypac (32022498318) [lilcandypac]
creativepro (9233106) [James Campbell]
loourencorobson (9602188045) [Robson Santos]
papotegc (519845777) [Hector]
all_amerikan_amalgamation (15881425005) [Адам]
jdl6mm (1445501054) [James]
sundance981 (4520280868) [Sundance]
gbrlbozzonijack (8440149576) [Gabriele Bozzoni]
xthe.red.hoodx (8933238302) [⚠️Jason todd⚠️]
justshootfaster_craig (19983499051) []
awater81 (22938003086) [Adam Tarwater]
p.moradi676 (1734428742) [porya]
tommy_skogs (2255787595) [Tommy Skogseth]
rudokris (3963219468) [Kris Rudo]
wulfie_s (3486827439) [Wulfie S]
malva_diary (8601084409) [malva _diary]
g19.gen4 (41917995886) [G19-Gen4]
jkillings8479 (3881257040) [Jonathan Killingsworth]
mwryfars3 (19718054879) [fares]
weldinginprogress (6545466417) [Andy jaime]
guarogunns (3121056950) [Pedro]
eliteweaponssolutions (36289442693) []
ppanggukt (1618518111) [🇨🇳]
dfend2a (6977395249) [Karen Woodson]
last_boyscouts_club (10677011081) [Andrei]

momoy1984 (5812736032) [Henver Valecillos]
dorothy1lee_g5atvvq (43958513678) [Flossie 🌻🌻🌻🌻🌻]
sysyard (2091311754) [syard]
guns_of_granite (40105814621) [Guns of Granite]
tommy.td13 (2015453862) [TD Merrill]
defenseprep (34926410245) [Aaron Cabildo]
foxtrot_oscar_airsoft (17942860534) []
renerjrr (6095797378) [RenerJr▲]
gunlovers83 (43993272040) [gun lovers]
commander_mikuto (11527026036) [Kenny]
hells__29th_guardian (11843186205) [Amilcar Aguilar]
bettttdude (291646522) [Mike]
burkleberry8 (7901472927) [Sean Burke]
cristiannizz (3122380904) [Cristian Niz]
_lone_wanderer_98 (5838618280) [Tiziano]
yourfavfister (6996751751) [John Gall]
keatonbrumfield (3310317815) [Keaton Brumfield]
flessner.jason (1389983796) [Jason]

| | |
|---|---|
| **Incoming Follow Requests** | No responsive records located |

| | |
|---|---|
| **About Me Definition** | About Me: Displays what the account holder has written about themselves, if anything, in the 'About Me' section on Facebook. |
| **About Me** | Just add an "s" AutoKeyCards.com. The first AutoKeyCard.com goes there too. We own both. Clear your cookies/cashe in your browser to see the original. |

| | |
|---|---|
| **Photos Definition** | Photos: Information about the photos uploaded to the account.<br>Album: Name of album containing the photo.<br>Image: Displays the image.<br>Id: Unique identifier associated with the image.<br>Title: Caption/title associated with the image.<br>Link: Facebook link associated with the image.<br>Upload Ip: IP address associated with the uploaded image.<br>Album Name: Name of the album the photo is associated with.<br>Uploaded: Date and time image is uploaded.<br>Comments: Comments associated with photo.<br>User: Account holder associated with the comment.<br>Text: Body of the comment.<br>Time: Date and time associated to the comment. |

| | |
|---|---|
| **Photos** | **Image** |



|  |  |  |  |
|---|---|---|---|
| **Photo ID** | 2516634919660091292 | | |
| **Id** | 2516634919660091292 | | |
| **Taken** | 2021-02-25 04:11:22 UTC | | |
| **Status** | 0 - Active | | |
| **Url** | https://www.instagram.com/p/CLs4iAvrvec | | |
| **Source** | Android Library | | |
| **Filter** | 0 - Normal | | |
| **Is Published** | true | | |
| **Shared By** | false | | |
| **Author** | | | |
| **Upload Ip** | 193.36.224.142 | | |
| **Comments** | | **User** | autokeycarddotcom (43800257633) [Autokeycard.com] |
| | | **Id** | 18196092865002573 |
| | | **Date Created** | 2021-02-25 04:13:20 UTC |
| | | **Text** | NEW G2 Pen Holder Edition available now. All artwork on sale. Check it out |



**Image**



**Photo ID** 2515760292578719600
**Id** 2515760292578719600
**Taken** 2021-02-23 23:13:38 UTC

| | |
|---|---|
| **Status** | |
| | 0 - Active |
| **Url** | https://www.instagram.com/p/CLpxqgzL_dw |
| **Source** | Android Library |
| **Filter** | 0 - Normal |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Upload Ip** | 193.36.224.142 |
| **Comments** | |

| | |
|---|---|
| **User** | autokeycarddotcom (43800257633) [Autokeycard.com] |
| **Id** | 17875404560203937 |
| **Date Created** | 2021-02-26 12:19:44 UTC |
| **Text** | New G2 Pen Holder Editions are in stock. Get them while artwork inventory lasts. Please share. |

**Image**



| | |
|---|---|
| **Photo ID** | 2476445939421566207 |
| **Id** | 2476445939421566207 |
| **Taken** | 2020-12-31 17:23:02 UTC |
| **Status** | 0 - Active |
| **Url** | https://www.instagram.com/p/CJeGnYMrlT_ |
| **Source** | Android Library |
| **Filter** | 112 - Clarendon |
| **Is Published** | true |

**Shared By**
**Author** false
**Upload Ip** 136.144.43.26
**Comments**                    **User** autokeycarddotcom (43800257633) [Autokeycard.com]
                                  **Id** 17896880191741776
                          **Date Created** 2020-12-31 17:23:03 UTC
                                **Text** Thank you for all the support from our great customers. 30% Off
                                         Sale ends at midnight tonight!

                                  **User** prettynpink0421 (4961432945) [Erica Ash]
                                  **Id** 18099884674207122
                          **Date Created** 2021-01-01 03:08:27 UTC
                              **Status** 0
                                **Text** Happy new year!

                                  **User** ribielkawaii (5493615753) [Sergey Nazaruk]
                                  **Id** 17911794925565610
                          **Date Created** 2020-12-31 17:24:05 UTC
                              **Status** 0
                                **Text** Get my congratulations and happy celebration of New Year of new
                                         hope after pandemic crisis

**Image**



                          **Photo ID** 2472360972680815479
                                  **Id** 2472360972680815479
                              **Taken** 2020-12-26 02:06:56 UTC
                              **Status** 0 - Active
                                  **Url** https://www.instagram.com/p/CJPlzSdLeN3
                              **Source** Android Library
                              **Filter** 112 - Clarendon
                        **Is Published** true
                          **Shared By** false
                              **Author**
                          **Comments**                    **User** autokeycarddotcom (43800257633) [Autokeycard.com]

**Id**

17930688061459138
**Date Created** 2020-12-26 02:06:58 UTC
**Text** Merry Christmas eveyone!

**Image**



**Photo ID** 2451589526735612955
**Id** 2451589526735612955
**Taken** 2020-11-27 10:17:47 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CIFy698JOwb
**Source** Android Library
**Filter** 0 - Normal

**Is Published**

true

**Shared By** false

**Author**

**Upload Ip** 104.238.58.47

**Comments**

**User** autokeycarddotcom (43800257633) [Autokeycard.com]
**Id** 17885401678861421
**Date Created** 2020-11-27 10:27:09 UTC
**Text** Clear your cookies and web data. AutoKeyCard.com is back up and
we have a secondary site up at AutoKeyCards.com with an "s" until
we get both sites pointing to our new online freedom store
platform next week. All orders will be fulfilled. 15% off sale Black
Friday to Cyber Monday. Code: 15% OFF. Thank you for the support
during this time. I am thankful for all of you.

**User** karoo_hart (37856621578) [Karoo⬜⬜Hart ⬜⬜⬜⬜]
**Id** 17894334688835283
**Date Created** 2021-01-15 17:42:27 UTC
**Status** 0
**Text** ⬜⬜

**User** ribielkawaii (5493615753) [Sergey Nazaruk]
**Id** 17885625055817117
**Date Created** 2020-11-27 12:11:50 UTC
**Status** 0
**Text** SR-71 is a really incredible plane!

**Image**



|  |  |
|---|---|
| **Photo ID** | 2440220299596425650 |
| **Id** | 2440220299596425650 |
| **Taken** | 2020-11-11 17:49:09 UTC |
| **Status** | 0 - Active |
| **Url** | https://www.instagram.com/p/CHdZ28DJGmy |
| **Source** | Android Library |
| **Filter** | 112 - Clarendon |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Upload Ip** | 45.132.115.78 |
| **Comments** | **User** autokeycarddotcom (43800257633) [Autokeycard.com] |
| | **Id** 1816958554305769 |
| | **Date Created** 2020-11-11 17:49:10 UTC |

**Text**
God bless America.

**User** rosswass48 (45568384) [Ross Wass]
**Id** 17902081642607355
**Date Created** 2020-11-24 23:11:10 UTC
**Status** 0
**Text** Messaged you

**Image**



**Photo ID** 2440217858343761534
**Id** 2440217858343761534
**Taken** 2020-11-11 17:44:18 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CHdZTadJPZ-
**Source** Unknown
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**
**Carousel Id** 2440217862076821266
**Upload Ip** 45.132.115.78
**Comments** **User** autokeycarddotcom (43800257633) [Autokeycard.com]
**Id** 18116276152167170
**Date Created** 2020-11-11 17:44:20 UTC
**Text** Thank you!

**Image**



|  |  |
|---|---|
| **Photo ID** | 2440217858335506082 |
| **Id** | 2440217858335506082 |
| **Taken** | 2020-11-11 17:44:18 UTC |
| **Status** | 0 - Active |
| **Url** | https://www.instagram.com/p/CHdZTacpv6i |
| **Source** | Unknown |
| **Filter** | 0 - Normal |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Carousel Id** | 2440217862076821266 |
| **Upload Ip** | 45.132.115.78 |
| **Comments** | |
| **User** | autokeycarddotcom (43800257633) [Autokeycard.com] |
| **Id** | 18116276152167170 |
| **Date Created** | 2020-11-11 17:44:20 UTC |
| **Text** | Thank you! |

**Image**



**Photo ID** 2440217858352291932
**Id** 2440217858352291932
**Taken** 2020-11-11 17:44:18 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CHdZTadpyBc
**Source** Unknown
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**
**Carousel Id** 2440217862076821266
**Upload Ip** 45.132.115.78
**Comments**
**User** autokeycarddotcom (43800257633) [Autokeycard.com]
**Id** 18116276152167170
**Date Created** 2020-11-11 17:44:20 UTC
**Text** Thank you!

**Image**



| | |
|---|---|
| **Photo ID** | 2438776091736210142 |
| **Id** | 2438776091736210142 |
| **Taken** | 2020-11-09 17:59:46 UTC |
| **Status** | 0 - Active |
| **Url** | https://www.instagram.com/p/CHYRe8qpvre |
| **Source** | Android Library |
| **Filter** | 112 - Clarendon |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Upload Ip** | 104.238.59.163 |
| **Comments** | **User** autokeycarddotcom (43800257633) [Autokeycard.com] |

**Id**
17913409198512993
**Date Created** 2020-11-11 00:18:58 UTC
**Text** Ty. I never thought my artwork with business logo would be so popular! Keep the conversation going.

**Image**



**Photo ID** 2438157693721360458
**Id** 2438157693721360458
**Taken** 2020-11-08 21:31:08 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CHWE4EopbhK
**Source** Android Library

**Filter**

112 - Clarendon

**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 45.132.227.116
**Comments**

**User** autokeycarddotcom (43800257633) [Autokeycard.com]
**Id** 17884614781799482
**Date Created** 2020-11-08 21:31:09 UTC
**Text** Ready for mail order and online.

**Image**



**Photo ID**

2437365537351932809

**Id** 2437365537351932809
**Taken** 2020-11-07 19:17:15 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CHTQwrhpBuJ
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 45.132.227.116
**Comments** **User** autokeycarddotcom (43800257633) [Autokeycard.com]
**Id** 17920895488474084
**Date Created** 2020-11-07 19:17:16 UTC
**Text** A requirement.

**Image**



**Photo ID** 2430656860058410561
**Id** 2430656860058410561
**Taken** 2020-10-29 13:08:19 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CG7bYk6pd5B
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2430654735903478771
**Id** 2430654735903478771
**Taken** 2020-10-29 13:04:05 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CG7a5qpJdPz
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2430285772082146921
**Id** 2430285772082146921
**Taken** 2020-10-29 00:51:02 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CG6HAiTpG5p
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2429415739055433850
**Id** 2429415739055433850
**Taken** 2020-10-27 20:02:25 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CG3BL46JGh6
**Source** Android Library
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2429366793012651975
**Id** 2429366793012651975
**Taken** 2020-10-27 18:25:11 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CG22DoWpifH
**Source** Unknown
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2429366793029437140
**Id** 2429366793029437140
**Taken** 2020-10-27 18:25:11 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CG22DoXpkbU
**Source** Unknown
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2427168908200306148
**Id** 2427168908200306148
**Taken** 2020-10-24 17:38:22 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CGvCUMnJuXk
**Source** Android Library
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2424275466243795292
**Id** 2424275466243795292
**Taken** 2020-10-20 17:49:37 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CGkwbEzJ-Ic
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2419198723605004852
**Id** 2419198723605004852
**Taken** 2020-10-13 17:43:02 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CGSuGvxjgI0
**Source** Android Library
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2419114049876569446
**Id** 2419114049876569446
**Taken** 2020-10-13 14:54:48 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CGSa2IODK1m
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**

**Image**



**Photo ID** 2419113448791075824
**Id** 2419113448791075824
**Taken** 2020-10-13 14:53:37 UTC
**Status** 1 - Deleted by user
**Url** https://www.instagram.com/p/CGSat1aj-vw
**Source** Android Library
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**


**Profile Picture**

01730



**Photo ID** 17867706953088060

**Comments**

| | |
|---|---|
| **Id** | 17876159261022955 |
| **Date Created** | 2020-12-04 19:47:14 UTC |
| **Status** | ACTIVE |
| **Text** | This is a great picture. Look at them smiles. Good job. |
| **Media Content Id** | 2456927846714005778 |
| **Media Owner** | 🔪🔪"Mayor of the Swamp"🔪🔪 (1700054061) |

| | |
|---|---|
| **Id** | 17854898711292298 |
| **Date Created** | 2020-10-30 18:32:44 UTC |
| **Status** | ACTIVE |
| **Text** | @phl_knives Thank you for the tips. They are horrible censors. |
| **Media Content Id** | 2429691620827240272 |
| **Media Owner** | Easy to use life-saving tools (15514993549) |

| | |
|---|---|
| **Id** | 18159225433069301 |
| **Date Created** | 2020-10-28 05:39:55 UTC |
| **Status** | ACTIVE |
| **Text** | @intuitive_med_kit Why can't they just leave is alone. I hate the censorship too. It's evil. Keep up the good fight. |
| **Media Content Id** | 2429691620827240272 |
| **Media Owner** | Easy to use life-saving tools (15514993549) |

| | |
|---|---|
| **Id** | 18120445408150235 |
| **Date Created** | 2020-10-21 02:27:56 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2424366871408154932 |
| **Media Owner** | John McKenzie (543485560) |

| | |
|---|---|
| **Id** | 17851240808339880 |
| **Date Created** | 2020-10-20 18:31:27 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content** | |

**Id**
2424274611201259152
**Media Owner** Guns Page Official 🔫🔫🔫🔫🔫 (7689802052)

**Id** 17883397075778818
**Date Created** 2020-10-20 18:43:20 UTC
**Status** ACTIVE
**Text** Yup, check this out. Get one and save it.
**Media Content** 2424299549651561758
**Id**
**Media Owner** SB Tactical (1785258150)

**Id** 17897915848613523
**Date Created** 2020-10-18 23:45:33 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2423002790618801942
**Id**
**Media Owner** FuckYeahGuns ™ (1426913836)

**Id** 17871913267983963
**Date Created** 2020-10-21 02:29:28 UTC
**Status** ACTIVE
**Text** Nice, check this out. 1776. Get one save it.
**Media Content** 2424417811282875698
**Id**
**Media Owner** TXGunArsenal (41114257)

**Id** 17938618417410414
**Date Created** 2020-10-21 19:52:13 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2424430545650820228
**Id**
**Media Owner** Tactical Dynamics (1932116609)

**Id** 17855203055314173
**Date Created** 2020-10-21 02:28:29 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424417968326127464
**Id**
**Media Owner** Mrgunsngear (1501939693)

**Id** 17859808823177279
**Date Created** 2020-10-17 23:44:29 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2422072211203745131
**Id**
**Media Owner** WeaponsAndHistory (16729175753)

**Id** 18074718796230296
**Date Created** 2020-10-20 15:37:06 UTC
**Status** ACTIVE
**Text** Awesome, check this out.
**Media Content** 2424176165232465027
**Id**

**Media Owner**
KCI USA INC (6028028034)

**Id** 17889173656732769
**Date Created** 2020-10-20 00:49:57 UTC
**Status** ACTIVE
**Text** That's what I do.
**Media Content** 2423654928804495648
**Id**
**Media Owner** Americanmusclehd™ (303720576)

**Id** 17920368901466264
**Date Created** 2020-10-21 05:45:31 UTC
**Status** ACTIVE
**Text** Get ready while you can. Check this out.
**Media Content** 2424634612448676597
**Id**
**Media Owner** Patriot Defense Gear (1919900874)

**Id** 17945899504378456
**Date Created** 2020-10-18 23:46:33 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2422802467531301891
**Id**
**Media Owner** �🔴🔴🔴🔴• 🔴🔴🔴🔴 (18330470641)

**Id** 17894603833650053
**Date Created** 2020-10-21 02:27:00 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424490916768547205
**Id**
**Media Owner** Opie In The Smokies (3978885546)

**Id** 17912224576493370
**Date Created** 2020-10-19 20:23:12 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content** 2423624552321348982
**Id**
**Media Owner** AR15.COM (1386649150)

**Id** 17894654884643421
**Date Created** 2020-10-19 20:28:00 UTC
**Status** ACTIVE
**Text** Awesome, check this out.
**Media Content** 2423627830994114866
**Id**
**Media Owner** (7011864211)

**Id** 18131495704127296
**Date Created** 2020-10-21 07:07:00 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2423473836601470755
**Id**
**Media Owner** i shoot guns (1980470001)

**Id** 17909650855504410
**Date Created** 2020-10-21 17:35:50 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424979195315910487
**Id**
**Media Owner** AR15.COM (1386649150)

**Id** 18014054827294594
**Date Created** 2020-10-20 15:39:45 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424126465489962346
**Id**
**Media Owner** Andy (8587833178)

**Id** 18167591011026201
**Date Created** 2020-10-18 23:43:23 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2422913589231654195
**Id**
**Media Owner** SB Tactical (1785258150)

**Id** 17872744858994108
**Date Created** 2020-10-21 16:46:54 UTC
**Status** ACTIVE
**Text** Exactly. Check this out. Get ready.
**Media Content** 2423618578576040105
**Id**
**Media Owner** American Prepper (2275487006)

**Id** 17963693449338513
**Date Created** 2020-10-21 02:33:22 UTC
**Status** ACTIVE
**Text** I love it. Check this out.
**Media Content** 2424534612415180583
**Id**
**Media Owner** Abel Company Arms (32508109362)

**Id** 18055866310253625
**Date Created** 2020-10-21 07:05:51 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2423810461994870311
**Id**
**Media Owner** i shoot guns (1980470001)

**Id** 17938712431409048
**Date Created** 2020-10-21 02:25:44 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2424477240566858097
**Id**
**Media Owner** Guns - Pew Pew Daily™ - Gun (969449005)

**Id** 17864694704099658

Instagram Business Record                                              Page 124

**Date Created**
    2020-10-21 01:55:00 UTC
**Status** ACTIVE
**Text** Perfect form.
**Media Content Id** 2424495294034432688
**Media Owner** Guns / Country / Videos (4556510999)


**Id** 17856531569296586
**Date Created** 2020-10-21 07:04:38 UTC
**Status** ACTIVE
**Text** Amen. Check this out.
**Media Content Id** 2424521576023434754
**Media Owner** Karen Hunter (4964433568)


**Id** 18127138939185707
**Date Created** 2020-10-21 01:56:11 UTC
**Status** ACTIVE
**Text** Me too. The problem is they are begging to be destroyed. They don't want freedom.
**Media Content Id** 2424491438389030185
**Media Owner** Rick Cesak (1975390212)


**Id** 17856228248272908
**Date Created** 2020-10-17 04:38:49 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2421702009398592574
**Media Owner** President Donald J. Trump (347696668)


**Id** 17976917575321807
**Date Created** 2020-10-18 23:46:06 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2422859945166064532
**Media Owner** Birkley (26640216814)


**Id** 17871295868008942
**Date Created** 2020-10-19 17:48:57 UTC
**Status** ACTIVE
**Text** Great rifle. Check this out.
**Media Content Id** 2423525081694387872
**Media Owner** (1569372354)


**Id** 17860481843193224
**Date Created** 2020-10-20 18:43:37 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it.
**Media Content Id** 2424294633775618933
**Media Owner** Guns / Country / Videos (4556510999)


**Id** 18112847434162895
**Date Created** 2020-10-20 06:45:06 UTC

**Status**
ACTIVE
**Text** I like it.
**Media Content Id** 2422993908299811380
**Media Owner** O L I V I A (1059001868)

**Id** 17906565259531162
**Date Created** 2020-10-19 14:54:13 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2423353120775209749
**Media Owner** Andy (8587833178)

**Id** 17844466358428237
**Date Created** 2020-10-21 19:51:25 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content Id** 2424994640280609360
**Media Owner** Mrgunsngear (1501939693)

**Id** 17855875529246749
**Date Created** 2020-10-16 00:25:49 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content Id** 2419429604363437289
**Media Owner** 704 Tactical (3097095027)

**Id** 17927766001440502
**Date Created** 2020-10-15 18:21:19 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2411805963702380776
**Media Owner** Bear Flag Defense (5412837429)

**Id** 17882466436830273
**Date Created** 2020-10-17 23:35:42 UTC
**Status** ACTIVE
**Text** I support this.
**Media Content Id** 2422263350032662302
**Media Owner** Pat RMG (539574740)

**Id** 17845648136383677
**Date Created** 2020-10-15 23:29:53 UTC
**Status** ACTIVE
**Text** @mr_recce nice set up.
**Media Content Id** 2420589112565651600
**Media Owner** Marshall (5758857666)

**Id** 18053840380259508
**Date Created** 2020-10-15 22:30:24 UTC
**Status** ACTIVE

Instagram Business Record                                         Page 126

| | |
|---:|:---|
| **Text** | |
| | Yup. Check this out. Be ready. |
| **Media Content Id** | 2420589112565651600 |
| **Media Owner** | Marshall (5758857666) |
| | |
| **Id** | 18166705522039032 |
| **Date Created** | 2020-10-20 18:42:05 UTC |
| **Status** | ACTIVE |
| **Text** | Check this out. Get one and save it. |
| **Media Content Id** | 2424295792670365071 |
| **Media Owner** | Guns \| Firearms \| Videos \| 18+ (2126593424) |
| | |
| **Id** | 18112372381163658 |
| **Date Created** | 2020-10-14 14:00:53 UTC |
| **Status** | ACTIVE |
| **Text** | Check this out. |
| **Media Content Id** | 2417943698301450560 |
| **Media Owner** | Ryan Pitt (1782465927) |
| | |
| **Id** | 17883137884779009 |
| **Date Created** | 2020-10-15 02:22:44 UTC |
| **Status** | ACTIVE |
| **Text** | This is cool. |
| **Media Content Id** | 2420062949307946772 |
| **Media Owner** | CTRL+Pew (17816750360) |
| | |
| **Id** | 17868022844075691 |
| **Date Created** | 2020-10-15 18:28:20 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2416646481535538602 |
| **Media Owner** | Super Hot Models Forever🔥🔥 (4159424596) |
| | |
| **Id** | 17869890392026790 |
| **Date Created** | 2020-10-16 03:17:22 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Something classic about od green. |
| **Media Content Id** | 2419360457182942076 |
| **Media Owner** | AR15.COM (1386649150) |
| | |
| **Id** | 17859106949183058 |
| **Date Created** | 2020-10-15 20:33:37 UTC |
| **Status** | ACTIVE |
| **Text** | Get one of these while you can. |
| **Media Content Id** | 2420539067724011835 |
| **Media Owner** | Charles (12383882953) |
| | |
| **Id** | 18029647933285422 |
| **Date Created** | 2020-10-18 23:41:39 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |

**Media Content**

**Id** 2422945530291573507

**Media Owner** ECHT ARMS (22252449407)

**Id** 18074230966236767
**Date Created** 2020-10-15 18:20:40 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2420648384697573628
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17974114762325386
**Date Created** 2020-10-15 22:32:44 UTC
**Status** ACTIVE
**Text** Yup. Check this out. Be ready.
**Media Content Id** 2420610765575095082
**Media Owner** Wandell (1613958800)

**Id** 18080129287221726
**Date Created** 2020-10-21 03:55:16 UTC
**Status** ACTIVE
**Text** Yup, check this out.
**Media Content Id** 2424543178039710678
**Media Owner** Renn Campo (2366072883)

**Id** 17853835430300803
**Date Created** 2020-10-19 19:19:09 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2420610126774791539
**Media Owner** #FullAutoFriday (2210568260)

**Id** 17858323943227944
**Date Created** 2020-10-15 20:30:43 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2420616025241690978
**Media Owner** Ben - AR15NEWS (245314956)

