# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Robert Allen, certify:

1.   I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.   I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on March 6, 2021. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 19736439593.

3.   The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4.   I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 24, 2021

Robert Allen
Custodian of Records

facebook

## Instagram Business Record

Page 1

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 19736439593 |
| **Account Identifier** | therealjustin_ervin |
| **Account Type** | InstagramUser |
| **Generated** | 2021-03-24 21:17:22 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2021-03-02 23:59:59 UTC |

**Ncmec Reports Definition** NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.
Media uploaded in this cybertip: Media associated with the cybertip.
Id: Unique identifier associated with the media.
Upload Time: Date and time account holder uploaded the content.
Ncmec File Id: NCMEC Identifier associated with the cybertip.
Recipients: The account holder that received the content.

**NCMEC CyberTip Numbers** No responsive records located

**Name Definition** Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name**     **First** Kristopher Justin Ervin

**Name Changes Definition** Name Changes: Name changes associated with the account.
Old Name: The old name associated with the account.
New Name: The new name associated with the account.

**Name Changes** No responsive records located

**Emails Definition** Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses** No responsive records located

**Vanity Definition** Vanity: Username associated with the account.

**Vanity Name** therealjustin_ervin

**Vanity Changes**
**Definition**  Vanity Changes: Vanity changes associated with the account.
New Vanity: New vanity selected.
Old Vanity: Old vanity selected.

**Vanity Changes**          **Old Vanity**  kristopher_justin_ervin
                            **New Vanity**  therealjustin_ervin

**Registration**  Registration Date: Date and time of account creation.
**Date Definition**

**Registration**  2019-09-09 20:07:48 UTC
**Date**

**Registration Ip**  IP address associated with account creation.
**Definition**

**Registration Ip**  2601:345:100:3238:3496:e8ff:aade:63e6

**Account End**  Account End Date: Displays the status of the account at the time the records were generated.
**Date Definition**  Time: Date and time the account was closed.
Reason: The account was closed (deactivated, disabled, deleted).

**Account**      **Account Still**  true
**Closure Date**      **Active**

**Phone**  Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account
**Numbers**  holder responded to a text sent to the listed phone number.
**Definition**

**Phone**  +19044059878  Verified
**Numbers**



**Privacy** Privacy Settings: Displays current privacy settings of the account holder.
**Settings** Name: Facebook category.
**Definition** Value: Privacy field as selected by the account holder (e.g., Only Me, Friends, Public, etc.)

| **Privacy Settings** | **Name** | REQUIRE_APPROVAL_TO_FOLLOW |
| | **Value** | false |

| **Popular Block** | **Blocked** | false |

| **Devices** | **Type** | UUID |
| | **Id** | android-ad1e94a977466d4e |
| | **Active** | true |

**Gender** Gender provided by the account holder.
**Definition**

| **Gender** | Male |

**Website Definition**   Website: Websites provided by account holder in About Me section.

**Website**   No responsive records located

**Following**   mbervin (387732403) [Megan Ervin]
sad_wotermelon_33 (9538084800) [Joyce]
_co_jo (524248375) [Courtney Jones]
murphdirty33 (9144149) []
fullspectrumfirearmstraining (33978123752) [The Prof.]
tjb91075 (370818442) [Joe Brown]
notanothercharlie (4159404712) [Charlie Wolfe]
bloomfieldchristina (1425279932) [Christina Bloomfield]
goonzquad (3926381369) [goonzquad]
80eighty (1619598360) [80Eighty® Dream Car Giveaway®]
patriotic.army (458179251) [Patriotic Army]
s.upr.a (31523229250) [T O Y O T A   S U P R A]
linnlowes (53362084) [LINN LOWES - WORKOUTS]
supras.and.skylines (1559990276) [Supras And Skylines]
seafood_slanger (4178285935) [Ronald]
matthewfitzhugh (35385926127) [Matthew Fitzhugh]
mssannamaria (871945747) [Sanna-Maria]
fitbabesnation (7567941433) [FIT BABES MOTIVATION🏋️]
collegebabes01 (34979754279) [🎓👙 College Babes 👙🎓]
college.babes (312391672) [Babes and Influencer Events👙]
bjjwolfe (1600477499) [C.Wolfe]
mrgunsngear (1501939693) [Mrgunsngear]
kristenwebbyoga (2365573476) [Kristen Webb]
brandy.weflen (26469760639) [Brandy Nelson Weflen]
kristen.ervin.908 (8281259588) [Kristen Ervin]
__toyota_supra__ (3047393568) [TOYOTA  SUPRA]
suprafactory (2532324732) [Supra mk4 🚗 mk3]
suprahub (8443201295) [Supra MK3 / MK4 / MK5]
grubbin.with.greg (29903510855) [904 Grubbin & Beyond (FOOD)]
904tography (48186917) [Greggo Imagery]
turfandsurface (39928454782) [Turf and Surface]

