

04079













**Left conversation (JE):**

Hey, I got those larger baseball card boxes in on Saturday. I would like to bring them by this afternoon. How are we doing on the new order production? I only have 20 cards left and they are selling good. I am almost totally out. Looking for a status update.

I've got
300 3/1 with cutouts,
300 3/1 without cutouts done.
The only thing is we haven't finished cleaning the oil off the parts.

**Right conversation (JE):**

...cleaning the oil off the parts.

Awesome. What time is good to come by today? After 3 is good for me. I have some work to do between now and then. Then I can come by.

Yeah after 3 is fine with us. Are you okay with the cards being oily? Some are cleaned but not all of them

I'm am fine with it. I can wipe them to help speed up the process. The customers are ready to buy. I want to get them back in stock asap. I still have to surface condition them. I hope to be back in stock for black Friday. Thanks for your hard work. See you about 3.

Are you going to be coming by today? I should have 100 of the 2-1 and 100 of the 1-1 both with cutouts, hopefully done before 3ish

Ok, I will see you at 3. Thank you so much.



much.

Headed your way now. See you in 15 min.

Traffic is bad. I am almost to wells road on blanding. Fyi.

Ok

Hey, just wanted to check in a see when the rest of the order will be ready for pick up. Looking for a status update. Thanks.

Hey Justin, I'm gonna try to get more cut out by the end of this week.

Ok, sooner the better. I know you got a lot on your plate. Just do the best you can. Thanks as always.

When is a good time to come by and get the rest of the order?

---

get the rest of the order?

Hey Justin sorry for the late response, we've been busy trying to get all these orders out before the end of the year. I've only got 100 1in1 w/ cutouts and 100 2in1 w/ cutouts to finish those cards for the order. But we still owe you 200 each of the none cutouts for the 1in1 and 2in1, so id rather wait till we get the whole order finished. I can get the rest of the order to you by Wednesday of next week if that's okay.

Ok, that will work. I need the rest of the order as soon as you can. Let me know next week when it's good to come by and pick it up. Have a great weekend and thank you.

Just wanted to check and see if we are still on track for Wednesday?

Might need untill Thursday, our compressor has been down all day but the maintenance guys just got

---









