Hooker, Jesse R., Jr.



| | |
|---|---|
| From: | Jack Clarkson < > |
| Sent: | Monday, March 8, 2021 11:27 AM |
| To: | Hooker, Jesse R., Jr. |
| Subject: | Auto key card |





1



To: Justin Erving

Merry Christmas to you and your family from Justin Ervin.

Thu, Jan 14, 5:45 PM

Hey, when would be a good time to stop by tomorrow?

> Hey just I will call you back in just a few

Ok, cool.

Fri, Jan 15, 7:12 AM

I'm just finishing up breakfast at grumpys on Kingsley now. I will see you soon.



2



To: Justin Erving

Tue, Feb 2, 3:15 PM

Hey, just wanted to check in and see how it's going. Call me when you get a chance.

Tue, Feb 2, 8:10 PM

Sorry, I got busy with a few things and my phone died. Thanks for calling me back. I will call you tomorrow. Just looking for a status update to help me plan.

Tue, Feb 9, 4:21 PM

Great job and good packaging. Thank you, I appreciate it.



04103





4

04104





Here it is after this weekend.

04105








7

04107



**Notification**

To: Justin Erving

*Mon, Feb 22, 3:02 PM*

Headed your way.

*Mon, Feb 22, 4:50 PM*

Check out.
Notagunpart.com

Check out.
Autokeycard.com

Jack,

Just so you know the new model has one or many "J's" representing the artist name, mine. It's 100% first amendment activity. I just wanted to register my already



To: Justin Erving

genius artwork. The intent is artwork, conversation piece, satire of stupid ideas, and my political protest. If you have any questions, I am here to help you understand. I am sorry it went this way. You are at no risk at all. It's just an artwork idea and that's it. A picture on a card and a fresh start for me. I have even had offers to buy the company. Free Speech Industries, LLC. Call me if you need anything.
Your friend, Justin Ervin

Mon, Feb 22, 7:02 PM



Dude, I understand your position. You have got to

04109



To: Justin Erving

copywriten art before I shared the free speech idea with you. Everyone I had look at it said it was genius artwork. The intent is artwork, conversation piece, satire of stupid ideas, and my political protest. If you have any questions, I am here to help you understand. I am sorry it went this way. You are at no risk at all. It's just an artwork idea and that's it. A picture on a card and a fresh start for me. I have even had offers to buy the company. Free Speech Industries, LLC. Call me if you need anything.
Your friend, Justin Ervin



04110



To: Justin Erving

> Dude, I understand your position. You have got to understand mine. I have an obligation to understand my legal exposure, and decide if this is something I that I can manufacture.
>
> You should have been straight forward with me from the beginning.

> How is is scaled?

> 1:1?



I understand your position too. I apologize for any inconvenience. Have your people look at it and we will continue to grow the business together.

11

04111



Orange Park Machine
Jack Clarkson
Cell:
Office:

Sent from my iPhone