# Orange Park Machine, Inc.

## Acknowledgment

Sold To: UNKNOWN
UNKNOWN

Ship To: WALK-IN

| | |
|---|---|
| **Order Number:** 11541 | **PO Number:** 9-25-20 |
| **Date Entered:** 09/25/2020 | **Ship Via:** |
| **Customer:** WALK-IN | **Salesman:** UNKNOWN... |
| **Phone:** | **Terms:** Net 30 Days |
| **FAX:** | **Contact:** |
| **FOB:** | |

ESTIMATING $1.00 PER PART TO ADD SURFACE CONDITIONING REQUIREMENTS

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 100 | SOP-0002-001 - KEY CARD 1 IN 1 WITH CUTOUTS - LASER ONLY 18GA 304SS<br><br>Release Date(s):<br>    100 by 01/01/0001 | | $2.20 / EA | $220.00 |
| 2 | 100 | SOP-0001-001 - KEY CARD 1IN 1 NO CUT OUTS - LASER ONLY 18GA 304SS<br><br>Release Date(s):<br>    100 by 01/01/0001 | | $2.20 / EA | $220.00 |
| 3 | 100 | SOP-0001-002 - KEY CARD 2 IN 1 NO CUT OUTS- LASER ONLY 18GA 304SS<br><br>Release Date(s):<br>    100 by 01/01/0001 | | $2.20 / EA | $220.00 |
| 4 | 100 | SOP-0001-003 - KEY CARD 3 IN 1 WITH BOTTLE OPENER NO CUTOUTS - LASER ONLY 18GA 304SS<br><br>Release Date(s):<br>    100 by 01/01/0001 | | $2.45 / EA | $245.00 |

Report Generated:  03/28/2023 12:28:45 PM          Document Number: 004          Page 1 of 2

35853

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 5 | 100 | SOP-0002-002 - KEY CARD 2 IN 1 WITH CUTOUTS- LASER ONLY<br>18GA 304SS<br><br>Release Date(s):<br>  100 by 01/01/0001 | | $2.20 / EA | $220.00 |
| 6 | 100 | SOP-0002-003 - KEY CARD 3 IN 1 WITH BOTTLE OPENER WITH CUTOUTS - LASER ONLY<br>18GA 304SS<br><br>Release Date(s):<br>  100 by 01/01/0001 | | $2.45 / EA | $245.00 |

|  |  |
|---|---|
| Sub-Total: | $1,370.00 |
| : | $0.00 |
| Order Total: | $1,370.00 |

_____

Authorized Signature

Orange Park Machine, Inc.

35854