

# Orange Park Machine, Inc.

**ORANGE PARK**
MACHINE & FAB

### *Acknowledgment*

**Sold** UNKNOWN
**To:** UNKNOWN

**Ship** WALK-IN
**To:**

| | | | |
|---|---|---|---|
| **Order Number:** | 11611 | **PO Number:** | |
| **Date Entered:** | 11/30/2020 | **Ship Via:** | |
| **Customer:** | WALK-IN | **Salesman:** | UNKNOWN... |
| **Phone:** | | **Terms:** | Net 30 Days |
| **FAX:** | | **Contact:** | |
| **FOB:** | | | |

ESTIMATING $1.00 PER PART TO ADD SURFACE CONDITIONING REQUIREMENTS

Thank you for the opportunity.

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 200 | SOP-0002-001 - KEY CARD 1 IN 1 WITH CUTOUTS - LASER ONLY 18GA 304SS<br><br>Release Date(s): 100 by 11/30/2020 100 by 11/30/2020 | | $2.20 / EA | $440.00 |
| 2 | 200 | SOP-0001-001 - KEY CARD 1IN 1 NO CUT OUTS - LASER ONLY 18GA 304SS<br><br>Release Date(s): 200 by 11/30/2020 | | $2.20 / EA | $440.00 |
| 3 | 200 | SOP-0001-002 - KEY CARD 2 IN 1 NO CUT OUTS - LASER ONLY 18GA 304SS<br><br>Release Date(s): 200 by 11/30/2020 | | $2.20 / EA | $440.00 |
| 4 | 300 | SOP-0001-003 - KEY CARD 3 IN 1 WITH BOTTLE OPENER NO CUTOUTS - LASER ONLY 18GA 304SS<br><br>Release Date(s): 300 by 11/30/2020 | | $2.45 / EA | $735.00 |

04097

| Item | Quantity | Description | Revision | Unit Price | Amount |
|------|----------|-------------|----------|------------|--------|
| 5 | 200 | SOP-0002-002 - KEY CARD 2 IN 1 WITH CUTOUTS- LASER ONLY 18GA 304SS | | $2.20 / EA | $440.00 |
| | | Release Date(s): 100 by 11/30/2020 100 by 11/30/2020 | | | |
| 6 | 300 | SOP-0002-003 - KEY CARD 3 IN 1 WITH BOTTLE OPENER WITH CUTOUTS - LASER ONLY 18GA 304SS | | $2.45 / EA | $735.00 |
| | | Release Date(s): 300 by 11/30/2020 | | | |

**Order Total:** **$3,230.00**

Authorized Signature
Orange Park Machine, Inc.

04098