# Orange Park Machine, Inc.

**ORANGE PARK**
MACHINE & FAB

## Acknowledgment

Sold To: UNKNOWN
UNKNOWN

Ship To: WALK-IN

| | |
|---|---|
| Order Number: 11728 | PO Number: JUSTIN 1-15-21 |
| Date Entered: 01/15/2021 | Ship Via: |
| Customer: WALK-IN | Salesman: UNKNOWN |
| Phone: | Terms: Net 30 Days |
| FAX: | Contact: |
| FOB: | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 200 | SOP-0001-001 - KEY CARD 1IN 1 NO CUT OUTS - LASER ONLY 18GA 304SS | | $3.00 / EA | $600.00 |
| | | Release Date(s): 200 by 01/15/2021 | | | |
| 2 | 200 | SOP-0001-002 - KEY CARD 2 IN 1 NO CUT OUTS- LASER ONLY 18GA 304SS | | $3.00 / EA | $600.00 |
| | | Release Date(s): 200 by 01/15/2021 | | | |
| 3 | 200 | SOP-0001-003 - KEY CARD 3IN1 WITH BOTTLE OPENER NO CUTOUTS - LASER ONLY 18GA 304SS | | $3.00 / EA | $600.00 |
| | | Release Date(s): 200 by 01/15/2021 | | | |
| 4 | 200 | SOP-0002-001 - KEY CARD 1 IN 1 WITH CUTOUTS - LASER ONLY 18GA 304SS (JC EDITS) | | $3.00 / EA | $600.00 |
| | | Release Date(s): 200 by 01/15/2021 | | | |

04099

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 5 | 200 | SOP-0002-002 - KEY CARD 2 IN 1 WITH CUTOUTS- LASER ONLY 18GA 304SS (JC EDITS) <br><br>Release Date(s): <br> 200 by 01/15/2021 | | $3.00 / EA | $600.00 |
| 6 | 200 | SOP-0002-003 - KEY CARD 3 IN 1 WITH BOTTLE OPENER WITH CUTOUTS - LASER ONLY 18GA 304SS (JC EDITS) <br><br>Release Date(s): <br> 200 by 01/15/2021 | | $3.00 / EA | $600.00 |

**Order Total:** **$3,600.00**

Authorized Signature
Orange Park Machine, Inc.

04100