

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 58A

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23
Date Admitted: 4-11-23

---

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | RETAINED FOR EVIDENCE | 3/4/2021 | 000836 |

DESCRIPTION OF PROPERTY
OTHER, OTHER, AUTO KEY CARDS CONTAINING ETCHED LIGHTNING LINKS THAT HAVE BEEN CUT AND SIGNIFICANTLY DESTROYED. BOX CONTAINS HUNDREDS OF CUT CARDS.

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Orange Park Machine Shop 84 N Industrial Loop DR, Orange Park FL 32073- | ERVIN, Kristopher |

CHAIN OF CUSTODY

| SIGNATURE | | DATE |
|---|---|---|
| SIGNATURE | | 3/4/21 |
| SIGNATURE | Nault | 3/11/21 |
| SIGNATURE | Trial | 4/7/2023 |

BAR CODE INFORMATION

2547501

SPECIAL INSTRUCTIONS/REMARKS
Items recovered by SA Hooker

87279