



**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

**GOVERNMENT EXHIBIT**

Exhibit No.: 58B

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23
Date Admitted: 4-11-23

---

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**EVIDENCE IDENTIFICATION LABEL**

CASE NUMBER: 767060-21-0017

ACTION: RETAINED FOR EVIDENCE

PERSON RECOVERED FROM: ERVIN, Kristopher

CUST DATE: 3/4/2021

EXH #: 000837

LOCATION RECOVERED FROM: Orange Park Machine Shop, 84 N Industrial Loop DR, Orange Park, FL 32073-

DESCRIPTION OF PROPERTY: OTHER, OTHER, AUTO KEY CARDS CONTAINING ETCHED LIGHTNING LINKS THAT HAVE BEEN CUT AND SIGNIFICANTLY DESTROYED BOX CONTAINS HUNDREDS OF CUT CARDS.

CHAIN OF CUSTODY
SIGNATURE / DATE: 3/4/21
SIGNATURE / Vault / DATE: 3/11/2
SIGNATURE / Trial / DATE: 4/11/23

BAR CODE INFORMATION: 2547502

SPECIAL INSTRUCTIONS/REMARKS: Items recovered by SA Hooker

872790

**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

**GOVERNMENT EXHIBIT**

Exhibit No.: 58C
Case No.: 3:21-cr-22(S4)-MMH-MCR
UNITED STATES OF AMERICA
vs.
KRISTOPHER JUSTIN BOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23
Date Admitted: 4-11-23

---

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**EVIDENCE IDENTIFICATION LABEL**

CASE N[?]: 787060
AUTH. RETAINED FOR EVIDENCE
CUST. DATE: 3/4/21
EXH #: 000030

DESCRIPTION OF PROPERTY: OTHER, OTHER, AUTO KEY CARDS CONTAINING ETCHED LIGHTNING LINKS THAT HAVE BEEN CUT AND SIGNIFICANTLY DESTROYED. BOX CONTAINS HUNDREDS OF CUT CARDS

LOCATION RECOVERED FROM: Orange Park Machine Shop, 84 N Industrial Loop Dr, Orange Park, FL 32073-

PERSON RECOVERED FROM: ERVIN, Kristopher

CHAIN OF CUSTODY
SIGNATURE: [sig]  DATE: 3/4/21
SIGNATURE: [sig] Vault  DATE: 3/11/21
SIGNATURE: [sig] Trial  DATE: 4/11/23

SPECIAL INSTRUCTIONS/REMARKS: Items recovered by SA Hooker

BAR CODE INFORMATION: 2547504