872790

**GOVERNMENT EXHIBIT**

U.S. District Court
Middle District of Florida
Jacksonville Division

Exhibit No. 58C

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL