Case 3:21-cr-00022-MMH-MCR   Document 259-167   Filed 04/21/23   Page 1 of 44 PageID 2902

most on the genetic world cd she gave me. Check it out when you can.

12:59 PM

Saturday, March 21, 2020

**J** Yea, there is gonna be a run on the banks. Probably <u>tomorrow</u>. Where everyone rushes to get their money at the same time. I would go to your closest branch when it opens at 8 or <u>9am</u> and try to take out half of what you want, say your buying a car for a great deal from a friend cash, settle for what t
_____
💬 View all                    >

1:24 AM

**J** There is a Morgan silver dollar from 1878 in the center. The first year silver ounce coins were made in the USA.

8:35 PM

Lol

This is a great collection

8:55 PM

**J** That's not all of it. I have some more. It's just my get out of dodge collection. When you get here I will show you the cool stuff.

8:57 PM

Looking forward to seeing the rest of it

9:07 PM

Tuesday, March 24, 2020

On my way

1:56 PM

**J** Ok.



# Justin
9044059878

Awe. 2:15 PM

Sunday, October 4, 2020

11:29 AM  Hey Justin, check out the site when you can

11:30 AM  I created some demo files and added them to the featured product page and product page

11:31 AM  I also changed up a couple loop kits that I was unhappy with. Sounds much better. Updated the zip file. I "purchased" it to see how it worked and everything looks great

I would love to. I guess I was creeping on your site too much. You changed the password and locked me out. Lol.  11:31 AM

Lol

Magickforest1
11:31 AM

Awesome. I want to see.

Thanks.  11:31 AM

I want to remove that widgetic audio player brand

Name
11:32 AM

Looks and sounds awesome. I love it. Most of the time you just have





# Justin
9044059878

**I created some demo files and added them to the featured product page and product page**

11:30 AM

**I also changed up a couple loop kits that I was unhappy with. Sounds much better. Updated the zip file. I "purchased" it to see how it worked and everything looks great**

11:31 AM

J  I would love to. I guess I was creeping on your site too much. You changed the password and locked me out. Lol.

11:31 AM

**Lol**

**Magickforest1**

11:31 AM

J  Awesome. I want to see.

Thanks.  11:31 AM

**I want to remove that widgetic audio player brand**

11:32 AM  **Name**

J  Looks and sounds awesome. I love it. Most of the time you just have to change a setting or activate the monthly bill to remove the branding. I hate it too.

11:34 AM

11:35 AM  **Yeah I figured. I'll look into it**

J  I think you should switch the order of the music. The second one make me want to buy



     

**Justin**
9044059878

the music. The second one make me want to buy.

11:35 AM

The the 1st song being second is a pleasant surprise too.

11:36 AM

The first one is the main theme but I can switch them.

11:36 AM   Easy peasy

Monday, October 5, 2020

Just passed 10,000 views on my first autokeycard video. Wow.

11:06 PM

😮😮😮

11:10 PM   That's awesome

I was also talking to a gun youtuber today. I told him I would send him my new products for review. I sent him this pic. He said hell yes, I totally support what your doing send it. He has 60k subs. Then on to bigger youtubers with large targeted gun followers.

11:13 PM

Little by little. Good night.

11:15 PM

11:15 PM   Love it!!

11:16 PM   Im so proud of you

We are gonna see. A great step



## Justin
9044059878

11:15 PM

**Love it!!** 11:15 PM

**Im so proud of you** 11:16 PM

**J** We are gonna see. A great step forward for sure. 11:16 PM

**Definitely! That inspires me to keep pushing, 1% at a time**

**Have a good night** 11:17 PM

**J** He said "I am going to make a metric fuck ton of money". Lol. 11:17 PM

11:17 PM **Lol**

11:18 PM **Fuck yeah**

**J** Yeah. Good night. Tell cyclops good night too. 11:18 PM

11:18 PM **Lmao**

**J** I try. Lol. 11:18 PM

Sunday, October 18, 2020

8:05 PM **I paid it**

**J** I had hoped that was it. Did you set it up to charge every month now? 8:0

‹ **Justin**
9044059878

Friday, November 27, 2020

I cant get on your site

Was wanting to see your progress

10:38 AM  Everything ok?

