# Justin

(904) 405-9878
Mobile



Groups in common (3)  ›

Create message  ›

Add to favorites

Mute conversation

**Shared media**

Photos & Videos       eGifts cards       Cont


Justin
3/2/21 9:02 AM


Me
2/27/21 3:17 PM


Justin
2/27/21 1:44 PM

 **Justin** Mobile



Okay no rush. Drive safe

9/15/20 7:28 PM

Watch "What is an Auto Key Card?" on YouTube https://youtu.be /e7n6_3M2qas

9/15/20 7:56 PM

That is so awesome

9/15/20 8:32 PM

I worked hard on that. Thank you. I just started marinating the steaks. About

  Type a message...   

 

**Justin**
Mobile

I worked hard on that. Thank you. I just started marinating the steaks. About when are you gonna be back this way? I am going to try and time dinner.

Should be there in about 15-20 minutes

Well at least the steaks will be marinated. I will start cooking as soon as they are marinated.

9/15/20 8:42 PM

Type a message...

   

 **Justin**
Mobile



10/10/20 7:07 PM

I just made a $500 payment to discover

10/10/20 7:18 PM

Thank you. I am just worried about my

   Type a message...  



# Justin
Mobile

10/10/20 7:18 PM

Thank you. I am just worried about my business. My phone was in my room charging. I am not going anywhere or buying anything. I just want to make sure to across the finish line. I will help you get there too.

    

Type a message...

 **Justin**
Mobile



10/13/20 10:52 AM

I'm on Instagram as @autokeycarddotcom. Install the app to follow my photos and videos. https://www.instagram.com/invites/contact/?i=1kzgtancdenli&utm_content=k4djj35

10/13/20 2:20 PM

Test Kris

Test Kris

  Type a message...

 

 **Justin**
Mobile



10/16/20 7:39 PM

hey son I just wanna let you know I saw a couple unmarked cars right there around the corner from our house so be careful going home love you

I'm home.

  Type a message...   





## Justin
Mobile



10/24/20 3:57 PM





Type a message...






## Justin
Mobile



This is what the statist are messing with.








**Justin**
Mobile

11/4/20 8:39 PM

Here is the video. I am going to watch it now. Call me after you see it. I have 85 people on the website now.

Watch "  Is This An ATF Trap And How Does It Work" on YouTube https://youtu.be/6z-56YigCZg

11/4/20 10:56 PM

12 orders for $1125

 



# Justin
## Mobile



-56YigCZg

11/4/20 10:56 PM

12 orders for $1125 total in 2 hours. Good start so far.



  Type a message...  



**Justin**
Mobile



11/7/20 2:18 PM



Check out my latest meme ad.



Type a message...








# Justin
Mobile



Check out my latest meme ad.

11/7/20 2:48 PM

Love that what that's a seller

On Instagram. A post.







 **Justin**
Mobile



11/11/20 10:12 PM

I'm up to 700 dollars in sales today.

That is great son is that there an all-time high for the day

That was only 7 orders today. I have sold 23 orders on the

   Type a message...  



**Justin**
Mobile



That was only 7 orders today. I have sold 23 orders on the 4th.

2000 is my record for 1 day.

Awesome son very very good

It's working.

11/11/20 11:29 PM

Watch "  The Parts The ATF Wishes Never Existed" on YouTube

Type a message...





 **Justin**
Mobile



Watch "🔴 The Parts The ATF Wishes Never Existed" on YouTube

https://youtu.be/9CqK9A6Zwdg

11/13/20 8:02 PM

DISCOVER

**KRIS A ERVIN, your balance is above your credit limit**

We are sending this alert to notify that you are above your credit line.

If you have already scheduled your payment, please disregard this message.

Credit Line Available:                     ($414.00)

**Please note:** Future purchases could be declined due to

     Type a message...     

 

## Justin
Mobile

your payment, please disregard this message.

| Credit Line Available: | ($414.00) |
| --- | --- |

**Please note:** Future purchases could be declined due to

# Any ideas?

 

Type a message...

 



# Justin
Mobile



11/14/20 10:57 PM

I just past $25,000 in sales this month. 275 orders. We are only 2 weeks in. That would be a 50K month if the rate of sales continues.

