# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Judy Voss, Vice President__, am the custodian of records or am otherwise
         (name)
qualified to authenticate the records of __Rock Island Auction Company__
                                                   (company or business)
I have provided the following records to the United States pursuant to Subpoena No.
__2021R00188 - 077__.

List of records provided:
See attachments to this file.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

Rock Island Auction Company
7819 42nd Street West
Rock Island, IL 61201

Judy Voss
Printed Name

Signature

1/5/2022
Date

S.W.D. ATL. GA. M.15A.C.

AC 170

PAT. PEND.

24813

Auction Catalog #82   /   Lot #502

Auction Date: May 14, 2021

S.W.D. Inc. Class III/ NFA "Lightning Link" Auto Connector for AR-15 Platform Rifles

Price Realized: **$18,400**

Estimated Price: $10,000 - $15,000



PAYMENT   TERMS   SHIPPING

**Manufacturer:** SWD
**Model:** M15 AC
**Type:** Machine gun
**Gauge:** Unknown
**Barrel:**
**Finish:**
**Grip:**
**Stock:**

**Item Views:** 3823
**Item Interest:** Very Active
**Serial Number:** AC170
**Catalog Page:** 349
**Class:** Class III

**Description:**
One of approximately 900 manufactured and registered with the BATFE in the early 1980s, these S.W.D. Inc. Auto Connectors were, and still are, one of the most cost effective ways to make an AR-15 platform rifle fully automatic. This example is marked "S.W.D. ATL. GA. M.15A.C./PAT. PEND." followed by the hand marked serial number "AC170". With an extra bolt contact arm and other small parts.

**Rating Definition:**
Very fine, retains most of the original matte grey finish. While the component is of a "drop in" nature, quality of function is not guaranteed, adjustments may be necessary. NOTE: This weapon is a National Firearms Act (NFA), fully transferable Class 3, which is registered with the Bureau of Alcohol, Tobacco, Firearms and Explosives, (BATFE) under the provisions of 18 U.S.C. Chapter 44 and 27 CFR part 478.

24825