# Exhibit 1



767060-21-0017  2021-207-CJT

# Exhibit 1 individual Lightning Link pieces



767060-21-0017   2021-207-CJT

2

# Exhibit 1 Lightning Link cut out



767060-21-0017  2021-207-CJT

3

00122

# Exhibit 1 Lightning Link



767060-21-0017  2021-207-CJT

5

# Exhibit 1 Lightning Link assembled



767060-21-0017  2021-207-CJT

6

00125

# Exhibit 1 Lightning Link assembled



767060-21-0017  2021-207-CJT

7

# Exhibit 1 Lightning Link installed on NFC rifle



767060-21-0017  2021-207-CJT

8

# Exhibit 1 Lightning Link installed on NFC rifle



767060-21-0017  2021-207-CJT

9