

Tools used for cutting Lightning Link