Exhibit 3



767060-20-0017  2021-332-CJT

First device assembled



Cut through the side

767060-20-0017  2021-332-CIT

Cutting of the second device



## Cutting of the second device





Second device removed

Second device installed on NFC rifle



767060-20-0017  2021-332-CIT

Second device installed on NFC rifle



767060-20-0017  2021-332-CIT