# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Sergio Hernandez__, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of __Namecheap, Inc.__
(company or business)
I have provided the following records to the United States pursuant to Subpoena No.

Warrant Nos. 3:21-mj-1136-PDB and 3:21-mj-1135-PDB.

List of records provided:

User Info., Whois details for autokeycard.com, Whois details for autokeycards.com,

Login History, Domain List, Private Email Subscriptions, Order List, Transaction

Review, Chat/Ticket Transcripts and Account Email Subscription Email Content

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

4600 East Washington Street, Suite 300

Phoenix, AZ 85034

310.259.3259

Sergio Hernandez
Printed Name and Signature

February 16, 2023
Date

34893