**Subject:** Re: [Shopify Risk Operations Support] Your Shopify Payments Account [URGENT]
**From:** Austin <support@shopify.com>
**Date:** 11/17/2020, 4:12 PM
**To:** Kristopher Justin Ervin <autokeycard@autokeycard.com>

.

Austin (Shopify)
Nov 17, 2020, 19:12 EST

Hi Kristopher,

The product you are offering, and it's intended use, are not supportable through Shopify Payments (potentially not on Shopify either, though I will defer to our legal to make that determination).

As for the reserve, yes, it is designed to protect Shopify Payments against refunds, chargebacks, and fines that may result from either customer disputes or having unsupportable products sold through our platform. The 120 days is the typical amount of time a customer has to file a chargeback against a transaction, which is why that timeframe was chosen.

That said, once all orders that have been processed through Shopify Payments have been delivered to customers, we can review with an eye towards releasing some of the reserve in advance of the previously quoted date.

Thanks,

Austin


Your ticket ID is **20773056**.

On Nov 17 01:35 EDT, Kristopher Justin Ervin wrote:
> Austin,
>
> My business does not pose an elevated risk. Please identify the specific risk that justifies holding funds that I have already fulfilled orders for. We have no chargebacks, only a few refunds and I get emails daily from our customers satisfied with my service. All orders have been delivered except one that the customer gave the wrong address and it was returned. That will be fixed tomorrow.
>
> I have worked immensely to build this business, spent thousands on marketing, and worked very hard to get orders out the door quickly. I have been staying up till 4am most days to making sure orders are ready for the next day. Long Days and Nights. I take care of my elderly father and now the lights are gonna get cut off. I have timed this for black friday and the Christmas holiday coming up. It is working great and now you have killed it. With no warning. Why couldn't you send me a message before setting a bomb off in my lap? Why can I not talk to someone on the phone about this? I could have just change the payment provider with no down time. Did someone report me for

something I am not doing? This has to be a misunderstanding.

I work very hard not to be one of those horror stories you hear about with 2 month shipping times. We do not drop ship from China. Our products are made in the USA by me. All our custom cat items are made by Americans too. These items are shipped from Detroit. The customers are very happy.

I can not survive without those funds. Why hold them for 120 days? I understand if you don't want me to use shopify payments. That is a free choice. But don't hurt me intentionally. It is torcherous interference. Honestly, after this I wouldn't use it if you turned it back on. My main concern is getting the funds released so I can continue my life, not go bankrupt and to keep my family from being destroyed.

Please communicate exactly what you need to release the funds.

Kristopher Justin Ervin

On Nov 16 16:08 EDT, Austin wrote:

> Hello,
>
> Austin from the Risk Operations Team at Shopify. We are writing to you in regards to your account autokeycard.myshopify.com.
>
> We are constantly monitoring businesses we are supporting who are using the Shopify Payments gateway. Your business has been identified as presenting an elevated level of risk that we will be unable to support with Shopify Payments. See the [Shopify Payments Terms of Service at Section B.5](https://www.shopify.com/legal) and click on your region). **Please note that while you will no longer be permitted to use Shopify Payments as your payment gateway, this does not affect your use of Shopify.**
>
> We will transfer your existing payouts to the bank account on file after 120 days, on Mar 16, 2021, but will be unable to accept any additional payments on your behalf transacted through the Shopify Payments gateway. Should you prefer, you may [refund the orders](https://help.shopify.com/en/manual/orders/refund-cancel-order) and reprocess them through an integrated third party payment processor.
>
> While we sincerely apologize for the inconvenience, you will need to select a new payment gateway in order to continue selling on Shopify. We understand that changing your payment gateway can be a major adjustment, and we are here to guide you through this process as best as we can. There are many options to consider, however we recommend EMB which integrates directly with Shopify - more information can be found [here](https://partners.emerchantbroker.com/). Authorize.net may also be a solution for your business, more information can be found [here](https://www.authorize.net/).
>
> Alternatively, for a complete list of integrated payment gateway options please have a look [here](https://www.shopify.ca/payment-gateways).
>
> Changing payment gateway can be tricky to navigate and we're here to answer any questions you may have about anything in this email. We'll be your best point of contact for everything mentioned here, so we recommend replying back to this email directly. Our Support Advisor

team is great for solving more general questions you might have, but when it comes to this we'll have more context and information.

We note that all Shopify merchants are responsible for complying with [Shopify's Terms of Service](https://www.shopify.com/legal/terms) and [Acceptable Use Policy] (https://www.shopify.com/legal/aup). This includes complying with all applicable laws in your jurisdiction and your customers' jurisdiction(s).

Thank you,
Austin
Risk Analyst | [Shopify](https://docs.shopify.com/support)

[Z329D6-OLYK]