**Subject:** Re: crs with blue and red
**From:** autokeycard <autokeycard@autokeycard.com>
**Date:** 1/28/2021, 12:29 PM
**To:** admin <admin@autokeycard.com>

Perfect.

On Jan 28, 2021 at 3:26 PM, admin@autokeycard.com admin@autokeycard.com <admin@autokeycard.com> wrote:

