**Subject:** Re: Replacement order
**From:** autokeycard <autokeycard@autokeycard.com>
**Date:** 2/11/2021, 12:35 PM
**To:** admin <admin@autokeycard.com>

Done. Here is the info. Thank you.

On Feb 10, 2021 at 4:56 PM, admin <admin@autokeycard.com> wrote:

Hi Justin,

When you get a moment, can you mail this customer a replacement order?

Thanks,
Carolanne

04887



04888



04889

Re: Replacement order

— 20210211_153225.jpg —



— 20210211_153245.jpg —

Re: Replacement order



—20210211_153235.jpg—



Attachments:

| | |
|---|---|
| 20210211_153225.jpg | 634 KB |
| 20210211_153245.jpg | 577 KB |
| 20210211_153235.jpg | 577 KB |