Case 3:21-cr-00022-MMH-MCR   Document 259-178   Filed 04/21/23   Page 1 of 1 PageID 3034

**Subject:** rambo edit
**From:** "admin@autokeycard.com admin@autokeycard.com" <admin@autokeycard.com>
**Date:** 2/1/2021, 10:15 AM
**To:** "autokeycard@autokeycard.com autokeycard@autokeycard.com" <autokeycard@autokeycard.com>

what do you think?

