**Subject:** RE: Thank you
**From:** Jerry Slichenmyer <                        >
**Date:** 8/24/2020, 4:00 PM
**To:** "customerservice@autokeycard.com" <customerservice@autokeycard.com>

Thanks……….and as an former Ranger….always careful now days, have an idea, keep America free…..

Sent from Mail for Windows 10

**From:** customerservice@autokeycard.com
**Sent:** Monday, August 24, 2020 4:11 PM
**To:** Jerry Slichenmyer
**Subject:** Re: Thank you

Jerry,

Thank you for your purchase and support of liberty for all. All NFA Rules Apply. Unfortunately we cannot provide instructions as per the NFA. It is a gray market item and that is the line we cannot cross.

I can point you in the right direction so you can find the information on your own at your own risk. Do a google image search for different combinations of the terms "Lightning" "swift" "coathanger test" "Link" and any terms you discover along the way. Youtube search the same terms and between both you should find the information you seek. The image search will help you greatly find general available schematic information. It is not difficult to find.

The Auto Key Card is a conversation piece as sold and as with many legal products, illegal use can occur. Think of brass knuckles sold as paperweights. Please be smart and careful you don't get in trouble. It is intended to stay in the sold as form. Individuals may make the choice to use it in a different way under certain dire circumstances in the future. Please share our product with others and friends that may need it someday. Stay safe and protect the innocent. They need people like us in the difficult times ahead.

Sincerely,

The Auto Key Card Team

> On August 24, 2020 4:02 PM Jerry Slichenmyer <                        > wrote:
>
> Thank you for the shipment of my Autokeycard, thought the package might include some instructions as to the proper use of the card, as intended. I have searched you tube and saw the videos, but none indicate the specific use of the card, I would appreciate any help in that direction, if possible….