Re: A shipment from order #1046 has been delivered

**Subject:** Re: A shipment from order #1046 has been delivered
**From:** 1 White <                         >
**Date:** 9/16/2020, 12:24 AM
**To:** "customerservice@autokeycard.com customerservice@autokeycard.com" <customerservice@autokeycard.com>

Yessir,
      I understand the gray area, been living there most of my life. When I find a product I like, I spread the word. Those weren't really paperweights? I would so be in trouble but Texas legislature made knuckles, swords and Bowie knives legal again here about a year ago. We don't have constitutional carry yet, and it's in the works, although I have never looked a gift horse in the mouth. I can tell that the team working there are true patriots. Hard to find people like that now, and needed now more than ever. I will indeed share this product and all relevant information as discreetly as possible. Thank you for making it available. I like to say, Be good or be good at it.

                yours truly,
                C.

On Tue, Sep 15, 2020, 7:15 PM customerservice@autokeycard.com customerservice@autokeycard.com <customerservice@autokeycard.com> wrote:

> Thank you for your purchase and support of liberty for all. All NFA Rules Apply. Unfortunately we cannot provide instructions as per the NFA. It is a gray market item and that is the line we cannot cross.
>
> I can point you in the right direction so you can find the information on your own at your own risk. Do a google image search for different combinations of the terms "Lightning" "swift" "coathanger test" "Link" and any terms you discover along the way. Youtube search the same terms and between both you should find the information you seek. The image search will help you greatly find general available schematic information. It is not difficult to find.
>
> The Auto Key Card is a conversation piece as sold and as with many legal products, illegal use can occur. Think of brass knuckles sold as paperweights. Please be smart and careful you don't get in trouble. It is intended to stay in the sold as form. Individuals may make the choice to use it in a different way under certain dire circumstances in the future. Please share our product with others and friends that may need it someday. Stay safe and protect the innocent. They need people like us in the difficult times ahead.
>
>
> Sincerely,
>
> The Auto Key Card Team

05153

On 09/15/2020 1:50 PM 1 White <_____> wrote:

Was just wondering, does this item come with instructions? Excellent customer service, by the way...thanks!
                C.

On Tue, Sep 15, 2020, 8:48 AM AutoKeyCard <customerservice@autokeycard.com> wrote:

## AutoKeyCard

ORDER #1046

### Your order has been delivered

Haven't received your package yet? **Let us know**

View your order   or   Visit our store

USPS tracking number: 9400110202079491607624

---

**Items in this shipment**

Auto Key Card Stainless Steel Business Card 2 in 1 × 1

---

If you have any questions, reply to this email or contact us at
customerservice@autokeycard.com