**Subject:** Re: The New Best Seller is Selling Out Act Fast
**From:** peter eckley <                        >
**Date:** 9/16/2020, 9:26 AM
**To:** AutoKeyCard <customerservice@autokeycard.com>

The fuck does this do?

Get Outlook for Android

---

**From:** AutoKeyCard <customerservice@autokeycard.com>
**Sent:** Wednesday, September 16, 2020 9:50:07 AM
**To:** peckley@outlook.com <peckley@outlook.com>
**Subject:** The New Best Seller is Selling Out Act Fast

AutoKeyCard

# Meet this month's New best seller….

## Check out what everyone's talking about these days.

Auto Key Card Stainless Steel Business Card 3 in 1 - Fast Free Shipping Included

## Auto Key Card Stainless Steel Business Card 3 in 1 - Fast Free Shipping Included

$90.00

Auto Key Card. Patent Pending. Fast FREE Shipping Included.

Stainless Steel Business Card - 3 in 1.

05158

304 Stainless - High Strength Stainless Steel. Durable.

54mm x 86mm X 1mm Thick. Credit Card Sized.

Full Auto laser engraved to scale graphic design.

Auto Key CARD-15 in Full sized Auto business card with graphic artwork.

Made in the USA. Shipped from the USA.

No Extended delivery times or drop shipping.

Fast FREE Shipping Included (1-3) business days in the lower 48 states.

Do not cut.

Business Card, Great Conversation Piece, or Novelty.

Shop now

**AutoKeyCard**
950 Blanding Blvd
STE 23, PMB 336
Orange Park FL 32065
United States

© 2020 AutoKeyCard                                        Unsubscribe