Re: Almost out of stock. Get yours while they are available.

**Subject:** Re: Almost out of stock. Get yours while they are available.
**From:** Charles Cain <​                              ​>
**Date:** 9/30/2020, 3:18 PM
**To:** AutoKeyCard <customerservice@autokeycard.com>

Thanks for the reply, I understand everything unfortunately I just can't find that pesky Rabbit and his rabbit hole

On Wednesday, September 30, 2020, 01:44:07 PM PDT, AutoKeyCard <customerservice@autokeycard.com> wrote:

Charles,

Thank you for the response. We value our customers input.

The AutoKeyCard's are very popular. That's why we sent the email to spread the word. It is just a metal card with a artistic graphic on it. You can keep it in your wallet and save it. You don't have to do anything with it. Like a time capsule. You either get it or you have to do more research. It is a gray market item. Like a solvent trap, but not one of those. Like any product it can be used in the wrong way and we don't recommend that.

It is designed and sold as a metal business card, a novelty or a conversation piece. The design is also our business logo. I take mine out of my wallet at the range to bring up interesting conversations with like minded freedom loving individuals. I hope this helps.

Check out our videos on Youtube or the one on our website.

Just search for "Auto Key Card". They are not hard to find and will help you greatly.

We would love for you to become a customer. Here is a discount code for you as an appreciation.

Use the code "10% DISCOUNT" to get 10% off of all our AutoKeyCard models.

Sincerely,

The AutoKeyCard Team

> On 09/30/2020 3:05 PM Charles Cain <​                              ​> wrote:
>
>
> I'm still trying to figure out what to do with it (how its used)
>
> On Wednesday, September 30, 2020, 09:05:11 AM PDT, AutoKeyCard <customerservice@autokeycard.com> wrote:
>
>
> AutoKeyCard

05208

# This month's best seller!

Auto Key Card Stainless Steel Business Card 3 in 1 - Fast Free Shipping Included

## Auto Key Card Stainless Steel Business Card 3 in 1 - Fast Free Shipping Included

~~$100.00~~ **$90.00**

Auto Key Card. Patent Pending. Fast FREE Shipping Included.

Stainless Steel Auto Key Card Business Card - 3 in 1.

304 Stainless - High Strength Stainless Steel. Durable.

54mm x 86mm X 1mm Thick. Credit Card Sized.

Full Auto laser engraved to scale graphic design.

Auto Key CARD-15 in Full sized Auto business card with graphic artwork.

Made in the USA. Shipped from the USA.

No Extended delivery times or drop shipping.

Fast FREE Shipping Included (1-3) business days in the lower 48 states.

Do not cut.

Business Card, Great Conversation Piece, or Novelty.

Case 3:21-cr-00022-MMH-MCR   Document 259-182   Filed 04/21/23   Page 3 of 3 PageID 3042

**Shop now**

**AutoKeyCard**
950 Blanding Blvd
STE 23, PMB 336
Orange Park FL 32065
United States

© 2020 AutoKeyCard                                    Unsubscribe

05210