[gun.deals] Re: I am interested in joing your Vendor Postings - 1 deal...

Case 3:21-cr-00022-MMH-MCR   Document 259-183   Filed 04/21/23   Page 1 of 1 PageID 3043

**Subject:** [gun.deals] Re: I am interested in joing your Vendor Postings - 1 deal post every 3 days
**From:** "Adrian (gun.deals)" <support@contactgundeals.zendesk.com>
**Date:** 10/3/2020, 7:21 AM
**To:** Autokeycard <autokeycard@autokeycard.com>

##- Please type your reply above this line -##

Your request (2402) has been updated. To add additional comments, reply to this email.

Adrian (gun.deals)
Oct 3, 2020, 11:21 ADT

Sorry, our website is for guns & ammo only. Have a great weekend.

Autokeycard
Sep 30, 2020, 13:07 ADT

Hello, We are interested to join your Vendor Postings - 1 deal post every 3 days subscription. Our product is gun community related, although not a gun part. It is a novelty and conversation starter. We are about to launch a new thicker card model that has a bottle opener on it too. It has been very popular with firearms enthusiasts on Facebook. We are looking to widen our foot print and customer base by opening an account with you. We are interested in the deal/bump posting package of $349.00 every month. Please let us know if this is possible and our product is welcome on your site. Our experience is about 80% love it and want one if they see it. Please let me know what your opinion is before we decide to sign up for the subscription. Feel free to call me at any time to discuss business with your site or any questions you may have. Kristopher Justin Ervin 904.405.9878 gun.deals username: Not provided Link provided: Not provided

This email is a service from gun.deals. Delivered by Zendesk

[09038W-REMP]