**Subject:** [TEST] New 30% Thicker AutoKeyCard's
**From:** AutoKeyCard <customerservice@autokeycard.com>
**Date:** 10/29/2020, 4:34 AM
**To:** autokeycard@autokeycard.com

## AutoKeyCard

## Introducing the New 30% Thicker Cards.

## As Requested by our Great Customers!

Thank you for your support.

3 updated and 3 new models Available Now.

For more info visit AutoKeyCard.com

For our email list subscribers we offer a 10% discount code in appreciation.

USE CODE: 10%OFF

Auto Key Card Stainless Steel Business Card 3 in 1 - Pen Holder Edition with Bottle Opener

## Auto Key Card Stainless Steel Business Card 3 in 1 - Pen Holder Edition with Bottle Opener

05291

~~$125.00~~ **$99.00**

New Pen Holder Edition Auto Key Card with Bottle Opener.

Full Auto laser engraved to scale graphic artwork logo design.

Auto Key CARD-15 in Full sized Auto metal business card with graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 86mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design.

Do not cut or alter in any way.

Business Logo Card, Great Conversation Piece, or Novelty.

Shop now

**AutoKeyCard**                                    instagram
950 Blanding Blvd
STE 23, PMB 336
Orange Park FL 32065
United States

© 2020 AutoKeyCard                                 Unsubscribe

05292