**From:** Nick Sillery <                              >
**Date:** 11/12/2020, 10:28 AM
**To:** customerservice@autokeycard.com

can the auto key card be used with a Springfield saint victor?

05546