**From:** Chance Johnson <                       >
**Date:** 11/13/2020, 9:34 AM
**To:** customerservice@autokeycard.com

Hi there..is there a place I can go to on how to use my auto card? Directions?

05727