**Subject:** Re: Order #1208 confirmed
**From:** John <                              >
**Date:** 11/13/2020, 4:48 PM
**To:** autokeycard <autokeycard@autokeycard.com>

okay, then just delete this order information pls.

On Fri, Nov 13, 2020, 18:47 autokeycard <autokeycard@autokeycard.com> wrote:
> Please read the terms, shipping and return policies.
>
> Thank you,
>
> Autokeycard.com
>
>> On Nov 13, 2020 at 6:39 AM, John <                              > wrote:
>>
>> Please disregard the previous email.
>>
>> Actually, I would like to **cancel this order** since I don't really need a key card for this size. It can't fit my pen as I measured.
>> This order was placed within an hour and before sunrise, nothing is made and nothing is shipped, so please just do a refund.
>>
>> Thanks a lot! I'll tell my friend who has the pen that this will work with.
>>
>>> On Fri, Nov 13, 2020 at 4:47 AM John <                              > wrote:
>>> Hi,
>>> After you fulfilled this order. May I ask you to delete data regarding this order?
>>> Including this email if possible.
>>> Thanks!
>>>
>>>> On Fri, Nov 13, 2020 at 4:38 AM AutoKeyCard <customerservice@autokeycard.com> wrote:
>>>>
>>>> # AutoKeyCard
>>>>
>>>> ORDER #1208
>>>>
>>>> ## Thank you for your purchase!
>>>>
>>>> Hi ZIYANG, we're getting your order ready to be shipped. We will notify you when it has been sent.
>>>>
>>>> View your order    or  Visit our store

## Order summary

 Auto Key Card Stainless Steel Business Card 3 in 1 - Pen Holder Edition with Bottle Opener × 1  $99.00

| | |
|---|---|
| Subtotal | **$99.00** |
| Shipping | **$0.00** |
| Taxes | **$0.00** |
| Total | **$99.00 USD** |

## Customer information

**Shipping address**
ZIYANG SUN

HOUSTON TX 77082
United States

**Billing address**
ZIYANG SUN

HOUSTON TX 77082
United States

**Shipping method**
FREE Shipping 1-7 days

**Payment method**
ending with 8083 — **$99.00**

If you have any questions, reply to this email or contact us at customerservice@autokeycard.com

05738