Re: Wrong Product

**Subject:** Re: Wrong Product
**From:** Bobby Amey < >
**Date:** 11/14/2020, 8:26 AM
**To:** "customerservice@autokeycard.com customerservice@autokeycard.com" <customerservice@autokeycard.com>

No worries.  I understand.  I'll watch out for the other package.

Thanks,

Bobby Amey


On Nov 14, 2020, at 10:24 AM, customerservice@autokeycard.com customerservice@autokeycard.com <customerservice@autokeycard.com> wrote:

> Bobby,
>
> I am so sorry about that. We work hard to get it right the first time. Orders have increased dramatically since the word has gotten out about our great products. I was up till 4am fulfilling orders last night. I will send you another order for no charge with the right one in it. Keep the single as an appreciation from us. Thank you for your support. It will ship on Monday.
>
> Sincerely,
>
> AutoKeyCard.com
>
>
> > On 11/14/2020 11:07 AM Bobby Amey <                    > wrote:
> >
> >
> > I ordered the double and received a single.  What would you like to do?
> >
> > Thanks,
> >
> > Bobby Amey

05884