**Subject:** [AutoKeyCard] Order #1298 placed by darek stennes
**From:** "AutoKeyCard" <customerservice@autokeycard.com>
**Date:** 11/14/2020, 4:56 AM
**To:** "Kristopher Justin Ervin" <autokeycard@autokeycard.com>

darek stennes placed order #1298 on Nov 14 at 7:56 am.

View order

### Order summary



| Auto Key Card Stainless Steel Business Card 1 in 1 | |
|---|---|
| $40.00 × 1 | $40.00 |
| • SKU: autokeycard-1in1 | |

| | |
|---|---|
| Subtotal | $40.00 |
| Shipping  (FREE Shipping 1-7 days) | $0.00 |
| Tax  (Duval County Tax 1.0%) | $0.40 |
| Tax  (Florida State Tax 6.0%) | $2.40 |
| **Total** | **$42.80 USD** |

### Payment processing method
shopify_payments

### Delivery method
FREE Shipping 1-7 days

### Shipping address
darek stennes
11321 Breakers Bay Way
Jacksonville, Florida 32256
United States
9043187310

Shopify
© Shopify | 151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



05767