**Subject:** [AutoKeyCard] Order #1299 placed by darek stennes
**From:** "AutoKeyCard" <customerservice@autokeycard.com>
**Date:** 11/14/2020, 5:03 AM
**To:** "Kristopher Justin Ervin" <autokeycard@autokeycard.com>

---

darek stennes placed order #1299 on Nov 14 at 8:03 am.

View order

### Order summary



| Auto Key Card Stainless Steel Business Card 1 in 1 - Pen Holder Edition | $65.00 |
|---|---|
| $65.00 × 1 | |
| • SKU: autokeycard-1in1-penholder | |

| Subtotal | $65.00 |
|---|---|
| Shipping  (FREE Shipping 1-7 days) | $0.00 |
| Tax  (Florida State Tax 6.0%) | $3.90 |
| Tax  (Duval County Tax 1.0%) | $0.65 |
| **Total** | **$69.55 USD** |

### Payment processing method
shopify_payments

### Delivery method
FREE Shipping 1-7 days

### Shipping address
Darek Stennes

Jacksonville, Florida 32256
United States
(904) 318-7310

05768

Shopify
© Shopify | 151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

05769