Case 3:21-cr-00022-MMH-MCR   Document 259-191   Filed 04/21/23   Page 1 of 1 PageID 3055

**Subject:** Keycard
**From:** brandon sanders <                              >
**Date:** 11/16/2020, 6:57 PM
**To:** customerservice@autokeycard.com

Is there anywhere I can go for instruction?

06078