**Subject:** Re:
**From:** Josh Gilbert <                              >
**Date:** 11/21/2020, 8:08 AM
**To:** "Customerservice@autokeycard.com" <Customerservice@autokeycard.com>

Thanks for the humor.  I'll pass the joke on to every single gun guy I know.  And they'll pass it to every gun guy they know.

On Thursday, November 19, 2020, Customerservice@autokeycard.com <Customerservice@autokeycard.com> wrote:
> Thank you. They are incredibly durable, or be careful not to lean on it because it might break.
>
> AutoKeyCard.com
>
>> On 11/19/2020 10:10 AM Josh Gilbert <                              > wrote:
>>
>>
>> An appropriate response is they are incredibly durable, or be careful not to lean on it because it might break.
>>
>> On Thursday, November 19, 2020, Josh Gilbert <                              > wrote:
>>> Dude what part of subtle questions that hide what you are actually asking do you not understand?
>>>
>>> On Tuesday, November 17, 2020, <Customerservice@autokeycard.com> wrote:
>>>> That was not our card. Check the product description.
>>>>> On 11/16/2020 4:15 PM Josh Gilbert <                              > wrote:
>>>>>
>>>>>
>>>>> My buddy got one of these cards, accidentally dropped it, and pieces went everywhere.  Before I buy, how sturdy are they?