Case 3:21-cr-00022-MMH-MCR   Document 259-193   Filed 04/21/23   Page 1 of 5 PageID 3057

**Subject:** Re: Help.
**From:** darek stennes < >
**Date:** 11/26/2020, 4:13 AM
**To:** "customerservice@autokeycard.com customerservice@autokeycard.com" <customerservice@autokeycard.com>

```
Yes !!! Thank you so much for the more than generous addition! Works great .
Have a wonderful thanksgiving!
Cheers ,
Darek
```

— image0.jpeg —

Re: Help.



06496

Re: Help.

```
Sent from my iPhone


On Nov 26, 2020, at 6:00 AM, customerservice@autokeycard.com
customerservice@autokeycard.com <customerservice@autokeycard.com> wrote:

Just wanted to check if you got the replacement I sent you. Please confirm this one
didn't get lost too.

FYI. NEWS.

I am working on getting the site up. Our hosting provider de-listed our store with no
warning right before our big black friday and cyber monday sales. I have redirected
autokeycard.com to freespeechindustries.com temporarily. It will take some time for
the internet servers to update and reflect this. Check it out. Type it in directly if
you need to.


Mail in orders are accepted at this time. The store will be back in a few weeks or
less. I am working hard to move it to a freedom platform that will not censor us.
Thank you for your support.



AutoKeyCard.com


  On 11/21/2020 3:14 PM darek stennes <                    > wrote:


  Man you awesome! Safe travels .......

  Sent from my iPhone


    On Nov 21, 2020, at 3:08 PM, customerservice@autokeycard.com
    customerservice@autokeycard.com <customerservice@autokeycard.com> wrote:


    Dear Derrek Stennes,

    I sent a replacement order to you via UPS. They said it will be there on Tuesday.
    The tracking number is 1Z5W2E010366220645. I also included a free bonus for you.
    Hometown Heros have to stick together. Thank you for your support.


    AutoKeyCard.com




      On 11/20/2020 6:10 PM darek stennes <                     > wrote:


      Super no big hurry, take your time. The pen holder is the awol one.
      Thanks so much !!!!
      Outstanding customer service!!!!!
```

06497

Re: Help.

Darek

Sent from my iPhone

> On Nov 20, 2020, at 5:48 PM, customerservice@autokeycard.com customerservice@autokeycard.com <customerservice@autokeycard.com> wrote:
>
> Derek,
>
> That's ok. I hate usps too. We only use them because they deliver to P.O. Boxes and some of our customers like that. They do leave a lot to be desired at times. I was just going over it and saw you had 2 orders. Was it the 1in1 or the 1in1 pen holder that you did not receive? They both show delivered on my end and I know one was delivered and the other was lost. I just want to send you the right one.
>
> I have to go out of town for a few days and won't be able to meet up this weekend. Sorry, something came up. I will send your order with ultra fast shipping tomorrow by UPS or FedEx before I head to the airport. Is there one carrier that you prefer over the other? I will also include a special bonus for you due to the inconvenience. Thanks for being a great customer and a cool guy too.
>
> Sincerely,
>
> AutoKeyCard.com
>
>> On 11/20/2020 2:52 PM darek stennes <                > wrote:
>>
>> Hey , it's darek again , I checked all my neighbors boxes , and even ask the post man no luck whatsoever, he could not remember . I really hate the usps.
>>
>> Sent from my iPhone
>>
>>> On Nov 18, 2020, at 6:20 PM, customerservice@autokeycard.com customerservice@autokeycard.com <customerservice@autokeycard.com> wrote:
>>>
>>> OK, I will call you to discuss. Our number is 904-413-1776.
>>>
>>> AutoKeyCard.com
>>>
>>>> On 11/18/2020 6:18 PM darek stennes <                > wrote:
>>>>
>>>> It's a newer subdivision, 1.5 years old , it's the ......usps. We have a central mail box.  I will ask around to see if it was placed in wrong box , I asked surrounding neighbors, no luck.

06498

Re: Help.

> Thanks for the quick reply
> Darek
>
> Sent from my iPhone
>
>> On Nov 18, 2020, at 6:12 PM, customerservice@autokeycard.com customerservice@autokeycard.com <customerservice@autokeycard.com> wrote:
>>
>> Dear Derrick Stennes. I was able to find your orders in the system. There are 2 of them. Did you receive one and not the other or neither? They both show delivered. I looked up the address on google maps and it looks to be an empty lot under construction. Google maps images could be old and the building could have been built already. Can you confirm your address so I can check there is not a typo in it. Do you have an apartment? I did not see an apartment number on your shipping address. It could be at the front office if it is an apartment. Don't worry, we got you and will do our best to make it right.
>>
>> AutoKeyCard.com
>>
>>> On 11/18/2020 6:03 PM darek stennes <darekstennes@gmail.com> wrote:
>>>
>>>
>>> Usps states delivered....not to me !!
>>> Check all neighbor's nowherevto ge found.   Please advise .
>>> Thanks darek
>>>
>>> Sent from my iPhone

Sincerely,

AutoKeyCard.com

---

Attachments:

image0.jpeg                                                                                                    3.8 MB

                                                                                                                        06499