Case 3:21-cr-00022-MMH-MCR   Document 259-194   Filed 04/21/23   Page 1 of 1 PageID 3062

**Subject:** Quick questions about your product
**From:** Miguel Adrian <                              >
**Date:** 11/21/2020, 10:54 PM
**To:** customerservice@autokeycard.com

Hi my name is Miguel and I had just received your product in the mail, my order number is #1462. The product came in very thick and in excellent condition, and I know that you direct people to not cut it or alter it in any way shape or form, but if I was to do so.. In what way would you, not recommend but suggest, I do it? It's very thick, and I thought that I would've been able to just poke it out with a nail or a pen and a hammer, but that doesn't seem to be the case.

06327