Termination of your Shopify Account | autokeycard.myshopify.com

**Subject:** Termination of your Shopify Account | autokeycard.myshopify.com
**From:** Shopify <legal@shopify.com>
**Date:** 11/24/2020, 1:51 PM
**To:** autokeycard@autokeycard.com

Dear Account Owner,

We have recently been made aware that certain products being sold on your Shopify store, autokeycard.myshopify.com, may violate the Restricted Items section of Shopify's Acceptable Use Policy (AUP).

We have reviewed your account and determined that it is in violation of the Restricted Items section of Shopify's AUP.  As a result, we are no longer able to host your store, autokeycard.myshopify.com, on our platform.

At this time, public access to your storefront has been disabled. You will continue to have access to your admin for one week if you wish to export your store data.  On December 1, 2020, your account will be permanently closed and you will have no further access to your store or its data.

Should you require assistance with downloading your content, please contact support here.

Regards,

Shopify

06453