**Subject:** Announcement
**From:** autokeycard <autokeycard@autokeycard.com>
**Date:** 11/27/2020, 2:19 AM
**To:** autokeycard <autokeycard@autokeycard.com>

Clear your cookies and web data. AutoKeyCard.com is back up and we have a secondary site up at AutoKeyCards.com with an "s" until we get both sites pointing to our new online freedom store platform next week. 15% off sale Black Friday to Cyber Monday. Code: 15% OFF. Thank you for the support during this time. I am thankful for all of you.