**Subject:** Auto key card
**From:** J P <                    >
**Date:** 11/28/2020, 11:42 AM
**To:** customerservice@autokeycards.com

Do these need to be heat treated and hardened?

06548