**Subject:** Key card question
**From:** Mike Brown <                              >
**Date:** 12/1/2020, 10:29 AM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Good after noon.  I'm inquiring about the key card.  If I were to bolt this to the wall, would I need a specific bolt, or would any bolt do? The internet has said I need a M16 thread bolt for it to look the best on the wall. And other sources said any bolt will get it done.    Thanks.