Sale by mail?

**Subject:** Sale by mail?
**From:** john olmeda <                              >
**Date:** 12/1/2020, 5:23 PM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Crs made me aware of you guys.... so my question is does the sale apply to mail orders? If so how does this work, post mark date?

Sent from Yahoo Mail on Android

06679