Case 3:21-cr-00022-MMH-MCR   Document 259-200   Filed 04/21/23   Page 1 of 1 PageID 3068

**From:** Justin Other <                              >
**Date:** 12/7/2020, 12:49 PM
**To:** customerservice@autokeycards.com

Do you know where I could find  swift pen holder? Do you folks offer a swift pen holder? My particular pen style won't fit in your pen holder

06734