**Subject:** Key Card  
**From:** Jade Hoffmann <                              >  
**Date:** 12/9/2020, 5:21 PM  
**To:** customerservice@autokeycards.com

```
Just wanted to check what lowers and trigger assemblies this worked with before I went
ahead and bought it. Any other mods needed for it to work? Just started to look into the
auto world
Thanks in advance

Sent from my iPhone
```