**Subject:** Not too sure about this...
**From:** steve lester <                    >
**Date:** 12/14/2020, 3:01 PM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Honestly I'm having a funny feeling about this after watching all the YouTube videos on these and similar products. Then saw no returns, no refunds when I went to cancel my order.

Sent from Yahoo Mail on Android

06798