**Subject:** Bottle opener question
**From:** Michael Redwine <                                    >
**Date:** 12/15/2020, 9:44 AM
**To:** customerservice@autokeycards.com

Good morning,

I recently became aware of your awesome bottle opener.  I am writing to ask a question about it, as I'm having trouble finding the answer elsewhere on the interwebs.  I have a standard high shelf, and a 16 carrier.  Would this bottle opener work?

Thank you for your time!

06824