**Subject:** SP1 style motors
**From:**
**Date:** 12/15/2020, 5:18 PM
**To:** customerservice@autokeycards.com

These keys I bought are no good without an SP1 motor! Do you have access to SP1 motors or can YOU mod a standard AR motor?