**Subject:** Autokeycard 300 blackout
**From:** Jeff Cook <                    >
**Date:** 12/18/2020, 4:07 PM
**To:** customerservice@autokeycards.com

Was just wondering if compatible with 300aac ? Thanks

06893