Case 3:21-cr-00022-MMH-MCR    Document 259-206    Filed 04/21/23    Page 1 of 1 PageID 3074

**Subject:** Re: Cards
**From:** steven brewer <                               >
**Date:** 12/27/2020, 7:18 AM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Hello,
I'd also be interested in if they will work with any parts or if certain parts are required

On Sun, Dec 27, 2020 at 9:47 AM steven brewer <                               > wrote:
> Hello,
> How durable are these cards? Are they heat treated for durability or anything? How long should they last? What are they made out of?
> Thank you for your help