Case 3:21-cr-00022-MMH-MCR   Document 259-207   Filed 04/21/23   Page 1 of 1 PageID 3075

**Subject:** Product info
**From:** Russell Stewart <                              >
**Date:** 1/2/2021, 3:15 AM
**To:** customerservice@autokeycards.com

Hi, I am interested in your product, any information other than on your page would be appreciated.
Does this come with instructions?
Thanks, Russell

07446