**Subject:** Quick question on setting up a display
**From:** "Keefauver, Michael" <                              >
**Date:** 1/1/2021, 2:38 PM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Hi,

I have a quick question I am setting up a display in my house to show my S&W Stock MP AR15 and I would like to use some of your cards to accent the display and do not want to get the wrong one can you please tell me what make or model would be best from your current line. Obviously I would never put your card in my gun as that would be illegal but i think with the right card it would really make the display very nice. Thank you and have a good new year.

Regards,
Mike Keefauver
Assistant Facility Manager
Mobile 206- 641- 1473



Michael Keefauver - Lead Technician - michael.keefauver@us.issworld.com
ISS Facility Services, Inc. Address:Delta Air Lines 18601 28th Ave South Seattle-Tacoma International Airport, Seattle, WA 98158
Phone: +1 206.641.1473 Fax: Mobile: Web: http://www.us.issworld.com

The information in this e-mail (including any attachment) is confidential and intended to be for the use of the addressee(s) only. If you have received the e-mail by mistake, any disclosure, copy, distribution or use of the contents of the e-mail is prohibited, and you must delete the e-mail from your system. As e-mail can be changed electronically ISS assumes no responsibility for any alteration to this e-mail or its attachments. ISS has taken every reasonable precaution to ensure that any attachment to this e-mail has been swept for virus. However, ISS does not accept any liability for damage sustained as a result of such attachment being virus infected and strongly recommend that you carry out your own virus check before opening any attachment.