Case 3:21-cr-00022-MMH-MCR   Document 259-209   Filed 04/21/23   Page 1 of 1 PageID 3077

**Subject:** Cancel order
**From:** Stephen Marsh <                        >
**Date:** 1/3/2021, 11:59 AM
**To:** customerservice@autokeycards.com

Good afternoon, I would like to cancel my Order #2483
Placed on January 1, 2021 at 8:34 PM EST. As further reading and information from Google showed this to be a item that should not be in possession of.
Thank you have a great day.

07456