**Subject:** Re: customer service
**From:** David Kouba < >
**Date:** 1/16/2021, 8:52 PM
**To:** "customerservice@autokeycard.com customerservice@autokeycard.com" <customerservice@autokeycard.com>

Do instructions come with the key cards? That would let me to be able to all of my options. Thanks

---

**From:** customerservice@autokeycard.com customerservice@autokeycard.com <customerservice@autokeycard.com>
**Sent:** Friday, January 15, 2021 9:07 PM
**To:** David Kouba < >
**Subject:** Re: customer service

Dear David Kouba,

Thank you for your interest in our products. The Auto Key Card is a great piece of artwork, a conversation piece or other common use item such as a bottle opener or a desktop pen holder. It is also covered by the first amendment and its intent is to generate great conversations with liberty minded individuals. We also offer t-shirts and beanies with the same business logo design. See the terms of service section 5 for more info.

Sincerely,

AutoKeyCard.com

> On 01/15/2021 11:20 AM David Kouba < > wrote:
>
>
> First, educate me about your product. What can I do with this card? Is this legal for me to purchase, and or possess ? Thanks, any information will be greatly appreciated.

07620