Case 3:21-cr-00022-MMH-MCR   Document 259-211   Filed 04/21/23   Page 1 of 1 PageID 3079

**Subject:** How do you cut out a card?
**From:** Steve Duty <                    >
**Date:** 1/16/2021, 4:56 AM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Thats all I was needing, the above title? What tool is used or is there a video? Thanks

Steve

07618