**Subject:** Re: 3 in 1 sent international
**From:** Michael Dread Andersen <                              >
**Date:** 1/20/2021, 8:22 AM
**To:** "customerservice@autokeycard.com customerservice@autokeycard.com" <customerservice@autokeycard.com>

And there's no way to get a dispensation? because I believe Scandinavia and Greenland would be a good new territory for you to get, because it's actually easier to get a permit for a full automatic, than a small 9mm semi automatic pistol (because you don't use pistols to hunt). Our rules about guns are a bit different from the u.s. another example is silencers, they don't require any permits and they are cheap, and you could legally sell keycards in shops, without having to "mask" their intended use, and on Greenland they have several semi automatic AR15 they use to hunt, so your product would be an accessory, just like a scope or a flashlight

Hent Outlook til Android

---

**From:** customerservice@autokeycard.com customerservice@autokeycard.com <customerservice@autokeycard.com>
**Sent:** Wednesday, January 20, 2021 3:26:28 PM
**To:** Michael Dread Andersen <                              >
**Subject:** Re: 3 in 1 sent international

Thank you for the interest. At this time we only ship to the 50 states of the USA. Stay tuned as we may add more regions in the future.

Sincerely,

AutoKeyCard.com

> On 01/20/2021 4:32 AM Michael Dread Andersen <                              > wrote:
>
>
> Hi, I saw your website, and wanted to know if it would be possible to get a dispensation to export a single 3 piece card to Denmark, preferably as a private citizen who shoots competitive myself, or secondly as a company that sells knives and gunparts to hunters and competition shooters among other things to import one
>
> Many Regards
>
> Michael Andersen
>
> Andersen Metalworks and Fabrication v Michael Andersen.
> Hent Outlook til Android