**Subject:** key card bottle opener
**From:** steven lewis <                              >
**Date:** 1/23/2021, 5:40 PM
**To:** customerservice@autokeycards.com

hi
I've ordered one of your bottle openers.
I was just wondering, if someone wanted to remove the excess material so the bottle opener would fit in your pocket better. what would be the best method for doing so? keep in mind i have minimal tools to work with.
thank you for any help.

07673