**Subject:** Business cards (Question, Not Spam!)
**From:** Roger Taylor <                              >
**Date:** 1/24/2021, 6:58 AM
**To:** customerservice@autokeycards.com

I recently placed and ordered but I really like the bottle opener with the small center that is cut out already so I can open bottles.

I know for a fact that I will never be able to keep a straight pattern doing a small inside cut.

Will these be back in stock anytime soon?

07677