Autocard canada

**Subject:** Autocard canada
**From:** R K <                              >
**Date:** 1/28/2021, 10:10 PM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Hey i was wondering why you guys wont send me a card to Canada because we are allowed to
own them for conversation peices just like the M16 trigger group (if not installed) i
would like to purchase 2 cards if possible, if you wont do it can someone else help me
out? Thanks

Sent from my iPhone

07736