**From:** Shane McCain <                          >
**Date:** 1/31/2021, 6:07 PM
**To:** customerservice@autokeycards.com

Will these work in high shelf lowers?
Thank's

07776