**Subject:** Got mine
**From:** Lance Knight <                         >
**Date:** 2/1/2021, 7:37 AM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Just a question….Order #2859 Lance Knight 187 Shady Lake dr. Shady Spring WV 25918 Phone # 304 575 6372  Does my order come with directions on how to use this product? I see that a guy can use it for pen holders….opening pop bottles….and probably a lot of wonderful things. I want to use mine for a certain purpose but I'm not knowledgeable enough on how to do this. Do directions come with the product? Thank you Sent from Mail for Windows 10