**Subject:** Re: mail in order  
**From:** John Holbrook <                        >  
**Date:** 2/1/2021, 8:04 AM  
**To:** customerservice <customerservice@autokeycard.com>

Awesome i did not know you had already shipped it. Thanks for your great customer support.

On Mon, Feb 1, 2021 at 11:01 AM customerservice <customerservice@autokeycard.com> wrote:
> Hi John,
>
> Thank you for your purchase and for contacting us. I looked into your order and according to USPS, it was delivered to the front desk/reception area for your address this morning.

07789

Re: mail in order



Sincerely,

AutoKeyCard.com

Re: mail in order

> On Feb 1, 2021 at 10:46 AM, John Holbrook <johnhlbrk@gmail.com> wrote:
>
> Good morning. Just following up with you about my order. i sent a money order and order form to you for 2 key cards by priority mail. looks like the post office said it got to you friday. just wanted to make sure you got it and everything was good. thanks.

07791