**Subject:** Re: Local pick up?
**From:** Chuck Hall <                          >
**Date:** 2/3/2021, 5:44 PM
**To:** customerservice <customerservice@autokeycard.com>

Thanks so much!
Chuck

Sent from my iPhone

> On Feb 3, 2021, at 6:54 PM, customerservice <customerservice@autokeycard.com> wrote:
>
> Hi Chuck,
>
> Thank you for contacting us. We'll be sure to thank CRS Firearms for the referral. As of right now, we offer purchasing online or via the mail-in order form. We currently do not offer local pickup, unfortunately.
>
> Sincerely,
>
> AutoKeyCard.com
>
>> On Feb 3, 2021 at 6:49 PM, Chuck Hall <                          > wrote:
>>
>> ```
>> Hi there;
>>
>> I see your area code is mine as well, is local pick up available??
>>
>>
>> Referred by CBS firearms
>>
>>
>> Thanks
>>
>> Chuck
>>
>>
>>
>> Sent from my iPhone
>> ```

07806