Case 3:21-cr-00022-MMH-MCR   Document 259-221   Filed 04/21/23   Page 1 of 1 PageID 3092

**Subject:** Info
**From:** jessica smith <                      >
**Date:** 2/6/2021, 12:16 PM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

 Would I be able to have a conversation about this key card and a high shelf AR or would it only pertain to a low shelf ?

07823