**Subject:** Re:
**From:** Eric Cook sr < >
**Date:** 2/10/2021, 10:27 AM
**To:** customerservice <customerservice@autokeycard.com>

I see that your phone is linked up to wifi and also I noticed that all those pics are screen shot from the web site if your so real send me one as a gift and once I receive it I will tell my church friends and family about your company and products and I'm sure they will purchase some and also spread the word tax return is just around the corner. And if not it's all cool cause a coat hanger works just fine to have fun with out at the range with a couple of my detective buddies from church.

On Wed, Feb 10, 2021, 11:16 AM customerservice <customerservice@autokeycard.com> wrote:
> Hi Eric,
>
> Here are the items currently in stock:

Re:



07869

Re:



This is not a scam. We are not the FBI, ATF or any other alphabet organization. We are freedom loving Americans who support other freedom loving Americans. We believe in our mission and our products. We finally received a shipment yesterday and have been working diligently to prepare and package our products to be ready for our awesome customers. We appreciate your patience

07870

and support. Hope you have a blessed day as well.

Sincerely,

AutoKeyCard.com

On Feb 10, 2021 at 1:03 PM, Eric Cook sr <ericcooksr@gmail.com> wrote:

I believe you need to update the web site so othere know as well cause the only products that shows sold out are the auto cards all the other clothing products are still available according to the web site so maybe you need to go to the web site and see what's going on cause you sound like an FBI agent trying start drama with innocent people's lives and if your not the FBI ATF pr local law enforcement I cencerely apologize but if you are please find something better to do I'd like to purchase one of those cards but if there's gonna be strings attached then I dont want one I'm a law abiding citizen with no priors or felonies I've never been I'm prison as I have a clean criminal record anyways have a blessed day.

On Wed, Feb 10, 2021, 10:43 AM customerservice <customerservice@autokeycard.com> wrote:
> Hi Eric,
>
> Thank you for contacting us. We restocked the 1in1, 2in1 and 3in1 originals today. We are expecting to restock the rest of our products within the next day or so. We appreciate your patience and support while we restock our store.
>
> Sincerely,
>
> AutoKeyCard.com
>
>
> On Feb 10, 2021 at 12:40 PM, Eric Cook sr <ericcooksr@gmail.com> wrote:
>
> When are you gonna have more auto key cards back in stock? Please email me back when you can thank you and have a blessed day.

Attachments:

| | |
|---|---|
| Screenshot_20210210-130733_Samsung Internet.jpg | 0 bytes |
| Screenshot_20210210-130740_Samsung Internet.jpg | 0 bytes |
| Screenshot_20210210-130733_Samsung Internet.jpg | 0 bytes |

07871