Hello

**Subject:** Hello
**From:** Mike Austad <                    >
**Date:** 2/16/2021, 8:52 PM
**To:** customerservice@autokeycards.com

How do u cut it out? Especially the part in the middle? And how to install?

07912