**Subject:** Smith & Wesson m&p 15
**From:** grant swafford <                              >
**Date:** 2/18/2021, 4:53 PM
**To:** customerservice@autokeycards.com

Will your product fit the Smith & Wesson m&p 15?

Grant Swafford
Commercial Cuts, LLC.
(918)703-6204

07935