**Subject:** Auto keycard
**From:** chris terry <                         >
**Date:** 2/19/2021, 1:55 PM
**To:** customerservice@autokeycards.com

I just received my card great quality.
Any suggestions on how to cut it out?


Thanks

07941