**Subject:** Availability
**From:** Derek von Haag <                              >
**Date:** 2/19/2021, 1:51 PM
**To:** "customerservice@autokeycards.com" <customerservice@autokeycards.com>

Hi,

I'm very interested in your pen holder editions. Any idea when they will be available for purchase? Also do the cards represent both AR-15 and AR-10 or just AR-15?

Thanks,

Derek von Haag
520-235-0980

07942