**Subject:** RE: AutoKeyCards.com: Order Shipped #2637
**From:** Rick Roberts <                   >
**Date:** 2/19/2021, 1:35 PM
**To:** customerservice <customerservice@autokeycard.com>

*Hi,*

*I cut the part out of your "can opener" but it will not allow me to run automatic. I own a tooling shop so I cut it right to your line. It will allow me to shot one shell and it will load the next but not fire unless I release the trigger. I'm using a S&W AR15  Sport Two. I tried it in two different AR15's. Am I doing something wrong?*

*Rick*
*586-255-2215*

---

**From:** customerservice <customerservice@autokeycard.com>
**Sent:** Monday, February 8, 2021 5:01 PM
**To:** Rick Roberts <                   >
**Subject:** Re: AutoKeyCards.com: Order Shipped #2637

Hi Rick,

Thank you for your purchase and for contacting us. We are sorry to hear you have not received your order yet. I checked the tracking for your order and USPS shows it as still in transit. It seems your order is lost. We will send you a replacement order asap. Thank you for your patience while we make this right.

Sincerely,

AutoKeyCard.com

On Feb 8, 2021 at 4:39 PM, Rick Roberts <                   > wrote:

*Hi,*

*Can you tell me when this was delivered?*

*Rick*

---

**From:** AutoKeyCards.com <customerservice@autokeycards.com>
**Sent:** Wednesday, January 13, 2021 7:50 PM
**To:** Rick Roberts <                   >
**Subject:** AutoKeyCards.com: Order Shipped #2637

> AutoKeyCards.com Order #2637 Shipped Your order from AutoKeyCards.com is on the way. Order Summary Order #2637 Placed on January 13, 2021 at 5:13 PM EST Shipped with USPS Tracking Number 9400111202555
>
> AutoKeyCards.com

8/11/2021, 1:12 PM

07947

## Order #2637 Shipped

Your order from AutoKeyCards.com is on the way.

---

## Order Summary

Order #2637
Placed on January 13, 2021 at 5:13 PM EST

Shipped with USPS
Tracking Number 9400111202555531630922

---

| | AutoKeyCard 3in1 with Bottle Opener | $99.00 |
|---|---|---|
| | 1003 | |
| | Qty: 1 | |
| | $99.00 / Item | |

---

| | |
|---|---|
| Subtotal | $99.00 |
| Shipping | $0.00 |
| Sales Tax | $0.00 |
| Total | $99.00 |

---

| | |
|---|---|
| Paid with CARD — •••• 8048 | $99.00 |

---

8/11/2021, 1:12 PM

07948

## Customer Information

**Shipping Address**

Richard Roberts

Shelby Township MI 48315

US

5869915150

**Shipping Method**

Free Shipping

**Billing Address**

Richard Roberts

Clinton Township MI 48038

US

**Payment Method**

CARD — •••• 8048

AutoKey Cards

950 Blanding Blvd STE 23, PMB 336

Orange Park

United States

8/11/2021, 1:12 PM

07949