

Start ⌄   Sell ⌄   Market ⌄   Manage ⌄        Pricing   Learn ⌄   Log in   Start free trial

# Shopify AUP Definitions

The definitions listed below ("**AUP Definitions**") apply to Shopify's [Acceptable Use Policy](#) ("**AUP**"). Shopify reserves the right to update and change the AUP Definitions at any time.

"**Materials**" means any photo, image, video, graphic, written content, audio file, code, information, data or other content uploaded, collected, generated, stored, displayed, distributed, transmitted or exhibited on or in connection with your Account.

"**Restricted Items**" means:

**Certain Firearms**

- an automatic firearm that has not been rendered inoperable
- a semi-automatic firearm that has the capacity to accept a detachable magazine, with one or more of the following items:
  - magazine capable of accepting more than 10 rounds
  - bump stock
  - rapid fire trigger activator or trigger crank
  - barrel shroud
  - thumbhole stock
  - threaded barrel capable of accepting a flash suppressor, sound suppressor or silencer
  - grenade or rocket launcher
  - flash suppressor, sound suppressor or silencer
  - pistol grip (or in the case of a pistol, a second pistol grip)
  - forward pistol grip
- a semi-automatic firearm that has a fixed magazine with the capacity to accept more than 10 rounds
- firearms without serial numbers
- ghost guns and 3D printed guns, including blueprints for such guns
- any part, component or kit for any firearm or gun listed above

**Certain Firearm Parts**

- 80% or unfinished lower receivers
- magazine capable of accepting more than 10 rounds
- bump stock
- grenade or rocket launcher
- pistol grip (or in the case of a pistol, a second pistol grip)
- forward pistol grip
- barrel shroud*
- thumbhole stock*
- threaded barrel capable of accepting a flash suppressor, sound suppressor or silencer*
- flash suppressor, sound suppressor or silencer*
- rapid fire trigger activator or trigger crank
- any part, component or kit for a firearm part or including a firearm part listed above

*only if for use with a semi-automatic firearm

"**Services**" has the meaning set out in the [Shopify Terms of Service](#).

Last updated: July 8, 2019
© 2021 Shopify Inc.

