Legal Department
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125 US



**Certification of Business Records**

I, a. evans anderson, the undersigned, declare that I am employed by FedEx Express in the Legal Department as a Senior Paralegal Specialist; and by my position, am authorized and qualified to make this certification.

Based upon a diligent search and to my knowledge, I certify that the accompanying records are copies of all documents, information, and things that:

1.   were made at or near the time by – or from information transmitted by – someone with knowledge;
2.   were kept in the course of regularly conducted activity of a business; and
3.   making the records was a regular practice of that activity.

Records deemed privileged or protected from disclosure, if any, do not accompany this response.

I certify and declare, under penalty of perjury that the foregoing is true and correct.

Place of Execution:         FedEx Express
                            Legal Department
                            3620 Hacks Cross Road
                            Building B – Third Floor
                            Memphis, TN 38125

                            *evans anderson*

                            a.   evans anderson, sr. paralegal specialist,
                            and custodian of records

**SWORN TO AND SUBSCRIBED before me on this** 13th day of September 2021

                            _____
                            **Notary Public in and for**
                            **The State of Tennessee**

My **Commission Expires:** _____

_____

*Notary seal: K.B. GILLUM, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF SHELBY, COMM. EXP. JAN 18, 2022*

23692

## Package Inquiry

Report run on Mon Sep 13 12:16:07 CDT 2021

PACKAGE TRACKING NUMBER: 783437621822    CLEAR    REFRESH

Shipment Information Reporting

### Package

| | | | |
|---|---|---|---|
| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | | |
| Ship Date: | 02/05/2021 | Service Commit Date/Time | 02/10/2021 20:00:00 |
| Service Commit Area | A6 | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | QASVQ |
| Origin RAMP ID: | JAX | Destination RAMP ID: | GSP |
| Service Type: | EXPRESS SAVER LETTER | Handling Codes: | 02-Deliver Weekday<br>28-Residential Delivery<br>GD-Ground Delivery<br>GT-Ground Transportation |
| Package Weight: | 0.50 lb | Declared/Carriage Value: | |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQl Service Classification: | ON TIME | MBG Service Classification: | ON TIME |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | HERSCHEL WILLIAMS |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | LEICESTER |
| State/Province: | FL | State/Province: | NC |
| Postal: | 32065 | Postal: | 28748 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 783437621822

## Package Inquiry

Report run on Mon Sep 13 12:15:11 CDT 2021

PACKAGE TRACKING NUMBER: 783837538664    CLEAR    REFRESH

Shipment Information Reporting

### Package

| | | | |
|---|---|---|---|
| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | | SERVICE DELAY/DISRUPTION for NIPA on 02/17/2021 |
| Ship Date: | 02/17/2021 | Service Commit Date/Time | 02/18/2021 16:30:00 |
| Service Commit Area | PM | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | ATWA |
| Origin RAMP ID: | JAX | Destination RAMP ID: | ATW |
| Service Type: | PRIORITY OVERNIGHT | Handling Codes: | 02-Deliver Weekday 28-Residential Delivery |
| Package Weight: | 2.00 lb | Declared/Carriage Value: | 100 USD |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQl Service Classification: | WRONG DAY LATE | MBG Service Classification: | EXCUSABLE WRONG DAY LATE |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | MATT HOOVER |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | COLOMA |
| State/Province: | FL | State/Province: | WI |
| Postal: | 32065 | Postal: | 54930 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 783837538664

## Package Inquiry

Report run on Mon Sep 13 12:17:10 CDT 2021

PACKAGE TRACKING NUMBER: 783000339390    CLEAR    REFRESH

Shipment Information Reporting

### Package

| | | | |
|---|---|---|---|
| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | | |
| Ship Date: | 01/25/2021 | Service Commit Date/Time | 01/28/2021 20:00:00 |
| Service Commit Area | A1 | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | CVGA |
| Origin RAMP ID: | JAX | Destination RAMP ID: | CVG |
| Service Type: | EXPRESS SAVER LETTER | Handling Codes: | 02-Deliver Weekday 28-Residential Delivery |
| Package Weight: | 0.50 lb | Declared/Carriage Value: | |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQl Service Classification: | ON TIME | MBG Service Classification: | ON TIME |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | CHRISTIE BOLTON |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | CINCINNATI |
| State/Province: | FL | State/Province: | OH |
| Postal: | 32065 | Postal: | 45240 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 783000339390

