# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Kevin Schubert__, am the custodian of records or am otherwise
   (name)
qualified to authenticate the records of __GoFundMe__
                                          (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

__073__.

List of records provided:
__account history, audit logs, withdrawal information, donation history, and user information__

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

__855 Jefferson Ave, PO Box 1329, Redwood City, CA 94063__

Kevin Schubert                                   *Kevin Schubert*
Printed Name                                     Signature
11/29/2021
Date

CONFIDENTIAL                                                          125

20269



# Kristopher J Ervin



**$60,509** raised of $300,000 goal

1.7K donations

**Share**

**Donate now**

| Anonymous $20 • 1 mo |
| Anonymous $10 • 1 mo |
| Anonymous $10 • 2 mos |

See all    See top donations    See top

Matt Hoover is organizing this fundraiser on behalf of Kris Ervin.

Hi my name is Erica. I am from Wisconsin. I set up this account the funds will be transferred into Matt's account (also a friend) Justin asked that he takes responsibility of this. I am a friend of Kris Ervin (goes by Justin). This money will be used to help put his life back together. All money that is raised will be going to help kris. Matt will be sending cashiers checks and collecting invoices so you know the funds are not Misappropriated or used for nefarious purposes. Thank your all for your help! This means the world to him. Thank you for trusting in him and the support. To put someone's life back together is really Inspiring to me. I can't believe the support we have gotten so far! Thank you all!





CONFIDENTIAL

4

20148

 Travis Goltry donated **$25**

Been watching CRS Firearms updates on this case on YouTube. Felt compelled to help.

6 mos



**Show more**

Please donate and share words of encouragement.

**Continue**

Created March 27, 2021    |     Other

 Report fundraiser

 **#1 fundraising platform**

More people start fundraisers on

 **GoFundMe Guarantee**

In the rare case something isn't right, we will work with you

 **Expert advice, 24/7**

Contact us with your questions and we'll answer.

<a>
</a>
fundraisers on GoFundMe than on any other platform.

Learn more

work with you to determine if misuse occurred.

Learn more

day or night.

Learn more

**Fundraise for**
- Medical
- Emergency
- Memorial
- Education
- Nonprofit

**Learn more**
- How GoFundMe works
- Why GoFundMe
- Common questions
- Success stories
- Supported countries
- Team fundraising
- Donate button
- Support COVID-19 fundraisers

**Resources**
- Help center
- Blog
- GoFundMe Stories
- Press center
- Careers
- About

Choose your language

English (l ▼)

© 2010-2021 GoFundMe   Terms   Privacy   Do Not Sell My Personal Information   Legal



<a>
CONFIDENTIAL                                                                 6

20150
</a>

All times listed are in Pacific Standard Time (PST).

## Legend

| | |
|---|---|
| Failed (Donation History) | A donation did not successfully process; this can occur for a variety of reasons, ranging from: entering wrong account information, the credit card company failed the transaction, payment processor failed the transaction, or technical difficulties. |
| Captured (User Information: Withdrawals) | The transfer transaction successfully went through to the receiving bank/organization. |
| KYC (Know Your Customer) | A payment processor's process of verifying customer information by requiring them to enter in their personal information, such as: name, DOB, SSN, and address. |
| MFA (Multi-Factor Authentication) | A security measure for customers where they must enter in a telephone number or other personally identifiable data. |
| Admin | GoFundMe. |
| Campaign Organizer | The person who created the GoFundMe account. |
| Beneficiary | The person who was granted access to the account's funds. If there is no beneficiary, the campaign organizer is the person with access to the funds. |

## Campaign Information

| | |
|---|---|
| GoFundMe URL | https://www.gofundme.com/f/kristopher-j-ervin |

## Campaign Organizer Information

| | |
|---|---|
| GoFundMe ID | 47503308 |
| Current Email | matt.erica28@yahoo.com |
| Current First Name | Matt |
| Current Last Name | Hoover |
| Other Names Known By | Erica Ibe |
| MFA Phone Number | +16086170055 |
| Created At (PST) | April 22nd, 2020 1:30 PM |

## Beneficiary Information

| | |
|---|---|
| Current Email | kriservin001@gmail.com |
| Current First Name | Kris |
| Current Last Name | Ervin |
| MFA Phone Number | +19044775038 |
| Created At (PST) | April 29th, 2021 9:02 PM |

## Payment Information

| | |
|---|---|
| Adyen Information | The User used Adyen as a payment account<br><br>Adyen Email: kriservin001@gmail.com<br>Adyen User ID: UID-57272083 |

