**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and
Explosives

**National Firearms Registration and
Transfer   Record Search Certificate**



## United States of America

Date: **11-30-2022**

To whom it may concern

Section 5841 of the National Firearms Act (Chapter 53, Title 26, United States Code) provides that the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53.  That central registry is known as the National Firearms Registration and Transfer Record and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Washington, D.C.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

I further certify that, after diligent search of the said Record, I found no evidence that the firearm or firearms described below are registered to, or have been acquired by lawful manufacture, importation, or making by, or transfer to **Darek Gordon Stennes**. I further certify that I have custody and control of approved applications to transfer and register firearms within the purview of Chapter 53, Title 26 U.S.C., and that after a diligent search of such applications I found no approved applications from **Darek Gordon Stennes** to transfer and register said firearms to any person as required by Sections 5811 and 5812, Chapter 53, Title 26 U.S.C.

| 1.<br>Type of Firearm<br>(26 U.S.C. 5845) | 2.<br>Manufacturer | 3.<br>Model | 4.<br>Caliber, Gauge or Size | 5.<br>Barrel Length (inches) | 6.<br>Overall Length (inches) | 7.<br>Serial Number |
|---|---|---|---|---|---|---|
| Any | Any | Any | Any | Any | Any | Any |

8. Additional Information   Pertaining to Firearm(s)

| 9. Signature and Title of Certifying Officer | 10. Signature and Title of Secondary Certifying Officer |
|---|---|
| JAMES ROBERTSON  *Digitally signed by JAMES ROBERTSON Date: 2022.11.30 09:00:40 -05'00'*<br>Firearms and Explosives Specialist | JASON FRUSHOUR  *Digitally signed by JASON FRUSHOUR Date: 2022.11.30 09:09:41 -05'00'*<br>Firearms and Explosives Specialist |

11. Signature and Title of Approving Official

David Howell  *Digitally signed by David Howell Date: 2022.11.30 09:15:33 -05'00'*

Chief, Government Support Branch

33840