**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**National Firearms Registration and Transfer Record Search Certificate**



# United States of America

Date: 2-21-2023

To Whom It May Concern:

Section 5841 of the National Firearms Act (Chapter 53, Title 26, and United States Code) provides the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53. The central registry is known as the National Firearms Registration and Transfer Record (NFRTR) and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Martinsburg, WV.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

After a diligent search of the said records, I certify that the following firearms are registered in the central registry National Firearms Registration and Transfer Record (NFRTR) to: **Coloma Resale LLC**

| 1. Type of Firearm (26 U.S.C. 5845) | 2. Manufacturer | 3. Model | 4. Caliber, Gauge or Size | 5. Barrel Length (inches) | 6. Overall Length (inches) | 7. Serial Number |
|---|---|---|---|---|---|---|
| Silencer | Gemtech | GM-45 | 45 | | 6.2 | SA800676 |
| Silencer | Advanced Armament Corp | Prodigy | 22 | | 5.79 | PDG6128 |
| Silencer | Smith & Wesson | Lunar | 9 | | 7 | S20001763 |
| Silencer | Witt Machine & Tool Co | N/A | 223 | | 4 | HICKS484 |

8. Additional Information Pertaining to Firearm(s)

9. Signature and Title of Certifying Officer
**JAMES ROBERTSON**
Digitally signed by JAMES ROBERTSON
Date: 2023.02.21 10:46:28 -05'00'
Firearms and Explosives Specialist

10. Signature and Title of Secondary Certifying Officer
**JASON FRUSHOUR**
Digitally signed by JASON FRUSHOUR
Date: 2023.02.21 10:55:26 -05'00'
Firearms and Explosives Specialist

11. Signature and Title of Approving Official
**David Howell**
Digitally signed by David Howell
Date: 2023.02.21 11:09:42 -05'00'
Chief, Government Support Branch

34884

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**National Firearms Registration and Transfer Record Search Certificate**



# United States of America

Date: 2-21-2023

To Whom It May Concern:

Section 5841 of the National Firearms Act (Chapter 53, Title 26, and United States Code) provides the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53. The central registry is known as the National Firearms Registration and Transfer Record (NFRTR) and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Martinsburg, WV.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

After a diligent search of the said records, I certify that the following firearms are registered in the central registry National Firearms Registration and Transfer Record (NFRTR) to: **Coloma Resale LLC**

| 1. Type of Firearm (26 U.S.C. 5845) | 2. Manufacturer | 3. Model | 4. Caliber, Gauge or Size | 5. Barrel Length (inches) | 6. Overall Length (inches) | 7. Serial Number |
|---|---|---|---|---|---|---|
| Silencer | Yankee Hill Machine Co. Inc | 10/22 Integral | 22 | | 18 | 10221635 |
| Silencer | Odin Works Inc | Baja | 5.56 | | 5.5 | 211384 |
| Silencer | Smith & Wesson | GMT300 BLK | 300 | | 6.7 | S20001840 |

8. Additional Information Pertaining to Firearm(s)

9. Signature and Title of Certifying Officer
**JAMES ROBERTSON**
Digitally signed by JAMES ROBERTSON
Date: 2023.02.21 10:46:16 -05'00'
Firearms and Explosives Specialist

10. Signature and Title of Secondary Certifying Officer
**JASON FRUSHOUR**
Digitally signed by JASON FRUSHOUR
Date: 2023.02.21 10:55:57 -05'00'
Firearms and Explosives Specialist

11. Signature and Title of Approving Official
**David Howell**
Digitally signed by David Howell
Date: 2023.02.21 11:09:22 -05'00'
Chief, Government Support Branch

34885