############### * Google Confidential and Proprietary * ################

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 273633963480
Name: Justin Ervin
Given Name: Justin
Family Name: Ervin
e-Mail: akeycard@gmail.com
Alternate e-Mails:

Created on: 2020-11-26 11:11:12 UTC
Terms of Service IP: 45.131.194.38
Terms of Service Language: en
Birthday (Month Day, Year): March 3, 1980

Services: Gmail, Web & App Activity, Google Hangouts, Google Voice, Location History, Google Calendar, Android

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2021-01-13 18:31:35 UTC, 2020-11-30 18:02:33 UTC, 2020-11-29 06:49:38 UTC


## ACCOUNT RECOVERY

Contact e-Mail: akeycard@gmail.com
Recovery e-Mail:
Recovery SMS: +19044059878 [US]

## PHONE NUMBERS

Signin Phone Numbers:
User Phone Numbers: +19044059878 [US]
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

No User IP Logs

############### * Google Confidential and Proprietary * ################

32959