**Subject:** AutoKeyCards.com: A New Order has Arrived (01865)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 11/30/2020, 6:26 PM
**To:** akeycard@gmail.com

Squarespace                                                                  C O M M E R C E

# AutoKeyCards.com: A New Order has Arrived (01865)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #01865. Placed on November 30, 2020 at 9:26 PM ET. View in Stripe

| BILLED TO: | SHIPPING TO: |
|---|---|
| Joel Moya | Joel Moya |
| Orange Park, FL, 32065 | Orange Park, FL, 32065 |
| United States | United States |
| CC: XXXX-0883 | |
| | Free Shipping |

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
|---|---|---|---|
| AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener 2003 | 4 | $169.00 | $676.00 |

| | |
|---|---|
| Item Subtotal | $676.00 |
| Shipping & Handling | $0.00 |
| Discount Savings | –$101.40 |
| Sales Tax | $40.22 |
| **TOTAL** | **$614.82** |

11/16/2021, 7:43 AM

27259

## Discounts

| PROMO CODE | DESCRIPTION | DISCOUNT |
|---|---|---|
| 15%OFF | 15% OFF | $101.40 |

**BLOG • HELP & SUPPORT • ANSWERS • CONTACT US • TWITTER • INSTAGRAM**

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

squarespace

11/16/2021, 7:43 AM

27260