**Subject:** AutoKeyCards.com: A New Order has Arrived (02060)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 12/12/2020, 12:03 PM
**To:** akeycard@gmail.com

Squarespace

COMMERCE

# AutoKeyCards.com: A New Order has Arrived (02060)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #02060. Placed on December 12, 2020 at 3:03 PM ET. View in Stripe

| BILLED TO: | SHIPPING TO: |
|---|---|
| Ronald Davis | Ronald Davis |
| 9101 | 5201 |
| Yulee, FL, 32097 | Yulee, FL, 32097 |
| United States | United States |
| Apple Pay | Free Shipping |

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
|---|---|---|---|
| **AutoKeyCard 1in1**<br>1001 | 1 | $43.00 | $43.00 |

|  |  |
|---|---|
| Item Subtotal | $43.00 |
| Shipping & Handling | $0.00 |
| Sales Tax | $3.01 |
| **TOTAL** | **$46.01** |

BLOG • HELP & SUPPORT • ANSWERS • CONTACT US • TWITTER • INSTAGRAM

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

squarespace

27674