**Subject:** AutoKeyCards.com: A New Order has Arrived (02165)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 12/16/2020, 10:13 AM
**To:** akeycard@gmail.com

Squarespace

COMMERCE

# AutoKeyCards.com: A New Order has Arrived (02165)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #02165. Placed on December 16, 2020 at 1:13 PM ET. View in Stripe

**BILLED TO:**
Steve Duty

Glen Carbon, IL, 62034
United States
CC: XXXX-8315

**SHIPPING TO:**
Steve Duty

Glen Carbon, IL, 62034
United States

Free Shipping

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
|---|---|---|---|
| **AutoKeyCard 2in1**<br>1002 | 1 | $64.00 | $64.00 |

| | |
|---|---|
| Item Subtotal | $64.00 |
| Shipping & Handling | $0.00 |
| Discount Savings | −$12.80 |
| Tax | $0.00 |
| **TOTAL** | **$51.20** |

27829

## Discounts

| PROMO CODE | DESCRIPTION | DISCOUNT |
| --- | --- | --- |
| ROUGAROU | Rougarou | $12.80 |

BLOG • HELP & SUPPORT • ANSWERS • CONTACT US • TWITTER • INSTAGRAM

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

squarespace

27830