**Subject:** AutoKeyCards.com: A New Order has Arrived (02286)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 12/23/2020, 8:21 AM
**To:** akeycard@gmail.com

Squarespace

COMMERCE

# AutoKeyCards.com: A New Order has Arrived (02286)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #02286. Placed on December 23, 2020 at 11:21 AM ET. View in Stripe

**BILLED TO:**
James Acs

South Rockwood, MI, 48179
United States
CC: XXXX-8890

**SHIPPING TO:**
James Acs

South Rockwood, MI, 48179
United States

Free Shipping

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
| --- | --- | --- | --- |
| AutoKeyCard 2in1 Pen Holder Edition 2002 | 1 | $89.00 | $89.00 |
|  | Item Subtotal |  | $89.00 |
|  | Shipping & Handling |  | $0.00 |
|  | Tax |  | $0.00 |
|  | **TOTAL** |  | **$89.00** |

BLOG • HELP & SUPPORT • ANSWERS • CONTACT US • TWITTER • INSTAGRAM

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

squarespace

28076