**Subject:** AutoKeyCards.com: A New Order has Arrived (02694)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 1/17/2021, 9:38 AM
**To:** akeycard@gmail.com

Squarespace

COMMERCE

# AutoKeyCards.com: A New Order has Arrived (02694)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #02694. Placed on January 17, 2021 at 12:38 PM ET. View in Stripe

**BILLED TO:**
Randy Willis

Flat rock, MI, 48134
United States
CC: XXXX-9608

**SHIPPING TO:**
Randy Willis

Flat rock, MI, 48134
United States

Free Shipping

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
| --- | --- | --- | --- |
| AutoKeyCard 2in1 Pen Holder Edition 2002 | 1 | $109.00 | $109.00 |

| | | |
| --- | --- | --- |
| | Item Subtotal | $109.00 |
| | Shipping & Handling | $0.00 |
| | Tax | $0.00 |
| | **TOTAL** | **$109.00** |

**BLOG • HELP & SUPPORT • FORUM • CONTACT US • TWITTER • INSTAGRAM**

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

<u>squarespace</u>

28909