**Subject:** AutoKeyCards.com: A New Order has Arrived (02867)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 2/1/2021, 2:01 PM
**To:** akeycard@gmail.com

Squarespace

COMMERCE

# AutoKeyCards.com: A New Order has Arrived (02867)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #02867. Placed on February 1, 2021 at 5:01 PM ET.

**BILLED TO:**

United States

**SHIPPING TO:**
A. Osso

WHITE LAKE, MI, 48383
United States
Free Shipping

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
| --- | --- | --- | --- |
| **AutoKeyCard 3in1 with Bottle Opener** 1003 | 2 | $109.00 | $218.00 |

| | | |
| --- | --- | --- |
| | Item Subtotal | $218.00 |
| | Shipping & Handling | $0.00 |
| | Discount Savings | -$218.00 |
| | Tax | $0.00 |
| | **TOTAL** | **$0.00** |

## Discounts

| PROMO CODE | DESCRIPTION | DISCOUNT |
|---|---|---|
| 100%DISCOUNT | Order Discount | $218.00 |

**BLOG • HELP & SUPPORT • FORUM • CONTACT US • TWITTER • INSTAGRAM**

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

squarespace