AutoKeyCards.com: A New Order has Arrived (02893)

**Subject:** AutoKeyCards.com: A New Order has Arrived (02893)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 2/4/2021, 11:58 AM
**To:** akeycard@gmail.com

Squarespace

COMMERCE

# AutoKeyCards.com: A New Order has Arrived (02893)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #02893. Placed on February 4, 2021 at 2:58 PM ET.

| BILLED TO: | SHIPPING TO: |
|---|---|
| | Richard Carter |
| United States | |
| rc@nomail.com | SAVANNAH, GA, 31402 |
| | United States |
| | Free Shipping |

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
|---|---|---|---|
| **AutoKeyCard 1in1**<br>1001 | 2 | $69.00 | $138.00 |
| **AutoKeyCard 3in1 with Bottle Opener**<br>1003 | 1 | $109.00 | $109.00 |

| | |
|---|---|
| Item Subtotal | $247.00 |
| Shipping & Handling | $0.00 |
| Discount Savings | -$247.00 |
| Tax | $0.00 |
| **TOTAL** | **$0.00** |

## Discounts

| PROMO CODE | DESCRIPTION | DISCOUNT |
|---|---|---|
| 100%DISCOUNT | Order Discount | $247.00 |

BLOG • HELP & SUPPORT • FORUM • CONTACT US • TWITTER • INSTAGRAM

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

squarespace

29394