**Subject:** AutoKeyCards.com: A New Order has Arrived (02909)
**From:** Squarespace <no-reply@squarespace.com>
**Date:** 2/5/2021, 11:02 AM
**To:** akeycard@gmail.com

Squarespace                                              C O M M E R C E

# AutoKeyCards.com: A New Order has Arrived (02909)

After shipping the package, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Commerce app.

Order #02909. Placed on February 5, 2021 at 2:02 PM ET. View in Stripe

| BILLED TO: | SHIPPING TO: |
|---|---|
| Phil Wilson | Phillip Wilson |
| SAINT AUGUSTINE, FL, 32080 | |
| United States | St Augustine, FL, 32080 |
| CC: XXXX-3083 | United States |
| | Free Shipping |

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
|---|---|---|---|
| AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener 2003 | 1 | $149.00 | $149.00 |

| | | |
|---|---|---|
| Item Subtotal | | $149.00 |
| Shipping & Handling | | $0.00 |
| Sales Tax | | $10.43 |
| **TOTAL** | | **$159.43** |

29445

**BLOG • HELP & SUPPORT • FORUM • CONTACT US • TWITTER • INSTAGRAM**

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014

squarespace

29446