****All information contained alongside this file within the ZIP container is Google Confidential and Proprietary****

Export Summary

Originating Identifier: justin.ervin80@gmail.com [Email Address]
Resolved Identifier: 59000752371 [Google Account ID]
Resolution Path: justin.ervin80@gmail.com [Email Address] -> 59000752371 [Google Account ID]
Email Address Associated with Google Account ID: justin.ervin80@gmail.com
Service: YouTube and YouTube Music
Resource: Basic Subscriber Info

Start of date range: 2020-10-01 00:00:00 UTC
End of date range: 2021-03-02 23:59:00 UTC

-------------------------------------------------------------------------------------------

26927