**From:** YouTube <noreply@youtube.com>
**Sent:** Friday, November 27, 2020 4:33 AM
**To:** Justin Ervin <justin.ervin80@gmail.com>
**Subject:** CRS Firearms loves your comment



CRS Firearms loves your comment



● The Parts The ATF Wishes Never Existed | CRS Firearms



**Justin Ervin**

Clear your cookies and web data. Autokeycard.com is back up with a temporary site at autokeycards.com with an "s" until we get the new freedom platform online next week. 15% off sale Black Friday to Cyber Monday. Code: 15% OFF. Thank you for the support during this time. I am thankful for all of you.

**VIEW HEARTED COMMENT**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

25381