| | |
|---|---|
| **From:** | YouTube <noreply@youtube.com> |
| **Sent:** | Friday, November 27, 2020 4:34 AM |
| **To:** | Justin Ervin <justin.ervin80@gmail.com> |
| **Subject:** | CRS Firearms pinned your comment |



CRS Firearms pinned your comment on ● The Parts The ATF Wishes Never Existed



● The Parts The ATF Wishes Never Existed | CRS Firearms



**Justin Ervin**

Clear your cookies and web data. Autokeycard.com is back up with a temporary site at autokeycards.com with an "s" until we get the new freedom platform online next week. 15% off sale Black Friday to Cyber Monday. Code: 15% OFF. Thank you for the support during this time. I am thankful for all of you.

**VIEW PINNED COMMENT**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

25382