**From:** YouTube <noreply@youtube.com>
**Sent:** Friday, November 27, 2020 9:21 PM
**To:** Justin Ervin <justin.ervin80@gmail.com>
**Subject:** New reply to a comment on "● The Parts The ATF Wishes Never Existed"

---



GETER DONE replied to Justin Ervin's comment



● The Parts The ATF Wishes Never Existed

---



**GETER DONE**

Swift link require an m4 specific lower receiver like the auto sear ?

**REPLY**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

25403