**From:** YouTube <noreply@youtube.com>
**Sent:** Thursday, December 10, 2020 8:08 AM
**To:** Justin Ervin <justin.ervin80@gmail.com>
**Subject:** New reply to a comment on "● The Parts The ATF Wishes Never Existed"



Deandalapanda replied to Justin Ervin's comment



● The Parts The ATF Wishes Never Existed



**Deandalapanda**

This is so retarded on so many levels lol have fun when the ATF seizes your bank account and you have to hire a lawyer lol You'll have all the time in the world to think to yourself... "was this cash grab really worth it?" lol and as if clearing cookies and web data will do anything for privacy for you consumer base 😂😂😂😂

**REPLY**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

25554