| | |
|---|---|
| **From:** | YouTube <noreply@youtube.com> |
| **Sent:** | Friday, December 11, 2020 12:54 AM |
| **To:** | Justin Ervin <justin.ervin80@gmail.com> |
| **Subject:** | Lan Manbavaran replied to you |



Lan Manbavaran replied to your reply on Justin Ervin's comment



● The Parts The ATF Wishes Never Existed



**Lan Manbavaran**

Justin Ervin I still wouldn't order these from you. If you really cared about liberty and FS than you'd be making affordable less explicit tools that desperately need supply other small manufacturing companies won't touch. These cards are a novelty, the market desperately needs more businesses making serious tools that will help citizens make military-grade automatic weapons. Stuff like this just makes you look like a glowie or grifter since they're a novelty and don't have the same reliable functionality as their real counterparts. If you're serious than provide something substantial to the people, not these things. BTW I don't have a dog but please don't kill my cat, she's harmless.

**REPLY**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

25567