############### * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 59000752371
Name: Justin Ervin
Given Name: Justin
Family Name: Ervin
e-Mail: justin.ervin80@gmail.com
Alternate e-Mails:

Created on: 2019-08-13 19:40:24 UTC
Terms of Service IP: 2600:1006:b10c:a879:0:4d:618:6e01
Terms of Service Language: en
Birthday (Month Day, Year): March 3, 1980

Services: Gmail, Location History, Android, Google Calendar, YouTube, Google Hangouts, Google Payments, Web & App Activity

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2021-02-27 15:44:13 UTC, 2021-02-20 22:53:48 UTC, 2021-01-30 00:42:26 UTC

## ACCOUNT RECOVERY

Contact e-Mail: justin.ervin80@gmail.com
Recovery e-Mail:
Recovery SMS:

## PHONE NUMBERS

Signin Phone Numbers: +19044059878 [US]
User Phone Numbers: +19044059878 [US]
Reachable Phone Numbers: +19044059878 [US]
2-Step Verification Phone Numbers:

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV |
|---|---|---|---|---|
| 2021-02-27 15:44:13 UTC | 193.36.224.93 | Login | | |
| 2021-02-20 22:55:32 UTC | 193.36.224.113 | Login | | |
| 2021-02-20 22:53:48 UTC | 193.36.224.113 | Login | | |
| 2021-01-30 00:44:04 UTC | 104.238.58.91 | Login | | |

| 2021-01-30 00:43:01 UTC | 104.238.58.91 | Login |                   |   |
| 2021-01-30 00:42:57 UTC | 104.238.58.91 | Login |                   |   |
| 2021-01-30 00:42:27 UTC | 104.238.58.91 | Login |                   |   |
| 2021-01-30 00:42:26 UTC | 104.238.58.91 | Login | 32981465b6acb39c  |   |

############## * **Google Confidential and Proprietary** * ###############