**Subject:** Order #1001 confirmed
**From:** "AutoKeyCard<autokeycard@gmail.com>
**Date:** 7/28/2020, 12:30 AM
**To:**

## AutoKeyCard

ORDER #1001

## Thank you for your purchase!

Hi Justin, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order     or  Visit our store

## Order summary

| | | |
|---|---|---:|
| | Stainless Business Card - 1 in 1 × 1 | $49.95 |
| | Stainless Business Card - 2 in 1 × 1 | $69.95 |
| | Stainless Business Card - 3 in 1 × 1 | $89.95 |

| | |
|---|---:|
| Subtotal | $209.85 |
| Shipping | $0.00 |
| Taxes | $14.70 |
| Tip | $41.97 |
| Total | **$266.52 USD** |

## Customer information

**Shipping address**

Justin Ervin
2409 Kirkwall Court
127
Orange Park FL 32065
United States

**Billing address**

Justin Ervin
2409 Kirkwall Court
127
Orange Park FL 32065
United States

**Shipping method**

Standard

**Payment method**

ending with 4444 — **$266.52**

If you have any questions, reply to this email or contact us at autokeycard@gmail.com