**Subject:** Order #1002 confirmed
**From:** "AutoKeyCard" <autokeycard@gmail.com>
**Date:** 7/29/2020, 8:02 AM
**To:**

## AutoKeyCard

ORDER #1002

# Thank you for your purchase!

Hi Justin, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order    or Visit our store

## Order summary

| | | |
|---|---|---|
| | Stainless Business Card 1 in 1 × 1 | $50.00 |

| | |
|---|---|
| Subtotal | $50.00 |
| Shipping | $0.00 |
| Taxes | $3.50 |
| Total | **$53.50 USD** |

## Customer information

**Shipping address**
Justin Ervin
2409 Kirkwall Ct

**Billing address**
Justin Ervin
2409 Kirkwall Ct

Orange Park FL 32065
United States

Orange Park FL 32065
United States

**Shipping method**

FREE Shipping 1-7 days

**Payment method**

VISA ending with 4242 — **$53.50**

If you have any questions, reply to this email or contact us at autokeycard@gmail.com