**Subject:** Order #1004 confirmed
**From:** "AutoKeyCard" <customerservice@autokeycard.com>
**Date:** 7/29/2020, 1:17 PM
**To:**

# AutoKeyCard

ORDER #1004

## Thank you for your purchase!

Hi Justin, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order    or  Visit our store

## Order summary

| | | |
|---|---|---|
| | **Stainless Business Card 1 in 1 × 1** | $50.00 |
| | | $45.00 |
| | 🏷 BUNDLE 1: EXTRA 10% OFF (-$5.00) | |
| | **Stainless Business Card 2 in 1 × 1** | $70.00 |
| | | $63.00 |
| | 🏷 BUNDLE 1: EXTRA 10% OFF (-$7.00) | |

Subtotal   $108.00
Shipping   $0.00
Taxes   $7.56

Total   **$115.56 USD**

You saved $12.00

## Customer information

| Shipping address | Billing address |
|---|---|
| Justin Ervin | Justin Ervin |
| 2409 Kirkwall Court | 2409 Kirkwall Court |
| Orange Park FL 32065 | Orange Park FL 32065 |
| United States | United States |

| Shipping method | Payment method |
|---|---|
| Free Shipping | VISA ending with 4242 — **$115.56** |

If you have any questions, reply to this email or contact us at
customerservice@autokeycard.com