**Subject:** Receipt for Your Payment to Bane Industries
**From:** "service@paypal.com" <service@paypal.com>
**Date:** 7/30/2020, 10:37 PM
**To:** Kristopher Justin Ervin



Jul 30, 2020 22:37:42 PDT
Transaction ID: **28T92758VC272054A**

**Hello Kristopher Justin Ervin,**

**You sent a payment of $200.00 USD to Bane Industries (www.baneindustries@comcast.net)**

It may take a few moments for this transaction to appear in your account.

**Merchant**
Bane Industries
www.baneindustries@comcast.net
904-551-1046

**Instructions to merchant**
You haven't entered any instructions.

**Shipping address -** confirmed
Kristopher Justin Ervin
2409 Kirkwall Ct
Orange Park, FL 32065
United States

**Shipping details**
The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Design Work | $200.00 USD | 1 | $200.00 USD |
| | | Subtotal | $200.00 USD |
| | | Total | $200.00 USD |
| | | **Payment** | **$200.00 USD** |

Charge will appear on your credit card statement as "PAYPAL *BANEINDUSTR"
Payment sent to www.baneindustries@comcast.net
Payment sent from JustinErvin80@aol.com

**Funding Sources Used (Total)**

| | |
|---|---|
| Discover x-8894 | $192.80 USD |
| Discover Cashback Bonus® x-8894 | $7.20 USD |

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

(?) Questions? Go to the Help Center at www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page or please contact us toll free at 1-888-221-1161. You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:1.1:e5e23ec6e574d