**Subject:** ARMSLIST - Listing - FS: Auto Key Card
**From:** noreply@armslist.com
**Date:** 8/1/2020, 4:15 AM
**To:** justinervin80@aol.com

Thanks for creating a listing on ARMSLIST

Use the link below to:

- Activate your listing
- Edit your listing
- Deactivate your listing

Post Control: http://www.armslist.com/posts/ad6fc6275b4741059c674a1dad8f761e/edit/

---

This message sent from noreply@armslist.com.

# Check out the latest from our sponsors!

D&H 5.56 30 RD Aluminum Magazines for just $8.99! Free Shipping on 10+!




Build It Your Way - Palmetto State Armory Best Value for AR-15, Gun Parts, & Ammunition.



Up to 60% Off Daily Deal Products. Palmetto State Armory - Bulk Ammo, MSR Rifles, Magazines & More



Watch our COVID-19 livestream by clicking the image below.



**FOLLOW US**

