**Subject:** New 30% Thicker AutoKeyCard's
**From:** AutoKeyCard
**Date:** 10/29/2020, 12:35 PM
**To:** justinervin80@aol.com



Introducing the New 30% Thicker Cards.

As Requested by our Great Customers!

Thank you for your support.

**3 updated** and **3 new models** Available Now.

For more info visit AutoKeyCard.com

For our email subscribers we offer a 10% discount code in appreciation.

**USE CODE: 10%OFF**





## Auto Key Card Stainless Steel Business Card 2 in 1 - Pen Holder Edition

~~$105.00~~ **$85.00**

New Pen Holder Edition Auto Key Card.

Full Auto laser engraved to scale graphic artwork logo design.

Auto Key CARD-15 in Full sized Auto metal business card with graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 86mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design.

Do not cut or alter in any way.

Business Logo Card, Great Conversation Piece, or Novelty.

Shop now

AutoKeyCard

950 Blanding Blvd
STE 23, PMB 336
Orange Park FL 32065
United States

© 2020 AutoKeyCard

Unsubscribe