**Subject:** Crs firearms
**From:** Matthew Hoover
**Date:** 11/23/2020, 5:03 PM
**To:** justinervin80@aol.com

https://us.louisvuitton.com/eng-us/products/alma-bb-monogram-000539

105 e main st Coloma wi 54930

Sent from my iPhone