**Subject:** Your Louis Vuitton Order
**From:** Louis Vuitton
**Date:** 11/25/2020, 5:27 PM
**To:** justinervin80@aol.com

# LOUIS VUITTON

Dear Kristopher Justin

We are pleased to confirm that your order nx197491793 has been received.

**Please click here within 1 hour to proceed with payment and finalize your order.**

A confirmation email will be sent when your order has been shipped. To follow the status of your order please visit your MyLV account.

## ORDER DETAILS

| PRODUCT | Description | QUANTITY | PRICE |
|---|---|---|---|
| | Alma BB<br>Product ID : M53152<br>Material: Monogram<br>COLOR : Brown | 1 | $1,430.00 |

| | |
|---|---|
| SUBTOTAL | $1,430.00 |
| Delivery : Overnight | $0.00 |
| Tax | $78.65 |
| **Total** | **$1,508.65** |

**Shipping address**

Mr Matt Hoover
105 E Main St
COLOMA WI 54930
US

**Billing Address**

Mr Kristopher Justin Ervin
2409 Kirkwall Ct
ORANGE PARK FL 32065
US

Should you require additional information, please contact our Client Services at +1.866.VUITTON. Our client advisors will be pleased to assist you.

We look forward to continuing our journey together soon! Warm regards, Louis Vuitton Client Services
Call us: +1.866.VUITTON





Legal Notice © 2018 Louis Vuitton

You may access your personal information and modify or delete it.
If needed, please send an email at: us@contact.louisvuitton.com
We look forward to continuing our journey together soon! Warm regards, Louis Vuitton Client Services