**Subject:** Your Amazon.com order
**From:** "Amazon.com" <auto-confirm@amazon.com>
**Date:** 12/9/2020, 11:03 AM
**To:** justinervin80@aol.com
**Reply-to:** no-reply@amazon.com



## Order Confirmation

Hello Justin,

Thank you for shopping with us. We'll send a confirmation when your items ship.

Your purchase has been divided into **3** orders.

### Order 1 of 3

Order #114-0254172-7912267

| Arriving: | Ship to: |
|---|---|
| **Tuesday, December 15 - Wednesday, December 16** | **Erica** <br> **COLOMA, WI** |
| | **Order Total:** $169.75 |

View or manage order

### Order 2 of 3

Order #114-6075123-0521815

| Arriving: | Ship to: |
|---|---|
| **Tuesday, December 15 - Thursday, December 17** | **Erica** <br> **COLOMA, WI** |
| | **Order Total:** $168.79 |

View or manage order

### Order 3 of 3

Order #114-8219560-1103461

**Shipment 1 of 2**

| Arriving: | Ship to: |
|---|---|
| **Friday, December 11** | **Erica** <br> **COLOMA, WI** |

View or manage order

**Shipment 2 of 2**

Arriving:
**Monday, December 14**

Ship to:
**Erica
COLOMA, WI**

View or manage order

| | |
|---|---|
| **Order Total:** | **$503.16** |

We hope to see you again soon.

**Amazon.com**

**Top picks for you**

 AmazonBasics XLR Male to Female...
$7.99  prime

 AUPHONIX Pop Filter for Blue Yeti...
$29.97  prime

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075

By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.