**Subject:** 1-10120904279 Auto Key Card
**From:** "Copyright Office" <cop-ad@loc.gov>
**Date:** 2/11/2021, 8:08 PM
**To:** justinervin80@aol.com

```
Dear Kristopher Ervin:

We are sending you this email and the attached letter because U.S. Copyright Office staff are currently working
remotely in an effort to mitigate the spread of the COVID-19 respiratory virus. Ordinarily, we would send you
our registration decision via U.S. mail. However, because many staff members are not in the Office, examiners
cannot send hard-copy letters at this time. To ensure that you receive a timely registration decision, the
Office has determined that we will send this letter to you as an email attachment.

The attached .pdf constitutes "written" notice per 37 C.F.R. § 202.5(b)(4) and 17 U.S.C. § 410(b).

Instructions for responding to the Office's registration decision are provided in the attached .pdf. All
responses should be sent according to these instructions, and not via reply email.

Questions about this process should be directed to the Public Information Office at 1 (877) 476-0778.

Please also note that U.S. Copyright Office fees for many services, including the fee to request
reconsideration of a refused registration, increased as of March 20, 2020. We recommend a careful review of the
new fees before preparing any future submissions or requests. Information about the new fees is available here:
https://www.copyright.gov/about/fees.html.



When replying to this email, please include the following thread id (entire line) within the body of your
response to expedite routing to the correct office.

[THREAD ID:1-4O2VP0B]
```



- Attachments-44/USCO Referral SR1-10120904279.pdf



**United States Copyright Office**

Library of Congress • 101 Independence Avenue SE • Washington DC 20559-6000 • www.copyright.gov

February 11, 2021

Kristopher Ervin
2409 Kirkwall Ct
Orange Park, FL 32065
United States

Correspondence ID:   1-4O2VOZV

RE:   Auto Key Card

Dear Kristopher Ervin:

Registration for the above work must be refused because it is a design for a useful article that does not contain any copyrightable authorship needed to sustain a claim to copyright.

    The Copyright law protects pictorial, graphic, or sculptural works. 17 U.S.C. 102(a)(5). Eligible works of art include works of artistic craftsmanship insofar as their form but not their mechanical or utilitarian aspects. In addition, the design of a useful article is considered a pictorial, graphic, or sculptural work "only if, and only to the extent that, such design incorporates pictorial, graphic, or sculptural features that can be identified separately from, and are capable of existing independently of, the utilitarian aspects of the article." The copyright statute defines "useful article" as "…an article having an intrinsic utilitarian function that is not merely to portray the appearance of the article or to convey information. And article that is normally a part of a useful article is considered a useful article." 17 U.S.C. 101.

    We examined your work, concluded that it is a useful article, and determined that it does not contain any non-useful design element that could be copyrighted and registered. Consequently, we cannot register your copyright claim.

This letter is for your information only; no response is necessary.

Sincerely,

Examiner King
Registration Specialist
Visual Arts Division
U.S. Copyright Office

Kristopher Ervin - 2 - 1-4O2VOZV

Enclosures:
 Reply Sheet

Kristopher Ervin - 2 - 1-4O2VOZV



**United States Copyright Office**

Library of Congress • 101 Independence Avenue SE • Washington DC 20559-6000 • www.copyright.gov

*1-402V0ZV*

# Use this sheet *if* you request reconsideration

**How to request reconsideration:**

- Send your written explanation of why the claim should be registered or why it was improperly refused.
- Be sure to include the Correspondence ID Number (listed under the bar code above) on the first page of your Request.
- Indicate whether you are requesting a "First Reconsideration" or "Second Reconsideration."

- **Submit your request ONLINE:** We strongly recommend sending all requests for reconsideration via email following these steps:

    **EMAIL YOUR REQUEST (BUT NOT THE REQUIRED FEE) to:** copreviewboard@loc.gov.
    - The subject line should say "First Reconsideration" or "Second Reconsideration"
    - Once your email request is received, you will be contacted with instructions on how to submit the required fee.

    **IMPORTANT NOTE**: Your request and the required fee must be received no later than three months after a refusal is issued.

- **Alternatively, you may submit your request VIA MAIL, but the Copyright Office's response will be delayed due to the COVID-19 pandemic**:

    - **IMPORTANT NOTE**: Your request must be postmarked (via the U.S. Postal Service) or dispatched (via commercial carrier, courier, or messenger) no later than three months after a refusal is issued.
    - Enclose the required fee.
    - Address your request to**:**

        RECONSIDERATION
        Copyright RAC Division
        P.O. Box 71380
        Washington, DC 20024-1380

**First Request for Reconsideration:** The Registration Program Office considers the first request. If it upholds the refusal, you may submit a second request.

**Second Request for Reconsideration:** The Copyright Office Board of Review considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. The Board's decision constitutes final agency action.

**Notification of decision**: While working remotely due to COVID-19, the Copyright Office will send all notifications of its decisions by email.

**FEES:**

**First Request**              $350 per application

**Second Request**             $700 per application