# Subscriber Details

This information is provided for intended and authorized use only. Any use of this data for unauthorized purposes is strictly prohibited.

## Request Information

| | |
|---|---|
| Target | VUNCJSNGFFCWBQWKX3YZ3WXYGQ |
| Brand | aol |

## User Information

| Attribute | Value |
|---|---|
| Other Identities | justinervin80<br>justinervin80@aim.com |
| GUID | VUNCJSNGFFCWBQWKX3YZ3WXYGQ |
| Mail Name | justinervin80@aol.com |
| Account Status | active |
| Registration IP Address | |
| Registration Date | 1997-10-02T21:33:08.000Z |
| Full Name | justinervin80 |
| Address1 | |
| Address2 | |
| City | |
| State, territory, or province | |
| Country | US |
| Zip/Postal Code | 32256 |
| Phone | |
| Time Zone | |
| Birthdate | |
| Gender | |
| Password Change Event(s) | 2019-08-14T12:45:06Z 2601:345:100:3238:417c:d26b:b718:ef87<br>2019-03-15T12:00:37Z 2601:345:100:3238::49d3<br>2018-11-07T13:57:44Z 2601:345:100:3238::adae |
| Recovery Emails | |
| Recovery Phones | +19044059878 Verified |