**Subject:** Lightning link info
**From:** Sammie Howell
**Date:** 11/5/2020, 3:49 PM
**To:** crsfirearms@yahoo.com

```
Just watched you video titled
" Is this an ATF trap or what!" And I saw the Lightning link or bottle opener as you called it, 👍 and I would
like to get the info as to where you purchased it and the price! Please send info on both links that you were
displaying and I would certainly appreciate the info and I am like you as to the stupidity of our countries
laws about firearms! I had an FFL for 12 years and after the gun ban back in the 80's (?) as well as other laws
regarding the ways they changed the 4473 forms now having to call the info in other than filling the form out
as required before, it just got to be way too much for me to try and do because I was part time in the gun
selling business as well as going to gun shows and having to put up with customers pulling out their Shotgun
News to compare my prices as to what guns were selling for in the Shotgun News! Anyway I have been their and
done that and have plenty of T Shirts too! My e mail is
Cruzn_34@att.net
Thank you in advance! I really enjoy you videos and just get a Big Laugh when you start putting down ATF!!!!
```