**Subject:** Lightning link can opener
**From:** ADMIN TEAM
**Date:** 11/9/2020, 8:09 AM
**To:** "crsfirearms@yahoo.com" <crsfirearms@yahoo.com>

```
I seen your video on the lightning link can opener on YouTube and gunstreamer. I subscribe to both and thanks
again for all the help and useful videos. I was wondering if you could send me some links for them so I can get
some for the family for stocking stuffers that would be a great conversation piece, and I can get the one up
for cool stuff this year. Thanks again for your help. Keep the great videos coming!

Sent from my iPad
```