**Subject:** Lightning links
**From:** Cecillio Corvus
**Date:** 11/14/2020, 12:57 AM
**To:** crsfirearms@yahoo.com

In your video the other day you had talked about lightning links and I think that's just the most badass thing ever! Looking online for some I only found one really suspicious website ( https://silencer-sales.com/product/lighting-link-fullauto-ar-15/ ) I don't really trust them, considering they're selling the already cut out lightning link

If you know where I could get one like you showed in your video or if I'm simply going to have to machine it myself I'd appreciate it a lot.