**Subject:** Product inquiry
**From:** Jake B
**Date:** 11/24/2020, 5:56 PM
**To:** "crsfirearms@yahoo.com" <crsfirearms@yahoo.com>

Hey man just want to start out by saying just found your channel and am loving it good solid content on subject matters most people in the community are to scared to talk about, so I appreciate that also where the hell can I get a lightning link to open bottles with and such?