**Subject:** Hey
**From:** Ola Fifita
**Date:** 12/13/2020, 11:07 PM
**To:** crsfirearms@yahoo.com

```
Hey is autokeycard available and take prepaid card
```