**Subject:** Auto Link
**From:** Traci Grube
**Date:** 12/16/2020, 8:57 AM
**To:** crsfirearms@yahoo.com

I love your videos. You have restored my faith in your generation.
I have often thought guys your age were clueless about the liberties my generation has willingly surrendered, (Apologies for my Generation). And you guys were like,
"Fuck Bitches, Get Paid." Sorry for that generalization.

I don't know if youtube is removing them, but I cannot find the links you mention in your videos, Particularly the Key card.

Keep up the Good work,
Defenders of the Faith
Michigan