**Subject:** Novelty lightening link
**From:** bry dindale
**Date:** 1/5/2021, 10:33 AM
**To:** crsfirearms@yahoo.com

```
Hi,
I've watched an awful lot of your videos and to be honest I'm  very impressed by your presentation and the
content.
Quick question.
Any idea how I can buy a couple of novelty lightening link bottle openers and get them shipped to the UK?

Thanks

Bryan Dinsdale
```