# Subscriber Details

This information is provided for intended and authorized use only. Any use of this data for unauthorized purposes is strictly prohibited.

## Request Information

| | |
|---|---|
| Target | 6EHLQGTYZOLJK5HWPH6CBIALQI |
| Brand | yahoo |

## User Information

| Attribute | Value |
|---|---|
| Other Identities | crsfirearms |
| GUID | 6EHLQGTYZOLJK5HWPH6CBIALQI |
| Mail Name | crsfirearms@yahoo.com |
| Account Status | active |
| Registration IP Address | 166.181.81.216 |
| Registration Date | 2019-11-26T06:21:09.000Z |
| Full Name | CRSFirearms Business |
| Address1 | |
| Address2 | |
| City | |
| State, territory, or province | |
| Country | |
| Zip/Postal Code | |
| Phone | |
| Time Zone | |
| Birthdate | 1992-04-21 |
| Gender | notDisclosed |
| Password Change Event(s) | 2019-11-26T06:21:09Z 166.181.81.216 |
| Recovery Emails | |
| Recovery Phones | +16086170055 Verified |