## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, _Michelle Rader_, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of _Community First Credit Union of Florida_
(company or business)

I have provided the following records to the United States pursuant to Subpoena No.

2021R00188001

List of records provided:

_Membership documents, statements, checks, loan notes, account notes, deposits and withdrawls and tax documents. Currency Transaction Report_

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

_637 North Lee Street_
_Jacksonville, FL 32204_
_904-371-8123_

_Michelle K Rader_
Name and Signature

_2-11-2021_
Date

34881