

**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09          ERVIN,KRISTOPHER
Eff: 08/25/20            Date: 08/25/20
Tlr: 2080                Time: 11:27am
```

```
Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                      1,150.67
Amount:                          800.00
New Bal:                         350.67
New Avail Bal:                   350.67
Seq:                            #582107
```

```
Cash Dispense Clearing          -800.00
Ref number:                         023
```

_____

Cash Received by

```
ID Source:
[X] Driver Lic  e615510800830 03/26
[ ] SigCard
[ ] Known
[ ] Other        _____
```

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

COMMUNITY FIRST
### TRANSACTION TICKET

Account # 1643009
Name: Kristopher Justin Ervin
Date: 8 25-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 800 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# Credit Union Use Only | |
| To Other | $ | Signature Required for Cash Back Withdrawals & Transfers | | | |

COMMUNITY FIRST
### TRANSACTION TICKET

Account # 1643009
Name: Kristopher Justin Ervin
Date: 9-28-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ 1200 | From Checking | $ 1500 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ 1200 | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# Credit Union Use Only | |
| To Other | $ | Signature Required for Cash Back Withdrawals & Transfers | | | |

34640



**COMMUNITY FIRST**

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 09/28/20          Date: 09/28/20
Tlr: 2080              Time:  3:56pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                    342.92
Amount:                    1,200.00
New Bal:                   1,542.92
New Avail Bal:                42.92
Seq:                        #738700
Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                  1,542.92
Amount:                    1,500.00
New Bal:                      42.92
New Avail Bal:                42.92
Seq:                        #738701


Check Received            1,200.00
Cash Dispense Clearing   -1,500.00
Ref number:                     023




          Cash Received by

ID Source:
X Driver Lic
  SigCard
  Known
  Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34641



**COMMUNITY FIRST**
Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09          ERVIN,KRISTOPHER
Eff: 09/03/20            Date: 09/03/20
Tlr: 2080                Time: 10:17am


Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                    1,289.69
Amount:                      1,250.00
New Bal:                        39.69
New Avail Bal:                  39.69
Seq:                         #707806


Cash Dispense Clearing      -1,250.00
Ref number:                       023




          Cash Received by


ID Source:
[X] Driver Lic
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34642

| COMMUNITY FIRST | | TRANSACTION TICKET | | | |
|---|---|---|---|---|---|
| Account # 1643009 | | Name Kristopher Erwin | | Date 4-3-2020 | |
| **DEPOSITS** | | **WITHDRAWALS** | | **TRANSFERS** | |
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 1250 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# Credit Union Use Only | |
| To Other | $ | Signature Required for Cash Back, Withdrawals & Transfers | | | |

---



**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 09/16/20          Date: 09/16/20
Tlr: 2110              Time:  2:58pm


Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                     152.96
Amount:                       150.00
New Bal:                        2.96
New Avail Bal:                  2.96
Seq:                        #747374


Cash Dispense Clearing       -150.00
Ref number:                      022




          Cash Received by

ID Source:
[X] Driver Lic e615510800830 03/26
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34644

| COMMUNITY FIRST | | TRANSACTION TICKET | | | |
|---|---|---|---|---|---|
| Account # 1643009 | | Name Kristopher Justin Ervil | | Date 9-16-2020 | |
| **DEPOSITS** | | **WITHDRAWALS** | | **TRANSFERS** | |
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking 45 | $ 150 00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# Credit Union Use Only | |
| To Other | $ | Signature_Required for Cash Back Withdrawals & Transfers | | | |

34645



**COMMUNITY FIRST**

Credit Union

*Love Where You Bank*

Acct XXXXXXXX09        ERVIN, KRISTOPHER
Eff: 09/18/20          Date: 09/18/20
Tlr: 2086              Time:  2:50pm

Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                      214.95
Amount:                        200.00
New Bal:                        14.95
New Avail Bal:                  14.95
Seq:                         #957703

Cash Dispense Clearing        -200.00
Ref number:                       022



          _____

          Cash Received by

ID Source:
☐ Driver Lic  _____
☐ SigCard
☐ Known
☐ Other       _____

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

| COMMUNITY FIRST | | TRANSACTION TICKET | | | |
|---|---|---|---|---|---|
| Account # 1643009 | | Name Kristopher Justin Ervin | | Date 7-18-2020 | |
| **DEPOSITS** | | **WITHDRAWALS** | | **TRANSFERS** | |
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 200 00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# Credit Union Use Only | |
| To Other | $ | Signature  Required for Cash Back Withdrawals & Transfers | | | |

34647



# COMMUNITY FIRST

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 09/21/20          Date: 09/21/20
Tlr: 2080              Time:  5:03pm
```

---

```
Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                      80.62
Amount:                        50.00
New Bal:                       30.62
New Avail Bal:                 30.62
Seq:                         #812533
```

---

```
Cash Dispense Clearing        -50.00
Ref number:                      023
```

