```
Account        3009 Notes
```
02/09/2021



Community First Credit Union
PO Box 2600
Jacksonville, FL 32232

**02/02/2021  1:53p User  2036**
auth pri ci inq abt text fraud alert
enrollment message and merchants
advising card not accepted ... mbr
enrolled in text fraud alerts, adv is
not an alert itself only gives
permission to use text msgs for fraud
alerts, no recent declines on vcc,
confirmed reissue has been ordered and
vcc is good thru end of month
SD

**12/28/2020  4:36p User  310**
mbr wanted to deposit a money order for
$100 and it was payable to Auto Key Card
which is a product that he sells. when
told we couldn't take the chk the way it
was payable his whole attitude changed
and said we wouldn't be getting his
business account, mortgages, loans etc.
he then wanted to take all his money out
in cash. we told him it would need to be
a special order and it wouldn't be avail
until the end of next week then he
continued to change his dollar amount of
what we would give to him. I told him
$10k, he said ok then said no give me
$9k and I'll just come back everyday or
try other branches until I get it. I
told him there's no guarantee other
branches will have it avail.

**11/27/2020 12:53p User  1954**
auth pri ci regarding denied debit card
trans-trf to Fiserv-SB

**11/25/2020  4:42p User  2104**
auth pri ci advised they recieved alert
for debit card. advised they responded
yes and was able to confirm that
purchases went through. advised member
that as long as they respond yes their
trans will auto override. also verified
card not blocked will be able to use
limit of $6,000 for POS purchases.
-cs

**11/24/2020 12:59p User  1986**
Name Revision Notes
REMOVING JT FROM ACCT, VERIFIED NO CARDS
 ARE OPEN.  AS/1986

34527

02/09/2021

Account       3009 Notes



Community First Credit Union
PO Box 2600
Jacksonville, FL 32232

**07/20/2020  9:58a User 310**
mbr came in to "get into his OLB" and when taylor asked to verify his info with his ID and update his employer etc he lost it saying why did it matter and that he didn't want to give that info and for us to type in strippers and cocaine. and I told him we aren't doing that. he refused and just kept saying the same thing and I walked over to get the user ID for him and he walked out stating he was just going to call it a day and that we are always the problem. mbr stated he had a biz acct with us and also stated that he plans on running business funds thru his personal acct and that's why he wanted his OLB

**07/20/2020  9:52a User 2080**
Name Revision Notes
verified account information

**03/14/2019 10:40a User 204**
Auth pri ci to get bal on acct very upset because his debit cards trans decl, adv of bal , ret due to NSF, Large Cap One pmt posted.

**02/23/2019  2:29p User 806**
FIS QUALIFILE OFAC RESULT: PASSED OFAC TRANSACTION ID: 1871501022

**02/23/2019  2:29p User 806**
FIS QUALIFILE ID VERIFICATION RESULT: PASSED ID VERIFICATION TRANSACTION ID: 1633890015

**02/23/2019  2:29p User 806**
FIS QUALIFILE DECISION: ACCEPT FIS QUALIFILE SCORE: 0812 CHEXID: 19BN47900677 SSN VALIDATION: BECAME AVAILABLE FOR ISSUANCE IN 1984 IN GA             SSN:Y
RECOMMENDED ACTIONS: NONE

**02/23/2019  2:29p User 806**
SARKESE, AMY (2/23/2019 2:18:25 PM EST): FIS QUALIFILE REPORT PULLED FOR KRISTOPHER JUSTINBOYER ERVIN:

**02/23/2019  2:29p User 806**
SARKESE, AMY (2/23/2019 2:18:25 PM EST): OFAC CHECK RUN FOR KRISTOPHER J ERVIN. RESULT: PASS.

**02/23/2019  2:29p User 806**
SYSTEM (2/23/2019 2:18:39 PM EST): NOTE: OFAC PASSED -- APPLICANT (KRISTOPHER J ERVIN) CREDIT REPORT DOES NOT CONTAIN OFAC WARNING.

34528