

# NEW MEMBERSHIP APPLICATION

P.O. Box 2600 • Jacksonville, FL 32232 • 904.354.8537 • 800.342.8416 • www.CommunityFirstFL.org

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING AN ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account. **What this means for you:** When you open an account, we will ask for your name, address, date of birth, if applicable, and other information that will allow us to identify you. We may ask to see your driver's license or other identifying documents.

## MEMBERSHIP ELIGIBILITY

☒ Live, work or attend school in one of the following counties (Baker, Clay, Duval, Flagler, Nassau, Putnam or St. Johns): Clay-0002

☐ Relative of an existing or eligible Credit Union member – Name: _____ Relationship: _____

## ACCOUNTS AND SERVICES

☒ Primary Share Savings ($5 min. required)
☒ Checking Account
☐ Special Purpose Savings
☐ Certificate of Deposit
☐ eStatements (Online Banking required)
☐ Other _____
☒ Visa Debit Card/ATM Card
☒ Online Banking/Info24
☒ Overdraft Protection

## MEMBER INFORMATION

**Membership Type:** GENERAL MEMBERSHIP        **Member Number:** 3009

| KRISTOPHER | JUSTINBOYER | ERVIN | |
|---|---|---|---|
| First Name | Middle Name/Initial | Last Name | Social Security Number |

HAYENGA
Date of Birth / Mother's Maiden Name

| 2409 KIRKWALL CT | | ORANGE PARK | FL | 32065 |
|---|---|---|---|---|
| Physical Street Address | | City | State | Zip |

| | | City | State | Zip |
|---|---|---|---|---|
| Mailing Address | | | | |

( )           ( )           (904) 405-9878        JUSTINERVIN80@AOL.COM
Home Phone    Work Phone    Cell Phone            Email Address

E615510800830      FL              03/09/2018      03/03/2026
Driver's License / State ID#  State of Issue  Issue Date  Expiration Date

                                   SALES
Current Employer                   Occupation

## OWNERSHIP

All Accounts under this member number – other than IRAs and 457 accounts – shall have identical owners and ownership features.

☐ Individual            ☒ Joint with Right of Survivorship

## JOINT OWNER INFORMATION

| KRIS | A | ERVIN | |
|---|---|---|---|
| First Name | Middle Name/Initial | Last Name | Social Security Number |

HUNT
Date of Birth / Mother's Maiden Name

| 2409 KIRKWALL CT | | ORANGE PARK | FL | 32065 |
|---|---|---|---|---|
| Physical Street Address | | City | State | Zip |

( )           ( )           _____
Phone         Cell Phone    Email Address

                   FL              01/18/2017      01/18/2025
Driver's License / State ID#  State of Issue  Issue Date  Expiration Date

TEK SYSTEMS            TECHNOLOGY MANAGER
Current Employer       Occupation

**Member Number** 3009          New Membership Application Page **1** of **2**          Rev. 08/2016

34630

**JOINT OWNER INFORMATION**

| First Name | Middle Name/Initial | Last Name | Social Security Number |
|---|---|---|---|

___/___/___

| Date of Birth | Mother's Maiden Name | | |
|---|---|---|---|

| Physical Street Address | | City | State | Zip |
|---|---|---|---|---|

(___)_____  (___)_____  (___)_____

| Home Phone | Work Phone | Cell Phone | Email Address |
|---|---|---|---|

___/___/___                          ___/___/___

| Driver's License / State ID# | State of Issue | Issue Date | Expiration Date |
|---|---|---|---|

| Current Employer | Occupation |
|---|---|

**BENEFICIARY INFORMATION**

Payable on Death Beneficiaries are designated for all accounts established with this member number other than IRAs and 457 accounts.

| Beneficiary Name | Address | City | State | Zip | DOB | Relationship |
|---|---|---|---|---|---|---|
| Beneficiary Name | Address | City | State | Zip | DOB | Relationship |
| Beneficiary Name | Address | City | State | Zip | DOB | Relationship |
| Beneficiary Name | Address | City | State | Zip | DOB | Relationship |

