Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |

**Currency Transaction Report**
OMB No. 1506-0004, OMB No. 1506-0005, OMB No. 1506-0064

Version Number: 1.3

**Filing Name**: C1 CU-CTR-655479777

***1 Type of filing**   [X] Initial report   [ ] Correct/amend prior report   [ ] FinCEN directed Backfiling

**Prior report BSA Identifier**: 

THIS DOCUMENT IS GENERATED BY VERAFIN. THIS IS NOT AN OFFICIAL REPORT.

Under penalties of perjury, I declare that I have examined this transmittal, including accompanying documents, and to the best of my knowledge and belief it is correct and complete. In the case of documents without recipient's identifying numbers, I have complied with the requirements of the law in attempting to secure such numbers from the receipts. I declare that this filing represents all Documents filed during this reporting period except for those transactions reported on paper.

34531

# Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |
|---|---|---|---|---|

## Part I Person Involved in Transaction(s)

*2 a [X] Person conducting transaction on own behalf  b [ ] Person conducting transaction for another  c [ ] Person on whose behalf transaction was conducted  d [ ] Common carrier

3 [X] Multiple transactions

Check [ ] If entity

- *4 Individual's last name or entity's legal name [ ] Unknown: **ERVIN**
- *5 First name [ ] Unknown: **KRISTOPHER**
- 6 Middle name: **JUSTINBOYE**
- Suffix:
- 7 Gender: **Male**
- 8 Alternate name:
- 9 Occupation or type of business: **owner of auto key card**
- 9a NAICS Code:
- *10 Address [ ] Unknown: **2409 KIRKWALL CT**
- *11 City [ ] Unknown: **ORANGE PARK**
- *12 State [ ] Unknown: **FL**     *13 ZIP/Postal Code [ ] Unknown: **32065**
- *14 Country [ ] Unknown: **US**
- *15 TIN [ ] Unknown:        16 TIN type: **ssn**
- *17 Date of birth [ ] Unknown:
- 18 Contact phone number: **9044059878**     Ext.:
- 19 E-mail address: **JUSTINERVIN80@AOL.COM**
- *20 Form of identification used to verify identity [ ] Unknown
  - [X] Driver's license/State ID  [ ] Passport  [ ] Alien Registration  [ ] Other
  - Number: **E615510800830**   Country: **US**   Issuing State: **FL**
- 21 Cash in amount for individual or entity listed in Item 4   $
  - Account number:
- 22 Cash out amount for individual or entity listed in Item 4   $ **14,000**
  - Account number: **3009S0080**

34532

## Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |

### Part II Amount and Type of Transaction(s). Check all boxes that apply.

*23 Date of transaction: 12/28/2020

24 ☐ Armored car (FI Contract)  ☐ ATM  ☐ Mail deposit or shipment  ☐ Night deposit  ☐ Aggregated transactions  ☐ Shared branching

*25 CASH IN: (in U.S. dollar equivalent)

| | | |
|---|---|---|
| a | Deposit(s) | $ .00 |
| b | Payment(s) | .00 |
| c | Currency received for funds transfer(s) out | .00 |
| d | Purchase of negotiable instrument(s) | .00 |
| e | Currency exchange(s) | .00 |
| f | Currency to prepaid access | .00 |
| g | Purchases of casinos chips, tokens and other gaming instruments | .00 |
| h | Currency wager(s) including money plays | .00 |
| i | Bills inserted into gaming devices | .00 |
| z | Other (specify): | .00 |
| | Total cash in | $ .00 |

*27 CASH OUT: (in U.S. dollar equivalent)

| | | |
|---|---|---|
| a | Withdrawal(s) | $ 14,000.00 |
| b | Advance(s) on credit (including markers) | .00 |
| c | Currency paid from funds transfer(s) in | .00 |
| d | Negotiable instrument(s) cashed | .00 |
| e | Currency exchange(s) | .00 |
| f | Currency from prepaid access | .00 |
| g | Redemption(s) of casino chips, tokens, TITO tickets and other gaming instruments | .00 |
| h | Payment(s) on wager(s) (including race and OTB or sports pool) | .00 |
| i | Travel and complimentary expenses and book gaming incentives | .00 |
| j | Payment for tournament, contest or other promotions | .00 |
| z | Other (specify): | .00 |
| | Total cash out | $ 14,000.00 |

26 Foreign cash in _____   Foreign Country _____

28 Foreign cash out _____  Foreign Country _____

34533

# Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |

## Part III Transaction Location

| Field | Value |
|---|---|
| *38 Type of financial institution | Depository Institution |
| Other (specify) | |
| *29 Primary federal regulator | National Credit Union Administration |
| 39 If 38a - Casino/Card Club is checked, indicate type (check only one) | ☐ State licensed casino  ☐ Tribal authorized casino  ☐ Card club  ☐ Other |
| *30 Legal name of financial institution | Community First CU of Fl |
| 31 Alternate name, e.g. trade name, DBA | |
| *32 EIN  ☐ Unknown | 590227113 |
| *33 Address | 2004 East West Parkway |
| *34 City | Fleming Island |
| *35 State | FL |
| *36 ZIP Code | 32003 |
| *37 Country | US |
| 40 Financial institution ID type | |
| ID number | |
| *41 Cash in amount for transaction location | |
| *42 Cash out amount for transaction location | 5,000 |

# Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |

## Part III Transaction Location

| | |
|---|---|
| *38 Type of financial institution | Depository Institution |
| Other (specify) | |
| *29 Primary federal regulator | National Credit Union Administration |

39  If 38a - Casino/Card Club is checked, indicate type (check only one)

☐ State licensed casino   ☐ Tribal authorized casino   ☐ Card club   ☐ Other

| | |
|---|---|
| *30 Legal name of financial institution | Community First CU of Fl |
| 31 Alternate name, e.g. trade name, DBA | |
| *32 EIN ☐ Unknown | 590227113 |
| *33 Address | 625 Blanding Boulevard |
| *34 City | Orange Park |
| *35 State | FL |
| *36 ZIP Code | 320735035 |
| *37 Country | US |
| 40 Financial institution ID type | |
| ID number | |
| *41 Cash in amount for transaction location | |
| *42 Cash out amount for transaction location | 9,000 |

34535

# Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |
|---|---|---|---|---|

## Part IV Filing Institution Contact Information

- *52 Type of financial institution: **Depository Institution**
- Other (specify):
- *43 Primary federal regulator: **National Credit Union Administration**
- 53 If 52a - Casino/Card Club is checked, indicate type (check only one)
  - ☐ State licensed casino   ☐ Tribal authorized casino   ☐ Card club   ☐ Other
- *44 Legal name of filing institution: **Community First CU of Fl**
- 45 Alternate name, e.g. trade name, DBA:
- *46 EIN: **590227113**
- *47 Address: **637 N Lee Street**
- *48 City: **Jacksonville**
- *49 State: **FL**
- *50 ZIP code: **32204**
- *51 Country: **US**
- 54 Financial institution ID type: **RSSD Number**
  - ID number: **876492**
- *55 Contact office: **HQ**
- *56 Phone number: **9043548537**   Ext. **8024**
- *57 Date filed: **12/29/2020**   (Date filed will be auto-populated when the report is sent.)

34536