```
********************************************************
o Query type : cdmavoice
o Target MSISDN : 16086170055
o Time Zone  : CST
o Date range : [ 11-08-2020 00:00:00 to 10-27-2021 00:00:00 ]
********************************************************
date,cst
(time),imsi,device_identifier,description,direction,calling_number,called_number,dialed_number,completion_co
de,duration
11/08/2020,15:13:00,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493082,7156270859,SUCCESS,30.0
11/08/2020,16:12:59,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,42.0
11/08/2020,22:09:16,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493133,16086977868,SUCCESS,65.0
11/08/2020,22:09:18,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098019,SUCCESS,63.0
11/09/2020,18:33:10,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,599.0
11/09/2020,20:05:28,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,366.0
11/09/2020,20:06:04,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190541,16086977868,SUCCESS,368.0
11/10/2020,06:10:30,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098807,SUCCESS,28.0
11/11/2020,15:44:10,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098647,SUCCESS,652.0
11/11/2020,16:26:20,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,45.0
11/11/2020,16:27:16,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098358,SUCCESS,1168.0
11/11/2020,16:53:12,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493127,16086977868,SUCCESS,870.0
11/11/2020,16:53:15,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098449,SUCCESS,867.0
11/11/2020,17:35:21,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,305.0
11/11/2020,18:23:56,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,628.0
11/11/2020,18:24:32,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864198,16086977868,SUCCESS,630.0
11/12/2020,03:16:08,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098253,SUCCESS,23.0
11/12/2020,06:46:17,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,78.0
11/12/2020,11:30:10,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16085817133,16086170055,9202098462,SUCCESS,16.0
11/12/2020,14:03:38,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,12403175836,16086170055,9202098172,SUCCESS,7.0
11/12/2020,14:14:51,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098048,SUCCESS,28.0
11/12/2020,14:16:46,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098630,SUCCESS,22.0
11/12/2020,14:48:02,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190554,6085895333,SUCCESS,58.0
11/12/2020,15:10:35,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098751,SUCCESS,27.0
11/12/2020,17:44:30,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16087454598,16086170055,9202098781,SUCCESS,33.0
```

11/12/2020,18:32:01,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493135,16086977868,SUCCESS,34.0
11/12/2020,18:39:34,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087454598,16086170055,9202098868,SUCCESS,34.0
11/12/2020,19:06:16,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,724.0
11/12/2020,19:18:39,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,695.0
11/12/2020,19:32:08,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098979,SUCCESS,78.0
11/13/2020,08:57:24,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098882,SUCCESS,64.0
11/13/2020,09:25:58,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098011,SUCCESS,6.0
11/13/2020,09:26:22,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500136,16086977868,SUCCESS,5.0
11/13/2020,09:26:29,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864239,16086977868,SUCCESS,47.0
11/13/2020,09:26:31,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098039,SUCCESS,43.0
11/13/2020,15:01:27,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098873,SUCCESS,28.0
11/13/2020,16:31:55,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098011,SUCCESS,27.0
11/13/2020,16:37:20,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098238,SUCCESS,56.0
11/13/2020,19:33:19,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098094,SUCCESS,60.0
11/14/2020,14:16:58,311580710735000,35727009173956,Normal Call,Incoming Voice Call,17156103144,16086170055,9202098483,SUCCESS,1346.0
11/14/2020,15:55:13,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098072,FAIL,121.0
11/14/2020,17:07:06,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,412.0
11/14/2020,18:54:56,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,20.0
11/14/2020,18:55:33,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864220,16086977868,SUCCESS,21.0
11/14/2020,19:02:46,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098373,SUCCESS,120.0
11/14/2020,19:54:23,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190588,16086977868,SUCCESS,80.0
11/14/2020,19:54:25,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098015,SUCCESS,78.0
11/15/2020,16:26:09,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,11.0
11/16/2020,18:45:12,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864231,16086977868,SUCCESS,30.0
11/16/2020,22:25:04,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098325,SUCCESS,27.0
11/16/2020,22:25:44,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,6.0
11/17/2020,06:33:02,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,170.0
11/17/2020,13:37:03,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493104,16086977868,SUCCESS,59.0
11/17/2020,13:37:05,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098838,SUCCESS,57.0
11/17/2020,13:49:35,311580710735000,35727009173956,Normal Call,Incoming Voice

Call,18009014988,16086170055,9202098923,SUCCESS,6.0
11/17/2020,16:35:34,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864262,16086977868,SUCCESS,395.0
11/17/2020,16:35:37,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098746,SUCCESS,393.0
11/17/2020,16:50:52,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18009014988,16086170055,9202098467,SUCCESS,3.0
11/17/2020,17:23:34,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15155120988,16086977868,SUCCESS,164.0
11/17/2020,17:38:29,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751296,18889449400,SUCCESS,181.0
11/17/2020,18:50:17,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751255,16086977868,SUCCESS,46.0
11/17/2020,19:05:50,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864190,16086977868,SUCCESS,49.0
11/17/2020,19:18:37,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098689,SUCCESS,249.0
11/17/2020,19:33:29,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493129,16086977868,SUCCESS,36.0
11/17/2020,19:33:31,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098741,SUCCESS,31.0
11/17/2020,19:35:20,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,193.0
11/17/2020,19:35:23,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098832,SUCCESS,190.0
11/18/2020,12:10:13,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18009014988,16086170055,9202098980,SUCCESS,7.0
11/18/2020,12:24:49,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16087137398,16086170055,9202098016,SUCCESS,29.0
11/18/2020,13:42:47,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,30.0
11/18/2020,13:42:49,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098552,SUCCESS,28.0
11/18/2020,14:29:36,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190564,7152282871,SUCCESS,46.0
11/18/2020,15:19:35,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18009014988,16086170055,9202098396,SUCCESS,6.0
11/18/2020,16:24:08,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,17156103144,16086170055,9202098627,SUCCESS,41.0
11/18/2020,17:00:38,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500145,16086977868,SUCCESS,40.0
11/18/2020,17:21:27,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493095,16086977868,SUCCESS,126.0
11/18/2020,17:23:45,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864240,16086977868,SUCCESS,62.0
11/18/2020,17:24:56,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751228,16086977868,SUCCESS,154.0
11/18/2020,18:21:19,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18009014988,16086170055,9202098775,SUCCESS,3.0
11/18/2020,18:40:34,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864247,16086977868,SUCCESS,37.0
11/19/2020,03:22:31,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500157,16086977868,SUCCESS,40.0
11/19/2020,03:22:33,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098571,SUCCESS,38.0
11/19/2020,06:40:54,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098631,SUCCESS,106.0
11/19/2020,10:23:31,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,111.0

