| MTN | MIN | DEVICE_ID | DEVICE_ID_TYPE | DEVICE_TYPE | MTN_STATUS | MTN_STATUS_EFF_DATE | MTN_EFFECTIVE_DATE | IMEI | IMSI | MFG_NAME | EQP_NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9044059878 | 6625219037 | "89148000005186768172" | ICC | 4GE | A | 8/13/2019 | 8/13/2019 | "356983100377065" | "311480509406931" | Samsung | SAMSUNG GALAXY A10E |