Search Value,Search Start Date,Search End Date,MTN,Account Number,Last Name,First Name,Middle Name,Business Name,Addr Line1,Addr Line2,Addr Line3,City,State,Zip Code,Contact Last Name,Contact First Name,Contact Middle Initial,Home Phone,Work Phone,Contact Addr Line1,Contact Addr Line2,Contact Addr Line3,Contact City,Contact State,Contact Zip Code,MTN Effective Date,Disconnect Date,Type
"9044059878","2020-05-01","2021-03-03","9044059878","322519523-1","ERVIN","KRIS","","","1800 BARRS ST","","","JACKSONVILLE","FL","322044704","ERVIN","JUSTIN","","9042727135","9042727135","1800 BARRS ST","1800 BARRS ST","","JACKSONVILLE","FL","322044704","2019-08-13",,"Postpaid"