# CERTIFICATE OF AUTHENTICITY

I, <u>Connie Davis</u>, am employed by US Cellular.

My official title is <u>Subpoena Compliance Specialist,</u> and, as a result of my job duties, I am familiar with the records received, created and relied upon by my employer in the ordinary course of its business.

I certify that the records attached hereto are the original or duplicate of the original records in the custody of US Cellular.

These records consist of subscriber information and call detail.

I certify under penalty of perjury that the foregoing is true and correct.

*Connie Davis*
_____
Signature

Executed on this 23rd day of November, 2021
At Chicago, Illinois