


**Sub Info Detail (2)**

**Date Range : May 1, 2020 To Nov 15, 2021**
**MDN: 6086977868**

*\*\*Notes: The Date Range in this report applies to the Payment Details . Also the last day of the date range is used for Wearables. All other information shown represents entire account history.  USCC does not retain Payment Method Banking Account information and thus it does not appear.*

### Contact Info

| Customer ID | Customer Type | Customer Name | Business Name | Customer DOB | First Name | Last Name | SSN/TAX-ID | Driver's License |
|---|---|---|---|---|---|---|---|---|
| 851842540 | Individual | Erica A Hoover | {NA} | Apr 21, 1992 12:00:00 PM | Erica | Hoover | | |

### Contacts

| Contact Name | Role |
|---|---|
| Erica A Hoover | Primary |

### Subscriptions

| Subscription MDN's | Subscriber Type | Subscription MIN | Current IMSI | Current MEID | Current IMEI | Master Subscriber Activation Date | Subscriber Status Description | Subscriber Status Date | Line Type | Equipment Description | Equipment Company Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6086170055 | Postpaid | 6083183479 | 311580722721977 | 089386224607668519 | 35474166750327 | Dec 1, 2014 11:19:33 AM | ACTIVE | 12/01/2014 | Smartphone | iPhone 12 Pro Max | Apple |
| 6086977868 | Postpaid | 6086977868 | 311580400281497 | 088946107509438340 | 35041953900484 | Mar 4, 2010 12:00:00 AM | ACTIVE | 03/04/2010 | Smartphone | iPhone 13 Pro Max | Apple |
| 6086978084 | Postpaid | 6083187903 | 311580703768866 | 21710624801 | 000000D9A21F21 | May 3, 2016 2:26:50 PM | CEASED | 05/12/2016 | Smartphone | COE | GEN |

### Address

| Address Type | Address Line1 | Address Line2 | City | State | Postal Code |
|---|---|---|---|---|---|
| Billing Address | 719 E CHESTNUT STREET  APARTMENT 1 | | PARDEEVILLE | WI | 53954 |
| Primary Address | 719 E CHESTNUT STREET  APARTMENT 1 | | PARDEEVILLE | WI | 53954 |
| Billing Address | 401 CHILEWSKI DRIVE | | COLOMA | WI | 54930 |

### Phone Numbers

| Customer Creation Date | Contact Phone Numbers | Type |
|---|---|---|
| Nov 17, 2014 11:19:49 AM | 6086170055 | Primary |
| Nov 17, 2014 11:19:49 AM | 6086977868 | Primary |

### Email Address

| Customer Creation Date | Email Address |
|---|---|
| Nov 17, 2014 11:19:49 AM | matt.erica28@yahoo.com |

### Wearables
No Data Available

### Device History

| MDN | MEID | MIN | IMSI | IMEI | Device Use Start Date | Device Use End Date | Equipment Description | Equipment Company Name |
|---|---|---|---|---|---|---|---|---|
| 6086977868 | 088946107509438340 | 6086977868 | 311580400281497 | 35041953900484 | Nov 14, 2021 4:30:40 PM | | iPhone 13 Pro Max | Apple |
| 6086977868 | 089393306502556436 | 6086977868 | 311580710447773 | 35485609270214 | Aug 11, 2018 1:57:50 PM | Nov 14, 2021 4:30:39 PM | iPhone X | Apple |
| 6086977868 | 089131034306722391 | 6086977868 | 311580703768866 | 35205107669357 | May 12, 2016 11:57:26 AM | Aug 11, 2018 1:57:49 PM | iPhone 6 Plus | Apple |

### MDN History

| Customer ID | MDN | Activity Date |
|---|---|---|
| 851842540 | 6086977868 | 05/12/2016 |

### Payment Details

| Payment Date | Payment Amount | Payment Method |
|---|---|---|
| May 17, 2020 12:00:00 AM | 211.17 | Credit Card |
| Jun 15, 2020 12:00:00 AM | 206.17 | Credit Card |
| Jul 22, 2020 12:00:00 AM | 186.17 | Credit Card |
| Aug 18, 2020 12:00:00 AM | 227.22 | Credit Card |
| Sep 17, 2020 12:00:00 AM | 207.22 | Credit Card |

| Date | Amount | Payment Type |
|---|---|---|
| Oct 18, 2020 12:00:00 AM | 207.22 | Credit Card |
| Nov 17, 2020 12:00:00 AM | 207.25 | Credit Card |
| Dec 22, 2020 12:00:00 AM | 185.98 | Credit Card |
| Jan 21, 2021 12:00:00 AM | 207.83 | Credit Card |
| Feb 20, 2021 12:00:00 AM | 218.12 | Credit Card |
| Mar 22, 2021 12:00:00 AM | 184.80 | Credit Card |
| Mar 31, 2021 12:00:00 AM | 169.30 | Credit Card |
| Mar 31, 2021 12:00:00 AM | 1,098.90 | Credit Card |
| Apr 21, 2021 12:00:00 AM | 194.80 | Credit Card |
| May 21, 2021 12:00:00 AM | 159.99 | Credit Card |
| Jun 17, 2021 12:00:00 AM | 159.32 | Credit Card |
| Jul 20, 2021 12:00:00 AM | 159.32 | Credit Card |
| Aug 23, 2021 12:00:00 AM | 159.22 | Credit Card |
| Sep 22, 2021 12:00:00 AM | 159.22 | Credit Card |
| Oct 22, 2021 12:00:00 AM | 161.33 | Credit Card |
| Nov 14, 2021 12:00:00 AM | 80.07 | Credit Card |

**Nov 23, 2021**

*Contains U.S Cellular confidential information. Not for external use or disclosure without proper authorization*

10:09:09 AM