**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 11/2/2020 | 17:16 | Voice Call | HOOVER and ERVIN | 0:01:00 |
| 11/2/2020 | 17:19 | Voice Call | HOOVER and ERVIN | 0:01:00 |
| 11/2/2020 | 17:20 | Voice Call | HOOVER and ERVIN | 0:01:00 |
| 11/2/2020 | 17:20 | Voice Call | HOOVER and ERVIN | 0:38:00 |
| 11/2/2020 | 19:09 | Voice Call | HOOVER and ERVIN | 0:10:00 |
| 11/3/2020 | 17:24 | Voice Call | HOOVER and ERVIN | 0:26:00 |
| 11/3/2020 | 18:52 | Voice Call | HOOVER and ERVIN | 0:12:00 |
| 11/4/2020 | 21:05 | Voice Call | HOOVER and ERVIN | 0:05:00 |
| 11/5/2020 | 15:15 | Voice Call | HOOVER and ERVIN | 0:01:00 |
| 11/5/2020 | 16:56 | Voice Call | HOOVER and ERVIN | 0:33:00 |
| 11/10/2020 | 13:26 | Voice Call | HOOVER and ERVIN | 0:11:00 |
| 11/11/2020 | 16:54 | Voice Call | HOOVER and ERVIN | 0:32:00 |
| 11/12/2020 | 18:21 | Voice Call | HOOVER and ERVIN | 0:01:00 |
| 11/13/2020 | 17:56 | Voice Call | HOOVER and ERVIN | 0:22:03 |
| 11/16/2020 | 13:51 | Voice Call | HOOVER and ERVIN | 0:06:00 |
| 11/19/2020 | 18:14 | Voice Call | HOOVER and ERVIN | 0:46:39 |
| 11/23/2020 | 18:37 | Voice Call | HOOVER and ERVIN | 0:23:19 |
| 11/24/2020 | 22:42 | Voice Call | HOOVER and ERVIN | 0:03:27 |
| 11/25/2020 | 17:05 | Voice Call | HOOVER and ERVIN | 0:21:55 |
| 11/25/2020 | 19:57 | Voice Call | HOOVER and ERVIN | 0:02:23 |
| 11/25/2020 | 20:10 | Voice Call | HOOVER and ERVIN | 0:09:14 |
| 12/3/2020 | 20:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/3/2020 | 20:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/3/2020 | 20:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/3/2020 | 20:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/3/2020 | 20:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/3/2020 | 20:11 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/3/2020 | 20:41 | Voice Call | HOOVER and ERVIN | 0:00:38 |
| 12/3/2020 | 20:43 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/3/2020 | 20:43 | Voice Call | HOOVER and ERVIN | 0:13:56 |
| 12/5/2020 | 13:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/5/2020 | 13:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/8/2020 | 15:48 | Voice Call | HOOVER and ERVIN | 0:05:46 |
| 12/8/2020 | 16:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/8/2020 | 16:05 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/9/2020 | 14:04 | Voice Call | IBE and ERVIN | 0:00:35 |
| 12/9/2020 | 14:06 | Voice Call | IBE and ERVIN | 0:16:43 |
| 12/10/2020 | 17:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:17 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:20 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 12/10/2020 | 17:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:21 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:21 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:27 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:27 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:29 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:31 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/10/2020 | 17:31 | Voice Call | HOOVER and ERVIN | 0:08:52 |
| 12/11/2020 | 11:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/11/2020 | 15:14 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/11/2020 | 15:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/11/2020 | 15:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/11/2020 | 15:34 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/11/2020 | 15:34 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/11/2020 | 15:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/11/2020 | 15:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/15/2020 | 06:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/15/2020 | 06:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/15/2020 | 06:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/15/2020 | 06:59 | Voice Call | HOOVER and ERVIN | 0:05:20 |
| 12/19/2020 | 08:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 08:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 08:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 08:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 09:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 10:03 | Voice Call | HOOVER and ERVIN | 0:01:28 |
| 12/19/2020 | 10:46 | Voice Call | HOOVER and ERVIN | 0:11:31 |
| 12/19/2020 | 10:57 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 11:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 14:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 14:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 14:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 14:14 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 14:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 14:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/19/2020 | 14:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/20/2020 | 23:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/20/2020 | 23:05 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 12/20/2020 | 23:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/20/2020 | 23:11 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/20/2020 | 23:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/20/2020 | 23:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/20/2020 | 23:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/21/2020 | 16:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/21/2020 | 16:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/21/2020 | 16:52 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/21/2020 | 16:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/21/2020 | 16:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:15 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:15 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:17 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:29 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:52 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:53 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:53 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 00:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/23/2020 | 01:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/24/2020 | 13:23 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/24/2020 | 13:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/24/2020 | 14:26 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 10:53 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 13:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 13:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 13:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 13:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 13:20 | Voice Call | HOOVER and ERVIN | 0:39:28 |
| 12/29/2020 | 13:23 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 19:28 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 12/29/2020 | 20:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 20:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 20:57 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 21:31 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 21:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 21:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 21:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 21:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 21:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:42 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:53 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:53 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:59 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 22:59 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 23:02 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 23:02 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 23:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 23:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/29/2020 | 23:11 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/30/2020 | 15:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/30/2020 | 15:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/30/2020 | 15:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/30/2020 | 15:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 12/30/2020 | 15:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:41 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:47 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 1/1/2021 | 12:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 12:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/1/2021 | 13:06 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/3/2021 | 22:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/3/2021 | 22:01 | Voice Call | HOOVER and ERVIN | 0:18:21 |
