

Receipt (shown upside-down in evidence bag):

```
Sale           (1) 02289B  spr Code:
ACCOUNT NUMBER * ************8894
Discover Credit      $ 241.82

Subtotal            $ 226.00
Sales Tax (11)      $  15.82
Total               $ 241.82

ENTRY METHOD: ChipRead
Issuer:
AID: A0000001523010
TSI: E800
TVR: 0800000800
ARC: 00
AC: C6E43BCDB6B789A2
Mailbox Services Transaction:
Customer: KRIS ERVIN
Mailbox # 336

Thank you KRIS ERVIN

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

Receipt ID 8921673822130882029 073 Items
Tran: 2614 Reg: 003
CSH: SARAH

VISIT US AT FACEBOOK @ UPS STORE 2685
Follow us on Twitter store2685@theupsstore

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.
www.theupsstore.com/signup
```

Government Exhibit label:

**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

**GOVERNMENT EXHIBIT**

Exhibit No.: **101**

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

# EVIDENCE

#13

LP91201110237D

Case Number: ___
Pouch Number: ___
Type of Offense: ___
Description: ___

Suspect: ___
Victim: ___
Date and Time: ___
Location of Recovery: ___
Recovered By: ___
Reason Seized: ___

☐ Analysis  ☐ Trial  ☐ Safekeeping

## CHAIN OF CUSTODY

Received From ___ By ___
Date ___ Time ___ AM PM
Received From ___ By ___
Date ___ Time ___ AM PM
Received From ___ By ___
Date ___ Time ___ AM PM
Received From ___ By ___
Date ___ Time ___ AM PM
Received From ___ By ___
Date ___ Time ___ AM PM

STRIP-N-GRIP™    LYNN PEAVEY CO.    1-800-255-6499

---

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**EVIDENCE IDENTIFICATION LABEL**

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | RETAINED FOR EVIDENCE | 3/2/2021 | 000043 |

DESCRIPTION OF PROPERTY
DOCUMENTS: OTHER DOCUMENTS, 1 UPS STORE RECEIPT

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065- | ERVIN, Kristopher |

CHAIN OF CUSTODY
SIGNATURE ___ DATE 030221
SIGNATURE ___ van H  DATE 3/11/21
SIGNATURE ___ Trial  DATE 4/7/23

BAR CODE INFORMATION
2545185

SPECIAL INSTRUCTIONS/REMARKS
Return Item #13 Room 4/Hannon