
U.S. District Court
Middle District of Florida
Jacksonville Division
GOVERNMENT EXHIBIT
Exhibit No.: 102
Case No.: 3:21-cr-22(S4)-MMH-MCR
UNITED STATES OF AMERICA
vs.
KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER
Date Identified: 4-11-23
Date Admitted: 4-11-23

904 843 8548

U GET LIT

# 30% off Akeylands Christmas Super → End of Year SALE!

| | | | | | Sale Price 30% off |
|---|---|---|---|---|---|
| 1in1 | $59.00 | -30% | $17.70 | $41.30 | $43.00 |
| 2in1 | $89.00 | -30% | $26.70 | $62.30 | $64.00 |
| 3in1 Bottle Opener | $119.00 | -30% | $35.70 | $83.30 | $86.00 |
| 1in1 pen Holder | $89.00 | -30% | $26.70 | $62.30 | $63.00 |
| 2in1 Pen Holder | $129.00 | -30% | $38.70 | $90.30 | $89.00 |
| 3in1 pen Holder | $169.00 | -30% | $50.70 | $118.30 | $119.00 |

AutoKeyCard

____ COASTER

____ PlayingCards - Individual

ACES, JOKERS, KINGS, QUEENS!

GOA CCA

2nd Amendment Defense

1st Amendment Defense.

Copyrite ©

Crypto Shards

Cloning!

fuckwallst.

Partnership Agreement

Matt / Justin

CopeThomas@Hotmail.com

TACTICAL TOOLBOX

JONATHAN WRIGHT

INSTAGRAM

TACTICAL-TOOBOX.COM
CONTACT FORM

JONATHAN@TACTICAL-TOOLBOX.COM
44013 W. BUCKHORN ?? - FAKE?
PHOENIX, AZ. 85044

Sent insta
message w
ACC insta.

454K
SUBS

Tim Military Arms Channel

Tim@military-Arms.com

Contact form Website

SOT

1.11m SUBS

# 704 TACTICAL

Sent insta message from AKC INSTA.

704TACTICAL@Gmail.com

215K SUBS

IRAQ Veteran88

P.O. Box 2359
Griffin, GA. 30223 } for 88 industries, LLC.

IV8888@Gmail.com

Sent message to insta mancan from AKC insta!

2.44m. SUBS

Nutn Fancy Youtube

Newest!

2602 Carriage Oak Ct
South Jordan, UT 84095 > TNP LLC.

3502 West 10025 South,
South Jordan, UT 84095 TNPYT, LLC

Address for Money Orders.

834K Subs

10322 S. Redwood RD, PMB 038
South Jordan, UT 84095

JASON - TGV

P.O. Box 5582
Frisco, TX 75035

---

JUSTIN ERWIN - A SUB

2409 Kirkwall ct.
Orange Park, FL. 32065

1.904. 413 1776

Mike - MGNG

455 HARTWELL DR
Hardy, VA. 24101

---

JUSTIN ERVIN - A SUB
2409 KIRKWALL CT
ORANGE PARK FL

1 904 413 1776

DONALD PORTER, JR - SOOTCHØØ
235 TROTTER DR.
PIEDMONT, SOUTH CAROLINA, 29673

---

JUSTIN ERVIN - A SUB
2409 KIRKWALL CT.
ORANGE PARK, FL. 32065

1904 413 1776

SOOTCH00 YouTube

SOOTCH00, LLC. DONALD EDWARD PORTER, JR.

235 TROTTER DR.
PIEDMONT, SOUTH CAROLINA 29673

[redacted]

SOOTCH00@GMAIL.COM

1.06m SUBS

(Mike)

MR GUNS N GEAR

SOT

CHRIS

CWOOD@LEVIATHANGROUPLLC.COM

455 HARTWELL DR, HARDY, VA, 24101 – GUNS-N-GEAR LLC.

~~[illegible]~~

~~[illegible]~~

511K

SUBS

Metal Warehouse

Lane & I-10

NATURAL BEAUTY NATURE | TRUST

TRUST IN CHRIST CHURCH | CHURCH
TRUST IN ~~THE~~ LORD CHURCH | CHURCH
POWERED BY GOD CHURCH | CHURCH

PREP SIDE ROAD ENTRANCE/SLOPE/RV PARK.

↳ GRAVEL? WIDEN BOTH TO V PROPERTY SIDE!

GATES - STEEL POSTS LOCKS, AUTOMATIC?

↳ 2?



Everet

386-365-1895

Sell wine After

21x10x9

East texas outlaws.

Credit card Descriptor

Autokey

AutoKEY

BrotherINK LC7 5BK

Buy Printer & Ink 1Y

1C

1M

Paper Several Reams

MFC-J435W

Orange Man Bad!