34903

Grainger                                JAX
8450 Philips Hwy
1-800-472-4643

BANE Industries                         JAX
Laser Engraving / cutting
2033 Post St.
904-551-1046
Filled out form ✓
Requested call back.    JAX

~~Custom Waterjet Solutions~~          JAX
~~9556 Historic Kings Rd S.~~
~~904-469-5650~~  ✗
Sent email ✓ Filled form ✓

Vicki @ JRLaserSolutions.com
Sent email ✓

~~Award Gallery1@yahoo.com~~
~~1775-8 Blanding Blvd~~    OP
~~904-272-1460~~
Near old OP Swinn
Mon - 10am - 1pm

StampingBlanks.com
2 1/8 x 3 3/8" credit card bottle opener
1.1mm thick
2.07 to 1.61
1-20       100+
StampingBlanks@gmail.com
720.457.9286   Conifer, CO.

Specialty Engraving Florida.com
5151-16 Sun Beam Rd  ★
904-731-1692
Doug @ Awardsfl.com ✓

JER Custom Designs
Since 2015
904-701-8655
Sent email through form ✓

Metal Super Markets
13913 Duval Road #300
904-660-0733
#4 Brushed Stainless.

18 Gauge  0.04"  1.02mm

Ving @ HKZRTC.com
Whats App - +86 13425131024

Shopify.
- .29¢ ea (300ms)
- 2.9% +30 online
- 2.7% + $ in Person

PayPal.com — ECVolcom80 @ AOL.com

Stripe.com — JustinErwin80 @ AOL.com

(Bonanza.com) — Justin Erwin 80 @ AOL.com

Sell on Both Platforms
2- Stripe Accounts
2- PayPal Accounts

Gun. Deals — Justin Erwin 80 @ AOL.com
→ Drive Sales → Ad on Reddit → Other Ways

Godaddy E-com  (Website & Email)  1 year   ($240.00 per year)

Auto Card. Store   AutokeyCard.Bonanza.com  (25⁰⁰ per month Month to Month)

★ AutoKeyCARD.com ★   AutoKeyCard. Shop
Memorable - its an Auto Key!       . Store

Auto Card USA.com
                                            40 x 250 = 10,000
                                            50 x 100 = 5,000
Auto Key Link.com                           75 x 150 = 11,250

AR Auto Key.com

A15 Full Auto.com  - Forums??              60 x 250 = 15,000
                                            50 x 500 = 25,000
                                            65 x 500 = 32,500
→ Auto Business Card.com ←                 75 x 500 = 37,500

AR Auto Key.com                             80 x 500 = 40,000

LLC $139
FictName $50

AutoSaw15 @ Gmail.com                  Business
   C1sco123!
AutoKeyCard @ Gmail.com  → PayPal Account ____
   C1sco123!
                           ____ CALL GODADDY.com

__ Harbor Freight           __ Build to Scale   __ Manufacture
   ↳ Digital Calipers         Digital File      __ Suppliers
                                                __ Vendors

34905