U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 104

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23

Photograph of receipts laid out on a wooden surface.




**Community First receipts (Ervin, Kristopher, Acct XXXXXXXX09):**

- Eff: 01/21/21, Tlr: 2080, Time: 4:12pm
  Withdrwl from ADVANTAGE CHECKING 80
  Prev Bal: 11,777.03
  Amount: 5,500.00
  New Bal: 6,277.03
  New Avail Bal: 6,158.72
  Seq: #071951
  Cash Dispense Clearing -5,500.00
  022

- Eff: 01/13/21, Tlr: 2080, Time: 3:46pm
  Deposit to ADVANTAGE CHECKING 80
  Prev Bal: 11,193.39
  Amount: 360.00
  New Bal: 11,553.39
  New Avail Bal: 10,953.22
  Seq: #715163
  Check Received 210.00
  Check Received 150.00

- Eff: 01/25/21, Tlr: 2080, Time: 3:55pm
  Comment for SHARE 00
  Checks Cashed 001 for 75.00
  Check Received 75.00
  Cash Dispense Clearing -75.00
  023

- Eff: 01/28/21, Tlr: 2163, Time: 1:56pm
  Comment for ADVANTAGE CHECKING 80
  Checks Cashed 001 for 210.00
  Check Received 210.00
  Cash Dispense Clearing -210.00
  022

- Eff: 02/06/21, Tlr: 2110, Time: 1:19pm
  Withdrwl from ADVANTAGE CHECKING 80
  Prev Bal: 12,292.31
  Amount: 5,000.00
  New Bal: 7,292.31
  New Avail Bal: 7,192.31
  Seq: #522614
  Cash Dispense Clearing -5,000.00
  022

- Eff: 02/19/21, Tlr: 2080, Time: 2:30pm
  (...from ADVANTAGE CHECKING 80)
  8,851.51
  5,000.00
  3,851.51
  3,551.51
  #76164(...)
  Cash Dispense Clearing -5,000.00
  023

- Eff: 02/25/21, Tlr: 2080, Time: 9:41am
  ADVANTAGE CHECKING 80
  9,982.16
  5,000.00
  #724313
  4,972.21
  Cash Dispense Clearing -5,000.00
  023

**Harbor Freight Tools receipts:**

- Customer Name: Chris Ervin
  Customer Number: 88801(...)
  JACKSONVILLE-BCH BLVD FL #107
  9861 BEACH BLVD.
  JACKSONVILLE, FL 32246
  Telephone: (904) 998-4503
  SALE
  97181 4IN x 36IN DISC SANDER 2 @ $74.99 = $149.98
  63750 Metal 0.50 Caliber Ammo C
  Subtotal
  Sales Tax %
  Total
  Cash
  Cash Change
  Store: 00107 Res: 01 Tran:
  Date: 11/30/2020 10:53:36 AM Assoc:
  Ticket: 01377927
  Item(s) Sold: 3
  Item(s) Returned: 0
  James served you today.
  Thank you for shopping at
  JACKSONVILLE-BCH BLVD FL
  Proof of Purchase Required for Returns/
  Exchanges Within 90 Days of Purchase.
  GET MORE COUPONS
  Text TOOLS to 36(...)

- Customer Name: Chris Ervin
  Customer Number: 88801127590
  JACKSONVILLE WEST FL #00213
  8102 BLANDING BLVD. 27A
  JACKSONVILLE, FL 32244
  Telephone: (904) 573-9825
  SALE
  63750 Metal 0.50 Caliber Ammo C $14.99
  97181 4IN x 36IN DISC SANDER $149.98
  2 @ $74.99 = $149.98
  Subtotal $164.97
  Sales Tax % $11.55
  Total $176.52
  Cash $200.00
  Cash Change $23.48
  Store: 00213 Res: 04 Tran: 326515
  Date: 11/30/2020 11:26:02 AM Assoc: XXXXXX
  Ticket: 04326515
  Item(s) Sold: 3
  Item(s) Returned: 0
  Luz served you today.
  Thank you for shopping at
  JACKSONVILLE WEST FL #00213
  Proof of Purchase Required for Returns/
  Exchanges Within 90 Days of Purchase.
  GET MORE COUPONS
  Text TOOLS to 36648

