

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 105

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

**Reorder Checks Online**
**OrderMyChecks.com**



100% Recyclable Material



© 2017 Harland Clarke Corp. All rights reserved. CheckFolio is a registered trademark of Harland Clarke Corp. Patent No. D777,8

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**EVIDENCE IDENTIFICATION LABEL**

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | RETAINED FOR EVIDENCE | 3/2/2021 | 000044 |

**DESCRIPTION OF PROPERTY**
DOCUMENTS: OTHER DOCUMENTS, MISCELLANEOUS DOCUMENTS

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: ERVIN, Kristopher 2409 Kirkwall CT, Orange Park FL 32065- | ERVIN, Kristopher |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 030221 |
| [signature] vault | 3/11/21 |
| [signature] Trial | 4/17/23 |

**BAR CODE INFORMATION**
2545202

**SPECIAL INSTRUCTIONS/REMARKS**
Return Item #14 Room 4/Hannon

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/ | | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 6.42 | Gasoline |
| 11/ | | | | | PUBLIX #1169 ORANGE PARK FL | $ 1.71 | Supermarkets |
| 11/ | | | 50.00 | Services | | | |
| 11/ | | | 18.44 | Services | | | |
| 11/ | | | | | EXXONMOBIL ORANGE PARK FL | $ 16.93 | Gasoline |
| 11/ | | | 00.52 | Merchandise | | | |
| 11/ | | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 7.48 | Gasoline |
| 11/ | | | | | GATE 1145 Q80 ORANGE PARK FL01692B | $ 23.20 | Gasoline |
| 11/ | | | 12.92 | Services | | | |
| 11/16/2020 | | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 8.61 | Gasoline |
| | | | 821.9 | | | $ 143.46 | |

| American Express | | | | | | | |
|---|---|---|---|---|---|---|---|
| | PRIMARY ARMS | $ | 125.71 | | | | |
| | | | | | Ticket | $ 286.67 | |
| | NAME-CHEAP.COM | $ | 18.12 | | | | |
| | NAME-CHEAP.COM | $ | 8.88 | | | | |
| | UPWORK -345311946TRIAL UPWORK.COM/BICA | $ | 49.99 | | | | |
| | 3D CART 954-344-3688 FL | $ | 95.00 | | | | |
| | | $ | 297.70 | | | $ 286.67 | |

| One | | | | |
|---|---|---|---|---|
| | Shopify | | 201.71 | |
| | Shopify | | 201.71 | |
| | Shopify | | 202.75 | |
| | Test run | | 38.52 | |
| | | | 644.69 | |

| | | | | | |
|---|---|---|---|---|---|
| **Sub Total** | | $ | 1,764.29 | | $ 430.13 |
| **To be Paid** | | $ | 2,194.42 | | |
| **Paid** | | $ | (2,200.00) | | |

Additional payment   $ 2,000.00
Allocation of above funds
AMX   $ (1,000.00)  ✓ 12/9/2020 [signature]
Discover $ (1,000.00) ✓ 12/9/2020 [signature]