| Date | Description | Amount | Category | Description | Amount | Category |
|---|---|---|---|---|---|---|
| 11/20/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 6.42 | Gasoline |
| 11/20/2020 | | | | PUBLIX #1169 ORANGE PARK FL | $ 1.71 | Supermarkets |
| 11/19/2020 | PIRATE SHIP POSTAGE 844-4455854 WY | $ 250.00 | Services | | | |
| 11/18/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 18.44 | Services | | | |
| 11/17/2020 | | | | EXXONMOBIL ORANGE PARK FL | $ 16.93 | Gasoline |
| 11/17/2020 | GOOGLE *ADS1820849423 CC@GOOGLE.COMCAP0WHA24V | $ 106.52 | Merchandise | | | |
| 11/17/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 7.48 | Gasoline |
| 11/16/2020 | | | | GATE 1145 Q80 ORANGE PARK FL01692B | $ 23.20 | Gasoline |
| 11/16/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 12.92 | Services | | | |
| 11/16/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 8.61 | Gasoline |
| | | 821.9 | | | $ 143.46 | |

| American Express | | | | | | |
|---|---|---|---|---|---|---|
| | PRIMARY ARMS | $ 125.71 | | | | |
| | | | | Ticket | $ 286.67 | |
| | NAME-CHEAP.COM | $ 18.12 | | | | |
| | NAME-CHEAP.COM | $ 8.88 | | | | |
| | UPWORK -345311946TRIAL UPWORK.COM/BICA | $ 49.99 | | | | |
| | 3D CART 954-344-3888 FL | $ 95.00 | | | | |
| | | $ 297.70 | | | $ 286.67 | |

| CapitalOne | | | |
|---|---|---|---|
| | Shopify | 201.71 | |
| | Shopify | 201.71 | |
| | Shopify | 202.75 | |
| | Test run | 38.52 | |
| | | 644.69 | |

| | | | | |
|---|---|---|---|---|
| Sub Total | | $ 1,764.29 | | $ 430.13 |
| To be Paid | | $ 2,194.42 | | |
| Paid | | $ (2,200.00) | | |

Additional payment    $ 2,000.00
Allocation of above funds

AMX      $ (1,000.00)   ✓ 12/9/2020 [signature]
Discover $ (1,000.00)   ✓ 12/9/2020 [signature]

34900

| Discover | Business | | | Justin | | |
|---|---|---|---|---|---|---|
| Trans. date | Description | Amount | Category | Description | Amount | Category |
| 12/7/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 8.88 | Services | | | |
| 12/7/2020 | UPWORK -345311946TRIAL UPWORK.COM/BICA | $ 49.99 | Services | | | |
| 12/1/2020 | 3D CART 954-344-3888 FL | $ 95.00 | Merchandise | | | |
| 11/27/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 10.16 | Services | | | |
| 11/27/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 10.16 | Services | | | |
| 11/27/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 12.94 | Services | | | |
| 11/27/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 12.94 | Services | | | |
| 11/27/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 26.88 | Services | | | |
| 11/27/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 6.42 | Gasoline |
| 11/26/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 3.88 | Services | | | |
| 11/26/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 9.06 | Services | | | |
| 11/26/2020 | SQUARESPACE INC. 6465803456 NY | $ 4.00 | Services | | | |
| 11/26/2020 | SQUARESPACE INC. 6465803456 NY | $ 16.00 | Services | | | |
| 11/26/2020 | SQUARESPACE INC. 6465803456 NY | $ 26.00 | Services | | | |
| 11/26/2020 | SQUARESPACE INC. 6465803456 NY | $ 46.00 | Services | | | |
| 11/25/2020 | 3D CART 954-344-3888 FL | $ 49.99 | Merchandise | | | |
| 11/25/2020 | | | | EXXONMOBIL ORANGE PARK FL | $ 34.44 | Gasoline |
| 11/25/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 10.16 | Services | | | |
| 11/25/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 10.16 | Services | | | |
| 11/25/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 31.82 | Services | | | |
| 11/24/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 3.21 | Gasoline |
| 11/23/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 3.21 | Gasoline |
| 11/22/2020 | | | | EXXONMOBIL ORANGE PARK FL | $ 10.66 | Gasoline |
| 11/22/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 3.21 | Gasoline |
| 11/21/2020 | | | | EXXONMOBIL ORANGE PARK FL | $ 9.13 | Gasoline |
| 11/21/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 3.21 | Gasoline |
| 11/21/2020 | | | | PRIME STOP CITGO #10 ORANGE PARK FLL37203442 | $ 5.62 | Gasoline |

Expenses 12/9/2020 to 1/7/2021

| DISCOVER | | Business | | Justin | |
|---|---|---|---|---|---|
| Trans. date | Description | Amount | Category | Amount | Category |
| 12/30/2020 | 3D CART (800)201-0461PA | $ 164.49 | Services | | |
| 12/28/2020 | SHIPSTATION 512-485-4282 TX5169637 | $ 49.00 | Services | | |
| 12/26/2020 | SQUARESPACE INC. 6465803456 NY | $ 46.00 | Services | | |
| 12/25/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 126.84 | Services | | |
| 12/24/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 11.36 | Services | | |
| 12/24/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 13.78 | Services | | |
| 12/23/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 8.88 | Services | | |
| 12/21/2020 | UPWORK -348484490REF UPWORK.COM/BICA | $ 163.09 | Services | | |
| 12/18/2020 | GOOGLE *ADS1820849423 CC@GOOGLE.COMCAP0XMQMKV | $ 27.16 | Merchandise | | |
| 12/15/2020 | SQUARESPACE INC. 6465803456 NY | $ 14.00 | Services | | |
| 12/14/2020 | UPWORK -346887376REF UPWORK.COM/BICA | $ 25.75 | Services | | |
| 12/9/2020 | NAME-CHEAP.COM 3233752822 AZ | $ 18.12 | Services | | |
| | Sub total | $ 668.47 | | $ - | |

Carry over Amount    $ 1,000.00
Less Charges to date    $ 668.47

Credit remaining    $ (331.53)

| American Express | Description | Amount | Category | Amount | Category |
|---|---|---|---|---|---|
| | Amazon Market Place | 192.31 | | 0 | |
| | Sub total | $ 192.31 | | $ - | |
| | Total Due | 192.31 | | | |

| CapitalOne | Description | Amount | Category | Amount | Category |
|---|---|---|---|---|---|
| | | 0 | | 0 | |
| | Sub total | $ - | | $ - | |
| | Total Due | 0 | | | |

| Credit amount (192.31 less -331.53 = -139.22 credit) | | $ (139.22) | | | |
|---|---|---|---|---|---|

Plus
$ 1,200 on 1/9/2021

34902