



*[signature]* 3/30/21

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0030 | SEIZED ADMINISTRATIVELY | 3/30/2021 | 000008 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, FIN: STAINLESS, SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| US Attorneys office, Jacksonville 300 N Hogan, Jacksonville FL 32202- | MOYA, Joel |

### CHAIN OF CUSTODY

| SIGNATURE | DATE |
|---|---|
| *[signature]* | 3/30/21 |
| *[signature]* Jim Obehn  vault | 3/31/21 |
| *[signature]* Trial | 4/7/21 |

**BAR CODE INFORMATION**



2557056

**SPECIAL INSTRUCTIONS/REMARKS**

H-4