**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

## GOVERNMENT EXHIBIT

Exhibit No.: 109B

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-19-23
Date Admitted: 4-19-23

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0030 | SEIZED ADMINISTRATIVELY | 3/30/2021 | 000009 |

**DESCRIPTION OF PROPERTY**
FIREARM: Machine Gun Conversion Kit, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
FIN: STAINLESS, SN: NONE

**LOCATION RECOVERED FROM**
US Attorneys office, Jacksonville
300 N Hogan,
Jacksonville FL 32202-

**PERSON RECOVERED FROM**
MOYA, Joel

### CHAIN OF CUSTODY

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | | 3/30/21 |
| [signature] Malcolm | Vault | 3/31/21 |
| [signature] | Trial | 4/24/2022 |

**BAR CODE INFORMATION**
2557060

**SPECIAL INSTRUCTIONS/REMARKS**
H.4