U.S. District Court
Middle District of Florida
Jacksonville Division

GOVERNMENT EXHIBIT

Exhibit No.: 109 C

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-19-23
Date Admitted: 4-19-23

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0030 | SEIZED ADMINISTRATIVELY | 3/30/2021 | 000010 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, FIN: STAINLESS, SN: NONE

**LOCATION RECOVERED FROM**
US Attorneys office, Jacksonville
300 N Hogan,
Jacksonville        FL    32202-

**PERSON RECOVERED FROM**
MOYA, Joel

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 3/3/21 |
| Oloh Vah | 3/31/21 |
| [signature] | 4/7/2003 |

**BAR CODE INFORMATION**
2557063

**SPECIAL INSTRUCTIONS/REMARKS**
H-4

