**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

## GOVERNMENT EXHIBIT

Exhibit No.: __109D__

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: __4-19-23__

Date Admitted: __4-19-23__

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0030 | SEIZED ADMINISTRATIVELY | 3/30/2021 | 000011 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN
MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ,
FIN: STAINLESS, SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| US Attorneys office, Jacksonville 300 N Hogan, Jacksonville FL 32202- | MOYA, Joel |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 3/30/21 |
| [signed] Jm Vlocha Vials | 3/31/21 |
| Trial | 4/7/2023 |

**BAR CODE INFORMATION**
2557064

**SPECIAL INSTRUCTIONS/REMARKS**
14-4



EVIDENCE — BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

[signature] 3/30/21