*JH 6-10-2[?]*

**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

## GOVERNMENT EXHIBIT

Exhibit No.: 110

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23
Date Admitted: 4-11-23

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0030 | SEIZED ADMINISTRATIVELY | 6/1/2021 | 000030 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, FIN: STAINLESS, SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: Acs, James<br>12233 Berlin RD,<br>South Rockwood    MI    48179-9748 | Acs, James |

### CHAIN OF CUSTODY

| SIGNATURE | | DATE |
|---|---|---|
| *[signature]* | | 06/01/2021 |
| *[signature]* | Vault | 6/14/2124 |
| *[signature]* | Trial | 4/7/2023 |

### BAR CODE INFORMATION


2585058    14-3

**SPECIAL INSTRUCTIONS/REMARKS**
One (1) Auto Key Card pen holder edition containing two (2) Lightning Links engraved on the card.

# SNAP