


U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 111

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-19-23

Date Admitted: 4-19-23

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0030 | SEIZED ADMINISTRATIVELY | 8/20/2021 | 000038 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: MACHINE GUN, MODEL: UNKNOWN TYPE, CAL: ZZ, FIN: STAINLESS, SN: NONE

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: WILLIS, Randy 27067 W Huron, Flat Rock  MI  48134-1157 | WILLIS, Randy |

**CHAIN OF CUSTODY**

| SIGNATURE | | DATE |
|---|---|---|
| [signature] | | 8/20/21 |
| [signature] | Vault | 8/23/21 |
| [signature] | Trial | 4/7/2023 |

**BAR CODE INFORMATION**


2611954

**SPECIAL INSTRUCTIONS/REMARKS**

H-3



SNAP