

U.S. District Court
Middle District of Florida
Jacksonville Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 112

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-11-23

Date Admitted: 4-11-23

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0030 | RETAINED FOR EVIDENCE | 8/23/2022 | 000041 |

**DESCRIPTION OF PROPERTY**

OTHER: OTHER, USPS FIRST CLASS MAIL PACKAGING FROM AUTO KEY CARD ADDRESSED TO STEVE DUTY. THE PACKAGING ALSO CONTAINED A BUSINESS CARD FROM AUTO KEY CARD.

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| US Attorneys office, Jacksonville 300 N Hogan, Jacksonville FL 32202- | Duty, Steven |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signed] | 8/23/2022 |
| [signed] Vault | 8/26/2022 |
| [signed] Trial | 4/7/2023 |

**BAR CODE INFORMATION**


2759251

**SPECIAL INSTRUCTIONS/REMARKS**   1A 3

## LOUO // LAW ENFORCEMENT SENSITIVE