

AutoKeyCards.com®

Shop Online   Mail Order   Our Mission   Contact Us   Terms of Service   Shipping & Returns

🛒 0

## Thank you for your purchase and support.

## It means the world to us.

FREE SHIPPING ON ALL ORDERS. ALWAYS.

OUR MISSION - CLICK HERE

AutoKeyCards



**AutoKeyCard 1in1**          SOLD OUT
$59.00 ~~$79.00~~



**AutoKeyCard 2in1**          Only 17 available
$79.00 ~~$99.00~~          SALE



**AutoKeyCard 3in1 with Bottle Opener**   SOLD OUT
$99.00 ~~$119.00~~



**NEW G2 - AutoKeyCard 1in1 Pen Holder Edition**   SALE
$89.00 ~~$99.00~~



**NEW G2 - AutoKeyCard 2in1 Pen Holder Edition**   SALE
$119.00 ~~$129.00~~



**NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener**   SALE
$149.00 ~~$169.00~~



**AutoKeyCard.com - Original T-Shirt - Black**
$29.00



**AutoKeyCard.com - Original T-Shirt - 3 styles**
$29.00



**AutoKeyCard.com - Original Beanie**   SALE
$27.00 ~~$32.00~~

## Subscribe here to receive news and product updates direct to your inbox.

Email Address        Subscribe

Mail Order   Contact Us   Terms of Service   Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com



 0

Shop Online   Mail Order   Our Mission   Contact Us   Terms of Service   Shipping & Returns

Shop Online  ›  AutoKeyCard 1in1



# AutoKeyCard 1in1

**$59.00** $79.00

Sold Out

30% OFF End of Year Christmas Sale.

All AutoKeyCards 30% price drop till 2021.

The Single Full Standard Business Card.

Auto laser engraved to graphic scale artwork logo design.

Full sized metal business card with graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 86mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

See shipping page for updated delivery times due to the severe weather sweeping the nation at this time.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design. Artwork with copyright.

Do not cut or alter artwork in any way.
Business Logo Card, Great Conversation Piece, Artwork and Novelty.

Limited Mail in Order Option.

Each card is hand finished and unique. Some surface scratches may be present and are inherent to the artwork finishing process.

Get notified by email when this product is in stock.

| Email Address | Sign Up |

☑ Sign up to receive news and updates.

# You Might Also Like



NEW G2 - AutoKeyCard 1in1 Pen Holder Edition   SALE
$89.00 $99.00



NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener   SALE
$149.00 $169.00



NEW G2 - AutoKeyCard 2in1 Pen Holder Edition   SALE
$119.00 $139.00



AutoKeyCard 2in1   SALE
$79.00 $99.00



AutoKeyCard 3in1 with Bottle Opener   SOLD OUT
$99.00 $119.00

Mail Order   Contact Us   Terms of Service   Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35925



 0

Shop Online    Mail Order    Our Mission    Contact Us    Terms of Service    Shipping & Returns

Shop Online  ›  AutoKeyCard 2in1



# AutoKeyCard 2in1

**$79.00** $99.00

Only 17 available

30% OFF End of Year Christmas Sale.

All AutoKeyCards 30% price drop till 2021.

The Double Full Standard Business Card.

Auto laser engraved to graphic scale artwork logo design.

Full sized metal business card with graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 86mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

See shipping page for updated delivery times due to the severe weather sweeping the nation at this time.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design. Artwork with Copyright.

Do not cut or alter artwork in any way.
Business Logo Card, Great Conversation Piece, Artwork and Novelty.

Limited Mail in Order Option.

Each card is hand finished and unique. Some surface scratches may be present and are inherent to the artwork finishing process.

