This Is A Educational Video
But.... By No Stretch Of The Imagination
Does It Give You All Knowledge Required
To Manufacturer A Machine Gun
And/Or A Silencer

0:00 / 13:06


COLOMA RESALE
🔴 The Parts The ATF Wishes Never Existed
494,327 views • Nov 11, 2020

👍 20K   👎 921   ➤ SHARE   ≡+ SAVE   •••


CRS Firearms
89.3K subscribers

SUBSCRIBE

**Justin Ervin** 1 month ago (edited)
Clear your cookies and web data. AutoKeyCard.com is back up and we have a secondary site up at AutoKeyCards.com with an "s" until we get both sites pointing to our new online freedom store platform next week. 15% off sale Black Friday to Cyber Monday. Code: 15% OFF. Thank you for the support during this time. I am thankful for all of you.

👍 111  👎  ❤️   REPLY

▲ Hide 15 replies

**GETER DONE** 1 month ago
Swift link require an m4 specific lower receiver like the auto sear ?

👍  👎   REPLY

**G** 1 month ago
I highly recommend you check out Armed Scholar. California may lose its roster. 😮

👍 3  👎   REPLY

**Johnny** 1 month ago
What are these supposed to be used for? Not even sure what I'm looking at.

👍 1  👎   REPLY

**Johnny** 1 month ago
guess I should have watched the video first...

👍 2  👎   REPLY

**J C-V** 1 month ago
These penholders are awesome

👍 5  👎   REPLY

**Justin Other** 1 month ago
Where do I buy a pen holder? They are sold out and can't be put on the waiting list....

👍 2  👎   REPLY

**Justin Ervin** 1 month ago
@Justin Other They are in stock on autokeycards.com. The original single and double cards are sold out till later this week. At the bottom of the main page is an email subscription box to get updates to your inbox.

👍  👎   REPLY

**ChiTownGuerrilla** 1 month ago
@Johnny Its "art work." But if you cut it out its a part to make something really cool! Watch the video.

👍  👎   REPLY

**Deandalapanda** 1 month ago
This is so retarded on so many levels lol have fun when the ATF seizes your bank account and you have to hire a lawyer lol You'll have all the time in the world to think to yourself... "was this cash grab really worth it?" lol and as if clearing cookies and web data will do anything for privacy for you consumer base 😂😂😂😂

👍 2  👎   REPLY

**Justin Ervin** 1 month ago
@Deandalapanda The clearing of the cookies and web data is not to hide anything. It was to help those get to the new store faster while the DNS servers were updating worldwide to our new site. It helped my great customers browsers to see the new site faster. No cash grab here. I reinvest in great creators that spread the message of liberty and start other free speech businesses. It is about self sufficiency for many, not the few. Have good day and I wish you the best.

👍 5  👎   REPLY

**Lan Manbavaran** 1 month ago
@Justin Ervin I still wouldn't order these from you. If you really cared about liberty and FS than you'd be making affordable less explicit tools that desperately need supply other small manufacturing companies won't touch. These cards are a novelty, the market desperately needs more businesses making serious tools that will help citizens make military-grade automatic weapons. Stuff like this just makes you look like a glowie or grifter since they're a novelty and don't have the ...
Read more

👍  👎   REPLY

**Justin Ervin** 1 month ago
@Lan Manbavaran I am doing everything I can for free speech. If you can do anything to help please do. We are going to be launching an end of the year promotion with a significant discount till 2021 starting soon. Days away. New inventory is ready. Stay tuned.

👍 2  👎   REPLY

**Justin Ervin** 1 month ago
@Justin Other 30% off end of year sale. All in stock. Fyi.

👍 1  👎   REPLY

**nodozz2** 1 month ago
@Deandalapanda The last part of the video was just for you... 😁

👍  👎   REPLY

**A Wild Toaster** 1 month ago
Help I went to this website and now my dogs are barking at a bunch of people outside

👍 1  👎   REPLY





#wmmf #hankstrangepodcast #whomovedmyfreedom

Facebook GOA FEC Complaint ATF Honey Badger w/ PRP Walter Crump/ Hank Strange WMMF Podcast/ Ep. 653

1,316 views • Streamed live on Oct 6, 2020

152   3   SHARE   SAVE

Lifestyles of the Locked & Loaded
7.68K subscribers

SUBSCRIBE

Justin Ervin 3 months ago

Get your autokeycard dot com while you can. AR related. It only gets worse from here. Get ready. Get it and save it in your wallet. Search for it on YouTube.

REPLY

