090 0377     ATTFF 1-24-84

| DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. TYPE OF NOTICE |
|---|---|
| NOTICE OF FIREARMS MANUFACTURED OR IMPORTED<br>*(Complete in duplicate — See Instructions on reverse)* | a. FIREARMS ON THIS NOTICE ARE:<br>*(Check one)*<br>☒ MANUFACTURED<br>☐ REMANUFACTURED<br>☐ REACTIVATED<br>☐ IMPORTED *(If imported complete Items c and d)* |
| TO: The Director, Bureau of Alcohol, Tobacco and Firearms, Washington, D C 20226 | |
| The undersigned hereby serves notice of the manufacture, remanufacture, reactivation, or importation of firearms as required by section 5841 of the National Firearms Act, Title 26, U.S.C. Chapter 53. | |

| 2. PRINT NAME AND TITLE OF PERSON AUTHORIZED TO SIGN FOR A BUSINESS OR FIRM |
|---|
| Sylvia Daniel — President |

| 3. NAME AND ADDRESS *(Include trade name)* | b. NUMBER OF FIREARMS COVERED BY THIS NOTICE *(See Instruction 1/c)* |
|---|---|
| Daniel, S. W., Inc.<br>S. W. D., Inc.<br>1872 Marietta Blvd., N.W.<br>Atlanta, GA 30318 | 1 |
| | **FOR IMPORTED FIREARMS ONLY** |
| | c. IMPORTATION PERMIT NUMBER *(See Instruction 1 d on reverse)* |

| 3.a. TELEPHONE NUMBER *(Include area code)* | d. PERMIT EXPIRATION DATE |
|---|---|
| (404) 355-2641 | |

4. DESCRIPTION OF FIREARMS *(Complete all items)*

| DATE OF MANUFACTURE OR REACTIVATION *(If imported, give date released from Customs custody & manufacturer's name)(If remanufactured or reactivated, indicate name of original manufacturer)* | TYPE OF FIREARM *(Shortbarreled rifle, machine gun, destructive device, etc.)* | CALIBER GAUGE OR SIZE | MODEL | LENGTH (In.) OF BARREL | LENGTH (In.) OVERALL | SERIAL NUMBER AND OTHER MARKS OF IDENTIFICATION *(See Instructions 1/e and 1/g)* |
|---|---|---|---|---|---|---|
| a | b | c | d | e | f | g |
| 1-2-84 | Drop In Auto Connector | .22 | M15 AC | n/a | 2.340" | AC001 |
| | | | | | | |

| h. ADDITIONAL DESCRIPTION *(Use additional sheets if necessary)* | i. WHERE ARE FIREARMS KEPT? |
|---|---|
| n/a | 1872 Marietta Blvd., N.W.<br>Atlanta, GA 30318 |

| 5. FEDERAL FIREARMS LICENSE | | | 6. SPECIAL (OCCUPATIONAL) TAX STAMP | |
|---|---|---|---|---|
| LICENSE NUMBER | TYPE OF BUSINESS | EXPIRATION DATE | ATF IDENTIFICATION NUMBER | CLASS |
| 15806007L618443 | 07 | 11-1-86 | 5599 | 02 |

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this notice of firearms manufactured, remanufactured, reactivated or imported and, to the best of my knowledge and belief, it is true, correct and complete.

| 7. SIGNATURE OF MANUFACTURER OR IMPORTER *(Or authorized official shown in Item 2)* | 8. DATE |
|---|---|
| *[signature: Sylvia Daniel]* | 1-2-84 |

ATF FORM 2 (7560.2) (8-79)    EDITION OF 6-77 MAY BE USED

35772

## INSTRUCTIONS

1. Preparation of Notice of Firearms Manufactured or Imported.

    a. This form is required to effect the registration of all firearms imported, manufactured, remanufactured or reactivated by qualified Federal firearms licensees who have paid the special (occupational) tax to import or manufacture firearms.

    b. Firearms may not be described on attachment sheets. Each must be listed on ATF Form 2.

    c. A separate Form 2 must be submitted for the four categories of manufacture, remanufacture, reactivation and importation of firearms.

    d. If the importation involves more than one import permit, a separate Form 2 must be filed to report those firearms imported under each permit.

    e. Serial numbers—Sections 178.92 and 179.102 of the regulations require that an individual serial number, not duplicating any serial number placed by the manufacturer on any other firearm, must be placed on the firearm.

    f. Reactivation of an NFA firearm—Any NFA firearm (including the frame or receiver of such firearm) must be registered to the possessor in order to be lawfully possessed. A Form 2 to register a reactivated NFA firearm will not be accepted if the unserviceable firearm is not registered to the applicant. The firearm in that event, would be considered contraband and would be subject to the seizure and forfeiture provisions of the law.

    g. If a firearm being remanufactured includes a previously identified NFA frame or receiver, the serial number must be the original serial number, followed by letters identifying the remanufacturer.

    h. The signature required on both copies of this form must be entered in ink. Facsimile, photostatic or carbon signatures are not acceptable. Although typed forms are preferred, pen and ink may be used; under no circumstances will a form filled in by use of pencil be accepted.

    i. If any questions arise concerning the preparation of this form, please contact the nearest Bureau of Alcohol, Tobacco and Firearms office or call (202) 566-7021.

2. Where to File Form—Submit completed forms to the Director, Bureau of Alcohol, Tobacco and Firearms, Technical Services Division, Washington, D C 20226.

3. When to File Forms—

    a. All firearms manufactured, remanufactured or reactivated during a single day must be filed no later than the close of the next business day. (27 CFR 179.103).

    b. When firearms are imported, this form must be filed no later than 15 days from the date the firearms are released from U.S. Customs Service custody. (27 CFR 179.112).

4. Disposition of Form—The manufacturer or importer must prepare the form, in duplicate, file the original with the Director and keep the copy with the firearms records required to be retained at the premises covered by the required special (occupational) tax stamp.

5. Receipt of Form by the Director, Bureau of Alcohol, Tobacco and Firearms—

    a. The receipt of this form properly prepared and executed by a manufacturer will register the firearms listed on the form to the manufacturer, with the exception noted in item 1f. of these instructions.

    b. Timely receipt by ATF of a properly prepared and executed form and timely receipt by the ATF Regional Regulatory Administrator of a copy of ATF Form 6A (required by 27 CFR 178.112) covering the firearm(s) reported on the form by the importer, will register the listed firearms to the importer.

NFA BRANCH
1984 JAN -5 PM 3: 25
RECEIVED
ATF

ATF FORM 2 (7560.2) (8-79)

35773