############### * Google Confidential and Proprietary * ###############

Legacy YT User Name,
External User Id,LCs19aQ6qipUAImZZc3Unw
Channel URL,/channel/UCLCs19aQ6qipUAImZZc3Unw
Signup Email, (unconfirmed)
Account Creation Time,2020-07-27 09:10:08 UTC
Signup IP,231.162.60.68
Display Name,unknown
First Name,unknown
Last Name,
User Provided Country,United States
Date Of Birth,2021-01-01
Account Soft-Deletion Time,2021-02-26 00:31:44 UTC

No responsive user IP logs data.

############### * Google Confidential and Proprietary * ###############