############## * Google Confidential and Proprietary * ##############

Legacy YT User Name,
External User Id,EBLsaCfRsOU-pqAXQ0nExQ
Channel URL,/channel/UCEBLsaCfRsOU-pqAXQ0nExQ
Signup Email,justin.ervin80@gmail.com (unconfirmed)
Account Creation Time,2019-08-13 22:21:49 UTC
Signup IP,2600:1006:b10c:a879:0:4d:618:6e01
Display Name,Justin Ervin
First Name,Justin
Last Name,Ervin
User Provided Country,United States
Date Of Birth,1980-01-01
Account Soft-Deletion Time,

No responsive user IP logs data.

############## * Google Confidential and Proprietary * ##############