############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 999312440685
Name: Justin Ervin
e-Mail: 7laneproducts@gmail.com
Alternate e-Mails:

Created on: 2020-07-22 04:11:52 UTC
Terms of Service IP: 2601:345:180:df70:a956:e0b9:fe72:886f

Services: Gmail, Google Hangouts, Location History, Android, Google Calendar, YouTube

Deletion Date: 2021-02-25 09:11:56 UTC
Deletion IP: 193.56.116.66

Last Logins: 2021-02-25 09:10:12 UTC, 2021-02-25 01:16:30 UTC, 2021-02-07 09:17:47 UTC

## ACCOUNT RECOVERY

Recovery e-Mail: Justinervin80@aol.com
Recovery SMS:

## PHONE NUMBERS

Signin Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
| --- | --- | --- |
| 2021-02-25 09:11:57 UTC | 193.56.116.66 | Logout |
| 2021-02-25 09:11:40 UTC | 193.56.116.66 | Login |
| 2021-02-25 09:10:12 UTC | 193.56.116.66 | Login |
| 2021-02-25 01:18:26 UTC | 193.36.224.142 | Login |
| 2021-02-25 01:17:08 UTC | 193.36.224.142 | Login |
| 2021-02-25 01:16:30 UTC | 193.36.224.142 | Login |
| 2021-02-07 09:24:54 UTC | 45.131.192.205 | Logout |
| 2021-02-07 09:21:01 UTC | 45.131.192.205 | Login |
| 2021-02-07 09:20:56 UTC | 45.131.192.205 | Logout |

| | | |
|---|---|---|
| 2021-02-07 09:17:47 UTC | 45.131.192.205 | Login |
| 2020-12-19 20:32:56 UTC | 45.132.115.36 | Logout |
| 2020-12-19 20:32:24 UTC | 45.132.115.36 | Login |
| 2020-11-23 04:34:49 UTC | 45.132.115.120 | Logout |
| 2020-11-23 04:34:37 UTC | 45.132.115.120 | Login |
| 2020-11-18 06:40:39 UTC | 45.131.194.54 | Logout |
| 2020-11-18 06:37:42 UTC | 45.131.194.54 | Login |
| 2020-11-16 17:41:24 UTC | 45.131.193.17 | Login |
| 2020-11-09 01:52:51 UTC | 70.39.102.173 | Logout |
| 2020-11-09 01:43:53 UTC | 70.39.102.173 | Login |
| 2020-11-06 19:27:57 UTC | 70.39.102.173 | Login |
| 2020-10-26 21:48:23 UTC | 45.131.192.195 | Logout |
| 2020-10-26 19:26:14 UTC | 45.131.192.195 | Login |
| 2020-09-30 17:05:14 UTC | 73.224.88.7 | Login |
| 2020-09-30 17:03:08 UTC | 73.224.88.7 | Login |
| 2020-09-30 16:56:30 UTC | 104.238.58.88 | Login |
| 2020-09-24 17:37:00 UTC | 45.131.193.59 | Logout |
| 2020-09-24 17:33:57 UTC | 45.131.193.59 | Login |
| 2020-09-14 12:21:50 UTC | 104.238.59.180 | Logout |
| 2020-09-14 11:53:53 UTC | 104.238.59.180 | Login |
| 2020-09-10 18:04:18 UTC | 45.132.227.225 | Logout |
| 2020-09-10 18:00:44 UTC | 45.132.227.225 | Login |
| 2020-08-31 18:28:54 UTC | 193.36.225.42 | Logout |
| 2020-08-31 18:15:01 UTC | 193.36.225.42 | Login |
| 2020-08-24 18:58:54 UTC | 193.56.117.51 | Logout |
| 2020-08-24 18:54:00 UTC | 193.56.117.51 | Login |
| 2020-08-24 03:39:06 UTC | 193.56.117.51 | Logout |
| 2020-08-24 03:38:10 UTC | 193.56.117.51 | Login |

