GH 3-11-21

U.S. District Court
Middle District of Florida
Jacksonville Division

GOVERNMENT EXHIBIT

Exhibit No.: 124.1

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | RETAINED FOR EVIDENCE | 3/2/2021 | 000827 |

**DESCRIPTION OF PROPERTY**
DOCUMENTS: OTHER DOCUMENTS, RECEIPT, THE UPS STORE, LAKE, CITY, FL, TRACKING #120052X40330992804 DATED 3/2/2021

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| SW Spruce Rd Fort White FL<br>SW Spruce Rd ,<br>Fort White      FL   32038- | ERVIN, Kristopher |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 3/2/21 |
| [signature] VAULT | 3/11/21 |
| [signature] Trial | 4/8/23 |

**BAR CODE INFORMATION**

2546178

**SPECIAL INSTRUCTIONS/REMARKS**

G 30