

GJF 3-11-21

U.S. District Court
Middle District of Florida
Jacksonville Division

GOVERNMENT EXHIBIT

Exhibit No.: 124.3

Case No.: 3:21-cr-22(S4)-MMH-MCR

UNITED STATES OF AMERICA

vs.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

Date Identified: 4-12-23

Date Admitted: 4-12-23

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767060-21-0017 | RETAINED FOR EVIDENCE | 3/2/2021 | 000826 |

| DESCRIPTION OF PROPERTY |
|---|
| DOCUMENTS: OTHER DOCUMENTS, RECEIPT, COMMUNITY FIRST DATED 3/1/2021, CASH WITHDRAWL OF $3000.00 |

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| SW Spruce Rd Fort White FL SW Spruce Rd, Fort White FL 32038- | ERVIN, Kristopher |

### CHAIN OF CUSTODY

| SIGNATURE | DATE |
|---|---|
| [signature] | 3/2/21 |
| [signature] VAULT | 3/11/21 |
| [signature] Trial | 4/8/23 |

### BAR CODE INFORMATION
2546173

6-30

SPECIAL INSTRUCTIONS/REMARKS