# COMMUNITY FIRST
Credit Union

```
Acct XXXXXXX09           ERVIN,KRISTOPHER
Eft: 03/01/21            Date: 03/01/21
Tlr: 2110                       10:28am
```

---

```
Withdraw from  ADVANTAGE CHECKING 80
Prev Bal:                      6,202.22
Amount:                        3,000.00
New Bal:                       3,202.22
Seq:                           #845283

Acct XXXXXXX09
Avail Bal S80                  3,202.22
```

---

```
Cash Dispense Clearing        -3,000.00
Ref number:                         022
```

---

Cash Received by

```
ID Source:
☐ Drv Lic    _____
☐ SigCard    _____
☐ Known
☐ Other      _____
```

Switch to a better checking account.