1

TRANSCRIPT OF "Important Development"
Posted to CRS Firearms YouTube channel on February 16, 2021

MH = MATTHEW RAYMOND HOOVER

US = UNIDENTIFIED SPEAKERS

MH: All right. So update on the ammo shortage. Last time I made a video it was right here, when ammunition was about 25 percent over normal cost, and I was like, hey, buy as much as you can because this is not a short-term shortage and it's gonna go up. The whole entire shortage is probably gonna last four to six years just because of how high the demand is, throwing rough-ball figures out there, what production is like, how long it will take to meet that demand. Well, now we're right here and it's time to make the next video.

This video is sponsored by autokeycard.com. Very big sponsor of the channel. And if you don't feel comfortable ordering those, uh, you can do it anonymously. You can just go to the library, print off this little order form right here, put that in an envelope, put cash or a money order in that envelope, have it shipped to your anti-gun relative, pick up your package there; no FBI watch list for you. Don't forget to show my sponsor some love, autokeycard.com.

Because ammunition, gun supply, stuff like that is just like the stock market. There's a lot of money to be made by even buying and selling just your personal stuff. Now, to actually get in the buying and selling business, you gotta have an FFL. The difference is when I buy something, I buy it with the intent to sell. Because we're at a shortage and you bought your stuff for personal use, you just maybe decide right

33897

1   now that you have a little bit of extra you want to spare, that is totally
2   legal because you did not buy it with the intent to sell.
3   If I go into a local gun shop without an FFL and I buy a box of .223
4   knowing I'm gonna turn around and sell it on GunBroker, that would be
5   illegal because you're buying and selling of firearms and ammunition,
6   that requires an FFL.  However, you guys are not in that situation
7   because everything you bought was for your personal use; you're just
8   deciding to sell it right now.
9   So why the video is so important right now is because guns and
10  ammunition, again, is like the stock market.  GunBroker is where we go
11  to trade.  So when I had you buy it, it was at 25 percent over cost.
12  Hopefully all you guys bought as much as you can because the
13  shortage has come.  Now, what's important right now, I believe we're at
14  a plateau.  Typically – now, this is just going off of the data I'm
15  observing.  Tomorrow a politician could get on the TV, say something
16  that could totally change this all.  They could spike the market up or
17  they could totally crash the market.
18  So typically how it would work is – so the last panic was 2013.  When
19  we got into 2019, this line right here represents normal pricing.  We
20  were below that.  There was a surplus being made because you don't
21  want to just fire people in your ammunition factory.  You gotta keep
22  making surplus.  You start selling bulk ammunition.  The price falls.
23  Well, the plandemic hit, prices started to spike because people could
24  smell bullshit and, well, when people can smell bullshit, they panic and
25  they start buying stuff.  Surplus was gone.  We were sitting at normal

1   price. Lockdown happened, we jumped up to about 25 percent over
2   price because, okay, so now that's going crazy. Then all the civil unrest
3   happened and it peaked up. Right now, .556 ammo – now, this is just
4   rough, looking at a whole bunch of numbers, doing rough ball – ballpark
5   figures in my head.
6   Each auction is getting about 15 bids. That's way down. They were
7   going up as like 50 and 60 bids before. But it's still at three times over
8   normal cost. So the price hasn't dropped yet, but the amount of bidders
9   on each individual item has fallen drastically. So what that's signaling is
10  we're about to see a price decrease. They call it short-selling in the
11  stock market, but you could most definitely do the same exact thing.
12  Now, will supplies get back up to where they are? We'll get to that in a
13  second – or where they were. So right now it is selling for about 95
14  cents a round. That's on average about three times the normal cost
15  and that's where we're sitting at right now. But the amount of bidders
16  on each individual auction is dropping drastically. Which means –
17  because it's an auction, which means it's gonna go up to the amount of
18  demand – it looks like we're at a plateau and we're about to drop in
19  ammunition price.
20  Now, that is not the same case for powders and primers. Powder is
21  about three times the cost, but on average, it's getting at least 35 bids
22  per auction. So powder is still gonna climb. Now is not the time to buy
23  powder. Primers, about 20 to 30 bids, so they're probably leveling off.
24  A lot of that has to do with somebody just dropped somewhere between
25  like 50,000 and 100,000 primers on the open market. So that caused a

