**Subject:** Re: Mail-In Order (2 in 1)
**From:** C L <                    >
**Date:** 1/14/2021, 4:30 PM
**To:** customerservice <customerservice@autokeycard.com>

Hi, thank you for the quick response. However, after further research it appears that this business card may not be compatible with my wallet. From my understanding this only fits inside a smaller hobby wallet and not a full sized professional business wallet correct? The back side of the business wallet is too long, and I need the wallet with the shorter backside?

Please let me know if my understanding is correct. Thank you.

On Thursday, January 14, 2021, 6:49:48 PM EST, customerservice <customerservice@autokeycard.com> wrote:

Hi there,

How many 2in1 would you like to order? We always take care of our great customers, so we will set aside the inventory for your mail in order.

Sincerely,

AutoKeyCard.com

> On Jan 14, 2021 at 6:04 PM, C L <                    > wrote:
>
> Hi, I was interested in the 2 in 1 via Mail In Order. I wanted to reach out and confirm that it is stocked? I didn't want to be in a situation if inventory is low where it goes out of stock by the time my order arrives. Please advise. Thank you.