FILED IN OPEN COURT
4-21-23
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Case No. 3:21-cr-22(S4)-MMH-MCR

Plaintiffs,

v.

KRISTOPHER JUSTINBOYER ERVIN,

Defendants.

## EXHIBIT LIST

☐ Government  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Court  ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Composite Exhibit 1 | | | Hooker/Ervin | AutoKeyCard Website Printout (bates 20-27) |
| 2a | | | Hooker/Ervin | AutoKeyCard Order Form (bates 87) |
| 2b | | | Hooker/Ervin | Money Order for AutoKeyCard (bates 88) |
| 3a | | | Hannon/Ervin | AutoKeyCard Order Form (bates 172) |
| 3b | | | Hannon/Ervin | AutoKeyCard Order Photograph (bates 173) |
| 3c | | | Hannon/Ervin | AutoKeyCard Order Shipping Information (bates 174, 175, 177, 178) |
| 3d | | | Hannon/Ervin | Money Order for AutoKeyCard (bates 176) |

| | | | |
|---|---|---|---|
| Composite Exhibit 4 | | Hooker/Ervin | Photographs from Search Warrant (bates 1178-1321) |
| Composite Exhibit 5 | | FRE 803(6) & 902(11)/Hooker/Ervin | Photographs, Messages, and Metadata from Instagram (bates 1400-1420) |
| 6 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1429) |
| 7 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Messages and Metadata (bates 1562, 1563) |
| 8 | 4-17-23 4-17-23 | FRE 803(6) & 902(11)/Hooker/Ervin | Photographs, Messages, and Metadata from Instagram (bates 1707) |
| 9 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1735) |
| 10 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1741) |
| 11 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1744) |
| 12 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1770) |
| 13 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1788) |
| 14 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1810) |
| 15 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 1830) |
| 16 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 2418) |
| 17 | | FRE 803(6) & 902(11)/Hooker/Ervin | Instagram Message and Metadata (bates 2430) |

| 18a | | | Hannon/Ervin | AutoKeyCard Order Form (bates 3135) |
|---|---|---|---|---|
| 18b | | | Hannon/Ervin | AutoKeyCard Order Photograph (bates 3136) |
| Composite Exhibit 19 | | | Hannon/Ervin | Photographs from Postal Seizure (bates 3437-76) |
| 20 | | | Ruiz/Ervin | Text Messages between Ruiz and Ervin (bates 4079-4091) |
| 21 | | | Clarkson/Ervin | Text Messages between Clarkson and Ervin (bates 4101-4112) |
| 22 | | | FRE 803(6) & 902(11)/Hooker/Ervin | Email between autokeycard@autokeycard.com and admin@autokeycard.com (bates 4997) |
| 23 | | | FRE 803(6) & 902(11)/Hooker/Ervin | Shopify Approval Email (bates 5038-5839) |
| 24 | | | FRE 803(6) & 902(11)/Hooker/Ervin | Email from Matt Hoffman (bates 6763) |
| 25 | | | FRE 803(6) & 902(11)/Hooker/Ervin | Email correspondence with Eugeniuzs Kuriata (bates 10363) |
| 26 | 4-12-23 | 4-12-23 | FRE 803(6) & 902(11) | Community First Credit Union Account Notes (bates 34527-34530) |
| 27 | | | FRE 803(6) & 902(11) | Community First Credit Union CTR filed 12/28/2020 (bates 34531-34536) |
| 28 | | | Hooker/Ervin | AutoKeyCard T-shirt |