**Instagram Business Record** — Page 96

- **User** lukexrogers78 (1796061431) [Luther Rogers (Luke)]
- **Id** 17901839566795477
- **Date Created** 2021-03-11 00:47:35 UTC
- **Status** 0
- **Text** F' the ATF!

- **User** lukexrogers78 (1796061431) [Luther Rogers (Luke)]
- **Id** 17865110978394645
- **Date Created** 2021-03-11 00:47:34 UTC
- **Status** 0
- **Text** F' the ATF!

**Image**



- **Photo ID** 2515760292578719600
- **Id** 2515760292578719600
- **Taken** 2021-02-23 23:13:38 UTC

01707