02/09/2021

Account 0001643009 Notes

auth pri ci inq abt text fraud alert
enrollment message and merchants
advising card not accepted .... mbr
enrolled in text fraud alerts, adv is
not an alert itself only gives
permission to use text msgs for fraud
alerts, no recent declines on vcc,
confirmed reissue has been ordered and
vcc is good thru end of month
SD

**COMMUNITY FIRST**
Credit Union
PO Box 2600
Jacksonville, FL 32232

**12/28/2020  4:36p User  310**
mbr wanted to deposit a money order for
$100 and it was payable to Auto Key Card
which is a product that he sells. when
told we couldn't take the chk the way it
was payable his whole attitude changed
and said we wouldn't be getting his
business account, mortgages, loans etc.
he then wanted to take all his money out
in cash. we told him it would need to be
a special order and it wouldn't be avail
until the end of next week then he
continued to change his dollar amount of
what we would give to him. I told him
$10k, he said ok then said no give me
$9k and I'll just come back everyday or
try other branches until I get it. I
told him there's no guarantee other
branches will have it avail.

**11/27/2020 12:53p User 1954**
auth pri ci regarding denied debit card
trans-trf to Fiserv-SB

**11/25/2020  4:42p User 2104**
auth pri ci advised they recieved alert
for debit card. advised they responded
yes and was able to confirm that
purchases went through. advised member
that as long as they respond yes their
trans will auto override. also verified
card not blocked will be able to use
limit of $6,000 for POS purchases.
-cs

**11/24/2020 12:59p User 1986**
Name Revision Notes
REMOVING JT FROM ACCT, VERIFIED NO CARDS
ARE OPEN.  AS/1986

**Page 1**

34527

02/09/2021

**Account 0001643009 Notes**
**07/20/2020  9:58a User  310**
mbr came in to "get into his OLB" and
when taylor asked to verify his info
with his ID and update his employer etc
he lost it saying why did it matter and
that he didn't want to give that info
and for us to type in strippers and
cocaine. and I told him we aren't doing
that. he refused and just kept saying
the same thing and I walked over to
get the user ID for him and he walked
out stating he was just going to call it
a day and that we are always the
problem. mbr stated he had a biz acct
with us and also stated that he plans on
running business funds thru his personal
acct and that's why he wanted his OLB



**COMMUNITY FIRST**
Credit Union
PO Box 2600
Jacksonville, FL 32232

**07/20/2020  9:52a User  2080**
Name Revision Notes
verified account information

**03/14/2019 10:40a User  204**
Auth pri ci to get bal on acct very
upset because his debit cards trans
decl, adv of bal , ret due to NSF, Large
Cap One pmt posted.

**02/23/2019  2:29p User  806**
FIS QUALIFILE OFAC RESULT: PASSED OFAC T
RANSACTION ID: 1871501022

**02/23/2019  2:29p User  806**
FIS QUALIFILE ID VERIFICATION RESULT: PA
SSED ID VERIFICATION TRANSACTION ID: 163
3890015

**02/23/2019  2:29p User  806**
FIS QUALIFILE DECISION: ACCEPT FIS QUALI
FILE SCORE: 0812 CHEXID: 19BN47900677 SS
N VALIDATION: BECAME AVAILABLE FOR ISSUA
NCE IN 1984 IN GA                SSN:Y
RECOMMENDED ACTIONS: NONE

**02/23/2019  2:29p User  806**
SARKESE, AMY (2/23/2019 2:18:25 PM EST):
FIS QUALIFILE REPORT PULLED FOR KRISTOP
HER JUSTINBOYER ERVIN:

**02/23/2019  2:29p User  806**
SARKESE, AMY (2/23/2019 2:18:25 PM EST):
OFAC CHECK RUN FOR KRISTOPHER J ERVIN.
RESULT: PASS.

**02/23/2019  2:29p User  806**
SYSTEM (2/23/2019 2:18:39 PM EST): NOTE:
OFAC PASSED -- APPLICANT (KRISTOPHER J
ERVIN) CREDIT REPORT DOES NOT CONTAIN OF
AC WARNING.

