UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED IN OPEN COURT**
4-21-23
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                  Case No.: 3:21-cr-22(S4)-MMH-MCR-1

KRISTOPHER JUSTINBOYER ERVIN

## VERDICT

1. With regard to Count One of the Indictment, which charges the Defendant with conspiracy to transfer unregistered machinegun conversion devices, we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

    NOT GUILTY \_\_\_\_\_     GUILTY  ✓

2. With regard to Count Two of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials D.S., we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

    NOT GUILTY \_\_\_\_\_     GUILTY  ✓

3. With regard to Count Three of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials J.M., we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_    GUILTY ✓

4. With regard to Count Four of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials R.D., we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_    GUILTY ✓

5. With regard to Count Five of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials S.D., we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_    GUILTY ✓

6. With regard to Count Six of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials J.A., we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_    GUILTY ✓

7. With regard to Count Seven of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials R.W., we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_    GUILTY ✓

8. With regard to Count Eight of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials A.O., we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_    GUILTY ✓

9. With regard to Count Nine of the Indictment, which charges the Defendant with structuring, and attempting to structure, currency transactions for the purpose of evading currency transaction reporting requirements, we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_\_   GUILTY ✓

10. With regard to Count Ten of the Indictment, which charges the Defendant with possessing unregistered machinegun conversion devices on or about February 22, 2021, we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_\_   GUILTY ✓

11. With regard to Count Eleven of the Indictment, which charges the Defendant with possessing unregistered machinegun conversion devices on or about February 24, 2021, we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_\_   GUILTY ✓

12. With regard to Count Twelve of the Indictment, which charges the Defendant with possessing unregistered machinegun conversion devices on or about March 2, 2021, we, the Jury, find KRISTOPHER JUSTINBOYER ERVIN:

NOT GUILTY \_\_\_\_\_  GUILTY __✓__

SO SAY WE ALL, this 21 day of April, 2023.