UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:   3:21-cr-00022-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER
_____/

**UNOPPOSED MOTION TO CONTINUE
DEADLINE TO FILE MOTION FOR JUDGMENT OF ACQUITTAL**

COMES NOW the Defendant, Kristopher Ervin, by and through his undersigned counsel, and hereby moves this Honorable Court to permit the undersigned counsel for an extension of the deadline to file a Motion for Judgment of Acquittal, and in support hereof, further states as follows:

1. On April 28, 2023, counsel for Defendant Hoover filed an Unopposed Motion to Continue Deadline to File Motion for Judgment of Acquittal, and for Leave of Court to File a Motion in Excess of Twenty-Five Pages (hereinafter "Unopposed Motion") (Doc. 268).

2. On May 1, 2023, the Court granted Hoover's Unopposed Motion, with a due date of May 19, 2023 (Doc. 269).

3. Defendant Ervin intends to join the legal argument in Mr. Hoover's intended Motion for Judgment of Acquittal and joins in the relief sought in Hoover's Unopposed Motion.

4. However, Mr. Ervin does not need more than twenty-five pages to address the issues that will not be addressed in Mr. Hoover's Motion for Judgment of Acquittal and only requests to join his Unopposed Motion to the extent that it extends the motion deadline.

5. The current deadline to file a Motion for Judgment of Acquittal is May 5, 2023.

6. For reasons set forth in the Unopposed Motion, Defendant Ervin requests the same relief sought therein, that is, an extension of the current deadline to file a post-conviction relief motion to May 19, 2023.

7. Undersigned counsel has conferred with Assistant United States Attorney Laura Taylor, Esq., who has permitted counsel to inform this Honorable Court that the Government does not oppose the relief requested in the instant motion.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion and enter an order permitting the undersigned counsel to file a Motion for Judgment of Acquittal on or before May 19, 2023.

Respectfully submitted,

**Monroe & King, P.A.**

　/s/ Alex King　
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 3rd day of May, 2023.

　/s/ Alex King　
ATTORNEY