UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                          Case No. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

### O R D E R

**THIS CAUSE** is before the Court on the Unopposed Motion to Continue Deadline to File Motion for Judgment of Acquittal (Dkt. No. 270; Motion) filed on May 3, 2023. In the Motion, counsel for Defendant Ervin seeks an extension of the deadline to file a motion for judgment of acquittal. See Motion at 1. Counsel for Defendant Ervin represents to the Court that counsel for the United States does not object to the relief requested in the Motion. See id. at 2. Accordingly, it is

**ORDERED:**

1. The Unopposed Motion to Continue Deadline to File Motion for Judgment of Acquittal (Dkt. No. 270) is **GRANTED**.

2. Defendant Ervin shall have up to and including **May 19, 2023**, to file a motion for judgment of acquittal.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of May, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record