UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTIONS FOR JUDGMENT OF ACQUITTAL**

The United States of America hereby requests the Court grant this Motion to Extend Time to Respond to Defendants' Motions for Judgment of Acquittal (Docs. 273 & 274), which were filed on May 19, 2023. The government requests an additional two weeks for its responses, that is, for the Court to extend the due date to June 16, 2023.

In support of this motion, the government states that it is necessary to obtain a copy of the trial transcript in order to properly respond to defendants' arguments. The trial consisted of 9 trial days, and the transcripts will take approximately two weeks to be prepared. Thus there is inadequate time to for the government to obtain the transcripts and use them in preparation of its response absent extension of the current response deadline.

On May 25, 2023, the undersigned conferred via email with counsel for both defendants, who advised that they do not oppose this motion.

WHEREFORE, the government request that this Court extend the deadline for the government to file its responses to the defendants' motions until June 16, 2023.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   s/ *Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: Laura.C.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Alex King, Esq.
> > *Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
> Zachary Z. Zermay
> Matthew LaRosiere
> > *Counsel for defendant MATTHEW RAYMOND HOOVER*

                                              *s/ Laura Cofer Taylor*
                                              LAURA COFER TAYLOR
                                              Assistant United States Attorney