**Id** 17852454458331443
**Date Created** 2020-10-17 23:39:53 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2422162892836543123
**Media Owner** Joshua (42597253333)

**Id** 17931413581419742
**Date Created** 2020-10-20 01:39:25 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2423705157593690133

**Media Owner**

Charles (12383882953)

**Id** 17926662208433812
**Date Created** 2020-10-16 00:22:56 UTC
**Status** ACTIVE
**Text** Nice, always need one.
**Media Content** 2420187209683742382
**Id**
**Media Owner** KCI USA INC (6028028034)

**Id** 17914592710491422
**Date Created** 2020-10-17 14:04:36 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2420578240174644053
**Id**
**Media Owner** Opie In The Smokies (3978885546)

**Id** 17856815216231629
**Date Created** 2020-10-17 04:37:32 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content** 2421548604500276796
**Id**
**Media Owner** Law Tactical (598291738)

**Id** 17859588236176540
**Date Created** 2020-10-16 00:15:50 UTC
**Status** ACTIVE
**Text** Love it. Check this out. It's cool too.
**Media Content** 2420830683310942955
**Id**
**Media Owner** SB Tactical (1785258150)

**Id** 17922263638458462
**Date Created** 2020-10-15 18:23:04 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2420649539523633136
**Id**
**Media Owner** Guns / Country / Videos (4556510999)

**Id** 17862596915145402
**Date Created** 2020-10-15 18:25:00 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2417252699475536726
**Id**
**Media Owner** FuckYeahGuns ™ (1426913836)

**Id** 17856057890283666
**Date Created** 2020-10-15 18:26:08 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2417056905137858451
**Id**
**Media Owner** Autumn Fry (32933701648)

**Id**
17940392866401085
**Date Created** 2020-10-15 18:25:47 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2417071252902779367
**Id**
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17870699819026478
**Date Created** 2020-10-19 20:24:18 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content** 2423449989115286796
**Id**
**Media Owner** Big Iron Cerakoting Inc. (4251681551)

**Id** 17894163817637431
**Date Created** 2020-10-15 22:31:02 UTC
**Status** ACTIVE
**Text** Yup. Check this out. Be ready.
**Media Content** 2419449495336068496
**Id**
**Media Owner** Bravo Company USA (1146823711)

**Id** 17969883226328152
**Date Created** 2020-10-15 22:33:00 UTC
**Status** ACTIVE
**Text** Yup. Check this out. Be ready.
**Media Content** 2420048043767113745
**Id**
**Media Owner** Grey Sentinel (3948505958)

**Id** 17874539665918862
**Date Created** 2020-10-18 23:44:55 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2423001871882296292
**Id**
**Media Owner** Bonnie (9160211)

**Id** 18137295445110331
**Date Created** 2020-10-17 23:42:38 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2422233350860508709
**Id**
**Media Owner** 704 Tactical (3097095027)

**Id** 17901855448577410
**Date Created** 2020-10-16 03:23:59 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2419085693119897999
**Id**
**Media Owner** 𑀃𑀃𑀃𑀃𑀃𑀃𑀃𑀃𑀃𑀃.𑀃𑀃𑀃𑀃𑀃𑀃𑀃𑀃𑀃 (5684842018)

**Id** 17937860014410033

Instagram Business Record

**Date Created**

2020-10-15 22:30:37 UTC

**Status** ACTIVE

**Text** Yup. Check this out. Be ready.

**Media Content Id** 2420609206972079756

**Media Owner** SB Tactical (1785258150)

**Id** 17883090988769948

**Date Created** 2020-10-15 18:22:14 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2420625980615173271

**Media Owner** Kollie Marie (7420661843)

**Id** 17844729386418975

**Date Created** 2020-10-18 23:46:20 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2422953133346204760

**Media Owner** 🐊"Mayor of the Swamp"🐊 (1700054061)

**Id** 17925215899448341

**Date Created** 2020-10-18 12:46:15 UTC

**Status** ACTIVE

**Text** I like it. Check this out.

**Media Content Id** 2422670650102822168

**Media Owner** Chris (7423681289)

**Id** 17945283886377202

**Date Created** 2020-10-15 22:21:10 UTC

**Status** ACTIVE

**Text** Yup. The organization under the IRS needs no part in gun laws. They are both under
the federal reserve, a foreign owned bank. Not the government.

**Media Content Id** 2420744169323952603

**Media Owner** Mrgunsngear (1501939693)

**Id** 17849037419348935

**Date Created** 2020-10-18 04:56:50 UTC

**Status** ACTIVE

**Text** Lol. Check this out.

**Media Content Id** 2422400648972023385

**Media Owner** th3kr8 (14761448755)

**Id** 18079885219216302

**Date Created** 2020-10-15 18:42:48 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2420646965959559244

**Media Owner** Joe Pursell (1489825882)

**Id** 17850576167326063

**Date Created**

2020-10-17 04:52:24 UTC

**Status** ACTIVE

**Text** I like it. Check this out.

**Media Content** 2421393282444909683
**Id**

**Media Owner** Jeff_ader (39227523186)


**Id** 17845387427433010

**Date Created** 2020-10-19 14:52:51 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content** 2423246224407494192
**Id**

**Media Owner** SVAT ⬛⬛Sun Valley Tactical⬛⬛ (3304811512)


**Id** 17872040081001679

**Date Created** 2020-10-17 23:38:23 UTC

**Status** ACTIVE

**Text** They work great. Check this out.

**Media Content** 2422037122730425458
**Id**

**Media Owner** Tactical Nacho (8152267497)


**Id** 17853357413303769

**Date Created** 2020-10-20 00:48:06 UTC

**Status** ACTIVE

**Text** Like the clear kydex.

**Media Content** 2423640041451190850
**Id**

**Media Owner** SVAT ⬛⬛Sun Valley Tactical⬛⬛ (3304811512)


**Id** 18104917999169622

**Date Created** 2020-10-16 03:25:47 UTC

**Status** ACTIVE

**Text** I'm sure there is purpose. I just can't think of it.

**Media Content** 2419209687097878808
**Id**

**Media Owner** Ludus Integritas LLC (3292934809)


**Id** 17905863751551300

**Date Created** 2020-10-16 03:20:34 UTC

**Status** ACTIVE

**Text** What is the velcro for?

**Media Content** 2419209687097878808
**Id**

**Media Owner** Ludus Integritas LLC (3292934809)


**Id** 18166523710001957

**Date Created** 2020-10-15 23:27:22 UTC

**Status** ACTIVE

**Text** Wow. Check it out.

**Media Content** 2420800007413003212
**Id**

**Media Owner** SVAT ⬛⬛Sun Valley Tactical⬛⬛ (3304811512)


**Id** 17875479226954017

**Date Created** 2020-10-20 18:28:12 UTC

Instagram Business Record

**Status**
ACTIVE
**Text** Nice, check this out.
**Media Content** 2424269569561570253
**Id**
**Media Owner** Matt (310676731)

**Id** 17856264377238970
**Date Created** 2020-10-15 02:20:05 UTC
**Status** ACTIVE
**Text** Lol.
**Media Content** 2420143739111807955
**Id**
**Media Owner** kalash (42335040780)

**Id** 17871850915998945
**Date Created** 2020-10-15 18:22:27 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2420582061596083554
**Id**
**Media Owner** 9mm (43754686333)

**Id** 18048865759266857
**Date Created** 2020-10-19 14:52:29 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2423403905457358158
**Id**
**Media Owner** Law Tactical (598291738)

**Id** 17857298663218025
**Date Created** 2020-10-18 23:42:10 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2422865843557044189
**Id**
**Media Owner** Citizen Gear Co |Tactical Gear (39454180916)

**Id** 17880171001868826
**Date Created** 2020-10-19 06:43:36 UTC
**Status** ACTIVE
**Text** Amen. Check this out.
**Media Content** 2423212210219313627
**Id**
**Media Owner** Simply Patriotic Actual (3113789645)

**Id** 17863272770145218
**Date Created** 2020-10-16 03:22:27 UTC
**Status** ACTIVE
**Text** Nice. Check this out.
**Media Content** 2419303392379936971
**Id**
**Media Owner** Ron Toney (373667198)

**Id** 17858887337196822
**Date Created** 2020-10-17 14:04:23 UTC
**Status** ACTIVE

Instagram Business Record                                    Page 133

|                     |                                                                                      |
|---------------------|--------------------------------------------------------------------------------------|
| **Text**            |                                                                                      |
|                     | Nice.                                                                                 |
| **Media Content Id**| 2421393013531460099                                                                  |
| **Media Owner**     | Jeff_ader (39227523186)                                                              |

| | |
|---|---|
| **Id** | 17876133115924719 |
| **Date Created** | 2020-10-16 01:24:33 UTC |
| **Status** | ACTIVE |
| **Text** | @slodemans Not a fed. A patriot with a home based business and an interesting product. 0% card. |
| **Media Content Id** | 2420271127160009762 |
| **Media Owner** | (548353474) |

| | |
|---|---|
| **Id** | 17981699257309902 |
| **Date Created** | 2020-10-16 00:20:16 UTC |
| **Status** | ACTIVE |
| **Text** | I love this. Check this out. |
| **Media Content Id** | 2420271127160009762 |
| **Media Owner** | (548353474) |

| | |
|---|---|
| **Id** | 17863781960135777 |
| **Date Created** | 2020-10-17 23:36:46 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Check this out. |
| **Media Content Id** | 2422242179567850628 |
| **Media Owner** | D a r r i n _ 2 a (185686033) |

| | |
|---|---|
| **Id** | 17900048092589349 |
| **Date Created** | 2020-10-16 01:39:07 UTC |
| **Status** | ACTIVE |
| **Text** | Super nice. |
| **Media Content Id** | 2419464943060278740 |
| **Media Owner** | Ron Toney (373667198) |

| | |
|---|---|
| **Id** | 17863473695140109 |
| **Date Created** | 2020-10-17 23:37:57 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2422237984759148687 |
| **Media Owner** | Babes For Trump (5324702466) |

| | |
|---|---|
| **Id** | 17871864056000758 |
| **Date Created** | 2020-10-15 20:22:54 UTC |
| **Status** | ACTIVE |
| **Text** | So do I. |
| **Media Content Id** | 2420727946030556208 |
| **Media Owner** | Lain (6089165363) |

| | |
|---|---|
| **Id** | 17894494486633625 |
| **Date Created** | 2020-10-20 18:32:25 UTC |
| **Status** | ACTIVE |

| | |
|---|---|
| **Text** | |
| | Check this out. |
| **Media Content Id** | 2424260415115781102 |
| **Media Owner** | AR15 Vault (3410372938) |
| | |
| **Id** | 17915391364485241 |
| **Date Created** | 2020-10-15 02:20:49 UTC |
| **Status** | ACTIVE |
| **Text** | Nice. |
| **Media Content Id** | 2420127097631943921 |
| **Media Owner** | Alex (7714146332) |
| | |
| **Id** | 17977186606318697 |
| **Date Created** | 2020-10-15 22:32:06 UTC |
| **Status** | ACTIVE |
| **Text** | Yup. Check this out. Be ready. |
| **Media Content Id** | 2419818529414367375 |
| **Media Owner** | Myke (237556349) |
| | |
| **Id** | 17876333443930822 |
| **Date Created** | 2020-10-17 04:36:39 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Check this out. |
| **Media Content Id** | 2421553543109779873 |
| **Media Owner** | Pat RMG (539574740) |
| | |
| **Id** | 17858206220219794 |
| **Date Created** | 2020-10-14 06:10:48 UTC |
| **Status** | ACTIVE |
| **Text** | Check this out. |
| **Media Content Id** | 2417836469106752573 |
| **Media Owner** | FuckYeahGuns ™ (1426913836) |
| | |
| **Id** | 18087087133203736 |
| **Date Created** | 2020-10-16 00:17:46 UTC |
| **Status** | ACTIVE |
| **Text** | That's probably been there for 100 years. Shotgun could be that old too. Awesome. |
| **Media Content Id** | 2419830600032555391 |
| **Media Owner** | Sandwich Eater Crew (6790439433) |
| | |
| **Id** | 18134878000114710 |
| **Date Created** | 2020-10-13 21:46:52 UTC |
| **Status** | ACTIVE |
| **Text** | That looks just about the right size for you. |
| **Media Content Id** | 2418293388658130942 |
| **Media Owner** | 🔲🔲🔲🔲🔲🔲🔲🔲🔲 (6771759987) |
| | |
| **Id** | 17866130471097631 |
| **Date Created** | 2020-10-16 01:37:52 UTC |
| **Status** | ACTIVE |
| **Text** | Yup. They are the worst. |

**Media Content**
**Id** 2420875523673750181
**Media Owner** (548353474)

**Id** 17854260473313960
**Date Created** 2020-10-15 22:31:17 UTC
**Status** ACTIVE
**Text** Yup. Check this out. Be ready.
**Media Content
Id** 2419367439904449015
**Media Owner** Abel Company Arms (32508109362)

**Id** 17843216144457629
**Date Created** 2020-10-15 20:36:04 UTC
**Status** ACTIVE
**Text** Nice. Check this out.
**Media Content
Id** 2418530916908800317
**Media Owner** Abel Company Arms (32508109362)

**Id** 17847774572372428
**Date Created** 2020-10-15 18:39:20 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content
Id** 2420490588775618906
**Media Owner** Chris (7423681289)

**Id** 17910917794512364
**Date Created** 2020-10-15 22:19:13 UTC
**Status** ACTIVE
**Text** Nice, I like it. Look at this.
**Media Content
Id** 2420736371466174772
**Media Owner** SB Tactical (1785258150)

**Id** 17871964039999173
**Date Created** 2020-10-14 15:24:44 UTC
**Status** ACTIVE
**Text** Way to go from back home. We support you 100%.
**Media Content
Id** 2419287405803929784
**Media Owner** Reston Group (2131431622)

**Id** 17848295435369700
**Date Created** 2020-10-14 14:13:16 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content
Id** 2417660360206507584
**Media Owner** Guns n' Gloss (8442948180)

**Id** 18075066037229962
**Date Created** 2020-10-13 17:23:05 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content
Id** 2419184912416234645
**Id**

**Media Owner**

Guns / Country / Videos (4556510999)

**Id** 18112085995166890
**Date Created** 2020-10-15 18:42:37 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2420337093330106739
**Media Owner** Mr.Landa (48277433)

**Id** 17940499576398329
**Date Created** 2020-10-13 21:33:44 UTC
**Status** ACTIVE
**Text** Awesome.
**Media Content Id** 2419302119022539835
**Media Owner** President Donald J. Trump (347696668)

**Id** 17902948792562348
**Date Created** 2020-10-19 19:18:54 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2420646670261225622
**Media Owner** AR15 Parts Warehouse (2328265456)

**Id** 17951266825373899
**Date Created** 2020-10-19 00:33:45 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2422847655250816364
**Media Owner** Ron Toney (373667198)

**Id** 17939658052396435
**Date Created** 2020-10-13 18:10:56 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2418635138675494067
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17938199029406570
**Date Created** 2020-10-19 05:40:02 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2423101194410365141
**Media Owner** (2189137850)

**Id** 17883243835768512
**Date Created** 2020-10-17 15:02:16 UTC
**Status** ACTIVE
**Text** Well, I like all that too.
**Media Content Id** 2420718889152313817
**Media Owner** Simply Patriotic Actual (3113789645)

**Id** 17862460838122770
**Date Created** 2020-10-15 20:27:03 UTC
**Status** ACTIVE
**Text** Awe, check this out.
**Media Content** 2420730483376978064
**Id**
**Media Owner** (7011864211)

**Id** 18081273298218553
**Date Created** 2020-10-18 23:38:29 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2418467468303815043
**Id**
**Media Owner** Smith & Wesson Inc. (818867689)

**Id** 17944830100378796
**Date Created** 2020-10-15 18:28:46 UTC
**Status** ACTIVE
**Text** No way, check this out.
**Media Content** 2416574928461964916
**Id**
**Media Owner** Guns / Country / Videos (4556510999)

**Id** 18068764837246295
**Date Created** 2020-10-14 14:07:10 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2417946954423363727
**Id**
**Media Owner** (40042125148)

**Id** 17945375983378741
**Date Created** 2020-10-18 00:10:10 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2422112786656417853
**Id**
**Media Owner** Guns / Country / Videos (4556510999)

**Id** 18167050042034718
**Date Created** 2020-10-17 23:37:37 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2422247907226060016
**Id**
**Media Owner** Tactical Nacho (8152267497)

**Id** 17900054533601787
**Date Created** 2020-10-19 19:18:07 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2421456373651803747
**Id**
**Media Owner** #FullAutoFriday (2210568260)

**Id** 17856030068286339

**Date Created**
2020-10-14 21:26:23 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2419886301792229752
**Id**
**Media Owner** Correcaminos_Division (3305861266)

**Id** 18119914564149928
**Date Created** 2020-10-17 04:42:15 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content** 2418469308622714350
**Id**
**Media Owner** Bonnie (9160211)

**Id** 17944860592391679
**Date Created** 2020-10-18 03:08:55 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content** 2422047926032016127
**Id**
**Media Owner** Fifty Shades of FDE (2237543602)

**Id** 17853177035298493
**Date Created** 2020-10-14 14:00:22 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2419774332068528265
**Id**
**Media Owner** Law Tactical (598291738)

**Id** 18103274980164921
**Date Created** 2020-10-21 05:43:55 UTC
**Status** ACTIVE
**Text** My whole life. Lol.
**Media Content** 2424630566009625872
**Id**
**Media Owner** Sean Burke (7901472927)

**Id** 18013245820291077
**Date Created** 2020-10-14 21:25:41 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2419926254961828238
**Id**
**Media Owner** Ryan Pitt (1782465927)

**Id** 17862504341173138
**Date Created** 2020-10-20 18:43:59 UTC
**Status** ACTIVE
**Text** Check this out. Get one and save it.
**Media Content** 2424300608487422100
**Id**
**Media Owner** Luis Guzman (27189259993)

**Id** 17856550871256578
**Date Created** 2020-10-16 20:18:36 UTC

|  | |
|---|---|
| **Status** | ACTIVE |
| **Text** | Me too. |
| **Media Content Id** | 2421424151909931388 |
| **Media Owner** | If you know you know (7285917815) |
| | |
| **Id** | 18119379706151217 |
| **Date Created** | 2020-10-15 20:21:43 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. |
| **Media Content Id** | 2420723214536875083 |
| **Media Owner** | Bravo Company USA (1146823711) |
| | |
| **Id** | 17920128496463415 |
| **Date Created** | 2020-10-17 14:59:49 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2420847552230308779 |
| **Media Owner** | Cuates Tacticos (5786625113) |
| | |
| **Id** | 17856142751272144 |
| **Date Created** | 2020-10-15 18:41:44 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2420498852535915903 |
| **Media Owner** | 𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙 (6771759987) |
| | |
| **Id** | 17865676562070587 |
| **Date Created** | 2020-10-15 18:21:42 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2420634324780224174 |
| **Media Owner** | Matt (17364878890) |
| | |
| **Id** | 17970560377332236 |
| **Date Created** | 2020-10-21 03:51:26 UTC |
| **Status** | ACTIVE |
| **Text** | Get ready. Check this out. |
| **Media Content Id** | 2424550752782440310 |
| **Media Owner** | Simply Patriotic Actual (3113789645) |
| | |
| **Id** | 17886980458728960 |
| **Date Created** | 2020-10-14 14:08:02 UTC |
| **Status** | ACTIVE |
| **Text** | Nice. Check this out. |
| **Media Content Id** | 2418516791491165013 |
| **Media Owner** | 𝟙𝟙𝟙𝟙𝟙 𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙𝟙 𝟙𝟙𝟙𝟙𝟙𝟙𝟙 𝟙𝟙 (8116702353) |
| | |
| **Id** | 17899656670597808 |
| **Date Created** | 2020-10-13 19:07:22 UTC |
| **Status** | ACTIVE |

**Text**

John Paul Jones!

**Media Content Id** 2419227915341621091

**Media Owner** Mrgunsngear (1501939693)

**Id** 17855642417278422
**Date Created** 2020-10-13 17:12:18 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2419090035440945364
**Media Owner** Mrgunsngear (1501939693)

**Id** 17844261143447211
**Date Created** 2020-10-18 23:35:35 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2422917015473705594
**Media Owner** Kelly HolyFire Cortes (7671966373)

**Id** 17871723410003206
**Date Created** 2020-10-15 18:38:58 UTC
**Status** ACTIVE
**Text** Awesome, check this out.
**Media Content Id** 2420570967444320171
**Media Owner** Traditional Arms (39399270490)

**Id** 17944754650390609
**Date Created** 2020-10-13 21:49:00 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2419045125778148527
**Media Owner** (40042125148)

**Id** 17875636060940893
**Date Created** 2020-10-17 04:30:09 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2421552207173530090
**Media Owner** Matt (38762236949)

**Id** 17879482480874572
**Date Created** 2020-10-13 21:33:15 UTC
**Status** ACTIVE
**Text** Yes, that is it!
**Media Content Id** 2418544900491846108
**Media Owner** Corvus Kuro (40864467552)

**Id** 17910321382496381
**Date Created** 2020-10-14 14:09:24 UTC
**Status** ACTIVE
**Text** Check this out.

**Media Content**

**Id** 2417979846616370496

**Media Owner** D a r r i n _ 2 a (185686033)

**Id** 17845098830419410

**Date Created** 2020-10-14 14:14:27 UTC

**Status** ACTIVE

**Text** Check this out.

**Media Content Id** 2419811198500720953

**Media Owner** (38339597133)

**Id** 18122197549084237

**Date Created** 2020-10-13 17:12:46 UTC

**Status** ACTIVE

**Text** Check this out.

**Media Content Id** 2418657269342643887

**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17905082113554539

**Date Created** 2020-10-14 14:05:17 UTC

**Status** ACTIVE

**Text** I like it. Check this out.

**Media Content Id** 2417838129683070533

**Media Owner** Armed Defender (6289940847)

**Id** 17885729044748370

**Date Created** 2020-10-14 14:13:50 UTC

**Status** ACTIVE

**Text** Check this out.

**Media Content Id** 2417682303454499153

**Media Owner** Calvin Tennyson (5921203063)

**Id** 18164536921023714

**Date Created** 2020-10-15 22:29:04 UTC

**Status** ACTIVE

**Text** Yup. Check this out. Be ready.

**Media Content Id** 2420790216615091184

**Media Owner** CTRL+Pew (17816750360)

**Id** 17868846680021173

**Date Created** 2020-10-14 14:11:36 UTC

**Status** ACTIVE

**Text** Check this out.

**Media Content Id** 2417717928865505587

**Media Owner** Frank Reynolds (1283860015)

**Id** 18053021083259820

**Date Created** 2020-10-13 20:06:11 UTC

**Status** ACTIVE

**Text** Check this out.

**Media Content Id** 2418690401710136680

**Media Owner**
FuckYeahGuns ™ (1426913836)

**Id** 17879858623868210
**Date Created** 2020-10-16 03:22:47 UTC
**Status** ACTIVE
**Text** Perfect. Check it out.
**Media Content Id** 2419122653173899812
**Media Owner** AR15.COM (1386649150)

**Id** 17933211097422245
**Date Created** 2020-10-15 00:24:33 UTC
**Status** ACTIVE
**Text** Check it out.
**Media Content Id** 2420108262470213787
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 18107264518196591
**Date Created** 2020-10-16 03:21:37 UTC
**Status** ACTIVE
**Text** What caliber is this? 6.5 creedmoor?
**Media Content Id** 2419279381900046769
**Media Owner** Silver_Wolf.US 🇺🇸🇺🇸•🇺🇸• (1572930580)

**Id** 17892843004717214
**Date Created** 2020-10-29 15:07:34 UTC
**Status** ACTIVE
**Text** I like this idea. Great tape.
**Media Content Id** 2430672358649285345
**Media Owner** 𝕯𝖆𝖓𝖌𝖊𝖗𝖔𝖚𝖘.𝕬𝖓𝖎𝖒𝖆𝖑𝖘 (5684842018)

**Id** 18032217250302889
**Date Created** 2020-10-13 17:11:49 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2417068481962249736
**Media Owner** Weaponsgiven LLC (42055240048)

**Id** 17974344460325524
**Date Created** 2020-10-16 03:19:02 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content Id** 2419344919822252154
**Media Owner** JK Armament (24407685251)

**Id** 17845915682392093
**Date Created** 2020-10-14 06:07:08 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2418411373213481267
**Media Owner** Barrelsmôq (39816780549)

**Id** 17853256697296468
**Date Created** 2020-10-16 00:15:21 UTC
**Status** ACTIVE
**Text** Cool, check this out.
**Media Content** 2420833320478029633
**Id**
**Media Owner** Americanmusclehd™ (303720576)

**Id** 17927868805441903
**Date Created** 2020-10-18 05:02:38 UTC
**Status** ACTIVE
**Text** Yup. Check this out.
**Media Content** 2422436753549293989
**Id**
**Media Owner** Abel Company Arms (32508109362)

**Id** 17882917357784447
**Date Created** 2020-10-15 18:39:50 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2420652132871201382
**Id**
**Media Owner** Derek Fogle (286573106)

**Id** 18166134118002345
**Date Created** 2020-10-17 14:05:03 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2421877638135952020
**Id**
**Media Owner** Rooster🐔🐔🐔🐔 (9767376)

**Id** 17890898074712025
**Date Created** 2020-10-13 20:07:25 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2418422842553343609
**Id**
**Media Owner** FuckYeahGuns ™ (1426913836)