**Followers**   boekeluke (14804200158) [Luke Boeke]
theallistair (208992274) [Allistair Wilkie]
vottbot (3024095608) [Richard Vogt]
seven.six.two (8086840937) [seven.six.two]
frazierbolton513 (2521311407) []
sad_wotermelon_33 (9538084800) [Joyce]
mbervin (387732403) [Megan Ervin]
bjjwolfe (1600477499) [C.Wolfe]
_co_jo (524248375) [Courtney Jones]
murphdirty33 (9144149) []
tjb91075 (370818442) [Joe Brown]
bloomfieldchristina (1425279932) [Christina Bloomfield]
kristen.ervin.908 (8281259588) [Kristen Ervin]
forex_jared435 (5969482712) [jared📈]
matthewfitzhugh (35385926127) [Matthew Fitzhugh]
grubbin.with.greg (29903510855) [904 Grubbin & Beyond (FOOD)]
904tography (48186917) [Greggo Imagery]
turfandsurface (39928454782) [Turf and Surface]

**Incoming Follow Requests**  No responsive records located


**About Me Definition**  About Me: Displays what the account holder has written about themselves, if anything, in the 'About Me' section on Facebook.

**About Me**  No responsive records located


**Photos Definition**  Photos: Information about the photos uploaded to the account.
Album: Name of album containing the photo.
Image: Displays the image.
Id: Unique identifier associated with the image.
Title: Caption/title associated with the image.
Link: Facebook link associated with the image.
Upload Ip: IP address associated with the uploaded image.
Album Name: Name of the album the photo is associated with.
Uploaded: Date and time image is uploaded.
Comments: Comments associated with photo.
User: Account holder associated with the comment.
Text: Body of the comment.
Time: Date and time associated to the comment.

**Photos**              **Image**



**Photo ID** 2484846702112268047
**Id** 2484846702112268047
**Taken** 2021-01-12 07:33:51 UTC

**Status**

0 - Active
**Url** https://www.instagram.com/p/CJ78ukIs98P
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 45.132.115.190
**Comments**

**Image**

**Author**
            false
**Upload Ip** 45.132.115.190
**Comments**                        **User** turfandsurface (39928454782) [Turf and Surface]
                                      **Id** 17860979984353815
                            **Date Created** 2021-01-09 23:53:01 UTC
                                  **Status** 0
                                     **Text** 🤝🤝

**Image**



            **Photo ID** 2481936509070044138
                **Id** 2481936509070044138
             **Taken** 2021-01-08 07:11:49 UTC
            **Status** 0 - Active
               **Url** https://www.instagram.com/p/CJxnBrqMWvq
            **Source** Android Library
            **Filter** 0 - Normal
      **Is Published** true
         **Shared By** false
            **Author**
         **Upload Ip** 136.144.43.122
          **Comments**

            **Image**






**Photo ID** 2481935094658396031
**Id** 2481935094658396031
**Taken** 2021-01-08 07:09:01 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CJxmtGYsG9_
**Source** Android Library
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 136.144.43.122
**Comments**

**Image**



**Photo ID** 2475699894383450708
**Id** 2475699894383450708
**Taken** 2020-12-30 16:40:47 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CJbc-_nMppU
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 104.238.59.19
**Comments**