Almost home. Half way now. 7:42 PM

Saturday, November 28, 2020

8:33 PM  **Check your email when you can. Sent you my latest preset pack music**

Ok, let me check. 8:33 PM

Check that reddit you showed me. There is a new commit you should see. 8:34 PM

8:35 PM  Lol ok I'll look

8:37 PM  **Nice! That's exactly what I would have said too. I almost wrote a comment. Glad you cleared it up for everyone**

I like to keep it exciting. Lol. 8:38 PM

I see that lol

You should reply to the other thread too.

8:38 PM

8:39 PM  When you search autokeycard witho the s, you get different results

## Justin
9044059878

Saturday, November 28, 2020

**Check your email when you can. Sent you my latest preset pack music**
8:33 PM

Ok, let me check.
8:33 PM

Check that reddit you showed me. There is a new commit you should see.
8:34 PM

8:35 PM **Lol ok I'll look**

**Nice! That's exactly what I would have said too. I almost wrote a comment. Glad you cleared it up for everyone**
8:37 PM

I like to keep it exciting. Lol.
8:38 PM

**I see that lol**

**You should reply to the other thread too.**
8:38 PM

**When you search autokeycard without the s, you get different results**
8:39 PM

Ok. Thanks.
8:39 PM

Good job on Icevale.
8:57 PM

8:57 PM **Thank you**

When people here it. They will buy.
8:59 PM

**Justin**
9044059878

5:59 PM    Lol yes, that is accurate

 **J**   Keep up the great work.   6:00 PM

Thank you

6:04 PM    You too

Monday, November 30, 2020

10:45 AM    Glad you responded to this

Also, autokeycard search without the "s" leads to your new site, so that looks fixed across the board

Should be smooth sailing until you get your new site setup with that 3d cart company

10:46 AM

**J**   Awesome. I have 75 orders since friday for $7500.   10:47 AM

10:47 AM    Check out the reddit screenshot

**J**   It's working.......   10:47 AM

10:48 AM    Of course it is :)

Yes! Cant wait to knock those out

https://www.ar15.com/forums/general/Auto-Card-Key-com-/5-2379218/

Auto Card Key.com? –
Firearm Discussion and Resources

**Justin**
9044059878

Should be smooth sailing until you get your new site setup with that 3d cart company

10:46 AM

Awesome. I have 75 orders since friday for $7500.

10:47 AM

Check out the reddit screenshot

10:47 AM

It's working.......

10:47 AM

Of course it is :)

10:48 AM

Yes! Cant wait to knock those out

https://www.ar15.com/forums/general/Auto-Card-Key-com-/5-2379218/

Auto Card Key.com? –
Firearm Discussion and Resource...
www.ar15.com

I can reply to this guy if you want or you can

10:51 AM

Went to Louis Vuitton already. Bought that $2000 purse. Lol. Weird.

10:51 AM

Lol

10:52 AM

< **Justin**
9044059878

Thursday, December 3, 2020

12:28 PM  Sorry I was in the shower. Call me back if you can

Cant talk on the phone, but I wanted to ask what it would take to prove intent

Discussing your product with my bjj teacher

9:49 PM  Hes convinced you'll go to jail lol

I keep shaking my head at him lol

Hes seeing your product all over fb right now

9:50 PM

# Justin
9044059878

I keep shaking my head at him lol

Hes seeing your product all over fb right now

9:50 PM

**J** Many are too brainwashed to leave the titanic in time to survive. I am glad its spreading on FB. My intent is to sell my 1st amendment art. How can anyone know your intent? Oh, you tell them yourself. Unless the law enforcers break the law, I am fine. What would he do if they outlawed bjj? Just quit

💬 View all >

9:54 PM

**J** The best part about my product is you know who is a slave, who is a fence setter, who likes freedom and who hates true freedom. It reveals all. Best art ever.