Awesome son

I know, right.



 

Type a message...

 

 **Justin**
Mobile



11/26/20 3:10 PM

I will watch it in a few.

11/26/20 4:23 PM

10-4

11/26/20 9:46 PM

I have Buster.

11/27/20 2:47 AM

Cool. I think I might have locked up the discover card. I was setting up a stamps dot com account and it won't go though. Call them when

Type a message...

    

 

# Justin
Mobile

setting up a stamps dot com account and it won't go though. Call them when you can tomorrow please. The new site is up and I have 4 orders for 350 already. I just need to ship them. Lol.

Try autokeycard.com and with an "s" try autokeycards.com

11/27/20 1:16 PM

On conf call

Ok, call me after

    

Type a message...


**Justin**
Mobile



12/2/20 10:43 PM



Carolanne made this for me with her phone. I like it. You might get



    

 

# Justin
Mobile

Carolanne made this for me with her phone. I like it. You might get a laugh out of it too.

That is hilarious. Didn't know she can make something like that with her phone

It's from a picture of me with my winter ski mask on. Then she asked me to say something and I said, I just want to left alone. Lol.

    

 

**Justin**
Mobile

she asked me to say something and I said, I just want to left alone. Lol.



Check out what a customer sent me on his ~~Instagram story~~



Type a message...





Check out what a customer sent me on his Instagram story.

Can't see it it's black



How about that one?

  

Type a message...

 





Justin
Mobile



How about that one?

Lightning bolt

I thought it was neat.
It's worrking.

12/6/20 7:21 PM

You okay?

Yes, crazy day today.

Call me.

12/7/20 7:38 PM

Type a message...






Case 3:21-cv-00003-MHH-MGR   Document 200-161   Filed 04/21/23   Page 26 of 57   PageID 2971



be there in five

1/2/21 12:50 AM

You better come get this dog. He is ready and looking for you.





   Type a message...  





**Justin**
Mobile










Type a message…








Justin
Mobile





He knows your coming to get him.

Be there in 20 min.

  Type a message...  



## Justin
Mobile

coming to get him.

Be there in 20 min.

1/2/21 1:04 AM

Ok, cool.

1/2/21 9:56 PM

On our way to get buster

1/3/21 10:10 PM

https://rvs.autotrader.com/rvs/2002/gulf_stream/yellowstone/300267258

  Type a message...  



# Justin
## Mobile

Ok, cool.

1/2/21 9:56 PM

On our way to get buster

1/3/21 10:10 PM

https://rvs.autotrader.com/rvs/2002/gulf_stream/yellowstone/300267258

Check this out it may be too pricey what do you think about the concept

1/3/21 10:17 PM

 

Type a message...

 

 **Justin**
Mobile



you think about the concept

1/3/21 10:17 PM

https://www.rvtrader.com/Class-A/rvs-for-sale?type=Class%20A%7C198067

Here's another

Who likes my ideas?

Julie thinks you're on the right track on this. She looked into it for her sister and found a lot of great deals

  Type a message...  



# Justin
Mobile

this. She looked into it for her sister and found a lot of great deals

The bus is where it's at.

Okay take the bus. Lol

It just can't be the short retard school bus. Lol.

That's the one I was thinking about.lol

Shuttle bus. That's

  Type a message...  

 

**Justin**
Mobile

That's the one I was thinking about.lol

Shuttle bus. That's what I told you about. From Disney in Orlando.

That's a great idea we were just looking at other options

They are all busses. The key is self movement. The travel trailers need to be hauled.

Ok

    

Type a message...

 

# Justin
### Mobile

1/6/21 8:53 PM

Julie looked up your property. It was listed in May 2020 with ReMax realty for 25,000. It's been on the market for 236 days. They increase the sale price 51% in the last 7 months. Average increase was only 16% over 12 months. Julie thinks you ought to start out at 28000.

 

Type a message...

 

# Justin
Mobile



1/9/21 1:29 AM

On my way to pick up buster

Just got home. You left all the lights on.

I did on purpose make sure people think somebody's home



Type a message...

   

  

## Justin
Mobile

I did on purpose make sure people think somebody's home

Ok, the garage light was a bit much.