## Package Inquiry

Report run on Mon Sep 13 12:17:41 CDT 2021

PACKAGE TRACKING NUMBER: 782686244175     CLEAR    REFRESH

Shipment Information Reporting

### Package

| | | | |
|---|---|---|---|
| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | | |
| Ship Date: | 01/18/2021 | Service Commit Date/Time | 01/20/2021 20:00:00 |
| Service Commit Area | A1 | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | MGEA |
| Origin RAMP ID: | JAX | Destination RAMP ID: | ATL |
| Service Type: | FEDEX 2DAY LETTER | Handling Codes: | 02-Deliver Weekday 28-Residential Delivery |
| Package Weight: | 0.50 lb | Declared/Carriage Value: | |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQl Service Classification: | ON TIME | MBG Service Classification: | ON TIME |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | DANNY LEE |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | LAWRENCEVILLE |
| State/Province: | FL | State/Province: | GA |
| Postal: | 32065 | Postal: | 30044 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 782686244175

## Package Inquiry

Report run on Mon Sep 13 12:15:39 CDT 2021

PACKAGE TRACKING NUMBER: 783654852413    [CLEAR]    [REFRESH]

Shipment Information Reporting

### Package

| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | | |
|---|---|---|---|
| Ship Date: | 02/11/2021 | Service Commit Date/Time | 02/16/2021 20:00:00 |
| Service Commit Area | A1 | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | QELOQ |
| Origin RAMP ID: | JAX | Destination RAMP ID: | |
| Service Type: | EXPRESS SAVER LETTER | Handling Codes: | 02-Deliver Weekday 28-Residential Delivery GD-Ground Delivery GT-Ground Transportation |
| Package Weight: | 0.50 lb | Declared/Carriage Value: | |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQI Service Classification: | ON TIME | MBG Service Classification: | ON TIME |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | CARL CUSTOMER |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | LOUISVILLE |
| State/Province: | FL | State/Province: | KY |
| Postal: | 32065 | Postal: | 40217 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 783654852413

## Package Inquiry

Report run on Mon Sep 13 12:18:08 CDT 2021

PACKAGE TRACKING NUMBER: 782182157471   CLEAR   REFRESH

Shipment Information Reporting

### Package

| | | | |
|---|---|---|---|
| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | | |
| Ship Date: | 01/04/2021 | Service Commit Date/Time | 01/07/2021 20:00:00 |
| Service Commit Area | PM | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | OZAA |
| Origin RAMP ID: | JAX | Destination RAMP ID: | IAH |
| Service Type: | EXPRESS SAVER LETTER | Handling Codes: | 02-Deliver Weekday 28-Residential Delivery |
| Package Weight: | 0.50 lb | Declared/Carriage Value: | |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQl Service Classification: | ON TIME | MBG Service Classification: | ON TIME |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | BILLY CRAFT |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | BURKEVILLE |
| State/Province: | FL | State/Province: | TX |
| Postal: | 32065 | Postal: | 75932 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 782182157471

## Package Inquiry          Report run on Mon Sep 13 12:16:43 CDT 2021

PACKAGE TRACKING NUMBER: 783000265970    CLEAR    REFRESH

Shipment Information Reporting

| Package | | |
|---|---|---|
| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | |
| Ship Date: | 01/25/2021 | Service Commit Date/Time | 01/28/2021 20:00:00 |
| Service Commit Area | PM | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | ATWA |
| Origin RAMP ID: | JAX | Destination RAMP ID: | ATW |
| Service Type: | EXPRESS SAVER LETTER | Handling Codes: | 02-Deliver Weekday 28-Residential Delivery |
| Package Weight: | 0.50 lb | Declared/Carriage Value: | |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQI Service Classification: | ON TIME | MBG Service Classification: | ON TIME |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | MATT HOOVER |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | COLOMA |
| State/Province: | FL | State/Province: | WI |
| Postal: | 32065 | Postal: | 54930 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 783000265970