KYC Name: Kris Ervin

$19.12 withdrawn on October 25th, 2021 3:27 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$9.41 withdrawn on October 4th, 2021 3:27 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$9.41 withdrawn on September 10th, 2021 5:08 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$96.80 withdrawn on August 26th, 2021 4:38 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$9.41 withdrawn on August 23rd, 2021 4:41 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$19.12 withdrawn on August 5th, 2021 4:09 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$96.80 withdrawn on July 30th, 2021 4:05 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$48.25 withdrawn on July 27th, 2021 4:05 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$1,538.73 withdrawn on July 26th, 2021 4:04 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$19.12 withdrawn on July 23rd, 2021 4:21 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$19.12 withdrawn on July 14th, 2021 4:03 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$47.65 withdrawn on July 12th, 2021 4:03 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$139.59 withdrawn on July 9th, 2021 3:56 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$18.81 withdrawn on July 6th, 2021 4:13 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$62.21 withdrawn on July 2nd, 2021 3:50 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$655.58 withdrawn on July 1st, 2021 3:54 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$115.62 withdrawn on June 30th, 2021 3:57 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$178.43 withdrawn on June 29th, 2021 3:53 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$885.38 withdrawn on June 28th, 2021 3:59 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$19.12 withdrawn on June 3rd, 2021 3:51 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$19.12 withdrawn on June 2nd, 2021 4:39 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829

$226.98 withdrawn on June 1st, 2021 4:22 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$43.09 withdrawn on May 26th, 2021 3:25 PM
Status: paid_reversed, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$106.21 withdrawn on May 26th, 2021 3:25 PM
Status: paid_reversed, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$48.25 withdrawn on May 25th, 2021 4:48 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$106.21 withdrawn on May 23rd, 2021 3:54 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$43.09 withdrawn on May 21st, 2021 3:46 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829
$53,942.45 withdrawn on May 19th, 2021 4:24 PM
Status: paid, Type: ach
Bank: JAX FEDERAL CREDIT UNION ending in 2829

$226.98 withdrawn on June 1st, 2021 4:22 PM

##  #7928131 Important Message from GoFundMe - Response Required

**Submitted**
March 29, 2021 at 2:28 AM

**Received via**
Web Service

**Requester**
Erica Ibe <matt.erica28@yahoo.com>

**CCs**
Matthew Hoover <mh355sc@yahoo.com>

| Status | Type | Due date | Priority | Group | Assignee |
|---|---|---|---|---|---|
| Closed | Task | April 28, 2021 | Normal | Safety | Bethany Castillo |

| Fund Id | GFM User ID | Total time spent (sec) | Time spent last update (sec) |
|---|---|---|---|
| 55594578 | 47503308 | 4136 | 20 |

**Ultimate recipient (Safety)**
Kristopher Justin Ervin

**Flow of funds (Safety)**
UPDATE: UB's father Kris wants to be added as beneficiary***
AB Matt Hoover should withdraw, he's a freind of Kristopher Justin Evan.
Waiting on TPA from Kristopher Justin Evan's Dad, Kris Evan. With that, we can clear hold.
AB also needs to upload bank doc.

**Ticket Type (Safety)**
Escalated

**Additional notes (Safety)**
Pending TPA, from father, also named Kris (Ekata confirms), and AB Matt needs to upload a bank doc that meets reqs.

**Fund URL**
https://www.gofundme.com/f/kristopher-j-ervin

##  #7928131 Important Message from GoFundMe - Response Required

for you.

To edit your fundraiser, sign in to GoFundMe at www.gofundme.com/sign-in and click the "Edit" button to update your story.

In the meantime, your account will be on hold. Please don't worry, as this doesn't affect your fundraiser's ability to accept new donations; only outgoing withdrawals will be paused.

Once these steps have been completed, please reply directly to this email, and a member of our Community Management Team will review your account within one business day.

We'll wait to hear from you,

The GoFundMe Team
Visit our terms: https://www.gofundme.com/terms

---

**Erica Ibe**  March 30, 2021 at 9:59 AM

Sorry for that. I am not that familiar with go fund me. I added onto the story. I just want to make sure I'm doing this right. I really appreciate your guys site and how you allow a community to come together in this way. I was about to upload the document to start withdrawling the funds.
Thank you!

Sent from my iPhone

> On Mar 29, 2021, at 4:28 AM, The GoFundMe Team (GoFundMe) <support@gofundme.com> wrote:
>
>

---

**Erica Ibe**  March 30, 2021 at 11:01 AM

We are having difficult issues uploading the bank statement. It's want to do 7 pages of the bank statement and it's doing it as a pdf and not working. I just want one page where it has the bank logo name, account number so you know it's real. I'm not familiar with computers. Sorry if it's taking a bit

Sent from my iPhone

> On Mar 30, 2021, at 11:59 AM, Erica Ibe <matt.erica28@yahoo.com> wrote:
>
> Sorry for that. I am not that familiar with go fund me. I added onto the story. I just want to make sure I'm doing this right. I really appreciate your guys site and how you allow a community to come together in this way. I was about to upload the document to start withdrawling the funds.
> Thank you!
>
> Sent from my iPhone
>
>>> On Mar 29, 2021, at 4:28 AM, The GoFundMe Team (GoFundMe) <support@gofundme.com> wrote:
>>>
>>
>>

---

**Erica Ibe**  March 30, 2021 at 11:14 AM

Ok I got. Sorry for all the trouble. The withdrawal is ready and set up.