_____

### Cash Received by

```
ID Source:
[X] Driver Lic    _____
[ ] SigCard
[ ] Known
[ ] Other         _____
```

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

| COMMUNITY FIRST | TRANSACTION TICKET | | |
|---|---|---|---|
| Account # *1643009* | Name *Karshopvac Justin Cervin* | | Date *9-21-2020* |

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# Credit Union Use Only | |
| To Other | $ | Signature  Required on Cash Back Withdrawals & Transfers | | | |



**COMMUNITY FIRST**

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 09/28/20          Date: 09/28/20
Tlr: 2080              Time:  3:56pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                    342.92
Amount:                    1,200.00
New Bal:                   1,542.92
New Avail Bal:                42.92
Seq:                        #738700
Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                  1,542.92
Amount:                    1,500.00
New Bal:                      42.92
New Avail Bal:                42.92
Seq:                        #738701


Check Received              1,200.00
Cash Dispense Clearing     -1,500.00
Ref number:                     023




          Cash Received by

ID Source:
[X] Driver Lic
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34650

**COMMUNITY FIRST**

## TRANSACTION TICKET

| Account # *1643009* | Name *Kristopher Jwonn Ervin* | Date *9-28-2020* |
|---|---|---|

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ *12.00* | From Checking | $ *1500* | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ *12.00* | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# Credit Union Use Only | |
| To Other | $ | Signature   *Required for Cash Back Withdrawals & Transfers* | | | |

34651



**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09          ERVIN,KRISTOPHER
Eff: 09/28/20            Date: 09/28/20
Tlr: 2080                 Time:  4:01pm
```

```
Comment for SHARE 00
CURREMCY EXCHANGE
```

```
Cash Dispense Clearing          400.00
Ref number:                        023
Cash Dispense Clearing         -400.00
Ref number:                        023
```

_____

Cash Received by

```
ID Source:
☐  Driver Lic  _____
☐  SigCard
☐  Known
☐  Other       _____
```

```
Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34652



**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 10/01/20          Date: 10/01/20
Tlr: 2080              Time:  1:35pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                    130.02
Amount:                    1,150.00
New Bal:                   1,280.02
New Avail Bal:             1,280.02
Seq:                        #911448


Cash Dispense Clearing     1,150.00
Ref number:                     023




         Authorized by

ID Source:
 [ ] Driver Lic
 [ ] SigCard
 [ ] Known
 [ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

**COMMUNITY FIRST** — **TRANSACTION TICKET**

Account # 1643009

Name: Krisopher Justin Ervin

Date: 10 1-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ 1150 00 | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ 1150 00 | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to | | ID# | |
| | | | | Credit Union Use Only | |
| To Other | $ | Signature  Required for Cash Back Withdrawals & Transfers | | | |

**COMMUNITY FIRST** — **TRANSACTION TICKET**

Account # 1643009

Name: Kristopher Justin Ervin

Date: 10-7-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash   J.s. | $ 500 | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# | |
| | | | | Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

**COMMUNITY FIRST**

## TRANSACTION TICKET

Account # 1643009

Name Kristopher Justin Ervin

Date 10-28-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ 40.00 | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

---

**COMMUNITY FIRST**

## TRANSACTION TICKET

Account # 1643009

Name Kristopher Justin Ervin

Date 10-31-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ 200.00 | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

34655



**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 11/21/20            Date: 11/21/20
Tlr: 2110               Time:  1:24pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                       324.16
Amount:                         184.00
New Bal:                        508.16
New Avail Bal:                  508.16
Seq:                           #558377
Comment for SHARE 00
CASH EXCHANGE 360.00


Check Received                   75.00
Check Received                  109.00
Cash Received                   360.00
Twenties Received               260.00
Tens Received                    60.00
Fives Received                   30.00
Ones Received                    10.00
Cash Dispense Clearing         -360.00
Ref number:                        022




        Cash Received by

ID Source:
[X] Driver Lic
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

## COMMUNITY FIRST — TRANSACTION TICKET

| Account # | 1643009 | Name | Kaicroaree Jusin Ervin | Date | 11-10-2020 |
|---|---|---|---|---|---|

| DEPOSITS | | WITHDRAWALS | | | TRANSFERS | |
|---|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | 1000.00 | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ | | From Account # | |
| 'Cash Back | $ | From Money Market | $ | | To Account # | |
| Total Deposit | $ | From Other | $ | | Transfer Amount | $ |
| To Share | $ | 'Total Cash Requested | $ | | From Account # | |
| To Checking | $ | Gift Cards | $ | | To Account # | |
| To Money Market | $ | Cashier Check | $ | | | |
| To Loan | $ | Check Payable to: | | | ID#  Credit Union Use Only | |
| To Other | $ | 'Signature - Required for Cash Back, Withdrawals & Transfers. | | | | |