**TIN AND BACKUP WITHHOLDING CERTIFICATION**

Under penalties of perjury, the undersigned certifies on behalf of the Account Owner that:
(1) The number shown on this form is the Account Owner's correct taxpayer identification number, and
(2) The account owner is not subject to backup withholding because: (a) it is exempt from backup withholding, or (b) it has not been notified by the IRS that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Account Owner that it is no longer subject to backup withholding, and
(3) The Account Owner is a U.S. citizen or other U.S. person.  For federal tax purposes, the Account Owner is considered a U.S. person if the Account Owner is: an individual who is a U.S. citizen or U.S. resident alien; a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States; an estate (other than a foreign estate); or a domestic trust (as defined in Regulations section 301.7701-7).
(4) The FATCA code(s) entered on this form (if any) indicating that the Account Owner is exempt from FATCA reporting is correct.

**Certification Instructions.** Cross out item 2 above if the Account Owner has been notified by the IRS that it is currently subject to backup withholding because it has failed to report all interest and dividends on its tax return.  Cross out item 3 above and complete the appropriate W-8 form if the Account Owner is not a U.S. person.  If a W-8 BEN is completed, your signature does not serve to certify this section.        Exempt payee code (if any) _____        Exemption from FATCA reporting code (if any) _____

**SIGNATURES**

By signing the Membership Application you certify that the information on this Membership Application is complete, true, and submitted for the purpose of obtaining the accounts and services requested.  You agree: (a) that the Credit Union will use credit reporting agencies or otherwise verify the information on this Membership Application for the purpose of extending credit or services to you or reviewing or collecting a credit account of yours; (b) that the Credit Union can tell others about its credit experience with you and obtain information from others about your credit history and performance.  If you request, the credit union will tell you the name and address of any credit reporting agency from which it received a credit report on you. By signing below, you agree to the terms of the following Agreements applicable to the Accounts and Services requested.

**Membership and Account Agreement.**  You acknowledge receipt of and agree to the terms and conditions of the Membership and Account Agreement, Truth-in-Savings Disclosure, Consumer (Personal) Account Fee Schedule, Funds Availability Policy Disclosure, if applicable, and to any amendment the Credit Union makes from time to time which are incorporated herein.

**Electronic Funds Transfer Agreement and Disclosure.** If an access card or Electronic Funds Transfer (EFT) Service is requested and/or provided, you acknowledge receipt of and agree to the terms of the Electronic Funds Transfer Agreement and Disclosure.

The Internal Revenue Service does not require your consent to any provision of this Membership Agreement other than the certifications required to avoid backup withholding.

In accordance with the requirements of the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, this notification is to inform you that restricted transactions are prohibited from being processed through your account or relationship with our institution. Restricted transactions are transactions in which a person accepts credits, funds, instruments, or other proceeds from another person in connection with unlawful Internet gambling.  By signing below, I certify that this Organization does not engage in Internet gambling. I will notify Community First Credit Union in the event of any change in circumstance.

_[signature]_____          02/23/2019_____
**Member Signature**                                                         **Date**

_[signature]_____          02/23/2019_____
**Joint Owner Signature**                                                 **Date**

_____          _____
**Joint Owner Signature**                                                 **Date**

_____          _____
**Joint Owner Signature**                                                 **Date**

NCUA — Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government. National Credit Union Administration, a U.S. Government Agency

Member Number __1643009_____          New Membership Application Page **2** of **2**          Rev. 08/2016

34631

# Account Change Card



## SUBSEQUENT ACTIONS

I/We authorize the Credit Union to make and accept the following changes to my/our accounts: Indicate the type of change and complete the information that affects the change. Verify all pre-populated information is correct.

Primary Member Owner Information   ☐ CHANGE
Joint Owner(s) Information   ☐ ADD   ☐ CHANGE   ☑ REMOVE

OWNERSHIP INFORMATION   Member Number: _____3009_____

**MEMBER/OWNER:**
First Name: _____ Middle Name: _____ Last Name: _____ Suffix: ___
Mother's Maiden Name: _____ SSN: _____ Date of Birth: _____
Physical Street Address: _____
Mailing Address: _____
City: _____ State: _____ Zip: _____
Home Phone: _____ Cell Phone: _____ Work Phone: _____
Driver's License Number: _____ State Issued: ___ Date Issued: _____ Exp. Date: _____
Current Employer: _____ Occupation: _____ Email: _____

## JOINT OWNERSHIP INFORMATION

I/We authorize the Credit Union to make and accept the following changes to my/our accounts: Indicate the type of change and complete the information that affects the change. Verify all pre-populated information is correct.