11/19/2020,10:23:34,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098838,SUCCESS,108.0
11/19/2020,15:00:59,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18009014988,16086170055,9202098228,SUCCESS,6.0
11/19/2020,18:02:13,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18009014988,16086170055,9202098786,SUCCESS,7.0
11/19/2020,19:16:39,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,455.0
11/19/2020,19:17:15,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500153,6086977868,SUCCESS,457.0
11/20/2020,07:53:17,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,55.0
11/20/2020,07:53:19,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098228,SUCCESS,53.0
11/20/2020,07:54:52,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751243,7156103144,SUCCESS,433.0
11/20/2020,09:24:26,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18009014988,16086170055,9202098308,SUCCESS,6.0
11/20/2020,18:32:50,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,27.0
11/20/2020,18:33:26,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500148,6086977868,SUCCESS,29.0
11/20/2020,18:35:14,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18155057277,16086170055,9202098871,SUCCESS,35.0
11/20/2020,18:36:16,311580710735000,35727009173956,Normal Call,Incoming Voice Call,14146982319,16086170055,9202098548,SUCCESS,21.0
11/20/2020,18:44:47,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,395.0
11/20/2020,18:45:23,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864267,6086977868,SUCCESS,397.0
11/20/2020,18:55:01,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098601,SUCCESS,1852.0
11/21/2020,12:07:53,311580710735000,35727009173956,Normal Call,Incoming Voice Call,17156103144,16086170055,9202098396,SUCCESS,642.0
11/21/2020,16:04:39,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751273,6086977868,SUCCESS,32.0
11/21/2020,16:04:41,311580710447773,35485609270214,Call Waiting,Outgoing Voice Call,16086170055,16086977868,9202098126,SUCCESS,26.0
11/21/2020,16:08:23,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,137.0
11/21/2020,16:08:25,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098577,SUCCESS,135.0
11/21/2020,17:32:23,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864256,6086977868,SUCCESS,1093.0
11/21/2020,17:32:25,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098080,SUCCESS,1091.0
11/21/2020,18:06:59,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098057,SUCCESS,446.0
11/21/2020,19:25:54,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,274.0
11/21/2020,19:26:30,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15155120979,16086977868,SUCCESS,276.0
11/21/2020,19:34:44,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098889,SUCCESS,50.0
11/21/2020,19:37:55,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098939,SUCCESS,598.0
11/22/2020,14:18:02,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864192,6086977868,SUCCESS,23.0
11/22/2020,14:18:04,311580710447773,35485609270214,Normal Call,Outgoing Voice

Call,16086170055,16086977868,9202098993,SUCCESS,21.0
11/22/2020,14:18:30,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,16.0
11/22/2020,14:18:32,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098246,SUCCESS,14.0
11/22/2020,17:49:53,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,15.0
11/23/2020,09:45:42,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,16.0
11/23/2020,09:45:44,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098729,SUCCESS,14.0
11/23/2020,10:53:45,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16085817146,16086170055,9202098084,SUCCESS,8.0
11/23/2020,17:08:13,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15155120974,6086977868,SUCCESS,603.0
11/23/2020,17:08:17,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098179,SUCCESS,599.0
11/23/2020,19:19:40,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751302,6086977868,SUCCESS,37.0
11/23/2020,19:20:44,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,75.0
11/23/2020,19:24:48,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098348,SUCCESS,364.0
11/23/2020,19:40:42,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,13195508786,16086977868,SUCCESS,44.0
11/23/2020,19:40:44,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098345,SUCCESS,42.0
11/24/2020,03:24:10,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751217,16086977868,SUCCESS,89.0
11/24/2020,03:24:12,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098901,SUCCESS,87.0
11/24/2020,06:40:41,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098208,SUCCESS,35.0
11/24/2020,06:41:48,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098218,SUCCESS,35.0
11/24/2020,06:42:39,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751252,6086977868,SUCCESS,346.0
11/24/2020,06:48:34,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864180,6086977868,SUCCESS,31.0
11/24/2020,07:42:59,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190606,6086977868,SUCCESS,47.0
11/24/2020,09:20:59,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500125,19207879561,SUCCESS,98.0
11/24/2020,09:23:51,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751296,16086977868,SUCCESS,148.0
11/24/2020,09:23:54,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098833,SUCCESS,145.0
11/24/2020,14:51:20,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16087137416,16086170055,9202098499,SUCCESS,29.0
11/24/2020,15:50:51,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,17434444022,16086170055,9202098133,SUCCESS,108.0
11/24/2020,16:00:53,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16088895391,16086170055,9202098786,SUCCESS,7.0
11/24/2020,19:17:35,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,310.0
11/24/2020,19:18:11,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190535,16086977868,SUCCESS,312.0
11/25/2020,13:59:58,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500118,7156103144,FAIL,524.0

16663

11/25/2020,14:11:49,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190590,7156103144,SUCCESS,135.0
11/25/2020,16:05:17,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493128,7156103144,SUCCESS,459.0
11/25/2020,16:33:55,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086177705,16086170055,9202098696,SUCCESS,16.0
11/25/2020,21:26:30,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500161,7152282500,FAIL,3.0
11/25/2020,21:26:59,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864241,7152282500,FAIL,2.0
11/25/2020,21:27:51,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493108,7152282500,FAIL,2.0
11/25/2020,21:33:50,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493094,7152282500,SUCCESS,131.0
11/27/2020,15:32:18,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086975606,16086170055,9202098854,SUCCESS,35.0
11/27/2020,16:06:05,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493094,16086977868,SUCCESS,122.0
11/27/2020,16:06:08,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098026,SUCCESS,119.0
11/30/2020,09:09:59,311580710735000,35727009173956,Normal Call,Incoming Voice Call,15073130624,16086170055,9202098269,SUCCESS,1757.0
11/30/2020,12:37:12,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087336542,16086170055,9202098536,SUCCESS,35.0
11/30/2020,17:18:20,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16083444508,16086170055,9202098854,SUCCESS,21.0
11/30/2020,18:42:41,311580710735000,35727009173956,Normal Call,Incoming Voice Call,17152813132,16086170055,9202098182,SUCCESS,34.0
11/30/2020,20:01:34,311580710735000,35727009173956,Normal Call,Incoming Voice Call,17152813132,16086170055,9202098005,SUCCESS,3145.0
11/30/2020,20:54:06,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15155120998,5073130624,SUCCESS,1920.0
12/01/2020,06:40:22,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,97.0
12/01/2020,06:40:25,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098444,SUCCESS,94.0
12/01/2020,10:58:43,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493119,6086977868,SUCCESS,181.0
12/01/2020,10:58:45,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098024,SUCCESS,179.0
12/01/2020,11:04:17,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,101.0
12/01/2020,11:04:19,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098403,SUCCESS,99.0
12/01/2020,14:22:55,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087137425,16086170055,9202098599,SUCCESS,29.0
12/01/2020,16:25:46,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087454598,16086170055,9202098691,SUCCESS,35.0
12/01/2020,16:45:38,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864216,6086977868,SUCCESS,27.0
12/01/2020,16:45:40,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098731,SUCCESS,25.0
12/01/2020,16:46:23,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,76.0
12/01/2020,16:46:26,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098030,SUCCESS,73.0
12/02/2020,03:20:27,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,13195508789,6086977868,SUCCESS,30.0
12/02/2020,03:20:29,311580710447773,35485609270214,Normal Call,Outgoing Voice

Call,16086170055,16086977868,9202098855,SUCCESS,28.0
12/02/2020,12:45:37,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18003182596,16086170055,9202098855,SUCCESS,35.0
12/02/2020,15:52:22,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,41.0
12/02/2020,15:52:24,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098824,SUCCESS,35.0
12/02/2020,15:53:22,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,142.0
12/02/2020,15:53:24,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098480,SUCCESS,35.0
12/02/2020,19:00:55,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190514,6086977868,SUCCESS,34.0
12/02/2020,19:07:09,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751217,6086977868,SUCCESS,29.0
12/02/2020,19:10:59,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,13195508782,6086977868,SUCCESS,31.0
12/02/2020,19:17:15,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190601,6086977868,SUCCESS,31.0
12/02/2020,19:18:49,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864254,6086977868,SUCCESS,21.0
12/02/2020,19:19:13,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751259,6086977868,SUCCESS,3.0
12/02/2020,19:19:39,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098785,SUCCESS,105.0
12/02/2020,19:22:27,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098474,SUCCESS,709.0
12/03/2020,06:40:35,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,210.0
12/03/2020,06:40:37,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098447,SUCCESS,208.0
12/03/2020,09:37:20,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18152398949,16086170055,9202098543,SUCCESS,28.0
12/03/2020,17:20:11,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,14.0
12/03/2020,17:20:14,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098274,SUCCESS,11.0
12/03/2020,17:20:33,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,13195508808,6086977868,SUCCESS,57.0
12/03/2020,17:20:35,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098193,SUCCESS,55.0
12/04/2020,03:24:30,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500158,6086977868,SUCCESS,60.0
12/04/2020,03:24:32,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098893,SUCCESS,58.0
12/04/2020,12:11:04,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16085710353,16086170055,9202098259,SUCCESS,25.0
12/04/2020,17:20:07,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190568,6086977868,SUCCESS,37.0
12/04/2020,17:20:09,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098719,SUCCESS,31.0
12/04/2020,17:21:16,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500153,6085710353,SUCCESS,23.0
12/04/2020,17:22:05,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190519,6086977868,SUCCESS,9.0
12/04/2020,17:22:07,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098239,SUCCESS,7.0
12/04/2020,19:28:58,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,63.0