| 1/6/2021 | 17:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 17:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 17:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 17:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:06 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:06 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:15 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:26 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/6/2021 | 18:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 19:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 19:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 19:53 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 19:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 19:55 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 19:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 20:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 20:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 20:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 20:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 20:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 23:57 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/7/2021 | 23:57 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/8/2021 | 00:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/8/2021 | 00:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/8/2021 | 00:01 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/8/2021 | 22:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/8/2021 | 22:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 17:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:20 | Voice Call | HOOVER and ERVIN | 0:11:43 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 1/11/2021 | 18:35 | Voice Call | HOOVER and ERVIN | 0:05:12 |
| 1/11/2021 | 18:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:50 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 18:59 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:01 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:01 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:01 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:02 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 19:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/11/2021 | 21:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/12/2021 | 07:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/12/2021 | 07:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/12/2021 | 07:59 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/12/2021 | 09:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/12/2021 | 09:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/12/2021 | 09:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/12/2021 | 09:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 00:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 00:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 06:21 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 15:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 15:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 15:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 15:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 15:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 16:14 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 16:14 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 16:15 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 16:15 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 16:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/14/2021 | 16:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/15/2021 | 17:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/15/2021 | 17:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/18/2021 | 11:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/18/2021 | 11:36 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 1/18/2021 | 11:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/18/2021 | 11:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/18/2021 | 11:38 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/18/2021 | 11:38 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/20/2021 | 09:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/20/2021 | 09:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/20/2021 | 09:21 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/20/2021 | 09:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 22:36 | Voice Call | HOOVER and ERVIN | 0:48:12 |
| 1/21/2021 | 23:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:27 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:29 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:29 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:33 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:38 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:38 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/21/2021 | 23:53 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:06 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:14 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:22 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:23 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:23 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:23 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:26 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:26 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:29 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 1/22/2021 | 00:30 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:42 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:42 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 00:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:11 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:14 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:15 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:16 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:17 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 13:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 14:57 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 15:27 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 15:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/22/2021 | 20:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 10:14 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 12:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 12:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:41 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:55 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 13:58 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:01 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:01 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 1/23/2021 | 14:01 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:02 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:02 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:02 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:05 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:05 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:05 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/23/2021 | 14:06 | Voice Call | HOOVER and ERVIN | 0:21:18 |
| 1/23/2021 | 22:55 | Voice Call | HOOVER and ERVIN | 0:18:21 |
| 1/26/2021 | 13:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:41 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/26/2021 | 13:50 | Voice Call | HOOVER and ERVIN | 0:12:10 |
| 1/27/2021 | 14:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:29 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:29 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:30 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:30 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:31 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 10:39 | Voice Call | HOOVER and ERVIN | 0:06:33 |
| 1/28/2021 | 11:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 11:03 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 14:27 | Voice Call | HOOVER and ERVIN | 0:18:13 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 1/28/2021 | 14:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 14:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 14:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/28/2021 | 14:56 | Voice Call | HOOVER and ERVIN | 0:02:43 |
| 1/28/2021 | 15:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 02:17 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 02:17 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 07:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 07:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 07:22 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 07:23 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 07:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/29/2021 | 13:47 | Voice Call | HOOVER and ERVIN | 0:00:35 |