## Receipt 1

**COMMUNITY FIRST**
*Love Where You Bank*

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 12/22/20    Date: 12/22/20
Tlr: 2080    Time: 4:28pm

Deposit to ADVANTAGE CHECKING 80
Prev Bal:    54,129.11
Amount:    410.00
New Bal:    54,539.11
New Avail Bal:    54,539.11
Seq:    #869562

Check Received    140.00
Check Received    270.00

_____
Authorized by

ID Source:
☐ Driver Lic
☐ SigCard
☐ Known
☐ Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

## Receipt 2

**COMMUNITY FIRST**
*Love Where You Bank*

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 01/08/21    Date: 01/08/21
Tlr: 2080    Time: 2:36pm

Comment for SHARE 00
Checks Cashed 003 for    260.00

Check Received    75.00
Check Received    55.00
Check Received    130.00
Cash Dispense Clearing    -260.00
Ref number:    023

_____
Cash Received by

ID Source:
☐ Driver Lic
☐ SigCard
☐ Known
☐ Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

## Receipt 3

**COMMUNITY FIRST**

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 01/07/21    Date: 01/07/21
Tlr: 2080    Time: 1:46pm

Comment for SHARE 00
Checks Cashed 002 for    730.00

Check Received    130.00
Check Received    600.00
Cash Dispense Clearing    -730.00
Ref number:    023

_____
Cash Received by

ID Source:
☐ Driver Lic
☐ SigCard
☐ Known
☐ Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

## Receipt 4

**COMMUNITY FIRST**
*Love Where You Bank*

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 01/02/21    Date: 01/02/21
Tlr: 2110    Time: 1:48pm

Deposit to ADVANTAGE CHECKING 80
Prev Bal:    28,566.60
Amount:    100.00
New Bal:    28,666.60
New Avail Bal:    19,366.60
Seq:    #536214
Withdrwl from ADVANTAGE CHECKING 80
Prev Bal:    28,666.60
Amount:    9,000.00
New Bal:    19,666.60
New Avail Bal:    19,366.60
Seq:    #536215

Check Received    100.00
Cash Dispense Clearing    -9,000.00
Ref number:    022

_____
Cash Received by

ID Source:
☐ Driver Lic
☐ SigCard
☐ Known
☐ Other

Switch to a better checking account.
Advantage, Bonus Debit, or Free
Checking.

## Receipt 5

**COMMUNITY FIRST**
*Love Where You Bank*

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 12/28/20    Date: 12/28/20
Tlr: 2182    Time: 4:12pm

Deposit to ADVANTAGE CHECKING 80
Prev Bal:    60,360.39
Amount:    185.00
New Bal:    60,545.39
New Avail Bal:    60,545.39
Seq:    #785757

Check Received    55.00
Check Received    130.00

_____
Authorized by

## Receipt 6

**COMMUNITY FIRST**
*Love Where You Bank*

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 01/12/21    Date: 01/12/21
Tlr: 2182    Time: 4:24pm

Deposit to ADVANTAGE CHECKING 80
Prev Bal:    8,807.14
Amount:    150.00
New Bal:    8,957.14
New Avail Bal:    7,236.67
Seq:    #788551

Check Received    150.00

_____
Authorized by

## Receipt 7

**COMMUNITY FIRST**
*Love Where You Bank*

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 01/06/21    Date: 01/06/21
Tlr: 2110    Time: 4:30pm

Deposit to ADVANTAGE CHECKING 80
Prev Bal:    19,810.63
Amount:    329.00
New Bal:    20,139.63
New Avail Bal:    11,139.63
Seq:    #810739
Withdrwl from ADVANTAGE CHECKING 80
Prev Bal:    20,139.63
Amount:    9,000.00
New Bal:    11,139.63
New Avail Bal:    11,139.63
Seq:    #810740

Check Received    100.00
Check Received    130.00
Check Received    99.00
Cash Dispense Clearing    -9,000.00
Ref number:    022