Quantity:

1

Add To Cart

# You Might Also Like



NEW G2 - AutoKeyCard 1in1 Pen Holder Edition    **SALE**
$89.00 $99.00



NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener    **SALE**
$149.00 $169.00



NEW G2 - AutoKeyCard 2in1 Pen Holder Edition    **SALE**
$119.00 $129.00



AutoKeyCard 1in1    **SOLD OUT**
$59.00 $79.00

AutoKeyCard 3in1 with Bottle Opener    **SOLD OUT**
$99.00 $119.00

Mail Order    Contact Us    Terms of Service    Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35926



Shop Online  ›  AutoKeyCard 3in1 with Bottle Opener

## Shop Online › Mail Order › Our Mission › Contact Us › Terms of Service › Shipping & Returns

 0

# AutoKeyCard 3in1 with Bottle Opener

**$99.00** $119.00

Sold Out

30% OFF End of Year Christmas Sale.

All AutoKeyCards 30% price drop till 2021.

The Triple Full Standard Business Card with Bottle Opener.

Auto laser engraved to graphic scale artwork logo design.

Full sized metal business card with graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 136mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

See shipping page for updated delivery times due to the severe weather sweeping the nation at this time.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design. Artwork with Copyright.

Do not cut or alter artwork in any way.
Business Logo Card, Great Conversation Piece, Artwork and Novelty.

Limited Mail in Order Option.

Each card is hand finished and unique. Some surface scratches may be present and are inherent to the artwork finishing process.

Get notified by email when this product is in stock.

| Email Address | Sign Up |

☑ Sign up to receive news and updates.

# You Might Also Like



NEW G2 - AutoKeyCard 1in1 Pen Holder Edition    SALE
$89.00 $99.00



NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener    SALE
$149.00 $169.00



NEW G2 - AutoKeyCard 2in1 Pen Holder Edition    SALE
$119.00 $129.00



AutoKeyCard 2in1    SALE
$79.00 $99.00



AutoKeyCard 1in1    SOLD OUT
$59.00 $79.00

©2020 autokeycard.com

©2020 autokeycards.com



 0

Shop Online   Mail Order   Our Mission   Contact Us   Terms of Service   Shipping & Returns

Shop Online  ›  NEW G2 - AutoKeyCard 1in1 Pen Holder Edition



# NEW G2 - AutoKeyCard 1in1 Pen Holder Edition

~~$99.00~~ $89.00 ~~$99.00~~

The Single Full Standard Business Card. G2 Pen Holder Edition.

Auto laser engraved to graphic scale artwork logo design.

Full sized metal business card with NEW G2 graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 86mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

See shipping page for updated delivery times due to the severe weather sweeping the nation at this time.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design. Artwork with Copyright.

Do not cut or alter artwork in any way.
Business Logo Card, Great Conversation Piece, Artwork and Novelty.

Limited Mail in Order Option.

Artwork is hand finished and each is unique. Some surface scratches may be present and are inherent to the artwork finishing process.

Quantity:

| 1 |

**Add To Cart**

# You Might Also Like



NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener      **SALE**
$149.00 ~~$169.00~~



NEW G2 - AutoKeyCard 2in1 Pen Holder Edition      **SALE**
$119.00 ~~$129.00~~



AutoKeyCard 2in1      **SALE**
$79.00 ~~$99.00~~



AutoKeyCard 1in1      **SOLD OUT**
$59.00 ~~$79.00~~



AutoKeyCard 3in1 with Bottle Opener      **SOLD OUT**
$99.00 ~~$119.00~~

Mail Order   Contact Us   Terms of Service   Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35928



Shop Online  ›  NEW G2 - AutoKeyCard 2in1 Pen Holder Edition

Shop Online   Mail Order   Our Mission   Contact Us   Terms of Service   Shipping & Returns

 0



# NEW G2 - AutoKeyCard 2in1 Pen Holder Edition

**$119.00** $129.00

The Single Full Standard Business Card. G2 Pen Holder Edition.

Auto laser engraved to graphic scale artwork logo design.

Full sized metal business card with NEW G2 graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 86mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

See shipping page for updated delivery times due to the severe weather sweeping the nation at this time.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design. Artwork with Copyright.

Do not cut or alter artwork in any way.
Business Logo Card, Great Conversation Piece, Artwork and Novelty.

Limited Mail in Order Option.

Artwork is hand finished and each is unique. Some surface scratches may be present and are inherent to the artwork finishing process.