| | | |
|---|---|---|
| 2020-08-21 17:46:40 UTC | 193.56.117.51 | Login |
| 2020-08-20 18:05:12 UTC | 193.56.117.40 | Logout |
| 2020-08-20 17:41:23 UTC | 193.56.117.40 | Login |
| 2020-08-17 18:21:44 UTC | 2601:345:180:df70:4528:e4d5:e703:bdf | Logout |
| 2020-08-17 18:14:58 UTC | 2601:345:180:df70:4528:e4d5:e703:bdf | Login |
| 2020-08-15 07:02:18 UTC | 2601:345:180:df70:9884:b08c:8349:87e | Logout |
| 2020-08-15 06:58:46 UTC | 2601:345:180:df70:9884:b08c:8349:87e | Login |
| 2020-08-14 18:47:37 UTC | 2601:345:180:df70:dd6b:421:2e3c:dd0a | Logout |
| 2020-08-14 17:47:33 UTC | 2601:345:180:df70:dd6b:421:2e3c:dd0a | Login |
| 2020-08-13 15:32:10 UTC | 73.224.88.7 | Logout |
| 2020-08-13 14:47:11 UTC | 73.224.88.7 | Login |
| 2020-08-12 20:46:49 UTC | 73.224.88.7 | Logout |
| 2020-08-12 19:34:25 UTC | 73.224.88.7 | Login |
| 2020-08-12 18:22:34 UTC | 73.224.88.7 | Logout |
| 2020-08-12 18:09:11 UTC | 73.224.88.7 | Login |
| 2020-08-11 04:12:33 UTC | 73.224.88.7 | Logout |
| 2020-08-11 04:06:30 UTC | 73.224.88.7 | Login |
| 2020-08-07 20:03:31 UTC | 2601:345:180:df70:4437:b85b:eb6b:ae60 | Logout |
| 2020-08-07 15:27:22 UTC | 2601:345:180:df70:4437:b85b:eb6b:ae60 | Login |
| 2020-08-07 14:46:58 UTC | 2601:345:180:df70:4437:b85b:eb6b:ae60 | Logout |
| 2020-08-07 14:43:32 UTC | 2601:345:180:df70:4437:b85b:eb6b:ae60 | Login |
| 2020-08-07 13:04:20 UTC | 2601:345:180:df70:4437:b85b:eb6b:ae60 | Logout |
| 2020-08-07 12:54:18 UTC | 2601:345:180:df70:4437:b85b:eb6b:ae60 | Login |
| 2020-07-27 20:49:23 UTC | 2601:345:180:df70:6d93:1366:a284:1115 | Logout |
| 2020-07-27 16:23:09 UTC | 2601:345:180:df70:6d93:1366:a284:1115 | Login |
| 2020-07-27 09:14:54 UTC | 2601:345:180:df70:d7e:4b1b:b00a:c9be | Logout |
| 2020-07-27 09:10:07 UTC | 2601:345:180:df70:d7e:4b1b:b00a:c9be | Login |
| 2020-07-23 08:44:25 UTC | 2600:1006:b169:b672:0:4d:f173:fc01 | Login |

| | | |
|---|---|---|
| 2020-07-23 08:44:00 UTC | 2600:1006:b169:b672:0:4d:f173:fc01 | Login |
| 2020-07-23 01:00:32 UTC | 2600:1006:b169:b672:0:4d:f173:fc01 | Login |
| 2020-07-23 01:00:27 UTC | 2600:1006:b169:b672:0:4d:f173:fc01 | Login |
| 2020-07-23 01:00:27 UTC | 2600:1006:b169:b672:0:4d:f173:fc01 | Login |
| 2020-07-23 00:59:02 UTC | 2601:345:180:df70:288e:e357:3fc6:62ee | Logout |
| 2020-07-23 00:58:51 UTC | 2601:345:180:df70:288e:e357:3fc6:62ee | Login |
| 2020-07-23 00:58:35 UTC | 2601:345:180:df70:288e:e357:3fc6:62ee | Login |
| 2020-07-22 17:47:44 UTC | 2601:345:180:df70:a956:e0b9:fe72:886f | Login |
| 2020-07-22 14:40:03 UTC | 2601:345:180:df70:a956:e0b9:fe72:886f | Logout |
| 2020-07-22 13:47:09 UTC | 2601:345:180:df70:a956:e0b9:fe72:886f | Login |
| 2020-07-22 07:29:05 UTC | 2601:345:180:df70:a956:e0b9:fe72:886f | Logout |
| 2020-07-22 05:27:11 UTC | 2601:345:180:df70:a956:e0b9:fe72:886f | Login |
| 2020-07-22 04:15:48 UTC | 2601:345:180:df70:a956:e0b9:fe72:886f | Logout |
| 2020-07-22 04:11:52 UTC | 2601:345:180:df70:a956:e0b9:fe72:886f | Login |

############### * **Google Confidential and Proprietary** * ###############