1     huge down-sweep, but it's selling for about six times what it was.  That
2     could also be the case that it's six times for what it was, so primers may
3     be plateauing out.
4     Powder's still going up.  Do not buy powder right now.  But ammunition
5     is definitely on a downswing.  Primers, it's hard to tell if we're still right
6     here in the plateau or if we're right here and it's about to fall.  Again, the
7     market just got screwed up because somebody dropped like 50,000
8     primers on there.  And that's why you can't find ammunition on the shelf
9     right now either.  Yes, big-box stores don't have a choice.  They can't
10    dump their supplies on GunBroker.  These little shops, they most
11    certainly can.
12    So when I get my shipment of ammunition in, do I throw it on the shelf
13    and put a little markup on there and still have customers bitch about it,
14    or do I dump it on GunBroker at between 325 percent to 350 percent
15    profit?  Well, that answer's there for you.  And they're gonna continue to
16    dump it on GunBroker until the ammunition curve swings down.  Then
17    once they stop dumping it on GunBroker, you'll start to see each
18    individual little shop get ammunition in, it'll start to pile up, and that will
19    also drive the price down.  Ultimately the price of ammunition is gonna
20    fall down to right here.
21    So the whole point of this video is because it really looks like the
22    evidence is pointing to where we're gonna start seeing a downswing, if
23    you have extra surplus and you dump it right now, even if it just turns to
24    normal ammunition prices, ultimately you will triple your ammunition
25    supply.  If it drops down to here, which I think it's going to – now, this is

1   gonna be over the period of the next three years – but if you're willing to
2   wait that long, you could buy like 10 or 20 times the ammunition you got
3   with the money you make from selling your ammunition right now, if that
4   makes sense.
5   Plus, if a whole bunch of you guys dump ammunition on GunBroker, it's
6   gonna drive the price down even more, which will force shops to stop
7   selling it on GunBroker, which will drive it down even more, and
8   ultimately we may wind up getting cheaper ammunition than we had in
9   the middle of 2019.  But again, you gotta manipulate the market, and
10  we most definitely can manipulate the market.  If everybody starts
11  dumping ammunition on there and you're only getting like one or two
12  bids per item, yeah, you're good to go.  And currently you'll be able to
13  sell your ammunition, .223 specifically, for about 95 cents a round.
14  Now, after this video drops, it'll probably drop down to 90 cents
15  because I'm assuming some of you guys – now, I know it's really hard
16  to sell ammunition 'cause you're like, "Well, I got it right now.  Why
17  would I want to put myself in a situation where I might need it later?"
18  But you gotta think about it in terms of "I will get more if I sell my
19  surplus right now."  You want to have enough ammunition to last you
20  for three to four years.  If you got more than that, most definitely you
21  should dump some on GunBroker right now and make a killing.  You'll
22  get three times the normal price.  Plus, if you save that money, you get
23  three times the normal price, even when it just turns down to normal
24  inventory, you're gonna get three times the ammunition you had by
25  dumping it right now.  And if you wait even longer, you'll get somewhere

33901

1   between like six and 12 times the ammunition you just sold on

2   GunBroker.

3   But again, we're just talking about surplus.  I'm not saying that you

4   should go pull the mag out of your AR and dump those 30 rounds on

5   GunBroker.  Again, don't buy powder 'cause that's still on the upswing

6   and you're gonna lose your ass.  Primers it's hard to tell 'cause, I mean,

7   it's still 20 to 30 bids per auction.  Like I said, that could just be the

8   beginning of the plateau because that's about when, uh, .556 started to

9   plateau off, was about 20 to 30 bids, and then the amount of bidders

10  per auction kept falling, kept falling.  And I believe we're like right, right

11  on the apex for maximum profit.

12  So I hope this video had helped you out.  Yes, we are still looking at

13  another three to five years of a shortage.  So keep that in mind.  When

14  you find good deals, you should buy it up.  But that shortage is just

15  gonna keep snowballing until the GunBroker price drops down cheap

16  enough to where it is no longer beneficial for gun shops like this to

17  dump their ammunition on there.  Because the ammo's still coming in,

18  but there's no way in hell a gun shop's gonna throw it on the shelf.  We

19  do so we have something for people to come in here and buy 'cause it's

20  terrible when there's absolutely nothing to buy.  But most gun shops,

21  they're not going to because why would they want to?  325 to 350

22  percent profit on ammo?  Hell, yeah, it's going on GunBroker.  So it just

23  keeps snowballing because the shelves keep bare.  It keeps people

24  panicked, keeps people buying ridiculous prices on GunBroker, just

25  keeps going over and over and over and over again.

33902

1   But anyway, appreciate you watching my video.  If you'd like to help
2   support the channel, got my Patreon right there.  I also have affiliate
3   links in the description down below.  Even if you don't buy what the link
4   is for, just clicking on that link and then buying the Amazon shit you
5   were gonna buy anyway, I get a little kickback for it because you came
6   there off my channel.  Thank you for watching.  Don't forget to
7   subscribe.
8   And right there is my very first mistake.  It's not the action I wanted, but
9   it's the action I can get.
10  US1:   Oh, that's real good.
11  MH:    My house had got broken into.
12         It's not the action I wanted, but it's the action I can get.
13  US2:   What a guy.
14                         (CONCLUSION OF VIDEO)

33903