34528

02/09/2021

**Account 0001643009 Notes**

**02/23/2019  2:29p User  806**
SYSTEM (2/23/2019 2:18:39 PM EST): NOTE
: FRAUD PASSED -- APPLICANT (KRISTOPHER
J ERVIN) CREDIT REPORT DOES NOT CONTAIN
FRAUD WARNING.

**COMMUNITY
FIRST**
Credit Union
PO Box 2600
Jacksonville, FL 32232

**02/23/2019  2:29p User  806**
SYSTEM (2/23/2019 2:18:39 PM EST): CRED
IT REPORT(S) FROM EXPERIAN FOR KRISTOPHE
R J ERVIN DRAWN FROM INFORMATION OTHER T
HAN SSN.

**02/23/2019  2:29p User  806**
SYSTEM (2/23/2019 2:18:39 PM EST): CREDI
T REPORT CONTAINS WARNINGS: 1. *** NO RE
CORD FOUND ***

**02/23/2019  2:29p User  806**
SYSTEM (2/23/2019 2:18:39 PM EST): ERROR
GETTING MLA STATUS FOR ERVIN, KRISTOPHE
R J: MLA SEARCH NOT ALLOWED FOR THIS REQ
UEST

**02/23/2019  2:29p User  806**
FIS QUALIFILE OFAC RESULT: PASSED OFAC T
RANSACTION ID: 1871501478

**02/23/2019  2:29p User  806**
FIS QUALIFILE ID VERIFICATION RESULT: PA
SSED ID VERIFICATION TRANSACTION ID: 163
3890493

**02/23/2019  2:29p User  806**
FIS QUALIFILE DECISION: ACCEPT FIS QUALI
FILE SCORE: 0784 CHEXID: 19BN48210518 SS
N VALIDATION: BECAME AVAILABLE FOR ISSUA
NCE IN 1968 IN FL                SSN:Y
RECOMMENDED ACTIONS: NONE

**02/23/2019  2:29p User  806**
SARKESE, AMY (2/23/2019 2:23:35 PM EST):
FIS QUALIFILE REPORT PULLED FOR KRIS A
ERVIN:

**02/23/2019  2:29p User  806**
SARKESE, AMY (2/23/2019 2:23:36 PM EST):
OFAC CHECK RUN FOR KRIS A ERVIN.  RESUL
T: PASS.

**02/23/2019  2:29p User  806**
SYSTEM (2/23/2019 2:23:44 PM EST): NOTE:
OFAC PASSED -- APPLICANT (KRIS A ERVIN)
CREDIT REPORT DOES NOT CONTAIN OFAC WAR
NING.

**02/23/2019  2:29p User  806**
SYSTEM (2/23/2019 2:23:44 PM EST): NOTE
: FRAUD PASSED -- APPLICANT (KRIS A ERVI
N) CREDIT REPORT DOES NOT CONTAIN FRAUD
WARNING.

34529

02/09/2021

**Account 0001643009 Notes**

**02/23/2019 2:29p User 806**
SYSTEM (2/23/2019 2:23:44 PM EST): CREDI
T REPORT(S) FROM EXPERIAN REPORT MULTIPL
E SSNS FOR: KRIS A ERVIN. CREDIT REPORT(
S) FROM EXPERIAN REPORT MULTIPLE NAME AL
IASES FOR: KRIS A ERVIN.

**02/23/2019 2:29p User 806**
SYSTEM (2/23/2019 2:23:44 PM EST): ERROR
GETTING MLA STATUS FOR ERVIN, KRIS A: M
LA SEARCH NOT ALLOWED FOR THIS REQUEST

**02/23/2019 2:29p User 806**
SARKESE, AMY (2/23/2019 2:30:21 PM EST):
MEMBER ACCOUNT SUCCESSFULLY CREATED: 16
43009

**02/23/2019 2:29p User 806**
SARKESE, AMY (2/23/2019 2:30:21 PM EST):
SHARE ACCOUNT SHARE WITH SUFFIX 0 CREAT
ED SUCCESSFULLY

**02/23/2019 2:29p User 806**
SARKESE, AMY (2/23/2019 2:30:22 PM EST):
SHARE ACCOUNT ADVANTAGE CHECKING WITH S
UFFIX 80 CREATED SUCCESSFULLY



**COMMUNITY FIRST**
Credit Union
PO Box 2600
Jacksonville, FL 32232

34530