**Id** 17873885653970500
**Date Created** 2020-10-18 12:47:04 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content** 2422517926837307074
**Id**
**Media Owner** project_gun (5379614721)

**Id** 17911032430507499
**Date Created** 2020-10-14 06:08:42 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2418365553418112508
**Id**
**Media Owner** Reston Group (2131431622)

**Id** 18083554345212744

Instagram Business Record

**Date Created**

2020-10-28 20:21:48 UTC

**Status** ACTIVE

**Text** Lol

**Media Content Id** 2430103629848438259

**Media Owner** Lain (6089165363)

**Id** 18122027491091206

**Date Created** 2020-10-15 18:22:39 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2420567060272525498

**Media Owner** Emma May ⚡ (21854373)

**Id** 17858708972206036

**Date Created** 2020-10-13 21:43:39 UTC

**Status** ACTIVE

**Text** I like it.

**Media Content Id** 2418480565346182974

**Media Owner** Hillbilly (17631437796)

**Id** 17865295724102626

**Date Created** 2020-10-28 20:09:55 UTC

**Status** ACTIVE

**Text** That is a major victory. Good job.

**Media Content Id** 2430109249329089062

**Media Owner** Tactical Nacho (8152267497)

**Id** 17874505192983155

**Date Created** 2020-10-30 03:05:02 UTC

**Status** ACTIVE

**Text** I like it.

**Media Content Id** 2431048716382632796

**Media Owner** Pat RMG (539574740)

**Id** 17962264336346960

**Date Created** 2020-11-07 00:25:29 UTC

**Status** ACTIVE

**Text** Zero.

**Media Content Id** 2436767352348483430

**Media Owner** Dave (2044741715)

**Id** 17962087102352823

**Date Created** 2020-10-14 14:08:46 UTC

**Status** ACTIVE

**Text** Nice. Check this out.

**Media Content Id** 2417734574403946439

**Media Owner** Americanmusclehd™ (303720576)

**Id** 17910285148524635

**Date Created** 2020-10-30 01:21:00 UTC

Instagram Business Record                                          Page 145

|  |  |
|---|---|
| **Status** | |
| | ACTIVE |
| **Text** | Nice,clean and lite. |
| **Media Content Id** | 2431013697993615113 |
| **Media Owner** | andrew quaan (29418930564) |
| | |
| **Id** | 17845927736390854 |
| **Date Created** | 2020-10-14 06:05:55 UTC |
| **Status** | ACTIVE |
| **Text** | I like this. The human energy part too. |
| **Media Content Id** | 2418423925993603054 |
| **Media Owner** | Joshua (42597253333) |
| | |
| **Id** | 17878500025844667 |
| **Date Created** | 2020-10-15 23:28:34 UTC |
| **Status** | ACTIVE |
| **Text** | Be ready. |
| **Media Content Id** | 2420474410288219596 |
| **Media Owner** | Robert Luna (1496711197) |
| | |
| **Id** | 17874059185963069 |
| **Date Created** | 2020-10-16 03:10:31 UTC |
| **Status** | ACTIVE |
| **Text** | When you need roof Korean's you know its bad. |
| **Media Content Id** | 2420916045575680075 |
| **Media Owner** | SSC12 (19537096008) |
| | |
| **Id** | 17874085555951015 |
| **Date Created** | 2020-10-14 14:06:41 UTC |
| **Status** | ACTIVE |
| **Text** | The mountains are calling. Check this out. |
| **Media Content Id** | 2417998357640702828 |
| **Media Owner** | Miranda Wylde - Brass&Beauty (5803900583) |
| | |
| **Id** | 18166617019009611 |
| **Date Created** | 2020-10-18 00:19:44 UTC |
| **Status** | ACTIVE |
| **Text** | @2persevere link in my bio. |
| **Media Content Id** | 2422058014021577686 |
| **Media Owner** | Isa Will (8778385109) |
| | |
| **Id** | 17882371141829471 |
| **Date Created** | 2020-10-17 23:43:53 UTC |
| **Status** | ACTIVE |
| **Text** | Check this out. |
| **Media Content Id** | 2422058014021577686 |
| **Media Owner** | Isa Will (8778385109) |
| | |
| **Id** | 17842702952446819 |
| **Date Created** | 2020-10-14 00:08:37 UTC |
| **Status** | ACTIVE |

**Text**            Very important.
**Media Content**   2418571928511224894
**Id**
**Media Owner**     Urban Medical Gear (6898245528)


**Id**              17853966884284808
**Date Created**    2020-10-15 02:21:47 UTC
**Status**          ACTIVE
**Text**            Awesome.
**Media Content**   2420128869683535962
**Id**
**Media Owner**     Mrgunsngear (1501939693)


**Id**              17867883815099676
**Date Created**    2020-10-31 05:46:40 UTC
**Status**          ACTIVE
**Text**            Nice, check it out.
**Media Content**   2431743546535843783
**Id**
**Media Owner**     FuckYeahGuns ™ (1426913836)


**Id**              18169028401029519
**Date Created**    2020-10-29 19:24:42 UTC
**Status**          ACTIVE
**Text**            A universal key.
**Media Content**   2430767894635030190
**Id**
**Media Owner**     Andrzej Idzikowski (39803302533)


**Id**              17857876031273079
**Date Created**    2020-10-29 19:13:35 UTC
**Status**          ACTIVE
**Text**            Cute and deadly. Awesome.
**Media Content**   2430787030635280626
**Id**
**Media Owner**     O L I V I A (1059001868)


**Id**              17843041985456471
**Date Created**    2020-10-14 06:09:56 UTC
**Status**          ACTIVE
**Text**            Check this out.
**Media Content**   2417936990753726671
**Id**
**Media Owner**     (8584860017)


**Id**              17891070133725804
**Date Created**    2020-10-29 15:13:17 UTC
**Status**          ACTIVE
**Text**            Nice.
**Media Content**   2430665685981210070
**Id**
**Media Owner**     Chris (7423681289)


**Id**              18112292242161789
**Date Created**    2020-10-14 14:10:58 UTC
**Status**          ACTIVE
**Text**            I did. Check this out.

**Media Content**
**Id** 2418010392457807122
**Media Owner** Handleit Grips (4152183923)

**Id** 18116170993154645
**Date Created** 2020-10-15 02:19:14 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2420179673615993854
**Id**
**Media Owner** Trump Babes ░░░░♥░░░░ (40890086203)

**Id** 17920424404474609
**Date Created** 2020-10-31 19:16:33 UTC
**Status** ACTIVE
**Text** Yup. It won't be play time much longer. Get serious.
**Media Content** 2432261677114141194
**Id**
**Media Owner** C.L. (40336903194)

**Id** 17887228873730346
**Date Created** 2020-10-15 04:20:58 UTC
**Status** ACTIVE
**Text** Here's one. Check this out.
**Media Content** 2420238335087125717
**Id**
**Media Owner** Jason Boothe (3271651251)

**Id** 17978659672321136
**Date Created** 2020-10-29 19:10:53 UTC
**Status** ACTIVE
**Text** Oh, I like it.
**Media Content** 2430782201221357400
**Id**
**Media Owner** Citizen Gear Co |Tactical Gear (39454180916)

**Id** 18170362780049458
**Date Created** 2020-10-31 16:19:31 UTC
**Status** ACTIVE
**Text** Gonna miss him. He lived a good life.
**Media Content** 2432192222836797422
**Id**
**Media Owner** Ludus Integritas LLC (3292934809)

**Id** 17891427760691326
**Date Created** 2020-10-28 17:24:58 UTC
**Status** ACTIVE
**Text** That is the goal.
**Media Content** 2430043636814461966
**Id**
**Media Owner** Jan | Nature Enthusiast (26748778466)

**Id** 17849456552378385
**Date Created** 2020-10-30 18:43:34 UTC
**Status** ACTIVE
**Text** I am with you sir.
**Media Content** 2431401249603906151
**Id**

**Media Owner**
FuckYeahGuns ™ (1426913836)

**Id** 18057891943251761
**Date Created** 2020-10-29 19:17:54 UTC
**Status** ACTIVE
**Text** That's how I do yard work too.
**Media Content** 2430751465831453665
**Id**
**Media Owner** Guns Page Official 🔫🔫🔫🔫🔫 (7689802052)

**Id** 17910445834508642
**Date Created** 2020-10-15 02:20:38 UTC
**Status** ACTIVE
**Text** Yup.
**Media Content** 2420154060455233837
**Id**
**Media Owner** P E W C I T Y (2263144486)

**Id** 18122730511183241
**Date Created** 2020-10-31 19:19:57 UTC
**Status** ACTIVE
**Text** Wow. Awesome.
**Media Content** 2432281147524748910
**Id**
**Media Owner** Just some guy (39364821360)

**Id** 17863257002167588
**Date Created** 2020-10-30 03:06:26 UTC
**Status** ACTIVE
**Text** Nice variety. I like the grip.
**Media Content** 2431053431777977724
**Id**
**Media Owner** Tactical Dynamics (1932116609)

**Id** 17848004342403983
**Date Created** 2020-10-29 15:49:29 UTC
**Status** ACTIVE
**Text** All American!
**Media Content** 2430730101766731172
**Id**
**Media Owner** Tactical Nacho (8152267497)

**Id** 17940390400398146
**Date Created** 2020-10-13 17:22:35 UTC
**Status** ACTIVE
**Text** I think that is his cousin. For real.
**Media Content** 2419175156112811338
**Id**
**Media Owner** Sean Burke (7901472927)

**Id** 17971304323333720
**Date Created** 2020-10-29 19:14:33 UTC
**Status** ACTIVE
**Text** Gotta love the revolvers with the target sights.
**Media Content** 2430803747486491287
**Id**
**Media Owner** Smith & Wesson Inc. (818867689)

**Id**
    18169707100024046
**Date Created** 2020-10-30 18:45:47 UTC
**Status** ACTIVE
**Text** Perfect.
**Media Content** 2431531797266150619
**Id**
**Media Owner** Tactical Dynamics (1932116609)

**Id** 17870159735060603
**Date Created** 2020-10-29 02:19:33 UTC
**Status** ACTIVE
**Text** Yup, 100% 1st rule.
**Media Content** 2430329882168177364
**Id**
**Media Owner** Pat RMG (539574740)

**Id** 18142070263098547
**Date Created** 2020-10-28 17:26:09 UTC
**Status** ACTIVE
**Text** Get ready while you can, check this out.
**Media Content** 2429966108512961906
**Id**
**Media Owner** Mrgunsngear (1501939693)

**Id** 17942260210400502
**Date Created** 2020-10-31 08:52:06 UTC
**Status** ACTIVE
**Text** Nice artwork. Check this out.
**Media Content** 2431502562942685887
**Id**
**Media Owner** The Caddell Boys (630947240)

**Id** 17844672632450969
**Date Created** 2020-11-01 21:57:28 UTC
**Status** ACTIVE
**Text** Amen.
**Media Content** 2432089676625237118
**Id**
**Media Owner** PRO2A (16437944953)

**Id** 18114366868160749
**Date Created** 2020-10-29 02:13:50 UTC
**Status** ACTIVE
**Text** Solid.
**Media Content** 2430317844716930880
**Id**
**Media Owner** KCI USA INC (6028028034)

**Id** 17929637758434479
**Date Created** 2020-10-13 21:06:04 UTC
**Status** ACTIVE
**Text** Sure. Just ask the Indians.
**Media Content** 2418810532332483255
**Id**
**Media Owner** Corvus Kuro (40864467552)

**Id** 18119546815150491

**Date Created**

2020-10-13 22:11:30 UTC

**Status** ACTIVE

**Text** You need an inertial disconnect to get it to cycle.

**Media Content Id** 2419326730979537158

**Media Owner** The Kommando Blog (4913525986)


**Id** 17934464605418740

**Date Created** 2020-10-13 21:09:33 UTC

**Status** ACTIVE

**Text** Check this out.

**Media Content Id** 2417183218121120887

**Media Owner** willy (647502675)


**Id** 17878377241887268

**Date Created** 2020-10-30 01:21:34 UTC

**Status** ACTIVE

**Text** Balls.

**Media Content Id** 2430972942136775631

**Media Owner** Mrgunsngear (25348591463)


**Id** 17870395760021882

**Date Created** 2020-10-13 19:09:41 UTC

**Status** ACTIVE

**Text** Lol.

**Media Content Id** 2419140394746356576

**Media Owner** Arnold Canales (1571475364)


**Id** 18077061853231197

**Date Created** 2020-11-02 02:19:59 UTC

**Status** ACTIVE

**Text** Yup.

**Media Content Id** 2433224348430433580

**Media Owner** wavedcellar4867 (15433193410)


**Id** 17880726604892374

**Date Created** 2020-10-30 03:08:46 UTC

**Status** ACTIVE

**Text** Love seeing Jerry tear it up. Check this out.

**Media Content Id** 2431040440760675902

**Media Owner** Handleit Grips (4152183923)


**Id** 17866835603113450

**Date Created** 2020-11-02 00:39:15 UTC

**Status** ACTIVE

**Text** She made it. Awesome.

**Media Content Id** 2433120940283294035

**Media Owner** Patriot Nurse (1431367898)


**Id** 17883858670828394

**Date Created** 2020-10-30 01:22:56 UTC

Instagram Business Record

**Status**
ACTIVE
**Text** Super innovative. Just like this.
**Media Content Id** 2430856344267794111
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17865409955135569
**Date Created** 2020-10-30 16:46:56 UTC
**Status** ACTIVE
**Text** That's the right girl alright.
**Media Content Id** 2430914148824274220
**Media Owner** Amy 🍑🍑🍑🍑 (31466081918)

**Id** 17855562197245067
**Date Created** 2020-10-13 18:10:22 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2414217996859297474
**Media Owner** Alex (7714146332)

**Id** 17895432757639750
**Date Created** 2020-10-31 05:48:47 UTC
**Status** ACTIVE
**Text** Smooth and quick.
**Media Content Id** 2431737636963420470
**Media Owner** Matt (17364878890)

**Id** 18121480537150757
**Date Created** 2020-10-30 01:18:07 UTC
**Status** ACTIVE
**Text** I got one in 6.5 creedmoor. Now I am 5x safe. Lol.
**Media Content Id** 2430846503516295268
**Media Owner** Take2Shooting (8617407570)

**Id** 17957004226368804
**Date Created** 2020-10-29 19:10:23 UTC
**Status** ACTIVE
**Text** Good deal.
**Media Content Id** 2430834878995904545
**Media Owner** GunZoneDeals (1995728900)

**Id** 17907684670539292
**Date Created** 2020-10-30 18:44:05 UTC
**Status** ACTIVE
**Text** Does it come in a sticker or card?
**Media Content Id** 2431511326108115868
**Media Owner** A7 Defense & Aerospace (1906428115)

**Id** 17871340973039918
**Date Created** 2020-10-31 19:19:11 UTC
**Status** ACTIVE

**Text**

Me too, just in case. Check it out.
**Media Content Id** 2432248808510789245
**Media Owner** Matthew (26375423)

**Id** 17963667712351710
**Date Created** 2020-10-30 00:08:37 UTC
**Status** ACTIVE
**Text** Yup. Get ready.
**Media Content Id** 2430984504557887386
**Media Owner** Pedro (3121056950)

**Id** 17874588181946344
**Date Created** 2020-10-29 15:11:32 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content Id** 2430648075875559910
**Media Owner** American Prepper (2275487006)

**Id** 17843717675475008
**Date Created** 2020-10-31 08:49:22 UTC
**Status** ACTIVE
**Text** I like how it all matches. Even your outfit.
**Media Content Id** 2431628310575655061
**Media Owner** GOD, GUNS & GYM ❤ (1533782384)

**Id** 17884251568791007
**Date Created** 2020-10-31 19:13:36 UTC
**Status** ACTIVE
**Text** I will check it out. How do I join the group?
**Media Content Id** 2432227028880920934
**Media Owner** American Prepper (2275487006)

**Id** 17932582870429516
**Date Created** 2020-11-03 21:10:24 UTC
**Status** ACTIVE
**Text** I like all of them. The only problem is the location stinks. Lol. Oprah.
**Media Content Id** 2434403050557641110
**Media Owner** Your Friendly Rooftop Korean (230068363)

**Id** 18044079091274985
**Date Created** 2020-11-05 21:24:32 UTC
**Status** ACTIVE
**Text** @call_me_ak Thank you. Spead the word of our small business.
**Media Content Id** 2434403050557641110
**Media Owner** Your Friendly Rooftop Korean (230068363)

**Id** 17880648643892557
**Date Created** 2020-10-30 18:42:01 UTC
**Status** ACTIVE
**Text** Nice, check this out.

**Media Content**
**Id** 2431528471208852252
**Media Owner** Bonnie (9160211)

**Id** 17861380493195846
**Date Created** 2020-10-29 20:04:02 UTC
**Status** ACTIVE
**Text** Dang, I love this. It reminds me of the skating rink when they played def leppard as a kid.
**Media Content Id** 2430850064363893166
**Media Owner** Big Iron Cerakoting Inc. (4251681551)

**Id** 18142784374109763
**Date Created** 2020-10-29 19:13:09 UTC
**Status** ACTIVE
**Text** I always liked the two tone.
**Media Content Id** 2430769440219239552
**Media Owner** Mrgunsngear (1501939693)

**Id** 17864098712154175
**Date Created** 2020-10-30 18:46:20 UTC
**Status** ACTIVE
**Text** Get ready while you can. It could get worse.
**Media Content Id** 2431528331437710873
**Media Owner** Ludus Integritas LLC (3292934809)

**Id** 17864024402123339
**Date Created** 2020-10-30 00:07:54 UTC
**Status** ACTIVE
**Text** If it burns their eyes so much, why not move on instead of report? Just let people live their lives. Gosh.
**Media Content Id** 2430938191883508986
**Media Owner** Mrgunsngear (1501939693)

**Id** 17866398857109903
**Date Created** 2020-10-30 18:00:26 UTC
**Status** ACTIVE
**Text** Yup. Get ready. Trouble ahead. Check this out. You might need it.
**Media Content Id** 2431365930149650719
**Media Owner** American Prepper (2275487006)

**Id** 17858657288253665
**Date Created** 2020-11-02 02:26:51 UTC
**Status** ACTIVE
**Text** Yes.
**Media Content Id** 2433232214656409534
**Media Owner** CTRL+Pew (17816750360)

**Id** 17860031963218665
**Date Created** 2020-10-30 20:47:07 UTC
**Status** ACTIVE
**Text** Lol.

**Media Content**
**Id** 2431467395389096915
**Media Owner** Operation Shield (1257599083)

**Id** 17921908855465967
**Date Created** 2020-10-31 16:21:37 UTC
**Status** ACTIVE
**Text** Yup.
**Media Content Id** 2432176007371757048
**Media Owner** (365188102)

**Id** 18055848034259660
**Date Created** 2020-10-30 01:26:38 UTC
**Status** ACTIVE
**Text** A good day. Check this out.
**Media Content Id** 2430875688339203289
**Media Owner** Guns / Country / Videos (4556510999)

**Id** 18047347609300844
**Date Created** 2020-10-29 19:12:00 UTC
**Status** ACTIVE
**Text** Yes! Perfect.
**Media Content Id** 2430769390114179387
**Media Owner** Mrgunsngear (25348591463)

**Id** 17858231663217780
**Date Created** 2020-10-30 05:57:19 UTC
**Status** ACTIVE
**Text** Lined up like shot glasses. The middle on.
**Media Content Id** 2431119787663148858
**Media Owner** FuckYeahGuns ™ (1426913836)

**Id** 17885694988754597
**Date Created** 2020-10-30 18:42:50 UTC
**Status** ACTIVE
**Text** Same here.
**Media Content Id** 2431396249533408265
**Media Owner** Ryan (1518569597)

**Id** 17900646169608083
**Date Created** 2020-11-11 17:51:29 UTC
**Status** ACTIVE
**Text** I agree.
**Media Content Id** 2440120817987069732
**Media Owner** Weaponsgiven LLC (42055240048)

**Id** 17873158796061739
**Date Created** 2020-11-28 21:48:06 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content Id** 2452166284530301076

**Media Owner**
Black Rambo (330139828)

**Id** 17888565082765345
**Date Created** 2020-11-11 17:48:02 UTC
**Status** ACTIVE
**Text** Amen.
**Media Content** 2440147551817990700
**Id**
**Media Owner** Sootch00 (1617774255)

**Id** 18112908970195443
**Date Created** 2020-11-06 07:10:31 UTC
**Status** ACTIVE
**Text** Classic.
**Media Content** 2436027273540076095
**Id**
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17857008239305069
**Date Created** 2020-10-30 06:02:47 UTC
**Status** ACTIVE
**Text** Perfect timing. Freaking awesome. Check it out and you will be too.
**Media Content** 2430241590976934462
**Id**
**Media Owner** Todd Jones (12061513225)

**Id** 17882446678869973
**Date Created** 2020-11-08 20:24:12 UTC
**Status** ACTIVE
**Text** Yes
**Media Content** 2438088116433578005
**Id**
**Media Owner** FuckYeahGuns ™ (1426913836)

**Id** 17878354426906812
**Date Created** 2020-11-06 07:07:56 UTC
**Status** ACTIVE
**Text** I love it. Check this out. Not as cool as Jerry, but close.
**Media Content** 2436150684788704518
**Id**
**Media Owner** Handleit Grips (4152183923)

**Id** 17864199473169885
**Date Created** 2020-11-05 19:17:30 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2435891583630191197
**Id**
**Media Owner** Guns Page Official 🔫🔫🔫🔫🔫 (7689802052)

**Id** 17855109263291980
**Date Created** 2020-11-01 13:44:42 UTC
**Status** ACTIVE
**Text** Nice, check it out.
**Media Content** 2432844610064944725
**Id**
**Media Owner** JK Armament (24407685251)

**Id**
17862991727171055
**Date Created** 2020-11-18 05:14:29 UTC
**Status** ACTIVE
**Text** What kind of glasses are those and where do you get them?
**Media Content** 2444795384768607933
**Id**
**Media Owner** (397178494)

**Id** 17871781736025258
**Date Created** 2020-10-30 15:59:45 UTC
**Status** ACTIVE
**Text** Get ready, check this out.
**Media Content** 2430128963755943632
**Id**
**Media Owner** American Prepper (2275487006)

**Id** 17846366375422223
**Date Created** 2020-11-10 20:20:15 UTC
**Status** ACTIVE
**Text** Don't forget black rifle coffee. Check this out.
**Media Content** 2439536672821410193
**Id**
**Media Owner** American Prepper (2275487006)

**Id** 17860887131209851
**Date Created** 2020-11-02 03:42:01 UTC
**Status** ACTIVE
**Text** Nice set up. Chech this out.
**Media Content** 2433245736463004667
**Id**
**Media Owner** Tactical Dynamics (1932116609)

**Id** 17893874968669897
**Date Created** 2020-10-30 00:10:32 UTC
**Status** ACTIVE
**Text** Balls.
**Media Content** 2430971221171910687
**Id**
**Media Owner** Mrgunsngear (1501939693)

**Id** 17892497176672036
**Date Created** 2020-11-04 00:35:35 UTC
**Status** ACTIVE
**Text** I love my Bulgarian twins. Svettelana  and Mishka the Arsenal girls. Lol.
**Media Content** 2434572766467741177
**Id**
**Media Owner** Mrgunsngear (1501939693)

**Id** 17853869801338320
**Date Created** 2020-11-14 18:26:01 UTC
**Status** ACTIVE
**Text** That would make a great product. I would buy 8 of them.
**Media Content** 2437964924188382582
**Id**
**Media Owner** Curt Ewald (4141555165)

**Id** 18043373620272910

**Date Created**

2020-11-12 23:29:10 UTC

**Status** ACTIVE

**Text** Awesome.

**Media Content Id** 2441065818719351005

**Media Owner** david (44661297588)

**Id** 17896895524638201

**Date Created** 2020-11-12 23:25:48 UTC

**Status** ACTIVE

**Text** Almost there. Good job.

**Media Content Id** 2441076675373847667

**Media Owner** Patriot J (43641651443)

**Id** 17866324565125386

**Date Created** 2020-11-09 02:30:07 UTC

**Status** ACTIVE

**Text** Nice. Check this out. I will send you some for your channel. It will definitely make an interesting video.

**Media Content Id** 2438247376379932161

**Media Owner** 704 Tactical (3097095027)

**Id** 17844030782471281

**Date Created** 2020-11-01 13:45:34 UTC

**Status** ACTIVE

**Text** Nice.

**Media Content Id** 2432814558841611717

**Media Owner** Shooter (178086619)

**Id** 17857894961309215

**Date Created** 2020-11-08 05:29:57 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2437668624174034791

**Media Owner** Guns / Country / Videos (4556510999)

**Id** 17942365369396133

**Date Created** 2020-10-31 19:20:41 UTC

**Status** ACTIVE

**Text** Nice, check it out.

**Media Content Id** 2432231250740776884

**Media Owner** Rifle Dynamics - AK47 Kalash (458047210)

**Id** 17848690868422586

**Date Created** 2020-11-18 01:15:47 UTC

**Status** ACTIVE

**Text** Every day!

**Media Content Id** 2444722191989506551

**Media Owner** American Prepper (2275487006)

**Id** 17846577764443378

**Date Created**
            2020-11-06 07:17:28 UTC
      **Status** ACTIVE
        **Text** I miss him.
**Media Content** 2435824447836788542
          **Id**
 **Media Owner** AR15.COM (1386649150)