**Image**



|  |  |
|---|---|
| **Photo ID** | 2473905186430575308 |
| **Id** | 2473905186430575308 |
| **Taken** | 2020-12-28 05:15:01 UTC |
| **Status** | 2 - Deleted by admin |
| **Url** | https://www.instagram.com/p/CJVE6jIMOLM |
| **Source** | Android Library |
| **Filter** | 112 - Clarendon |
| **Is Published** | true |
| **Shared By** | false |
| **Author** | |
| **Upload Ip** | 136.144.43.122 |
| **Comments** | |
| | |
| **Image** | |



| | | |
|---:|:---|:---|
| **Photo ID** | 2447253284419002334 | |
| **Id** | 2447253284419002334 | |
| **Taken** | 2020-11-21 10:42:27 UTC | |
| **Status** | 0 - Active | |
| **Url** | https://www.instagram.com/p/CH2Y-VIM9_e | |
| **Source** | Android Library | |
| **Filter** | 615 - Lark | |
| **Is Published** | true | |
| **Shared By** | false | |
| **Author** | | |
| **Upload Ip** | 104.238.58.46 | |
| **Comments** | **User** | susanwolfe5525 (28364809281) [susan wolfe] |
| | **Id** | 18084187432216285 |
| | **Date Created** | 2020-11-21 12:22:08 UTC |
| | **Status** | 0 |
| | **Text** | Yes lol |

**Image**







**Photo ID**  2443509310575226125
**Id**  2443509310575226125
**Taken**  2020-11-16 06:43:50 UTC

**Status**

    0 - Active

**Url** https://www.instagram.com/p/CHpFsWOMi0N

**Source** Android Library

**Filter** 0 - Normal

**Is Published** true

**Shared By** false

**Author**

**Upload Ip** 45.132.115.154

**Comments**

**Image**



**Photo ID** 2440478120637133306

**Id** 2440478120637133306

**Taken** 2020-11-12 02:21:24 UTC

**Status** 0 - Active

**Url** https://www.instagram.com/p/CHeUeumsHH6

**Source** Android Library

**Filter** 0 - Normal

**Is Published** true

**Shared By** false

**Author**

**Upload Ip** 104.238.59.132

**Comments**

**Image**



**Photo ID** 2433373598781738946
**Id** 2433373598781738946
**Taken** 2020-11-02 07:05:59 UTC
**Status** 0 - Active

**Url**
https://www.instagram.com/p/CHFFGVBMw_C
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 45.132.227.50
**Comments**

**Image**



**Photo ID** 2433372858344479080
**Id** 2433372858344479080
**Taken** 2020-11-02 07:04:31 UTC

**Status**
    0 - Active
**Url** https://www.instagram.com/p/CHFE7jbsxlo
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 45.132.227.50
**Comments**

**Image**



**Photo ID** 2428145434799269097
**Id** 2428145434799269097
**Taken** 2020-10-26 01:58:33 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CGygWh4MmTp
**Source** Android Library
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 104.238.58.118
**Comments**



**Photo ID** 2423131045566246936
**Id** 2423131045566246936
**Taken** 2020-10-19 03:55:52 UTC

**Status**
    0 - Active
**Url** https://www.instagram.com/p/CGgsNj_MnAY
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 45.131.193.31
**Comments**    **User** susanwolfe5525 (28364809281) [susan wolfe]
    **Id** 17876651017930077
    **Date Created** 2020-10-19 10:34:59 UTC
    **Status** 0
    **Text** ▢▢▢▢

**Image**



**Photo ID** 2419998283282617892
**Id** 2419998283282617892
**Taken** 2020-10-14 20:11:37 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CGVj53wHZYk
**Source** Android Library
**Filter** 112 - Clarendon
**Is Published** true
**Shared By** false
**Author**
**Upload Ip** 104.238.58.105
**Comments**

**Profile Picture**



**Photo ID** 17874737107907045

**Comments**

**Id** 17862284411241837
**Date Created** 2020-11-22 20:32:59 UTC
**Status** ACTIVE
**Text** Engineer775 will do the install and is close to you guys. Check them both out. Their subscribers will be come yours too. Massive growth. Dang Son!
**Media Content Id** 2448074683548908679
**Media Owner** goonzquad (3926381369)

**Id** 17872695803063227
**Date Created** 2020-11-22 20:32:06 UTC
**Status** ACTIVE
**Text** Call Ron Hubbard of atlas survival shelters. He will give you a free bunker for putting it on YouTube. Rising s bunkers suck. Matt at demolition ranch regrets this. Fyi. It will be awesome. Shipping containers suck as bunkers. Big fan here. Been watching you guys since the beginning. Good luck. Nice to see you guys grow.
**Media Content Id** 2448074683548908679
**Media Owner** goonzquad (3926381369)

**Id** 17858822264254282
**Date Created** 2020-11-22 20:33:33 UTC
**Status** ACTIVE
**Text** You can put the bunker under the garage.
**Media Content Id** 2448074683548908679
**Media Owner** goonzquad (3926381369)