9:56 PM

He was asking what would happen if the ATF found a gun with your product and traced it back to you

I totally agree with everything you said fyi

9:57 PM

He's never met someone like you,  on your level

9:58 PM

**J** Not my responsibility. I have individual responsibility for myself, not others. That person should have a problem. I sell a piece of metal. If someone turns it into something illegal it's there ass. What if one of his bjj students used his training to kill. Whould they come get him? Same thing

< **Justin**
9044059878

He's never met someone like you,  on your level

9:58 PM

**J** Not my responsibility. I have individual responsibility for myself, not others. That person should have a problem. I sell a piece of metal. If someone turns it into something illegal it's there ass. What if one of his bjj students used his training to kill. Whould they come get him? Same thing.

9:59 PM

10:01 PM   That's a great point

**J** You can see the cognitive dissonance in his mind. Believing 2 conflicting ideas at the same time. It applies to me if someone else does bad and thinking his bjj training would not. Both are untrue. Neither of us is different. We are both in the clear.

Neither of us is responsible for others actions.

10:03 PM

10:03 PM   I agree 100 percent

**J** They dont arrest car makers when someone gets run over. It's the drivers fault.

10:03 PM

10:05 PM   Exactly

**J** Not the chunk of metal formed into a legal product, a car. Same thing.

10:05 PM

I told him he should warn you lo

< **Justin**
9044059878 

10:05 PM   Exactly

J   Not the chunk of metal formed into a legal product, a car. Same thing.
10:05 PM

I told him he should warn you lolol

 🙄

10:06 PM   How is business going

J   Rule followers will never understand. They believe in the tyrants false authority. Even to their detriment or destruction.
10:06 PM

J   15k this week.   10:07 PM

10:07 PM   That's amazing!

J   It's not even over. 3 days left. Weekends are slower for sales. We will see.
10:08 PM

That's true.

Were those cancels flukes?

10:08 PM

J   I think they are people on FB that bought, then scrolled down and read a statist authority comment and got scared. No more cancels since we were at dinner.
10:10 PM



J   Oh, and my intent is to be independent

    

**Justin**
9044059878

I told him he should warn you lolol

🙄

How is business going

10:06 PM

J Rule followers will never understand. They believe in the tyrants false authority. Even to their detriment or destruction.

10:06 PM

J 15k this week. 10:07 PM

That's amazing!

10:07 PM

J It's not even over. 3 days left. Weekends are slower for sales. We will see.

10:08 PM

That's true.

Were those cancels flukes?

10:08 PM

J I think they are people on FB that bought, then scrolled down and read a statist authority comment and got scared. No more cancels since we were at dinner.

10:10 PM

J Oh, and my intent is to be independent and live my life.

Lol. I couldn't resist. 10:11 PM

Ok that's good. Kristen ran the cards again and they're looking really nice.



# Justin
9044059878

 **Oh, and my intent is to be independent and live my life.**

**Lol. I couldn't resist.**     10:11 PM

Ok that's good. Kristen ran the cards again and they're looking really nice. Let me know if you get more cards tomorrow. We wanna make sure you have plenty of inventory.

And I will never get tired of that picture

10:12 PM 

 I know, I love that picture you made for me. Classic. I will let you know about tomorrow. Matt is going to start commercials on his next video. Inventory is key.     10:14 PM



# Justin
9044059878



Monday, December 7, 2020

https://helppokuljetus.blogspot.com/2020/03/drop-in-auto-sear-bottle-opener.html



**Drop In Auto Sear Bottle**

This single stage non adjustable d...

helppokuljetus.blogspot.com

Your product is so much better

Ignore the red object in the picture

Scroll down to see what im talking about

12:37 PM

https://filecnc.com/home/12999-Lightning-Link-dxf-File.html

**Lightning Link dxf File\* −**

filecnc.com

That's not yours, right?

12:40 PM

Sorry to bombard you with stuff. I ju enjoy researching lol

12:41 PM

    

 **Justin**
9044059878

Drop In Auto Sear Bottle
This single stage non adjustable d...
helppokuljetus.blogspot.com

Your product is so much better

Ignore the red object in the picture

Scroll down to see what im talking about

12:37 PM

https://filecnc.com/home/12999 –Lightning–Link–dxf–File.html



Lightning Link dxf File* –

filecnc.com

That's not yours, right?