    





<span style="color:blue">https://youtu.be</span>
<span style="color:blue">/ZFC3Nmhs-Nc</span>

1/16/21 7:08 PM

This is what
I was talking
about. Going to
walmart to pick
up supplies.





    Type a
message...    


**Justin**
Mobile

up supplies.



Just got back
and stocked up
for us. $515.

Ok. Good I was
surprised you had
someone in the







 

**Justin**
Mobile

Ok. Good I was surprised you had someone in the house with the ATF dangers. I don't trust it. You don't want me even talking to anyone and you bring someone in. Don't understand it. Anyway I am at wedding. Please take care of Buster. I may not get him tonight. But I will let you know.

I can't answer now..

 

Type a message...

 

 **Justin**
Mobile

On college now.

2/4/21 6:22 PM

Hey want you to know we are going to longhorn on 220.

2/4/21 6:29 PM

Ok. I'm building these now.



2/4/21 6:46 PM



Type a message...




Justin
Mobile



2/4/21 6:46 PM

Do swiss cheese makers look great

Yeah they do. It's always good to have spares.

2/6/21 1:01 AM

Headed to pick up buster

I just gave him a treat. He's ready.

2/6/21 4:59 PM



Type a message...



 **Justin**
Mobile



I just gave him a treat. He's ready.

2/6/21 4:59 PM

Hey son I just want to check on you see how you're doing I hope you feel better let me know. Also you don't have to worry about Buster he's staying with Jonathan and Megan tonight. But just want to check on you love you

2/6/21 8:05 PM



I'm ok. Just been

    

 

**Justin**
Mobile

you

2/6/21 8:05 PM

I'm ok. Just been resting and working when I can. My phone was dead due to the NSA apps on it. Lol. I was charging it. It's also acting up and won't charge well. Many problems out of my phone lately. Getting a new one on Monday.

2/6/21 8:10 PM

Okay sign glad you're doing better love you

    



# Justin
Mobile

Okay sign glad you're doing better love you

Son

I forgot tonight was super bowl. Let's go eat dinner tomorrow night

I found the title for the crv.



Type a message...

 

**Justin**
Mobile

I found the title for the crv.



 

    

 **Justin**
Mobile



. I bought one today

It figures.

What email do you want me to send insurance info

[Foxautocenterinc@gmail.com](mailto:Foxautocenterinc@gmail.com)



Type a message...

 **Justin**
Mobile




[Foxautocenterinc@gmail.com](mailto:Foxautocenterinc@gmail.com)

Sent

2/8/21 7:26 PM

All good?

2/9/21 9:33 AM

As soon as I get these folks settle down I may be able to break away to bring the car I shouldn't be too much longer

Type a message...

   



# Justin
Mobile

able to break away to bring the car I shouldn't be too much longer

I just can't walk away in the middle of a cut over

2/9/21 10:50 AM

About to wrap up here

2/9/21 11:10 AM

Cook. It's raining like crazy. Drive carefully.

2/9/21 6:56 PM

Type a message...



## Justin
Mobile

crazy. Drive carefully.

2/9/21 6:56 PM









  Type a message...  





Justin
Mobile














Type a message...








# Justin
Mobile



2/11/21 4:54 PM

On con call

2/11/21 5:28 PM

Leaving now.

Ok

2/20/21 12:17 AM

Hey I'm coming to get buster






Type a message...




 

# Justin
Mobile

2/26/21 9:25 PM

Did you make it home?

Just got home.

Ok. Just checking

2/27/21 12:09 PM





**Justin**
Mobile





It has begun.

2/27/21 1:16 PM

Omg that is
awesome son.



  Type a
message...  




# Justin
Mobile

2/27/21 1:16 PM

Omg that is awesome son.
I also took care of D. 1000

2/27/21 1:42 PM

Thank you so much.





    Type a message...    





# Justin
Mobile



2/27/21 3:14 PM

Old Time country buffet

2469 US-90 Ste 106, Lake City, FL 32055

Delivery






Type a message...






# Justin
## Mobile

 

Delivery



3/2/21 9:02 AM





  Type a message...  

 **Justin**
Mobile



3/2/21 9:02 AM



Badass

Delivered

3/2/21 9:28 AM

Yes it is. Back to work.

  Type a message...