## Package Inquiry     Report run on Mon Sep 13 12:14:32 CDT 2021

PACKAGE TRACKING NUMBER: 783837698467     [CLEAR]   [REFRESH]

[Shipment Information Reporting]

### Package

| Form ID: | 0201 - U.S. DOMESTIC AUTOMATION TRK# | Service Commit Date/Time | 02/19/2021 20:00:00 |
|---|---|---|---|
| Ship Date: | 02/17/2021 | | |
| Service Commit Area | A1 | CDO Commit Date/Time | |
| Origin LOC ID: | NIPA | Destination LOC ID: | QCINQ |
| Origin RAMP ID: | JAX | Destination RAMP ID: | CVG |
| Service Type: | FEDEX 2DAY SERVICE | Handling Codes: | 02-Deliver Weekday<br>28-Residential Delivery<br>GD-Ground Delivery<br>GT-Ground Transportation |
| Package Weight: | 2.00 lb | Declared/Carriage Value: | 100 USD |
| Total Packages: 1 | PIECE 1 OF 1 | Total Customs Value: | |
| Shipper Account: | 181387297 | Payment Type: | SHIPPER ACCOUNT 181387297 |
| Shipper Reference: | AutoKeyCard | Commodity Description: | |
| eSQI Service Classification: | ON TIME | MBG Service Classification: | ON TIME |
| Shipper Company: | AutoKeyCard | Recipient Company: | |
| Name: | | Name: | CHRISTIE BOLTON |
| Address: | 700 BLANDING BLVD. SUITE 13 | Address: | |
| Additional Address: | SUITE 13 | Additional Address: | |
| City: | ORANGE PARK | City: | CINCINNATI |
| State/Province: | FL | State/Province: | OH |
| Postal: | 32065 | Postal: | 45240 |
| Country/Territory: | US - UNITED STATES | Country/Territory: | US - UNITED STATES |
| Shipper Phone: | 9042727075 | Recipient Phone: | |

PACKAGE TRACKING NUMBER: 783837698467

**FedEx Services.**
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

**Tracking Number:**  398479361171

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 11/02/2020 | Pickup Courier | 0003746346 |
| Form Code | 0201 | Pickup Status | |
| Service Base | 01 | Pickup Location | NIPA |
| Service Area | PM | Destination Location | ATWA |
| Special Handling Codes | 02,10 | | |

| Shipper | | | |
|---|---|---|---|
| Name | | Customer Number | 181387297 |
| Company | AutoKeyCard | Reference Number | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| Name | MATT HOOVER - CRS | Customer Number | |
| Company | | Bill-to Number | 181387297 |
| Address | COLOMA, WI, 54930 US | | |

| Delivery | | | |
|---|---|---|---|
| Timestamp | 11/03/2020 14:28:00 | Location | 01 |
| Status | | Address | 105 E MAIN ST 54930 |
| Code | | | |
| Courier | 0000026849 | Route | 965 |

| Signature | | | |
|---|---|---|---|
| Signature Release on File? | No | Device ID | TPNJ0208573T |
| Signed For By | A.HOOVER | Seconds | 4 |
| | | Signature Image | |

Last run on: Sep 13, 2021 5:20 PM

16334

**FedEx Services**
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number: 398772569631

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 11/10/2020 | Pickup Courier | 0003746346 |
| Form Code | 0201 | Pickup Status | |
| Service Base | 01 | Pickup Location | NIPA |
| Service Area | PM | Destination Location | ATWA |
| Special Handling Codes | 02 | | |

| Shipper | | | |
|---|---|---|---|
| Name | | Customer Number | 181387297 |
| Company | AutoKeyCard | Reference Number | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| Name | MATT HOOVER - CRS | Customer Number | |
| Company | | Bill-to Number | 181387297 |
| Address | COLOMA, WI, 54930 US | | |

| Delivery | | | |
|---|---|---|---|
| Timestamp | 11/11/2020 13:21:00 | Location | 01 |
| Status | | Address | |
| Code | | | |
| Courier | 0000026849 | Route | 965 |

| Signature | | | |
|---|---|---|---|
| Signature Release on File? | No | Device ID | TPNJ0206366T |
| Signed For By | C.LAWLESS | Seconds | 52 |
| | | Signature Image | |