Sent from my iPhone

> On Mar 30, 2021, at 11:59 AM, Erica Ibe <matt.erica28@yahoo.com> wrote:
>
> Sorry for that. I am not that familiar with go fund me. I added onto the story. I just want to make sure I'm doing this right. I really appreciate your guys site and how you allow a community to come together in this way. I was about to upload the document to start withdrawling the funds.
> Thank you!
>
> Sent from my iPhone
>
>>> On Mar 29, 2021, at 4:28 AM, The GoFundMe Team (GoFundMe) <support@gofundme.com> wrote:
>>>
>>
>>

**Bethany Castillo**  March 31, 2021 at 8:13 AM

Thanks for following up with us, Erica.

My name is Jade and I hope this message finds you well. First, can you please confirm who will be withdrawing the funds raised? Please also confirm how they are related to your beneficiary.

Once we have the withdrawal plan verified, in order for the funds to be released, can you please provide your beneficiary's full name and email address so we can receive their permission to proceed with this withdrawal plan? With that, we can get this cleared up for you right away.

We'll keep an eye out for your response. Thanks so much,

Jade
GoFundMe Trust & Safety team

---

**Bethany Castillo**  March 31, 2021 at 8:14 AM  *Internal note*

Safety - Clarify mismatching KYC then reach out for TPA

---

**-The GoFundMe Team**  March 31, 2021 at 9:43 AM  *Internal note*

MyReadReceipt: Erica Ibe (matt.erica28@yahoo.com read the email 0 days, 1 hours, 30 minutes and 15 seconds after it was sent, using Mobile Safari UI/WKWebView on iOS

**Comment Read:** Thanks for following up with u...

  Created on 3/31/21 8:13:19 AM Pacific Time (US & Canada) by agent
  Read on 3/31/21 9:43:34 AM Pacific Time (US & Canada) by recipient

---

**Erica Ibe**  March 31, 2021 at 10:01 AM

Hello,
I am Erica.
I am Matt's assistant and fiancé. I set up the go fund me and he is the person that's withdrawling. His name is Matthew Hoover. His email is mh355sc@yahoo.com.
Matthew Hoover is withdrawling the funds.
He had me send his bank statements yesterday so you should have all that. You can message him again at mh355sc@yahoo.com
Thank you and please let me know if you got his bank statement.

Sent from my iPhone

> On Mar 31, 2021, at 10:13 AM, Jade (GoFundMe) <support@gofundme.com> wrote:
>
>

**Bethany Castillo**  March 31, 2021 at 3:51 PM

Hi Erica,

Thanks for clarifying that for us. Because Matthew is withdrawing the funds to a bank account he owns, we will need to add him as the fundraiser's beneficiary. To help with this, can I send a beneficiary invitation to Matthew directly?

Also, because someone other than the beneficiary is withdrawing, in order for the funds to be released, can you please provide your beneficiary's full name (Kristopher) and email address so we can receive their permission to proceed with this withdrawal plan? With that, we can get this cleared up for you right away.

We'll keep an eye out for your response. Thanks so much,

Jade
GoFundMe Trust & Safety team

**Bethany Castillo**  March 31, 2021 at 3:51 PM   *Internal note*

@safety - Unclear how Erica and Matthew Hoover (KYC mismatch) are related to UB

Need TPA from Kristopher (UB) once withdraw plan has been confirmed

**-The GoFundMe Team**  March 31, 2021 at 10:35 PM   *Internal note*

MyReadReceipt: Erica Ibe (matt.erica28@yahoo.com read the email 0 days, 6 hours, 44 minutes and 41 seconds after it was sent, using Mobile Safari UI/WKWebView on iOS

Comment Read: Hi Erica,Thanks for clarifying...

- Created on 3/31/21 3:51:10 PM Pacific Time (US & Canada) by agent
- Read on 3/31/21 10:35:51 PM Pacific Time (US & Canada) by recipient

**Erica Ibe**  April 1, 2021 at 2:09 PM

Yes you may, his email is mh355sc@yahoo.com
His full name is Matthew R Hoover. And now I am confused with all the beneficiary stuff you are saying because it sounds like you are asking for someone else but this is where it ends Matthew will be handling everything because Kristopher is not able to because of his position he doesn't have internet access or anything except him being able to call you. Kristopher Ervin has given Matthew and me (Erica Ibe) the authority to get the funds and handle it because he's not able to due to his lack of internet access. I really appreciate you guys allowing us to utilize this site to help him out. Your really making a big difference in his life. I will send you a photo of his ID that Kristopher Ervins dad sent us to prove that we are not some random strangers trying to raise money for nefarious purposes.
Thank you for your time.

Sent from my iPhone