## COMMUNITY FIRST — TRANSACTION TICKET

| Account # | 643009 | Name | Kaichopmen Justin Ervin | Date | 11-13-2020 |
|---|---|---|---|---|---|

| DEPOSITS | | WITHDRAWALS | | | TRANSFERS | |
|---|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | 3,000.00 | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ | | From Account # | |
| 'Cash Back | $ | From Money Market | $ | | To Account # | |
| Total Deposit | $ | From Other | $ | | Transfer Amount | $ |
| To Share | $ | 'Total Cash Requested | $ | | From Account # | |
| To Checking | $ | Gift Cards | $ | | To Account # | |
| To Money Market | $ | Cashier Check | $ | | | |
| To Loan | $ | Check Payable to: | | | ID#  Credit Union Use Only | |
| To Other | $ | 'Signature - Required for Cash Back, Withdrawals & Transfers. | | | | |



**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN, KRISTOPHER
Eff: 11/13/20          Date: 11/13/20
Tlr: 2080              Time:   3:04pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                    487.09
Amount:                      189.00
New Bal:                     676.09
New Avail Bal:               484.78
Seq:                        #818172


Check Received               189.00




        Authorized by

ID Source:
X  Driver Lic
   SigCard
   Known
   Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34658



UNITED STATES POSTAL SERVICE

**POSTAL MONEY ORDER**

Serial Number

2020-11-09   444080   Post Office   U.S. Dollars and Cents

266289865531   $189.00

One Hundred Eighty Nine Dollars and 00/100 **********   Amount

Pay to   AutoKeyCard

Clerk   20

Address 950 Blanding Blvd

STE 23, P/9B 336   From   Anita Smith

Memo   Orange Park, FL 320   Address 8 Herbster St   Columbiana OH 44408

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

:000000800 2:   266289865531

COMMUNITY FIRST CU OF FL
263078934<
643009 2080
11/10/20 3:33 PM

FOR DEPOSIT ONLY TO THE ACCOUNT OF THE WITHIN NAMED PAYEE
IN THE ABSENCE OF ENDORSEMENT GUARANTEED
Community First Credit Union of Florida

MAXIMUM VALUE ONE THOUSAND DOLLARS

34659



**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN, KRISTOPHER
Eff: 11/17/20          Date: 11/17/20
Tlr: 2182                 Time:  3:00pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                    285.51
Amount:                      403.00
New Bal:                     688.51
New Avail Bal:               688.51
Seq:                        #758083


Check Received               10.00
Check Received               80.00
Check Received               95.00
Check Received              109.00
Check Received              109.00




         Authorized by

ID Source:
[X] Driver Lic
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34660



WesternUnion WU

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW
WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-177610705

A 739605 D 111320
T 1238 11
191776107052 L 000704

S 10.00

PAY EXACTLY   TEN DOLLARS AND NO CENTS
PAY TO THE ORDER OF   J. ERVIN   BALANCE FOR BINICARD

1499 BAY MEADOWS DR   PURCHASER'S ADDRESS

ALPINE, CA  91901

619 312 5611

⑆102100400⑆ 40191776107052⑈

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2182

11/17/2020 3:07 PM

ENDORSE ABOVE THIS LINE

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service call 1-800-999-9660.

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within 1 year (3 years for CA) of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. Subject to applicable law. The Service Charge is $1.50 per month (exceptions - CT & PR-$0; CA $0.25; MD $0.40; MN $2 annually; NJ, $2 & NJ, no. to exceed $125 or the purchase date from 13th month for TX $1) applied from the purchase date (from 13th month for NJ), no. to exceed $125 or the maximum permitted by law.

34661



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WesternUnion WU

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-177610695

A 739605 D 111220
T 1636 03
191776106953 L 000704

$ 80.00

PAY EXACTLY  EIGHTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF  AUTO KEY CARD · J ERVIN

1 - 3IN1 CARD ccr. 6

1499 BAY MEADOWS DR

ALPINE, CA 91901

4193125611

⑆102100400⑆ 40191776106953⑈

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within 1 year (3 years for CA) of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. Subject to applicable law, the Service Charge is $1.50 per month (exceptions - CT & PR), $0 - CA $.25, MO $0.40, MN $12 annually, NJ $2, & TX $1) applied from the purchase date (from 13th month for NJ), not to exceed $126 or the maximum permitted by law.

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2182

11/17/2020 3:07 PM

ENDORSE ABOVE THIS LINE

Warning - do not cash check without having the watermark. Hold up to light to verify presence of watermark.

Holdings, Inc.
Order and Design is a service mark of Western Union Money
Intended for domestic use only. Western Union Money
sement. For customer service, call 1-800-999-9660.
stop payment hereon or charge back against any endor-
stolen, improperly completed, or altered, issuer will either
Should this item bear any unauthorized signature, be
item whom you are not able to recover your payment.
NOTICE Do not cash this Money Order for any person







THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING IN SIGNATURE LINE

CKD6   5/19

NOTICE TO CUSTOMERS
An Indemnity Agreement will be required before this check will
be replaced or refunded after 90 days of the purchase date in the
event it is lost, misplaced, or stolen.