**JOINT OWNER #1:**
First Name: __KRIS__ Middle Name: __A__ Last Name: __ERVIN__ Suffix: ___
Mother's Maiden Name: __HUNT__ SSN: _____ Date of Birth: _____
Physical Street Address: __2409 KIRKWALL CT__ City: __ORANGE PARK__ State: __FL__ Zip: __32065__
Home Phone: _____ Cell Phone: _____ Work Phone: _____
Driver's License Number: _____ State Issued: __FL__ Date Issued: __01/18/2017__ Exp. Date: __01/18/2025__
Current Employer: __TEK SYSTEMS__ Occupation: __TECHNOLOGY MANAGER__ Email: __KRISERVIN001@GMAIL.COM__

**JOINT OWNER #2:**
First Name: _____ Middle Name: _____ Last Name: _____ Suffix: ___
Mother's Maiden Name: _____ SSN: _____ Date of Birth: _____
Physical Street Address: _____ City: _____ State: ___ Zip: _____
Home Phone: _____ Cell Phone: _____ Work Phone: _____
Driver's License Number: _____ State Issued: ___ Date Issued: _____ Exp. Date: _____
Current Employer: _____ Occupation: _____ Email: _____

34612

**JOINT OWNER #3:**
First Name: _____ Middle Name: _____ Last Name: _____ Suffix:____
Mother's Maiden Name: _____ SSN: _____ Date of Birth: _____
Physical Street Address: _____ City: _____ State: ____ Zip: _____
Home Phone: _____ Cell Phone: _____ Work Phone: _____
Driver's License Number: _____ State Issued: ____ Date Issued: _____ Exp. Date: _____
Current Employer: _____ Occupation: _____ Email: _____

**JOINT OWNER #4:**
First Name: _____ Middle Name: _____ Last Name: _____ Suffix:____
Mother's Maiden Name: _____ SSN: _____ Date of Birth: _____
Physical Street Address: _____ City: _____ State: ____ Zip: _____
Home Phone: _____ Cell Phone: _____ Work Phone: _____
Driver's License Number: _____ State Issued: ____ Date Issued: _____ Exp. Date: _____
Current Employer: _____ Occupation: _____ Email: _____

**AUTHORIZATION**

I/We agree that the changes on this Account Change Card amend previously signed Account Change Cards and are subject to the terms and conditions of the Membership and Account Agreement, Truth-in-Savings Disclosure, Funds availability Policy Disclosure, if applicable, and to any amendment the credit union makes from time to time which are incorporated herein. I/We acknowledge receipt of a copy of the agreement and disclosures applicable to the accounts and services requested. If an access card or EFT service is requested and provided, I/We agree to the terms and acknowledge receipt of the Electronic Fund Transfer Agreement and Disclosure.

_____   _____
Signature Primary Owner             Date

*[signature]*                       11/24/2020                _____   _____
Signature Joint Owner #1            Date                       Signature Joint Owner #3            Date

_____   _____                  _____   _____
Signature Joint Owner #2            Date                       Signature Joint Owner #4            Date

Member Number _____3009_____            Page 2 of 2                                    03/2020

34613



34614



34615

## APPLICATION INFORMATION

| | | | |
|---|---|---|---|
| **App #** | 286310 | **Status** | APPROVED |
| **Initial Entry Time** | 2/23/2019 2:14:41 PM | **External Source** | |

**Qualification:**
I live, work or attend school in one of the following counties: Clay-0002

## CUSTOM QUESTIONS

### APPLICATION CUSTOM QUESTIONS

| Question | Answer |
|---|---|
| Are you subject to backup withholding? Click here to learn more. | no |