16665

12/04/2020,19:29:00,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098143,SUCCESS,61.0
12/04/2020,20:41:03,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864278,7152282500,SUCCESS,112.0
12/05/2020,15:23:26,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,8.0
12/06/2020,11:29:39,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15155120984,6086977868,SUCCESS,30.0
12/06/2020,11:29:41,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098851,SUCCESS,28.0
12/07/2020,03:14:53,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493118,16086977868,SUCCESS,108.0
12/07/2020,03:14:55,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098701,SUCCESS,106.0
12/07/2020,11:01:41,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864205,6087454598,SUCCESS,291.0
12/07/2020,11:27:20,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190576,16086977868,SUCCESS,328.0
12/07/2020,11:27:22,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098395,FAIL,325.0
12/07/2020,11:32:51,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15155120974,16086977868,SUCCESS,488.0
12/07/2020,11:32:53,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098452,SUCCESS,486.0
12/07/2020,12:03:52,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,155.0
12/07/2020,12:03:54,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098224,SUCCESS,153.0
12/07/2020,12:07:58,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,1952.0
12/07/2020,12:08:01,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098030,SUCCESS,1949.0
12/07/2020,12:44:10,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,1542.0
12/07/2020,12:44:12,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098176,SUCCESS,1540.0
12/07/2020,13:52:01,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087454598,16086170055,9202098527,SUCCESS,172.0
12/07/2020,14:47:12,311580710735000,35727009173956,Normal Call,Incoming Voice Call,19203488331,16086170055,9202098275,SUCCESS,35.0
12/07/2020,15:35:31,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18152405795,16086170055,9202098176,SUCCESS,28.0
12/07/2020,15:53:28,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864200,6086977868,SUCCESS,468.0
12/07/2020,15:53:30,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098351,SUCCESS,465.0
12/07/2020,18:06:16,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,567.0
12/07/2020,18:06:52,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190599,6086977868,SUCCESS,569.0
12/07/2020,18:53:00,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18155057277,16086170055,9202098150,SUCCESS,35.0
12/08/2020,03:17:21,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500110,6086977868,SUCCESS,37.0
12/08/2020,03:17:23,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098165,SUCCESS,32.0
12/08/2020,03:18:42,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751266,16086977868,SUCCESS,17.0
12/08/2020,03:18:44,311580710447773,35485609270214,Normal Call,Outgoing Voice

Call,16086170055,16086977868,9202098120,SUCCESS,15.0
12/08/2020,06:45:19,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,162.0
12/08/2020,06:45:22,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098667,SUCCESS,159.0
12/08/2020,09:18:53,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098755,SUCCESS,35.0
12/08/2020,11:36:53,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,19202322828,16086170055,9202098727,SUCCESS,35.0
12/08/2020,11:38:30,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751214,9202322828,FAIL,136.0
12/08/2020,11:44:53,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,19202322828,16086170055,9202098808,SUCCESS,156.0
12/08/2020,12:46:34,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500141,6086977868,SUCCESS,208.0
12/08/2020,12:46:37,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098558,SUCCESS,205.0
12/08/2020,14:47:37,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,70.0
12/08/2020,14:48:13,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500118,6086977868,SUCCESS,72.0
12/08/2020,15:01:03,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751292,6086977868,SUCCESS,32.0
12/08/2020,15:05:12,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098927,SUCCESS,2261.0
12/08/2020,15:14:05,311580710735000,35727009173956,Call Waiting,Incoming Voice
Call,16087137425,16086170055,9202098328,SUCCESS,29.0
12/08/2020,15:39:13,311580710735000,35727009173956,Call Waiting,Incoming Voice
Call,17868009513,16086170055,9202098533,SUCCESS,23.0
12/08/2020,15:43:07,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751300,6086977868,SUCCESS,1371.0
12/08/2020,15:43:09,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098813,SUCCESS,1369.0
12/08/2020,17:07:03,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,1520.0
12/08/2020,17:07:06,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098256,SUCCESS,1517.0
12/08/2020,19:34:13,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,54.0
12/08/2020,19:34:49,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15155120984,6086977868,SUCCESS,56.0
12/09/2020,10:35:59,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086171912,16086170055,9202098744,SUCCESS,22.0
12/09/2020,11:05:02,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500134,7158422162,SUCCESS,156.0
12/09/2020,11:58:07,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190596,6086977868,SUCCESS,28.0
12/09/2020,11:58:10,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098282,SUCCESS,26.0
12/09/2020,11:58:50,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,371.0
12/09/2020,11:58:53,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098015,SUCCESS,368.0
12/09/2020,12:07:01,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,602.0
12/09/2020,12:07:04,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098746,SUCCESS,599.0
12/09/2020,12:09:39,311580710735000,35727009173956,Call Waiting,Incoming Voice
Call,19202472441,16086170055,9202098448,SUCCESS,10.0

16667

12/09/2020,12:28:05,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098008,SUCCESS,300.0
12/09/2020,12:33:48,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,16086170055,SUCCESS,181.0
12/09/2020,12:33:50,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098619,SUCCESS,179.0
12/09/2020,13:03:06,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,145.0
12/09/2020,13:03:42,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751249,6086977868,SUCCESS,147.0
12/09/2020,13:04:56,311580710735000,35727009173956,Call Waiting,Incoming Voice Call,19044059878,16086170055,9202098463,SUCCESS,35.0
12/09/2020,13:06:14,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864273,9044059878,SUCCESS,1011.0
12/09/2020,13:22:33,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,493.0
12/09/2020,13:23:10,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15155120970,6086977868,SUCCESS,495.0
12/09/2020,16:47:40,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,157.0
12/09/2020,16:47:43,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098500,SUCCESS,154.0
12/09/2020,16:59:26,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,2243.0
12/09/2020,16:59:28,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098619,SUCCESS,2242.0
12/10/2020,14:14:28,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18152403844,16086170055,9202098644,SUCCESS,28.0
12/10/2020,15:30:14,311580710735000,35727009173956,Normal Call,Incoming Voice Call,14194520977,16086170055,9202098209,SUCCESS,23.0
12/10/2020,19:32:57,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,21.0
12/10/2020,19:32:59,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098483,SUCCESS,19.0
12/11/2020,11:34:42,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087137420,16086170055,9202098200,SUCCESS,29.0
12/11/2020,15:50:10,311580710735000,35727009173956,Normal Call,Incoming Voice Call,19203488331,16086170055,9202098449,SUCCESS,35.0
12/11/2020,15:54:17,311580710735000,35727009173956,Normal Call,Incoming Voice Call,19203488331,16086170055,9202098055,SUCCESS,35.0
12/11/2020,16:11:46,311580710735000,35727009173956,Normal Call,Incoming Voice Call,19203488331,16086170055,9202098085,SUCCESS,35.0
12/11/2020,16:15:37,311580710735000,35727009173956,Normal Call,Incoming Voice Call,19203488331,16086170055,9202098813,SUCCESS,35.0
12/11/2020,18:14:03,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864261,7152282500,SUCCESS,95.0
12/12/2020,11:19:53,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864199,16086977868,SUCCESS,95.0
12/12/2020,11:19:55,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098965,SUCCESS,93.0
12/12/2020,15:12:42,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18155057277,16086170055,9202098081,SUCCESS,35.0
12/13/2020,15:42:47,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500147,16086977868,SUCCESS,35.0
12/13/2020,15:42:49,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098580,SUCCESS,29.0
12/14/2020,10:27:15,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098362,SUCCESS,33.0
12/14/2020,10:34:28,311580710735000,35727009173956,Normal Call,Outgoing Voice