| 1/31/2021 | 18:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/31/2021 | 18:11 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/31/2021 | 18:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/31/2021 | 18:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/31/2021 | 18:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 1/31/2021 | 18:12 | Voice Call | HOOVER and ERVIN | 0:00:25 |
| 1/31/2021 | 18:13 | Voice Call | HOOVER and ERVIN | 0:14:31 |
| 2/1/2021 | 14:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/1/2021 | 14:05 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/1/2021 | 14:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/1/2021 | 14:17 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/1/2021 | 21:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/1/2021 | 21:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/1/2021 | 21:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/1/2021 | 22:39 | Voice Call | HOOVER and ERVIN | 0:04:47 |
| 2/2/2021 | 11:26 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/2/2021 | 14:20 | Voice Call | HOOVER and ERVIN | 0:37:22 |
| 2/2/2021 | 15:09 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/3/2021 | 13:52 | Voice Call | HOOVER and ERVIN | 0:07:10 |
| 2/4/2021 | 19:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:38 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:38 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:40 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:42 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:42 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 19:42 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 2/4/2021 | 19:43 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 20:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/4/2021 | 20:00 | Voice Call | HOOVER and ERVIN | 0:03:47 |
| 2/5/2021 | 20:00 | Voice Call | HOOVER and ERVIN | 0:00:35 |
| 2/5/2021 | 20:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/5/2021 | 20:18 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/5/2021 | 20:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/5/2021 | 20:19 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/5/2021 | 20:20 | Voice Call | HOOVER and ERVIN | 0:23:06 |
| 2/5/2021 | 20:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/5/2021 | 20:46 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/7/2021 | 00:33 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/7/2021 | 07:11 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/12/2021 | 10:27 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/12/2021 | 10:31 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/12/2021 | 10:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/12/2021 | 10:33 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/12/2021 | 10:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/12/2021 | 10:36 | Voice Call | HOOVER and ERVIN | 0:18:27 |
| 2/12/2021 | 10:55 | Voice Call | HOOVER and ERVIN | 0:01:56 |
| 2/12/2021 | 10:55 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/13/2021 | 16:23 | Voice Call | HOOVER and ERVIN | 0:13:57 |
| 2/13/2021 | 16:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/13/2021 | 16:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/13/2021 | 16:38 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 13:57 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 13:58 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 13:58 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 13:58 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 13:59 | Voice Call | IBE and ERVIN | 0:03:54 |
| 2/16/2021 | 14:09 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:09 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:10 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:10 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:11 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:12 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:12 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:13 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:13 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 14:13 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 16:31 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 16:33 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 16:34 | Text Message | IBE and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 2/16/2021 | 18:11 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/16/2021 | 19:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:35 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 21:52 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/16/2021 | 22:06 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/17/2021 | 17:22 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/17/2021 | 18:37 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:30 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:30 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:31 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:48 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:49 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:51 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:52 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:55 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 20:57 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 21:00 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 21:02 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 21:05 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 21:06 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/18/2021 | 21:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/19/2021 | 13:36 | Voice Call | HOOVER and ERVIN | 0:00:01 |
| 2/19/2021 | 13:44 | Voice Call | HOOVER and ERVIN | 0:02:02 |
| 2/20/2021 | 03:02 | Voice Call | IBE and ERVIN | 0:00:00 |
| 2/20/2021 | 03:03 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/20/2021 | 08:54 | Text Message | IBE and ERVIN | 0:00:00 |
| 2/21/2021 | 02:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 02:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 02:45 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 02:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 02:54 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 2/21/2021 | 02:55 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 19:17 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 21:47 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 21:54 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 21:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/21/2021 | 21:56 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 13:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 13:08 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 13:10 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 13:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 13:12 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 13:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:20 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:21 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:22 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 14:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 21:04 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 21:05 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 2/22/2021 | 21:05 | Voice Call | HOOVER and ERVIN | 0:24:23 |
| 2/26/2021 | 22:23 | Voice Call | HOOVER and ERVIN | 0:00:02 |
| 3/2/2021 | 09:23 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:24 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:25 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:26 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:27 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:28 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:36 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:39 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:42 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 09:43 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 10:13 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/2/2021 | 10:15 | Text Message | HOOVER and ERVIN | 0:00:00 |

**Communications Between ERVIN, HOOVER, IBE and WOLFE**

| Date | Time | Communication Type | Involved Parties | Duration |
|---|---|---|---|---|
| 3/3/2021 | 15:44 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/4/2021 | 21:32 | Text Message | HOOVER and ERVIN | 0:00:00 |
| 3/5/2021 | 14:42 | Voice Call | IBE and WOLFE | 0:10:56 |
| 3/8/2021 | 15:48 | Voice Call | HOOVER and WOLFE | 0:00:02 |
| 3/8/2021 | 16:32 | Voice Call | HOOVER and WOLFE | 0:43:07 |
| 3/8/2021 | 17:22 | Voice Call | HOOVER and WOLFE | 0:12:50 |
| 3/15/2021 | 20:59 | Text Message | HOOVER and WOLFE | 0:00:00 |