_____
Cash Received by

## Receipt 8

**COMMUNITY FIRST**
*Love Where You Bank*

Acct XXXXXXXX09    ERVIN,KRISTOPHER
Eff: 01/19/21    Date: 01/19/21
Tlr: 2080    Time: 4:20pm

Comment for SHARE 00
Checks Cashed 003 for    385.00
Withdrwl from ADVANTAGE CHECKING 80
Prev Bal:    10,357.78
Amount:    5,000.00
New Bal:    5,357.78
New Avail Bal:    4,834.07
Seq:    #976830

Check Received    100.00
Check Received    175.00
Check Received    110.00
Cash Dispense Clearing    -385.00
Ref number:    023
Cash Dispense Clearing    -5,000.00
Ref number:    023

_____
Cash Received by



## moveUP
### financial wellness program

Our moveUP program helps you empower yourself and reach your financial goals. With moveUP you'll learn everything you need to know to become an expert on managing your money.

- Money Basics
- Planning & Saving
- Credit & Borrowing
- Owning a Home
- Access to moveUP Money Guides

**Get started today.**
Visit any branch to meet with a moveUP Money Guide.

**Take self-guided modules online at**
CommunityFirstFL.org/moveUP

Federally insured by **NCUA**

---

## COMMUNITY FIRST
*Love Where You Bank*

| | |
|---|---|
| Acct XXXXXXX09 | ERVIN, KRISTOPHER |
| Eff: 12/30/20 | Date: 12/30/20 |
| Tlr: 2080 | Time: 2:24pm |

Withdrwl from    ADVANTAGE CHECKING 80
Prev Bal:                            44,011.45
Amount:                               9,000.00
New Bal:                             35,011.45
New Avail Bal:                       35,011.45
Seq:                                  1031001

Cash Dispense Clearing              -9,000.00
Ref number:                              023

_____
Cash Received by

ID Source:
☐ Driver Lic   _____
☐ SigCard      _____
☐ Known
☐ Other        _____

Switch to a better checking account. Advantage, Bonus Debit, or Free Checking.

David Goldman call:

Neil Weinreb

Looked it up - No cases

Charlie - District 19 years
Truncale

10 year -

(100K)

Display case
in A Frame

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

**COMPANY:** Esurance Insurance Company

| | |
|---|---|
| **POLICY NUMBER** PAFL-003739713-09497 | **EFFECTIVE DATE** February 13, 2014 |
| [X] PERSONAL INJURY PROTECTION BENEFITS | [X] PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY |

**INSURED NAME**
KRIS ERVIN

**YEAR** 2006  **MAKE/ MODEL** Ford/ EXPEDITION LTD

**VEHICLE IDENTIFICATION NUMBER**
1FMFU19556LA19066

**EXPIRATION DATE** August 13, 2014

**ADDITIONAL LISTED DRIVER(S)** KAREN ERVIN

**ADDRESS**
2409 KIRKWALL COURT
ORANGE PARK, FL 32065

NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

---

### THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

If you get into an accident
  Seek medical assistance if necessary.
  Report the accident to the police.
  Do not discuss the accident with anyone except the police. Do not admit fault.
  Contact an Esurance Claims representative as soon as possible to report the accident 1-800-ESURANCE (1-800-378-7262).
  Write down the names, addresses, license numbers, vehicle descriptions, number of passengers, and insurance information of everyone involved in the accident.
  Write down the names, addresses, and phone numbers of witnesses.
  Take photos of the accident area and vehicle damage if you happen to have a camera with you.
  Do not sign any documents except those provided by Esurance or law enforcement authorities.

See policy outline of coverage. Damage to a rental vehicle is covered to the extent shown therein.

**MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR**

---

## FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD

**COMPANY:** Esurance Insurance Company

| | |
|---|---|
| **POLICY NUMBER** PAFL-003739713-09497 | **EFFECTIVE DATE** February 13, 2014 |
| [X] PERSONAL INJURY PROTECTION BENEFITS | [X] PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY |

**INSURED NAME**
KRIS ERVIN

**YEAR** 2004  **MAKE/ MODEL** Honda/ CR-V LX

**VEHICLE IDENTIFICATION NUMBER**
JHLRD684X4C013951

**EXPIRATION DATE** August 13, 2014

**ADDITIONAL LISTED DRIVER(S)** KAREN ERVIN

**ADDRESS**
2409 KIRKWALL COURT
ORANGE PARK, FL 32065

NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

### THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

If you get into an accident
  Seek medical assistance if necessary.
  Report the accident to the police.
  Do not discuss the accident with anyone except the police. Do not admit fault.
  Contact an Esurance Claims representative as soon as possible to report the accident 1-800-ESURANCE (1-800-378-7262).
  Write down the names, addresses, license numbers, vehicle descriptions, number of passengers, and insurance information of everyone involved in the accident.
  Write down the names, addresses, and phone numbers of witnesses.
  Take photos of the accident area and vehicle damage if you happen to have a camera with you.
  Do not sign any documents except those provided by Esurance or law enforcement authorities.

See policy outline of coverage. Damage to a rental vehicle is covered to the extent shown therein.

**MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR**

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

COMPANY: Esurance Insurance Company

POLICY NUMBER: PAFL-003739713-09497
EFFECTIVE DATE: February 13, 2014

[X] PERSONAL INJURY PROTECTION BENEFITS
[X] PROPERTY DAMAGE LIABILITY
[X] BODILY INJURY LIABILITY

INSURED NAME: KRIS ERVIN

YEAR: 2006
MAKE/MODEL: Ford/ EXPEDITION LTD

VEHICLE IDENTIFICATION NUMBER: 1FMFU19556LA19066
EXPIRATION DATE: August 13, 2014

ADDRESS: 2409 KIRKWALL COURT, ORANGE PARK, FL 32065

ADDITIONAL LISTED DRIVER(S): KAREN ERVIN

NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

---

**THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND**

If you get into an accident
- Seek medical assistance if necessary.
- Report the accident to the police.
- Do not discuss the accident with anyone except the police. Do not admit fault.
- Contact an Esurance Claims representative as soon as possible to report the accident 1-800-ESURANCE (1-800-378-7262).
- Write down the names, addresses, license numbers, vehicle descriptions, number of passengers, and insurance information of everyone involved in the accident.
- Write down the names, addresses, and phone numbers of witnesses.
- Take photos of the accident area and vehicle damage if you happen to have a camera with you.
- Do not sign any documents except those provided by Esurance or law enforcement authorities.

See policy outline of coverage. Damage to a rental vehicle is covered to the extent shown therein.

**MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR**

---

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**

COMPANY: Esurance Insurance Company

POLICY NUMBER: PAFL-003739713-09497
EFFECTIVE DATE: February 13, 2014

[X] PERSONAL INJURY PROTECTION BENEFITS
[X] PROPERTY DAMAGE LIABILITY
[X] BODILY INJURY LIABILITY

INSURED NAME: KRIS ERVIN

YEAR: 2004
MAKE/MODEL: Honda/ CR-V LX

VEHICLE IDENTIFICATION NUMBER: JHLRD684X4C013951
EXPIRATION DATE: August 13, 2014

ADDRESS: 2409 KIRKWALL COURT, ORANGE PARK, FL 32065

ADDITIONAL LISTED DRIVER(S): KAREN ERVIN

NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE

---

**THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND**

If you get into an accident
- Seek medical assistance if necessary.
- Report the accident to the police.
- Do not discuss the accident with anyone except the police. Do not admit fault.
- Contact an Esurance Claims representative as soon as possible to report the accident 1-800-ESURANCE (1-800-378-7262).
- Write down the names, addresses, license numbers, vehicle descriptions, number of passengers, and insurance information of everyone involved in the accident.
- Write down the names, addresses, and phone numbers of witnesses.
- Take photos of the accident area and vehicle damage if you happen to have a camera with you.
- Do not sign any documents except those provided by Esurance or law enforcement authorities.