Quantity:

1

**Add To Cart**

# You Might Also Like



NEW G2 - AutoKeyCard 1in1 Pen Holder Edition    **SALE**
$89.00 $99.00



NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener    **SALE**
$149.00 $169.00



AutoKeyCard 2in1    **SALE**
$79.00 $99.00



AutoKeyCard 1in1    **SOLD OUT**
$59.00 $79.00



AutoKeyCard 3in1 with Bottle Opener    **SOLD OUT**
$99.00 $119.00

Mail Order    Contact Us    Terms of Service    Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35929



 0

Shop Online     Mail Order     Our Mission     Contact Us     Terms of Service     Shipping & Returns

Shop Online  ›  NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener



# NEW G2 - AutoKeyCard 3in1 Pen Holder Edition with Bottle Opener

**$149.00** ~~$169.00~~

The Single Full Standard Business Card. G2 Pen Holder Edition.

Auto laser engraved to graphic scale artwork logo design.

Full sized metal business card with NEW G2 graphic artwork.

304 Stainless - High Strength Stainless Steel. Durable.

New 30% Thicker and More Durable Design.

54mm x 86mm X 1.3mm Thick. Credit Card Sized.

Made in the USA. Shipped to the USA only.

See shipping page for updated delivery times due to the severe weather sweeping the nation at this time.

Fast FREE Shipping Included (1-3) business days to most states.

Patent Pending Design. Artwork with Copyright.

Do not cut or alter artwork in any way.
Business Logo Card, Great Conversation Piece, Artwork and Novelty.

Limited Mail in Order Option.

Artwork is hand finished and each is unique. Some surface scratches may be present and are inherent to the artwork finishing process.

Quantity:

1

**Add To Cart**

# You Might Also Like



NEW G2 - AutoKeyCard 1in1 Pen Holder Edition    **SALE**
$89.00 ~~$99.00~~



NEW G2 - AutoKeyCard 2in1 Pen Holder Edition    **SALE**
$119.00 ~~$129.00~~



AutoKeyCard 2in1    **SALE**
$79.00 ~~$99.00~~



AutoKeyCard 1in1    **SOLD OUT**
$59.00 ~~$79.00~~



AutoKeyCard 3in1 with Bottle Opener    **SOLD OUT**
$99.00 ~~$119.00~~

Mail Order     Contact Us     Terms of Service     Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35930



 0

Shop Online      Mail Order      Our Mission      Contact Us      Terms of Service      Shipping & Returns

Shop Online  ›  AutoKeyCard.com - Original T-Shirt - Black



# AutoKeyCard.com - Original T-Shirt - Black

**$29.00**

Fitted, comfortable, and soft—this t-shirt was made just for you.

• 100% fine jersey cotton

• Shoulder-to-shoulder taping

• Double-stitched

• Made in USA

• Print on demand item. Will be delivered separate from other items

Size:

| Select Size                          ⌄ |
|-----------------------------------------|

Quantity:

| 1 |
|---|

| **Add To Cart** |
|-----------------|

Mail Order      Contact Us      Terms of Service      Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35931



 0

Shop Online   Mail Order   Our Mission   Contact Us   Terms of Service   Shipping & Returns

Shop Online  ›  AutoKeyCard.com - Original T-Shirt - 3 styles



# AutoKeyCard.com - Original T-Shirt - 3 styles

$29.00

Fitted, comfortable, and soft—this t-shirt was made just for you.

• 100% fine jersey cotton

• Shoulder-to-shoulder taping

• Double-stitched

• Made in USA

• Print on demand item. Will be delivered separate from other items.

Color:

Select Color ⌄

Size:

Select Size ⌄

Quantity:

1

**Add To Cart**

Mail Order   Contact Us   Terms of Service   Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35932



 0

Shop Online    Mail Order    Our Mission    Contact Us    Terms of Service    Shipping & Returns

Shop Online  ›  AutoKeyCard - Original Beanie



# AutoKeyCard - Original Beanie

$27.00 $32.00

The perfect beanie has arrived!
This embroidered beauty has a snug fit that ensures you're going to feel cozy and warm whatever you're doing.