          **Id** 17853719903315222
**Date Created** 2020-11-02 00:40:19 UTC
      **Status** ACTIVE
        **Text** Get ready, it can get worse from here. Check this out.
**Media Content** 2433166646677756627
          **Id**
 **Media Owner** Guns / Country / Videos (4556510999)


          **Id** 17889672556728921
**Date Created** 2020-11-06 07:08:53 UTC
      **Status** ACTIVE
        **Text** Awesomely funny.
**Media Content** 2435983791855331095
          **Id**
 **Media Owner** Matt Murray (1407622139)


          **Id** 18079840261227466
**Date Created** 2020-11-02 15:27:41 UTC
      **Status** ACTIVE
        **Text** I agree 100%.
**Media Content** 2433537513833136826
          **Id**
 **Media Owner** Brett (473781639)


          **Id** 17851377851365680
**Date Created** 2020-11-07 21:15:30 UTC
      **Status** ACTIVE
        **Text** Get ready. Check this out.
**Media Content** 2437350525079935274
          **Id**
 **Media Owner** Education (4485200323)


          **Id** 17850792188360424
**Date Created** 2020-11-02 00:41:38 UTC
      **Status** ACTIVE
        **Text** Me too. Good work.
**Media Content** 2433103216192724050
          **Id**
 **Media Owner** Patriot J (43641651443)


          **Id** 17884259200800762
**Date Created** 2020-11-02 23:57:57 UTC
      **Status** ACTIVE
        **Text** Awesome.
**Media Content** 2433721601391660070
          **Id**
 **Media Owner** Autumn Fry (32933701648)


          **Id** 18037407379283253
**Date Created** 2020-11-12 02:07:10 UTC

Instagram Business Record                    Page 159

| | |
|---|---|
| **Status** | ACTIVE |
| **Text** | Nice. |
| **Media Content Id** | 2440468649336596429 |
| **Media Owner** | Tactical Toolbox (44516464) |
| | |
| **Id** | 17922734200466802 |
| **Date Created** | 2020-11-12 21:11:51 UTC |
| **Status** | ACTIVE |
| **Text** | Nice. |
| **Media Content Id** | 2440856050226957585 |
| **Media Owner** | Centaur Guns (42363423178) |
| | |
| **Id** | 17878824403912341 |
| **Date Created** | 2020-11-06 21:37:20 UTC |
| **Status** | ACTIVE |
| **Text** | Friday. Look at this too. |
| **Media Content Id** | 2436595455075659035 |
| **Media Owner** | #FullAutoFriday (2210568260) |
| | |
| **Id** | 17890411192729004 |
| **Date Created** | 2020-11-10 20:17:30 UTC |
| **Status** | ACTIVE |
| **Text** | Awesome. Check this out. |
| **Media Content Id** | 2439563832459772609 |
| **Media Owner** | TXGunArsenal (41114257) |
| | |
| **Id** | 17908211329558623 |
| **Date Created** | 2020-11-10 20:20:44 UTC |
| **Status** | ACTIVE |
| **Text** | Awesome job. |
| **Media Content Id** | 2439493403778954086 |
| **Media Owner** | Silverfoxcoatings_cerakote (22228264247) |
| | |
| **Id** | 17852154389342708 |
| **Date Created** | 2020-11-13 03:17:22 UTC |
| **Status** | ACTIVE |
| **Text** | Me too. Lol. Welcome to the club. |
| **Media Content Id** | 2441127738533488427 |
| **Media Owner** | Яobert (302446960) |
| | |
| **Id** | 17873829326017654 |
| **Date Created** | 2020-11-10 20:22:32 UTC |
| **Status** | ACTIVE |
| **Text** | No anxiety needed. I am an American patriot with a great idea and a small business. Check it out. Just a metal card with a picture on it. |
| **Media Content Id** | 2438924706042609484 |
| **Media Owner** | Take2Shooting (8617407570) |
| | |
| **Id** | 18086852332237884 |
| **Date Created** | 2021-01-10 04:06:46 UTC |

**Status**
ACTIVE
**Text** 🔫🔫
**Media Content** 2483286554445033973
**Id**
**Media Owner** Ramon Garcia Jr (190609666)

**Id** 17887552198886219
**Date Created** 2021-01-10 04:07:48 UTC
**Status** ACTIVE
**Text** Awesome.
**Media Content** 2483286554445033973
**Id**
**Media Owner** Ramon Garcia Jr (190609666)

**Id** 17875923019957294
**Date Created** 2020-11-19 06:26:23 UTC
**Status** ACTIVE
**Text** Yup. Me too.
**Media Content** 2445630975251534717
**Id**
**Media Owner** Sean Burke (7901472927)

**Id** 17876109958946153
**Date Created** 2020-11-12 21:12:40 UTC
**Status** ACTIVE
**Text** I like the 2 tone. Nice.
**Media Content** 2440972603769570745
**Id**
**Media Owner** Firearm Addict (33233784518)

**Id** 17857586672258791
**Date Created** 2020-11-09 03:44:23 UTC
**Status** ACTIVE
**Text** This is good. There I am.
**Media Content** 2438003792903266497
**Id**
**Media Owner** American Prepper (2275487006)

**Id** 17914297861492591
**Date Created** 2020-11-12 00:32:00 UTC
**Status** ACTIVE
**Text** @wellarmedpatriot do you guys watch, he has, ceck out his solvent trap video. Melted
to destruction. Awesome.
**Media Content** 2440366965993543092
**Id**
**Media Owner** Mrgunsngear (25348591463)

**Id** 17891197207726800
**Date Created** 2020-11-02 00:43:40 UTC
**Status** ACTIVE
**Text** Nice set up. Good work.
**Media Content** 2433159750353806651
**Id**
**Media Owner** Ron Toney (373667198)

**Id** 17861193032286420
**Date Created** 2020-11-25 19:22:06 UTC

**Status**
ACTIVE
**Text** I love it.
**Media Content Id** 2450392375401671546
**Media Owner** Autumn Fry (32933701648)

**Id** 17848789232394068
**Date Created** 2020-11-22 06:00:45 UTC
**Status** ACTIVE
**Text** Way to go.
**Media Content Id** 2447506521895834063
**Media Owner** American Prepper (2275487006)

**Id** 17870952911060404
**Date Created** 2020-11-08 01:49:09 UTC
**Status** ACTIVE
**Text** See that smile? Way to go Dad. Good job.
**Media Content Id** 2437548314886290668
**Media Owner** Adam Tarwater (22938003086)

**Id** 17864467046119965
**Date Created** 2020-11-03 19:35:20 UTC
**Status** ACTIVE
**Text** Nice setup. Check this out.
**Media Content Id** 2434419636513999368
**Media Owner** KCI USA INC (6028028034)

**Id** 17864792906167648
**Date Created** 2020-11-11 05:19:08 UTC
**Status** ACTIVE
**Text** Yea, he sent me some "deals" too. Good thing I have been stocking ammo since before Obama. Otherwise, he could have got me too. Hang tough.
**Media Content Id** 2438669080973349781
**Media Owner** KRATE Tactical (NO GUN SALES) (13011772957)

**Id** 17854629971337527
**Date Created** 2020-11-19 18:44:13 UTC
**Status** ACTIVE
**Text** A plane, a plane. Lol. Keep it up.
**Media Content Id** 2445977057258547573
**Media Owner** Mrgunsngear (25348591463)

**Id** 17859799688239581
**Date Created** 2020-11-01 00:59:02 UTC
**Status** ACTIVE
**Text** I love it.
**Media Content Id** 2432454755464042383
**Media Owner** Guns n' Gloss (8442948180)

**Id** 17889234739780736
**Date Created** 2020-11-24 18:21:29 UTC

|  |  |
|---|---|
| **Status** | ACTIVE |
| **Text** | Lol. |
| **Media Content Id** | 2449637801035522261 |
| **Media Owner** | Take2Shooting (8617407570) |
| | |
| **Id** | 17876552029955507 |
| **Date Created** | 2020-11-06 22:48:41 UTC |
| **Status** | ACTIVE |
| **Text** | Perfect. Check it out. |
| **Media Content Id** | 2436684206859133239 |
| **Media Owner** | Opie In The Smokies (3978885546) |
| | |
| **Id** | 17885997496769061 |
| **Date Created** | 2020-11-12 02:06:25 UTC |
| **Status** | ACTIVE |
| **Text** | Got two today with your link. |
| **Media Content Id** | 2440451162703742619 |
| **Media Owner** | 704 Tactical (3097095027) |
| | |
| **Id** | 17938505638412572 |
| **Date Created** | 2020-11-17 08:01:12 UTC |
| **Status** | ACTIVE |
| **Text** | Exactly. |
| **Media Content Id** | 2443809123800832502 |
| **Media Owner** | Chris Dela Cruz (3032207199) |
| | |
| **Id** | 17948477200382110 |
| **Date Created** | 2020-11-19 16:20:51 UTC |
| **Status** | ACTIVE |
| **Text** | Me too. |
| **Media Content Id** | 2445956794969718738 |
| **Media Owner** | Brett (473781639) |
| | |
| **Id** | 17886423691755050 |
| **Date Created** | 2020-11-08 04:13:16 UTC |
| **Status** | ACTIVE |
| **Text** | Nice. Get ready. |
| **Media Content Id** | 2437583377043214286 |
| **Media Owner** | Take2Shooting (8617407570) |
| | |
| **Id** | 17858751998220093 |
| **Date Created** | 2020-11-04 00:31:36 UTC |
| **Status** | ACTIVE |
| **Text** | I hope it's not shirts and skins. I am always on skins and my body armor chafed me up bad last time. Lol. |
| **Media Content Id** | 2434564352005462229 |
| **Media Owner** | Kasey (5818128020) |
| | |
| **Id** | 17853243200304494 |
| **Date Created** | 2020-10-19 17:48:23 UTC |

**Status**
ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2423524255659854279
**Media Owner** Correcaminos_Division (3305861266)

**Id** 17889124768742024
**Date Created** 2020-11-18 05:16:34 UTC
**Status** ACTIVE
**Text** That's my house, when were you on my property? Lol.
**Media Content Id** 2444676554749374170
**Media Owner** American Prepper (2275487006)

**Id** 17965992535345422
**Date Created** 2020-11-02 02:26:14 UTC
**Status** ACTIVE
**Text** Awesome. Check this out. Get ready while you can.
**Media Content Id** 2431823760752862007
**Media Owner** Black and White Fire Starter (5997970946)

**Id** 17870399723040621
**Date Created** 2020-10-21 02:35:49 UTC
**Status** ACTIVE
**Text** It is a wooden training round. They used them in ww2 to save metal.
**Media Content Id** 2424385262401843463
**Media Owner** project_gun (5379614721)

**Id** 17881269430842540
**Date Created** 2020-10-19 14:52:01 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2423376875566070769
**Media Owner** 2a4All (4545605687)

**Id** 17890868686695852
**Date Created** 2020-10-20 16:10:00 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2424213213930633439
**Media Owner** Mrgunsngear (1501939693)

**Id** 18075047035227561
**Date Created** 2020-10-19 03:05:04 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2422987092595810898
**Media Owner** Robert Davis (16847532190)

**Id** 18165495307031428
**Date Created** 2020-10-19 17:46:25 UTC
**Status** ACTIVE

**Text**

I got one. Check this out.
**Media Content Id** 2423529857546998272
**Media Owner** Mrgunsngear (1501939693)

**Id** 17896376590628274
**Date Created** 2020-10-18 23:45:50 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2422753032172658873
**Media Owner** Traditional Arms (39399270490)

**Id** 17974334374324890
**Date Created** 2020-10-19 19:17:03 UTC
**Status** ACTIVE
**Text** Nice. Check this out.
**Media Content Id** 2423239416800573445
**Media Owner** Patriot Defense Gear (1919900874)

**Id** 17975279470323621
**Date Created** 2020-10-19 19:17:26 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2422711141301451384
**Media Owner** atf pls (12063472527)

**Id** 17848707482341310
**Date Created** 2020-10-15 18:43:13 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2420633535546522036
**Media Owner** (7526342801)

**Id** 17858227493219092
**Date Created** 2020-10-16 01:40:29 UTC
**Status** ACTIVE
**Text** Wow. Check this out.
**Media Content Id** 2420563035879161872
**Media Owner** AR15.COM (1386649150)

**Id** 17902139659570825
**Date Created** 2020-10-18 12:45:58 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2422668444670718370
**Media Owner** willy (647502675)

**Id** 17872690609985829
**Date Created** 2020-10-15 20:26:14 UTC
**Status** ACTIVE
**Text** Good combo.

Instagram Business Record

**Media Content**
            **Id** 2420690414528128041
**Media Owner** (1569372354)

            **Id** 17870859218013483
**Date Created** 2020-10-15 18:39:36 UTC
        **Status** ACTIVE
          **Text** Nice, check this out.
**Media Content** 2420583590428782934
            **Id**
**Media Owner** project_gun (5379614721)

            **Id** 18134612401119213
**Date Created** 2020-10-14 04:27:43 UTC
        **Status** ACTIVE
          **Text** All of them. Lol.
**Media Content** 2419410358361668508
            **Id**
**Media Owner** Guns / Country / Videos (4556510999)

            **Id** 17896389295623014
**Date Created** 2020-10-16 03:14:26 UTC
        **Status** ACTIVE
          **Text** Yup.
**Media Content** 2419658439373768990
            **Id**
**Media Owner** William H. (1444346708)

            **Id** 17905080694559498
**Date Created** 2020-10-15 22:28:42 UTC
        **Status** ACTIVE
          **Text** Yup. Check this out. Be ready.
**Media Content** 2420520323228061648
            **Id**
**Media Owner** Rick (27917597325)

            **Id** 18138575287097854
**Date Created** 2020-10-15 18:25:25 UTC
        **Status** ACTIVE
          **Text** Nice, check this out.
**Media Content** 2417165709183728682
            **Id**
**Media Owner** Ryan Pitt (1782465927)

            **Id** 17847320516376717
**Date Created** 2020-10-13 18:24:59 UTC
        **Status** ACTIVE
          **Text** Check this out.
**Media Content** 2418418299542020939
            **Id**
**Media Owner** Jason T. Scott / Idaho 🇺🇸 (4260110336)

            **Id** 17861189423152220
**Date Created** 2020-10-18 23:39:30 UTC
        **Status** ACTIVE
          **Text** Best ever. Check this out.
**Media Content** 2422860448616862149
            **Id**

**Media Owner**
      Mrgunsngear (1501939693)

**Id** 18165624310044891
**Date Created** 2020-10-15 18:20:01 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2420649320566248017
**Id**
**Media Owner** Ed Felterbush (38769103811)

**Id** 17878026592896348
**Date Created** 2020-10-29 08:58:41 UTC
**Status** ACTIVE
**Text** Do it.
**Media Content** 2430390361672127645
**Id**
**Media Owner** Simply Patriotic Actual (3113789645)

**Id** 17888395921764809
**Date Created** 2020-11-09 03:46:43 UTC
**Status** ACTIVE
**Text** Amen.
**Media Content** 2438015408996237664
**Id**
**Media Owner** Robert Luna (1496711197)

**Id** 18117366280160779
**Date Created** 2020-11-19 18:47:04 UTC
**Status** ACTIVE
**Text** Great tip. It works.
**Media Content** 2446017735084561761
**Id**
**Media Owner** Outdoors Survival (30900999863)

**Id** 17863427219132882
**Date Created** 2020-10-14 14:12:41 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2417658172430190032
**Id**
**Media Owner** Satria Antoni (9038860944)

**Id** 17848947929406278
**Date Created** 2020-11-14 16:40:39 UTC
**Status** ACTIVE
**Text** The Navy Walruses. Lol. Get in shape.
**Media Content** 2441989398613854942
**Id**
**Media Owner** Mitch (26014133583)

**Id** 17964221347347759
**Date Created** 2020-10-17 18:59:56 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content** 2422029550619062809
**Id**
**Media Owner** Traditional Arms (39399270490)

**Id**

18104918095168237
**Date Created** 2020-10-16 00:19:01 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content** 2420823548531974342
**Id**
**Media Owner** Training Headquarters (22969765943)


**Id** 17844393074424195
**Date Created** 2020-10-13 18:15:33 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2418618272120605504
**Id**
**Media Owner** Americanmusclehd™ (303720576)


**Id** 17869212161057831
**Date Created** 2020-10-13 21:23:54 UTC
**Status** ACTIVE
**Text** This is awesome.
**Media Content** 2419308055748691443
**Id**
**Media Owner** Mrgunsngear (1501939693)


**Id** 17869166480045785
**Date Created** 2020-10-15 04:20:23 UTC
**Status** ACTIVE
**Text** I bet they still eat camel toe. Lol.
**Media Content** 2420211488387435569
**Id**
**Media Owner** Jason Boothe (3271651251)


**Id** 17864216507093936
**Date Created** 2020-10-13 17:55:48 UTC
**Status** ACTIVE
**Text** I would have thrown a rock at it. Good thing I carry. Lol.
**Media Content** 2419195716592702962
**Id**
**Media Owner** Mrgunsngear (1501939693)


**Id** 18121440517181391
**Date Created** 2020-10-28 17:25:57 UTC
**Status** ACTIVE
**Text** Get ready while you can, check this out.
**Media Content** 2429967068899439028
**Id**
**Media Owner** Mrgunsngear (25348591463)


**Id** 17882837848784466
**Date Created** 2020-10-15 22:32:23 UTC
**Status** ACTIVE
**Text** Yup. Check this out. Be ready.
**Media Content** 2420778153319832221
**Id**
**Media Owner** Red Jive (10855971112)


**Id** 18047587471300841

**Date Created**
                2020-10-31 16:23:56 UTC
      **Status** ACTIVE
        **Text** Perfect balance.
**Media Content** 2432178192738804574
        **Id**
**Media Owner** Half Century Concealment (13733237409)

        **Id** 18107559109175075
**Date Created** 2020-10-29 11:01:00 UTC
      **Status** ACTIVE
        **Text** Get ready. It can get worse from here. Check it out.
**Media Content** 2430559890189498251
        **Id**
**Media Owner** American Prepper (2275487006)

        **Id** 18171863512008368
**Date Created** 2020-11-14 02:23:24 UTC
      **Status** ACTIVE
        **Text** Awesomely perfect.
**Media Content** 2441694061839792472
        **Id**
**Media Owner** Charles (12383882953)

        **Id** 18110434987194733
**Date Created** 2020-10-22 15:23:29 UTC
      **Status** ACTIVE
        **Text** Nice. I like it.
**Media Content** 2425643476325420713
        **Id**
**Media Owner** Ron Toney (373667198)

        **Id** 17843816531477936
**Date Created** 2020-11-10 20:18:16 UTC
      **Status** ACTIVE
        **Text** Good job dad.
**Media Content** 2439506772216942311
        **Id**
**Media Owner** TD Merrill (2015453862)

        **Id** 17889109330742776
**Date Created** 2020-11-01 18:05:27 UTC
      **Status** ACTIVE
        **Text** Probably. Lol. Check it out.
**Media Content** 2432956140800993439
        **Id**
**Media Owner** American Prepper (2275487006)

        **Id** 18129459994140132
**Date Created** 2020-10-25 23:55:09 UTC
      **Status** ACTIVE
        **Text** Always.
**Media Content** 2428010416830937789
        **Id**
**Media Owner** Keith Bragg (3732008601)

        **Id** 17893909423659471
**Date Created** 2020-10-24 02:01:17 UTC

**Status**
ACTIVE
**Text** I like it. Look at this.
**Media Content
Id** 2426679064579754029
**Media Owner** Mrgunsngear (1501939693)

**Id** 17871169135991497
**Date Created** 2020-10-26 00:47:37 UTC
**Status** ACTIVE
**Text** Nice belt set up.
**Media Content
Id** 2427809579638485651
**Media Owner** Matt (40816108281)

**Id** 17971130077334279
**Date Created** 2020-10-26 05:17:03 UTC
**Status** ACTIVE
**Text** Nice, check it out.
**Media Content
Id** 2428238750604463010
**Media Owner** Patriot Defense Gear (1919900874)

**Id** 17866155011117324
**Date Created** 2020-10-27 16:27:48 UTC
**Status** ACTIVE
**Text** Get ready. Check this out.
**Media Content
Id** 2429183949787292499
**Media Owner** Charles (12383882953)

**Id** 17846918948405206
**Date Created** 2020-10-28 03:44:56 UTC
**Status** ACTIVE
**Text** Get it, you might need it.
**Media Content
Id** 2429551072517799707
**Media Owner** Red Arrow Weapons (15729583765)

**Id** 18124161160090202
**Date Created** 2020-10-28 03:45:05 UTC
**Status** ACTIVE
**Text** Amen!
**Media Content
Id** 2429551072517799707
**Media Owner** Red Arrow Weapons (15729583765)

**Id** 17900642725590263
**Date Created** 2020-10-21 02:32:03 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content
Id** 2420961875409004472
**Media Owner** Guns / Country / Videos (4556510999)

**Id** 17900763649575388
**Date Created** 2020-10-21 03:54:35 UTC
**Status** ACTIVE

Instagram Business Record                                    Page 170

**Text**             This is a sex doll. Lol.
**Media Content**    2424552315630853755
**Id**
**Media Owner**      Babes For Trump (5324702466)

**Id**               17879946400887107
**Date Created**     2020-10-21 06:53:00 UTC
**Status**           ACTIVE
**Text**             Nice, check this out.
**Media Content**    2423449345220340026
**Id**
**Media Owner**      John McKenzie (543485560)

**Id**               17871691828982665
**Date Created**     2020-10-21 19:42:59 UTC
**Status**           ACTIVE
**Text**             Nice, check this out.
**Media Content**    2424999274306505883
**Id**
**Media Owner**      John McKenzie (543485560)

**Id**               17890637800695601
**Date Created**     2020-10-21 19:46:41 UTC
**Status**           ACTIVE
**Text**             Yup, check this out. Get one and save it. #autokeycard
**Media Content**    2425043406077442297
**Id**
**Media Owner**      Abel Company Arms (32508109362)

**Id**               17860366064169628
**Date Created**     2020-10-21 15:12:55 UTC
**Status**           ACTIVE
**Text**             Way to go.
**Media Content**    2424868585146272763
**Id**
**Media Owner**      Mrgunsngear (1501939693)

**Id**               17894061391658574
**Date Created**     2020-10-24 20:15:44 UTC
**Status**           ACTIVE
**Text**             Amen.
**Media Content**    2427181820725922815
**Id**
**Media Owner**      Kris Rudo (3963219468)

**Id**               17845410191416596
**Date Created**     2020-10-25 05:13:53 UTC
**Status**           ACTIVE
**Text**             I knew it. Lol.
**Media Content**    2427500474390775002
**Id**
**Media Owner**      mbgunsports (39009853669)

**Id**               18089750527204531
**Date Created**     2020-10-21 19:43:15 UTC
**Status**           ACTIVE
**Text**             Nice, check this out.