**Id** 17940784144409495
**Date Created** 2020-11-13 21:47:58 UTC
**Status** ACTIVE
**Text** I love it. Great work and awesome video.
**Media Content Id** 2440880061736555750
**Media Owner** Turf and Surface (39928454782)

**Id**
17920201738472689
**Date Created** 2020-11-01 03:03:02 UTC
**Status** ACTIVE
**Text** Super awesome. I like the sign.
**Media Content** 2432287779550912113
**Id**
**Media Owner** Turf and Surface (39928454782)


**Id** 18115746811199003
**Date Created** 2020-12-13 06:38:53 UTC
**Status** ACTIVE
**Text** Nice job, video is cool too.
**Media Content** 2461490416544347370
**Id**
**Media Owner** Turf and Surface (39928454782)


**Id** 18117777790159228
**Date Created** 2020-10-13 19:48:04 UTC
**Status** ACTIVE
**Text** Worked great.
**Media Content** 2417980301589633837
**Id**
**Media Owner** Turf and Surface (39928454782)


**Id** 18050371408300414
**Date Created** 2020-11-21 03:26:32 UTC
**Status** ACTIVE
**Text** Follow me dang it. I took that awesome picture of you. New account.
**Media Content** 2443287888658775786
**Id**
**Media Owner** Kristen Ervin (8281259588)


**Id** 17954446060369489
**Date Created** 2020-10-16 14:46:23 UTC
**Status** ACTIVE
**Text** I love this.
**Media Content** 2068402821921210124
**Id**
**Media Owner** Kristen Ervin (8281259588)


**Id** 18172348489041021
**Date Created** 2020-11-16 00:54:05 UTC
**Status** ACTIVE
**Text** Nice, Bad to the bone!
**Media Content** 2443287888658775786
**Id**
**Media Owner** Kristen Ervin (8281259588)


**Id** 17882897446782442
**Date Created** 2020-10-16 14:45:36 UTC
**Status** ACTIVE
**Text** I do the same at every hotel I stay in. Disney too a few times. I just carry it in my
tennis racket bag. Plus I bring 210 rounds. Lol. 7 mags.
**Media Content** 2421253627254911194
**Id**
**Media Owner** Mrgunsngear (1501939693)

**Id**
17942347786406210
**Date Created** 2020-11-21 03:27:48 UTC
**Status** ACTIVE
**Text** Did you get the fuel line replaced yet?
**Media Content** 2446707099079008198
**Id**
**Media Owner** Kristen Ervin (8281259588)

**Id** 17881996135834516
**Date Created** 2020-10-15 19:16:11 UTC
**Status** ACTIVE
**Text** The real deal.
**Media Content** 2420614185309633299
**Id**
**Media Owner** TOYOTA  SUPRA (3047393568)

**Id** 18119241712163722
**Date Created** 2020-12-05 19:09:52 UTC
**Status** ACTIVE
**Text** Been here before. Lol.
**Media Content** 2456267007887099930
**Id**
**Media Owner** Supra MK3 / MK4 / MK5 (8443201295)

**Id** 17913341053483511
**Date Created** 2020-10-23 04:12:33 UTC
**Status** ACTIVE
**Text** I really like the before and after pictures.
**Media Content** 2425939908995995575
**Id**
**Media Owner** Turf and Surface (39928454782)

**Id** 17959739392350235
**Date Created** 2020-10-23 18:08:44 UTC
**Status** ACTIVE
**Text** Is it just me or are collage babes going down hill? Lol.
**Media Content** 2426353973663864217
**Id**
**Media Owner** 〇〇〇〇 College Babes 〇〇〇〇 (34979754279)

**Id** 18130405492193115
**Date Created** 2020-11-29 20:28:39 UTC
**Status** ACTIVE
**Text** Both.
**Media Content** 2453271954763133406
**Id**
**Media Owner** T O Y O T A   S U P R A (31523229250)

**Videos** Videos: Videos uploaded by the account holder.
**Definition** Id: Unique identifier associated with the video.
Description: Title associated with the video.
Link: Facebook link associated with video.
Upload Ip: IP address associated with video upload.
Uploaded: Date and time associated with video upload.

Comments: Comments associated with video.
User: Account holder associated with the comment.
Text: Body of the comment.
Time: Date and time associated to the comment.