12:40 PM

Sorry to bombard you with stuff. I just enjoy researching lol

12:41 PM

Sorry I went to the gas station. I'm back. That's not mine. My key hole is different.

12:41 PM

12:42 PM   Ok I thought so

I started driving and my phone started blowing up. Lol. It's no problem.

12:4



    

 **Justin**
9044059878



https://filecnc.com/home/12999
–Lightning–Link–dxf–File.html



Lightning Link dxf File* –

filecnc.com

That's not yours, right?

12:40 PM

Sorry to bombard you with stuff. I just enjoy researching lol

12:41 PM

**J** Sorry I went to the gas station. I'm back. That's not mine. My key hole is different.

12:41 PM

Ok I thought so

12:42 PM

**J** I started driving and my phone started blowing up. Lol. It's no problem.

12:42 PM

**J** Plus that one is no bottle opener and is a gun part. It's like 95%. A no no.

12:59 PM

Yeah the difference between theirs and yours is night and day.  My friend is probably lumping you in with the no no pile lol

1:17 PM

**J** Happens my whole life. Lol.

1:22 PM



    



# Justin
9044059878



**NES Chiptune Synth w/**
Now available at https://chiptunes...
youtu.be

> **Watch "Arcano II synth on guitar for nes chiptunes" on YouTube https://youtu.be/UV_hJLNvqLc**

10:45 PM



**Arcano II synth on guitar**
Recently bought the arcano II fro...
youtu.be

Wednesday, January 13, 2021



Watch "patreon, monetization, and why" on YouTube
https://youtu.be/z89srmgWidY

5:07 AM



**patreon, monetization,**
https://www.patreon.com/freedo...
youtu.be

I made 2 orders that I mailed in with cash and

    

## Justin
9044059878

patreon, monetization,

https://www.patreon.com/freedo...

youtu.be

I made 2 orders that I mailed in with cash and I only received 1 of them. I know I can't prove that I mailed in 2 since it was cash but I did and I hope you can look to see if 2 packages were mailed out to me?

Sent from my iPhone

MMS

I asked for his address

Does this order sound familiar?

10:14 AM

I did receive that package on that date and there were 3 items in it. I also made another order mailed at the same time that should have been sent to the same address. I mailed both orders out at the same time but in different envelopes. Both orders were cash. The one I got was 3 in1 bottle opener 2 in 1 pen and 2 in 1. The one I didn't get was 2 orders of 2in 1 pen and 3 in 1 pen holder bottle

Sent from my iPhone

On Jan 13, 2021, at 8:59 AM, customerservice <customerservice@autokeycard.com> wrote:



# Justin
## 9044059878

same time but in different envelopes. Both orders were cash. The one I got was 3 in1 bottle opener 2 in 1 pen and 2 in 1. The one I didn't get was 2 orders of 2in 1 pen and 3 in 1 pen holder bottle

Sent from my iPhone

On Jan 13, 2021, at 8:59 AM, customerservice <customerservice@autokeycard.com> wrote:

Hi Cyrus,

I found the tracking number for your order and it shows as delivered on January 4th. You should have received 3 items. Let us know which items you did not receive so we can make this right. We always take care of our great customers.

Sincerely,

MMS 2:28 PM

He said he had sent out both orders at the same time, in 2 different envelopes. He definitely got the 1st order that you shipped him. The 2nd order was never received, which was two of the 2in1 pen and one of the 3in1 pen.

3:08 PM



Ok, I got it. I will call you when I get back. At ups store now.

3:32 PM

Thursday, January 14, 2021

619-771-7465

Sent from my iPhone

On Jan 14, 2021, at 11:11 AM, customerservice <customerservice@autokeycard.com> wrote:

Hi Cyrus,

I had the owner review this and there's an issue



    



# Justin
9044059878



Sent from my iPhone

On Jan 14, 2021, at 11:11 AM, customerservice <customerservice@autokeycard.com> wrote:

Hi Cyrus,

I had the owner review this and there's an issue with the address you provided. Can you please provide a phone number so he can contact you to work out the details?