Last run on: Sep 13, 2021 5:20 PM

16335

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   399743053293

| Package Detail | | | |
|---|---|---|---|
| **Ship Date** | 12/02/2020 | **Pickup Courier** | 0003872088 |
| **Form Code** | 0201 | **Pickup Status** | |
| **Service Base** | 05 | **Pickup Location** | NIPA |
| **Service Area** | A4 | **Destination Location** | FRGA |
| **Special Handling Codes** | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| **Name** | | **Customer Number** | 181387297 |
| **Company** | AutoKeyCard | **Reference Number** | AutoKeyCard |
| **Address** | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| **Name** | JUSTIN COLLIER | **Customer Number** | |
| **Company** | | **Bill-to Number** | 181387297 |
| **Address** | | | |
| | HUNTINGTON STATION, NY, 11746 US | | |

| Delivery | | | |
|---|---|---|---|
| **Timestamp** | 12/03/2020 10:31:00 | **Location** | 04 |
| **Status Code** | 02 | **Address** | |
| **Courier** | 0000067937 | **Route** | 848 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** No | **Device ID** | |
| **Signed For By** | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

16336

**FedEx** Services®
Solutions and Technology

## Shipment Information Report
Track Number and Date Range

**Tracking Number:** 781592874229

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 12/17/2020 | Pickup Courier | 0005198724 |
| Form Code | 0201 | Pickup Status | |
| Service Base | 01 | Pickup Location | NIPA |
| Service Area | A2 | Destination Location | MWLA |
| Special Handling Codes | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| Name | | Customer Number | 181387297 |
| Company | AutoKeyCard | Reference Number | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| Name | TYLER MCCONATHY | Customer Number | |
| Company | | Bill-to Number | 181387297 |
| Address | | | |
| | FORT WORTH, TX, 76133 US | | |

| Delivery | | | |
|---|---|---|---|
| Timestamp | 12/18/2020 15:44:00 | Location | 04 |
| Status Code | 02 | Address | |
| Courier | 0005259953 | Route | 283 |

| Signature | | | |
|---|---|---|---|
| Signature Release on File? | Yes | Device ID | |
| Signed For By | | Seconds | |
| | | Signature Image | |

Last run on: Sep 13, 2021 5:20 PM

16337

**FedEx** Services.
Solutions and Technology

## Shipment Information Report

Track Number and Date Range

## Tracking Number:   781694633814

| Package Detail | | | |
|---|---|---|---|
| **Ship Date** | 12/21/2020 | **Pickup Courier** | 0005198724 |
| **Form Code** | 0201 | **Pickup Status** | |
| **Service Base** | 01 | **Pickup Location** | NIPA |
| **Service Area** | A5 | **Destination Location** | ABEA |
| **Special Handling Codes** | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| **Name** | | **Customer Number** | 181387297 |
| **Company** | AutoKeyCard | **Reference Number** | AutoKeyCard |
| **Address** | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| **Name** | CARL DELUCA | **Customer Number** | |
| **Company** | | **Bill-to Number** | 181387297 |
| **Address** | KUNKLETOWN, PA, 18058 US | | |

| Delivery | | | |
|---|---|---|---|
| **Timestamp** | 12/22/2020 11:19:00 | **Location** | 04 |
| **Status Code** | 02 | **Address** | |
| **Courier** | 0000681723 | **Route** | 355 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** Yes | **Device ID** | |
| **Signed For By** | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