**WOODFOREST®**
NATIONAL BANK

P.O. Box 7889 | The Woodlands, TX 77387-7889 | (877) 968-7962
Member FDIC

26228573
11/11/2020
616 Houston Walmart (616)
YMondragon

35-948
1130

PAY   One Hundred Nine dollars ************************************************************************

TO THE
ORDER OF        J. Ervin

*$109.00*

**MONEY ORDER**        MUST BE NEGOTIATED WITHIN 90 DAYS
NOT VALID OVER $1000.00

Address of Purchaser

Signature of Purchaser

⑈26228573⑈ ⑆113008465⑆ 9014952⑈

---

31031519

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2182

11/17/2020 3:07 PM

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC
U.S. PATENT NO. 5,685,417-5,850,934
This document contains the following security features:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X



**COMMUNITY FIRST**

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 11/21/20          Date: 11/21/20
Tlr: 2110              Time:  1:24pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                    324.16
Amount:                      184.00
New Bal:                     508.16
New Avail Bal:               508.16
Seq:                        #558377
Comment for SHARE 00
CASH EXCHANGE 360.00


Check Received                75.00
Check Received               109.00
Cash Received                360.00
Twenties Received            260.00
Tens Received                 60.00
Fives Received                30.00
Ones Received                 10.00
Cash Dispense Clearing      -360.00
Ref number:                      022




          Cash Received by

ID Source:
[X] Driver Lic
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34666



**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 26944039945 | 2020-11-19 | 913510 | $109.00 |

One-Hundred-Nine-Dollars-and-00/100-**********

Amount

Pay to: J. Ervin

Address:

Memo: 1-Auto key card Sml Bottles

From: Mike Smith
Address: 16164 Sierra Highway
Santa Clarita CA 91390

Clerk: 15

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑁:0000080021: 2694403994 51⑁

COMMUNITY FIRST CU OF FL

>263078934<
20-1643009 310
11/24/2020 1:01 PM

34667

**COMMUNITY FIRST**

## TRANSACTION TICKET

Account # 645009.

Name Kristopher Ervin

Date 11/23/20

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 300 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ 300 | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | TR# Credit Union Use Only | |
| To Other | $ | Signature – Required for Cash Back Withdrawals & Transfers. | | | |

Form_Transaction Ticket 8.20

34668



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WesternUnion WU

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19--205061578

$ 75.00

PAY EXACTLY SEVENTY FIVE DOLLARS AND 00 CENTS

PAY TO THE ORDER OF  SERVi

PAYMENT FOR/ACCT. #

AutoKeyCard 950 blending meeens apeness ste23, PMB316

orange Park, FL, 32065

⑈102100400⑈ 40192050615782⑈

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2110

11/21/2020 1:31 PM

34669



**COMMUNITY FIRST**

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 11/24/20          Date: 11/24/20
Tlr: 0310              Time: 12:54pm
```

```
Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                  9,460.37
Amount:                      205.30
New Bal:                   9,665.67
New Avail Bal:             9,150.68
Seq:                       #694731
```

```
Check Received                96.30
Check Received               109.00
```

_____

Authorized by

```
ID Source:
  Driver Lic _____
  SigCard
  Known
  Other      _____
```

```
Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34670





COMMUNITY FIRST — **TRANSACTION TICKET**

Account #: 1643009

Name: Christopher Ervin

Date: 11/24/20

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 3000 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ 3000 | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers | | | |

---

COMMUNITY FIRST — **TRANSACTION TICKET**

Account #: 1643009

Name: Ervin

Date: 12 11-27

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 1500.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ 1500.00 | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers | | | |

34673

## COMMUNITY FIRST — TRANSACTION TICKET

Account # 643009     Name Ervin     Date 11/30/20

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 5000 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ 5000 | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

Form_Transaction Ticket 6/20

## COMMUNITY FIRST — TRANSACTION TICKET

Account #     Name Kristopher Justin Ervin     Date 12-1-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ 109.00 | From Checking | $ | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ 109.00 | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

Form_Transaction Ticket 6/20

34674



| COMMUNITY FIRST | TRANSACTION TICKET | | | | |
|---|---|---|---|---|---|
| Account # 1643009 | | Name Kristopher Justin Erwin | | Date 12 - 5 -2020 | |
| **DEPOSITS** | | **WITHDRAWALS** | | **TRANSFERS** | |
| Cash | $ | From Savings (Share) | $ | 'Transfer Amount | $ |
| Total Checks | $ 40 | From Checking | $ 8000.00 | From Account # | |
| 'Cash Back | $ - | From Money Market | $ | To Account # | |
| Total Deposit | $ 40.00 | From Other | $ | 'Transfer Amount | $ |
| To Share | $ | 'Total Cash Requested | $ 8000.00 | From Account # | |
| To Checking | $ 4000 | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | 'Signature - Required for Cash Back, Withdrawals & Transfers | | | |