### APPLICANT QUESTIONS: KRISTOPHER J ERVIN

| Question | Answer |
|---|---|
| Do we have consent to contact you on your cell phone? | YES |
| Once you review this Link please enter your phone number. | 904-405-9878 |

### APPLICANT QUESTIONS: KRIS A ERVIN

| Question | Answer |
|---|---|
| Do we have consent to contact you on your cell phone? | YES |
| Once you review this Link please enter your phone number. | 904-477-5038 |

## COMMENTS

**Internal Comments:**

SARKESE, AMY (2/23/2019 2:30:22 PM EST): SHARE ACCOUNT ADVANTAGE CHECKING WITH SUFFIX 80 CREATED SUCCESSFULLY

SARKESE, AMY (2/23/2019 2:30:21 PM EST): SHARE ACCOUNT SHARE WITH SUFFIX 0 CREATED SUCCESSFULLY

SARKESE, AMY (2/23/2019 2:30:21 PM EST): MEMBER ACCOUNT SUCCESSFULLY CREATED: 1643009

SYSTEM (2/23/2019 2:23:44 PM EST): ERROR GETTING MLA STATUS FOR ERVIN, KRIS A: MLA SEARCH NOT ALLOWED FOR THIS REQUEST

SYSTEM (2/23/2019 2:23:44 PM EST): CREDIT REPORT(S) FROM EXPERIAN REPORT MULTIPLE SSNS FOR: KRIS A ERVIN.
CREDIT REPORT(S) FROM EXPERIAN REPORT MULTIPLE NAME ALIASES FOR: KRIS A ERVIN.

SYSTEM (2/23/2019 2:23:44 PM EST): NOTE: FRAUD PASSED -- APPLICANT (KRIS A ERVIN) CREDIT REPORT DOES NOT CONTAIN FRAUD WARNING.

SYSTEM (2/23/2019 2:23:44 PM EST): NOTE: OFAC PASSED -- APPLICANT (KRIS A ERVIN) CREDIT REPORT DOES NOT CONTAIN OFAC WARNING.

SARKESE, AMY (2/23/2019 2:23:36 PM EST): OFAC CHECK RUN FOR KRIS A ERVIN. RESULT: PASS.

SARKESE, AMY (2/23/2019 2:23:35 PM EST): FIS QUALIFILE REPORT PULLED FOR KRIS A ERVIN:

FIS QUALIFILE DECISION: ACCEPT
FIS QUALIFILE SCORE: 0784
CHEXID: 19BN48210518
SSN VALIDATION: BECAME AVAILABLE FOR ISSUANCE IN 1968 IN FL SSN:Y
RECOMMENDED ACTIONS:
NONE

FIS QUALIFILE ID VERIFICATION RESULT: PASSED
ID VERIFICATION TRANSACTION ID: 1633890493

FIS QUALIFILE OFAC RESULT: PASSED
OFAC TRANSACTION ID: 1871501478

SYSTEM (2/23/2019 2:18:39 PM EST): ERROR GETTING MLA STATUS FOR ERVIN, KRISTOPHER J: MLA SEARCH NOT ALLOWED FOR THIS REQUEST

SYSTEM (2/23/2019 2:18:39 PM EST): CREDIT REPORT CONTAINS WARNINGS:
1. *** NO RECORD FOUND ***

SYSTEM (2/23/2019 2:18:39 PM EST): CREDIT REPORT(S) FROM EXPERIAN FOR KRISTOPHER J ERVIN DRAWN FROM INFORMATION OTHER THAN SSN.

SYSTEM (2/23/2019 2:18:39 PM EST): NOTE: FRAUD PASSED -- APPLICANT (KRISTOPHER J ERVIN) CREDIT REPORT DOES NOT CONTAIN FRAUD WARNING.

SYSTEM (2/23/2019 2:18:39 PM EST): NOTE: OFAC PASSED -- APPLICANT (KRISTOPHER J ERVIN) CREDIT REPORT DOES NOT CONTAIN OFAC WARNING.

SARKESE, AMY (2/23/2019 2:18:25 PM EST): OFAC CHECK RUN FOR KRISTOPHER J ERVIN. RESULT: PASS.