16668

Call,16086170055,19202864260,16086977868,SUCCESS,36.0
12/14/2020,10:43:22,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098364,SUCCESS,7.0
12/14/2020,15:19:09,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,4.0
12/14/2020,15:19:17,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,111.0
12/14/2020,15:19:45,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751286,16086977868,SUCCESS,7.0
12/14/2020,15:19:54,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751270,16086977868,SUCCESS,112.0
12/14/2020,16:35:33,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098395,SUCCESS,281.0
12/14/2020,18:25:36,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,100.0
12/15/2020,06:51:24,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,88.0
12/15/2020,10:47:33,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098635,SUCCESS,35.0
12/15/2020,12:36:25,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098245,SUCCESS,31.0
12/15/2020,12:38:37,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,678.0
12/15/2020,15:35:35,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,1161.0
12/16/2020,11:45:05,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098213,SUCCESS,266.0
12/16/2020,18:46:42,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,38.0
12/16/2020,18:47:25,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,462.0
12/18/2020,12:39:11,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098277,SUCCESS,57.0
12/19/2020,11:12:17,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098274,SUCCESS,64.0
12/19/2020,14:46:53,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751304,16086977868,SUCCESS,38.0
12/19/2020,14:46:56,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098163,SUCCESS,28.0
12/19/2020,15:11:01,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098894,SUCCESS,15.0
12/21/2020,11:07:34,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493113,16086977868,SUCCESS,51.0
12/21/2020,11:07:36,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098044,SUCCESS,48.0
12/21/2020,12:09:02,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500110,19207879561,SUCCESS,240.0
12/21/2020,12:15:13,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098245,SUCCESS,15.0
12/21/2020,12:33:12,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,1766.0
12/21/2020,13:57:08,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751253,18155057277,SUCCESS,662.0
12/21/2020,14:30:59,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098463,SUCCESS,1203.0
12/21/2020,14:54:14,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,1030.0
12/21/2020,14:54:51,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751272,16086977868,SUCCESS,1032.0

16669

12/21/2020,15:11:33,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,FAIL,1051.0
12/21/2020,15:12:09,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190565,16086977868,SUCCESS,1053.0
12/21/2020,15:29:13,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,FAIL,20.0
12/21/2020,15:29:49,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751244,16086977868,SUCCESS,23.0
12/21/2020,15:33:36,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098145,SUCCESS,35.0
12/21/2020,15:40:54,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,53.0
12/21/2020,16:00:07,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500156,16086977868,SUCCESS,37.0
12/21/2020,16:00:09,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098213,SUCCESS,36.0
12/21/2020,16:08:52,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,678.0
12/21/2020,16:09:07,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098470,SUCCESS,663.0
12/21/2020,16:32:25,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,1589.0
12/21/2020,16:59:04,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190596,16086977868,SUCCESS,97.0
12/21/2020,16:59:07,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098404,SUCCESS,94.0
12/21/2020,16:59:19,311580710735000,35727009173956,Call Waiting,Incoming Voice Call,16086975606,16086170055,9202098589,SUCCESS,33.0
12/21/2020,18:54:24,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18155057277,16086170055,9202098266,SUCCESS,12.0
12/21/2020,19:12:35,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18155057277,16086170055,9202098760,SUCCESS,530.0
12/21/2020,19:21:12,311580710735000,35727009173956,Call Waiting,Incoming Voice Call,16086977868,16086170055,9202098072,SUCCESS,34.0
12/21/2020,19:21:56,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751304,18155057277,SUCCESS,1508.0
12/22/2020,11:15:11,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751255,18889449400,SUCCESS,194.0
12/22/2020,11:56:44,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098009,SUCCESS,1439.0
12/22/2020,14:57:14,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,6086977868,SUCCESS,34.0
12/22/2020,16:38:37,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098703,SUCCESS,21.0
12/22/2020,19:30:41,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,41.0
12/22/2020,19:32:48,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864198,16086977868,SUCCESS,2.0
12/22/2020,19:33:01,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15639493159,16086977868,SUCCESS,115.0
12/22/2020,19:33:03,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098446,SUCCESS,114.0
12/23/2020,03:30:03,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,49.0
12/23/2020,03:30:19,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098184,SUCCESS,33.0
12/23/2020,11:01:24,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,16.0
12/23/2020,17:52:50,311580710447773,35485609270214,Normal Call,Incoming Voice

Call,16086977868,16086170055,6086170055,SUCCESS,6.0
12/23/2020,18:00:45,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098058,SUCCESS,45.0
12/23/2020,18:01:45,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098910,SUCCESS,34.0
12/23/2020,18:25:23,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,45.0
12/23/2020,18:27:50,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,47.0
12/23/2020,18:37:22,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098080,SUCCESS,40.0
12/23/2020,18:38:07,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098494,SUCCESS,25.0
12/24/2020,13:32:50,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,26.0
12/24/2020,15:33:23,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,31.0
12/24/2020,16:27:02,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,6.0
12/25/2020,22:52:11,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,19.0
12/27/2020,22:20:37,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098250,SUCCESS,44.0
12/28/2020,13:45:31,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098958,SUCCESS,45.0
12/28/2020,22:23:59,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098787,SUCCESS,4.0
12/29/2020,17:35:18,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16087454598,16086170055,9202098875,SUCCESS,34.0
01/03/2021,15:44:08,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098195,SUCCESS,19.0
01/03/2021,15:48:50,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,21.0
01/04/2021,13:51:01,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098986,SUCCESS,29.0
01/04/2021,14:29:08,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,15.0
01/04/2021,20:57:14,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098848,SUCCESS,29.0
01/05/2021,20:27:02,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098935,SUCCESS,35.0
01/06/2021,09:02:53,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098645,SUCCESS,529.0
01/06/2021,11:02:32,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098736,SUCCESS,239.0
01/06/2021,12:29:14,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,13.0
01/06/2021,16:35:43,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,17152279178,16086170055,9202098171,SUCCESS,35.0
01/06/2021,19:41:53,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751232,56,SUCCESS,4.0
01/07/2021,11:19:21,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15155120983,21,SUCCESS,3.0
01/07/2021,17:20:56,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16085817060,16086170055,9202098290,SUCCESS,11.0
01/08/2021,15:27:26,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,19202472441,16086170055,9202098723,SUCCESS,8.0
01/08/2021,17:41:19,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16087454598,16086170055,9202098564,SUCCESS,35.0