See policy outline of coverage. Damage to a rental vehicle is covered to the extent shown therein.

**MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR**

Sec. 4.4. - "ESA" environmentally sensitive areas.

4.4.1 *Districts and intent.* The "ESA" environmentally sensitive area category includes three zone districts: ESA-1, 2, 3. Lands in these districts are considered in need of special planning and treatment regarding land development regulation. These are not preservation districts, but land uses permitted within these districts are to provide mitigating measures to protect the natural functions of areas which are limited to the planning and treatment of land development within the 100-year floodplain of the Ichetucknee Springs State Park, O'Leno State Park, Osceola National Forest, Pinhook Swamp, Suwannee River Corridor, Santa Fe River Corridor and Ichetucknee Trace, as designated within the Federal Emergency Management [Agency] flood insurance rate map for the county, as amended. These regulations prohibit intensive residential, intensive recreational and intensive agricultural uses and prohibit industrial and commercial development within the 100-year floodplain of the areas designated as environmentally sensitive areas.

4.4.2 *Permitted principal uses and structures.*
1. Non-intensive agricultural (see definition of intensive agriculture in section 2.1) and forestry operations conducted in accordance with Silviculture Best Management Practices Manual, published by the Florida Department of Agriculture and Consumer Services, Division of Forestry, Revision May 1990.
2. Single-family dwellings.
3. Mobile homes.
4. Homes of six or fewer residents which otherwise meet the definition of a "community residential facility." (See section 4.2.)
5. Public resource based recreation facilities.
6. Churches and other houses of worship.

(Ord. No. 2005-14, § 4, 8-4-05)

4.4.3 *Permitted accessory uses and structures.*
1. Uses and structures which:
   a. Are customarily accessory and clearly incidental and subordinate to permitted or permissible uses and structures;
   b. Are located on the same lot as the permitted or permissible principal use or structure, or on a contiguous lot in the same ownership; and
   c. Do not involve operations or structures not in keeping with the intent of these land development districts.
2. Examples of permitted accessory uses and structures include:
   a. Private garages.
   b. Docks, ramps, piers and walkways for residential and water-dependent commercial uses (See article 14).
   c. Residential facilities for caretakers whose work requires residence on the premises or for employees who will be quartered on the premises.

4.4.4 *Prohibited uses and structures.* Industrial and commercial uses, intensive agricultural uses (See section 2.1 for definition of intensive agriculture), private recreational uses and any use or structure not specifically, provisionally, or by reasonable implication permitted herein or permissible as a special exception.

4.4.5 *Special exceptions.*

*(See also articles 12 and 13).*

1. Campgrounds of less than 100 campsites, provided that such campgrounds are not located within five miles from another campground, which is also located within an environmentally sensitive area, and not more than 20 percent of the natural vegetation on each campsite within such campgrounds shall be removed. Cabins are not permissible in campgrounds within the ESA zone district. (See sections 4.2.24; 8.14)
2. Bottled-water plant.
3. Solar power generation plant (See section 4.2.41).
4. Other similar uses, which are consistent with the uses within this district.

( Ord. No. 2015-21, § 1, 10-15-15 ; Ord. No. 2017-01, § 1, 2-16-17 ; Ord. No. 2018-17, § 2, 12-6-18 )

4.4.6 *Minimum lot requirements (area, width).*

1. Single-family dwellings and mobile homes:

ESA-1  Minimum lot area: 40 acres.

Minimum lot width: 400 feet.

ESA-2  Minimum lot area: ten acres.

Minimum lot width: 400 feet (five acres if developed as a planned rural residential development and an overall density of one dwelling unit per ten acres is maintained on site).

ESA-3  Minimum lot area: five acres.

Minimum lot width: 275 feet.

Note: Minimum lot areas for any portions of the area designated as environmentally sensitive which is outside of the 100-year floodplain as designated by the Federal Emergency Management Agency flood insurance rate map shall conform with the following minimum lot requirements of the abutting zoning district. If there is more than one abutting zoning district, excepting conservation, the minimum lot requirements shall conform with the more restrictive district.