• 60% cotton, 40% acrylic

• Breathable cotton blend

• Form-fitting shape

• One size fits most

• Print on demand item.

• Will be delivered separate from other items.

Quantity:

1

Add To Cart

Mail Order    Contact Us    Terms of Service    Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35933



 0

Shop Online    Mail Order    Our Mission    Contact Us    Terms of Service    Shipping & Returns

# Mail in Order

Updated pricing to reflect the current mail order sale.

Print, then complete the form, include payment and mail to us.

Money Orders & Cash accepted

Download the Mail in Order Form HERE

Mail Order    Contact Us    Terms of Service    Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com



 0

Shop Online    Mail Order    Our Mission    Contact Us    Terms of Service    Shipping & Returns



# Our Mission

It all begins with Free Speech and an Idea.

Maybe you want to help others gain self sufficiency.

Maybe you want to launch many companies.

Maybe you want to turn a thought into something more.

Or Maybe you have a creative art project to share with humanity.

Mail Order    Contact Us    Terms of Service    Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35935



AutoKeyCards.com©

Shop Online   Mail Order   Our Mission   Contact Us   Terms of Service   Shipping & Returns

0

## Contact Us

For Customer Service, please email us:

customerservice@autokeycards.com

Voice call transcribed to email

(904) 413-1776

Mail Order   Contact Us   Terms of Service   Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35936

# Terms of Service

**OVERVIEW**

This website is operated by AutoKeyCards.com / AutoKeyCards.com. Throughout the site, the terms "we", "us" and "our" refer to AutoKeyCards.com / AutoKeyCards.com.

AutoKeyCards.com / AutoKeyCards.com offers this website, including all information, tools and services available from this site to you, the user, conditioned upon your acceptance of all terms, conditions, policies and notices stated here.

By visiting our site and/ or purchasing something from us, you engage in our "Service" and agree to be bound by the following terms and conditions ("Terms of Service", "Terms"), including those additional terms and conditions and policies referenced herein and/or available by hyperlink. These Terms of Service apply to all users of the site, including without limitation users who are browsers, vendors, customers, merchants, and/ or contributors of content.

Please read these Terms of Service carefully before accessing or using our website. By accessing or using any part of the site, you agree to be bound by these Terms of Service. If you do not agree to all the terms and conditions of this agreement, then you may not access the website or use any services. If these Terms of Service are considered an offer, acceptance is expressly limited to these Terms of Service.

Any new features or tools which are added to the current store shall also be subject to the Terms of Service. You can review the most current version of the Terms of Service at any time on this page. We reserve the right to update, change or replace any part of these Terms of Service by posting updates and/or changes to our website. It is your responsibility to check this page periodically for changes. Your continued use of or access to the website following the posting of any changes constitutes acceptance of those changes.

**SECTION 1 - ONLINE STORE TERMS**

By agreeing to these Terms of Service, you represent that you are at least the age of majority in your state or province of residence, or that you are the age of majority in your state or province of residence and you have given us your consent to allow any of your minor dependents to use this site.

You may not use our products for any illegal or unauthorized purpose nor may you, in the use of the Service, violate any laws in your jurisdiction (including but not limited to copyright laws).

You must not transmit any worms or viruses or any code of a destructive nature.

A breach or violation of any of the Terms will result in an immediate termination of your Services.

**SECTION 2 - GENERAL CONDITIONS**

We reserve the right to refuse service to anyone for any reason at any time.

You understand that your content (not including credit card information), may be transferred unencrypted and involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices. Credit card information is always encrypted during transfer over networks.

You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of the Service, use of the Service, or access to the Service or any contact on the website through which the service is provided, without express written permission by us.

The headings used in this agreement are included for convenience only and will not limit or otherwise affect these Terms.

**SECTION 3 - ACCURACY, COMPLETENESS AND TIMELINESS OF INFORMATION**

We are not responsible if information made available on this site is not accurate, complete or current. The material on this site is provided for general information only and should not be relied upon or used as the sole basis for making decisions without consulting primary, more accurate, more complete or more timely sources of information. Any reliance on the material on this site is at your own risk.