**Media Content**
          **Id** 2425037394322879136
**Media Owner** Mrgunsngear (1501939693)

          **Id** 17884890769809176
**Date Created** 2020-10-21 19:52:35 UTC
      **Status** ACTIVE
        **Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2424894456845410539
          **Id**
**Media Owner** Red Arrow Weapons (15729583765)

          **Id** 17874326710968727
**Date Created** 2020-10-21 20:07:27 UTC
      **Status** ACTIVE
        **Text** Nice, check this out. #autokeycard
**Media Content** 2425065804986174008
          **Id**
**Media Owner** (4647705419)

          **Id** 17850321536335094
**Date Created** 2020-10-21 22:20:53 UTC
      **Status** ACTIVE
        **Text** Nice, check this out. #autokeycard
**Media Content** 2425124138400916810
          **Id**
**Media Owner** SB Tactical (1785258150)

          **Id** 17869785863010735
**Date Created** 2020-10-22 03:52:45 UTC
      **Status** ACTIVE
        **Text** Nice, check this out.
**Media Content** 2425277414317138771
          **Id**
**Media Owner** Abel Company Arms (32508109362)

          **Id** 17864322632138899
**Date Created** 2020-10-23 17:36:25 UTC
      **Status** ACTIVE
        **Text** Yup. I got one of these too. Just in case.
**Media Content** 2426436621283228356
          **Id**
**Media Owner** Christian Bliss (6096116890)

          **Id** 17847485987395101
**Date Created** 2020-10-24 20:16:57 UTC
      **Status** ACTIVE
        **Text** Matches your shirt.
**Media Content** 2427168543505471507
          **Id**
**Media Owner** (2189137850)

          **Id** 17960715901359071
**Date Created** 2020-10-21 19:49:59 UTC
      **Status** ACTIVE
        **Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2425012479225758817
          **Id**

**Media Owner**
Caleb Savant (24591192197)

**Id** 18128532877191975
**Date Created** 2020-10-25 02:41:13 UTC
**Status** ACTIVE
**Text** Perfect.
**Media Content** 2427404683104325631
**Id**
**Media Owner** American Prepper (2275487006)

**Id** 17920941511463380
**Date Created** 2020-10-21 17:38:35 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 1771801377408946472
**Id**
**Media Owner** SHTF Prepping Central (1045342050)

**Id** 17853650660327404
**Date Created** 2020-10-23 17:35:12 UTC
**Status** ACTIVE
**Text** Yes, I like it. I got one of these too. Just in case.
**Media Content** 2426409061058025811
**Id**
**Media Owner** Tyler Wamre (10441237)

**Id** 17864654969127276
**Date Created** 2020-10-23 07:15:09 UTC
**Status** ACTIVE
**Text** Yup. I did too.
**Media Content** 2425917940455922946
**Id**
**Media Owner** Gustav Merkel (2093086070)

**Id** 17896959433614556
**Date Created** 2020-10-24 20:51:57 UTC
**Status** ACTIVE
**Text** Awesome.
**Media Content** 2427216701690308420
**Id**
**Media Owner** P E W C I T Y (2263144486)

**Id** 17844068450443516
**Date Created** 2020-10-25 19:48:02 UTC
**Status** ACTIVE
**Text** Great educational video. Hope it stays up.
**Media Content** 2427893916706801652
**Id**
**Media Owner** Mrgunsngear (1501939693)

**Id** 17898967015608274
**Date Created** 2020-10-25 21:02:52 UTC
**Status** ACTIVE
**Text** Yup. Every time. Check this out, just in case.
**Media Content** 2427731729495906583
**Id**
**Media Owner** American Prepper (2275487006)

**Id**
17872206655984555
**Date Created** 2020-10-26 04:33:44 UTC
**Status** ACTIVE
**Text** Classic. Me too.
**Media Content** 2428109681357743210
**Id**
**Media Owner** Simply Patriotic Actual (3113789645)

**Id** 17871616970016961
**Date Created** 2020-10-21 16:34:42 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424943584990118353
**Id**
**Media Owner** Guns - Pew Pew Daily™ - Gun (969449005)

**Id** 17875418533949984
**Date Created** 2020-10-26 04:27:36 UTC
**Status** ACTIVE
**Text** That's a motley crew!
**Media Content** 2428006570485205965
**Id**
**Media Owner** Law Tactical (598291738)

**Id** 17867226188102697
**Date Created** 2020-10-23 17:38:23 UTC
**Status** ACTIVE
**Text** Yes, I like them. I got one of these too. Just in case.
**Media Content** 2426417811105897580
**Id**
**Media Owner** project_gun (5379614721)

**Id** 17938546735406802
**Date Created** 2020-10-21 19:49:18 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2425036523518182589
**Id**
**Media Owner** Guns Page Official 🔫🔫🔫🔫🔫 (7689802052)

**Id** 17866887221105768
**Date Created** 2020-10-24 20:14:52 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2427169176090354350
**Id**
**Media Owner** AR15 Parts Warehouse (2328265456)

**Id** 17971138618326708
**Date Created** 2020-10-21 19:50:13 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2425020183272584675
**Id**
**Media Owner** Black Rambo (330139828)

**Id** 17895138115647766

**Date Created**

2020-10-26 01:50:31 UTC
**Status** ACTIVE
**Text** The green is killer.
**Media Content** 2428139070544939921
**Id**
**Media Owner** i shoot guns (1980470001)

**Id** 17903036572571337
**Date Created** 2020-10-24 02:00:50 UTC
**Status** ACTIVE
**Text** I like it. Look at this.
**Media Content** 2426680154251463463
**Id**
**Media Owner** Mrgunsngear (25348591463)

**Id** 17856888728291672
**Date Created** 2020-10-25 04:37:07 UTC
**Status** ACTIVE
**Text** Awesome gun show.
**Media Content** 2427481200531906573
**Id**
**Media Owner** Paul Tran 🇻🇳🇻🇳🇻🇳🇻🇳 (3605246540)

**Id** 17849980178361335
**Date Created** 2020-10-26 00:50:22 UTC
**Status** ACTIVE
**Text** Check out them puppies. Lol.
**Media Content** 2427897245423563368
**Id**
**Media Owner** SVAT 🔫Sun Valley Tactical🔫 (3304811512)

**Id** 17891891794683293
**Date Created** 2020-10-23 17:31:09 UTC
**Status** ACTIVE
**Text** Nice. I got one of these. Just in case.
**Media Content** 2426389665857043294
**Id**
**Media Owner** i shoot guns (1980470001)

**Id** 17871241922001902
**Date Created** 2020-10-26 14:45:18 UTC
**Status** ACTIVE
**Text** Where do I go to buy?
**Media Content** 2428527894782622474
**Id**
**Media Owner** Glen Clark (44230808753)

**Id** 17883429046839447
**Date Created** 2020-10-24 20:26:26 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2427248124199641866
**Id**
**Media Owner** Custom Kydex Holsters (3029100864)

**Id** 17847403022396839
**Date Created** 2020-10-24 20:19:56 UTC

Instagram Business Record                    Page 175

|                   |                                                                                          |
|------------------:|------------------------------------------------------------------------------------------|
| **Status**        |                                                                                          |
|                   | ACTIVE                                                                                   |
| **Text**          | I like it.                                                                               |
| **Media Content Id** | 2427165199881867597                                                                   |
| **Media Owner**   | FULL AUTO 🇺🇸 (8351831541)                                                                 |
|                   |                                                                                          |
| **Id**            | 17847664805389140                                                                        |
| **Date Created**  | 2020-10-26 04:43:32 UTC                                                                  |
| **Status**        | ACTIVE                                                                                   |
| **Text**          | Reminds me of the book farenheit 451. One day these robot dogs will hunt us. Commanded by the authorities....... |
| **Media Content Id** | 2428096096074176849                                                                   |
| **Media Owner**   | Simply Patriotic Actual (3113789645)                                                     |
|                   |                                                                                          |
| **Id**            | 17870709365035584                                                                        |
| **Date Created**  | 2020-10-26 05:14:50 UTC                                                                  |
| **Status**        | ACTIVE                                                                                   |
| **Text**          | @simply.patriotic.actual Me too.                                                         |
| **Media Content Id** | 2428096096074176849                                                                   |
| **Media Owner**   | Simply Patriotic Actual (3113789645)                                                     |
|                   |                                                                                          |
| **Id**            | 17887440151744449                                                                        |
| **Date Created**  | 2020-10-22 03:54:00 UTC                                                                  |
| **Status**        | ACTIVE                                                                                   |
| **Text**          | I like it. Check this out.                                                               |
| **Media Content Id** | 2425230771584183832                                                                   |
| **Media Owner**   | FuckYeahGuns ™ (1426913836)                                                              |
|                   |                                                                                          |
| **Id**            | 17898986113606901                                                                        |
| **Date Created**  | 2020-10-26 08:02:09 UTC                                                                  |
| **Status**        | ACTIVE                                                                                   |
| **Text**          | Neat idea.                                                                               |
| **Media Content Id** | 2423681716744101925                                                                   |
| **Media Owner**   | Survival Dispatch (4259068327)                                                           |
|                   |                                                                                          |
| **Id**            | 18075998284235219                                                                        |
| **Date Created**  | 2020-10-25 23:53:53 UTC                                                                  |
| **Status**        | ACTIVE                                                                                   |
| **Text**          | Yes sir.                                                                                 |
| **Media Content Id** | 2428070934606031422                                                                   |
| **Media Owner**   | (25787990759)                                                                            |
|                   |                                                                                          |
| **Id**            | 17851427507338055                                                                        |
| **Date Created**  | 2020-10-23 05:20:53 UTC                                                                  |
| **Status**        | ACTIVE                                                                                   |
| **Text**          | Neat, check this out.                                                                    |
| **Media Content Id** | 2425993944816285863                                                                   |
| **Media Owner**   | Guns | Firearms | Videos | 18+ (2126593424)                                             |
|                   |                                                                                          |
| **Id**            | 17881373803827823                                                                        |
| **Date Created**  | 2020-10-25 23:54:13 UTC                                                                  |

**Status**
ACTIVE
**Text** Awesome. I love this picture.
**Media Content Id** 2428022716895662037
**Media Owner** Paul Tran 🇻🇳🇺🇸🇳🇱🇪 (3605246540)

**Id** 17886099799776423
**Date Created** 2020-10-24 20:51:21 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content Id** 2427043543028963664
**Media Owner** Christian Grest (4042605441)

**Id** 17891074849687473
**Date Created** 2020-10-26 00:45:13 UTC
**Status** ACTIVE
**Text** Dang. That is awesome.
**Media Content Id** 2428097634706047660
**Media Owner** PUERTO RICO 🇵🇷🇺🇸 (1101343529)

**Id** 17874323890984799
**Date Created** 2020-10-25 21:20:26 UTC
**Status** ACTIVE
**Text** I like the two tone. Where did you get the armbrace strap. I want to get one.
**Media Content Id** 2427809717226946088
**Media Owner** 🇺🇸🇺🇸🇺🇸 (298253835)

**Id** 17872824751979070
**Date Created** 2020-10-25 23:51:04 UTC
**Status** ACTIVE
**Text** @tacticaljoe Those wallets are cool. Thanks. I am going to get me one.
**Media Content Id** 2427809717226946088
**Media Owner** 🇺🇸🇺🇸🇺🇸 (298253835)

**Id** 17875177096958073
**Date Created** 2020-10-24 23:30:37 UTC
**Status** ACTIVE
**Text** Super nice.
**Media Content Id** 2427274077141173241
**Media Owner** Bravo Company USA (1146823711)

**Id** 17847386501394565
**Date Created** 2020-10-23 20:10:41 UTC
**Status** ACTIVE
**Text** Wow, I thought training was extreme.
**Media Content Id** 2426482464387456097
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17844391595462239
**Date Created** 2020-10-26 00:47:10 UTC
**Status** ACTIVE

**Text**
> I like it. Close to at range.
**Media Content Id** 2428018523078132666
**Media Owner** (4249680026)

**Id** 17870901575053072
**Date Created** 2020-10-24 23:26:06 UTC
**Status** ACTIVE
**Text** @milthpecmojo I am not. How do you suggest I change it? I value the feed back. I am an American Patriot with a small business.
**Media Content Id** 2426400569379243284
**Media Owner** atf pls (12063472527)

**Id** 18076003582226552
**Date Created** 2020-10-24 23:29:39 UTC
**Status** ACTIVE
**Text** @milthpecmojo Please check out our website too. Autokeycard.com
**Media Content Id** 2426400569379243284
**Media Owner** atf pls (12063472527)

**Id** 17880039241885856
**Date Created** 2020-10-23 17:37:18 UTC
**Status** ACTIVE
**Text** Yes, I like it. I got one of these too. Just in case.
**Media Content Id** 2426400569379243284
**Media Owner** atf pls (12063472527)

**Id** 17879702035848726
**Date Created** 2020-10-23 17:44:15 UTC
**Status** ACTIVE
**Text** @fullautodoggo I am not a fed. Just a patriot with a business and a good idea. A freedom bomb for the future. I understand your reaction and hold no bad vibes. I like your content too.
**Media Content Id** 2426400569379243284
**Media Owner** atf pls (12063472527)

**Id** 17860871594193222
**Date Created** 2020-10-24 23:31:33 UTC
**Status** ACTIVE
**Text** Neat.
**Media Content Id** 2427315730179827050
**Media Owner** CTRL+Pew (17816750360)

**Id** 17848295384362154
**Date Created** 2020-10-26 07:24:06 UTC
**Status** ACTIVE
**Text** They always try to ban the cool stuff.
**Media Content Id** 2427939827188452949
**Media Owner** Take2Shooting (8617407570)

**Id** 17870746703055613

**Date Created**

2020-10-26 08:01:51 UTC

**Status** ACTIVE

**Text** This is a must.

**Media Content** 2426677095261161058
**Id**

**Media Owner** Black Scout Survival (338177790)


**Id** 18076130359231576

**Date Created** 2020-10-25 23:56:56 UTC

**Status** ACTIVE

**Text** In flat land you have to cover the long tange.

**Media Content** 2428038609136749323
**Id**

**Media Owner** 🐊"Mayor of the Swamp"🐊 (1700054061)


**Id** 17863673249112682

**Date Created** 2020-10-26 01:52:59 UTC

**Status** ACTIVE

**Text** It's like retro meets new.

**Media Content** 2427762973253468516
**Id**

**Media Owner** SVAT 🏔Sun Valley Tactical🏔 (3304811512)


**Id** 18168454840027216

**Date Created** 2020-10-26 14:28:29 UTC

**Status** ACTIVE

**Text** I like the random grip.

**Media Content** 2428493751260580504
**Id**

**Media Owner** (36289442693)


**Id** 17857747907254663

**Date Created** 2020-10-24 07:07:55 UTC

**Status** ACTIVE

**Text** Nice. Look at this.

**Media Content** 2426767586245863593
**Id**

**Media Owner** FuckYeahGuns ™ (1426913836)


**Id** 17892292096684216

**Date Created** 2020-10-27 03:04:46 UTC

**Status** ACTIVE

**Text** Yes. Thank God.

**Media Content** 2428876424901138889
**Id**

**Media Owner** American Prepper (2275487006)


**Id** 17853621713311867

**Date Created** 2020-10-27 20:34:55 UTC

**Status** ACTIVE

**Text** Good message.

**Media Content** 2429423422148075129
**Id**

**Media Owner** Armed Defender (6289940847)


**Id** 17862621863136445

**Date Created** 2020-10-25 02:39:30 UTC

**Status**
ACTIVE
**Text** Nice. I like it.
**Media Content Id** 2427388565527180789
**Media Owner** Law Tactical (598291738)

**Id** 17893554415664809
**Date Created** 2020-10-26 14:42:47 UTC
**Status** ACTIVE
**Text** Nice defense setup. Check it out.
**Media Content Id** 2428514349838900964
**Media Owner** FuckYeahGuns ™ (1426913836)

**Id** 18122958922179585
**Date Created** 2020-10-26 04:37:46 UTC
**Status** ACTIVE
**Text** I don't know. They are popping up in my yard too.
**Media Content Id** 2427949231555631968
**Media Owner** American Prepper (2275487006)

**Id** 17901511444591202
**Date Created** 2020-10-26 00:51:14 UTC
**Status** ACTIVE
**Text** WW2 guys did this all day long
**Media Content Id** 2428006750587698752
**Media Owner** Guns / Country / Videos (4556510999)

**Id** 18120815017151779
**Date Created** 2020-10-27 18:07:41 UTC
**Status** ACTIVE
**Text** Looking forward to it.
**Media Content Id** 2429352845450269019
**Media Owner** Mrgunsngear (1501939693)

**Id** 17875239082898430
**Date Created** 2020-10-27 03:04:16 UTC
**Status** ACTIVE
**Text** Nice trigger and dog bones. She's ready.
**Media Content Id** 2428893334851568902
**Media Owner** KCI USA INC (6028028034)

**Id** 17931609250432736
**Date Created** 2020-10-27 04:00:23 UTC
**Status** ACTIVE
**Text** I like it a lot. Check this out.
**Media Content Id** 2428789493380493848
**Media Owner** Matthew (26375423)

**Id** 17857012337291125
**Date Created** 2020-10-27 20:04:42 UTC
**Status** ACTIVE

**Text**
Yup. Everytime. Dang.
**Media Content Id** 2429410471258925923
**Media Owner** Lain (6089165363)

**Id** 17946099121387790
**Date Created** 2020-10-27 20:03:36 UTC
**Status** ACTIVE
**Text** Neat.
**Media Content Id** 2428539743574650552
**Media Owner** GunZoneDeals (1995728900)

**Id** 17862491585140673
**Date Created** 2020-10-26 07:58:06 UTC
**Status** ACTIVE
**Text** The stag is awesome. Nice.
**Media Content Id** 2427995886795082982
**Media Owner** Outdoors Survival (30900999863)

**Id** 17883325567798915
**Date Created** 2020-10-24 23:32:21 UTC
**Status** ACTIVE
**Text** Dang.
**Media Content Id** 2427281707066853736
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17906072926555064
**Date Created** 2020-10-26 04:33:16 UTC
**Status** ACTIVE
**Text** Nice, the short and the long.
**Media Content Id** 2427837618483200412
**Media Owner** Hogan Haeber (277288988)

**Id** 17853662093310089
**Date Created** 2020-10-27 19:41:21 UTC
**Status** ACTIVE
**Text** #autokeycard New cards live.
**Media Content Id** 2428116224650155967
**Media Owner** GunZoneDeals (1995728900)

**Id** 17941691842399596
**Date Created** 2020-10-27 01:21:14 UTC
**Status** ACTIVE
**Text** Its coming, get ready.
**Media Content Id** 2428758645759498014
**Media Owner** ▢▢@jnorman4411 (40982817544)

**Id** 17907619621542889
**Date Created** 2020-10-26 05:16:04 UTC
**Status** ACTIVE
**Text** Nice setup and pattern. Check it out.

**Media Content**

| | |
|---|---|
| **Id** | 2428231392822708519 |
| **Media Owner** | Ben - AR15NEWS (245314956) |

| | |
|---|---|
| **Id** | 17857383317303105 |
| **Date Created** | 2020-10-28 05:09:15 UTC |
| **Status** | ACTIVE |
| **Text** | I couldn't agree more. |
| **Media Content Id** | 2429571904684902029 |
| **Media Owner** | Simply Patriotic Actual (3113789645) |

| | |
|---|---|
| **Id** | 17959789063360317 |
| **Date Created** | 2020-10-27 18:08:10 UTC |
| **Status** | ACTIVE |
| **Text** | #autokeycard |
| **Media Content Id** | 2429320892579736427 |
| **Media Owner** | (7011864211) |

| | |
|---|---|
| **Id** | 17882688310815806 |
| **Date Created** | 2020-10-27 20:35:20 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check it out. |
| **Media Content Id** | 2429429690996334206 |
| **Media Owner** | Smith & Wesson Inc. (818867689) |

| | |
|---|---|
| **Id** | 17885135803823029 |
| **Date Created** | 2020-10-28 04:33:50 UTC |
| **Status** | ACTIVE |
| **Text** | Yes. |
| **Media Content Id** | 2429536982137944877 |
| **Media Owner** | Lain (6089165363) |

| | |
|---|---|
| **Id** | 17972020582331863 |
| **Date Created** | 2020-10-27 16:23:45 UTC |
| **Status** | ACTIVE |
| **Text** | Nice. Check this out. |
| **Media Content Id** | 2429230871742398551 |
| **Media Owner** | SB Tactical (1785258150) |

| | |
|---|---|
| **Id** | 17891727028708842 |
| **Date Created** | 2020-10-28 05:06:50 UTC |
| **Status** | ACTIVE |
| **Text** | Modern day spartan. |
| **Media Content Id** | 2429650619894996773 |
| **Media Owner** | Robert Luna (1496711197) |

| | |
|---|---|
| **Id** | 17859634895234795 |
| **Date Created** | 2020-10-26 14:30:58 UTC |
| **Status** | ACTIVE |
| **Text** | Yup. Always getting better. |
| **Media Content Id** | 2428327640002581352 |

**Media Owner**
Kasey (5818128020)

**Id** 17857694204286624
**Date Created** 2020-10-28 04:36:05 UTC
**Status** ACTIVE
**Text** Awesome.
**Media Content** 2429509724339499320
**Id**
**Media Owner** PUERTO RICO 🇵🇷 (1101343529)

**Id** 17867581625095136
**Date Created** 2020-10-27 18:06:50 UTC
**Status** ACTIVE
**Text** I can't wait to see the episode. Thank you.
**Media Content** 2429352818162114880
**Id**
**Media Owner** Mrgunsngear (25348591463)

**Id** 17916902002485236
**Date Created** 2020-10-27 03:00:36 UTC
**Status** ACTIVE
**Text** Nice set up. Check it out. Night vision.
**Media Content** 2428847143116077254
**Id**
**Media Owner** TXGunArsenal (41114257)

**Id** 17898622228613843
**Date Created** 2020-10-26 14:51:06 UTC
**Status** ACTIVE
**Text** The perfect trio. Check it out.
**Media Content** 2428531932654792668
**Id**
**Media Owner** i shoot guns (1980470001)

**Id** 17875484425956977
**Date Created** 2020-10-27 19:57:46 UTC
**Status** ACTIVE
**Text** I did my part. Early. I love guns too. Your in my hometown. @pewpewdaily
**Media Content** 2429406982748043516
**Id**
**Media Owner** Guns - Pew Pew Daily™ - Gun (969449005)

**Id** 17880295735890869
**Date Created** 2020-10-27 20:37:14 UTC
**Status** ACTIVE
**Text** I need one.
**Media Content** 2427935144592523831
**Id**
**Media Owner** GunZoneDeals (1995728900)

**Id** 18125633581133759
**Date Created** 2020-10-28 03:34:26 UTC
**Status** ACTIVE
**Text** Awesome. Keep up the good work. Eff the haters. #autokeycard
**Media Content** 2429580659726903165
**Id**
**Media Owner** CTRL+Pew (17816750360)

**Id**
18127602385138453
**Date Created** 2020-10-27 03:59:16 UTC
**Status** ACTIVE
**Text** Perfect set up for survival.
**Media Content** 2426546171385524803
**Id**
**Media Owner** Outdoors Survival (30900999863)

**Id** 17900760385605837
**Date Created** 2020-10-27 20:11:21 UTC
**Status** ACTIVE
**Text** I thought I was 100% tactically aware, then I sat on my nuts. Lol.
**Media Content** 2429415037137785364
**Id**
**Media Owner** Leviathan Group (4351216733)

**Id** 17868046871092782
**Date Created** 2020-10-27 20:12:32 UTC
**Status** ACTIVE
**Text** I sat on my magazine, pull it out, pull it out! Lol. Where is his mag?
**Media Content** 2429415037137785364
**Id**
**Media Owner** Leviathan Group (4351216733)

**Id** 17907457882538892
**Date Created** 2020-10-28 03:30:48 UTC
**Status** ACTIVE
**Text** Perfect. I keep mine in a tennis racket bag. A Wilson one.
**Media Content** 2429629803388067807
**Id**
**Media Owner** (38339597133)

**Id** 17882581948821129
**Date Created** 2020-10-27 03:58:05 UTC
**Status** ACTIVE
**Text** My favorite YouTube channel. Thank you.
**Media Content** 2427044716637165332
**Id**
**Media Owner** Sootch00 (1617774255)

**Id** 17859839795222274
**Date Created** 2020-10-27 20:16:34 UTC
**Status** ACTIVE
**Text** He is ahead of the curve. Good job.
**Media Content** 2428196528180354998
**Id**
**Media Owner** DNM Tactical (44207229226)

**Id** 17872172558022512
**Date Created** 2020-10-28 05:13:17 UTC
**Status** ACTIVE
**Text** More med tips please. Everyone needs to know.
**Media Content** 2429691620827240272
**Id**
**Media Owner** Easy to use life-saving tools (15514993549)

**Id** 18040940785275053

**Date Created**
   2020-10-27 20:14:56 UTC
**Status** ACTIVE
**Text** Every time.
**Media Content** 2429419609456574387
**Id**
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17884721536825480
**Date Created** 2020-10-28 03:29:14 UTC
**Status** ACTIVE
**Text** Awesome. That's it.
**Media Content** 2364681003498655550
**Id**
**Media Owner** Scott Ordoñez (370444021)

**Id** 17863098782164576
**Date Created** 2020-10-27 18:08:42 UTC
**Status** ACTIVE
**Text** Awesome. Get ready. #autokeycard
**Media Content** 2429338380377381860
**Id**
**Media Owner** Black Rambo (330139828)

**Id** 17912769514502889
**Date Created** 2020-10-27 20:15:38 UTC
**Status** ACTIVE
**Text** Awesome. Nice video.
**Media Content** 2429418389467820542
**Id**
**Media Owner** Guns | Firearms | Videos | 18+ (2126593424)

**Id** 17878756594936126
**Date Created** 2020-12-05 00:18:36 UTC
**Status** ACTIVE
**Text** Awesome. Best thing I read all day.
**Media Content** 2457031132314038525
**Id**
**Media Owner** Paul Tran 🇺🇸🇺🇸🇺🇸🇺🇸 (3605246540)

**Id** 17886682165756921
**Date Created** 2020-10-21 01:53:25 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2424446912814805242
**Id**
**Media Owner** Swampfox Optics (7438517538)

**Id** 17923144750456516
**Date Created** 2020-10-18 23:40:57 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2422654978102832762
**Id**
**Media Owner** History of guns (3531696820)

**Id** 17852258315333131
**Date Created** 2020-10-18 04:58:34 UTC

Instagram Business Record                                    Page 185

**Status**
ACTIVE
**Text** Wow. Check this out.
**Media Content Id** 2422345469078212715
**Media Owner** 2A Gun Show (32908218347)

**Id** 17905071295557934
**Date Created** 2020-10-16 04:17:47 UTC
**Status** ACTIVE
**Text** Nice braces. Check this out.
**Media Content Id** 2420721276955361991
**Media Owner** Shoot 512 (19332755417)

**Id** 17846318264412029
**Date Created** 2020-10-21 02:34:47 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2424343850645870325
**Media Owner** Shoot 512 (19332755417)

**Id** 18091133455207486
**Date Created** 2020-11-08 07:56:35 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2437356486035762395
**Media Owner** Distant_Target (11111384556)

**Id** 17893103692657092
**Date Created** 2020-10-29 15:50:17 UTC
**Status** ACTIVE
**Text** 100%.
**Media Content Id** 2429978303880151424
**Media Owner** Witt Machine (1428771711)

**Id** 18059166376247176
**Date Created** 2020-10-31 06:00:02 UTC
**Status** ACTIVE
**Text** Nice and ready for anything.
**Media Content Id** 2431829578128716603
**Media Owner** TYPE-A Rifle Company (261127734)

**Id** 17886848755743943
**Date Created** 2020-10-18 23:36:27 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2422847586531988731
**Media Owner** TYPE-A Rifle Company (261127734)

**Id** 17863886936183438
**Date Created** 2020-11-10 02:06:33 UTC
**Status** ACTIVE

**Text**

Nice, check this out.