**Videos** No responsive records located

**Live Videos** No responsive records located

**Unified** Unified Messages: Private messages between account holders.
**Messages** Thread: Unique identifier associated with conversation thread.
**Definition** Current Participants: Account holders involved in conversation thread.
Author: Account holder that sent message.
Sent: Date and time of message sent.
Removed by Sender: Indicates that the content has been removed by the sender.
Call Record: Indicates a call was made through conversation thread.
Type: Indicates the method in which a call was placed (Facebook accounts only).
Missed: Indicates if the call was missed.
Duration: Length of the call (in seconds).
Attachments: Files associated with the message.
Type: Description of what type of attachment.
Size: The size of the file sent.
URL: URL of the content.
Body: Text of message, or description of content type sent.
Past Participants: Lists the account holders that have previously been subscribed to the message thread
(Facebook accounts only).
Subscription Event: Indicates an update to a participant's subscription to the conversation thread
(Instagram accounts only).
Type: Indicates action associated with the participant (Instagram accounts only).
Users: the account holders impacted by the subscription update (Instagram accounts only).
Share: Items shared into the message thread between account holders.
Date Created: Date and time associated with the share.
Text: Content of the share.
URL: URL of the content.

**Unified**           **Thread** (512907843444464)
**Messages**                    **Current** 2021-03-24 21:17:56 UTC
                           **Participants** seafood_slanger (Instagram: 4178285935)
                                        therealjustin_ervin (Instagram: 19736439593)

                                **Author** therealjustin_ervin (Instagram: 19736439593)
                                  **Sent** 2020-11-03 02:09:02 UTC
                                  **Body** Your handle name is awesome.

                      **Thread** (512907850111130)
                                **Current** 2021-03-24 21:17:56 UTC
                           **Participants** goonzquad (Instagram: 3926381369)
                                        therealjustin_ervin (Instagram: 19736439593)

                                **Author** therealjustin_ervin (Instagram: 19736439593)

**Sent**

2020-11-19 20:01:31 UTC

**Body** Call Ron Hubbard of atlas survival shelters. He will give you a free
bunker for putting it on YouTube. Rising s bunkers suck. Matt at
demolition ranch regrets this. Fyi. It will be awesome. Shipping
containers suck as bunkers. Big fan here. Been watching you guys
since the beginning. Good luck. Nice to see you guys grow.

**Author** therealjustin_ervin (Instagram: 19736439593)
**Sent** 2020-11-19 20:18:25 UTC
**Body** Engineer775 will do the install and is close to you guys. Check
them both out. Their subscribers will be come yours too. Massive
growth. Dang Son!



**Thread**  (512907826777799)
**Current**  2021-03-24 21:17:56 UTC
**Participants**  texas_gun_vault (Instagram: 4540347413)
therealjustin_ervin (Instagram: 19736439593)

**Author**  therealjustin_ervin (Instagram: 19736439593)
**Sent**  2020-11-14 05:39:55 UTC
**Body**  Hey it is me. I got your message and sent you a reply.  Let's  talk more.

**Author**  therealjustin_ervin (Instagram: 19736439593)
**Sent**  2020-11-14 05:43:00 UTC
**Body**
**Share**      **Date Created**  Unknown
**Text**  Oh, I forgot one thing. It is equal to a solvent trap. Just a piece of metal and notagunpart.com.
**Url**  notagunpart.com

**Author**  texas_gun_vault (Instagram: 4540347413)
**Sent**  2020-11-14 16:53:53 UTC
**Body**  Hey! Thank you for sending me those. It took me a little bit to figure out what they were.

**Author**  therealjustin_ervin (Instagram: 19736439593)
**Sent**  2020-11-16 00:10:46 UTC
**Body**  Cool. Thank you too. I am a fan. My whole business model is to support great channels to help them grow while educating and creating interesting conversations. Crs did a video and it's going viral with over 150,000 views since Thursday. Sales have been good too. It's a win win. Let me know if I can help you in any way. It's not only about sales, it's about growing the public perception of our freedoms. I have several other not related products I am working on. Many possibilities in the future to help each other. Reach out any time. I appreciate you.