Sincerely,

AutoKeyCard.com

On Jan 14, 2021 at 12:58 PM, Cyrus Smith <cydie@live.com> wrote:

You can mail it to

MMS 6:43 PM

Hi, I was interested in the 2 in 1 via Mail In Order.  I wanted to reach out and confirm that it is stocked?  I didn't want to be in a situation if inventory is low where it goes out of stock by the time my order arrives.  Please advise.  Thank you.

MMS

6:44 PM    We have 2in1 available rig







# Justin
9044059878



MMS

**We have 2in1 available right?**

6:44 PM

 Yes, let him know that we always hold back some inventory for our great mail in customers.

6:45 PM

**Ok will do**

6:46 PM

I will call the other guy about the lost mail in order.

I will use google voice from here.

6:46 PM

Do not respond to C L last email. Weird questions.

8:05 PM







< **Justin**
9044059878



Yes, let him know that we always hold back some inventory for our great mail in customers.
6:45 PM

6:46 PM    Ok will do

I will call the other guy about the lost mail in order.

I will use google voice from here.    6:46 PM

Do not respond to C L last email. Weird questions.    8:05 PM







MMS





    

< **Justin**
9044059878

MMS



MMS 8:41 PM

Friday, January 15, 2021

**J** I took care of the customer that fat fingered their email
Fyi.

10:17 AM

Ok thank you. I emailed him  10:17 AM

**J** Ok, did you resend the order confirmation email too? I resent it also.

10:19 AM

I just emailed him to say thanks for the info and we would update it

10:20 AM

**J** Ok, cool. Perfect. I did it cause I had



← **Justin**
9044059878

📞  🔍  ⋮

confirmation email too? I resent it also.

10:19 AM

I just emailed him to say thanks for the info and we would update it

10:20 AM

 Ok, cool. Perfect. I did it cause I had not shown you how yet. Thank you. Don't forget, it's payday <u>today</u> for you.

10:21 AM

Yes, you'll have to show me that soon. And awesome! I didnt even realize that lol

10:22 AM

I have been looking forward to it for 2 days for you. I am very pleased with your good work.

10:24 AM

Thank you. I'm enjoying working with you and learning everything I can

10:24 AM

It's only the beginning. Many great things ahead.

10:28 AM





**Justin**
9044059878

Saturday, January 23, 2021

The last part of this video has it. This is the basic idea goal but with Taylor Voss logo in the corner. Watch "The Ultimax Machine Gun" on YouTube https://youtu.be/RMrbaYozP_s

8:48 PM



**The Ultimax Machine Gun**
FPSrussia Shirts http://fpsrussia....

youtu.be

I def got some ideas floating around that I'll play with tomorrow

8:51 PM

Good. Well you have an idea of the end result, just with your spin on it. Good luck and take care of that lovely char char. Hit me up tomorrow. I am willing to come to you and help in any way.

9:00 PM

Thanks Justin, I appreciate the opportunities you've given me. I'm excited to work on Matt's outro. And thank you for the extra payday  money. That helps out so much.

9:02 PM

I'm here for you and Kirsten. Just keep me informed if something comes up. I understand better if I know what's happening. I was getting worried for no reason. I got your back in real life and financially too. I hope the intentional












## Justin
9044059878

I'm here for you and Kirsten. Just keep me informed if something comes up. I understand better if I know what's happening. I was getting worried for no reason. I got your back in real life and financially too. I hope the intentional miss spelling was funny. Lol.

9:06 PM

Lol I had to reread that to see the misspelled word. It's even better that its kristens name.

It's a huge relief to know you have our backs. And we have yours too. Call me if you need anything, even if it isnt business related. I will make sure you are informed next time. I'll try to text instead

💬 View all   >

9:24 PM

It's all good. We can work it out. If I really need to sleep, I will put my phone in do not disturb. Then you can leave a message or text me and I will get it when I get up. Plus the odds are in your favor. I up most of the time with 3 to 4 hour naps in between. Today just sucks cause it was only 2

💬 View all   >

I'm up most of the time.   9:27 PM

Ok I dont feel so bad about it now lol. Get some rest tonight 😴 also, if you want a laugh before bed, check out the last email we got. I'll give him points for creativity

9:38 PM



## Justin
9044059878

is 708-860-5533. And I did do a few attempts to try to contact you guys with the email. But for some reason it wasn't going through. My email address is each TV trainer off Comcast.