16338

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   781771637123

| Package Detail | | | |
|---|---|---|---|
| **Ship Date** | 12/21/2020 | **Pickup Courier** | 0005198724 |
| **Form Code** | 0201 | **Pickup Status** | |
| **Service Base** | 05 | **Pickup Location** | NIPA |
| **Service Area** | A2 | **Destination Location** | ISMA |
| **Special Handling Codes** | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| **Name** | | **Customer Number** | 181387297 |
| **Company** | AutoKeyCard | **Reference Number** | AutoKeyCard |
| **Address** | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| **Name** | BRIAN RICCARDI | **Customer Number** | |
| **Company** | | **Bill-to Number** | 181387297 |
| **Address** | | | |
| | ST CLOUD, FL, 34769 US | | |

| Delivery | | | |
|---|---|---|---|
| **Timestamp** | 12/22/2020 16:17:00 | **Location** | 04 |
| **Status Code** | 02 | **Address** | |
| **Courier** | 0000104279 | **Route** | 186 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** Yes | **Device ID** | |
| **Signed For By** | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

16339

**FedEx** Services.
Solutions and Technology

## Shipment Information Report
Track Number and Date Range

**Tracking Number:**   782074821387

| Package Detail | |
|---|---|
| **Ship Date** 12/30/2020 | **Pickup Courier** 0003746346 |
| **Form Code** 0201 | **Pickup Status** |
| **Service Base** 01 | **Pickup Location** NIPA |
| **Service Area** PM | **Destination Location** ATWA |
| **Special Handling Codes** 02,28 | |

| Shipper | |
|---|---|
| **Name** | **Customer Number** 181387297 |
| **Company** AutoKeyCard | **Reference Number** AutoKeyCard |
| **Address** 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | |

| Recipient | |
|---|---|
| **Name** MATT HOOVER | **Customer Number** |
| **Company** | **Bill-to Number** 181387297 |
| **Address** COLOMA, WI, 54930 US | |

| Delivery | |
|---|---|
| **Timestamp** 12/31/2020 15:05:00 | **Location** 04 |
| **Status Code** 02 | **Address** · |
| **Courier** 0000026849 | **Route** 965 |

| Signature | |
|---|---|
| **Signature Release on File?** Yes | **Device ID** |
| **Signed For By** | **Seconds** |
| | **Signature Image** |

Last run on: Sep 13, 2021 5:20 PM

16340

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number: 782112763845

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 12/31/2020 | Pickup Courier | 0003746346 |
| Form Code | 0201 | Pickup Status | |
| Service Base | 03 | Pickup Location | NIPA |
| Service Area | A1 | Destination Location | LGAA |
| Special Handling Codes | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| Name | | Customer Number | 181387297 |
| Company | AutoKeyCard | Reference Number | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| Name | ROB VIVIANO | Customer Number | |
| Company | | Bill-to Number | 181387297 |
| Address | | | |
| | FLUSHING, NY, 11361 US | | |

| Delivery | | | |
|---|---|---|---|
| Timestamp | 01/05/2021 16:29:00 | Location | 04 |
| Status Code | 02 | Address | |
| Courier | 0005118772 | Route | 572 |

| Signature | | |
|---|---|---|
| Signature Release on File? Yes | Device ID | |
| Signed For By | Seconds | |
| | Signature Image | |

Last run on: Sep 13, 2021 5:20 PM

16341

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   782182157471

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 01/04/2021 | Pickup Courier | 0003746346 |
| Form Code | 0201 | Pickup Status | |
| Service Base | 20 | Pickup Location | NIPA |
| Service Area | PM | Destination Location | BPTA |
| Special Handling Codes | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| Name | | Customer Number | 181387297 |
| Company | AutoKeyCard | Reference Number | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| Name | BILLY CRAFT | Customer Number | |
| Company | | Bill-to Number | 181387297 |
| Address | BURKEVILLE, TX, 75932 US | | |

| Delivery | | | |
|---|---|---|---|
| Timestamp | 01/06/2021 14:51:00 | Location | 04 |
| Status Code | 02 | Address | |
| Courier | 0000334909 | Route | 597 |

| Signature | | | |
|---|---|---|---|
| Signature Release on File? | Yes | Device ID | |
| Signed For By | | Seconds | |
| | | Signature Image | |