Form Transaction Ticket 8.20

34676



UNITED STATES
POSTAL SERVICE ®

**POSTAL MONEY ORDER**

Serial Number
2 6 5 8 3 1 0 5 0 5 8

2020-11-20     826440     U.S. Dollars and Cents
$40.00

Forty Dollars and 00/100 ********************

Amount

Pay to    J .. ERVIN                                     Clerk    82

Address    950 BLAND                    From  John

                                        Address  711 WEST HALVERSON St

Memo

© 2008 United States Postal Service. All Rights Reserved.

:000000800 2:    26583105058

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

COMMUNITY FIRST CU OF FL
>263078934<
643009 2194
12/5/2020 1:06 PM

34677

COMMUNITY FIRST

**TRANSACTION TICKET**

Account # 1643009

Name Kristopher Justin Ervin

Date 12-22-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ 410.00 | From Checking | $ | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account #. | |
| To Checking | $ 410.00 | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

form_transaction Ticket 8-05

**List Checks Separately**

| | | | | |
|---|---|---|---|---|
| 1 | 140.00 | | 11 | |
| 2 | 270.00 | | 12 | |
| 3 | | | 13 | |
| 4 | | | 14 | |
| 5 | | | 15 | |
| 6 | | | 16 | |
| 7 | | | 17 | |
| 8 | | | 18 | |
| 9 | | | 19 | |
| 10 | | | 20 | |
| ENTER TOTAL ON THE FRONT OF THIS TICKET ▶ | | | Total | $ 410.00 |

34678





## Drive Thru Transaction Ticket

| Name | Account # | Date |
|------|-----------|------|
| Kristopher Justin Ervin | 1643009 | 12-28-2020 |

### Deposits/Payments

| | |
|---|---|
| Cash | $ |
| Checks | $ |
| *Cash Back | $ |
| **Total Deposit** | $ |
| Savings (Share) | $ |
| Checking | $ |
| Money Market | $ |
| Loan _____ | $ |
| Other _____ | $ |

### WITHDRAWALS

| | |
|---|---|
| From Savings (Share) | $ |
| From Checking | $ 85,000.00 |
| From Money Market | |
| From Other _____ | $ |
| *Total Cash Requested | $ |

### TRANSFERS

| | |
|---|---|
| **FROM** Account # | |
| **TO** Account # | |
| Transfer Amount | $ |

*Signature Required for All Transactions

34681



Love Where You Bank

```
Acct XXXXXXXX09      ERVIN,KRISTOPHER
Eff: 12/28/20        Date: 12/28/20
Tlr: 2109            Time:  4:44pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                51,545.39
Amount:                     100.00
New Bal:                 51,645.39
New Avail Bal:           51,645.39
Seq:                       #814852


Check Received              100.00



     Authorized by

ID Source:
[ ] Driver Lic
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```





| COMMUNITY FIRST | | TRANSACTION TICKET | | | |
|---|---|---|---|---|---|
| **Account #** 1643009 | | **Name** K. J. ERVIN | | | **Date** 12-28-20 |
| **DEPOSITS** | | **WITHDRAWALS** | | **TRANSFERS** | |
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 9,000.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals, Transfers. | | | |

## COMMUNITY FIRST — TRANSACTION TICKET

Account # 1643009

Name: Kristopha Justin Ervin

Date: 12-29-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 9,000.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | Credit Union Use Only | |

Form. Transaction Ticket 8-20

## COMMUNITY FIRST — TRANSACTION TICKET

Account # 164300

Name: Kristopha Justin Ervin

Date: 12-30-2020

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 9,000.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | Credit Union Use Only | |

Form. Transaction Ticket 8-20

34684



**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 01/07/21          Date: 01/07/21
Tlr: 2080              Time:  1:46pm
```

```
Comment for SHARE 00
Checks Cashed 002 for        730.00
```

```
Check Received                130.00
Check Received                600.00
Cash Dispense Clearing       -730.00
Ref number:                       023
```