SARKESE, AMY (2/23/2019 2:18:25 PM EST): FIS QUALIFILE REPORT PULLED FOR KRISTOPHER JUSTINBOYER ERVIN:

FIS QUALIFILE DECISION: ACCEPT
FIS QUALIFILE SCORE: 0812
CHEXID: 19BN47900677
SSN VALIDATION: BECAME AVAILABLE FOR ISSUANCE IN 1984 IN GA SSN:Y
RECOMMENDED ACTIONS:

34616

NONE
FIS QUALIFILE ID VERIFICATION RESULT: PASSED
ID VERIFICATION TRANSACTION ID: 1633890015

FIS QUALIFILE OFAC RESULT: PASSED
OFAC TRANSACTION ID: 1871501022

**Consumer Comments:**

---

### ▼ APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name | ERVIN, KRISTOPHER JUSTINBOYER | Member Number | 3009 |
| SSN | | Date of Birth | |
| Email | JUSTINERVIN80@AOL.COM | Gender | |
| Home Phone | | Mother's Maiden Name | HAYENGA |
| Work Phone | | Monthly Rent | $0.00 |
| Cell Phone | (904) 405-9878 | # in Household | 0 |
| Current Address | 2409 KIRKWALL CT<br>ORANGE PARK, FL 32065 | Mailing Address | 2409 KIRKWALL CT<br>ORANGE PARK, FL 32065 |
| | Occupancy Status: LIVE WITH PARENTS | | |
| | Occupancy Duration: 10 year(s) 0 month(s) | | |

### ID CARD

| | |
|---|---|
| Type | DRIVERS LICENSE |
| Card Number | E615510800830 |
| State | FL |
| Issue Date | 3/9/2018 |
| Expiration Date | 3/3/2026 |

### INCOME & EMPLOYMENT

| | |
|---|---|
| Base Salary | $0.00 |
| Occupation | SALES |
| Employment Status | UNEMPLOYED |
| Employment Duration | 0 year(s) 0 month(s) |
| Employer | |

**Denial Reasons**
Is Denied? False

---

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name | ERVIN, KRIS A | Member Number | |
| SSN | | Date of Birth | |
| Email | | Gender | |
| Home Phone | | Mother's Maiden Name | HUNT |
| Work Phone | | Monthly Rent | $0.00 |
| Cell Phone | | # in Household | 0 |
| Current Address | 2409 KIRKWALL CT<br>ORANGE PARK, FL 32065 | Mailing Address | 2409 KIRKWALL CT<br>ORANGE PARK, FL 32065 |
| | Occupancy Status: BUYING/OWN WITH MORTGAGE | | |
| | Occupancy Duration: 10 year(s) 0 month(s) | | |

### ID CARD

| | |
|---|---|
| Type | DRIVERS LICENSE |
| Card Number | |
| State | FL |
| Issue Date | 1/18/2017 |
| Expiration Date | 1/18/2025 |

### INCOME & EMPLOYMENT

| | |
|---|---|
| Base Salary | $2,000.00 |
| Occupation | TECHNOLOGY MANAGER |
| Employment Status | EMPLOYED |
| Employment Duration | 0 year(s) 6 month(s) |
| Employer | TEK SYSTEMS |

**Denial Reasons**
Is Denied? False

---

### ▼ APPROVED ACCOUNT INFORMATION

**Share**

| Account Number | Issue Date | Deposit Amount | APY / Rate |
|---|---|---|---|
| | 2/23/2019 | $5.00 | 0.250% / 0.250% |

**Advantage Checking**

| Account Number | Issue Date | Deposit Amount | APY / Rate |
|---|---|---|---|
| 18000016430092 | 2/23/2019 | $25.00 | |

**PRODUCT QUESTIONS: ADVANTAGE CHECKING**

| | Answer |
|---|---|
| Do you want us to consider paying overdrafts on ATM and everyday debit card transactions (Opt In to Overdraft Privilege)? | No |
| Please specify which type of debit card you would like to order: | Standard Debit Card |
| Is the primary applicant 18 years of age or older? | Yes |

34617

▼ACCOUNT FUNDING INFORMATION

34618