01/08/2021,19:55:58,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751225,7152282500,SUCCESS,210.0
01/09/2021,14:32:59,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,41.0
01/09/2021,14:33:01,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098479,SUCCESS,35.0
01/09/2021,14:34:04,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,41.0
01/09/2021,14:34:07,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098076,SUCCESS,35.0
01/09/2021,19:18:57,311580710735000,35727009173956,Normal Call,Incoming Voice Call,18155057277,16086170055,9202098545,SUCCESS,35.0
01/10/2021,11:12:58,311580710735000,35727009173956,Normal Call,Incoming Voice Call,19204108223,16086170055,9202098903,SUCCESS,438.0
01/10/2021,12:29:39,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,36.0
01/10/2021,12:29:41,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098722,SUCCESS,34.0
01/11/2021,10:55:37,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,13195508806,16085895333,SUCCESS,57.0
01/11/2021,10:58:22,311580710735000,35727009173956,Normal Call,Incoming Voice Call,13093919112,16086170055,9202098669,SUCCESS,11.0
01/11/2021,14:29:06,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864183,6087454598,SUCCESS,109.0
01/11/2021,14:50:44,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190574,6086977868,SUCCESS,195.0
01/11/2021,14:50:46,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098814,SUCCESS,192.0
01/11/2021,14:59:05,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15155120985,16086977868,SUCCESS,34.0
01/11/2021,14:59:07,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098442,SUCCESS,29.0
01/11/2021,15:04:41,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,6086170055,SUCCESS,155.0
01/11/2021,15:04:44,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098217,SUCCESS,153.0
01/11/2021,15:14:18,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,16086170055,SUCCESS,79.0
01/11/2021,15:14:20,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098389,SUCCESS,77.0
01/11/2021,16:17:08,311580710735000,35727009173956,Normal Call,Incoming Voice Call,17152868993,16086170055,9202098268,SUCCESS,21.0
01/12/2021,15:50:20,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087454598,16086170055,9202098321,SUCCESS,49.0
01/12/2021,16:18:28,311580710447773,35485609270214,Normal Call,Incoming Voice Call,16086977868,16086170055,16086170055,SUCCESS,41.0
01/12/2021,16:18:30,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098928,SUCCESS,39.0
01/12/2021,16:54:25,311580710735000,35727009173956,Normal Call,Incoming Voice Call,19207879561,16086170055,9202098393,SUCCESS,82.0
01/12/2021,17:44:21,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16087454598,16086170055,9202098010,SUCCESS,18.0
01/14/2021,11:31:27,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751277,16086977868,SUCCESS,56.0
01/14/2021,11:31:30,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098265,SUCCESS,54.0
01/14/2021,12:11:48,311580710735000,35727009173956,Normal Call,Incoming Voice Call,17156103144,16086170055,9202098801,SUCCESS,35.0
01/14/2021,19:38:04,311580710735000,35727009173956,Normal Call,Incoming Voice

Call,18155057277,16086170055,9202098286,SUCCESS,35.0
01/15/2021,11:19:58,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493146,16086977868,SUCCESS,75.0
01/15/2021,11:20:00,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098271,SUCCESS,72.0
01/15/2021,14:41:52,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,17156103144,16086170055,9202098120,SUCCESS,35.0
01/15/2021,15:21:06,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190522,7156103144,SUCCESS,1378.0
01/15/2021,18:21:10,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098313,SUCCESS,35.0
01/16/2021,12:45:59,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,33.0
01/16/2021,12:46:14,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098755,SUCCESS,18.0
01/16/2021,14:32:15,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751268,6086977868,SUCCESS,28.0
01/16/2021,14:32:17,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098472,SUCCESS,26.0
01/17/2021,15:36:05,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098223,SUCCESS,284.0
01/17/2021,17:26:30,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,70.0
01/20/2021,17:34:22,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098399,SUCCESS,2767.0
01/20/2021,18:49:42,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,268.0
01/20/2021,18:50:18,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864214,16086977868,SUCCESS,270.0
01/20/2021,19:21:15,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6086977868,SUCCESS,152.0
01/21/2021,13:27:00,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,16086977868,SUCCESS,27.0
01/21/2021,15:50:04,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493149,18889449400,SUCCESS,13.0
01/23/2021,17:08:41,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098738,SUCCESS,27.0
01/23/2021,17:10:44,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098456,SUCCESS,27.0
01/26/2021,07:49:59,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,31.0
01/26/2021,22:01:08,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098717,SUCCESS,58.0
02/04/2021,10:10:45,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,87.0
02/04/2021,10:14:27,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190607,16086977868,SUCCESS,48.0
02/04/2021,10:14:30,311580710447773,35485609270214,Call Waiting,Outgoing Voice
Call,16086170055,16086977868,9202098852,SUCCESS,44.0
02/04/2021,16:01:07,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,54.0
02/05/2021,08:17:40,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098370,SUCCESS,27.0
02/05/2021,08:21:37,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,190.0
02/05/2021,11:02:09,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,469.0
02/05/2021,12:31:58,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098136,SUCCESS,15.0

02/05/2021,12:44:09,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098128,SUCCESS,70.0
02/06/2021,17:46:09,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098510,SUCCESS,36.0
02/08/2021,16:49:11,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,16086977868,SUCCESS,55.0
02/08/2021,17:14:46,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,16086977868,SUCCESS,34.0
02/08/2021,17:42:07,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,16086977868,SUCCESS,101.0
02/08/2021,17:56:41,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190550,16086977868,SUCCESS,36.0
02/08/2021,17:56:43,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,16086977868,SUCCESS,35.0
02/08/2021,18:18:54,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,16086977868,SUCCESS,70.0
02/08/2021,20:18:25,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098353,SUCCESS,72.0
02/09/2021,05:54:52,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098340,SUCCESS,144.0
02/09/2021,05:58:20,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086977868,16086170055,6086170055,SUCCESS,141.0
02/09/2021,07:48:56,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098279,SUCCESS,30.0
02/09/2021,16:20:03,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098880,SUCCESS,52.0
02/10/2021,00:39:19,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098782,SUCCESS,109.0
02/12/2021,13:49:53,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098277,SUCCESS,25.0
02/13/2021,11:15:40,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098906,SUCCESS,32.0
02/13/2021,16:52:01,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098994,SUCCESS,108.0
02/15/2021,08:00:17,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098786,SUCCESS,104.0
02/19/2021,11:43:01,311580710447773,35485609270214,Call Waiting,Outgoing Voice
Call,16086170055,16086977868,9202098614,SUCCESS,34.0
02/21/2021,09:24:38,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493092,16086977868,SUCCESS,160.0
02/21/2021,09:24:53,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098708,SUCCESS,145.0
02/23/2021,12:11:48,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493112,16086977868,SUCCESS,57.0
02/23/2021,12:12:03,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098516,SUCCESS,42.0
02/23/2021,15:02:26,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,12254528775,16086170055,9202098338,SUCCESS,21.0
02/24/2021,14:41:14,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190529,15126198646,SUCCESS,16.0
02/24/2021,17:02:43,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098950,SUCCESS,35.0
02/25/2021,13:31:48,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864277,17153432666,SUCCESS,53.0
02/25/2021,14:32:32,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,19205998806,16086170055,9202098156,SUCCESS,21.0
02/25/2021,15:10:01,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751246,19202322828,SUCCESS,34.0
02/25/2021,15:10:38,311580710735000,35727009173956,Normal Call,Outgoing Voice