2. All other permitted or permissible uses and structures (unless otherwise specified).

    *Minimum lot area.* Ten acres.

    *Minimum lot width.* 400 feet.

4.4.7 *Minimum yard requirements (depth of front and rear yard, width of side yard)*

(See section 4.2 for right-of-way setback requirements.)

1. All permitted or permissible uses and structures (unless otherwise specified):

   *Front:* 30 feet.

   *Side:* 25 feet.

   *Rear:* 25 feet.

   *Special provisions.* The location of any structure (except permitted docks, walkways, and piers) shall be set back a minimum of 35 feet from wetlands.

   The location of any structure (except permitted docks, walkways, and piers) shall be set back a minimum of 75 feet from the Suwannee, Santa Fe and Ichetucknee Rivers.

   The location of any structure (except permitted docks, walkways, and piers) shall be set back a minimum of 50 feet from all other perennial rivers, streams and creeks.

4.4.8 *Maximum height of structures:* No portion shall exceed:

   35 feet. (See section 4.2 for exclusions from height limitation.)

4.4.9 *Maximum lot coverage by all buildings.*

   20 percent.

Note: In addition to meeting the required lot yard, building height, lot coverage, landscaped buffering, and off-street parking requirements of this section, no structure shall exceed a 1.0 floor area ratio.

4.4.10 *Minimum landscaped buffering requirements.*

1. *All permitted or permissible uses and structures (unless otherwise specified).* None, except as necessary to meet other requirements as set out herein.

4.4.11 *Minimum off-street parking requirements.*

1. *Each residential dwelling unit.* Two spaces for each dwelling unit.
2. *For all other uses and special exceptions as specified herein.* To be determined by findings in the particular case.

# TOLL ENFORCEMENT INVOICE — FDOT / EXPRESSWAY AUTHORITY / MDX

| Invoice #: 361697084 | Account #: 104087425 | License Plate: PFT1Y | State: FL | Invoice Date: 02/25/21 |
|---|---|---|---|---|

## INVOICE SUMMARY

| Previous Amount Due | Payments/Adjustments | New Toll Charges | Fees/Charges | Total Amount Due | Pay By |
|---|---|---|---|---|---|
| $16.20 | $0.00 | $13.65 | $2.50 | $32.35 | 03/22/21 |

000052  52  1 AV 0.398
KRIS ANDERSON ERVIN
2409 KIRKWALL CT
ORANGE PK, FL 32065-6386

You are receiving this invoice for toll transactions recorded by the TOLL-BY-PLATE system(s) of the Florida Department of Transportation (FDOT), Miami-Dade Expressway Authority (MDX), Tampa Hillsborough Expressway Authority (THEA), and/or another partner agency. The vehicle identified in the image below is either registered, leased or was rented by you, and payment is required. To resolve this invoice and to prevent referral to a collections agency or imposition of a Vehicle Registration Stop, it is important that you pay the Total Amount Due on or before the "Pay By" date listed.

If you are an existing SunPass® customer, see Payment Options on page 2 for instructions. **For customer service, please call 1-888-865-5352**


License Plate: FL-PFT1Y



### PAYMENT OPTIONS

- Convert to a SunPass Account (see reverse) — SunPass® PREPAID TOLL PROGRAM
- Online at sunpass.com (see reverse)
- Cash (see reverse)
- Mail (use payment slip below)

If you have questions or need assistance, please contact the SunPass Customer Service Center at 1-888-865-5352, or visit sunpass.com.

Per 320.03 and 316.1001 Florida Statutes, if payment in full for this invoice is not received by the "Pay By" date listed on the front of this document, the Florida Department of Transportation has the authority to place a registration stop against the registered owner of the vehicle and prevent you from renewing your license plate. Subsequent unpaid tolls may also result in additional fees, referral to collections and/or the issuance of a Uniform Traffic Citation for each unpaid toll.

Please detach this portion of this invoice and return with your payment to ensure proper credit. To pay by credit card, please go to www.sunpass.com or call 888-865-53...