This site may contain certain historical information. Historical information, necessarily, is not current and is provided for your reference only. We reserve the right to modify the contents of this site at any time, but we have no obligation to update any information on our site. You agree that it is your responsibility to monitor changes to our site.

**SECTION 4 - MODIFICATIONS TO THE SERVICE AND PRICES**

Prices for our products are subject to change without notice.

We reserve the right at any time to modify or discontinue the Service (or any part or content thereof) without notice at any time.

We shall not be liable to you or to any third-party for any modification, price change, suspension or discontinuance of the Service.

**SECTION 5 - PRODUCTS OR SERVICES (if applicable)**

Certain products or services may be available exclusively online through the website. These products or services may have limited quantities and are subject to return or exchange only according to our Return Policy. Products are made to order and will ship based on information stated in the Mail Order section of this website. Orders returned without prior authorization will be discarded and no refund will be given.

We have made every effort to display as accurately as possible the colors and images of our products that appear at the store. We cannot guarantee that your computer monitor's display of any color will be accurate.

We reserve the right, but are not obligated, to limit the sales of our products or Services to any person, geographic region or jurisdiction. We may exercise this right on a case-by-case basis. We reserve the right to limit the quantities of any products or services that we offer. All descriptions of products or product pricing are subject to change at anytime without notice, at the sole discretion of us. We reserve the right to discontinue any product at any time. Any offer for any product or service made on this site is void where prohibited.

We do not warrant that the quality of any products, services, information, or other material purchased or obtained by you will meet your expectations, or that any errors in the Service will be corrected.

**SECTION 6 - ACCURACY OF BILLING AND ACCOUNT INFORMATION**

We reserve the right to refuse any order you place with us. We may, in our sole discretion, limit or cancel quantities purchased per person, per household or per order. These restrictions may include orders placed by or under the same customer account, the same credit card, and/or orders that use the same billing and/or shipping address. In the event that we make a change to or cancel an order, we may attempt to notify you by contacting the e-mail and/or billing address/phone number provided at the time the order was made. We reserve the right to limit or prohibit orders that, in our sole judgment, appear to be placed by dealers, resellers or distributors.

You agree to provide current, complete and accurate purchase and account information for all purchases made at our store. You agree to promptly update your account and other information, including your email address and credit card numbers and expiration dates, so that we can complete your transactions and contact you as needed.

For more detail, please review our Returns Policy.

**SECTION 7 - OPTIONAL TOOLS**

We may provide you with access to third-party tools over which we neither monitor nor have any control nor input.

You acknowledge and agree that we provide access to such tools "as is" and "as available" without any warranties, representations or conditions of any kind and without any endorsement. We shall have no liability whatsoever arising from or relating to your use of optional third-party tools.

Any use by you of optional tools offered through the site is entirely at your own risk and discretion and you should ensure that you are familiar with and approve of the terms on which tools are provided by the relevant third-party provider(s).

We may also, in the future, offer new services and/or features through the website (including, the release of new tools and resources). Such new features and/or services shall also be subject to these Terms of Service.

**SECTION 8 - THIRD-PARTY LINKS**

Certain content, products and services available via our Service may include materials from third-parties.

Third-party links on this site may direct you to third-party websites that are not affiliated with us. We are not responsible for examining or evaluating the content or accuracy and we do not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third-parties.

We are not liable for any harm or damages related to the purchase or use of goods, services, resources, content, or any other transactions made in connection with any third-party websites. Please review carefully the third-party's policies and practices and make sure you understand them before you engage in any transaction. Complaints, claims, concerns, or questions regarding third-party products should be directed to the third-party.

**SECTION 9 - USER COMMENTS, FEEDBACK AND OTHER SUBMISSIONS**

If, at our request, you send certain specific submissions (for example contest entries) or without a request from us you send creative ideas, suggestions, proposals, plans, or other materials, whether online, by email, by postal mail, or otherwise (collectively, 'comments'), you agree that we may, at any time, without restriction, edit, copy, publish, distribute, translate and otherwise use in any medium any comments that you forward to us. We are and shall be under no obligation (1) to maintain any comments in confidence; (2) to pay compensation for any comments; or (3) to respond to any comments.