**Media Content Id** 2438976392258898269

**Media Owner** Jedi Master (363112003)

**Id** 18167381614037300
**Date Created** 2020-10-21 02:30:17 UTC
**Status** ACTIVE
**Text** Yup, eff them. Check this out.
**Media Content Id** 2424412551491386163

**Media Owner** Jedi Master (363112003)

**Id** 17846816879401138
**Date Created** 2020-10-19 19:17:51 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2423211376402382883

**Media Owner** Arm&Gun (3608610308)

**Id** 17920980577465024
**Date Created** 2020-10-21 02:34:23 UTC
**Status** ACTIVE
**Text** Nice. Check this out.
**Media Content Id** 2424513209469224061

**Media Owner** Derek MF Love (1414140231)

**Id** 18109964086197663
**Date Created** 2020-10-20 15:40:08 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2424173699594269030

**Media Owner** The Gunster (599676843)

**Id** 17879699254879796
**Date Created** 2020-10-21 02:26:25 UTC
**Status** ACTIVE
**Text** Nice setup, check this out.
**Media Content Id** 2424454092197017938

**Media Owner** BOSS StrongBox (5686956186)

**Id** 17868289715070754
**Date Created** 2020-10-17 14:52:19 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2421988270379185172

**Media Owner** Whiskey Savage (3859206036)

**Id** 17848726292374205
**Date Created** 2020-10-20 18:34:33 UTC
**Status** ACTIVE
**Text** Nice, check this out.

**Media Content**
**Id** 2424230085106872926
**Media Owner** Whiskey Savage (3859206036)

**Id** 17902699363575520
**Date Created** 2020-10-20 18:42:45 UTC
**Status** ACTIVE
**Text** Check this out. Get one and save it.
**Media Content** 2424220026805835413
**Id**
**Media Owner** CAA MCK Micro Conversion Kit (30845865433)

**Id** 18137476009115372
**Date Created** 2020-11-02 02:01:16 UTC
**Status** ACTIVE
**Text** Wow. Beautiful and deadly.
**Media Content** 2433140927895025962
**Id**
**Media Owner** Ele Bianchi (3188852360)

**Id** 17847847196347994
**Date Created** 2020-10-20 18:35:45 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2424235299751445235
**Id**
**Media Owner** Ele Bianchi (3188852360)

**Id** 17905825273551090
**Date Created** 2020-10-18 03:06:24 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content** 2422300578917884477
**Id**
**Media Owner** Juggernaut Tactical (1131841710)

**Id** 17846143328419360
**Date Created** 2020-10-19 20:22:53 UTC
**Status** ACTIVE
**Text** Nice. I like it.
**Media Content** 2423588311681222685
**Id**
**Media Owner** (2372524881)

**Id** 17936288986417410
**Date Created** 2020-10-20 16:15:25 UTC
**Status** ACTIVE
**Text** Check this out. Get one and save it. Tell your friends too.
**Media Content** 2423728462639919994
**Id**
**Media Owner** DFG DEFENSE LLC (2009056961)

**Id** 17869335164064394
**Date Created** 2020-10-21 02:36:47 UTC
**Status** ACTIVE
**Text** Nice. Check this out.
**Media Content** 2424361211591405090
**Id**

**Media Owner**

Paul Shaffer/Halfbreed Designs (304653506)

**Id** 17864090243142478
**Date Created** 2020-10-19 19:18:42 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2423093332369889359
**Media Owner** SLR Rifleworks (681346646)

**Id** 18123501538083183
**Date Created** 2020-10-20 02:14:18 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2423075640655051469
**Media Owner** Oz (5593521976)

**Id** 17896890403623176
**Date Created** 2020-10-21 02:28:53 UTC
**Status** ACTIVE
**Text** Mine too. Check this out.
**Media Content Id** 2424127530338282995
**Media Owner** CrossMachineTool (1470891347)

**Id** 17864456474152323
**Date Created** 2020-10-31 05:57:03 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content Id** 2431723835027178469
**Media Owner** MissGrendel (22505945495)

**Id** 17900762230596097
**Date Created** 2020-10-21 17:40:19 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2424934757891857792
**Media Owner** Custom AR15 Rifles (2026764413)

**Id** 18033874411281100
**Date Created** 2020-10-20 02:13:57 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2423249650061798895
**Media Owner** Sofilein (3047448024)

**Id** 17844298109434540
**Date Created** 2020-10-20 15:35:56 UTC
**Status** ACTIVE
**Text** Awesome, check this out.
**Media Content Id** 2424189560747762212
**Media Owner** DFNDR ARMOR (2290979143)

**Id**  
18048802213268627  
**Date Created** 2020-10-19 20:29:50 UTC  
**Status** ACTIVE  
**Text** Awesome, check this out.  
**Media Content** 2423420129998378565  
**Id**  
**Media Owner** DFNDR ARMOR (2290979143)

**Id** 17849480801358569  
**Date Created** 2020-10-20 18:36:01 UTC  
**Status** ACTIVE  
**Text** Check this out.  
**Media Content** 2424224987157391535  
**Id**  
**Media Owner** Scottsdale Tactical L.L.C (4263232000)

**Id** 18049321363268222  
**Date Created** 2020-10-20 15:43:34 UTC  
**Status** ACTIVE  
**Text** Awesome, check this out.  
**Media Content** 2424175755582089833  
**Id**  
**Media Owner** PWS - Primary Weapons Systems (358182404)

**Id** 18164937133067075  
**Date Created** 2020-10-19 20:23:30 UTC  
**Status** ACTIVE  
**Text** Awesome.  
**Media Content** 2423448830085570828  
**Id**  
**Media Owner** PWS - Primary Weapons Systems (358182404)

**Id** 18166543069021045  
**Date Created** 2020-10-19 20:24:54 UTC  
**Status** ACTIVE  
**Text** Awesome.  
**Media Content** 2423469770979746939  
**Id**  
**Media Owner** Fortis Manufacturing, Inc (289184522)

**Id** 17941660609391317  
**Date Created** 2020-10-18 23:42:26 UTC  
**Status** ACTIVE  
**Text** Nice, check this out.  
**Media Content** 2422861845653897234  
**Id**  
**Media Owner** Matt 🔫🔫🔫🔫🔫 (663996041)

**Id** 17874201322957652  
**Date Created** 2020-10-31 16:26:44 UTC  
**Status** ACTIVE  
**Text** Me too. Check this out.  
**Media Content** 2374145101515328877  
**Id**  
**Media Owner** Shield Republic (3152725817)

**Id** 18088035235206935

**Date Created**
2020-10-20 01:39:09 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2423672711841970296
**Media Owner** 3rd Gen Tactical (27277963979)

**Id** 17844944252417936
**Date Created** 2020-10-20 16:14:45 UTC
**Status** ACTIVE
**Text** Hilarious. Check this out.
**Media Content Id** 2424167437791765514
**Media Owner** Review The Pew (8126079977)

**Id** 18081040603217009
**Date Created** 2020-10-18 23:39:53 UTC
**Status** ACTIVE
**Text** Yup, check this out.
**Media Content Id** 2422733221306414467
**Media Owner** Colton Pickard (210098463)

**Id** 17902875847570908
**Date Created** 2020-10-19 18:33:28 UTC
**Status** ACTIVE
**Text** Yup. Look at this.
**Media Content Id** 2423500742323875320
**Media Owner** Tactical Pro Supply (369186122)

**Id** 17858308619231536
**Date Created** 2020-10-15 20:31:26 UTC
**Status** ACTIVE
**Text** Nice, check this out for your preps.
**Media Content Id** 2420619637275670572
**Media Owner** TNTE Sales Inc. (4172073434)

**Id** 18112559149162063
**Date Created** 2020-10-18 04:59:41 UTC
**Status** ACTIVE
**Text** Wow. Check this out.
**Media Content Id** 2422283506622442038
**Media Owner** Brian D. Hawkins (3206526023)

**Id** 17963993782346147
**Date Created** 2020-10-20 06:46:59 UTC
**Status** ACTIVE
**Text** Yup, check this out.
**Media Content Id** 2423845625142549667
**Media Owner** Jesus Guns and Trump (37864512710)

**Id** 17863134863159322
**Date Created** 2020-10-20 01:36:24 UTC

**Status**
ACTIVE
**Text** Check this out.
**Media Content Id** 2423540245722383160
**Media Owner** Spirtle Innovations (11156761307)

**Id** 17869948091031909
**Date Created** 2020-10-16 03:15:59 UTC
**Status** ACTIVE
**Text** More notches. Multiple heat zones. Brilliant on it's own.
**Media Content Id** 2420475820989970879
**Media Owner** Camping | Outdoors | Surviving (38981316030)

**Id** 17919843430465498
**Date Created** 2020-10-17 04:39:31 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2419888269917348674
**Media Owner** Marshal LIVE (4195091914)

**Id** 17865998000073030
**Date Created** 2020-10-18 05:00:02 UTC
**Status** ACTIVE
**Text** Yup. Check this out.
**Media Content Id** 2422157514058788465
**Media Owner** UDS (39029451206)

**Id** 17845021319419899
**Date Created** 2020-10-20 18:44:22 UTC
**Status** ACTIVE
**Text** Yup, check this out. Get one and save it.
**Media Content Id** 2423765260753668142
**Media Owner** Arsenal_616 (5921792730)

**Id** 17892385528678748
**Date Created** 2020-10-19 20:30:06 UTC
**Status** ACTIVE
**Text** Awesome, check this out.
**Media Content Id** 2422899246364485090
**Media Owner** Auto/Commmercial Photographer (192459031)

**Id** 17854963853316769
**Date Created** 2020-10-20 02:13:37 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2423601174463043124
**Media Owner** Super Dad & I like to Pew Pew🔫🔫 (337424309)

**Id** 17856966335286725
**Date Created** 2020-10-20 01:38:46 UTC
**Status** ACTIVE

**Text**
Check this out.
**Media Content** 2423525946635356470
**Id**
**Media Owner** Hold Up Displays (2998452289)

**Id** 17885166313790878
**Date Created** 2020-10-21 16:45:15 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424952882603526557
**Id**
**Media Owner** Centurion Arms (337166316)

**Id** 17939763382399213
**Date Created** 2020-10-16 04:19:01 UTC
**Status** ACTIVE
**Text** Nice twins. Look at this.
**Media Content** 2420809937663051399
**Id**
**Media Owner** Caliber Royale (5814844231)

**Id** 17899233439605199
**Date Created** 2020-10-17 04:35:25 UTC
**Status** ACTIVE
**Text** Nice, check this.
**Media Content** 2421512404461939465
**Id**
**Media Owner** Optimal Precision Guns (7038133558)

**Id** 17957320330363825
**Date Created** 2020-10-21 02:37:16 UTC
**Status** ACTIVE
**Text** Yup, check this out.
**Media Content** 2424233204677411150
**Id**
**Media Owner** Liberty or Death (25110332830)

**Id** 17855137286318232
**Date Created** 2020-10-21 17:38:05 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424915137799559807
**Id**
**Media Owner** Guns Gear & Ammo (5690595362)

**Id** 17859276257205241
**Date Created** 2020-10-19 00:31:38 UTC
**Status** ACTIVE
**Text** Yup. Check this out.
**Media Content** 2422768082482149393
**Id**
**Media Owner** Free Men Dont Ask Permission (13503260113)

**Id** 17865070874088514
**Date Created** 2020-10-21 05:43:17 UTC
**Status** ACTIVE
**Text** Nice, got one of these?

**Media Content**
**Id** 2424476883038395629
**Media Owner** Michelle (467647839)

**Id** 18046427713300268
**Date Created** 2020-10-21 03:53:01 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424552390526379250
**Id**
**Media Owner** Brenan Holloway (34867462242)

**Id** 18126653737190089
**Date Created** 2020-10-16 04:18:22 UTC
**Status** ACTIVE
**Text** Look at this.
**Media Content** 2420691966478503117
**Id**
**Media Owner** My Gun Catalog (9049453557)

**Id** 17909463121524093
**Date Created** 2020-10-20 15:38:05 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424090567507196736
**Id**
**Media Owner** AR15 RIFLE AND PISTOL BUILDS (34739934783)

**Id** 17975145826325289
**Date Created** 2020-10-21 05:44:25 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424475465816570153
**Id**
**Media Owner** AR15 RIFLE AND PISTOL BUILDS (34739934783)

**Id** 17845552538427167
**Date Created** 2020-10-20 01:37:50 UTC
**Status** ACTIVE
**Text** Check it out.
**Media Content** 2423698795245526585
**Id**
**Media Owner** NFA GALLERY! 🔫🔫🔫🔫 (8439041659)

**Id** 17913767791496577
**Date Created** 2020-10-19 03:06:03 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2422970157381246750
**Id**
**Media Owner** Isaias Bareno (4946090003)

**Id** 17874610879923264
**Date Created** 2020-10-19 05:20:39 UTC
**Status** ACTIVE
**Text** Yup. Check this out. Your welcome. A fellow patriot.
**Media Content** 2423034572832071756
**Id**

**Media Owner**
BIG-E/IO NATION (41019827)

**Id** 17880519904861551
**Date Created** 2020-10-16 00:19:25 UTC
**Status** ACTIVE
**Text** This, definitely.
**Media Content** 2420611854265771468
**Id**
**Media Owner** Cajsa Li (10161000179)

**Id** 18163714267037227
**Date Created** 2020-10-14 21:21:59 UTC
**Status** ACTIVE
**Text** Nice. Check this out.
**Media Content** 2420011718737175631
**Id**
**Media Owner** dalton davis (397199400)

**Id** 17965685092341566
**Date Created** 2020-10-14 17:46:04 UTC
**Status** ACTIVE
**Text** Check it out.
**Media Content** 2417786537109266880
**Id**
**Media Owner** dalton davis (397199400)

**Id** 17853344411293773
**Date Created** 2020-10-15 18:24:20 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2417617553810316461
**Id**
**Media Owner** dalton davis (397199400)

**Id** 17906534344549919
**Date Created** 2020-10-18 23:41:52 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2422899361849296150
**Id**
**Media Owner** Apocalypse | Post-apocalypse (6058801111)

**Id** 17908071628516337
**Date Created** 2020-10-16 00:21:48 UTC
**Status** ACTIVE
**Text** Did the same today.
**Media Content** 2420614789079691653
**Id**
**Media Owner** (4322375837)

**Id** 18055566598256102
**Date Created** 2020-10-28 17:21:09 UTC
**Status** ACTIVE
**Text** Yup. I love it. Die hard.
**Media Content** 2429949564156128877
**Id**
**Media Owner** 2A SUPPORTERS (32481217772)

| | |
|---|---|
| **Id** | 17843700467450075 |
| **Date Created** | 2020-10-16 04:17:05 UTC |
| **Status** | ACTIVE |
| **Text** | Nice. Check this out. It's neat too. |
| **Media Content** | 2420911336782801529 |
| **Id** | |
| **Media Owner** | 2A SUPPORTERS (32481217772) |

| | |
|---|---|
| **Id** | 17886729502752575 |
| **Date Created** | 2020-10-19 06:41:24 UTC |
| **Status** | ACTIVE |
| **Text** | Yup, get ready while you can. Check this out. |
| **Media Content** | 2422668321741625599 |
| **Id** | |
| **Media Owner** | TheEndOfTheWorldAsWeKnowIt (2901656990) |

| | |
|---|---|
| **Id** | 17962641772353376 |
| **Date Created** | 2020-10-16 00:18:44 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this prep. |
| **Media Content** | 2420592305032740546 |
| **Id** | |
| **Media Owner** | (12541473569) |

| | |
|---|---|
| **Id** | 17888596822715071 |
| **Date Created** | 2020-10-18 04:58:13 UTC |
| **Status** | ACTIVE |
| **Text** | Looks awesome. Check this out. |
| **Media Content** | 2422235229137054552 |
| **Id** | |
| **Media Owner** | Denise (5737550396) |

| | |
|---|---|
| **Id** | 18054129013248886 |
| **Date Created** | 2020-10-14 14:10:06 UTC |
| **Status** | ACTIVE |
| **Text** | Nice. Check this out. |
| **Media Content** | 2417992439081021804 |
| **Id** | |
| **Media Owner** | D Poe (208348247) |

| | |
|---|---|
| **Id** | 17901643405595889 |
| **Date Created** | 2020-10-29 15:10:55 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Check it out. |
| **Media Content** | 2430332603440843526 |
| **Id** | |
| **Media Owner** | "ET" Eddy Tactical (25725176) |

| | |
|---|---|
| **Id** | 17883310975778065 |
| **Date Created** | 2020-10-17 04:39:16 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Check this out. |
| **Media Content** | 2421228501914157817 |
| **Id** | |
| **Media Owner** | Dirt Cheap Firearms (30631699710) |

| | |
|---|---|
| **Id** | 17899375105603339 |

Instagram Business Record

**Date Created**

2020-10-15 20:34:33 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2420539232165982383

**Media Owner** S&i (1334667511)


**Id** 17877775762874876

**Date Created** 2020-10-15 18:43:55 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2420446649322383656

**Media Owner** Ira G (237269384)


**Id** 17872216334011242

**Date Created** 2020-10-28 07:19:56 UTC

**Status** ACTIVE

**Text** Thank God.

**Media Content Id** 2429510183362457927

**Media Owner** Politics & Memes (10009381724)


**Id** 17855705474317846

**Date Created** 2020-10-29 15:54:19 UTC

**Status** ACTIVE

**Text** Classic. Lol.

**Media Content Id** 2273566152717597351

**Media Owner** Race Kelly (1689530170)


**Id** 17856068237262750

**Date Created** 2020-10-13 18:14:40 UTC

**Status** ACTIVE

**Text** Check this out.

**Media Content Id** 2418041066384442081

**Media Owner** Spool Wellington The Third (38067649236)


**Id** 17890046755729503

**Date Created** 2020-10-20 15:37:40 UTC

**Status** ACTIVE

**Text** Awesome, check this out.

**Media Content Id** 2424182627177070474

**Media Owner** Arisaka (1522648002)


**Id** 17907567037543752

**Date Created** 2020-10-30 01:32:12 UTC

**Status** ACTIVE

**Text** Super nice.

**Media Content Id** 2430971905162090867

**Media Owner** Elevated Silence (3400367998)


**Id** 17860349855157533

**Date Created** 2020-10-17 04:34:10 UTC

**Status**
ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2421418416113305911
**Media Owner** (42913876842)

**Id** 18121528837146163
**Date Created** 2020-10-28 17:20:08 UTC
**Status** ACTIVE
**Text** Super nice two tone.
**Media Content Id** 2430027091897871426
**Media Owner** Magnum Armory (8121019499)

**Id** 18124125775133385
**Date Created** 2020-10-17 04:35:59 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content Id** 2421532777059781795
**Media Owner** Delta Team Tactical (6823625623)

**Id** 17938137205408976
**Date Created** 2020-10-19 03:06:30 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2422982229553554533
**Media Owner** Delta Team Tactical (6823625623)

**Id** 17857357499243710
**Date Created** 2020-10-29 19:17:26 UTC
**Status** ACTIVE
**Text** I love it. Awesome.
**Media Content Id** 2430833991327481747
**Media Owner** Pro Armament Co. (3682799027)

**Id** 17884231804833135
**Date Created** 2020-11-02 07:02:22 UTC
**Status** ACTIVE
**Text** Nice, duel roles. Check this out and get ready while you can.
**Media Content Id** 2433168274335581162
**Media Owner** MEDIConaHarley (25949972963)

**Id** 17869299389015182
**Date Created** 2020-10-18 00:12:11 UTC
**Status** ACTIVE
**Text** 6.5cr here. Look at this.
**Media Content Id** 2422095151017956691
**Media Owner** Reloading Nation (3085414131)

**Id** 17890530796722029
**Date Created** 2020-10-29 15:56:24 UTC
**Status** ACTIVE

**Text**

Yup, don't get confused.

**Media Content Id** 2430739153199386589

**Media Owner** The Marauder Project (5418982672)

**Id** 17906934235554848
**Date Created** 2020-10-31 05:47:26 UTC
**Status** ACTIVE
**Text** Yes.
**Media Content Id** 2431617841593030323
**Media Owner** Whistling Pines Gun Club (17599409928)

**Id** 17867774186101672
**Date Created** 2020-10-29 15:50:41 UTC
**Status** ACTIVE
**Text** This is awesome.
**Media Content Id** 2430293248471040491
**Media Owner** Ax (2259758866)

**Id** 17961468625356824
**Date Created** 2020-10-31 19:18:44 UTC
**Status** ACTIVE
**Text** Always good.
**Media Content Id** 2431640806976032785
**Media Owner** cody james calkins (11831793094)

**Id** 17894863750662451
**Date Created** 2020-11-06 14:29:22 UTC
**Status** ACTIVE
**Text** I love it. 80's style but serious.
**Media Content Id** 2435349306333698945
**Media Owner** Extreme Tactical Gear (22409824717)

**Id** 17865619682125389
**Date Created** 2020-10-31 16:17:43 UTC
**Status** ACTIVE
**Text** Makes my heart warm. Good looking and functional weapon.
**Media Content Id** 2431724467501075470
**Media Owner** Best place for weapons! 🔫🔫 (1173750301)

**Id** 18072126709246235
**Date Created** 2020-10-31 05:46:20 UTC
**Status** ACTIVE
**Text** Nice, check it out.
**Media Content Id** 2431519549009931708
**Media Owner** Sam (6801080728)

**Id** 17891629978691735
**Date Created** 2020-10-30 16:00:09 UTC
**Status** ACTIVE
**Text** Get ready, check this out.

**Media Content**
**Id** 2431320229884789065
**Media Owner** Spikes Tactical (1304453952)

**Id** 17889621322734708
**Date Created** 2020-10-30 01:35:22 UTC
**Status** ACTIVE
**Text** Yeah. They are traitors.
**Media Content** 2430793734741677599
**Id**
**Media Owner** New Conservative Age (33531654786)

**Id** 17882115262851207
**Date Created** 2020-10-30 01:32:35 UTC
**Status** ACTIVE
**Text** Gotta love it.
**Media Content** 2430944007705560690
**Id**
**Media Owner** Tacticalstudio (2313449161)

**Id** 18042774763276176
**Date Created** 2020-10-31 19:15:28 UTC
**Status** ACTIVE
**Text** Best load out ever. Check this out.
**Media Content** 2432108478524088233
**Id**
**Media Owner** The Firearm Foundry (19475424635)

**Id** 17946011170377513
**Date Created** 2020-10-19 20:25:33 UTC
**Status** ACTIVE
**Text** Nice, check this out too. Can you see it?
**Media Content** 2422868229495381682
**Id**
**Media Owner** Damage Factory (3445035295)

**Id** 17884487464787169
**Date Created** 2020-10-30 01:20:16 UTC
**Status** ACTIVE
**Text** Awesome.
**Media Content** 2430929913141235720
**Id**
**Media Owner** That_gun_guy_ (5500214062)

**Id** 17882002768865253
**Date Created** 2020-10-29 00:52:57 UTC
**Status** ACTIVE
**Text** @adamschwankl We have six models, and other items for sale at the website. Link in
the bio.
**Media Content** 2430139295922006184
**Id**
**Media Owner** DURAMAG (10638903498)

**Id** 17860405112209305
**Date Created** 2020-10-28 23:05:37 UTC
**Status** ACTIVE
**Text** Love my .308 duramags.
**Media Content**

**Id** 2430139295922006184
**Media Owner** DURAMAG (10638903498)

**Id** 17905271359529798
**Date Created** 2020-10-29 00:51:22 UTC
**Status** ACTIVE
**Text** @adamschwankl autokeycard.com
**Media Content** 2430139295922006184
**Id**
**Media Owner** DURAMAG (10638903498)

**Id** 17848622480388609
**Date Created** 2020-11-03 14:11:19 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2433891304491192699
**Id**
**Media Owner** Taylor Heiman (538256081)

**Id** 18142202197110129
**Date Created** 2020-10-31 19:19:40 UTC
**Status** ACTIVE
**Text** Nice load out. Check this.
**Media Content** 2431774894496150056
**Id**
**Media Owner** Randy Thomas (55145973)

**Id** 17879691334904990
**Date Created** 2020-11-17 07:35:56 UTC
**Status** ACTIVE
**Text** That is awesome.
**Media Content** 2443597804858727261
**Id**
**Media Owner** Survival And Life (25559364590)

**Id** 18089542975205003
**Date Created** 2020-10-31 05:49:28 UTC
**Status** ACTIVE
**Text** Yes! Awesome. Check it out.
**Media Content** 2431639972661217423
**Id**
**Media Owner** Paul Ryan Otlewski (49248821)

**Id** 17886905551743421
**Date Created** 2020-10-15 22:31:38 UTC
**Status** ACTIVE
**Text** Yup. Check this out. Be ready.
**Media Content** 2420552457678979695
**Id**
**Media Owner** Minuteman Prepper (34614216275)

**Id** 17882574472824544
**Date Created** 2020-10-28 05:14:28 UTC
**Status** ACTIVE
**Text** Why is the case two pieces?
**Media Content** 2429119474760113220
**Id**

**Media Owner**
Detroit Ammunition Company LLC (2157753347)

**Id** 17876007037966551
**Date Created** 2020-11-06 07:27:28 UTC
**Status** ACTIVE
**Text** Yup.
**Media Content Id** 2435841761791698802
**Media Owner** amy❑❑❊❑❑❑Mother of Coffins⚰❑❑ (415953022)

**Id** 17946863254379836
**Date Created** 2020-11-06 21:35:14 UTC
**Status** ACTIVE
**Text** Super awesome.
**Media Content Id** 2436669737491792775
**Media Owner** SavageCustoms (190330013)