**Thread**

(505875914147657)
**Current** 2021-03-24 21:17:56 UTC
**Participants** bjjwolfe (Instagram: 1600477499)
therealjustin_ervin (Instagram: 19736439593)

**Author** therealjustin_ervin (Instagram: 19736439593)
**Sent** 2020-10-21 06:05:24 UTC
**Body** I c you.

**Author** therealjustin_ervin (Instagram: 19736439593)
**Sent** 2020-10-23 04:13:50 UTC
**Body**
**Share** **Date Created** Unknown
**Text** #autokeycard.com
**Url** autokeycard.com

**Author** therealjustin_ervin (Instagram: 19736439593)
**Sent** 2020-10-23 04:14:03 UTC
**Body** #autokeycard



**Thread**   (512907840111131)
**Current**   2021-03-24 21:17:56 UTC
**Participants**   kristen.ervin.908 (Instagram: 8281259588)
                   therealjustin_ervin (Instagram: 19736439593)

**Author**   therealjustin_ervin (Instagram: 19736439593)
**Sent**   2020-10-19 03:12:11 UTC
**Body**



**Thread**   (444856833582899)
         **Current**   2021-03-24 21:17:56 UTC
**Participants**   matthewfitzhugh (Instagram: 35385926127)
                   therealjustin_ervin (Instagram: 19736439593)


          **Author**   therealjustin_ervin (Instagram: 19736439593)
            **Sent**   2020-11-02 16:29:07 UTC
            **Body**   Yo, good to see you. You found me. Lol. Hit me up. 9044059878.

          **Author**   therealjustin_ervin (Instagram: 19736439593)
            **Sent**   2020-11-02 16:31:09 UTC
            **Body**   Wanta go shoot some hogs? I do. I just got an AR10 in
                       6.5creedmoor and I am excited to go use it.

          **Author**   matthewfitzhugh (Instagram: 35385926127)
            **Sent**   2021-01-23 19:52:11 UTC
            **Body**   Give me a call just left the gun show

          **Author**   matthewfitzhugh (Instagram: 35385926127)
            **Sent**   2021-01-23 19:52:22 UTC
            **Body**   4769080

          **Author**   matthewfitzhugh (Instagram: 35385926127)
            **Sent**   2021-02-01 05:54:09 UTC
            **Body**
           **Share**       **Date Created**   Unknown
                                  **Text**   🔫 🐗
                                   **Url**   https://www.instagram.com/p/CKpjkxHg_uZ/


          **Author**   matthewfitzhugh (Instagram: 35385926127)
            **Sent**   2021-02-01 05:54:50 UTC
            **Body**

          **Author**   matthewfitzhugh (Instagram: 35385926127)
            **Sent**   2021-02-01 05:56:24 UTC
            **Body**   Matthew Fitzhugh sent an attachment.

          **Author**   matthewfitzhugh (Instagram: 35385926127)
            **Sent**   2021-02-01 05:56:26 UTC
            **Body**
           **Share**       **Date Created**   Unknown

**Text**
> Her: "he's probably out talking to other girls"
> Him and the fellas:  #DOGE @5thyear  (via
> @Michaelvorobets)

**Url** https://www.instagram.com/p/CKuy8_Eh8T_/


**Author**  matthewfitzhugh (Instagram: 35385926127)
**Sent**  2021-02-04 11:04:39 UTC
**Body**  https://www.reddit.com/r/dogecoin/comments/lcamjh/daddy_elon/?
utm_source=share&utm_medium=ios_app&utm_name=iossmf
**Share**      **Date Created**  Unknown
> **Text**  https://www.reddit.com/r/dogecoin/comments/lc
> amjh/daddy_elon/?utm_source=share&utm_med
> ium=ios_app&utm_name=iossmf
> **Url**  https://www.reddit.com/r/dogecoin/comments/lc
> amjh/daddy_elon/?utm_source=share&utm_med
> ium=ios_app&utm_name=iossmf


**Author**  therealjustin_ervin (Instagram: 19736439593)
**Sent**  2021-02-09 23:17:27 UTC
**Body**  You sent an attachment.

**Author**  matthewfitzhugh (Instagram: 35385926127)
**Sent**  2021-02-24 00:43:10 UTC
**Body**  https://www.instagram.com/p/CLpzN51npJd/?igshid=1ml8pa550ma
l9
**Share**      **Date Created**  Unknown
> **Text**  https://www.instagram.com/p/CLpzN51npJd/?igs
> hid=1ml8pa550mal9
> **Url**  https://www.instagram.com/p/CLpzN51npJd/?igs
> hid=1ml8pa550mal9