📞 Call (708) 860-5533

💬 Text (708) 860-5533

**(618) 541-8928**                                    12:26 PM
Hi. Yeah, I did leave an email, but I haven'...    0:26

**(281) 475-7374**                                    Tue, 2:40 PM
Yeah, this is Mark Pierce order number is...    0:29

MMS 5:18 PM

**I sent him an email asking for clarification**

5:22 PM

**J**   Almost there.

8:57 PM

Thursday, January 28, 2021

**J**   Watch "Bar whores and they crazy crap they say" on YouTube
https://youtu.be/3PIo6ymnVxM                    1:05 AM



Bar whores and they crazy
youtu.be

**J**   This is his first video. He says "my house got broken into" several times in the first 30 seconds that I watched. Use that sound bite from any part of the video that's best. Pick the best one



# Justin
## 9044059878

youtu.be



This is his first video. He says "my house got broken into" several times in the first 30 seconds that I watched. Use that sound bite from any part of the video that's best. Pick the best one and maybe change it in a way to make it cooler. It was 7 years ago. Making what's old new again. Thank you f

💬 View all                              →

1:59 AM



https://freespeechservices−crs
−firearms.cheetah.builderall.com

1:22 PM



**CRS Firearms | CRS**
CRS Firearms
freespeechservices−crs−firearms...





   



← **Justin**
9044059878



MMS



MMS 2:47 PM





# Justin
9044059878

MMS



MMS 2:47 PM







    

# Justin
## 9044059878





MMS



MMS





     




# Justin
## 9044059878

MMS



MMS











# Justin
9044059878



MMS



MMS 2:48 PM

2:48 PM    I'm sure I can use one of these







    



# Justin
9044059878

MMS



MMS 2:48 PM

2:48 PM    I'm sure I can use one of these





MMS 3:02 PM



     



< **Justin**
9044059878



MMS 2:48 PM

I'm sure I can use one of these

2:48 PM





MMS 3:02 PM

If you want a laugh. Look at the upwork job I put out and hired for earlier today. It's a tshirt design for crs firearms. Its funny.

10:56 PM

Omg I almost spit out my drink

11:50 PM

It's what he wanted. Lol.

11:50 PM

I know. I laughed at the photo of the



    



## Justin
9044059878



I'm sure I can use one of these

2:48 PM





MMS 3:02 PM

If you want a laugh. Look at the upwork job I put out and hired for earlier <u>today</u>. It's a tshirt design for crs firearms. Its funny.

10:56 PM

Omg I almost spit out my drink

11:50 PM

It's what he wanted. Lol.

11:50 PM

I know. I laughed at the photo of the woman strapped on the table

So sachin messaged me

I'm checking out the website now

11:51 PM

It's right on the line of what you can sell on teespring. Yea me too. There will be no woman in the chair.

11:5



          



# Justin
9044059878

Sunday, January 31, 2021



MMS 9:15 PM

Monday, February 1, 2021

• • •

If I haven't got it by Wednesday, dont bother to ship just
cancel my order..Please.and refund my money.

Get Outlook for Android

**From:** customerservice
<customerservice@autokeycard.com>
**Sent:** Monday, February 1, 2021 11:16:54 AM
**To:** Dee Williams <fauxitormakeit@gmail.com>
**Subject:** Re: AutoKeyCards.com: Order Shipped #2670

Hi Dee,

Thank you for your purchase and for contacting us.
Sorry to hear you haven't received your order yet.
USPS has been experiencing lengthy shipping delays.
I looked into your order and it shows that it's still in
transit since January 20th and hasn't been checked
into a new USPS facility yet. My gut is telling me your
package is most likely lost. Let's give it a couple more
days to see if it shows up. If it doesn't show up by
Wednesday, please let us know and we will make this
right and send you a replacement order.