Last run on: Sep 13, 2021 5:20 PM

16342

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   782686244175

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 01/18/2021 | **Pickup Courier** 0003746346 | |
| Form Code | 0201 | **Pickup Status** | |
| Service Base | 03 | **Pickup Location** NIPA | |
| Service Area | A1 | **Destination Location** MGEA | |
| Special Handling Codes | 02,28 | | |

| Shipper | |
|---|---|
| Name | |
| Company | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US |

**Customer Number** 181387297
**Reference Number** AutoKeyCard

| Recipient | |
|---|---|
| Name | DANNY LEE |
| Company | |
| Address | |
| | LAWRENCEVILLE, GA, 30044 US |

**Customer Number**
**Bill-to Number** 181387297

| Delivery | |
|---|---|
| Timestamp | 01/20/2021 09:32:00 |
| Status Code | 02 |
| Courier | 0000195188 |

**Location** 04
**Address**
**Route** 528

| Signature | |
|---|---|
| Signature Release on File? | Yes |
| Signed For By | |

**Device ID**
**Seconds**
**Signature Image**

Last run on: Sep 13, 2021 5:20 PM

16343

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:  783000265970

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 01/25/2021 | **Pickup Courier** | 0003859491 |
| Form Code | 0201 | **Pickup Status** | |
| Service Base | 20 | **Pickup Location** | NIPA |
| Service Area | PM | **Destination Location** | ATWA |
| Special Handling Codes | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| Name | | **Customer Number** | 181387297 |
| Company | AutoKeyCard | **Reference Number** | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| Name | MATT HOOVER | **Customer Number** | |
| Company | | **Bill-to Number** | 181387297 |
| Address | COLOMA, WI, 54930 US | | |

| Delivery | | | |
|---|---|---|---|
| Timestamp | 01/28/2021 13:47:00 | **Location** | 04 |
| Status Code | 02 | **Address** | |
| Courier | 0000026849 | **Route** | 965 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** Yes | **Device ID** | |
| **Signed For By** | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

16344

**FedEx** Services.
Solutions and Technology

## Shipment Information Report
Track Number and Date Range

**Tracking Number:** 783000339390

| Package Detail | | | |
|---|---|---|---|
| **Ship Date** | 01/25/2021 | **Pickup Courier** | 0003859491 |
| **Form Code** | 0201 | **Pickup Status** | |
| **Service Base** | 20 | **Pickup Location** | NIPA |
| **Service Area** | A1 | **Destination Location** | CVGA |
| **Special Handling Codes** | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| **Name** | | **Customer Number** | 181387297 |
| **Company** | AutoKeyCard | **Reference Number** | AutoKeyCard |
| **Address** | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| **Name** | CHRISTIE BOLTON | **Customer Number** | |
| **Company** | | **Bill-to Number** | 181387297 |
| **Address** | CINCINNATI, OH, 45240 US | | |

| Delivery | | | |
|---|---|---|---|
| **Timestamp** | 01/28/2021 17:53:00 | **Location** | 04 |
| **Status Code** | 02 | **Address** | |
| **Courier** | 0003729832 | **Route** | 629 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** Yes | **Device ID** | |
| **Signed For By** | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   783437621822

| Package Detail | | | |
|---|---|---|---|
| Ship Date | 02/05/2021 | **Pickup Courier** | 0003998328 |
| Form Code | 0201 | **Pickup Status** | |
| Service Base | 20 | **Pickup Location** | NIPA |
| Service Area | A6 | **Destination Location** | QASVQ |
| Special Handling Codes | 02,28,GD,GT | | |

| Shipper | | | |
|---|---|---|---|
| Name | | **Customer Number** | 181387297 |
| Company | AutoKeyCard | **Reference Number** | AutoKeyCard |
| Address | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| Name | HERSCHEL WILLIAMS | **Customer Number** | |
| Company | | **Bill-to Number** | 181387297 |
| Address | LEICESTER, NC, 28748 US | | |

| Delivery | | | |
|---|---|---|---|
| Timestamp | 02/09/2021 14:27:00 | **Location** | 02 |
| Status Code | 02 | **Address** | |
| Courier | GRDUSER | **Route** | 999 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** No | **Device ID** | |
| **Signed For By** | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