---

Cash Received by

```
ID Source:
[X] Driver Lic _____
[ ] SigCard
[ ] Known
[ ] Other      _____
```

```
Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```





**COMMUNITY FIRST**
Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 01/08/21          Date: 01/08/21
Tlr: 2080              Time:   2:36pm
```

```
Comment for SHARE 00
Checks Cashed 003 for         260.00
```

```
Check Received                 75.00
Check Received                 55.00
Check Received                130.00
Cash Dispense Clearing       -260.00
Ref number:                      023
```

```
          _____

          Cash Received by

ID Source:
[X] Driver Lic _____
[ ] SigCard
[ ] Known
[ ] Other      _____
```

```
Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34687





**COMMUNITY FIRST**
Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 01/19/21          Date: 01/19/21
Tlr: 2080              Time:  4:20pm


Comment for SHARE 00
Checks Cashed 003 for        385.00
Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                 10,357.78
Amount:                    5,000.00
New Bal:                   5,357.78
New Avail Bal:             4,834.07
Seq:                        #976830


Check Received               100.00
Check Received               175.00
Check Received               110.00
Cash Dispense Clearing      -385.00
Ref number:                      023
Cash Dispense Clearing    -5,000.00
Ref number:                      023




           Cash Received by

ID Source:
    Driver Lic
 X  SigCard
    Known
    Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34689

**COMMUNITY FIRST**

## TRANSACTION TICKET

| Account # 1643009 | Name Krispan Justin Earid | Date 1-19-2020 |
|---|---|---|

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 5,000.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID#  Credit Union Use Only | |
| To Other | $ | Signature Required for Cash Back, Withdrawals & Transfers. | | | |

MONEY ORDER

19-145488417

$ 100.00

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2080

1/19/2021 4:29 PM

NOT GOOD OVER $100
PAY EXACTLY ONE HUNDRED DOLLARS AND NO CENTS
PAY TO THE ORDER OF   J Ervin

⑈102100400⑈ 4019145488417 3⑈





**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 01/21/21          Date: 01/21/21
Tlr: 2182              Time:  4:09pm
```

```
Comment for ADVANTAGE CHECKING 80
Checks Cashed 001 for        75.00
```

```
Check Received               75.00
Cash Dispense Clearing      -75.00
Ref number:                    022
```

———————————————

**Cash Received by**

```
ID Source:
[X] Driver Lic E615510800830 03/26
[ ] SigCard
[ ] Known
[ ] Other        _____
```

```
Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34692



34693



Love Where You Bank

```
Acct XXXXXXXX09        ERVIN, KRISTOPHER
Eff: 01/29/21          Date: 01/29/21
Tlr: 2080              Time:  4:43pm


Comment for SHARE 00
Checks Cashed 002 for        324.00


Check Received               214.00
Check Received               110.00
Cash Dispense Clearing      -325.00
Ref number:                     023
Cash Dispense Clearing         1.00
Ref number:                     023



         Cash Received by

ID Source:
[X] Driver Lic
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34694



**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 26657294433
$110.00
One Hundred Ten Dollars and 00/100
Clerk 06

Pay To: J ERVIN
Address: 950 Blanding Blvd
STE 23, PMB 336 Orange Park, FL
From: David Kelch
103 Kenwood Place
Clarksburg WV 26301

:00000800 2: 2665729L433

COMMUNITY FIRST CU OF FL
263078934<
20 543009 2080
1/29/2021 4:58 PM

---

**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 27077535156
$214.00
Two Hundred Fourteen Dollars and 00/100
Clerk 37

Pay To: J. ERVIN
Address: 950 Blanding Blvd STE 23
PMB 336, Orange Park, FL 32065
From: Two (2) Auto Key Cards
John Holbrook
3948 3rd St., South, #217
Jacksonville Beach, FL 32250

:00000800 2: 27077535156

COMMUNITY FIRST CU OF FL
263078934<
20 543009 2080
1/29/2021 4:58 PM

---

**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 26741870493
$100.00
One Hundred Dollars and 00/100
Clerk 83

Pay To: J. ERVin
Address: Auto key card 950
Blanding Blvd Ste 23, PMB 336
Orange Park FL 32065
From: J Boone
136 Stonemont dr
Gaston SC 29053

:00000800 2: 2674187049310

COMMUNITY FIRST CU OF FL
263078934<
20 543009 2110
2/1/2021 2:03 PM

| COMMUNITY FIRST | TRANSACTION TICKET | | |
|---|---|---|---|
| **Account #** | **Name** Kristophe Justin Erwin | | **Date** 2-2-2021 |
| **DEPOSITS** | | **WITHDRAWALS** | **TRANSFERS** |

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 7,000.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# | |
| To Other | $ | Signature - Required for Cash-back, Withdrawals & Transfers | | Credit Union Use Only | |

Form_Transaction Ticket.20

# COMMUNITY FIRST

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09       ERVIN,KRISTOPHER
Eff: 01/05/21            Date: 01/05/21
Tlr: 1820                Time:  1:11pm


Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                   23,121.81
Amount:                      9,000.00
New Bal:                    14,121.81
New Avail Bal:              14,121.81
Seq:                          #783661