Call,16086170055,13195508793,19202322828,SUCCESS,22.0
02/25/2021,15:11:04,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500140,19202322828,FAIL,4.0
02/25/2021,15:12:54,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,19202322828,16086170055,9202098045,SUCCESS,274.0
02/25/2021,15:50:17,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493148,18002429137,SUCCESS,165.0
02/25/2021,15:54:21,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864213,18002429137,SUCCESS,346.0
02/26/2021,09:13:39,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,16017168931,16086170055,9202098525,SUCCESS,33.0
02/26/2021,16:59:43,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493118,18155057277,SUCCESS,5264.0
03/02/2021,11:46:42,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098485,SUCCESS,397.0
03/02/2021,18:34:36,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493155,16086977868,SUCCESS,44.0
03/03/2021,13:44:51,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098798,SUCCESS,14.0
03/03/2021,17:38:18,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,16086190543,7152282500,SUCCESS,172.0
03/04/2021,12:41:04,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,19202864239,17156103144,SUCCESS,46.0
03/04/2021,12:48:56,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751257,16086977868,SUCCESS,70.0
03/04/2021,12:49:11,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098181,SUCCESS,55.0
03/04/2021,18:25:46,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,19205949647,16086170055,9202098032,SUCCESS,7.0
03/06/2021,13:42:18,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493114,16086977868,SUCCESS,41.0
03/07/2021,17:21:06,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15639493119,7152282500,SUCCESS,5.0
03/07/2021,17:21:18,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751289,7152282500,SUCCESS,7.0
03/07/2021,17:22:13,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751212,7152282500,SUCCESS,147.0
03/10/2021,13:22:10,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,18184624149,16086170055,9202098343,SUCCESS,35.0
03/10/2021,13:56:44,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,13073169785,16086170055,9202098009,SUCCESS,21.0
03/10/2021,14:38:51,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,12629751281,18184624149,SUCCESS,87.0
03/10/2021,15:31:45,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500164,16086977868,SUCCESS,41.0
03/10/2021,15:31:47,311580710447773,35485609270214,Call Waiting,Outgoing Voice
Call,16086170055,16086977868,9202098820,SUCCESS,35.0
03/10/2021,15:40:00,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,13195508792,16086977868,SUCCESS,42.0
03/10/2021,15:40:02,311580710447773,35485609270214,Call Waiting,Outgoing Voice
Call,16086170055,16086977868,9202098770,SUCCESS,40.0
03/10/2021,19:37:46,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500136,16086977868,SUCCESS,18.0
03/10/2021,19:37:48,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6082068418,SUCCESS,16.0
03/10/2021,19:38:26,311580710735000,35727009173956,Normal Call,Outgoing Voice
Call,16086170055,15153500154,15055876298,SUCCESS,5.0
03/12/2021,13:30:02,311580710735000,35727009173956,Normal Call,Incoming Voice
Call,13367933314,16086170055,9202098512,SUCCESS,10.0

03/12/2021,20:16:11,311580710735000,35727009173956,Normal Call,Incoming Voice Call,16083500558,16086170055,9202098942,SUCCESS,22.0
03/13/2021,12:26:42,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098755,SUCCESS,883.0
03/18/2021,11:17:59,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864220,16086977868,SUCCESS,733.0
03/18/2021,15:56:41,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864228,16086977868,SUCCESS,6.0
03/22/2021,20:07:33,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,13195508808,18889449400,SUCCESS,141.0
03/24/2021,19:05:37,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098153,SUCCESS,35.0
03/24/2021,19:06:21,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098093,SUCCESS,273.0
03/29/2021,20:34:54,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,19202864208,7156270859,SUCCESS,28.0
03/30/2021,22:12:31,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751229,7152192248,SUCCESS,759.0
03/31/2021,12:22:14,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,16086190551,17156270859,SUCCESS,126.0
04/01/2021,15:47:07,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,12629751294,7156270859,SUCCESS,5.0
04/01/2021,15:47:17,311580710735000,35727009173956,Normal Call,Outgoing Voice Call,16086170055,15153500149,7156270859,SUCCESS,108.0
04/01/2021,15:55:52,311580710735000,35727009173956,Normal Call,Incoming Voice Call,17156103144,16086170055,9202098394,SUCCESS,50.0
04/01/2021,15:56:11,311580710735000,35727009173956,Call Waiting,Incoming Voice Call,14147516986,16086170055,9202098136,SUCCESS,31.0
04/01/2021,15:56:42,311580710735000,35727009173956,Call Waiting,Incoming Voice Call,14147516986,16086170055,9202098136,SUCCESS,3.0
04/01/2021,19:45:39,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202864189,7152282500,SUCCESS,5.0
04/01/2021,19:45:47,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,13195508787,7152282500,SUCCESS,4.0
04/01/2021,19:45:56,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,12629751302,16086977868,SUCCESS,22.0
04/01/2021,19:46:11,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098202,SUCCESS,8.0
04/01/2021,19:46:42,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15153500150,7152282500,SUCCESS,8.0
04/01/2021,19:47:22,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,12629751258,7152282500,SUCCESS,61.0
04/06/2021,18:20:03,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098709,SUCCESS,18.0
04/14/2021,16:35:51,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190541,16086977868,SUCCESS,192.0
04/15/2021,19:50:56,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098200,SUCCESS,157.0
04/16/2021,20:06:48,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190562,7152282500,SUCCESS,9.0
04/16/2021,20:07:14,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,13195508786,7152282500,SUCCESS,8.0
04/16/2021,20:07:41,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190530,7152282500,SUCCESS,4.0
04/17/2021,17:31:33,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,12629751245,9207872688,SUCCESS,18.0
04/19/2021,10:07:06,311580722721977,35474166750327,Normal Call,Incoming Voice Call,19202322828,16086170055,9202098268,SUCCESS,35.0
04/19/2021,11:57:03,311580722721977,35474166750327,Normal Call,Outgoing Voice

16676

Call,16086170055,16086190541,9202322828,SUCCESS,121.0
04/20/2021,18:17:25,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16057454598,16086170055,9202098125,SUCCESS,34.0
04/20/2021,18:29:54,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864250,18155057277,SUCCESS,3859.0
04/20/2021,19:07:28,311580722721977,35474166750327,Call Waiting,Incoming Voice
Call,16057454598,16086170055,9202098067,SUCCESS,35.0
04/21/2021,16:25:29,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500123,19207873200,SUCCESS,42.0
04/21/2021,16:26:42,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751281,19207875514,SUCCESS,137.0
04/21/2021,16:31:08,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493084,19202318120,SUCCESS,32.0
04/21/2021,16:35:02,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190549,19207317445,SUCCESS,141.0
04/22/2021,12:48:50,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,6082068478,SUCCESS,41.0
04/22/2021,17:19:03,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15155120970,17154240054,SUCCESS,40.0
04/26/2021,09:01:42,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,12622797822,16086170055,9202098764,SUCCESS,24.0
04/29/2021,11:34:22,311580710447773,35485609270214,Normal Call,Incoming Voice
Call,16086170055,16086977868,6082068734,SUCCESS,6.0
04/29/2021,11:34:30,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864240,16086977868,SUCCESS,71.0
04/29/2021,11:34:45,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6082068359,SUCCESS,56.0
04/29/2021,12:33:00,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190594,16086977868,SUCCESS,2.0
04/29/2021,19:41:31,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,17152813132,16086170055,9202098294,SUCCESS,4247.0
04/30/2021,08:00:02,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16087424131,16086170055,9202098097,SUCCESS,35.0
05/04/2021,15:57:49,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16087424131,16086170055,9202098387,SUCCESS,127.0
05/04/2021,16:24:42,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16087454598,16086170055,9202098630,SUCCESS,42.0
05/04/2021,17:06:39,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,13195508809,7152282500,SUCCESS,141.0
05/07/2021,19:11:08,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864232,18155057277,SUCCESS,1585.0
05/07/2021,19:41:49,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500113,18155057277,SUCCESS,2176.0
05/08/2021,17:53:05,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6082068571,SUCCESS,31.0
05/10/2021,12:54:56,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500136,19207879561,SUCCESS,60.0
05/10/2021,14:10:36,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,19207725841,16086170055,9202098282,SUCCESS,4.0
05/11/2021,14:34:54,311580707976674,35268910096425,Normal Call,Outgoing Voice
Call,16086170055,16084778037,6082068779,SUCCESS,113.0
05/11/2021,15:46:41,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751290,16088476700,SUCCESS,15.0
05/11/2021,15:47:48,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15155120978,16088476700,SUCCESS,209.0
05/14/2021,12:29:04,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,19785526302,16086170055,9202098438,SUCCESS,35.0
05/14/2021,14:40:42,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,19785526302,16086170055,9202098720,SUCCESS,35.0