---

## TOLL ENFORCEMENT INVOICE

| License Plate | Invoice # | Invoice Date |
|---|---|---|
| FL-PFT1Y | 361697084 | 02/25/21 |

| Total Amount Due | Pay By |
|---|---|
| $32.35 | 03/22/21 |

AMOUNT ENCLOSED: ☐☐☐☐☐   INV: 361697084 

To update your address, please see the frequently asked questions information on the reverse side.

KRIS ANDERSON ERVIN
2409 KIRKWALL CT
ORANGE PK, FL 32065-6386



Make check payable and remit to:
FDOT
P.O. Box 31241
Tampa, FL 33631-3241

Make check or money order payable to FDOT. Please include the invoice # on your check or money order to ensure proper postin...
DO NOT SEND CASH, COINS or TEMPORARY CHECKS. DO NOT fold, staple or paperclip contents.

INV361697084 0104087425 00003235 5

# TOLL ENFORCEMENT INVOICE — FDOT / Tampa-Hillsborough Expressway Authority / MDX 

| | | | |
|---|---|---|---|
| Invoice #: 361697084 | Account #: 104087425 | License Plate: PFT1Y   State: FL | Invoice Date: 02/25/21 |

## Current Activity Period Detail Including Unpaid Toll Transactions

Previous Amount Due: $16.20

| Post Date | Agency | Description | Lane | Axle Count | Date | Time | Amount |
|---|---|---|---|---|---|---|---|
| 01/27/21 | FDOT | SR23 TRAIL RIDGE MAIN NB MP33 | 50S | 2 | 01/08/21 | 5:50:37 PM | $0.85 |
| 01/27/21 | FDOT | SR23 PLANTATION MAIN NB MP36 | 50S | 2 | 01/08/21 | 5:53:12 PM | $0.85 |
| 01/27/21 | FDOT | SR23 PLANTATION MAIN SB MP36 | 60S | 2 | 01/08/21 | 11:22:42 PM | $0.85 |
| 01/27/21 | FDOT | SR23 PLANTATION MAIN SB MP36 | 60S | 2 | 01/09/21 | 1:01:06 AM | $0.85 |
| 01/27/21 | FDOT | SR23 TRAIL RIDGE MAIN SB MP33 | 60S | 2 | 01/15/21 | 11:29:40 PM | $0.85 |
| 01/30/21 | FDOT | SR23 PLANTATION MAIN SB MP36 | 60S | 2 | 01/17/21 | 5:20:38 PM | $0.45 |
| 02/01/21 | FDOT | SR23 NEW WORLD MAIN SB MP43 | 60S | 2 | 01/17/21 | 5:21:44 PM | $0.45 |
| 02/02/21 | FDOT | SR23 NORMANDY MAIN SB MP42 | 60S | 2 | 01/17/21 | 5:24:14 PM | $0.85 |
| 02/02/21 | FDOT | SR23 ARGYLEFOREST MAIN SB MP38 | 60S | 2 | 01/17/21 | 5:25:38 PM | $0.85 |
| 02/02/21 | FDOT | SR23 PLANTATION MAIN SB MP36 | 60S | 2 | 01/17/21 | 5:27:57 PM | $0.85 |
| 02/02/21 | FDOT | SR23 TRAIL RIDGE MAIN SB MP33 | 60S | 2 | 01/17/21 | 5:27:57 PM | $0.85 |
| 02/06/21 | FDOT | SR23 TRAIL RIDGE MAIN NB MP33 | 50S | 2 | 02/01/21 | 7:19:24 PM | $0.85 |
| 02/06/21 | FDOT | SR23 PLANTATION MAIN NB MP36 | 50S | 2 | 02/01/21 | 7:21:59 PM | $0.85 |
| 02/06/21 | FDOT | SR23 PLANTATION MAIN SB MP36 | 60S | 2 | 02/01/21 | 9:15:51 PM | $0.85 |
| 02/09/21 | FDOT | SR23 TRAIL RIDGE MAIN NB MP33 | 50S | 2 | 01/27/21 | 8:52:58 PM | $0.85 |
| 02/09/21 | FDOT | SR23 PLANTATION MAIN NB MP36 | 50S | 2 | 01/27/21 | 8:55:37 PM | $0.85 |
| 02/09/21 | FDOT | SR23 TRAIL RIDGE MAIN SB MP33 | 60S | 2 | 01/28/21 | 12:38:35 AM | $0.85 |
| 02/09/21 | FDOT | SR23 PLANTATION MAIN SB MP36 | 60S | 2 | 01/28/21 | 12:35:55 AM | $0.85 |
| 02/25/21 | | ADMINISTRATIVE CHARGE | | | 02/25/21 | 1:34:14 AM | $2.50 |