We may, but have no obligation to, monitor, edit or remove content that we determine in our sole discretion are unlawful, offensive, threatening, libelous, defamatory, pornographic, obscene or otherwise objectionable or violates any party's intellectual property or these Terms of Service.

You agree that your comments will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal or proprietary right. You further agree that your comments will not contain libelous or otherwise unlawful, abusive or obscene material, or contain any computer virus or other malware that could in any way affect the operation of the Service or any related website. You may not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead us or third-parties as to the origin of any comments. You are solely responsible for any comments you make and their accuracy. We take no responsibility and assume no liability for any comments posted by you or any third-party.

**SECTION 10 - PERSONAL INFORMATION**

Your submission of personal information through the store is governed by our Privacy Policy. Please review our Privacy Policy.

**SECTION 11 - ERRORS, INACCURACIES AND OMISSIONS**

Occasionally there may be information on our site or in the Service that contains typographical errors, inaccuracies or omissions that may relate to product descriptions, pricing, promotions, offers, product shipping charges, transit times and availability. We reserve the right to correct any errors, inaccuracies or omissions, and to change or update information or cancel orders if any information in the Service or on any related website is inaccurate at any time without prior notice (including after you have submitted your order).

We undertake no obligation to update, amend or clarify information in the Service or on any related website, including without limitation, pricing information, except as required by law. No specified update or refresh date applied in the Service or on any related website, should be taken to indicate that all information in the Service or on any related website has been modified or updated.

**SECTION 12 - PROHIBITED USES**

In addition to other prohibitions as set forth in the Terms of Service, you are prohibited from using the site or its content: (a) for any unlawful purpose; (b) to solicit others to perform or participate in any unlawful acts; (c) to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances; (d) to infringe upon or violate our intellectual property rights or the intellectual property rights of others; (e) to harass, abuse, insult, harm, defame, slander, disparage, intimidate, or discriminate based on gender, sexual orientation, religion, ethnicity, race, age, national origin, or disability; (f) to submit false or misleading information; (g) to upload or transmit viruses or any other type of malicious code that will or may be used in any way that will affect the functionality or operation of the Service or of any related website, other websites, or the Internet; (h) to collect or track the personal information of others; (i) to spam, phish, pharm, pretext, spider, crawl, or scrape; (j) for any obscene or immoral purpose; or (k) to interfere with or circumvent the security features of the Service or any related website, other websites, or the Internet. We reserve the right to terminate your use of the Service or any related website for violating any of the prohibited uses.

**SECTION 13 - DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY**

We do not guarantee, represent or warrant that your use of our service will be uninterrupted, timely, secure or error-free.

We do not warrant that the results that may be obtained from the use of the service will be accurate or reliable.

You agree that from time to time we may remove the service for indefinite periods of time or cancel the service at any time, without notice to you.

You expressly agree that your use of, or inability to use, the service is at your sole risk. The service and all products and services delivered to you through the service are (except as expressly stated by us) provided 'as is' and 'as available' for your use, without any representation, warranties or conditions of any kind, either express or implied, including all implied warranties or conditions of merchantability, merchantable quality, fitness for a particular purpose, durability, title, and non-infringement.

In no case shall AutoKeyCards.com, our directors, officers, employees, affiliates, agents, contractors, interns, suppliers, service providers or licensors be liable for any injury, loss, claim, or any direct, indirect, incidental, punitive, special, or consequential damages of any kind, including, without limitation lost profits, lost revenue, lost savings, loss of data, replacement costs, or any similar damages, whether based in contract, tort (including negligence), strict liability or otherwise, arising from your use of any of the service or any products procured using the service, or for any other claim related in any way to your use of the service or any product, including, but not limited to, any errors or omissions in any content, or any loss or damage of any kind incurred as a result of the use of the service or any content (or product) posted, transmitted, or otherwise made available via the service, even if advised of their possibility. Because some states or jurisdictions do not allow the exclusion or the limitation of liability for consequential or incidental damages, in such states or jurisdictions, our liability shall be limited to the maximum extent permitted by law.