**Id** 17908674958538417
**Date Created** 2020-11-09 17:44:34 UTC
**Status** ACTIVE
**Text** Nice combo.
**Media Content Id** 2438716462689711764
**Media Owner** #WHATTHEKICKS (11283965)

**Id** 17991198676305325
**Date Created** 2020-10-16 00:22:27 UTC
**Status** ACTIVE
**Text** Nice and compact. Check this out.
**Media Content Id** 2420094102980118007
**Media Owner** Pantheon Arms (1722466333)

**Id** 17850769382377311
**Date Created** 2020-11-11 03:36:16 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2439674666034745622
**Media Owner** Danni❑❑ (26854109)

**Id** 18062237821251124
**Date Created** 2020-11-18 01:14:01 UTC
**Status** ACTIVE
**Text** This looks like a bacon cup to me. Lol.
**Media Content Id** 2442013430648671463
**Media Owner** Stout Creations (4579058412)

**Id** 18170795839010932
**Date Created** 2020-11-12 02:16:38 UTC
**Status** ACTIVE
**Text** Awesome.
**Media Content Id** 2440419495372917909
**Media Owner** Cameron Conner (54640667)

**Id** 17869297502077719

**Date Created** 2020-11-08 20:23:19 UTC

**Status** ACTIVE

**Text** Classic. Check this out.

**Media Content** 2437988833466634817
**Id**

**Media Owner** Maj Toure (299801598)

**Id** 17905176775563587

**Date Created** 2020-11-12 05:47:47 UTC

**Status** ACTIVE

**Text** Get ready while you can.

**Media Content** 2440311506321954003
**Id**

**Media Owner** Jared Burkhalter (284046442)

**Id** 17895905110642787

**Date Created** 2020-11-02 02:24:59 UTC

**Status** ACTIVE

**Text** Nice. Check this out. Get ready while you can.

**Media Content** 2433153786834292272
**Id**

**Media Owner** custom gun stippling (17161455644)

**Id** 17892580717710715

**Date Created** 2020-11-02 02:14:59 UTC

**Status** ACTIVE

**Text** This is awesome. Get ready while you can.

**Media Content** 2428672887063769178
**Id**

**Media Owner** DECKED (651012265)

**Id** 17860699541229002

**Date Created** 2020-11-01 18:12:10 UTC

**Status** ACTIVE

**Text** Nice. Check this out. Get ready.

**Media Content** 2164904994128538646
**Id**

**Media Owner** ReadyTac (18890030204)

**Id** 17882190307855615

**Date Created** 2020-10-29 15:13:50 UTC

**Status** ACTIVE

**Text** Yup, super nice.

**Media Content** 2430131334176637287
**Id**

**Media Owner** Windham Weaponry (Official) (1441314623)

**Id** 18078619822231631

**Date Created** 2020-11-09 20:51:06 UTC

**Status** ACTIVE

**Text** Awesome. Check this out.

**Media Content** 2438784334701374187
**Id**

**Media Owner** 2A Inspired (41370998467)

**Id** 17912205082509700

**Date Created**

2020-10-30 01:34:21 UTC
**Status** ACTIVE
**Text** Get ready while you can, this can get worse. Check this out.
**Media Content Id** 2431011145180665931
**Media Owner** Nelson Martinez (25764329566)

**Id** 18169705996036586
**Date Created** 2020-11-01 17:58:50 UTC
**Status** ACTIVE
**Text** Yup. Check this out.
**Media Content Id** 2432483985423794629
**Media Owner** Nelson Martinez (25764329566)

**Id** 17919859186481120
**Date Created** 2020-11-08 20:26:26 UTC
**Status** ACTIVE
**Text** Yup. Check this out.
**Media Content Id** 2437872676887680634
**Media Owner** Chris G (26657085)

**Id** 17887512421764568
**Date Created** 2020-11-02 15:26:16 UTC
**Status** ACTIVE
**Text** Nice. Keep America strong. Check this out.
**Media Content Id** 2431707051073589501
**Media Owner** AMT (3031668823)

**Id** 17886963865806460
**Date Created** 2020-11-11 10:57:05 UTC
**Status** ACTIVE
**Text** Awesome.
**Media Content Id** 2439731928478635147
**Media Owner** 2DeltaZulu (2225699828)

**Id** 17881229272848478
**Date Created** 2020-10-21 07:08:20 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content Id** 2424452920560266639
**Media Owner** Michael C (10850958333)

**Id** 18107630683173944
**Date Created** 2020-11-06 14:27:11 UTC
**Status** ACTIVE
**Text** Neat.
**Media Content Id** 2436112131384662105
**Media Owner** Firearms News Magazine (2333125004)

**Id** 18122584201095622
**Date Created** 2020-10-20 18:35:29 UTC

| | |
|---|---|
| **Status** | |
| | ACTIVE |
| **Text** | Check this out. |
| **Media Content Id** | 2423800080539607503 |
| **Media Owner** | 2A Academy (35529647806) |
| | |
| **Id** | 17890629337705660 |
| **Date Created** | 2020-10-20 16:11:32 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2423947702047271432 |
| **Media Owner** | Not Available (21191749855) |
| | |
| **Id** | 17887695019763109 |
| **Date Created** | 2020-11-01 13:48:16 UTC |
| **Status** | ACTIVE |
| **Text** | They go together. Check it out. |
| **Media Content Id** | 2432523628754394472 |
| **Media Owner** | Diabetoboogaloo (10186501485) |
| | |
| **Id** | 18072985732240230 |
| **Date Created** | 2020-10-20 15:35:18 UTC |
| **Status** | ACTIVE |
| **Text** | Awesome, check this out. |
| **Media Content Id** | 2423701568181549299 |
| **Media Owner** | Jacked Up Keepin It Country (14556689404) |
| | |
| **Id** | 17880631636846060 |
| **Date Created** | 2020-10-16 04:16:22 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Check this out. |
| **Media Content Id** | 2420695184911426387 |
| **Media Owner** | Avery (464454122) |
| | |
| **Id** | 17890293265735104 |
| **Date Created** | 2020-11-02 02:23:30 UTC |
| **Status** | ACTIVE |
| **Text** | Awesome. Check this out too. Get ready while you can. |
| **Media Content Id** | 2421420346583540140 |
| **Media Owner** | ITS Tactical (302322368) |
| | |
| **Id** | 17848757327357157 |
| **Date Created** | 2020-10-31 16:20:43 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Get ready while you can. |
| **Media Content Id** | 2417877463007945382 |
| **Media Owner** | We The People Holsters (3576057972) |
| | |
| **Id** | 17948553490385989 |
| **Date Created** | 2020-11-12 19:38:19 UTC |
| **Status** | ACTIVE |

Instagram Business Record                                    Page 205

|  |  |
|---|---|
| **Text** | I always liked a party. Check this out. |
| **Media Content Id** | 2440840139402314954 |
| **Media Owner** | Sonja Nikki (549798523) |

|  |  |
|---|---|
| **Id** | 17863249304177622 |
| **Date Created** | 2020-10-31 19:17:49 UTC |
| **Status** | ACTIVE |
| **Text** | I like it. Check this out. You might need it. The card. |
| **Media Content Id** | 2430906120203560098 |
| **Media Owner** | 4Patriots (18272139136) |

|  |  |
|---|---|
| **Id** | 17875896022908704 |
| **Date Created** | 2020-11-01 17:57:48 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check it out. |
| **Media Content Id** | 2430906173412552800 |
| **Media Owner** | 4Patriots (18272139136) |

|  |  |
|---|---|
| **Id** | 17865627755130619 |
| **Date Created** | 2020-11-24 18:20:33 UTC |
| **Status** | ACTIVE |
| **Text** | Yes. |
| **Media Content Id** | 2449241411917355438 |
| **Media Owner** | Pissed Off Patriot 🇺🇸🇺🇸🇺🇸 (41075430234) |

|  |  |
|---|---|
| **Id** | 17967336724335965 |
| **Date Created** | 2020-11-01 13:47:08 UTC |
| **Status** | ACTIVE |
| **Text** | Awesome. |
| **Media Content Id** | 2432448372747374656 |
| **Media Owner** | Kris Anderson (22080596267) |

|  |  |
|---|---|
| **Id** | 17865699497168543 |
| **Date Created** | 2020-11-20 15:48:26 UTC |
| **Status** | ACTIVE |
| **Text** | My grandpa used to take his shotgun to elemetry school and go hunting after. He was 12. |
| **Media Content Id** | 2446297825974380954 |
| **Media Owner** | Hooligan Threads (31387419793) |

|  |  |
|---|---|
| **Id** | 17881478908844152 |
| **Date Created** | 2020-11-11 21:20:24 UTC |
| **Status** | ACTIVE |
| **Text** | That's horrible. Check this out and get the conversation going. |
| **Media Content Id** | 2439856582463759198 |
| **Media Owner** | Tactical Fudd (42156876222) |

|  |  |
|---|---|
| **Id** | 17880587896880980 |
| **Date Created** | 2020-10-29 15:09:32 UTC |
| **Status** | ACTIVE |

**Text**
Me too.
**Media Content** 2430686682561538801
**Id**
**Media Owner** Pew (370648827)

**Id** 17858461586218047
**Date Created** 2020-11-01 13:46:14 UTC
**Status** ACTIVE
**Text** Nice, check it out.
**Media Content** 2420069956580209506
**Id**
**Media Owner** Safe Life Defense (2875347476)

**Id** 17946829927385842
**Date Created** 2020-11-06 07:25:52 UTC
**Status** ACTIVE
**Text** Nice. Hobbies are awesome.
**Media Content** 2435824507346604588
**Id**
**Media Owner** C2 Tactical Gun Range (631687059)

**Id** 17881212649895314
**Date Created** 2020-11-06 21:35:55 UTC
**Status** ACTIVE
**Text** Nice, check this out. Your welcome.
**Media Content** 2436515201036868942
**Id**
**Media Owner** The Canadian Gun Vault 🇨🇦Inc. (3205930775)

**Id** 18076686682225678
**Date Created** 2020-11-02 02:21:59 UTC
**Status** ACTIVE
**Text** Check this out. Get ready while you can.
**Media Content** 2428409491037886543
**Id**
**Media Owner** Warmwink (43844774925)

**Id** 17854155296323472
**Date Created** 2020-10-21 19:49:40 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2424907973477734275
**Id**
**Media Owner** Juan Gonzalez (13448889228)

**Id** 17879780659896643
**Date Created** 2020-10-23 17:35:44 UTC
**Status** ACTIVE
**Text** Yes, I like it. I got one of these too. Just in case.
**Media Content** 2425852901940781379
**Id**
**Media Owner** OFF GRID PLANET (30102487705)

**Id** 17928617878440834
**Date Created** 2020-10-21 16:47:56 UTC
**Status** ACTIVE
**Text** Nice, check this out.

**Media Content**
**Id** 2424958341481364418
**Media Owner** Micro Red Dots and Optics (1354384773)

**Id** 17887179724754551
**Date Created** 2020-10-25 02:37:25 UTC
**Status** ACTIVE
**Text** Yup. No argument for any gun control left.
**Media Content** 2427028165886055930
**Id**
**Media Owner** Conservative Nation🇺🇸🇺🇸 (7245796832)

**Id** 17847519572393164
**Date Created** 2020-10-25 02:41:53 UTC
**Status** ACTIVE
**Text** Hang on it is about to get very interesting.
**Media Content** 2427258066451134692
**Id**
**Media Owner** Anna (426362030)

**Id** 17893676716663701
**Date Created** 2020-10-26 00:46:26 UTC
**Status** ACTIVE
**Text** Amen.
**Media Content** 2427824391225375086
**Id**
**Media Owner** The Official _CopHumor_™ (1412843469)

**Id** 17875506904972005
**Date Created** 2020-10-28 05:10:34 UTC
**Status** ACTIVE
**Text** Get ready while you can. It's gonna get worse. #autokeycard
**Media Content** 2429639962336307179
**Id**
**Media Owner** Ronin Tactical (7363360459)

**Id** 17897424109625779
**Date Created** 2020-10-27 06:55:10 UTC
**Status** ACTIVE
**Text** Matching great.
**Media Content** 2428919590716691702
**Id**
**Media Owner** X Block Design (9004103906)

**Id** 17891242699675309
**Date Created** 2020-10-22 06:18:25 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2425199362504105069
**Id**
**Media Owner** Delta Team Tactical (6823625623)

**Id** 17885229025796157
**Date Created** 2020-10-21 17:34:16 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2424916766061938237
**Id**

**Media Owner**
Voodoo Tactical (1060605796)

**Id** 18119828560149829
**Date Created** 2020-10-23 17:40:30 UTC
**Status** ACTIVE
**Text** Awesome. Lol. I got one of these. Check it out.
**Media Content Id** 2426395658755114316
**Media Owner** 𝕯𝖔𝖓𝖙𝖒𝖆𝖙𝖙𝖊𝖗𝖜𝖍𝖔𝖘𝖙𝖆𝖗𝖙𝖘𝖎𝖙𝖜𝖊𝖜𝖎𝖑𝖑𝖋𝖎𝖓𝖎𝖘𝖍𝖎𝖙 (10100732921)

**Id** 17937613339393269
**Date Created** 2020-10-21 22:27:09 UTC
**Status** ACTIVE
**Text** Nice sling. Where did you get it?
**Media Content Id** 2425137450006701994
**Media Owner** Steven Trae Brown (23338332068)

**Id** 17847166916391926
**Date Created** 2020-10-21 19:47:05 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content Id** 2424955621953894838
**Media Owner** MICHAEL BILLINGS | (5469166708)

**Id** 17855125166275399
**Date Created** 2020-10-21 20:07:55 UTC
**Status** ACTIVE
**Text** Nice, check this out. #autokeycard
**Media Content Id** 2425045940116408823
**Media Owner** Texas Machine Gun & Ordnance (2236373451)

**Id** 17857529060215133
**Date Created** 2020-10-22 15:22:50 UTC
**Status** ACTIVE
**Text** Lol.
**Media Content Id** 2425627058016430833
**Media Owner** skully (20932393270)

**Id** 17849061398376601
**Date Created** 2020-10-26 16:15:09 UTC
**Status** ACTIVE
**Text** It's neat.
**Media Content Id** 2427278943892974499
**Media Owner** ALL-RICH™ (21535151283)

**Id** 17842148423470549
**Date Created** 2020-10-21 17:35:32 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content Id** 2424372501911206763
**Media Owner** Jim Lane (4173624089)

**Id**
17977989184319783
**Date Created** 2020-10-22 06:26:54 UTC
**Status** ACTIVE
**Text** Nice, check this out too.
**Media Content** 2425297832321162284
**Id**
**Media Owner** Sickest Guns On Insta (37803932861)

**Id** 17906744596536952
**Date Created** 2020-10-21 17:03:24 UTC
**Status** ACTIVE
**Text** Nice, check it out.
**Media Content** 2424926561794088838
**Id**
**Media Owner** 3rd Gen Tactical (27277963979)

**Id** 17885909239770031
**Date Created** 2020-10-23 14:44:33 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content** 2413316828312803538
**Id**
**Media Owner** Shield Republic (3152725817)

**Id** 17890802164702618
**Date Created** 2020-10-21 03:53:58 UTC
**Status** ACTIVE
**Text** I like them both. Check this out.
**Media Content** 2424344991010016333
**Id**
**Media Owner** 🔫🔫.🔫🔫.🔫🔫.🔫🔫. 🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫🔫, 🔫🔫🔫🔫🔫. (1654160927)

**Id** 17964335590348359
**Date Created** 2020-10-27 02:58:26 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2428738482605543895
**Id**
**Media Owner** MissGrendel (22505945495)

**Id** 17858722841247074
**Date Created** 2020-10-26 04:25:59 UTC
**Status** ACTIVE
**Text** Great idea.
**Media Content** 2428119978536325208
**Id**
**Media Owner** Amend2 Magazines (2952104914)

**Id** 17961426931358406
**Date Created** 2020-10-26 04:32:38 UTC
**Status** ACTIVE
**Text** I like it.
**Media Content** 2427622871981777468
**Id**
**Media Owner** Brittany (9017285875)

**Id** 17865506447119436

**Date Created**

2020-10-21 03:53:20 UTC
**Status** ACTIVE
**Text** Yup, check this out.
**Media Content** 2424506246712387061
**Id**
**Media Owner** (34245192873)

**Id** 17842088837467491
**Date Created** 2020-10-21 02:56:41 UTC
**Status** ACTIVE
**Text** I like it. Check this out.
**Media Content** 2424539887339780425
**Id**
**Media Owner** R2 Ammo (7036653477)

**Id** 17849573726366266
**Date Created** 2020-10-21 19:54:09 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2424895418121682655
**Id**
**Media Owner** Juggernaut Tactical (1131841710)

**Id** 17892230458689834
**Date Created** 2020-10-26 00:49:24 UTC
**Status** ACTIVE
**Text** I call this picture black beauty. Both of them. Nice set up.
**Media Content** 2427978562549341622
**Id**
**Media Owner** □□Jan Reyes□□ (31486864)

**Id** 17852913131318445
**Date Created** 2020-10-26 00:46:12 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2428069665241937217
**Id**
**Media Owner** Jonathan (6426671245)

**Id** 17871068897044628
**Date Created** 2020-10-26 07:57:31 UTC
**Status** ACTIVE
**Text** Nice setup. Check it out.
**Media Content** 2427876515705137435
**Id**
**Media Owner** FT-02 (19485954750)

**Id** 17845105514405588
**Date Created** 2020-10-21 19:51:15 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2424409468267105420
**Id**
**Media Owner** BTX (1565308275)

**Id** 17871440531021539
**Date Created** 2020-10-21 17:40:03 UTC

|  |  |
|---|---|
| **Status** | |
| | ACTIVE |
| **Text** | Nice, check this out. |
| **Media Content Id** | 2424928080091035975 |
| **Media Owner** | PG Hat Co. & Apparel 🧢🧢🧢 (1383737464) |
| | |
| **Id** | 17911145347514896 |
| **Date Created** | 2020-10-21 19:53:57 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. Get one and save it. #autokeycard |
| **Media Content Id** | 2424865784556741407 |
| **Media Owner** | Felipe Cespedes (2535289465) |
| | |
| **Id** | 17869787234033162 |
| **Date Created** | 2020-10-27 21:13:30 UTC |
| **Status** | ACTIVE |
| **Text** | Perfect. |
| **Media Content Id** | 2428842110899080617 |
| **Media Owner** | Mark (1693786782) |
| | |
| **Id** | 17864601869138955 |
| **Date Created** | 2020-10-25 23:56:25 UTC |
| **Status** | ACTIVE |
| **Text** | Flectarning. |
| **Media Content Id** | 2427970492391321767 |
| **Media Owner** | The Reaper (5595537301) |
| | |
| **Id** | 18075072244232878 |
| **Date Created** | 2020-10-21 19:52:01 UTC |
| **Status** | ACTIVE |
| **Text** | Nice, check this out. Get one and save it. #autokeycard |
| **Media Content Id** | 2425039835331600662 |
| **Media Owner** | Bear Creek Arsenal (1658203009) |
| | |
| **Id** | 17883320149804024 |
| **Date Created** | 2020-10-25 02:43:48 UTC |
| **Status** | ACTIVE |
| **Text** | Super nice. |
| **Media Content Id** | 2427240630553009236 |
| **Media Owner** | San Tan Tactical (1003321615) |
| | |
| **Id** | 17900241931603973 |
| **Date Created** | 2020-10-21 20:08:36 UTC |
| **Status** | ACTIVE |
| **Text** | Get ready while you can. Check this out. #autokeycard |
| **Media Content Id** | 2425049731121509229 |
| **Media Owner** | @Firearmchronicles (6212063655) |
| | |
| **Id** | 17867137052098031 |
| **Date Created** | 2020-10-21 19:47:52 UTC |
| **Status** | ACTIVE |

**Text**

Nice, check this out. Get one and save it. #autokeycard
**Media Content** 2424976063093887337
**Id**
**Media Owner** Alexander Arms (3103274755)

**Id** 17870231855035344
**Date Created** 2020-10-23 17:31:53 UTC
**Status** ACTIVE
**Text** Yes. I got one of these too. Just in case.
**Media Content** 2425887409847106606
**Id**
**Media Owner** The Endless Prepper (37802130314)

**Id** 17844743777451144
**Date Created** 2020-10-22 06:20:27 UTC
**Status** ACTIVE
**Text** Nice assortment. Check this out too.
**Media Content** 2425231408195983949
**Id**
**Media Owner** Guntec USA (3753901776)

**Id** 17906613625526974
**Date Created** 2020-10-22 08:18:40 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2425342732037214799
**Id**
**Media Owner** Arm&Gun (3608610308)

**Id** 17904889744550903
**Date Created** 2020-10-25 04:39:59 UTC
**Status** ACTIVE
**Text** Get ready while you can.
**Media Content** 2427172032686028682
**Id**
**Media Owner** Tayler Hansen (704500638)

**Id** 17909890015503980
**Date Created** 2020-10-24 23:32:29 UTC
**Status** ACTIVE
**Text** Yes.
**Media Content** 2427114994086167669
**Id**
**Media Owner** Cool Guy Stickers, LLC. (27523872243)

**Id** 17846325776407752
**Date Created** 2020-10-22 01:11:46 UTC
**Status** ACTIVE
**Text** Check this out.
**Media Content** 2425100025672959790
**Id**
**Media Owner** Rahkeim (1647377960)

**Id** 17851262447325368
**Date Created** 2020-10-21 19:50:42 UTC
**Status** ACTIVE
**Text** Nice, check this out. Get one and save it. #autokeycard

**Media Content**
**Id** 2424506978469837966
**Media Owner** SHTF & OFFGRID Guide (3156845795)

**Id** 17939522353404861
**Date Created** 2020-10-23 17:39:24 UTC
**Status** ACTIVE
**Text** Yup. I got one of these. Just in case.
**Media Content** 2426413224139664419
**Id**
**Media Owner** San Diego Gun Owners PAC (2255760215)

**Id** 17870775710047703
**Date Created** 2020-10-24 17:30:45 UTC
**Status** ACTIVE
**Text** I really like the green one.
**Media Content** 2427124818087518593
**Id**
**Media Owner** TS Tactical (465825941)

**Id** 17868831176074657
**Date Created** 2020-10-21 19:45:18 UTC
**Status** ACTIVE
**Text** Nice, check this out. #autokeycard
**Media Content** 2424951660660136345
**Id**
**Media Owner** TS Tactical (465825941)

**Id** 17871034349051181
**Date Created** 2020-10-26 04:35:10 UTC
**Status** ACTIVE
**Text** Yup, the system can go to hell.
**Media Content** 2428118747733927700
**Id**
**Media Owner** Jedi Master (363112003)

**Id** 17933680489423102
**Date Created** 2020-10-21 23:04:22 UTC
**Status** ACTIVE
**Text** Nice, check this out.
**Media Content** 2425019028782624639
**Id**
**Media Owner** TYPE-A Rifle Company (261127734)

**Id** 17880171250886341
**Date Created** 2020-10-25 02:38:46 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2427350002618953392
**Id**
**Media Owner** Guns, BJJ, Volvos & Food. (6188155582)

**Id** 17888135464741351
**Date Created** 2020-10-24 07:07:32 UTC
**Status** ACTIVE
**Text** Nice set up.
**Media Content** 2426383611396453074
**Id**

**Media Owner**
Ramiro Herrera (417224277)

**Id** 18168701389036619
**Date Created** 2020-10-24 20:17:44 UTC
**Status** ACTIVE
**Text** I want one.
**Media Content** 2426628691331590490
**Id**
**Media Owner** Witt Machine (1428771711)

**Id** 17865588569120685
**Date Created** 2020-10-22 08:21:07 UTC
**Status** ACTIVE
**Text** 4 more, check this out. Be ready.
**Media Content** 2425016973018959951
**Id**
**Media Owner** RepublicanMillennials.com (39492521997)

**Id** 17877309553903813
**Date Created** 2020-10-22 06:19:23 UTC
**Status** ACTIVE
**Text** Check this out too.
**Media Content** 2425101466727844461
**Id**
**Media Owner** The Country Americans (15509894771)

**Id** 17877327073911456
**Date Created** 2020-10-26 04:19:50 UTC
**Status** ACTIVE
**Text** That hand guard is cool.
**Media Content** 2427943250051882881
**Id**
**Media Owner** J.L (1966044688)

**Id** 17859472562226134
**Date Created** 2020-10-24 20:51:37 UTC
**Status** ACTIVE
**Text** Nice, get to work.
**Media Content** 2426851909213568302
**Id**
**Media Owner** Distant_Target (11111384556)

**Id** 17874550612978665
**Date Created** 2020-10-24 17:33:05 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2427095358210818750
**Id**
**Media Owner** Shoot 512 (19332755417)

**Id** 17895189184632148
**Date Created** 2020-10-24 20:14:35 UTC
**Status** ACTIVE
**Text** Nice.
**Media Content** 2427157093366080620
**Id**
**Media Owner** GSL Suppressor (4005543278)

**Id**
18124862395192588
**Date Created** 2020-10-26 04:19:12 UTC
**Status** ACTIVE
**Text** Awesome setup and area.
**Media Content** 2428138659513163407
**Id**
**Media Owner** 2A Gun Show (32908218347)


**Id** 17874601414941467
**Date Created** 2020-10-26 04:24:17 UTC
**Status** ACTIVE
**Text** Is that a dog or miniature pony? Lol.
**Media Content** 2428096836916238161
**Id**
**Media Owner** (2895899814)


**Id** 17911702762515277
**Date Created** 2020-10-26 04:28:31 UTC
**Status** ACTIVE
**Text** Yes it is, get ready. Check it out.
**Media Content** 2401899225447119719
**Id**
**Media Owner** Warrior Minded (41185209974)