8:57
🔒 tools.usps.com

< Justin
9044059878



Thank you for your purchase and for contacting us. Sorry to hear you haven't received your order yet. USPS has been experiencing lengthy shipping delays. I looked into your order and it shows that it's still in transit since January 20th and hasn't been checked into a new USPS facility yet. My gut is telling me your package is most likely lost. Let's give it a couple more days to see if it shows up. If it doesn't show up by Wednesday, please let us know and we will make this right and send you a replacement order.



MMS 12:25 PM

**J** Lol. It has already shipped.

12:49 PM







MMS 1:20 PM

**J** Perfect. Lol. I can't stop laughing and smiling.

1:42



     

**Justin**
9044059878

MMS 1:20 PM

**J** Perfect. Lol. I can't stop laughing and smiling.
1:42 PM

Ok I created a folder in the CRS firearms folder, called art and music. It has both backgrounds and the music clip
2:31 PM

**J** Thank you. He will be home later <u>today</u> and is gonna call me when he is by the computer. I will keep you up to date on it.
2:33 PM

Ok sounds good. I am home <u>today</u>, so I can fix anything that comes up
2:37 PM

**J** Ok, perfect.   2:53 PM

**J** Just got done with everything for the day. Matt will be back home around 8 or <u>9pm</u>. I am need to come over and work on some of freedoms banners and logos with you too. I think we may have to adjust them and the backgrounds.
6:43 PM

On the phone with my mom. I'll call you back
6:44 PM

**J** Ok, cool.   6:44 PM

Tuesday, February 2, 2021

https://taylorvoss.bandcamp.com/



# Justin
9044059878



Arrow, her dog, loves me.

MMS
3:26 PM

3:29 PM

Lol aww so cute

Sunday, February 14, 2021

Hello, my name is Brent Johansen, i accidenty
ordered a 2 n 1 card when i meant to order the
3 n 1 card, can i cancel my 2 n 1 card and
just have the 3 n 1 card, thank you.

Sent from my iPhone

MMS

If you haven't mailed this order yet, did
you want to add a 3in1?

6:04 PM

Nevermind, I see you fixed it





# Justin
9044059878



MMS

If you haven't mailed this order yet, did you want to add a 3in1?

6:04 PM

Nevermind, I see you fixed it lol

| Create Label | Print | Actions |
|---|---|---|

**SHIPPING**                          Preset   Edit

| SHIP FROM | CARRIER |
|---|---|
| UPS Store | USPS (Stamps.com) |

| SERVICE | PACKAGE |
|---|---|
| USPS First Class Mail | Bubble Mailer |

| CONFIRMATION | INSURANCE |
|---|---|
| Delivery | None |

| WEIGHT | DIMENSIONS (in) |
|---|---|
| lb 2.9 oz | 7 x 4.75 x 0.25 |

**DETAILS**                          View History

STORE
AutoKeyCards.com

| AMOUNT PAID | DATE PAID |
|---|---|
| $119.00 | 02/14/2021 |

| SHIPPING PAID | SERVICE REQUESTED |
|---|---|
| $0.00 | Free Shipping |

**ITEMS**

| | AutoKeyCard 3in1 with Bottle Opener | Qty: 1 $119.00 |
|---|---|---|

MMS 6:06 PM

Monday, February 15, 2021

I was charged for both of them, can I get refunded for my 2in1 that I got switched?

Sent from my iPhone

On Feb 14, 2021, at 6:08 PM, customerservice <customerservice@autokeycard.com> wrote:

Hi Brent,

Thank you for your purchase and for contacting us. We have adjusted your order and you will be receiving a 3in1 instead of the 2in1. Please let us

<    **Justin**
      9044059878

On Feb 14, 2021, at 6:08 PM, customerservice <customerservice@autokeycard.com> wrote:

Hi Brent,

Thank you for your purchase and for contacting us. We have adjusted your order and you will be receiving a 3in1 instead of the 2in1. Please let us know if there is anything else we can do to assist you.

Sincerely,

AutoKeyCard.com

On Feb 14, 2021 at 12:51 PM, brent johansen <brentajohansen@gmail.com> wrote:

| **2960** | **$119.00** |
| GREENVILLE, MI (US) | 1 item |
| 🏠 Brent Johansen | Shipped |

MMS

**I can only find one order for this guy**

9:35 AM

**I just wanted to make sure you didn't already refund him**