16346

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   783654852413

| Package Detail | | | |
|---|---|---|---|
| **Ship Date** | 02/11/2021 | **Pickup Courier** | 0003998328 |
| **Form Code** | 0201 | **Pickup Status** | |
| **Service Base** | 20 | **Pickup Location** | NIPA |
| **Service Area** | A1 | **Destination Location** | QELOQ |
| **Special Handling Codes** | 02,28,GD,GT | | |

| Shipper | | | |
|---|---|---|---|
| **Name** | | **Customer Number** | 181387297 |
| **Company** | AutoKeyCard | **Reference Number** | AutoKeyCard |
| **Address** | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| **Name** | CARL CUSTOMER | **Customer Number** | |
| **Company** | | **Bill-to Number** | 181387297 |
| **Address** | LOUISVILLE, KY, 40217 US | | |

| Delivery | | | |
|---|---|---|---|
| **Timestamp** | 02/14/2021 13:29:00 | **Location** | 02 |
| **Status Code** | 02 | **Address** | |
| **Courier** | GRDUSER | **Route** | 999 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** No | **Device ID** | |
| **Signed For By**   S.IGNATURE NOT REQ | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

16347

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   783837538664

| Package Detail | | | |
|---|---|---|---|
| **Ship Date** | 02/17/2021 | **Pickup Courier** | 0003998328 |
| **Form Code** | 0201 | **Pickup Status** | |
| **Service Base** | 01 | **Pickup Location** | NIPA |
| **Service Area** | PM | **Destination Location** | ATWA |
| **Special Handling Codes** | 02,28 | | |

| Shipper | | | |
|---|---|---|---|
| **Name** | | **Customer Number** | 181387297 |
| **Company** | AutoKeyCard | **Reference Number** | AutoKeyCard |
| **Address** | 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | | |

| Recipient | | | |
|---|---|---|---|
| **Name** | MATT HOOVER | **Customer Number** | |
| **Company** | | **Bill-to Number** | 181387297 |
| **Address** | | | |
| | COLOMA, WI, 54930 US | | |

| Delivery | | | |
|---|---|---|---|
| **Timestamp** | 03/03/2021 14:41:00 | **Location** | 04 |
| **Status Code** | 02 | **Address** | |
| **Courier** | 0000026849 | **Route** | 965 |

| Signature | | |
|---|---|---|
| **Signature Release on File?** Yes | **Device ID** | |
| **Signed For By** | **Seconds** | |
| | **Signature Image** | |

Last run on: Sep 13, 2021 5:20 PM

16348

**FedEx** Services.
Solutions and Technology

**Shipment Information Report**
Track Number and Date Range

## Tracking Number:   783837698467

| Package Detail | |
|---|---|
| **Ship Date** 02/17/2021 | **Pickup Courier** 0003998328 |
| **Form Code** 0201 | **Pickup Status** |
| **Service Base** 03 | **Pickup Location** NIPA |
| **Service Area** A1 | **Destination Location** QCINQ |
| **Special Handling Codes** 02,28,GD,GT | |

| Shipper | |
|---|---|
| **Name** | **Customer Number** 181387297 |
| **Company** AutoKeyCard | **Reference Number** AutoKeyCard |
| **Address** 700 BLANDING BLVD. SUITE 13 SUITE 13 ORANGE PARK, FL, 32065 US | |

| Recipient | |
|---|---|
| **Name** CHRISTIE BOLTON | **Customer Number** |
| **Company** | **Bill-to Number** 181387297 |
| **Address** | |
| CINCINNATI, OH, 45240 US | |

| Delivery | |
|---|---|
| **Timestamp** 02/19/2021 10:56:00 | **Location** 02 |
| **Status** 02 | **Address** |
| **Code** | |
| **Courier** GRDUSER | **Route** 999 |

| Signature | |
|---|---|
| **Signature Release on File?** No | **Device ID** |
| **Signed For By** S.IGNATURE NOT REQ | **Seconds** |
| | **Signature Image** |

Last run on: Sep 13, 2021 5:20 PM

16349