Cash Dispense Clearing      -9,000.00
Ref number:                        022




          Cash Received by


 ID Source:
 ☒ Driver Lic
 ☐ SigCard
 ☐ Known
 ☐ Other

 Switch to a better checking account.
 Advantage, Bonus Debit, or Free
 Checking.
```

34697

| COMMUNITY FIRST | TRANSACTION TICKET | | |
|---|---|---|---|
| Account # 1643009 | Name  Krishram Justin Ervin | | Date 12-5-2021 |

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 9 000.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

Form_Transaction Ticket 6.20

34698



## COMMUNITY FIRST
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 01/06/21          Date: 01/06/21
Tlr: 2110              Time:  4:30pm


Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                 19,810.63
Amount:                      329.00
New Bal:                  20,139.63
New Avail Bal:            11,139.63
Seq:                        #810739
Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:                 20,139.63
Amount:                    9,000.00
New Bal:                  11,139.63
New Avail Bal:            11,139.63
Seq:                        #810740


Check Received               100.00
Check Received               130.00
Check Received                99.00
Cash Dispense Clearing    -9,000.00
Ref number:                     022




          Cash Received by

ID Source:
[X] Driver Lic e615510800830 03/26
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34699





# COMMUNITY FIRST

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09          ERVIN, KRISTOPHER
Eff: 01/12/21            Date: 01/12/21
Tlr: 2182                Time:   4:24pm
```

```
Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                    8,807.14
Amount:                        150.00
New Bal:                     8,957.14
New Avail Bal:               7,236.67
Seq:                          #788551
```

```
Check Received                 150.00
```

_____

Authorized by

```
ID Source:
X  Driver Lic  e615510800830 03/26
   SigCard
   Known
   Other          _____
```

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

# COMMUNITY FIRST

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 01/13/21           Date: 01/13/21
Tlr: 2080               Time:  3:46pm
```

---

```
Deposit to  ADVANTAGE CHECKING 80
Prev Bal:                   11,193.39
Amount:                        360.00
New Bal:                    11,553.39
New Avail Bal:              10,953.22
Seq:                          #715163
```

---

```
Check Received                 210.00
Check Received                 150.00
```

_____

**Authorized by**

```
ID Source:
[X] Driver Lic  _____
[ ] SigCard
[ ] Known
[ ] Other       _____
```

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WesternUnion WU   WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado   **MONEY ORDER**
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-205043666

A 754025 D 010521
T 1322 01
192050436664 L 000766

$ 150.00

PAY EXACTLY ONE HUNDRED FIFTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF   Auto Key Care SERVIN   PAYMENT FOR/ACCT. #

220 Marina Bay Dr.   PURCHASER'S ADDRESS   Redondo Beach, Ca. 90247   J. Miser

1:10210040001:  4019205043666411"

---

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2182

1/12/2021 4:31 PM

ENDORSE ABOVE THIS LINE

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within 1 year (3 years for CA) of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. Subject to applicable law, the Service Charge is $1.50 per month (exceptions - CT & PA: $0; CA, SD: $3; WD: $0.44; MA: $12 annually; NJ: $2; & TX: $1) applied from the purchase date (from 15th month for NJ), not to exceed $125 or the maximum permitted by law.

Warning: co not cash check without noting the watermark and up to verify presence of watermark.

Order and Design is a service mark of Western Union Holdings, Inc.

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back any endorsement. For customer service, call 800-999-9660. Intended for domestic use only. Western Union Money



THIS DOCUMENT HAS A VOID BACKGROUND • MICROPRINT BORDERS AND SIGNATURE LINE • WATERMARK PRESENT. HOLD UP TO LIGHT TO VIEW.

**Cashier's Check**

**First Citizens Bank**
First-Citizens Bank & Trust Company
Raleigh, North Carolina

06-1252/531    Branch No. 142

0501164308

January 08, 2021
Date

Pay to the
order of   J ERVIN

$  $150.00

**One Hundred Fifty Dollars and 00/100**

Dollars

Notice To Customer
The purchase of an Indemnity Bond or an Insurance Bond may be required before an official check of this bank will be reissued or refunded in the event it is lost, misplaced or stolen.

Remitter  BILLY ACKERMAN
05-10050M (08/10)

⑈⑉0501164308⑈ ⑊053112521⑊ 223980198101⑈994990

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2080

1/13/2021 3:53 PM

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SAFETY FEATURE SAFETY FEATURE SAFETY FEATURE

FEDERAL RESERVE BANK REGULATIONS CC

34704





**COMMUNITY FIRST**
Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09      ERVIN,KRISTOPHER
Eff: 01/19/21         Date: 01/19/21
Tlr: 2080             Time:  4:20pm


Comment for SHARE 00
Checks Cashed 003 for       385.00
Withdrwl from  ADVANTAGE CHECKING 80
Prev Bal:               10,357.78
Amount:                  5,000.00
New Bal:                 5,357.78
New Avail Bal:           4,834.07
Seq:                      #976830


Check Received              100.00
Check Received              175.00
Check Received              110.00
Cash Dispense Clearing     -385.00
Ref number:                    023
Cash Dispense Clearing   -5,000.00
Ref number:                    023




          Cash Received by

ID Source:
  Driver Lic
X SigCard
  Known
  Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34706

| COMMUNITY FIRST | | TRANSACTION TICKET | | | |
|---|---|---|---|---|---|
| Account #  1643009 | | Name  Kristopher Justin Erwin | | Date  1-21-2020 | |
| **DEPOSITS** | | **WITHDRAWALS** | | **TRANSFERS** | |
| Cash | $ | From Savings (Share) | $ | Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 5,500.00 | From Account # | |
| Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | Transfer Amount | $ |
| To Share | $ | Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID#  Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers | | | |

34707



**COMMUNITY FIRST**

Credit Union

*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 01/28/21          Date: 01/28/21
Tlr: 2163              Time:  1:56pm


Comment for ADVANTAGE CHECKING 80
Checks Cashed 001 for          210.00


Check Received                 210.00
Cash Dispense Clearing        -210.00
Ref number:                        022




          Cash Received by

ID Source:
[X] Driver Lic e615510800830 03/26
[ ] SigCard
[ ] Known
[ ] Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34708



WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Registered, Colorado

**MONEY ORDER**

TURKEY HILL STORE                    19-187246575

$ 210.00

PAY EXACTLY    TWO HUNDRED TEN DOLLARS AND NO CENTS

PAY TO THE ORDER OF

PAYMENT FOR/ACCT.

165 RIDGE RD WINTERSPORT, PA 19344

AUTO KEY CARD

⑈1021004001⑈ 4019187246575⑈

COMMUNITY FIRST CU OF FL
>263078934<
20  1643009 2163

1/28/2021 2:06 PM



**COMMUNITY**
**FIRST**
Credit Union

Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 02/01/21          Date: 02/01/21
Tlr: 2080                     4:52pm


Comment for SHARE 00
Checks Cashed 001 for       210.00
Seq:                       1039031



Check Received              210.00
Cash Dispense Clearing     -210.00
Ref number:                    023




            Cash Received by


ID Source:
☒ Drv Lic
☐ SigCard
☐ Known
☐ Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.





**COMMUNITY FIRST**
Credit Union
*Love Where You Bank*