16677

05/16/2021,11:43:33,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190590,16086977868,SUCCESS,89.0
05/16/2021,12:31:43,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864188,16086977868,SUCCESS,74.0
05/19/2021,10:46:51,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,17653408909,16086170055,9202098118,SUCCESS,15.0
05/21/2021,12:07:21,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751279,18889449400,SUCCESS,138.0
05/24/2021,15:02:24,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086348789,16086170055,9202098044,SUCCESS,7.0
05/25/2021,12:22:49,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098398,SUCCESS,33.0
05/25/2021,14:41:57,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15155120995,16086977868,SUCCESS,90.0
05/25/2021,18:53:04,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751269,16086977868,SUCCESS,42.0
05/25/2021,18:54:23,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190544,16086977868,SUCCESS,35.0
05/25/2021,18:56:18,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190534,16086977868,SUCCESS,51.0
05/28/2021,10:53:42,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,14142464792,16086170055,9202098897,SUCCESS,32.0
06/03/2021,09:27:45,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086172636,16086170055,9202098990,SUCCESS,8.0
06/03/2021,14:41:15,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864196,16086977868,SUCCESS,20.0
06/03/2021,16:37:36,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751218,16086977868,SUCCESS,44.0
06/04/2021,16:54:51,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098303,SUCCESS,14.0
06/05/2021,12:24:30,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751271,19207879561,SUCCESS,83.0
06/08/2021,17:14:34,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500128,16086977868,SUCCESS,478.0
06/09/2021,09:32:19,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16083237618,16086170055,9202098780,SUCCESS,23.0
06/09/2021,12:52:45,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190556,16086977868,SUCCESS,32.0
06/09/2021,12:57:02,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098072,SUCCESS,471.0
06/09/2021,19:25:23,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098799,SUCCESS,35.0
06/10/2021,10:39:23,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,14147753856,16086170055,9202098618,SUCCESS,30.0
06/10/2021,11:23:39,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,13098351327,16086170055,9202098418,SUCCESS,35.0
06/10/2021,13:09:34,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493085,19202322411,SUCCESS,106.0
06/10/2021,13:30:36,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864184,19203030571,SUCCESS,206.0
06/10/2021,14:00:50,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,18884123533,16086170055,9202098164,SUCCESS,35.0
06/10/2021,17:52:43,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751227,6086977868,SUCCESS,108.0
06/11/2021,08:56:54,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,14147753856,16086170055,9202098679,SUCCESS,30.0
06/11/2021,11:55:58,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,14142465669,16086170055,9202098016,SUCCESS,21.0
06/14/2021,11:42:18,311580722721977,35474166750327,Normal Call,Incoming Voice

16678

Call,18155057277,16086170055,9202098330,SUCCESS,35.0
06/15/2021,16:22:54,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751217,16086977868,SUCCESS,39.0
06/15/2021,22:40:17,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864207,4142465669,FAIL,10.0
06/15/2021,22:41:15,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190606,17156103144,SUCCESS,65.0
06/17/2021,09:40:08,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500168,18884123609,SUCCESS,25.0
06/17/2021,12:41:53,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190601,18889449400,SUCCESS,169.0
06/18/2021,13:29:33,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500144,16085895333,SUCCESS,371.0
06/20/2021,17:35:38,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16087454598,16086170055,9202098397,SUCCESS,19.0
06/21/2021,18:28:38,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190537,18002429137,SUCCESS,330.0
06/22/2021,09:21:04,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098587,SUCCESS,33.0
06/22/2021,11:55:14,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,18155057277,16086170055,9202098321,SUCCESS,35.0
06/22/2021,16:38:18,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086403854,16086170055,9202098398,SUCCESS,17.0
06/24/2021,12:38:56,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864273,9048853514,SUCCESS,64.0
06/30/2021,13:55:27,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190601,16086977868,SUCCESS,102.0
07/04/2021,21:01:53,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098111,SUCCESS,20.0
07/05/2021,12:59:45,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864228,19207879561,SUCCESS,70.0
07/05/2021,13:05:55,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864251,9043016339,SUCCESS,97.0
07/06/2021,10:14:23,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751212,9046312128,SUCCESS,511.0
07/07/2021,10:06:05,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751254,17156270859,SUCCESS,6.0
07/07/2021,10:18:59,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493126,4144045033,SUCCESS,478.0
07/07/2021,12:39:34,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,17156103144,16086170055,9202098944,SUCCESS,776.0
07/07/2021,12:52:20,311580722721977,35474166750327,Call Waiting,Incoming Voice
Call,14142779696,16086170055,9202098139,SUCCESS,24.0
07/07/2021,12:52:46,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500150,4142779696,SUCCESS,1001.0
07/07/2021,13:09:43,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864232,7156103144,SUCCESS,54.0
07/07/2021,13:52:42,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,17152192248,16086170055,9202098924,SUCCESS,1.0
07/07/2021,13:53:13,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,17152192248,16086170055,9202098110,SUCCESS,164.0
07/07/2021,19:57:48,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751279,16086977868,SUCCESS,45.0
07/08/2021,12:34:22,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751226,18888751681,SUCCESS,360.0
07/09/2021,18:57:09,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6082068696,SUCCESS,28.0
07/20/2021,11:00:19,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,19787830300,16086170055,9202098937,SUCCESS,32.0

16679

07/21/2021,10:55:01,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098163,SUCCESS,13.0
07/22/2021,08:47:03,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15639493108,6087454598,SUCCESS,50.0
07/22/2021,08:47:56,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15639493121,6087454598,SUCCESS,145.0
07/22/2021,12:21:13,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190521,18002429137,SUCCESS,268.0
07/22/2021,17:16:41,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202864223,7152282500,SUCCESS,191.0
07/23/2021,11:49:06,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,13195508793,16086977868,SUCCESS,30.0
07/23/2021,17:19:47,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202864278,19205092374,SUCCESS,41.0
07/23/2021,17:20:32,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15639493144,19205092374,SUCCESS,39.0
07/25/2021,11:43:54,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098458,SUCCESS,17.0
07/25/2021,11:44:15,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,13195508794,6086977868,SUCCESS,14.0
07/25/2021,11:44:42,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098884,SUCCESS,79.0
07/25/2021,19:23:23,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098825,SUCCESS,49.0
07/26/2021,11:08:14,311580722721977,35474166750327,Normal Call,Incoming Voice Call,17815668000,16086170055,9202098938,SUCCESS,16.0
07/27/2021,12:36:12,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,12629751235,17153432666,SUCCESS,44.0
07/28/2021,09:40:41,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16083628747,16086170055,9202098338,SUCCESS,28.0
07/29/2021,12:04:22,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098025,SUCCESS,33.0
07/29/2021,15:25:37,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16087424131,16086170055,9202098207,SUCCESS,9.0
08/02/2021,12:07:01,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202864268,16087424131,SUCCESS,263.0
08/02/2021,12:12:05,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,12629751234,19207879561,SUCCESS,46.0
08/03/2021,12:27:05,311580722721977,35474166750327,Normal Call,Incoming Voice Call,13862192766,16086170055,9202098143,SUCCESS,6.0
08/04/2021,18:30:48,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202864188,16086977868,SUCCESS,43.0
08/06/2021,12:26:06,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15639493102,16086977868,SUCCESS,144.0
08/06/2021,12:26:22,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098414,SUCCESS,128.0
08/09/2021,10:37:06,311580722721977,35474166750327,Normal Call,Incoming Voice Call,18622771937,16086170055,9202098503,SUCCESS,24.0
08/09/2021,10:44:42,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16083606317,16086170055,9202098837,SUCCESS,35.0
08/09/2021,15:44:55,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16505383950,16086170055,9202098536,SUCCESS,12.0
08/09/2021,23:00:12,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15639493129,16086977868,SUCCESS,16.0
08/09/2021,23:00:28,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15153500146,16086977868,SUCCESS,53.0
08/09/2021,23:00:43,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098520,SUCCESS,39.0
08/11/2021,16:00:44,311580722721977,35474166750327,Normal Call,Outgoing Voice