Total Current Activity: $16.15

Previous Amount Due: $16.20
Current Activity Subtotal: $16.15
**TOTAL AMOUNT DUE: $32.35**



Federally insured by NC

Businesses that I am looking to setup and start officially now for 2021.

Free Speech Ideas
- This is the holding company of copyrights, patents and ideas.
- Will license these intellectual properties for use by other businesses.

Free Speech Services
- This is an Internet Marketing Firm
- They will create websites and content for our fellow online freedom partners.
- Sponsorships and support of those creators.
- Help our partners become self sufficient and grow their online footprint.

Free Speech ~~Industries~~ ~~*Innovations*~~ ~~*Manowar*~~ MAN Product
- Contract manufacturer of our products and others products.
- Prototyping and development of those products
- Sale of these services to others.

Free Speech ~~Products~~ Invclusmics
- Sale of our first products
- DBA AutoKeyCards.com?
- An example that we can cookie cut to all of ours and others future online businesses that will sell products.

Free Speech Properties
- Buys investment land.
- Develops investment land.
- Rents investment land.

What is my first product, the autokeycard? What is my intent in designing, marketing and selling the product?

From our terms of service - section 5 - products or services:

Products are a political sculpture, for conversation, a novelty or as artwork only. Products are not designed or intended to increase any rate, just to increase the rate at which people have conversation. A form of creative artistic peaceful protest along with other common use features such as bottle oper or a desktop pen holder. They are not sold or intended to be altered in any way. Our products are a fo of satire and 100% 1st Amendment activity. Nothing like it has existed before, because we drew the designed the piece and made it to keep the conversation going.

*Monday the 11th @ 11am*

I am looking to do:

- Build many complimentary online as well as brick and mortar businesses.
- Support free speech advocates and help them grow their online footprint.
- Educate the public on various freedom/history related topics.
- Protect my intellectual property with copyrights and patents.
- Build wealth over time.
- Build my level of individual liberty and freedom.
- Make various products in the USA and hire Americans.
- Purchase/develop land and rent it to my companies, other individuals or myself.
- After the companies move to a new location, turn the land into an Air B&B type rental.

What I think I need in the near future:

- Advisement on the correct corporate structure to realize my vision as close as possible.
- Creation of the businesses.
- Advisement on how to reduce my tax liability as much as possible through corporate structure.
- Advisement on terms of service on websites.
- Contract review and creation between businesses, employees and contractors. NDAs
- Rental agreement between businesses.
- Assistance with executing land purchases.
- Assistance with the intellectual property side of the businesses. Copyright and patents.
- Possible corporate and personal legal defense.

What I think I'll need your assistance with in the future:

- Setting up a gun manufacturing company.
- Setting up an FFL2/7 Manufacturers License.
- Setting up gun trusts.
- Everything NFA related.
- Setting up future businesses rapidly as we grow our internet footprint.
- Long term estate advisement to protect tangible and intangible assets.

i just want to be left
ALONE.com
Stop Resisting Freedom!

Iset up LLC

Glen Bellamy
NFA Items
Patents/copyrights
Ohio

Alibaba
Stainless Steel
Tactical Pens
→ Complementary Product
→ $6-8  10 piece
   $.20   1000
   $.50
   $1.00

Jake Goldman

Internet Marketing
4th grade, only NASCAR.

Art project, money into gun.

Agreement

Irrevocable
Auto Trust?
→ Personal

Stop Resisting Freedom!

I Just Want To Be Left Alone.com