**SECTION 14 - INDEMNIFICATION**

You agree to indemnify, defend and hold harmless AutoKeyCards.com / AutoKeyCards.com and our parent, successors, subsidiaries, affiliates, partners, officers, directors, contractors, licensors, service providers, subcontractors, suppliers, manufacturers, interns and employees, harmless from any claim or demand, including reasonable attorneys' fees, made by any third-party due to or arising out of your breach of these Terms of Service or the documents they incorporate by reference, or your violation of any law or the rights of a third-party.

**SECTION 15 - SEVERABILITY**

In the event that any provision of these Terms of Service is determined to be unlawful, void or unenforceable, such provision shall nonetheless be enforceable to the fullest extent permitted by applicable law, and the unenforceable portion shall be deemed to be severed from these Terms of Service, such determination shall not affect the validity and enforceability of any other remaining provisions.

**SECTION 16 - TERMINATION**

The obligations and liabilities of the parties incurred prior to the termination date shall survive the termination of this agreement for all purposes.

These Terms of Service are effective unless and until terminated by either you or us. You may terminate these Terms of Service at any time by notifying us that you no longer wish to use our Services, or when you cease using our site.

If in our sole judgment you fail, or we suspect that you have failed, to comply with any term or provision of these Terms of Service, we also may terminate this agreement at any time without notice and you will remain liable for all amounts due up to and including the date of termination; and/or accordingly may deny you access to our Services (or any part thereof).

**SECTION 17 - ENTIRE AGREEMENT**

The failure of us to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision.

These Terms of Service and any policies or operating rules posted by us on this site or in respect to The Service constitutes the entire agreement and understanding between you and us and govern your use of the Service, superseding any prior or contemporaneous agreements, communications and proposals, whether oral or written, between you and us (including, but not limited to, any prior versions of the Terms of Service).

Any ambiguities in the interpretation of these Terms of Service shall not be construed against the drafting party.

**SECTION 18 - GOVERNING LAW**

These Terms of Service and any separate agreements whereby we provide you Services shall be governed by and construed in accordance with the laws of the State of Florida.

**SECTION 19 - CHANGES TO TERMS OF SERVICE**

You can review the most current version of the Terms of Service at any time at this page.

We reserve the right, at our sole discretion, to update, change or replace any part of these Terms of Service by posting updates and changes to our website. It is your responsibility to check our website periodically for changes. Your continued use of or access to our website or the Service following the posting of any changes to these Terms of Service constitutes acceptance of those changes.

**SECTION 20 - CONTACT INFORMATION**

Questions about the Terms of Service should be sent to us at customerservice@autokeycards.com.

Customer Support Line (850) 613-1779.

rev 08.01.2020

© 2022 autokeycards.com
© 2022 autokeycards.com



 0

Shop Online    Mail Order    Our Mission    Contact Us    Terms of Service    Shipping & Returns

# Shipping & Returns Policies

## Shipping

**Due to the severe weather sweeping the nation at this time, our order delivery transit times have increased with all carriers.**

**The current shipping delivery time door to door is 10-14 days. Please be patient as your order is on the way.**

FREE shipping is normally 1-7 business days and is INCLUDED on all our Orders.

Products are only shipped to the United States of America from the United States of America.

Products are made in the USA as indicated.

Shipping is completed by an automated fulfillment warehouse. Processing of orders occurs every 1 - 48 hours.

USPS holidays and USPS delays may slow delivery time.

## Refunds/Returns

Please be 100% positive that you want the product(s) or order(s) before you place them.

All Sales are Final. All of our products are non-returnable designs.

No returns accepted. No refunds issued.

If damaged in transit, with pictures/documentation provided by you, we can, at our discretion, send you a replacement order.

If you need customer service regarding your order please feel free to contact us at customerservice@autokeycards.com.

Our customer service line at (904) 413-1776. Please include all your information and order number to assist our staff in serving your needs.

rev 08.01.2020

Mail Order    Contact Us    Terms of Service    Shipping & Returns

©2020 autokeycard.com

©2020 autokeycards.com

35938