**Id** 17856713918292424
**Date Created** 2020-10-22 06:18:50 UTC
**Status** ACTIVE
**Text** Yup, get ready. Check this out.
**Media Content** 2401899225447119719
**Id**
**Media Owner** Warrior Minded (41185209974)


**Id** 17875301557915676
**Date Created** 2020-10-26 14:39:38 UTC
**Status** ACTIVE
**Text** Yes, get ready while you can.
**Media Content** 2428485093107434024
**Id**
**Media Owner** RevereStickers (10640012293)


**Id** 17857572380236536
**Date Created** 2020-10-26 08:03:51 UTC
**Status** ACTIVE
**Text** Awesome. Shooting down hill on a tower.
**Media Content** 2428139858446035375
**Id**
**Media Owner** Chad Swartout (1586241806)


**Id** 17844134450464880
**Date Created** 2020-10-24 20:19:01 UTC
**Status** ACTIVE
**Text** This is from the 80's too. Reimagined.
**Media Content** 2427000588952110576
**Id**
**Media Owner** History of guns (3531696820)


**Id** 17870144990018387

**Date Created**

2020-10-26 00:48:07 UTC

**Status** ACTIVE

**Text** I heard these are awesome.

**Media Content Id** 2428063156258724291

**Media Owner** Swampfox Optics (7438517538)

**Id** 18141926476097838

**Date Created** 2020-10-27 02:59:55 UTC

**Status** ACTIVE

**Text** Nice set up. Check it out.

**Media Content Id** 2428632814071946553

**Media Owner** Callsign_E03 (8303877944)

**Id** 17897273641628469

**Date Created** 2020-10-26 00:43:33 UTC

**Status** ACTIVE

**Text** Nice. I like the subdued camo.

**Media Content Id** 2428024796582539256

**Media Owner** Dapper D (12965795187)

**Id** 17853542813331610

**Date Created** 2020-10-27 04:00:49 UTC

**Status** ACTIVE

**Text** Dash gun. Lol.

**Media Content Id** 2428541728023411354

**Media Owner** JVRED (145827371)

**Id** 17874294508946318

**Date Created** 2020-10-25 21:01:53 UTC

**Status** ACTIVE

**Text** Nice, check this out.

**Media Content Id** 2427865871593923642

**Media Owner** KelTec (636594192)

**Id** 17901316180588301

**Date Created** 2020-10-26 04:24:58 UTC

**Status** ACTIVE

**Text** Nice set up. Check it out.

**Media Content Id** 2427885470863954538

**Media Owner** Monstrum (2381216250)

**Id** 17858103353265512

**Date Created** 2020-10-27 01:58:43 UTC

**Status** ACTIVE

**Text** Nice setup.

**Media Content Id** 2428764178077832213

**Media Owner** Lone Star Armory (1600335992)

**Id** 18170784673052791

**Date Created** 2020-10-26 14:29:50 UTC

|  |  |
|---|---|
| **Status** | |
| | ACTIVE |
| **Text** | Nice setup. Check it out. |
| **Media Content Id** | 2427837264165091372 |
| **Media Owner** | Mike (2280719067) |

|  |  |
|---|---|
| **Id** | 17916472432490198 |
| **Date Created** | 2020-10-26 05:17:22 UTC |
| **Status** | ACTIVE |
| **Text** | I like the two tone. |
| **Media Content Id** | 2427886561690708004 |
| **Media Owner** | Mike (2280719067) |

|  |  |
|---|---|
| **Id** | 18132328747120671 |
| **Date Created** | 2020-10-26 04:30:48 UTC |
| **Status** | ACTIVE |
| **Text** | I like the two tone. Nice setups. |
| **Media Content Id** | 2428138152781478160 |
| **Media Owner** | AK Reaper (1297024952) |

|  |  |
|---|---|
| **Id** | 18120394609148405 |
| **Date Created** | 2020-10-27 06:54:15 UTC |
| **Status** | ACTIVE |
| **Text** | Ready for defense. |
| **Media Content Id** | 2428636783813381534 |
| **Media Owner** | The Business End (20072165513) |

|  |  |
|---|---|
| **Id** | 17865223943094675 |
| **Date Created** | 2020-10-26 00:44:40 UTC |
| **Status** | ACTIVE |
| **Text** | Nice set up. Close and at distance. I like it. |
| **Media Content Id** | 2428058165190222348 |
| **Media Owner** | Terry (3177129425) |

|  |  |
|---|---|
| **Id** | 17874909895968518 |
| **Date Created** | 2020-10-27 04:01:39 UTC |
| **Status** | ACTIVE |
| **Text** | Loyal customer. Nice. |
| **Media Content Id** | 2428807759396214291 |
| **Media Owner** | GunMag Warehouse 🔫🔫🔫🔫 (719936732) |

|  |  |
|---|---|
| **Id** | 17860857632195692 |
| **Date Created** | 2020-10-24 00:19:43 UTC |
| **Status** | ACTIVE |
| **Text** | Dang, looks fun. Check this out. |
| **Media Content Id** | 2426592413016874781 |
| **Media Owner** | GunMag Warehouse 🔫🔫🔫🔫 (719936732) |

|  |  |
|---|---|
| **Id** | 17903239930569058 |
| **Date Created** | 2020-10-26 07:49:23 UTC |
| **Status** | ACTIVE |

| | |
|---|---|
| **Text** | Great. Just what I need to get. |
| **Media Content Id** | 2427776876113421494 |
| **Media Owner** | DSArms Inc (1296889223) |

| | |
|---|---|
| **Id** | 17915767744491385 |
| **Date Created** | 2020-10-28 03:42:52 UTC |
| **Status** | ACTIVE |
| **Text** | I am a big fan of both. |
| **Media Content Id** | 2429454761886774587 |
| **Media Owner** | Ben (246298435) |

| | |
|---|---|
| **Id** | 17885387080758038 |
| **Date Created** | 2020-10-27 20:38:53 UTC |
| **Status** | ACTIVE |
| **Text** | Looks like fun, knot. Lol. |
| **Media Content Id** | 2429393858426308494 |
| **Media Owner** | Ota Kinbaku (8614563937) |

| | |
|---|---|
| **Id** | 17895286996647674 |
| **Date Created** | 2020-10-27 21:22:22 UTC |
| **Status** | ACTIVE |
| **Text** | The AR15 all day. Good job. Get ready. |
| **Media Content Id** | 2429450762022456029 |
| **Media Owner** | \|Northwest Prepped\| Jordan (195477334) |

| | |
|---|---|
| **Videos Definition** | Videos: Videos uploaded by the account holder. Id: Unique identifier associated with the video. Description: Title associated with the video. Link: Facebook link associated with video. Upload Ip: IP address associated with video upload. Uploaded: Date and time associated with video upload. Comments: Comments associated with video. User: Account holder associated with the comment. Text: Body of the comment. Time: Date and time associated to the comment. |
| **Videos** | No responsive records located |

| | |
|---|---|
| **Live Videos** | No responsive records located |

| | |
|---|---|
| **Unified Messages Definition** | Unified Messages: Private messages between account holders. Thread: Unique identifier associated with conversation thread. Current Participants: Account holders involved in conversation thread. Author: Account holder that sent message. Sent: Date and time of message sent. Removed by Sender: Indicates that the content has been removed by the sender. |

Call Record: Indicates a call was made through conversation thread.
Type: Indicates the method in which a call was placed (Facebook accounts only).
Missed: Indicates if the call was missed.
Duration: Length of the call (in seconds).
Attachments: Files associated with the message.
Type: Description of what type of attachment.
Size: The size of the file sent.
URL: URL of the content.
Body: Text of message, or description of content type sent.
Past Participants: Lists the account holders that have previously been subscribed to the message thread
(Facebook accounts only).
Subscription Event: Indicates an update to a participant's subscription to the conversation thread
(Instagram accounts only).
Type: Indicates action associated with the participant (Instagram accounts only).
Users: the account holders impacted by the subscription update (Instagram accounts only).
Share: Items shared into the message thread between account holders.
Date Created: Date and time associated with the share.
Text: Content of the share.
URL: URL of the content.

| | | | | |
|---|---|---|---|---|
| **Unified** | **Thread** (503685724359839) | | | |
| **Messages** | **Current** 2021-03-24 21:17:48 UTC | | | |
| | **Participants** blackrambotv (Instagram: 330139828) | | | |
| | autokeycarddotcom (Instagram: 43800257633) | | | |

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-10-27 18:13:25 UTC
**Body**
**Share**     **Date Created** Unknown
**Text** Whould you be interested in a product spotlight?
I could set up a discount code for your followers.
I would pay you a commission for each time the
discount code is used. I just want to spread the
word. It is very popular with most people. Our
product is not a gun part. It is gun related and
an interesting conversation piece. Check out our
website autokeycard.com. let me know what
you think.
**Url** autokeycard.com

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-10-27 18:13:54 UTC
**Body** Here is our newest one. It's also a bottle opener.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-10-27 18:14:03 UTC
**Body** You sent a photo.
**Attachments** image-5143312479019620 (5143312479019620)
**Type** image/jpeg
**Size** 58375
**URL** https://interncache-ftw.fbcdn.net/v/t51.29350-15
/122924953_3361634060550892_88400265361
79454366_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg
=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC
9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z
-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=28

0e332817be6f73149f84e529d3f533&oe=6080D
F7E



**Photo ID**  5143312479019620

**Thread**   (519462916121160)
**Current**  2021-03-24 21:17:48 UTC
**Participants**  prettynpink0421 (Instagram: 4961432945)
autokeycarddotcom (Instagram: 43800257633)

**Author**  autokeycarddotcom (Instagram: 43800257633)
  **Sent** 2020-12-08 21:01:43 UTC
  **Body** Thos is Justin from autokeycard. I wanted to say hello and ask about what Matt would like for Christmas. He has been very good to us and I wanted to send him a Christmas gift. I can send cash but maybe there is something better you could suggest. Let me know.

**Author**  prettynpink0421 (Instagram: 4961432945)
  **Sent** 2020-12-08 21:54:35 UTC
  **Body** Hello,
  Nice to finally meet you. I'm Erica.
  I always have suggestions for him. He's always spitting out stuff he wants or needs. Lol what price range or you looking at?

**Author**  prettynpink0421 (Instagram: 4961432945)
  **Sent** 2020-12-08 21:55:32 UTC
  **Body** I'm a gurl I was breed to shop. Ha

**Author**  autokeycarddotcom (Instagram: 43800257633)
  **Sent** 2020-12-08 21:57:40 UTC
  **Body** Nice to finally meet and talk to you. Up to $500 is my budget. Think about it for a few days. I know your in the shopping zone. I need your expertise. I am looking to send it about a week before Christmas. I was going to send cash but there may be something better. See what you can come up with.

**Author**  autokeycarddotcom (Instagram: 43800257633)
  **Sent** 2020-12-08 21:59:03 UTC
  **Body** He has been a great business buddy and a great friend too. I want the gift to be on that mark.

**Author**  prettynpink0421 (Instagram: 4961432945)
  **Sent** 2020-12-08 22:01:56 UTC
  **Body** Sounds good. I'll probably send you links. There's a few things I can think of. Aw that's awesome. He really is such a good man. ( I wouldn't be with him if he wasn't, ya now)

  Ok, let me look around a bit.

**Author**  autokeycarddotcom (Instagram: 43800257633)
  **Sent** 2020-12-08 22:04:23 UTC
  **Body** Awesome. Let me know. I want to do my part as he has helped us significantly.

**Author**  prettynpink0421 (Instagram: 4961432945)
  **Sent** 2020-12-08 22:35:46 UTC
  **Body** Will do. Congrats on your site by the way.

**Author**  prettynpink0421 (Instagram: 4961432945)
  **Sent** 2020-12-09 18:05:11 UTC
  **Body**
  **Share**       **Date Created** Unknown
                          **Text** https://www.amazon.com/Fovitec-Daylight-Continuous-Lighting-Compatible/dp/B07B6BJJ7N
                           **Url** https://www.amazon.com/Fovitec-Daylight-Continuous-Lighting-Compatible/dp/B07B6BJJ7N

**Author**
prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:05:21 UTC
**Body** There's one in stock of this one

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:05:46 UTC
**Body**
**Share**   **Date Created** Unknown
**Text** https://www.amazon.com/Fovitec-Daylight-
Continuous-Lighting-Compatible/dp/B07B6BJJ7N
**Url** https://www.amazon.com/Fovitec-Daylight-
Continuous-Lighting-Compatible/dp/B07B6BJJ7N

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:05:55 UTC
**Body** And 3 in stock in these ones

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:07:41 UTC
**Body** Awe, that's awesome.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:08:02 UTC
**Body** He doesn't have lights and I know he's been trying to get his studio
put together. I bough him another 2 different cameras for
Christmas he doesn't know so don't say anything. Lol but I think
with the two cameras I got him for Christmas and these lights he
will be pretty happy! But like I said he's not opening the cameras
till Christmas lol

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:08:31 UTC
**Body** Let's get you guys a studio setup.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:09:19 UTC
**Body** Perfect. Can you give me the home address to send it? I have the
shop address only.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:10:07 UTC
**Body** Can you wrap them for me if I send them there? It would be cool.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:10:33 UTC
**Body** 401 Chilewski Dr
Coloma, WI 54930

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:10:38 UTC
**Body** Then he can open them with your presents.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:10:51 UTC
**Body** Yes, I can. Awesome!

**Author** prettynpink0421 (Instagram: 4961432945)

**Sent**

2020-12-09 18:11:07 UTC

**Body** I'm so excited for him to open his gifts! He's going to freak! Lol

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:11:28 UTC
**Body** Great. I am excited too. Thank you so much.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:11:57 UTC
**Body** I will order them today and send them directly to you.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:12:35 UTC
**Body** Not a problem! Thank you! Ok sounds good! I will look for them.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:13:11 UTC
**Body** I will send you a message with the details as soon as I order them.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:20:44 UTC
**Body** Ok, sounds good. Now I think he just needs a micro boom or whatever it's called. I'm trying to find what exact it is. Lol

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:21:34 UTC
**Body** Ok, find it. I want to help him get what he needs.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:26:16 UTC
**Body** Ok, you want me to send a link when I do?

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:27:56 UTC
**Body** Yes. There are only 3 of those lights left. I got them in the cart now. If you find it soon, I will order it. What name do you want me to use for the shipping?

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:31:51 UTC
**Body** Erica Ibe

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:32:03 UTC
**Body** Ok thanks.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:32:08 UTC
**Body** Welcome

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:32:13 UTC
**Body** You sent a photo.
**Attachments** image-394573771889494 (394573771889494)
**Type** image/jpeg
**Size** 36067
**URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15
/130460231_2062168317253979_42496394151

74911965_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg
=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC
9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z
-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=43
39b753407d11d6557c43f304019a10&oe=6082
59EC



**Photo ID** 394573771889494

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:32:50 UTC
**Body** Is it one of these? Desktop, clamp on desktop or free standing?

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:33:23 UTC
**Body** Micro boom with all the cords, and a mic for the boom. I have to find out what kind of mic he wants.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:35:13 UTC
**Body** I know he wanted to do a podcast together sometime soon. Maybe a desktop one?

**Author**
        prettynpink0421 (Instagram: 4961432945)
   **Sent** 2020-12-09 18:35:21 UTC
   **Body** Probably free stand

**Author** prettynpink0421 (Instagram: 4961432945)
   **Sent** 2020-12-09 18:35:30 UTC
   **Body** Or a desktop

**Author** prettynpink0421 (Instagram: 4961432945)
   **Sent** 2020-12-09 18:35:36 UTC
   **Body** Do desk top

**Author** autokeycarddotcom (Instagram: 43800257633)
   **Sent** 2020-12-09 18:35:54 UTC
   **Body** You sent a photo.
**Attachments** image-951852171887704 (951852171887704)
                    **Type** image/jpeg
                    **Size** 38449
                    **URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15
                           /130082682_401394311007961_569729112915
                           1737639_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=
                           eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9C9
                           pbW9nZW46RFIJTWVkaWFWdGlscyJ9&_nc_ad=z-
                           m&_nc_cid=0&_nc_ht=interncache-ftw&oh=b13
                           f13f8979a9f149f239765306d1180&oe=6082AD
                           A2

01836



**Photo ID** 951852171887704

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:36:11 UTC
**Body** One like this with the metal case?

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:36:32 UTC
**Body** I will find the best one once we figure out a type.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:37:24 UTC
**Body** I can get one like this.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:37:29 UTC
**Body** You sent a photo.
**Attachments** image-414046666393245 (414046666393245)
**Type** image/jpeg
**Size** 35876
**URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15
/130512489_103487471565573_363937823192

01837

4082263_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
pbW9nZW46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=1a3
eb08125522c8f868897627620e086&oe=60807
CFF



**Photo ID** 414046666393245

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:37:29 UTC
**Body** Ya do desk top one and I have been looking at a blue microphone
yeti it's called that's what a lot of YouTube people use for mics

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:39:06 UTC
**Body** Here is the blue yeti

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:39:11 UTC
**Body** You sent a photo.
**Attachments** image-379993699748659 (379993699748659)

**Type**
image/jpeg
**Size** 35081
**URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15
/130219078_412794733403292_466688178841
2380522_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
pbW9nZW46RFlJTWVkaWFFdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=369
66386d8d5372cb871c787b8c2a562&oe=6080F
F5A



**Photo ID** 379993699748659

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:39:22 UTC
**Body** I just started looking into the mic stuff this morning. Lol

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:39:23 UTC
**Body** It has a desktop stand.

**Author**
prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:39:34 UTC
**Body** That would work

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:39:36 UTC
**Body** And a filter.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:40:01 UTC
**Body** It's ok, we will figure it out together.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:40:35 UTC
**Body** I don't want to empty your bank account tho.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:40:52 UTC
**Body** So don't feel obligated please if feel bad

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:41:06 UTC
**Body** I*

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:41:22 UTC
**Body** He is worth it all, you know that. He has been good to me, I will do
the same.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:42:40 UTC
**Body** He is worth it for sure. I'm so proud of him. We have been together
for 13 years so to see his dreams come possible to where he was
when we first met, I am so beyond proud of him.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:43:11 UTC
**Body** I got all the camera stuff doesn't like 2,000$ so he will have a nice
set up which he's been wanting forever now.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:43:33 UTC
**Body** Thank you so much for doing this for him. Means a lot!

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:43:33 UTC
**Body** That's awesom.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:44:00 UTC
**Body** Spent*

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:44:46 UTC
**Body** He is an amazing individual. I like doing my part as he helped me a
lot too.

**Author** prettynpink0421 (Instagram: 4961432945)

**Sent**

2020-12-09 18:44:58 UTC
**Body** Cameras, lights, mic, all the cords etc for the mic whatever that is or even if there's any.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:45:11 UTC
**Body** That's awesome

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:46:29 UTC
**Body**
**Share**      **Date Created** Unknown
               **Text** https://www.amazon.com/Blue-Microphone-Blackout-Filter-Bundle/dp/B07SZ932T9
               **Url** https://www.amazon.com/Blue-Microphone-Blackout-Filter-Bundle/dp/B07SZ932T9

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:46:34 UTC
**Body** That the one you where looking at?

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:47:07 UTC
**Body** Yes. It is in the cart.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:47:36 UTC
**Body** Ok now do you know what else it needs?

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:50:06 UTC
**Body** I'm not sure. This will do for Christmas. If he needs more once he gets it all, we can work it out.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:50:46 UTC
**Body** I added some foam sound pads a d the boom.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:50:56 UTC
**Body** You sent a photo.
**Attachments** image-139781957665093 (139781957665093)
                **Type** image/jpeg
                **Size** 31859
                **URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15/130720185_394365108480280_1684058348051138864_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFWFdGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=58745e037cbaac88986c823d553177e8&oe=608280A3



**Photo ID**  139781957665093

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:51:05 UTC
**Body** And a boom.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:51:33 UTC
**Body** And the foam thingy that goes over the mic.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:52:23 UTC
**Body** I hope you can see it all. I just took a pic of my screen.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:53:02 UTC
**Body** You sent a photo.
**Attachments** image-180611713761513 (180611713761513)
**Type** image/jpeg
**Size** 38547
**URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15
/129779116_666425947384226_811333388388

0708252_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
pbW9nZW46RFIJTWVkaWFWFdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=2b9
74efa7f7579e82bd03b23743f0705&oe=608015
F2



**Photo ID** 180611713761513

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:54:15 UTC
**Body** The boom even has a suspension for the yetti mic.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:54:39 UTC
**Body** I also will get the 900 led lights over the 600 led ones.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 18:54:55 UTC
**Body** More even lighting.

**Author** autokeycarddotcom (Instagram: 43800257633)

**Sent**
2020-12-09 18:56:37 UTC
**Body** I got some of those foam squares for sound deadening too. He
mentioned he wanted to set up a studio at home for podcasts. I am
going to be on one. Lol. It's new to me. I am excited about it all.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 18:59:09 UTC
**Body** Well thank you very much! Awesome! Me too! I can't wait for him
to open them! Way to excited! Thank you again!

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 19:00:07 UTC
**Body** Bless your heart this means so much! Thank you again! :)

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:00:40 UTC
**Body** Kim am ordering them now. Can I get you phone number for the
shipment? Amazon may call to help with delivery. Plus I think they
will send a text when delivered.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 19:00:54 UTC
**Body** 6086170055

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:01:04 UTC
**Body** I'm ording now. Kim typo, lol.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 19:01:31 UTC
**Body** Ok I always check the mail and am at the door to get packages so
he won't know.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 19:01:43 UTC
**Body** Okie dokie sounds good

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:02:33 UTC
**Body** Thank you so much and may God bless you and your family. Merry
Christmas.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 19:02:50 UTC
**Body** Gosh I swear our oldest daughter is going through a growth spurt!
She's eating like crazy!

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 19:03:22 UTC
**Body** Thank you! And merry Christmas to you too and your family and
friends.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:03:36 UTC
**Body** You sent a photo.
**Attachments** image-1011878825974876 (1011878825974876)
**Type** image/jpeg
**Size** 31199

**URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15
/129773978_515234466101550_354669191685
0764035_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
pbW9nZW46RFIJTWVkaWFFVdGIscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=c2fc
7acda1ea45190792babf51878e1d&oe=607FAE
A6



**Photo ID** 1011878825974876

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:03:40 UTC
**Body** You sent a photo.
**Attachments** image-441707213888276 (441707213888276)
**Type** image/jpeg
**Size** 39623
**URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15
/130302122_1273946162960741_13577813482
4160781_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9

pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=9d9
190eb8ad10b653eb5cda980f469ee&oe=607F8F
54



**Photo ID** 441707213888276

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:03:55 UTC
**Body** Done. All delivered by the 16th.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-09 19:04:08 UTC
**Body** Oh sounds good! Thank you!

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:04:21 UTC
**Body** Thank you too.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-09 19:05:58 UTC
**Body** It's me calling. You have 1 minute?

**Author**
    prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-30 01:20:27 UTC
**Body** Thank you for the keychain! That was very special! I love it! :)

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2020-12-30 02:41:07 UTC
**Body** Your man helped make it all possible. He is one hell of a salesman.
I was just thinking bling, bling when I saw it. I figured it was
something most people don't get. So I got it. The new year is
gonna be great for us all. Matt and I have been brainstorming and
making big plans for our futures. Thank you so much too.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2020-12-30 02:43:30 UTC
**Body** It definitely looks gorgeous with the purse! I love shiny bling,
rhinestone stuff. I really appreciate it and thank you for everything
you have done for our family. Much ❤ to you and your family!

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2021-01-02 20:41:42 UTC
**Body** I just wanted to let you know that the your business cards that are
in the ouch with the item say autokeycard and not autokeycards.
I'm sure you know but just in case you haven't. I know when matt
did his last live stream people were getting confused with what site
they should use.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2021-01-03 01:14:50 UTC
**Body**
**Share**    **Date Created** Unknown
        **Text** They both go to the same place. The store is at
autokeycards.com. If you go to the original with
no s then click on enter and it goes to the store
with an s. Next month I am moving the site to
our new freedom platform. Then it will be
autokeycard.com for the store. Then the one
with an s will go there too. This all comes from
my original hosting service closing my store for
no reason and me getting back up quickly. I am
just getting rid of the last of my old logo
business cards. I am going to make new ones
with the new logo and info next month.
        **Url** autokeycards.com

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2021-01-03 01:16:40 UTC
**Body** Good job on the live stream. That was real creative using
Instagram too. There were 30 orders by the next morning after I
went to bed at 2am.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2021-01-03 03:07:58 UTC
**Body** Oh ok. That awesome. Matt didn't want to do and said it may be
stupid but I pushed him to do it and then he said thank you to me
lol I also answered emails that wanted links to the site too. :)

**Author**
autokeycarddotcom (Instagram: 43800257633)
**Sent** 2021-01-04 03:39:37 UTC
**Body** Good decision.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2021-01-04 06:03:30 UTC
**Body** Liked a message

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2021-01-04 06:03:37 UTC
**Body** Thanks

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2021-01-31 23:11:26 UTC
**Body** Are you ok? Matt's worried if something happened to you.

**Author** autokeycarddotcom (Instagram: 43800257633)
**Sent** 2021-02-01 15:51:06 UTC
**Body** All good. Just working hard. I did forget to call him back. Talked to him last night.

**Author** prettynpink0421 (Instagram: 4961432945)
**Sent** 2021-02-01 19:35:46 UTC
**Body** Ya I know. Lol you called right after I sent this.