```
Acct XXXXXXXX09        ERVIN,KRISTOPHER
Eff: 02/03/21          Date: 02/03/21
Tlr: 2182              Time:   4:02pm
```

```
Comment for ADVANTAGE CHECKING 80
Checks Cashed 002 for           320.00
```

```
Check Received                  230.00
Check Received                   90.00
Cash Dispense Clearing         -320.00
Ref number:                         023
```

```
          Cash Received by

ID Source:
[X] Driver Lic  e615510800830 03/26
[ ] SigCard
[ ] Known
[ ] Other        _____

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.
```

34712



**POSTAL MONEY ORDER — UNITED STATES POSTAL SERVICE**

Serial Number: 27019119328
Year, Month, Day: 2021-02-01   Post Office: 322072   U.S. Dollars and Cents: $230.00
Two Hundred Thirty Dollars and 00/100
Pay to: J ErVIN
Address: 950 Blanding Blvd   PMB 336 R Carter
Orange Park, FL 32   PO Box 996
Savannah, GA 3440?
:000000800 2: 290 19119328

COMMUNITY FIRST CU OF FL
>263078934<
29 1643009 2182
2/3/2021 4:09 PM

---

**POSTAL MONEY ORDER — UNITED STATES POSTAL SERVICE**

Serial Number: 27185363010
Year, Month, Day: 2021-01-26   Post Office: 378600   U.S. Dollars and Cents: $90.00
Ninety Dollars and 00/100
Pay to: J. ERVIN
Address: 950 Blanding   Edward   Andy Hinterlong
Ste 23 PMB 336   3663 Roberts Rd
Orange Park, FL 32065   Swcallville TN 37869
:000000800 2: 27185363010

COMMUNITY FIRST CU OF FL
>263078934<
29 1643009 2182
2/3/2021 4:09 PM

---

## COMMUNITY FIRST — TRANSACTION TICKET

Account #: 1643009
Name: Kristopher J. Ervin
Date: 02-06-21

| DEPOSITS | | WITHDRAWALS | | TRANSFERS | |
|---|---|---|---|---|---|
| Cash | $ | From Savings (Share) | $ | 'Transfer Amount | $ |
| Total Checks | $ | From Checking | $ 5,000.00 | From Account # | |
| 'Cash Back | $ | From Money Market | $ | To Account # | |
| Total Deposit | $ | From Other | $ | 'Transfer Amount | $ |
| To Share | $ | 'Total Cash Requested | $ | From Account # | |
| To Checking | $ | Gift Cards | $ | To Account # | |
| To Money Market | $ | Cashier Check | $ | | |
| To Loan | $ | Check Payable to: | | ID# Credit Union Use Only | |
| To Other | $ | Signature - Required for Cash Back, Withdrawals & Transfers. | | | |

Form_Transaction Ticket 6.20

34713