16680

Call,16086170055,13195508803,16086977868,SUCCESS,21.0
08/12/2021,13:40:59,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751302,16086977868,SUCCESS,16.0
08/12/2021,13:41:57,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190595,16086977868,SUCCESS,40.0
08/12/2021,13:42:12,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098832,SUCCESS,25.0
08/12/2021,14:24:59,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751273,18002274825,SUCCESS,40.0
08/12/2021,14:27:39,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493111,18002274825,SUCCESS,64.0
08/13/2021,08:43:01,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,13187025270,16086170055,9202098357,SUCCESS,11.0
08/13/2021,10:47:35,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,17156103144,16086170055,9202098193,SUCCESS,2139.0
08/13/2021,12:35:44,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098160,SUCCESS,229.0
08/13/2021,19:41:10,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098634,SUCCESS,12.0
08/14/2021,11:12:55,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493103,16086977868,SUCCESS,8.0
08/14/2021,11:13:07,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190578,16086977868,SUCCESS,379.0
08/14/2021,11:19:32,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493154,16086977868,SUCCESS,198.0
08/16/2021,12:25:54,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,13195508790,16085895333,SUCCESS,719.0
08/17/2021,11:23:15,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16087424131,16086170055,9202098935,SUCCESS,195.0
08/18/2021,08:25:50,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086170055,16086170055,9202098444,SUCCESS,19.0
08/18/2021,12:03:39,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,18622771190,16086170055,9202098732,SUCCESS,31.0
08/19/2021,16:59:33,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864226,16086977868,SUCCESS,83.0
08/20/2021,18:54:41,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751248,16086977868,SUCCESS,52.0
08/23/2021,12:40:48,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751273,18002429137,SUCCESS,343.0
08/24/2021,15:09:56,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493148,15126198645,SUCCESS,137.0
08/24/2021,18:15:15,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,6082068530,SUCCESS,34.0
08/26/2021,10:45:11,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16082962107,16086170055,9202098238,SUCCESS,35.0
08/26/2021,11:14:55,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,17815668000,16086170055,9202098202,SUCCESS,16.0
08/26/2021,16:25:44,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098603,SUCCESS,35.0
08/26/2021,16:31:02,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098214,SUCCESS,35.0
08/26/2021,16:41:00,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15155120979,16086977868,SUCCESS,55.0
08/26/2021,16:41:15,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098907,SUCCESS,35.0
08/28/2021,13:22:22,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,13195508807,19205092374,SUCCESS,137.0
08/28/2021,13:24:46,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751284,19205092374,SUCCESS,29.0

08/28/2021,13:35:58,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15153500165,16086977868,SUCCESS,101.0
08/30/2021,11:44:45,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15153500121,19207879561,SUCCESS,75.0
09/06/2021,11:00:32,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202864193,16086977868,SUCCESS,79.0
09/07/2021,10:14:47,311580722721977,35474166750327,Normal Call,Incoming Voice Call,14588001823,16086170055,9202098450,SUCCESS,31.0
09/07/2021,12:14:47,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,12629751236,16087422481,SUCCESS,299.0
09/09/2021,14:41:21,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15639493087,7152582851,SUCCESS,7.0
09/09/2021,16:20:47,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190553,17156103144,SUCCESS,5.0
09/09/2021,16:20:56,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,12629751288,17156103144,SUCCESS,37.0
09/10/2021,09:50:57,311580722721977,35474166750327,Normal Call,Incoming Voice Call,17156103144,16086170055,9202098377,SUCCESS,1014.0
09/11/2021,14:17:48,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190530,16086977868,SUCCESS,42.0
09/11/2021,14:18:46,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098205,SUCCESS,174.0
09/18/2021,12:06:09,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15639493098,6082962363,SUCCESS,34.0
09/20/2021,12:51:13,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202918747,7156270859,SUCCESS,2038.0
09/21/2021,08:43:03,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16159855747,16086170055,9202098441,SUCCESS,25.0
09/22/2021,16:51:49,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16083835882,16086170055,9202098455,SUCCESS,24.0
09/23/2021,08:02:52,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098644,SUCCESS,36.0
09/23/2021,11:08:29,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098327,SUCCESS,9.0
09/23/2021,15:17:37,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16082962107,16086170055,9202098955,SUCCESS,35.0
09/23/2021,15:54:01,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086111143,16086170055,9202098909,SUCCESS,30.0
09/24/2021,08:55:58,311580722721977,35474166750327,Normal Call,Incoming Voice Call,18554085316,16086170055,9202098216,SUCCESS,16.0
09/24/2021,17:54:30,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190583,6086977868,SUCCESS,42.0
09/24/2021,17:54:46,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098525,SUCCESS,26.0
09/27/2021,09:40:24,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,15155120989,19207879561,SUCCESS,86.0
09/27/2021,10:21:14,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,19202864206,19202322828,SUCCESS,34.0
09/28/2021,15:06:31,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098054,SUCCESS,175.0
09/29/2021,11:35:07,311580722721977,35474166750327,Normal Call,Incoming Voice Call,18444031213,16086170055,9202098050,SUCCESS,35.0
09/30/2021,16:47:33,311580722721977,35474166750327,Normal Call,Outgoing Voice Call,16086170055,16086190523,16086977868,SUCCESS,134.0
10/01/2021,15:15:31,311580722721977,35474166750327,Normal Call,Incoming Voice Call,16086977868,16086170055,9202098212,SUCCESS,33.0
10/04/2021,17:23:46,311580710447773,35485609270214,Normal Call,Outgoing Voice Call,16086170055,16086977868,9202098040,SUCCESS,71.0
10/06/2021,14:38:50,311580722721977,35474166750327,Normal Call,Incoming Voice

16682

Call,18038505350,16086170055,9202098073,SUCCESS,34.0
10/08/2021,10:55:44,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086121990,16086170055,9202098130,SUCCESS,26.0
10/08/2021,12:14:03,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16082962141,16086170055,9202098380,SUCCESS,121.0
10/08/2021,13:23:49,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098617,SUCCESS,9.0
10/12/2021,11:10:28,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,18559545312,16086170055,9202098021,SUCCESS,35.0
10/12/2021,12:37:20,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493128,6086977868,SUCCESS,36.0
10/12/2021,13:43:26,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,18777961339,16086170055,9202098064,SUCCESS,29.0
10/12/2021,15:45:18,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493145,16086977868,SUCCESS,79.0
10/14/2021,11:32:01,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086996562,16086170055,9202098166,SUCCESS,11.0
10/14/2021,11:50:40,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098781,SUCCESS,9.0
10/14/2021,11:50:55,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500156,6086977868,SUCCESS,129.0
10/15/2021,12:34:07,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190574,6086977868,SUCCESS,93.0
10/15/2021,12:54:49,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190543,9207870441,SUCCESS,167.0
10/15/2021,13:30:46,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493124,17156103144,SUCCESS,1477.0
10/15/2021,14:20:28,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16085975796,16086170055,9202098707,SUCCESS,8.0
10/19/2021,11:15:50,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500140,16087454598,SUCCESS,18.0
10/19/2021,11:16:13,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,19202864215,16087424131,SUCCESS,9.0
10/19/2021,14:44:01,311580710447773,35485609270214,Normal Call,Outgoing Voice
Call,16086170055,16086977868,9202098641,SUCCESS,24.0
10/22/2021,11:52:46,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15639493150,18889449400,SUCCESS,179.0
10/23/2021,14:45:45,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098824,SUCCESS,15.0
10/23/2021,14:46:34,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,16086190545,6086977868,SUCCESS,7.0
10/24/2021,00:11:23,311580722721977,35474166750327,Normal Call,Incoming Voice
Call,16086977868,16086170055,9202098506,SUCCESS,22.0
10/25/2021,10:02:38,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,15153500145,19207879561,SUCCESS,257.0
10/25/2021,13:32:59,311580722721977,35474166750327,Normal Call,Outgoing Voice
Call,16086170055,12629751267,19207879561,SUCCESS,53.0

16683