1          UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
2              JACKSONVILLE DIVISION

3   UNITED STATES OF AMERICA,        Case No. 3:21-cr-22(S4)-MMH-MCR

4        Plaintiff,                   April 14, 2023

5   v.                               9:08 a.m. - 2:54 p.m.

6   KRISTOPHER JUSTINBOYER ERVIN     Courtroom 10B
    and MATTHEW RAYMOND HOOVER,
7
         Defendants.
8   _____

9
                          **JURY TRIAL**
10                       **(VOLUME 5 of 9)**

11
            BEFORE THE HONORABLE MARCIA MORALES HOWARD
12               UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19  OFFICIAL COURT REPORTER:

20        Katharine M. Healey, RMR, CRR, FPR-C
          PO Box 56814
21        Jacksonville, FL 32241
          Telephone: (904) 301-6843
22        KatharineHealey@bellsouth.net

23

24                      (Proceedings reported by stenography;
                        transcript produced by computer.)
25

```
 1                    A P P E A R A N C E S

 2

 3   COUNSEL FOR THE GOVERNMENT:

 4     LAURA C. TAYLOR, ESQUIRE
       DAVID MESROBIAN, ESQUIRE
 5     United States Attorney's Office
       300 North Hogan Street, Suite 700
 6     Jacksonville, FL 32202

 7

 8   COUNSEL FOR DEFENDANT ERVIN:

 9     ALEX KING, ESQUIRE
       Monroe & King, P.A.
10     1805 Copeland Street
       Jacksonville, FL 32204
11

12
     COUNSEL FOR DEFENDANT HOOVER:
13
       ZACHARY Z. ZERMAY, ESQUIRE
14     Zermay Law
       1762 Windward Way
15     Sanibel, FL 33957

16   - A N D -

17     MATTHEW LAROSIERE, ESQUIRE
       6964 Houlton Circle
18     Lake Worth, FL 33467

19

20

21

22

23

24

25
```

1                            I N D E X

2                                                        PAGE

3   GOVERNMENT'S WITNESSES:

4   **LYNDSEY BUTLER**

5     DIRECT EXAMINATION (CONTINUED) BY MR. MESROBIAN......... 8

6

7

8

9                          E X H I B I T S

10  ADMITTED IN EVIDENCE                                    PAGE

11    GOVERNMENT'S EXHIBITS 1-12............................ 27

12    GOVERNMENT'S EXHIBITS 1A-12A.......................... 27

13    GOVERNMENT'S EXHIBITS 14-16........................... 27

14    GOVERNMENT'S EXHIBITS 14A-16A......................... 27

15    GOVERNMENT'S EXHIBIT 17.1............................. 92

16    GOVERNMENT'S EXHIBIT 17.1A............................ 92

17    GOVERNMENT'S EXHIBIT 17.2............................. 92

18    GOVERNMENT'S EXHIBIT 17.2A............................ 92

19    GOVERNMENT'S EXHIBIT 17.3............................. 92

20    GOVERNMENT'S EXHIBIT 17.3A............................ 92

21    GOVERNMENT'S EXHIBIT 68............................... 16

22    GOVERNMENT'S EXHIBIT 69............................... 21

23    GOVERNMENT'S EXHIBIT 70............................... 21

24    GOVERNMENT'S EXHIBIT 71............................... 14

25    GOVERNMENT'S EXHIBIT 73............................... 16

1                          E X H I B I T S

2    ADMITTED IN EVIDENCE                                      PAGE

3     GOVERNMENT'S EXHIBIT 97................................ 12

4     GOVERNMENT'S EXHIBITS 97A-97D......................... 12

5     GOVERNMENT'S EXHIBIT 98................................ 12

6     GOVERNMENT'S EXHIBITS 98A-98E......................... 12

7     GOVERNMENT'S EXHIBIT 99................................ 12

8     GOVERNMENT'S EXHIBITS 99A-99D......................... 12

9     GOVERNMENT'S EXHIBIT 100.............................. 99

10    GOVERNMENT'S EXHIBIT 117.............................. 106

11    GOVERNMENT'S EXHIBIT 123.............................. 16

12    GOVERNMENT'S EXHIBIT 125.............................. 27

13    GOVERNMENT'S EXHIBIT 125A............................. 27

14

15

16

17

18

19

20

21

22

23

24

25

1          P R O C E E D I N G S

2    April 14, 2023                              9:08 a.m.

3                        -   -   -

4        (All parties present.  Jury not present.)

5            COURT SECURITY OFFICER:  All rise.  This Honorable

6    Court is back in session.

7            Please be seated.

8            THE COURT:  All right.  We are back on the record in

9    Case No. 3:21-cr-22(S4)-MMH-MCR, United States of America vs.

10   Kristopher Justinboyer Ervin and Matthew Raymond Hoover.

11           Ms. Taylor and Mr. Mesrobian and Agent Slosson are

12   here for the United States.

13           Mr. King and Mr. Ervin are in the courtroom.

14           Mr. Larosiere, Mr. Zermay, and Mr. Hoover are in the

15   courtroom.

16           Do we need to address anything before I bring the

17   jury in?

18           MR. MESROBIAN:  One thing, Your Honor.  Just so the

19   Court doesn't think I'm forgetting something, we aren't going

20   to introduce Government Exhibit 13 after reviewing the content

21   in there, regardless of any objection.

22           There were some statements in that video that I

23   thought might be interpreted by a juror as casting aspersions,

24   potentially, on Mr. King or someone that he works with.  So

25   we're just -- we'll discuss that video with the witness, but

1    I'm not going to introduce it.

2              Other than that, no, Your Honor.

3              THE COURT:  Okay.

4              Anything from defense counsel?

5              MR. KING:  No, Your Honor, just to remind the Court

6    to remind the jury about Tuesday.

7              THE COURT:  Yes.

8              MR. KING:  Remind the jury about Tuesday.

9              THE COURT:  And Ms. Wiles gave me a note as well.

10   Thank you.  I appreciate that.  I need all the reminders I can

11   get.

12             Mr. Larosiere, or Mr. Zermay?

13             MR. ZERMAY:  No, Your Honor.

14             THE COURT:  Okay.

15             Do we have Ms. Butler?

16             MR. MESROBIAN:  Yes, Your Honor.  She's outside.

17             THE COURT:  Can we get her on the witness stand.

18             And you can go ahead and start rounding up the

19   jurors.

20        (Witness enters the courtroom.)

21             THE COURT:  And Ms. Butler, you talk really fast.

22   You were really challenging my court reporter yesterday.  So

23   please make an effort to slow down, okay?

24             THE WITNESS:  I will.

25             THE COURT:  I know it's hard because it's just

1    natural, but it's a challenge.  So if you will just try to slow

2    down a little bit.

3            THE WITNESS:  I will.

4            THE COURT:  You can -- well, you're going to have to

5    stand up for the jury, so do whatever you want.

6        (Pause in proceedings.)

7            THE COURT:  A juror went to the restroom, so . . .

8            MR. KING:  Your Honor, could I just have a moment

9    with counsel?

10           THE COURT:  I'm a little confused.  Who's handling

11   this witness for Mr. Hoover?

12           MR. ZERMAY:  I am, Your Honor.

13           THE COURT:  Didn't Mr. Larosiere start --

14           COURT SECURITY OFFICER:  All rise for the jury.

15           THE COURT:  That's fine.

16       (Jury enters, 9:12 a.m.)

17           COURT SECURITY OFFICER:  Please be seated.

18           THE COURT:  All right.  Good morning, ladies and

19   gentlemen.  We're going to continue with the evidence in

20   Case No. 3:21-cr-22.

21           Before we get started, I want to give you one

22   scheduling heads-up, and that is that on Tuesday you will be

23   off.  You won't -- the look of disappointment.

24       (Laughter.)

25           THE COURT:  But I wanted to tell you that now so

1    that, you know, in making your plans for next week, you know

2    we'll be in trial Monday and for the rest of the week, but

3    Tuesday will be a day off for you, okay?

4            And Ms. Butler, you understand that you're still

5    under oath?

6            THE WITNESS:  Yes.

7            THE COURT:  Okay.  Mr. Mesrobian, you may continue.

8        **LYNDSEY BUTLER, GOVERNMENT WITNESS, PREVIOUSLY SWORN**,

9            DIRECT EXAMINATION (CONTINUED)

10   BY MR. MESROBIAN:

11   Q.   Good morning, again, Ms. Butler.

12   A.   Good morning.

13   Q.   When we left off yesterday we were discussing Government's

14   Exhibit 90A.  Do you recall that?

15   A.   Yes.

16   Q.   And that's the YouTube activity summary provided by Google

17   for the justinervin80 account?

18   A.   Yes.

19   Q.   And you reviewed that document, and we looked at one of

20   the historical items; is that right?

21   A.   Yes.

22   Q.   Did you also look at the search history in this document?

23   A.   Yes, I did.

24   Q.   And did you notice anything in particular with respect to

25   the auto key card?

1   A.   There were several searches for "auto key card" in that

2   search history.

3   Q.   And what does that mean that the account had been doing?

4   A.   The account had been searching YouTube for auto key

5   card-related videos.

6   Q.   So Ms. Butler, did you prepare a timeline as an exhibit

7   after reviewing records and other evidence obtained during this

8   investigation?

9   A.   I did.

10  Q.   I'd like to talk about some of the things that you

11  reviewed in preparing this exhibit.

12        First, did ATF request the issuance of subpoenas to

13  obtain toll records regarding certain phone numbers?

14  A.   Yes.

15  Q.   What are toll records?

16  A.   Toll records are records that are provided by the cell

17  phone companies that detail the communications made by a

18  certain target telephone number with other telephone numbers.

19  Q.   And in what format are these records produced usually?

20  A.   They're typically produced in Excel or PDF or maybe text

21  files.

22  Q.   So did ATF obtain records with respect -- records from

23  U.S. Cellular for the number (608) 617-0055?

24  A.   Yes.

25  Q.   And did they also -- did ATF also obtain records from

1   Verizon for the number (904) 405-9878?

2   A.   Yes.

3   Q.   And finally, did ATF obtain records from U.S. Cellular for

4   the number (608) 697-7868?

5   A.   Yes.

6             MR. MESROBIAN:  Your Honor, may I approach with

7   Government Exhibits for identification 97, 97A through D, as in

8   delta, 98, 98A through E, and 99 with 99A through D?

9             THE COURT:  I'm sorry, I got -- I missed the 98A

10  through . . .

11            MR. MESROBIAN:  E, as in echo.

12            THE COURT:  99, and 99 . . .

13            MR. MESROBIAN:  A through delta.

14            THE COURT:  All right.  Yes, you may.

15  BY MR. MESROBIAN:

16  Q.   So, Ms. Butler, I've placed those exhibits in front of

17  you.  I'll give you a minute to just take a look through those.

18  A.   I've reviewed them.

19  Q.   So are those the records we just discussed, the toll

20  records and subscriber information for those three individual

21  numbers?

22  A.   Yes.

23  Q.   First, with respect to Government Exhibit 97, which number

24  is that for?

25  A.   This is the telephone number (608) 617-0055.

1    Q.    And who was the subscriber for that number?

2    A.    Subscriber for this one was listed as Erica A. Ibe.

3    Q.    And next, with respect to Government Exhibit 98, is that

4    the records from Verizon for the number(904) 405-9878?

5    A.    Yes.

6    Q.    And who did that number belong to?

7    A.    Kris Ervin, with Justin Ervin listed as a contact.

8    Q.    And finally, with respect to Government Exhibit 99, is

9    that the records from U.S. Cellular for the number (608)

10   697-7868?

11   A.    Yes.

12   Q.    And who was the subscriber for that number?

13   A.    Erica Hoover.

14   Q.    And through your investigation, did you come to learn that

15   that number was being used by Mr. Matthew Hoover?

16   A.    Yes.

17   Q.    And are each of these sets of records accompanied by a

18   record certification from the provider?

19   A.    Yes.

20   Q.    And some of those records are on disks, correct?

21   A.    Correct.

22   Q.    And is that because they're voluminous in nature?

23   A.    Yes.

24   Q.    And how do you know that the associated records are on

25   those disks?

1    A.   I reviewed them prior to trial.

2    Q.   And did you note those disks in a particular way?

3    A.   I did.  I initialed them.

4             MR. MESROBIAN:  Your Honor, move to admit exhibits

5    97, 97A through delta, 98, 98A through echo, and 99 and 99A

6    through delta.

7             MR. KING:  Without objection, Your Honor.

8             MR. ZERMAY:  No objection.

9             THE COURT:  All right.  So 97, 97A through D, 98, 98A

10   through E, and 99, 99A through D are admitted and you may

11   publish as you wish.

12            MR. MESROBIAN:  Thank you, Your Honor.

13       (Government's Exhibits 97, 97A through D, 98, 98A through

14   E, 99 and 99A through D admitted in evidence.)

15            MR. MESROBIAN:  We'll come back to those a little bit

16   later.

17   BY MR. MESROBIAN:

18   Q.   Did you also review records relating to various email

19   accounts associated with the investigation?

20   A.   I did.

21   Q.   Through the investigation, did ATF identify who the

22   provider was for the domain -- or domains autokeycard.com and

23   autokeycards.com?

24   A.   Yes.

25   Q.   And was that Namecheap?

1    A.   It was.

2    Q.   And was there a search warrant executed on Namecheap for

3    data related to those domains?

4    A.   Yes.

5    Q.   And did they provide user information and the content of

6    emails related to various email accounts?

7    A.   Yes.

8    Q.   There were also several Google accounts related to

9    Mr. Ervin identified; is that correct?

10   A.   Yes.

11   Q.   And did Google, in response to a search warrant, provide

12   data and emails related to the accounts

13   justinervin80@gmail.com, akeycard@gmail.com, and

14   autokeycard@gmail.com?

15   A.   Yes.

16   Q.   And finally, in response to a search warrant, did Oath

17   Holdings provide data and emails related to the accounts

18   justinervin80@aol.com and CRSFirearms@yahoo.com?

19   A.   Yes.

20   Q.   And did you review the documents obtained through those --

21   through that investigation as part of your -- withdrawn.

22        Did you review those documents as part of your role

23   in the investigation?

24   A.   Yes.

25   Q.   Did you also review records obtained from Amazon obtained

1    via subpoena?

2    A.    Yes.

3          MR. MESROBIAN:  Your Honor, may I now approach with

4    Government Exhibit 71 marked for identification?

5          THE COURT:  You may.

6    BY MR. MESROBIAN:

7    Q.    I've placed in front of you Government Exhibit 71.  Let me

8    know when you're ready.

9    A.    I'm ready.

10   Q.    Do you recognize Government Exhibit 71?

11   A.    Yes.

12   Q.    What is it?

13   A.    These are FedEx business records.

14   Q.    And were they provided in response to a subpoena?

15   A.    Yes.

16   Q.    And are they accompanied by a Certification of Business

17   Records?

18   A.    Yes.

19         MR. MESROBIAN:  Your Honor, move to admit Government

20   Exhibit 71.

21         MR. KING:  Without objection, Your Honor.

22         MR. ZERMAY:  No objection.

23         THE COURT:  71 is admitted.

24      (Government's Exhibit 71 admitted in evidence.)

25         MR. MESROBIAN:  Rather than going back and forth,

1  Your Honor, may I bring up marked for identification Government

2  Exhibits 73, 68, 69, 70, and 123?

3          THE COURT:  Yes.

4  BY MR. MESROBIAN:

5  Q.   So I've placed in front of you those exhibits.  Take a

6  look through them and just let me know when you're ready.

7  A.   I'm ready.

8  Q.   So Ms. Butler, first, with respect to Government

9  Exhibit 73, do you recognize that document?

10 A.   I do.

11 Q.   And what is it?

12 A.   These are business records associated with a GoFundMe.

13 Q.   And were those obtained via subpoena from ATF?

14 A.   Yes.

15 Q.   And are you -- is that accompanied by a certification of

16 records?

17 A.   Yes, it is.

18 Q.   Next, with respect to Government Exhibits 68 and 123, do

19 you recognize those two documents?

20 A.   Yes.

21 Q.   What are they?

22 A.   These are files obtained from Stripe that have financial

23 transaction information associated with Mr. Ervin's account.

24 Q.   And were there two separate accounts located by Stripe

25 associated with Mr. Ervin?

1    A.    Yes.

2    Q.    And 68 and 123 are the records associated with each of

3    those accounts respectively?

4    A.    Yes.

5    Q.    Are those records accompanied by a Certification of

6    Business Records?

7    A.    Yes.

8          MR. MESROBIAN:  Your Honor, move to admit Government

9    Exhibits 73, 68, and 123.

10         MR. KING:  I'm sorry, if I could just hear those

11   numbers again.

12         THE COURT:  Sure, go ahead.

13         MR. MESROBIAN:  73, 68, and 123.

14         MR. KING:  Your Honor, no objection, subject to our

15   previous discussion.

16         MR. ZERMAY:  No objection.

17         THE COURT:  All right.  So 73, 68, and 123 are

18   admitted.

19       (Government's Exhibit 73, 68, and 123 admitted in

20   evidence.)

21   BY MR. MESROBIAN:

22   Q.    And next, Ms. Butler, with respect to Government's

23   Exhibits marked for identification as 69 and 70, do you

24   recognize those documents?

25   A.    Yes.

1    Q.    And what are they?

2    A.    These are screen captures of the Shopify Acceptable Use

3    Policy and the Shopify Acceptable Use Policy Definitions.

4    Q.    And did you create those screenshots?

5    A.    I did.

6    Q.    And approximately when did you create those screenshots?

7    A.    In October of 2021.

8    Q.    And were those records marked as having been -- or,

9    rather, were those websites marked as having been updated on a

10   particular date?

11   A.    Yes.

12   Q.    And what date is that?

13   A.    April 15th of 2020.

14   Q.    And are those documents a fair and accurate representation

15   of the Shopify documents when you viewed them in October of

16   2021?

17   A.    Yes.

18           MR. MESROBIAN:  Your Honor, move to admit Government

19   Exhibits 69 and 70.

20           MR. KING:  Your Honor, if we could approach.

21           THE COURT:  I'm sorry?

22           MR. KING:  Could we approach?

23           THE COURT:  Yes.

24       (Proceedings at sidebar:)

25           THE COURT:  Yes, sir.

1          MR. KING:  Your Honor, we'd object to both these

2    documents as being hearsay without an exception.  It's the --

3    it is the policies -- I suspect the government's going to

4    contend that Mr. Ervin violated certain Shopify policies based

5    on emails that are already in evidence and that these are the

6    policies.  But these are not, to my knowledge, if I'm

7    mistaken -- I wouldn't have an -- my understanding is these are

8    not any part of any business records certifications from

9    Shopify.  And there's not a witness here that can say this is

10   why this happened or this is the policies that Mr. Ervin was

11   under or was accused of violating.  And they are literally

12   printouts from that business's website and would be hearsay

13   without an exception.

14          THE COURT:  Mr. Mesrobian.

15          MR. MESROBIAN:  Your Honor, as we established during

16   the foundation, these are the screenshots taken by the witness.

17   I don't think they're being offered for the truth of the matter

18   asserted.  It's for the effect on the person who might have

19   viewed these policies.

20          As we saw earlier in the case, Mr. Ervin received an

21   email, or two emails, in which he was advised that he was in

22   violation of the Shopify Restricted Items policy, and that's

23   what these documents go to show.  There's no --

24          THE COURT:  You just said they go to show what the

25   policies are, which seems to be the truth of the matter

1  asserted.

2          MR. MESROBIAN:  I think that the fact that the

3  policies exist and that's the words on the page is -- differs

4  from the truth of any -- of any assertions made therein, but

5  point taken, Your Honor.

6          THE COURT:  Hold on a minute.

7          Jodi, can you see if Peggy can go into my restroom

8  and get come contact solution?  My contact is blurring, making

9  it difficult for me to read.

10          Mr. Mesrobian, can you fetch the exhibit so I can

11  look at it, please?

12          MR. MESROBIAN:  Yes, Your Honor.

13          THE COURT:  Thank you.

14          MR. MESROBIAN:  It's going to be very small print,

15  Your Honor.  For publication purposes, that's why we have

16  Ms. Ganoe here.

17          THE COURT:  As if I wasn't already having trouble.

18          MR. MESROBIAN:  I realized it as soon as you

19  mentioned the contact.

20          Your Honor, I would only add that these records --

21  these -- this website was viewed through the link that was sent

22  in the email that's already in evidence.  And I do think from

23  the perspective that those emails are admitted for effect on

24  the listener, Mr. King or Mr. Hoover's counsel are entitled to

25  challenge how much weight that should be given.  These are --

1     these weren't attached to that email but the hyperlink was

2     provided therein, and that's how Ms. Butler got them.  I think

3     it's a logical chain of effect on the listener here.

4              MR. KING:  And Your Honor, if I could address that.

5              THE COURT:  Go ahead.

6              MR. KING:  The emails were admitted pursuant to a

7     business records certification.  These are not the -- I think

8     these are clearly -- the argument, it's plain to me, is that he

9     was kicked off of Shopify for violating policies and then this

10    is what the policy is, and then there's going to be argument

11    this is how he violated it, without a witness from Shopify or

12    any sort of certification to say that's what will happen or

13    what will be happening or why that happened.  And I don't have

14    the ability to challenge any of that.

15             THE COURT:  Well, actually, what this evidence shows

16    is that this is what the Shopify website said its policy is.

17    I'm not sure how that's any -- so if you went to the Shopify

18    website, this is what you would see.  So it's a fair and

19    accurate representation of the stated policies on the website.

20    I think that -- but I don't think that's actually hearsay.

21             I'm going to overrule the objection.

22             MR. MESROBIAN:  Thank you, Your Honor.

23             THE COURT:  But I do think you -- I think it's fair,

24    Mr. King, that you can cross-examine the witness on that she

25    doesn't know -- all she knows is that's what was represented

1  there, not that those are the actual policies.

2           MR. KING:  Yes, Your Honor.

3           THE COURT:  Is she -- okay.  But I can't see.  All

4  right.  We'll continue.

5           MR. MESROBIAN:  Thank you, Your Honor.

6       (Proceedings in open court:)

7           THE COURT:  69 and 70 are admitted.  Go ahead.

8       (Government's Exhibit 69 and 70 admitted in evidence.)

9           MR. MESROBIAN:  Thank you, Your Honor.

10 BY MR. MESROBIAN:

11 Q.   And finally, Ms. Butler, yesterday I asked you a question

12 about a screenshot you had taken of a video from a CRS Firearms

13 channel.  Do you recall that?

14 A.   Yes.

15 Q.   During the earlier stages of this investigation were you

16 aware of what CRS Firearms was?

17 A.   No.

18 Q.   Were you aware of who Matthew Hoover was?

19 A.   No.

20 Q.   Did there come a time when you did learn about the CRS

21 Firearms YouTube channel?

22 A.   Yes.

23 Q.   And as part of your investigation, did you review a number

24 of the videos posted on that channel?

25 A.   Yes.

1  Q.   And did you or someone in ATF's Internet Investigations

2  Center preserve copies of those videos?

3  A.   Yes.

4  Q.   And after these videos were downloaded to ATF's systems,

5  were they maintained without alteration?

6  A.   Yes.

7        MR. MESROBIAN:   And Your Honor, I'd now like to

8  approach with Government Exhibits 1 through 12 and 1 through

9  12 -- excuse me, 1A through 12A, 14 through 16 along with 14A

10  through 16A, and 125 and 125A.

11        THE COURT:   Go ahead.

12  A.   I've reviewed them.

13  Q.   Thank you, Ms. Butler.  So I'd first like to start with

14  the disks there.  The disks I've placed in front of you, are

15  those Government Exhibits 1 through 12, 14 through 16, and 125?

16  A.   Yes.

17  Q.   And did you review those exhibits prior to coming to court

18  today?

19  A.   Yes.

20  Q.   And did you notate the disks after reviewing them?

21  A.   I did.

22  Q.   And walking through the disks individually, does

23  Government Exhibit 1 contain the video file preserved by ATF of

24  the CRS Firearms video "Is This an ATF Trap and How Does It

25  Work"?

1    A.    Yes.

2    Q.    And that was posted on November 4th, 2020?

3    A.    Yes.

4    Q.    And Government Exhibit 2, does that contain the recording

5    of the video published on November 11th, 2020, by CRS Firearms

6    titled "The Parts the ATF Wishes Never Existed"?

7    A.    Yes.

8    Q.    And Government Exhibit 3, does that contain the preserved

9    recording of the CRS Firearms video published December 4th,

10   2020, entitled "How to Make Body Armor Fail"?

11   A.    Yes.

12   Q.    And Government Exhibit 4, does that contain the preserved

13   recording of the CRS Firearms video published on December 15th,

14   2020, titled "How to Buy a Truly Untraceable Firearm"?

15   A.    Yes.

16   Q.    Government Exhibit 5, does that contain the preserved

17   recording of the CRS Firearms video "This is a Strange Turn of

18   Events" published on December 28th, 2020?

19   A.    Yes.

20   Q.    Government Exhibit 6, does that contain the preserved

21   recording of the CRS Firearms video "The Real Difference

22   Between the Two Platforms" published on December 30th, 2020?

23   A.    Yes.

24   Q.    And Government's Exhibit 7, does that contain the

25   preserved recording of the CRS Firearms video entitled "This

1   Makes an Illegal Machine Gun" published on January 8th, 2021?

2   A.   Yes.

3   Q.   Government Exhibit 8, does that contain the recording of

4   the CRS Firearms video posted on January 12th, 2021, entitled

5   "The Great Purge"?

6   A.   Yes.

7   Q.   Government Exhibit 9, does that contained the preserved

8   recording of the CRS Firearms video published February 18th,

9   2021, entitled "Leveling the Scope to the Rifle is a Waste of

10  Time"?

11  A.   Yes.

12  Q.   Government Exhibit 10, does that contain the preserved

13  recording of the CRS Firearms video "Unexpected Ammunition

14  Problems" published February 23rd, 2021?

15  A.   Yes.

16  Q.   Government Exhibit 11, does that contain the preserved

17  recording of the CRS Firearms video "ATF Reclassification on

18  H&K Clones" published on February 25th, 2021?

19  A.   Yes.

20  Q.   And Government Exhibit 12, does that contain the CRS

21  Firearms video posted March 5th, 2021, entitled "Auto Key Card

22  Got Raided"?

23  A.   Yes.

24  Q.   Now, Government Exhibit 14, does that contain the

25  recording of the CRS Firearms video entitled "Response Video to

1    Johnny B's Auto Key Card Video" published March 28, 2021?

2    A.    Yes.

3    Q.    Government Exhibit 15, does that contain the preserved

4    recording of the CRS Firearms video entitled "The Meaning of

5    This Very Romantic Statement" published June 6th, 2021?

6    A.    Yes.

7    Q.    Government Exhibit 16, does that contain the recording of

8    the CRS Firearms video "The ATF Wants to Know" posted

9    July 22nd, 2021?

10   A.    Yes.

11   Q.    Finally, Government Exhibit 125, does that contain the

12   recording of the CRS Firearms video "Important Development"

13   posted on February 16th, 2021?

14   A.    Yes.

15   Q.    And are each of these files contained on these disks fair

16   and accurate representations of the respective recordings

17   maintained on ATF's systems?

18   A.    Yes.

19   Q.    And now I'd like to look at the paper exhibits you have in

20   front of you, and that should be 1A through 12A, 14A through

21   16A, and 125A.

22   A.    Yes.

23   Q.    In connection with your review of those videos and the

24   disks in front of you, did you review transcripts prepared for

25   each of these?

1  A.   I did.

2  Q.   And to the extent that any corrections were necessary, did

3  you make those?

4  A.   Yes.

5  Q.   And are Government Exhibits 1A through 12A, 14A through

6  16A, and 125A the corrected transcripts that you reviewed?

7  A.   Yes.

8  Q.   And did you mark those in any particular way?

9  A.   I did.  I initialed the top of them.

10  Q.   And I may not have asked you this with respect to the

11  disks.  After you reviewed the disks, did you mark those as

12  well?

13  A.   I did.

14  Q.   And to the best of your knowledge, do Government Exhibits

15  1A through 12A, 14A through 16A, and 125A accurately reflect

16  the statements made in the corresponding video?

17  A.   Yes.

18        MR. MESROBIAN:  At this time the United States moves

19  to admit Government Exhibits 1 through 12, 1A through 12A, 14

20  through 16 and 14A through 16A, and 125 and 125A.

21        MR. KING:  Without objection, Your Honor.

22        MR. ZERMAY:  No objection.

23        THE COURT:  All right.  So 1 through 12 and 1A

24  through 12A, 14 through 16 and 14A through 16A, 125 and 125A

25  are admitted.

1           MR. MESROBIAN:  Thank you, Your Honor.

2       (Government's Exhibits 1 through 12, 1A through 12A, 14

3   through 16, 14A through 16A, 125, and 125A admitted in

4   evidence.)

5   BY MR. MESROBIAN:

6   Q.   As we mentioned a few minutes ago, Ms. Butler, did you

7   prepare an exhibit condensing some of the evidence in this case

8   into a timeline?

9   A.   Yes.

10          MR. MESROBIAN:  Your Honor, may I approach with

11  Government Exhibit 121?

12          THE COURT:  Yes.

13  BY MR. MESROBIAN:

14  Q.   Ms. Butler, I'll give you a minute, but do you recognize

15  Government Exhibit 121?

16  A.   Yes.

17  Q.   Is that the timeline exhibit that you prepared?

18  A.   It is.

19  Q.   To be clear, does this include every event or piece of

20  evidence in this case?

21  A.   No, it does not.

22  Q.   But there are -- this summarizes the evidence that you've

23  reviewed and that has been received in evidence in this case to

24  your knowledge?

25  A.   Yes.

1          MR. MESROBIAN:  Your Honor, move to admit Government

2    Exhibit 121 for demonstrative purposes.

3          MR. KING:  Without objection.

4          MR. ZERMAY:  No objection.

5          THE COURT:  Let me see counsel at sidebar.

6       (Proceedings at sidebar:)

7          THE COURT:  Mr. Mesrobian, are you intending for 121

8    to go back to the jury?

9          MR. MESROBIAN:  Your Honor, I don't know whether this

10   falls squarely within the category of the 1006 summary exhibits

11   that the witness also prepared which we'll look at later.  This

12   one falls more in the category of a demonstrative.

13         My understanding was that it was I think at the

14   Court's discretion under -- to whether or not to admit an

15   exhibit like this as a -- as something to go back to the jury

16   or something to just be published.

17         THE COURT:  I just -- I'm just -- you moved it into

18   evidence then said "no objection."  I was prepared to admit it,

19   but then you said "for demonstrative purposes."

20         If it's a demonstrative it doesn't go back to the

21   jury.  If you're moving to admit it, it does go back to the

22   jury.  So I am inquiring because I didn't -- there seemed to be

23   some disconnect, so I was --

24         MR. MESROBIAN:  And Your Honor, it's inartful

25   phrasing on my part.  I meant -- I'm not actually sure what to

1    say to move it -- to allow for it to be published to the jury

2    but not admitted into evidence such that they could take it

3    back.  This exhibit I don't think would be appropriate for them

4    to have back in the jury room, unlike the other summaries.

5              THE COURT:  Okay.  So --

6              MR. KING:  And Your Honor, that was my understanding

7    of what Mr. Mesrobian was saying based on how he moved it.

8    That was my understanding.

9              MR. MESROBIAN:  And apologies, Your Honor.

10             THE COURT:  No, no, that's -- so we're just not

11   moving it into evidence.  She can testify to it, but you -- I

12   mean, it's -- she -- you don't have to move it into anything,

13   you can just use it.

14             MR. MESROBIAN:  Okay.

15             THE COURT:  And there's no objection to the

16   demonstrative, correct, Mr. King?

17             MR. KING:  Correct, Your Honor.

18             THE COURT:  Mr. Zermay?

19             MR. ZERMAY:  Correct, Your Honor.

20             THE COURT:  Okay.  So go ahead.

21             MR. MESROBIAN:  Thank you, Your Honor.

22        (Proceedings in open court:)

23             THE COURT:  So ladies and gentlemen, this is a

24   demonstrative exhibit, which means it's not something that goes

25   into evidence and back to the jury room.  That was just what we

1    were clarifying.

2            Go ahead.

3            MR. MESROBIAN:  So Your Honor, may we publish?

4            THE COURT:  You may.

5            MR. MESROBIAN:  Exhibit 121, page 1, please,

6    Ms. Ganoe.  Could we focus on the first box there.

7    BY MR. MESROBIAN:

8    Q.   So Ms. Butler, the timeline starts here on September 25th

9    of 2020; is that correct?

10   A.   Yes.

11   Q.   And what happened on that date?

12   A.   Ervin ordered 600 auto key cards at a price of 1,375 --

13   excuse me, $1,370 from Orange Park Machine.

14           MR. MESROBIAN:  And Ms. Ganoe, could we go to the

15   next box, please.

16   BY MR. MESROBIAN:

17   Q.   And there's a box here entitled "October 2020."  What --

18   what happened on that -- what happened in that month?

19   A.   A YouTube account attributed to Ervin commented, "Get your

20   autokeycard.com while you can.  AR related.  It only gets worse

21   from here.  Get ready.  Get it and save it in your wallet.

22   Search for it on YouTube."

23           MR. MESROBIAN:  And Ms. Ganoe, could you focus on

24   the -- on the picture below that.

25   BY MR. MESROBIAN:

1   Q.   And is this a screenshot of that comment?

2   A.   Yes.

3   Q.   And we looked at this earlier in your testimony yesterday

4   in Government Exhibit 115?

5   A.   Yes.

6           MR. MESROBIAN:  And Ms. Ganoe, could we now go to the

7   next box, please.

8   BY MR. MESROBIAN:

9   Q.   On October 13th, 2020, what happened on that date?

10  A.   The autokeycarddotcom Instagram account was created.

11          MR. MESROBIAN:  And Ms. Ganoe, could we publish

12  Government Exhibit 53 at page 3.  And if we could focus on the

13  second to last . . .

14  BY MR. MESROBIAN:

15  Q.   And yesterday, Ms. Butler, we discussed this account, but

16  is this the autokeycarddotcom Instagram account?

17  A.   Yes.

18  Q.   And the registration date depicted here, is that what you

19  identified on the summary chart?

20  A.   Yes.

21          MR. MESROBIAN:  Ms. Ganoe, could we return to

22  Exhibit 121.  And the next box, please.

23  BY MR. MESROBIAN:

24  Q.   So here, Ms. Butler, on November 2nd and 3rd of 2020, what

25  is identified here?

1    A.    Ervin shipped a package via FedEx to Hoover.  The package

2    was delivered on November 3rd.  And then Ervin photographed

3    himself holding a package outside of a FedEx shipment facility.

4              MR. MESROBIAN:  So first, Ms. Ganoe, could we publish

5    what's already in evidence as Government Exhibit 49Q.

6    BY MR. MESROBIAN:

7    Q.    Ms. Butler, are you familiar with this picture?

8    A.    Yes.

9    Q.    Is this a picture that was extracted by Forensic Examiner

10   Medlin from the SD card in Ervin's phone?

11   A.    Yes.

12   Q.    Was does this picture show?

13   A.    It shows Mr. Ervin holding a small box with a label

14   addressed to Matt Hoover, CRS, and the delivery address of the

15   Coloma Resale Store.

16             MR. MESROBIAN:  And could we zoom in on the label,

17   Ms. Ganoe.

18   BY MR. MESROBIAN:

19   Q.    So this image is reversed, I guess, in its -- in its --

20   how it's shown here?

21   A.    Yes.

22   Q.    In the -- in the upper right of this label, that's what

23   you were referred to in terms of the addressee being Matt

24   Hoover dash CRS?

25   A.    Yes.

1    Q.    And the address below that is the address for the Coloma
2    Resale Store?
3    A.    Yes.
4    Q.    And over on this side, there's letters that appear to be
5    T-U-E dash 03 N-O-V 430 P.  Is that correct?
6    A.    Yes.
7    Q.    And to your understanding, is that when the package was
8    supposed to be delivered by?
9    A.    Yes.
10          MR. MESROBIAN:  And Ms. Ganoe, could we now publish
11   Government Exhibit 71, page 10.
12   BY MR. MESROBIAN:
13   Q.    So Ms. Butler, are you familiar with this document?
14   A.    Yes.
15   Q.    And is this from the FedEx records admitted into evidence?
16   A.    It is.
17   Q.    And are these records associated with Justin Ervin?
18   A.    Yes.
19          MR. MESROBIAN:  So Ms. Ganoe, could we focus on the
20   first box.
21   BY MR. MESROBIAN:
22   Q.    So what is the shipment date on -- this is a Shipment
23   Information Report?
24   A.    Yes.
25   Q.    And what is the ship date for this particular package?

1    A.    November 2nd, 2020.

2            MR. MESROBIAN:  And could we go to the next box,

3    please.

4    BY MR. MESROBIAN:

5    Q.    And who was the shipper listed as?

6    A.    Auto Key Card.

7    Q.    And what is the address?

8    A.    700 Blanding Boulevard, Suite 13, Orange Park, Florida,

9    32065.

10   Q.    And are you familiar with that address?

11   A.    Yes.

12   Q.    Is that a FedEx shipping center?

13   A.    Yes.

14   Q.    A FedEx shipping center, not necessarily the same one, but

15   similar to the one that Mr. Ervin was standing in front of that

16   photograph?

17   A.    Yes.

18           MR. MESROBIAN:  Ms. Ganoe, could we go to the next

19   box.

20   BY MR. MESROBIAN:

21   Q.    And who is the recipient listed as?

22   A.    Matt Hoover dash CRS.

23   Q.    And at a particular redacted address in Coloma, Wisconsin?

24   A.    Yes.

25   Q.    And is that consistent with the label that we were just

1   looking at on the FedEx package in that photo?

2   A.   Yes.

3        MR. MESROBIAN:  And finally, could we go to the

4   delivery date in the bottom, the last two boxes.

5   BY MR. MESROBIAN:

6   Q.   And what is reflected in the box that says "delivery"?

7   A.   The package was delivered November 3rd, 2020, at

8   1428 hours.

9   Q.   And is that at the address on Main Street?

10  A.   Yes.

11  Q.   And it was signed for by someone with the last name

12  Hoover?

13  A.   Yes.

14       MR. MESROBIAN:  And Ms. Ganoe, could we go back to

15  Government Exhibit 121.

16  BY MR. MESROBIAN:

17  Q.   In the bottom left-hand corner, between November 2nd and

18  November 4th of 2020, what did you identify?

19  A.   There were multiple phone calls between phone numbers

20  attributed to Ervin and Hoover totaling a duration of over

21  90 minutes.

22       MR. MESROBIAN:  And Ms. Ganoe, could we publish

23  Government Exhibit 98A, page 25.

24  BY MR. MESROBIAN:

25  Q.   So Ms. Butler, what are we looking at in Government's

1  Exhibit 98A?

2  A.    This is a PDF of a billing -- a billing statement that

3  Verizon provided us.

4  Q.    And does this statement list the phone calls that they

5  refer to as "Talk Activity" for Mr. Ervin's number?

6  A.    Yes.

7        MR. MESROBIAN:   And Ms. Ganoe, could we focus on the

8  entries on November 2nd.

9  BY MR. MESROBIAN:

10  Q.    So here, Ms. Butler, there are a number of calls listed

11  first on November 2nd?

12  A.    Yes.

13  Q.    And who is the -- focusing on the number that begins with

14  the area code 608, whose number is that?

15  A.    Matthew Hoover.

16  Q.    And on the right side of the screen there are a series of

17  numbers, 1, 1, 1, 38, 10, and 6.  What does that column

18  represent?

19  A.    That's the duration of the phone call in minutes.

20  Q.    With respect to calls that are listed as having a duration

21  of 1 minute, does that necessarily mean a call was completed?

22  A.    No.

23  Q.    Could that be a substitute for a missed call or an

24  unanswered call?

25  A.    Yes.

1          MR. MESROBIAN:  So Ms. Ganoe, if we could do down a

2    little bit.

3    BY MR. MESROBIAN:

4    Q.   So Ms. Butler, were there additional calls on November 3rd

5    between Mr. Ervin and Mr. Hoover?

6    A.   Yes.

7    Q.   And I'm looking specifically at the November 3rd call at

8    5:24 p.m. with a duration of 26 minutes.

9    A.   Yes.

10   Q.   As well as the November 3rd call at 6:52 p.m. with a

11   duration of 12 minutes.

12   A.   Yes.

13          MR. MESROBIAN:  And, I'm sorry, could we go back

14   above?  Previous one.

15   BY MR. MESROBIAN:

16   Q.   The calls on November 2nd, was there one between

17   Mr. Hoover and Mr. Ervin at 5:20 p.m. on November 2nd with a

18   duration of 38 minutes?

19   A.   Yes.

20   Q.   And then one a little bit later that evening with a

21   duration of 10 minutes?

22   A.   Yes.

23          MR. MESROBIAN:  And finally, could we go down to

24   November 4th.

25   BY MR. MESROBIAN:

1   Q.   Were there additional brief calls between -- actually,

2   there was one additional call on November 4th at 9:05 p.m.

3   between Mr. Ervin and Mr. Hoover with a duration of 5 minutes?

4   A.   Yes.

5   Q.   And those were the calls that you reflected in the summary

6   chart?

7   A.   Yes.

8        MR. MESROBIAN:  Your Honor, could we -- excuse me.

9   Ms. Ganoe, could we return to Government Exhibit 121.  And the

10  next page, please, page 2.

11  BY MR. MESROBIAN:

12  Q.   So November 4th, 2020, after those calls were made, is

13  this when the first CRS Firearms video that you observed that

14  discussed the auto key card?

15  A.   Yes.

16       MR. MESROBIAN:  Your Honor, may we publish Government

17  Exhibit 1 at this time?

18       THE COURT:  Yes.  Are you intending to use the

19  tran- -- 1A as well?

20       MR. MESROBIAN:  These are not synched, Your Honor, so

21  we're just going to -- Government Exhibit 1A will be there as

22  a -- in evidence as a transcript, but we're just going to

23  publish Government Exhibit 1 at this time.

24       THE COURT:  Okay.

25       (Video played.)

1       (Video stopped.)

2           MR. MESROBIAN:  Going back to Government Exhibit 121.

3   Could we go to the next block, please, Ms. Ganoe.

4   BY MR. MESROBIAN:

5   Q.   On November 7th, 2020, what happened?

6   A.   Shopify Payments removed Auto Key Card from its platform.

7           MR. MESROBIAN:  And could we go to Exhibit 67A,

8   please.  And go to the bottom of -- excuse me, the next page,

9   I'm sorry.

10  BY MR. MESROBIAN:

11  Q.   So is this an email that was received from Namecheap in

12  response to the search warrant on the autokeycard.com domains?

13  A.   Yes.

14  Q.   And on November 16th -- perhaps this happened on

15  November 16th as opposed to November 6th; is that right?

16  A.   Yes.

17  Q.   That the Shopify Pay notified Mr. Ervin that his business

18  had been identified as presenting an elevated level of risk?

19  A.   Yes.

20  Q.   And above that, did Mr. Ervin respond to that email --

21          MR. MESROBIAN:  Can we go to page 1.

22  BY MR. MESROBIAN:

23  Q.   And he responded to that email on November 17th?

24  A.   Yes.

25  Q.   And he discussed in that email whether or not there was an

1  elevated risk?

2  A.   Yes.

3       MR. MESROBIAN:  If we could go back to Exhibit 121.

4  BY MR. MESROBIAN:

5  Q.   Again, that was November 16th and 17th and opposed to 7th,

6  correct?

7  A.   Correct.

8  Q.   So going to November 10th to 11th, 2020, what happened on

9  that date?

10 A.   Ervin shipped a package via FedEx to Hoover, and the

11 package was delivered on November 11th, 2020.

12      MR. MESROBIAN:  And could we go -- publish Government

13 Exhibit 71 at page 11.

14 BY MR. MESROBIAN:

15 Q.   And Ms. Butler, is this the corresponding record for that

16 shipment?

17 A.   Yes.

18 Q.   And this was shipped on November 10th, as you said?

19 A.   Yes.

20 Q.   And it was shipped from the shipper, being Auto Key Card,

21 at that same FedEx store address?

22 A.   Yes.

23      MR. MESROBIAN:  And down below, Ms. Ganoe.

24 BY MR. MESROBIAN:

25 Q.   The recipient was Matt Hoover at CRS in Coloma, Wisconsin?

1   A.   Yes.

2   Q.   And it was delivered on November 11th at approximately

3   1:21?

4   A.   Yes.

5   Q.   And it was signed for by someone with the last name

6   Lawless?

7   A.   Yes.

8   Q.   Go back to Exhibit 121.  That was the second FedEx package

9   that you observed in the records provided in response to

10  subpoena sent from Mr. Ervin to Mr. Hoover?

11  A.   Yes.

12  Q.   And it arrived on November 11th?

13  A.   Yes.

14  Q.   What else happened on November 11th?

15  A.   A CRS Firearms YouTube video was published titled "The

16  Parts the ATF Wishes Never Existed."  Hoover stated that that

17  video was an Auto Key Card sponsored video.

18       MR. MESROBIAN:  And Your Honor, may we at this time

19  publish Government Exhibit 2?  And I might ask that the lights

20  be lowered to make it a little bit easier to see.

21       THE COURT:  Ms. Wiles, if you could do that.

22       MR. MESROBIAN:  Thank you.

23       THE COURT:  All right.  You may publish at this time.

24  (Video played.)

25  (Video stopped.)

1          MR. MESROBIAN:  Your Honor, may we approach briefly?

2          THE COURT:  Yes.

3       (Proceedings at sidebar:)

4          MR. MESROBIAN:  Your Honor, there's another video in

5    a couple three blocks, so I thought --

6          THE COURT:  We'll go ahead and take our morning

7    break.

8       (Proceedings in open court:)

9          THE COURT:  Ladies and gentlemen, it's about 10:30.

10   We'll go ahead and take our morning break.

11          I'm going to ask you to continue to follow all of the

12   instructions that I've been giving you throughout the trial.

13   And you-all remember those instructions, right?

14          JURY:  (Affirmative head nods.)

15          THE COURT:  All right.  So be ready to come back in

16   at 10:45, please.

17          COURT SECURITY OFFICER:  All rise for the jury.

18       (Jury exits, 10:29 a.m.)

19          COURT SECURITY OFFICER:  Please be seated.

20          THE COURT:  All right.  We'll be in recess.

21          COURT SECURITY OFFICER:  All rise.

22       (Recess, 10:29 a.m. to 10:45 a.m.)

23       (All parties present.  Jury not present.)

24          THE COURT:  I think it's 10:45, so we should probably

25   go ahead and everybody get back in their respective places.

1           Go ahead and get the jury.

2           And I think, Mr. Mesrobian, since we're ending early

3     today, I may stop for lunch at 12:15-ish.

4           MR. MESROBIAN:  12:15, Your honor?

5           THE COURT:  Ish, ish, depending on what a good

6     stopping point is.

7           MR. MESROBIAN:  And I don't want to take -- intrude

8     on the Court's purview here, but is it appropriate that I've

9     been doing that when it seems like a stopping place, or would

10    you prefer --

11          THE COURT:  For these lengthy videos, I think that

12    probably makes sense.

13          MR. MESROBIAN:  Okay, Your Honor.  Thank you.

14          COURT SECURITY OFFICER:  All rise.

15       (Jury enters, 10:47 a.m.)

16          COURT SECURITY OFFICER:  Please be seated.

17          THE COURT:  All right.  Go ahead, Mr. Mesrobian.

18          MR. MESROBIAN:  Thank you, Your Honor.

19    BY MR. MESROBIAN:

20    Q.   So, Ms. Butler, when we left off we had watched the video

21    that was published by CRS Firearms on November 11th, 2020; is

22    that right?

23    A.   Yes.

24    Q.   And on November 16th and 17th, as we were talking about a

25    minute ago, that's when the Shopify Payments email arrived

1    advising Mr. Ervin about his being suspended from Shopify Pay?

2    A.    Yes.

3    Q.    To be clear, that was not Shopify as a whole, it was just

4    Shopify Payments at that point?

5    A.    Yes.

6          MR. MESROBIAN:  So Ms. Ganoe, could we go down to the

7    bottom left box.

8    BY MR. MESROBIAN:

9    Q.    So Ms. Butler, what happened on November 23rd, 2020?

10   A.    On November 23rd there was a voice call between Hoover and

11   Ervin.  The duration of that call was 23 minutes.

12   Q.    And did you observe that on the same toll record that we

13   were looking at before in Exhibit 98A?

14   A.    I believe it's on a different --

15   Q.    Page?

16   A.    -- page, yes.

17   Q.    Yes.

18         MR. MESROBIAN:  Now, Ms. Ganoe, could we go to the

19   next page of Government Exhibit 121.

20   BY MR. MESROBIAN:

21   Q.    So on November 23rd, 2020, what happened on that date?

22   A.    Mr. Hoover emailed Mr. Ervin a link to a Louis Vuitton

23   bag, along with the address to the Coloma Resale Store.

24         MR. MESROBIAN:  And Ms. Ganoe, could we publish

25   what's already in evidence as Exhibit 91I.

1  BY MR. MESROBIAN:

2  Q.    And is this the email you were just referring to,

3  Ms. Butler?

4  A.    Yes.

5  Q.    And the link is to the LouisVuitton.com domain; is that

6  right?

7  A.    Yes.

8  Q.    And there's a product, it says "Product slash Alma BB

9  Monogram"; is that right?

10  A.    Yes.

11  Q.    This was sent by Matthew Hoover with a date of 11/23/2020?

12  A.    Yes.

13  Q.    And the subject is "CRS Firearms"; is that right?

14  A.    Yes.

15  Q.    And it was sent to the justinervin80@aol.com account?

16  A.    Yes.

17  Q.    And the address in Coloma, Wisconsin, is that the same

18  address to which the FedEx shipments that we've been looking at

19  so far were sent?

20  A.    Yes.

21        MR. MESROBIAN:  All right, Ms. Ganoe.  Could we go

22  back to Exhibit 121, please.

23  BY MR. MESROBIAN:

24  Q.    On November 24th, 2020, what happened?

25  A.    Shopify removed Auto Key Card from its platform.

1       MR. MESROBIAN:  And Ms. Ganoe, could we go to

2   Exhibit 67U already in evidence.

3   BY MR. MESROBIAN:

4   Q.   Ms. Butler, is this another email obtained from Namecheap

5   for the autokeycard.com domain?

6   A.   Yes.

7   Q.   And in the second paragraph -- or second full paragraph of

8   this email, does it state, "We have reviewed your account and

9   determined that it is in violation of the Restricted Items

10  section of Shopify's AUP.  As a result, we are no longer able

11  to host your store, autokeycard.myshopify.com, on our

12  platform"?

13  A.   Yes.

14  Q.   And above that in the first paragraph there are a couple

15  of hyperlinks; is that right?

16  A.   Yes.

17  Q.   Are those to various pages on Shopify's website according

18  to this email?

19  A.   Yes.

20  Q.   Did you review those pages?

21  A.   I did.

22  Q.   And is that what we -- is in evidence as Government -- the

23  screenshots you took of those pages, is that what is in

24  evidence as Exhibits 69 and 70?

25  A.   Yes.

1        MR. MESROBIAN:  Ms. Ganoe, could we first go to

2   Exhibit 69, please.

3   BY MR. MESROBIAN:

4   Q.   This is in very small print, but we'll focus on the top

5   part here.  What is this page?

6   A.   This is the page that has Shopify's Acceptable Use Policy.

7   Q.   And does this generally describe what Shopify is willing

8   or not willing to host on its platform?

9   A.   Yes.

10        MR. MESROBIAN:  Ms. Ganoe, could we go down a little

11   bit on this page.

12   BY MR. MESROBIAN:

13   Q.   And number 9, what does it say next to number 9?

14   A.   "Restricted Items.  You may not offer goods or services

15   that are, or appear to be," and then a hyperlink to the

16   Restricted Items page.

17        MR. MESROBIAN:  And Ms. Ganoe, could we publish

18   Government Exhibit 70.  And just the first three paragraphs or

19   so.

20   BY MR. MESROBIAN:

21   Q.   And I'll attempt to read this.  So this -- this provides

22   definitions of what the restricted items are in the Shopify

23   policy according to this?

24   A.   Yes.

25   Q.   And so beginning in the middle of the excerpt at the top

1    here we have, "Restricted Items means:  Certain firearms.  An

2    automatic firearm that has not been rendered inoperable; a semi

3    automatic firearm that has the capacity to accept a detachable

4    magazine with one or more of the following items:  magazine

5    capable of accepting more than ten rounds, bump stock, rapid

6    fire trigger activator or trigger crank, barrel shroud,

7    thumbhole stock, threaded barrel capable of accepting a flash

8    suppressor, sound suppressor or silencer, grenade or rocket

9    launcher, flash suppressor, sound suppressor or silencer,

10   pistol grip, or in the case of a pistol, a second pistol grip,

11   forward pistol grip."

12           Did I read that accurately so far?

13   A.   Yes.

14   Q.   Going down below that, there are additional

15   firearm-related items on the rest of this Restricted Items

16   list; is that correct?

17   A.   Yes.

18   Q.   As well as what are listed as "Certain Firearm Parts"

19   which contain some of the same items that we just read above,

20   like grenade or rocket launcher, bump stock and so forth?

21   A.   Yes.

22   Q.   When you reviewed this document, were all of the items

23   listed in the Restricted Items sections firearms or

24   firearms-related items?

25   A.   Yes.

1    MR. MESROBIAN:  Ms. Ganoe, could we go back to

2    Government Exhibit 121, please.

3    BY MR. MESROBIAN:

4    Q.   And on November 25th, 2020, what happened, Ms. Butler?

5    A.   Mr. Ervin began the process to order a Louis Vuitton bag

6    to be delivered to Hoover in Coloma, Wisconsin, but did not

7    complete the transaction.

8    MS. MESROBIAN:  And could we publish Exhibit 91J.

9    BY MR. MESROBIAN:

10   Q.   Is this an email obtained from a search warrant on the

11   justinervin80@aol.com account?

12   A.   Yes.

13   Q.   And what is in this email?

14   A.   It has the order number and it has a link to where the

15   recipient can click to complete the payment and finalize the

16   order.  It has the order details, which has the Alma BB bag and

17   the order price, tax, and total.

18   Q.   And is this the same bag that we saw Mr. Hoover sent to

19   Mr. Ervin in that email before?

20   A.   Yes.

21   Q.   And with respect -- you were referring to that bolded

22   section that states, "Please click here within one hour to

23   proceed with payment and finalize your order"?

24   A.   Yes.

25   Q.   Did you -- in your review of financial records or anywhere

1   else, did it appear that Mr. Ervin actually completed the

2   transaction at this time or through this online order?

3   A.   No.

4              MR. MESROBIAN:   If we could go down, Ms. Ganoe, a

5   little bit further.

6   BY MR. MESROBIAN:

7   Q.   On the right, what is the billing address listed as?

8   A.   2409 Kirkwall Court, Orange Park, Florida, 32065.

9   Q.   And the individualized is Justin Ervin?

10  A.   Yes.

11  Q.   And who is the -- who is the item supposed to be shipped

12  to?

13  A.   Mr. Matt Hoover at 105 East Main Street, Coloma,

14  Wisconsin.

15             MR. MESROBIAN:   Ms. Ganoe, could we go back to 121.

16  BY MR. MESROBIAN:

17  Q.   So on or about November 27th, 2020, what happened?

18  A.   A YouTube account attributed to Mr. Ervin commented on the

19  CRS Firearms video titled "The Parts the ATF Wishes Never

20  Existed" with instructions on accessing the website, and also

21  provided a discount code.

22  Q.   And we looked at this comment before in Government

23  Exhibit 115; is that right?

24  A.   Yes.

25  Q.   Specifically, the video that that comment was left on, is

1   that the video we just watched in Government Exhibit 2?

2   A.   Yes.

3   Q.   And this -- or "around November 27th, 2020."  You state

4   that because the date of the comment, it just says "one month

5   ago"; is that right?

6   A.   Yes.

7   Q.   But this happened -- this comment happened approximately

8   two or three days after the email we saw from Shopify shutting

9   down the -- Mr. Ervin's Shopify store?

10  A.   Yes.

11  Q.   And as we'll see in a moment, did you find emails in the

12  Google search warrant returns related to this comment?

13  A.   Yes.

14       MR. MESROBIAN:  And Ms. Ganoe, go back out to the

15  second November 22nd item.

16  BY MR. MESROBIAN:

17  Q.   So Ms. Butler, what also happened on November 22nd?

18  A.   The CRS Firearms account pinned the comment that we just

19  went over that was made by Mr. Ervin's account, and there was

20  an email blast sent out with the same information.

21  Q.   So let's start --

22       MR. MESROBIAN:  Could we see Government Exhibit 90C,

23  as in Charlie.

24  BY MR. MESROBIAN:

25  Q.   And is this one of those emails obtained from Google?

1   A.   Yes.

2   Q.   And it says it's from YouTube to Justin Ervin at

3   justinervin80@gmail.com; is that right?

4   A.   Yes.

5   Q.   And this is on November 27th, 2020, 4:33 a.m.?

6   A.   Yes.

7   Q.   Would this indicate that the comment itself was posted at

8   some point prior to that time?

9   A.   Yes.

10  Q.   What is the subject line?

11  A.   "CRS Firearms Loves Your Comment."

12  Q.   And do you -- could you describe what that means for the

13  jury in terms of YouTube and how that works?

14  A.   Sure.   Users are able to, like I said, comment on videos,

15  and then other uses can "love" others's comments or reply to

16  others's comments.

17           MR. MESROBIAN:   And could we, then, now publish 90D,

18  as in delta.

19           THE COURT:   Go ahead.

20  BY MR. MESROBIAN:

21  Q.   Is this a similar email from YouTube to Mr. Ervin?

22  A.   Yes.

23  Q.   And it's sent November 27th, 2020, at 4:34 a.m.?

24  A.   Yes.

25  Q.   Is that around the same time that the other email we just

1  saw was sent?

2  A.    Yes.

3  Q.    And what is this email about?

4  A.    CRS Firearms pinned the comment.

5  Q.    And what does it mean to pin a comment on YouTube?

6  A.    Accountholders can pin comments, and it makes it appear at

7  the top of the comment box.  Typically this is for visibility,

8  so others can easily find and see the comment.

9  Q.    So the person who controls that particular YouTube account

10  can pin that comment?

11  A.    Yes.

12  Q.    And again, to be clear, the comment that we're talking

13  about was the one made by the Justin Ervin YouTube account?

14  A.    Yes.

15  Q.    Regarding the change in the autokeycard.com domain?

16  A.    Yes.

17         MR. MESROBIAN:  Could we now publish Government

18  Exhibit 90E, as in echo.

19  BY MR. MESROBIAN:

20  Q.    And what -- is this another email from YouTube to

21  Mr. Ervin at the justinervin80@gmail.com account?

22  A.    Yes.

23  Q.    And this was sent the same date, November 27th, 2020?

24  A.    Yes.

25  Q.    What do we see in this email?

1  A.   This is a notification that the comment received a new

2  reply.  And going down, it says, "Geter Done replied to Justin

3  Ervin's comment," and lists the reply below the screenshot.

4  Q.   And this comment reads, "Swift link require an M4 specific

5  lower receiver like the auto sear?"

6  A.   Yes.

7        MR. MESROBIAN:  Can we now see -- publish Government

8  Exhibit 90F.

9  BY MR. MESROBIAN:

10  Q.   Is this a similar email regarding a comment made in

11  response to Mr. Ervin's comment?

12  A.   Yes.

13  Q.   And this was a couple weeks later, on December 10th of

14  2020; is that right?

15  A.   Yes.

16  Q.   And this comment was made by an account Deandalapanda?

17  A.   Yes.

18  Q.   And this reads, "This is so r-e-t-a-r-d-e-d on so many

19  levels, LOL.  Have fun when the ATF seizes your bank account

20  and you have to hire a lawyer, LOL.  You'll have all the time

21  in the world to think to yourself, quote, was this cash grab

22  really worth it, unquote, LOL.  And as if clearing cookies and

23  web data will do anything for privacy for you [verbatim]

24  consumer base," and emojis?

25  A.   Yes.

1        MR. MESROBIAN:  And now could we look at Government

2   Exhibit 90G.

3   BY MR. MESROBIAN:

4   Q.   And Ms. Butler, is this also an email sent to the

5   justinervin80@gmail.com account from YouTube?

6   A.   Yes.

7   Q.   And this was sent on December 11th, 2020?

8   A.   Yes.

9   Q.   This comment was made by an individual with the account

10  name L-a-n, space, M-a-n-b-a-v-a-r-a-n; is that right?

11  A.   Yes.

12  Q.   And what did this individual state in response to

13  Mr. Ervin's comment?

14  A.   The comment reads, "Justin Ervin, I still wouldn't order

15  these from you.  If you really cared about liberty and FS then

16  you'd be making affordable, less explicit tools that

17  desperately need supply other small manufacturing companies

18  won't touch.  These cards are a novelty.  The market

19  desperately needs more businesses making serious tools that

20  will help citizens make military-grade auto weapons.  Stuff

21  like this just makes you look like a glowie or grifter since

22  they're a novelty and don't have the same reliable

23  functionality as their real counterparts.  If you're serious,

24  then provide something substantial to the people, not these

25  things.  BTW I don't have a dog but please don't kill my cat,

 1    she's harmless."

 2              MR. KING:  And Your Honor, I apologize, can we

 3    approach briefly?

 4              THE COURT:  You may.

 5         (Proceedings at sidebar:)

 6              MR. KING:  Your Honor, I just wanted to -- for record

 7    purposes, 90F and 90G were the subjects of our motion in

 8    limine.  I just want to make that clear.  I understand the

 9    Court's ruling.  I'm not objecting additionally at this time,

10    but just for record purposes, I want to make clear that these

11    were specifically the emails and comments that we had issue

12    with in the motion in limine.

13              But at the same time, I understand the Court's ruling

14    and just wanted to make that clear for record purposes.

15              THE COURT:  Okay.

16              MR. KING:  So I don't have any -- I'm not asking the

17    Court to do anything more on that, just . . .

18              THE COURT:  I'm pretty sure it's Rule 3, but -- I

19    can't remember what -- anyway, the rules of evidence say

20    that -- maybe it's 103 -- that once I've ruled on a motion in

21    limine you don't have to renew it.  It's preserved.

22              Rulings on Evidence.  If the ruling excludes

23    evidence -- where is it?  103(b), "Once the Court rules

24    definitively on the record, either before or at trial, a party

25    need not renew an objection or an offer of proof to preserve

1    the claim."  So --

2           MR. KING:  Yes, Your Honor.  I guess I'm not trying

3    to preserve it, it was just to make clear what it was, because

4    I now sort of think it was based on the motion, if that makes

5    sense.  So just for the record, I'm trying to make a clear

6    record, that's all.

7           THE COURT:  Okay.

8           MR. KING:  Thank you, Your Honor.

9        (Proceedings in open court:)

10          THE COURT:  Go ahead, Mr. Mesrobian.

11          MR. MESROBIAN:  Thank you, Your Honor.

12          Going back to Government's Exhibit 121, please.

13          Oh, I'm sorry, before we move on from November 27th,

14   2020, could we publish Government's Exhibit 67V.

15   BY MR. MESROBIAN:

16   Q.    Is this an email obtained from the autokeycard.com

17   account?

18   A.    Yes.

19   Q.    And does this email appear to be a promotional email?

20   A.    Yes.

21   Q.    And the subject line is "Announcement"?

22   A.    Yes.

23   Q.    And it was sent on November 27th, 2020, at approximately

24   2:19 a.m.?

25   A.    Yes.

1   Q.   The statements in this email, are they similar to the

2   comment posted by that Justin Ervin YouTube account?

3   A.   Yes.

4   Q.   Regarding the change in the autokeycard.com?

5   A.   Yes.

6            MR. MESROBIAN:   Now we can go back to 121.   Thank

7   you, Ms. Ganoe.   The next page, please.

8   BY MR. MESROBIAN:

9   Q.   So on November 30th, 2020, what happened?

10   A.   Mr. Ervin withdrew $5,000 consisting of Auto Key Card

11   proceeds from his bank account.

12   Q.   And you learned this from what documents?

13   A.   The Community First Credit Union bank statements.

14   Q.   And when it says "consisting of Auto Key Card proceeds,"

15   by November 30th, 2020, had there been a substantial amount of

16   proceeds transferred into that account?

17   A.   Yes.

18   Q.   And how are those proceeds primarily being deposited?

19   A.   From Stripe.

20            MR. MESROBIAN:   So Ms. Ganoe, if we could go to

21   Government Exhibit 95C, page 12.   If you could focus on the

22   Statement Period section there.

23   BY MR. MESROBIAN:

24   Q.   So Ms. Butler, is this Mr. Ervin's CFCU statement for the

25   period November 1st, 2020, through November 30th, 2020?

1    A.    Yes.

2    Q.    Beneath the heading Summary of Account, there are

3    different headings:  Previous Balance, Total Debits, Total

4    Credits, Credit Amount, Ending Balance.  Is that right?

5    A.    Yes.

6    Q.    And underneath Previous Balance, there are two numbers.

7    One is for an account where there doesn't appear to be any

8    activity, the 00 Share Account?

9    A.    Yes.

10   Q.    And below that there's a deposit account listed as 80

11   Advantage Checking?

12   A.    Yes.

13   Q.    What was the balance at the beginning of the month of

14   November in that account?

15   A.    $283.54.

16   Q.    And moving over to the column Credit Amount, how much is

17   listed there underneath Credit Amount during the month of

18   November?

19   A.    $45,331.35.

20   Q.    And what was the ending balance in November?

21   A.    $27,869.02.

22   Q.    And during the month of November, is this the time frame

23   when these first two CRS Firearms videos were published?

24   A.    Yes.

25             MR. MESROBIAN:  And Ms. Ganoe, could we go to page

1   15, please, of this exhibit.  Go to the very bottom of the

2   page, please.

3   BY MR. MESROBIAN:

4   Q.   So Ms. Butler, on November 30th, there is a large deposit

5   in the account; is that right?

6   A.   Yes.

7   Q.   It reads "deposit ACH Auto Key Card"?

8   A.   Yes.

9   Q.   And what is the amount of that deposit or transfer?

10   A.   $26,086.38.

11   Q.   And the next -- or, rather, the same day, if we go to the

12   next page, we see a withdrawal by cash on November 30th as

13   well?

14   A.   Yes.

15   Q.   And that was the $5,000 withdrawal that you mentioned

16   before?

17   A.   Yes.

18          MR. MESROBIAN:  If we could go back to Government

19   Exhibit 121, please.

20   BY MR. MESROBIAN:

21   Q.   What else --

22          MR. MESROBIAN:  And that's the correct box,

23   November 30th, 2020.

24   BY MR. MESROBIAN:

25   Q.   What else happened on November 30th?

```
1    A.    Mr. Ervin ordered 1,400 auto key cards at a price of
2    $3,230 from the Orange Park Machine shop.
3              MR. MESROBIAN:  And Ms. Ganoe, could we publish
4    Government Exhibit 57B.
5    BY MR. MESROBIAN:
6    Q.    And Ms. Butler, is this a record produced from Orange Park
7    Machine?
8    A.    Yes.
9    Q.    And is this an order Acknowledgment for a walk-in order
10   made on November 30th, 2020?
11   A.    Yes.
12   Q.    And this is -- refers to the auto key card order that you
13   were just describing?
14   A.    Yes.
15             MR. MESROBIAN:  And could we go to the next page,
16   Ms. Ganoe.  Sorry.
17   BY MR. MESROBIAN:
18   Q.    The order total for this was $3,230; is that right?
19   A.    Yes.
20             MR. MESROBIAN:  Exhibit 121, please.
21   BY MR. MESROBIAN:
22   Q.    And there's a final event on November 30th, 2020.  What
23   was that?
24   A.    Mr. Ervin purchased a Louis Vuitton handbag and key chain
25   for approximately $1,958 for Mr. Hoover and Mr. Hoover's
```

1   designee.

2           MR. MESROBIAN:  And Ms. Ganoe, could we publish

3   Government Exhibit 52.  Next page, please.

4   BY MR. MESROBIAN:

5   Q.   Ms. Butler, what is this document?

6   A.   This is a Louis Vuitton record detailing the order that

7   was made on November 30th.

8   Q.   And the first item here, are you -- do you know what that

9   item is, the PTE CLES LV circle RO.ROU?

10  A.   I believe that's a Louis Vuitton keychain.

11  Q.   And what was the price for that item?

12  A.   $400.

13  Q.   And the second item, Alma BB MNG, we've seen that item

14  before?

15  A.   Yes.

16  Q.   And which item is that?

17  A.   That's the brown handbag.

18  Q.   And was that the same item sent by Mr. Hoover to Mr. Ervin

19  via email?

20  A.   Yes.

21  Q.   And what was the price paid for that amount -- for that

22  item?

23  A.   $1,430.

24  Q.   What was the total amount of this purchase after tax?

25  A.   $1,958.10.

1    Q.   And does this reflect how the -- how Mr. Ervin paid for

2    this item?

3    A.   Yes, it was paid in cash.

4         MR. MESROBIAN:  Ms. Ganoe, could we go back to

5    Exhibit 121, please.

6    BY MR. MESROBIAN:

7    Q.   On December 3rd of 2020, what happened, Ms. Butler?

8    A.   There were multiple text messages exchanged between

9    Mr. Hoover and Mr. Ervin.  There was also a voice call between

10   Mr. Hoover and Mr. Ervin with a duration of 13 minutes and

11   56 seconds.

12        MR. MESROBIAN:  And Ms. Ganoe, could we first publish

13   Government Exhibit 99D, as in delta.

14   BY MR. MESROBIAN:

15   Q.   So Ms. Butler, what are we looking at here?

16   A.   These are toll records obtained from U.S. Cellular for the

17   telephone number (608) 697-7868.

18   Q.   And is this how these types of toll records are generally

19   produced to you?

20   A.   Yes.

21   Q.   And here in the upper left-hand corner of the document

22   where I marked with a red line, it says "Query type, CDMA SMS."

23   What does that mean?

24   A.   CDMA is the type of wireless network.  And SMS reflects

25   that these are records for text messages.

1     MR. MESROBIAN:  And Ms. Ganoe, could we go down to

2  the records on December 3rd, 2020.

3  BY MR. MESROBIAN:

4  Q.   And I'm marking on the screen places where a number that

5  is listed as (904) 405-9878 is listed on these records?

6  A.   Yes.

7  Q.   And it looks like there were a series of text messages

8  during the 1900 hour between -- that's Mr. Ervin's number,

9  correct?

10  A.   Yes.

11  Q.   -- between Mr. Hoover and Mr. Ervin?

12  A.   Yes.

13     MR. MESROBIAN:  And now, Ms. Ganoe, could we publish

14  Government Exhibit 99B, page 3.  And if we could focus on the

15  records on December 3rd.

16  BY MR. MESROBIAN:

17  Q.   At the very bottom here of the items that we're focused on

18  there's a listing, December 3rd, 2020, 19:43:28.  Does that

19  denote a call occurring at approximately 7:43 p.m.?

20  A.   Yes.

21  Q.   And it's an outgoing voice call from Mr. Hoover, as these

22  are Mr. Hoover's records, correct?

23  A.   Correct.

24  Q.   To the (904) 405-9878 number?

25  A.   Yes.

1    Q.    And over on the right there's a number that says 836; is
2    that correct?
3    A.    Yes.
4    Q.    What does that mean?
5    A.    That's the duration of the call in seconds.
6              MR. MESROBIAN:  Ms. Ganoe, if we could go back to
7    Government Exhibit 121.
8    BY MR. MESROBIAN:
9    Q.    The next day, after those text messages and the call we
10   just looked at, what happened on December 4th, 2020?
11   A.    A CRS Firearms video titled "How to Make Body Armor Fail"
12   was posted.  In that video Hoover stated that it was an
13   autokeycards.com sponsored video.
14             MR. MESROBIAN:  And Your Honor, may we now publish
15   Government Exhibit 3, an excerpt from minute marker 3:08 until
16   minute marker 4:10?
17             THE COURT:  Go ahead.
18        (Video played.)
19        (Video stopped.)
20             MR. MESROBIAN:  And if we could go to the next page
21   of Exhibit 121, please.
22   BY MR. MESROBIAN:
23   Q.    Between December 8th and December 9th, 2020, in your
24   review of the materials obtained from Facebook with respect to
25   the business Instagram account for Mr. Ervin, did you identify

1   messages between Mr. Ervin and an account belonging to

2   Mr. Hoover's then-girlfriend?

3   A.   Yes.

4   Q.   And that's Erica Ibe, now Erica Hoover?

5   A.   Yes.

6           MR. MESROBIAN:  And Ms. Ganoe, could we now publish

7   Government Exhibit 53, beginning at page 169.  I sure hope

8   that's the page.

9   BY MR. MESROBIAN:

10  Q.   So at the top of this page there's an image of one of the

11  auto key cards; is that right?

12  A.   Yes.

13  Q.   And below that there are -- there are several line items.

14  It says "Thread" and there's a long number.  Says "Current" as

15  of 2021-3-24.  And the participants are prettynpink0421 and

16  autokeycarddotcom; is that right?

17  A.   Yes.

18  Q.   And prettynpink0421 is the account belonging to

19  Mrs. Ibe -- Ms. Ibe and now Mrs. Hoover?

20  A.   Yes.

21  Q.   Could you explain what direct messages are again for the

22  jury.

23  A.   Sure.  Direct messages are messages that are able to be

24  sent from Instagram account to Instagram account, and it's

25  separate from any comments that might be on a video post.

1   They're direct messages, similar to text messages.

2           MR. MESROBIAN:  Ms. Ganoe, could we go to the next

3   page.

4   BY MR. MESROBIAN:

5   Q.   So on this page, is this the beginning of the thread that

6   we were just looking at?

7   A.   Yes.

8   Q.   And is that a thread of direct messages between two

9   accountholders?

10  A.   Yes.

11          MR. MESROBIAN:  So Ms. Ganoe, could we focus on the

12  top three messages.

13  BY MR. MESROBIAN:

14  Q.   So the first message states that the author is

15  autokeycarddotcom; is that right?

16  A.   Yes.

17  Q.   And it was sent on December 8th at 21:01:43 UTC.  Is that

18  the Universal time that we were talking about yesterday?

19  A.   Yes.

20  Q.   So in Eastern time, approximately when would that be?

21  A.   Approximately 4 p.m.

22  Q.   And the body of that message, "This is Justin from Auto

23  Key Card.  I wanted to say hello and ask about what Matt would

24  like for Christmas.  He has been very good to us and I wanted

25  to send him a Christmas gift.  I can send cash but maybe there

1    is something better you could suggest.  Let me know"?

2    A.    Yes.

3    Q.    And there were responses here from the prettynpink0421

4    account; is that right?

5    A.    Yes.

6              MR. MESROBIAN:  Ms. Ganoe.

7    BY MR. MESROBIAN:

8    Q.    Shortly thereafter, the autokeycarddotcom account sent a

9    message at 2157 UTC; is that right?

10   A.    Yes.

11   Q.    And the body of that message says, "Nice to finally meet

12   and talk to you.  Up to $500 is my budget.  Think about it for

13   a few days.  I know you're in the shopping zone.  I need your

14   expertise.  I'm looking to send it about a week before

15   Christmas.  I was going to send cash but there may be something

16   better.  See what you can come up with"?

17   A.    Yes.

18   Q.    And then shortly thereafter the autokeycarddotcom account

19   wrote, "He has been a great business buddy and a great friend

20   too.  I want the gift to be on that mark"?

21   A.    Yes.

22             MR. MESROBIAN:  Ms. Ganoe, please zoom back out,

23   please.  If we could go to the next page, please.  And the page

24   after that, please.  Zoom in on the middle portion.

25   BY MR. MESROBIAN:

1    Q.    Did this conversation continue from December 8th into

2    December 9th?

3    A.    Yes.

4    Q.    And generally speaking, did this conversation involve

5    certain items that the autokeycarddotcom account and the

6    prettynpink0421 account discussed in terms of a -- from Amazon

7    that would be sent from Auto Key Card to Mr. Hoover?

8    A.    Yes.

9    Q.    And these items related to video production and audio

10   production?

11   A.    Yes.

12   Q.    And on December 9th at 18:31:51 UTC, what name did the

13   prettynpink0421 account provide for the shipment of these

14   items?

15   A.    Erica Ibe.

16   Q.    And again, is that now -- is she now Erica Hoover?

17   A.    Yes.

18            MR. MESROBIAN:  The next page, please, Ms. Ganoe.

19   BY MR. MESROBIAN:

20   Q.    And I'll fast-forward to page 184 of this exhibit.  And at

21   the top of this page there's an image of certain -- there's an

22   image.  Could you describe that image, please.

23   A.    Yes.  It appears to be a photograph taken of a computer

24   screen with an Amazon order confirmation and you see the

25   products listed.

1    Q.    And this was sent by the autokeycarddotcom account?

2    A.    Yes.

3    Q.    And towards the bottom there are several messages between

4    these two accounts, the autokeycarddotcom and the

5    prettynpink0421?

6    A.    Yes.

7    Q.    First, on December 9th at 19:03:55 did the

8    autokeycarddotcom account write, "Done.  All delivered by the

9    16th"?

10   A.    Yes.

11   Q.    And what did the prettynpink0421 account state?

12   A.    "Oh, sounds good.  Thank you."

13   Q.    And autokeycarddotcom replied, "Thank you too"?

14   A.    Yes.

15   Q.    And then at 2020 -- or, excuse me, on December 9th at

16   19:05:58 UTC, did the autokeycarddotcom account write, "It's me

17   calling.  You have one minute"?

18   A.    Yes.

19           MR. MESROBIAN:  So Ms. Ganoe, could we go over to

20   Government Exhibit 97C, page 10, and publish, please.

21   BY MR. MESROBIAN:

22   Q.    So Ms. Butler, are these items -- are these toll records

23   relating to Mrs. Ibe -- or Ms. Ibe, now Mrs. Hoover's, phone

24   records?

25   A.    Yes.

1   Q.   And what type of records are these?

2   A.   These are voice calls.

3   Q.   So here on these records there's an item listed as 12/09

4   13:04:56, and then below that it says, "Call, (904) 405-9878";

5   is that right?

6   A.   Yes.

7   Q.   And what does that reflect?

8   A.   That reflects an incoming call from the (904) 405-9878

9   phone number to the (608) 617-0055 phone number that was routed

10  to voice mail.

11          MR. MESROBIAN:  And below that, Ms. Ganoe.

12  BY MR MESROBIAN:

13  Q.   Was there a subsequent call between -- that was completed

14  between Mr. Ervin's number and Ms. Ibe's number?

15  A.   Yes.

16          MR. MESROBIAN:  Ms. Ganoe, could we go back to

17  Government Exhibit 121.  Yes.  Next page.

18  BY MR. MESROBIAN:

19  Q.   On December 9th, 2020, what happened on that date?

20  A.   That was the date that Ervin purchased the video equipment

21  on Amazon for Mr. Hoover and shipped it to Mr. Hoover's home

22  address.

23  Q.   So are these records corresponding to the purchase we just

24  looked at in the Instagram records?

25  A.   Yes.

1    MR. MESROBIAN:  Now, first, could we go to Government

2  Exhibit 51, please.

3  BY MR. MESROBIAN:

4  Q.   And are these the certified records obtained from Amazon?

5  A.   Yes.

6    MR. MESROBIAN:  Go to page two 2, please.

7  BY MR. MESROBIAN:

8  Q.   What's on this page?

9  A.   Account Information at the top, Payment Information in the

10  middle, and Address History towards the bottom.

11  Q.   And the Account Information is Justin Ervin using the

12  email justinervin80@aol.com?

13  A.   Yes.

14  Q.   If we go down to the address history below.  Who is the

15  first address listed here?

16  A.   Erica Ibe, to an address in Coloma, Wisconsin.

17  Q.   And this was created on December 9th, 2020?

18  A.   Yes.

19  Q.   And this is, again, the same date of the Instagram

20  conversation we were looking at earlier?

21  A.   Yes.

22    MR. MESROBIAN:  Could we now move to Government

23  Exhibit 91K.  And Ms. Ganoe, could you focus on the information

24  at the top.

25  BY MR. MESROBIAN:

1    Q.    So Ms. Butler, is this an email obtained from the search

2    warrant regarding the justinervin80@aol.com account?

3    A.    Yes.

4    Q.    And this was sent December 9th, 2020, at approximately

5    11:03 a.m.?

6    A.    Yes.

7    Q.    And who sent this email?

8    A.    This came from auto-confirm@Amazon com.

9    Q.    And the subject line is "Your Amazon.com Order"?

10   A.    Yes.

11   Q.    And down below in the body of the email, does this

12   summarize an order that Mr. Ervin had apparently made?

13   A.    Yes.

14   Q.    And who is the recipient of this order?

15   A.    Erica in Coloma, Wisconsin.

16   Q.    And at the bottom, what -- these items apparently -- were

17   they all being shipped together or were they being shipped

18   separately?

19   A.    Shipped separately.

20          MR. MESROBIAN:   And if you go down just below that,

21   Ms. Ganoe, in the -- near the top of the page where it says

22   Order Total.

23   BY MR. MESROBIAN:

24   Q.    What was the total amount paid for this particular

25   shipment?

1    A.    $503.16.

2            MR. MESROBIAN:  Ms. Ganoe, could we go back to

3    Government Exhibit 121.

4    BY MR. MESROBIAN:

5    Q.    So Ms. Butler, on December 15th what happened?

6    A.    On December 15th the CRS Firearms video titled "How to Buy

7    a Truly Untraceable Firearm" was posted.  Hoover stated that

8    this video was an autokeycards.com sponsored video.

9            MR. MESROBIAN:  And Your Honor, may we publish

10   Government Exhibit 4, the excerpt beginning at 2:38 until

11   minute marker 3:02?

12           THE COURT:  Go ahead.

13       (Video played.)

14       (Video stopped.)

15   BY MR. MESROBIAN:

16   Q.    And next, Ms. Butler, what happened on December 28th of

17   2020?

18   A.    On December 28th the CRS Firearms video titled "This is a

19   Strange Turn of Events" was posted.  Mr. Hoover stated that

20   this video was also an autokeycards.com sponsored video.

21           MR. MESROBIAN:  And now, Your Honor, may we publish

22   Government Exhibit 5 from the beginning of the video until

23   minute marker 59 seconds?

24           THE COURT:  Go ahead.

25       (Video played.)

1          (Video stopped.)

2    BY MR. MESROBIAN:

3    Q.    And on December 30th, 2020, Ms. Butler, was another CRS

4    Firearms video published?

5    A.    Yes.

6    Q.    And this video was titled "The Real Difference Between the

7    Two Platforms"?

8    A.    Yes.

9    Q.    And this was another autokeycarddot -- autokeycards.com

10   sponsored video?

11   A.    Yes.

12          MR. MESROBIAN:  Your Honor, may we publish Government

13   Exhibit 6 from 58 seconds through minute 1:41?

14          THE COURT:  Go ahead.

15         (Video played.)

16         (Video stopped.)

17   BY MR. MESROBIAN:

18   Q.    So that same day, Ms. Butler, going back to Government

19   Exhibit 121, what else happened on December 30th, 2020?

20   A.    There were Instagram messages between the account

21   attributed to Ibe and the autokeycarddotcom business account

22   thanking Mr. Ervin for the gifts.

23   Q.    Are these, again, the same conversation chain we saw in

24   Exhibit 53?

25   A.    Yes.

1    Q.    And there's a screenshot to the left.  Did you take that

2    from Exhibit 53?

3    A.    Yes.

4    Q.    And that should be on page 185.  Prettynpink0421 wrote on

5    December 30th, 2020, "Thank you for the keychain.  That was

6    very special.  I love it"?

7    A.    Yes.

8    Q.    Smiley face?

9    A.    Yes.

10   Q.    And what did Mr. Ervin reply from the autokeycarddotcom

11   account?

12   A.    "Your man helped make it all possible.  He is one hell of

13   a salesman.  I was just thinking bling, bling when I saw it.  I

14   figured it was something most people don't get.  So I got it.

15   The new year is going" -- excuse me.  "The new year is gonna be

16   great for us all.  Matt and I have been brainstorming and

17   making big plans for our futures.  Thank you so much too."

18   Q.    And on December 30th through the 31st, 2020, what else

19   happened?

20   A.    Mr. Ervin shipped a package via FedEx to Mr. Hoover.  This

21   package was delivered December 31st of 2020.

22         MR. MESROBIAN:  And Ms. Ganoe, could we go over to

23   Government Exhibit 71 at page 16.

24   BY MR. MESROBIAN:

25   Q.    And Ms. Butler, is this another Shipment Information

1    Report from FedEx?

2    A.    Yes.

3    Q.    And so underneath Package Detail, what was the ship date?

4    A.    12/30/2020.

5    Q.    And who was the shipper?

6    A.    Auto Key Card.

7    Q.    Underneath the heading Recipient, who is listed there?

8    A.    Matt Hoover.

9    Q.    At an address in Coloma, Wisconsin?

10   A.    Yes.

11   Q.    And when was this package delivered?

12   A.    12/31/2020 at 1505 hours.

13   Q.    And was this the third package that you identified from

14   your review of the FedEx records sent by Mr. Ervin to

15   Mr. Hoover?

16   A.    Yes.

17          MR. MESROBIAN:  Ms. Ganoe, could we go back to

18   Exhibit 121, please.

19   BY MR. MESROBIAN:

20   Q.    On January 3rd, 2021, Ms. Butler, a few days after the

21   previous Instagram messages we just looked at, was there more

22   correspondence between autokeycarddotcom and prettynpink0421?

23   A.    Yes.

24   Q.    And on the left side of this box, is that another

25   screenshot you took from Government Exhibit 57?

1  A.    Yes.

2  Q.    Also on page --

3          MR. MESROBIAN:  Actually, Ms. Ganoe, could we publish

4  Government Exhibit 53 at page 185.  The bottom two.

5  BY MR. MESROBIAN:

6  Q.    So on January 3rd at 1:16 UTC, what did the

7  autokeycarddotcom account write?

8  A.    "Good job on the live stream.  That was real creative

9  using Instagram too.  There were 30 orders the next morning

10 after I went to bed at 2 a.m."

11 Q.    And what did the prettynpink account reply?

12 A.    "Oh, okay.  That awesome [verbatim].  Matt didn't want to

13 do it and said it may be stupid, but I pushed him to do it and

14 then he said thank you to me, LOL.  I also answered emails that

15 wanted links to the site too," smiley face.

16 Q.    Ms. Butler, are you aware of what that live stream was?

17 A.    I'm not.

18 Q.    Are live streams on YouTube necessarily captured by the

19 site?

20 A.    No.

21 Q.    Can -- can sometimes live streams disappear after they are

22 posted?

23 A.    Yes.

24          MR. MESROBIAN:  Ms. Ganoe, could we go back to

25 Exhibit 121.

 1   BY MR. MESROBIAN:

 2   Q.   And Ms. Butler, what happened on January 8th, 2021?

 3   A.   A CRS Firearms video titled "This Makes an Illegal Machine

 4   Gun" was posted.  Hoover stated that this was an

 5   autokeycards.com sponsored video.

 6            MR. MESROBIAN:  And Your Honor, may we now publish

 7   Government Exhibit 7 in its entirety?

 8            THE COURT:  Go ahead.

 9        (Video played.)

10        (Video stopped.)

11            MR. MESROBIAN:  Ms. Wiles, would you mind -- Your

12   Honor, may we turn down the lights again?  The board in the

13   back may not be quite visible, and the lights might help.

14            THE COURT:  Go ahead.

15            MR. MESROBIAN:  Never mind.

16            Please continue, Ms. Ganoe.

17        (Video played.)

18        (Video stopped.)

19   BY MR. MESROBIAN:

20   Q.   On January 12th, Ms. Butler, after we just watched

21   Government Exhibit 7, a few days later, January 12th, did

22   Mr. Hoover publish another CRS Firearms video?

23   A.   Yes.

24   Q.   And that was entitled "The Great Purge"?

25   A.   Yes.

1          MR. MESROBIAN:  And Your Honor, way we publish

2   Government Exhibit 8, just the excerpt from the beginning until

3   minute marker 1:10?

4          THE COURT:  Go ahead.

5      (Video played.)

6      (Video stopped.)

7   BY MR. MESROBIAN:

8   Q.   Looking back at Government Exhibit 121, and the next page,

9   on January 15th of 2021, what happened, Ms. Butler?

10  A.   Mr. Ervin ordered 1,200 auto key cards at a price of

11  $3,600 from Orange Park Machine.

12         MR. MESROBIAN:  And Ms. Ganoe, could we publish

13  Government Exhibit 57C already in evidence.

14  BY MR. MESROBIAN:

15  Q.   So Ms. Butler, is this another order Acknowledgement from

16  Orange Park Machine?

17  A.   Yes.

18         MR. MESROBIAN:  And Ms. Ganoe, if we could go to page

19  2, to the total amount.

20  BY MR. MESROBIAN:

21  Q.   This included a number of different types of auto key

22  cards in this order?

23  A.   Yes.

24  Q.   And what was the total amount paid?

25  A.   $3,600.

1    MR. MESROBIAN:  Ms. Ganoe, could we go back to

2    Exhibit 121, please.

3    BY MR. MESROBIAN:

4    Q.    On January 25th, Ms. Butler, what happened on that date?

5    A.    Ervin shipped a package via FedEx to Mr. Hoover and the

6    package was delivered on January 28th.

7          MR. MESROBIAN:  Ms. Ganoe, could we publish

8    Government Exhibit 71 at page 20.

9    BY MR. MESROBIAN:

10   Q.    And is this another Shipment Information Report received

11   from FedEx pursuant to subpoena?

12   A.    Yes.

13   Q.    And underneath Package Detail, when was this package

14   shipped?

15   A.    January 25th, 2021.

16   Q.    And who was the shipper?

17   A.    Auto Key Card.

18         MR. MESROBIAN:  And the next couple blocks, please,

19   Ms. Ganoe.

20   BY MR. MESROBIAN:

21   Q.    Who was the recipient?

22   A.    Matt Hoover.

23   Q.    And was that at an address in Coloma, Wisconsin?

24   A.    Yes.

25   Q.    And when was this package delivered?

1    A.    January 28th of 2021 at approximately 1347 hours.

2            MR. MESROBIAN:   Ms. Ganoe, could we go back to

3    Exhibit 121.

4    BY MR. MESROBIAN:

5    Q.    Moving forward into February of 2021, Ms. Butler, what

6    happened on February 6th?

7    A.    Mr. Ervin withdrew $5,000 consisting of sales proceeds at

8    Community First Credit Union.

9            MR. MESROBIAN:   Ms. Ganoe, could we publish

10   Exhibit 95C, page 32.

11   BY MR. MESROBIAN:

12   Q.    So Ms. Butler, is this Mr. Ervin's CFCU statement for the

13   period February 1st, 2021, to February 28th, 2021?

14   A.    Yes.

15           MR. MESROBIAN:   And could we go to page 33, please.

16   BY MR. MESROBIAN:

17   Q.    So on February 6th -- I'll mark it next to it with a red

18   line -- is that a withdrawal by cash of $5,000?

19   A.    Yes.

20           MR. MESROBIAN:   Ms. Ganoe, could we go back to

21   Exhibit 121, please.

22   BY MR. MESROBIAN:

23   Q.    So on February 7th, Ms. Butler, the next day, what

24   happened?

25   A.    Mr. Ervin shipped a package via UPS to Mr. Hoover.

1    Q.    And this package was sent via UPS as opposed to FedEx,

2    correct?

3    A.    Yes.

4          MR. MESROBIAN:  Ms. Ganoe, could we please publish

5    already in evidence Government Exhibit 49J.

6    BY MR. MESROBIAN:

7    Q.    So, Ms. Butler, what do we see in this image?

8    A.    This a UPS Next Day Air label.  The shipper is listed as

9    Auto Key Card and the recipient is listed as Matt Hoover in

10   Coloma, Wisconsin.

11   Q.    And this image, was it obtained from Mr. Ervin's -- the SD

12   card within his phone?

13   A.    Yes.

14         MR. MESROBIAN:  And could we please now publish

15   Exhibit 49K also from the same source.

16   BY MR. MESROBIAN:

17   Q.    What do we see in this image?

18   A.    This is a photograph of what appears to be United States

19   currency in an envelope.

20   Q.    To be clear, are you aware of what happened when the

21   forensic examiner attempted to retrieve the actual contents of

22   the phone itself as opposed to the SD card?

23   A.    Yes.

24   Q.    And what happened?

25   A.    I believe that the contents of the phone were not able to

1    be extracted.

2    Q.    And so, again, to be clear, are you aware if either of

3    these images were actually sent by Mr. Ervin to anybody?

4    A.    No.

5            MR. MESROBIAN:  So Ms. Ganoe, could we go back to

6    Exhibit 121.

7    BY MR. MESROBIAN:

8    Q.    So on February 17th, Ms. Butler, what happened?

9    A.    Mr. Ervin shipped a package via FedEx to Mr. Hoover.

10            MR.  MESROBIAN:  And first, could we go to Government

11    Exhibit 71, page 24.

12    BY MR. MESROBIAN:

13    Q.    This is another Shipment Information Report obtained from

14    FedEx?

15    A.    Yes.

16    Q.    And it was shipped on February 17th, 2021?

17    A.    Yes.

18    Q.    And who was the shipper?

19    A.    Auto Key Card.

20    Q.    And looking at the boxes on the bottom of the page, who

21    was the recipient?

22    A.    Matt Hoover at an address in Coloma, Wisconsin.

23    Q.    And when was it delivered?

24    A.    March 3rd, 2021, at approximately 1441 hours.

25            MR. MESROBIAN:  And then, Ms. Ganoe, could we please

1    publish Government Exhibit 49L.

2    BY MR. MESROBIAN:

3    Q.   Ms. Butler, is this another picture obtained from the SD

4    card in Mr. Ervin's phone?

5    A.   Yes.

6              MR. MESROBIAN:  Ms. Ganoe, please focus in on the top

7    part of the label.

8    BY MR. MESROBIAN:

9    Q.   And at the top here it reads Auto -- the sender is listed

10   as Auto Key Card?

11   A.   Yes.

12   Q.   And I'll indicate over on the upper right of that label,

13   what does the ship date say?

14   A.   February 17th, 2021.

15   Q.   And what is the weight of the package?

16   A.   Two pounds.

17   Q.   And does that shipment date conform with the record we

18   just looked at in Government Exhibit 71?

19   A.   Yes.

20   Q.   And who is the recipient of this package?

21   A.   Matt Hoover.

22   Q.   And beneath "Coloma, Wisconsin, 54930," does it have a

23   reference there?

24   A.   Yes, it's referenced "auto key card."

25             MR. MESROBIAN:  Ms. Ganoe, could we go back to

1    Government Exhibit 121, please.

2    BY MR. MESROBIAN:

3    Q.   So Ms. Butler, on February 18th, 2021, what happened?

4    A.   A CRS Firearms video titled "Leveling the Scope to the

5    Rifle is a Waste of Time" was posted.  Hoover stated that it

6    was an autokeycards.com sponsored video.

7           MR. MESROBIAN:  Ms. Ganoe, could we please publish --

8    or, rather, Your Honor, could we please publish Government

9    Exhibit 9, an excerpt from minute marker 40 seconds until 1:11?

10          THE COURT:  Go ahead.

11     (Video played.)

12     (Video stopped.)

13   BY MR. MESROBIAN:

14   Q.   And before we get to that one, in Government Exhibit 125,

15   is that a video published on February 16th of 2021?

16   A.   Which exhibit number?

17   Q.   I'm sorry, 125.  Was there a video published that date

18   entitled "Important Development"?

19   A.   Yes.

20          MR. MESROBIAN:  Your Honor, may we publish Government

21   Exhibit 125, an excerpt beginning from the beginning of the

22   video until 1:01?

23          THE COURT:  I'm sorry, what was the date of that?

24          MR. MESROBIAN:  It was February 16th.

25          THE COURT:  Okay.

1          (Video played.)

2          (Video stopped.)

3               MR. MESROBIAN:  And now, Ms. Ganoe on February 23rd,

4     2021.

5     BY MR. MESROBIAN:

6     Q.   So Ms. Butler, was there another CRS Firearms video

7     published on that date?

8     A.   Yes.

9     Q.   And what was the title of that video?

10    A.   "Unexpected Ammunition Problems."

11              MR. MESROBIAN:  And Your Honor, may we publish

12    Government Exhibit 10, an excerpt beginning at minute marker

13    3:38 until 4:05?

14              THE COURT:  Go ahead.

15         (Video played.)

16         (Video stopped.)

17    BY MR. MESROBIAN:

18    Q.   So two days later, Ms. Butler, on February 25th, 2021, was

19    another CRS Firearms video posted?

20    A.   Yes.

21    Q.   And what was the title of that video?

22    A.   "ATF Reclassification on H&K Clones."

23              MR. MESROBIAN:  And Your Honor, may we publish

24    Government Exhibit 11 from minute marker 2:24 until 2:58?

25              THE COURT:  Go ahead.

1      (Video played.)

2      (Video stopped.)

3   BY MR. MESROBIAN:

4   Q.   So Ms. Butler, on that same day, February 25th, 2021, what

5   happened?

6   A.   The Justin Ervin YouTube account that was associated with

7   the 7 Lane products gmail account was deleted.

8   Q.   And was that the account which made the comment on the

9   YouTube video stating that the auto key card was AR related?

10  A.   Yes.

11  Q.   And a few days later, Ms. Butler, on March 2nd, 2021, what

12  happened?

13  A.   Mr. Ervin was arrested.

14      MR. MESROBIAN:  Your Honor, may we approach briefly?

15      THE COURT:  Yes.

16      (Proceedings at sidebar:)

17      MR. MESROBIAN:  Your Honor, the next item is a video

18  that will be played in its entirety.  It's about 15 or

19  16 minutes long.  I didn't know if you wanted to break now, or

20  should I go ahead and play it?

21      THE COURT:  No, let's go ahead and break.

22      MR. MESROBIAN:  Thank you, Your Honor.

23      (Proceedings in open court:)

24      THE COURT:  We're actually going to break for lunch

25  right now.  Let's -- just be back at 1:20.  Am I doing my math

```
 1   right?  1:20.  Can you follow all of my instructions?

 2              I need to see acknowledgment.

 3              JURY:  (Affirmative head nods.)

 4              THE COURT:  Yes.  Okay.  Get out of here.  I know

 5   you're in a hurry.

 6              COURT SECURITY OFFICER:  All rise for the jury.

 7         (Jury exits, 12:10 p.m.)

 8              COURT SECURITY OFFICER:  Please be seated.

 9              THE COURT:  All right.  It's 12:10.  I'll ask you to

10   be back at 1:20.  And remember that we're going to stop between

11   2:30 and 3.

12              MR. MESROBIAN:  And just to be clear, Your Honor, I

13   don't see any way that we're going to be finished with

14   Ms. Butler today, so just for planning purposes.

15              THE COURT:  Okay.  Well, Ms. Butler, we'll be seeing

16   you again on Monday.

17              We're in recess.

18              COURT SECURITY OFFICER:  All rise.

19         (Lunch recess, 12:11 p.m. to 1:27 p.m.)

20         (All parties present.  Jury not present.)

21              COURT SECURITY OFFICER:  All rise.  This Honorable

22   Court is back in session.

23              Please be seated.

24              THE COURT:  Let's have the jury.

25              COURT SECURITY OFFICER:  All rise for the jury.
```

1        (Jury enters, 1:29 p.m.)

2            COURT SECURITY OFFICER:  Please be seated.

3            THE COURT:  Go ahead, Mr. Mesrobian.

4            MR. MESROBIAN:  Thank you, Your Honor.

5            Ms. Ganoe, if we can publish -- thank you very much.

6    BY MR. MESROBIAN:

7    Q.   So Ms. Butler, when we left off right before lunch we were

8    on March 2nd, 2021.  And that was the date Mr. Ervin was

9    arrested, right?

10   A.   Yes.

11   Q.   On March 5th, 2021, what happened?

12   A.   A CRS Firearms video titled "Auto Key Card Got Raided" was

13   posted.

14           MR. MESROBIAN:  And Your Honor, may we now publish

15   Government Exhibit 12 in its entirety?

16           THE COURT:  You may.  Excuse me.  You may.

17       (Video played.)

18       (Video stopped.)

19   BY MR. MESROBIAN:

20   Q.   Now, Ms. Butler, returning to Government Exhibit 121, on

21   March 13th, 2021, did Mr. Hoover post another video to his

22   channel?

23   A.   Yes.

24   Q.   And that video was entitled "Auto Key Card Very Important

25   Update"?

1  A.    Yes.

2  Q.    And in that video did he discuss the current status of

3  Mr. Ervin's case?

4  A.    Yes.

5  Q.    And moving on, March 28th, 2021, did Mr. Hoover post

6  another video to his channel?

7  A.    Yes.

8  Q.    And was that one entitled "Response Video to Johnny B's

9  Auto Key Card Video"?

10 A.    Yes.

11        MR. MESROBIAN:  Your Honor, may we now publish

12 Government Exhibit 14 in its entirety?

13        THE COURT:  You may.

14     (Video played.)

15     (Video stopped.)

16 BY MR. MESROBIAN:

17 Q.    So Ms. Butler, two days later after that last video we

18 just watched, what happened?

19 A.    There was a jail phone call from Mr. Ervin to Mr. Hoover

20 and Ms. Ibe.

21 Q.    So I'll pause there.  At this time was Mr. Ervin still

22 detained?

23 A.    Yes.

24 Q.    Mr. Hoover and Ms. Ibe were not, correct?

25 A.    Correct.

1    Q.    Could you talk a little bit about how the -- how making

2    calls from a detention facility work?

3    A.    Sure.  I believe you have an individual PIN that's

4    associated with you and your account.  When you make the call

5    you have to identify yourself as the speaker, or as the caller,

6    and then you input the telephone number that you would like to

7    call.

8    Q.    And these calls, if not to an attorney, are recorded?

9    A.    Yes.

10   Q.    And is law enforcement able to access those recordings?

11   A.    Yes.

12          MR. MESROBIAN:  Your Honor, may I -- at this point I

13   would move to admit Government Exhibits 17.1, 17.1A, 17.2,

14   17.2A, and 17.3 and 17.3A.

15          THE COURT:  Based on our previous discussions, those

16   are admitted.

17          MR. MESROBIAN:  Your Honor, I'll just approach with

18   these to hand them to Madam Deputy.

19          THE COURT:  All right.

20       (Government's Exhibits 17.1, 17.1A, 17.2, 17.2A, 17.3, and

21   17.3A admitted in evidence.)

22   BY MR. MESROBIAN:

23   Q.    So again, Ms. Butler, the recordings we're about to listen

24   to, is this a recording of a jail call on March 30th made by

25   Mr. Ervin?

1    A.    Yes.

2          MR. MESROBIAN:  Your Honor, may we now publish

3    Government Exhibit 17.1 and 17.1A?

4          THE COURT:  Yes.

5          Ladies and gentlemen, for this exhibit and the ones

6    that are going to follow, the exhibit admitted as Number A, the

7    "A" is a typewritten transcript of the -- are you showing the

8    transcript?

9          MR. MESROBIAN:  Yes, Your Honor.

10         THE COURT:  I thought so.

11         So that the "A" digit is a transcript of the

12   conversation that can be heard on the other numbered exhibit.

13         I've admitted the transcript for the limited and

14   secondary purpose of helping you follow the content of the

15   conversation as you listen to the recording and to help you

16   identify the speakers.  But you're specifically instructed that

17   whether the transcript correctly reflects the content of the

18   conversation or the identity of the speakers is entirely for

19   you to decide based on your own evaluation of any testimony you

20   may have heard about the preparation of the transcript and from

21   your own examination of the transcript in relation to hearing

22   the tape recording itself as the primary evidence of its

23   contents.

24         If you determine that the transcript is in any

25   respect incorrect or unreliable, you should disregard it to

1    that extent.

2            You may go ahead and publish.

3            MR. MESROBIAN:  Thank you, Your Honor.

4        (Audio recording played.)

5        (Audio recording stopped.)

6    BY MR. MESROBIAN:

7    Q.    And Ms. Butler, is 17.2A a continuation of that same jail

8    call on March 30th, 2021?

9    A.    Yes.

10           MR. MESROBIAN:  May we now publish 17.2 and 17.2A,

11   Your Honor?

12           THE COURT:  Go ahead.

13       (Audio recording played.)

14       (Audio recording stopped.)

15   BY MR. MESROBIAN:

16   Q.    And finally, Ms. Butler, is Government's Exhibit 17.3 a

17   continuation of that same jail call on March 30th?

18   A.    Yes.

19           MR. MESROBIAN:  Your Honor, may we now publish 17.3

20   and 17.3A?

21           THE COURT:  You may.

22       (Audio recording played.)

23       (Audio recording stopped.)

24   BY MR. MESROBIAN:

25   Q.    Turning to Government Exhibit 121, that call occurred on

1    March 30th, 2021, correct?

2    A.    Yes.

3    Q.    On June 6th, 2021, did Mr. Hoover publish another video to

4    his channel?

5    A.    Yes.

6    Q.    And what was the title of that video?

7    A.    "The Meaning of This Very Romantic Statement."

8         MR. MESROBIAN:  And Your Honor, at this time may we

9    publish Government Exhibit 15?

10        THE COURT:  You may.

11    (Video played.)

12    (Video stopped.)

13        MR. MESROBIAN:  And the next page of 121, please,

14   Ms. Ganoe.

15   BY MR. MESROBIAN:

16   Q.    Finally, Ms. Butler, on July 22nd, 2021, did Mr. Hoover

17   publish another video to the CRS Firearms channel?

18   A.    Yes.

19   Q.    And what was this video titled?

20   A.    "The ATF Wants to Know."

21   Q.    And are you aware if prior to this video being published,

22   was Erica provided a grand jury subpoena to testify?

23   A.    Yes.

24        MR. MESROBIAN:  Your Honor, may we now publish

25   Government Exhibit 16?

1              THE COURT:  You may.

2        (Video played.)

3        (Video stopped.)

4              MR. MESROBIAN:  And Ms. Ganoe, you can take

5    Government Exhibit 121 down.

6    BY MR. MESROBIAN:

7    Q.    Two more brief topics, Ms. Butler.  First, I'd like to

8    talk specifically about the toll records ATF received.  And

9    that's Government Exhibits 97 and the sub exhibits, 98 and 99

10   and their sub exhibits, correct?

11   A.    Yes.

12   Q.    So you reviewed that toll record data?

13   A.    Yes.

14   Q.    And are all of those records voluminous in nature?

15   A.    Yes, we --

16   Q.    Sorry, go ahead.

17   A.    Upwards of 80,000 records total.

18   Q.    Because it includes all the relevant voice and text data

19   related to those numbers?

20   A.    Yes.

21   Q.    So as part of your review, did you look for contacts

22   between Mr. Hoover and Mrs. Hoover's numbers with Mr. Ervin or

23   other numbers in the (904) area code --

24   A.    Yes.

25   Q.    -- in Jacksonville?

1    A.    Yes.

2    Q.    So we've seen a few of these contacts as we've gone

3    through Exhibit 121, correct?

4    A.    Yes.

5    Q.    Did you prepare a summary chart in connection with that

6    review as well?

7    A.    Yes, I did.

8    Q.    So how do you go about analyzing the data received from

9    cell providers?

10   A.    So when we initially receive the toll records, the first

11   thing that we do is open them to kind of get an idea of what we

12   have.  The different providers send the data different ways, so

13   some -- for example, Verizon's looks very different than U.S.

14   Cellular's.

15           So we look through them to see what we have.  Then we

16   use a tool called PLX.  It's essentially phone analysis

17   software.  We load the toll records, the raw toll records that

18   we receive from the provider, into PLX and it ingests that data

19   and kind of translates it and makes it a little bit easier to

20   read.

21           And from there we do kind of cross-referencing, so

22   making sure that what's in the raw records that we received

23   from the providers is reflected in the system after it was

24   ingested.

25   Q.    And as part of your review in this case, did you rerun

1    certain data and make corrections as needed?

2    A.    Yes.

3              MR. MESROBIAN:  So, Your Honor, may I approach with

4    Government's Exhibit 100?

5              THE COURT:  100?

6              MR. MESROBIAN:  Yes.

7              THE COURT:  Yes.

8    BY MR. MESROBIAN:

9    Q.    I've placed before you Government Exhibit 100.  Do you

10   recognize that document?

11   A.    Yes.

12   Q.    What is it?

13   A.    This is the summary chart that I prepared that summarizes

14   communications between Uber -- I'm sorry, Ervin, Hoover, Ibe,

15   and Wolfe's phone numbers with the date, times, and type of

16   communication.

17   Q.    And when you say "Wolfe," are you referring to Carolanne

18   Wolfe?

19   A.    Yes.

20   Q.    And is that one of the 904 area code numbers you

21   identified from the tolls?

22   A.    Yes.

23   Q.    And does Government Exhibit 100 accurately summarize your

24   analysis of these contacts?

25   A.    Yes.

1          MR. MESROBIAN:  Your Honor, move to admit Government

2  Exhibit 100.

3          MR. KING:  Your Honor, my understanding is this is a

4  summary, so . . .

5          THE COURT:  Well, under 100 -- 1006, that would be --

6          MR. KING:  Yes, Your Honor, it would be without

7  objection.

8          MR. ZERMAY:  No objection.

9          THE COURT:  All right.  100 is admitted.

10      (Government's Exhibit 100 admitted in evidence.)

11         MR. MESROBIAN:  May we publish, Your Honor?

12         THE COURT:  You may.

13  BY MR. MESROBIAN:

14  Q.   So could you just provide a brief explanation of how you

15  arranged this data?

16  A.   Sure.  So going from left to right, the first column is

17  the date the communication occurred.  The second column is the

18  time -- military time that the communication occurred.  The

19  third column is communication type, so either voice call or

20  text message.  The fourth column are the involved parties based

21  on the phone numbers that we have.  And "duration" is the

22  duration of the communication.

23  Q.   And looking at the top part of this exhibit, a few of the

24  items are listed as a voice call with a duration one minute; is

25  that right?

1    A.    Yes.

2    Q.    And again, as I think we discussed earlier, that could

3    indicate a missed call or an unanswered call; is that right?

4    A.    Yes.

5    Q.    We also see, however, durations of 38 minutes, 10 minutes,

6    26 minutes.  Does that indicate the length of that particular

7    call from the toll records?

8    A.    Yes.

9    Q.    So I'd also like to ask, did you have -- withdrawn.

10           Did the records you received begin on or about

11   November 2nd, 2020, or did they start before that?

12   A.    They started before that.

13   Q.    Was November 2nd, 2020, the first contact you observed

14   from the toll records?

15   A.    Yes.

16   Q.    Did you have text message records or toll records going

17   back the entire period through November 2nd, 2020?

18   A.    No.

19   Q.    And why was that?

20   A.    The records that we received from U.S. Cellular for text

21   messages started December 2nd.  When U.S. Cellular responds to

22   subpoenas, they're only able to provide records going back one

23   calendar year from the date that they began working on a

24   subpoena.  So that was why these records started in December.

25           MR. MESROBIAN:  So Ms. Ganoe, could we sort of page

1    through this exhibit for the jury while it's published.

2    BY MR. MESROBIAN:

3    Q.    And Ms. Butler, there are 14 pages to this exhibit?

4    A.    Yes.

5    Q.    And now on the last page here --

6              MR. MESROBIAN:   Could we focus on the contacts on

7    that page.

8    BY MR. MESROBIAN:

9    Q.    So again, Mr. Ervin was arrested on or about March 2nd,

10   2021?

11   A.    Yes.

12   Q.    Did you observe contacts between Mr. Hoover or Ms. Ibe and

13   Carolanne Wolfe after that?

14   A.    Yes.

15   Q.    And those appear to be three voice calls with some

16   extended duration, a very brief voice call, and one text

17   message?

18   A.    Yes.

19   Q.    In total, would you -- Ms. Butler, could you provide a

20   rough total of the contacts between Mr. Ervin and Mr. Hoover

21   observed in these records?

22   A.    There were over 500 records of communication between

23   Mr. Hoover and Mr. Ervin.

24   Q.    And is that a combined total of the calls and text

25   messages?

1   A.    Yes.

2   Q.    And finally, Ms. Butler, I'd like to ask you about the

3   records provided by Stripe.  Could you explain to the jury

4   again what Stripe is.

5   A.    Stripe is an online payment processor.  So individuals

6   with online businesses can use their Stripe account to receive

7   electronic payments online.

8   Q.    And Government Exhibit 68 and 123 already in evidence are

9   the records produced by Stripe in response to subpoenas?

10  A.    Yes.

11  Q.    And what information did Stripe provide?

12  A.    Stripe -- the production that Stripe provided had three

13  tabs.  The first tab had the different accounts associated with

14  Mr. Ervin.  The second tab had the transfers that were made

15  from the Stripe account with information on the bank accounts

16  that those deposits -- or, sorry, that money was deposited

17  into.  And the third tab had the list of the financial

18  transactions that were made with those Stripe accounts.

19        MR. MESROBIAN:  And just as an example, may we

20  publish Government Exhibit 123?

21        THE COURT:  You may.

22        MR. MESROBIAN:  On page 2, please, Ms. Ganoe.

23  BY MR. MESROBIAN:

24  Q.    So on page 2 of Government Exhibit 123, what are we

25  looking at here?

1    A.    These are the different account IDs that were returned by

2    Stripe.

3    Q.    And so on the left, for example, there's an account with

4    the business d/b/a.  Does that appear to be "doing business

5    as"?

6    A.    Yes.

7    Q.    And the name of that is AutoSaw15.com?

8    A.    Yes.

9    Q.    And what address is that connected to?

10   A.    2409 Kirkwall Court, Orange Park, Florida, 32065.

11   Q.    And towards the bottom of that column there's an account

12   opening date.  What does it say there?

13   A.    July 18th, 2020.

14   Q.    And is there an owner email for that one?

15   A.    Yes, it's autosaw15@gmail.com.

16   Q.    And who is the company first and last name?

17   A.    Kristopher Ervin.

18   Q.    And what is the description of the product for the

19   autosaw15?

20   A.    Innovative products, novelties, and conversation pieces.

21   Q.    And over on the right side of this screen that we're

22   looking at right now there's another -- a different Stripe

23   account?

24   A.    Yes.

25   Q.    And the name of that business d/b/a is SP asterisk

1  AutoKeyCard?

2  A.    Yes.

3  Q.    And it's listed at the same address on Kirkwall Court in

4  Orange Park?

5  A.    Yes.

6  Q.    And down below, what is the date that that account was set

7  up?

8  A.    July 16th, 2020.

9  Q.    And what is the email address of the owner?

10  A.    Autokeycard@autokeycard.com.

11  Q.    And is that one of the accounts for which Namecheap

12  provided records in response to the search warrant?

13  A.    Yes.

14  Q.    And what is the description of the product offered by

15  AutoKeyCard?

16  A.    Business cards, novelty, neat products, physical products.

17  Q.    And who is the company rep listed?

18  A.    Kristopher Ervin.

19  Q.    So Ms. Butler, did you review the records provided by

20  Stripe in Government Exhibits 68 and 123?

21  A.    I did.

22  Q.    And are the -- and you mentioned the different types of

23  records provided with respect to transactions.  Are the

24  transactions captured in Government Exhibit 123 also included

25  in Government Exhibit 68?

1   A.   Yes.

2          MR. MESROBIAN:   Your Honor, may I approach with

3   Government Exhibit 117?

4          THE COURT:   117?

5          MR. MESROBIAN:   Yes, Your Honor.

6          THE COURT:   Go ahead.

7   BY MR. MESROBIAN:

8   Q.   Do you recognize what that is?

9   A.   Yes.

10  Q.   What is it?

11  A.   This is a chart I prepared detailing the total number of

12  Stripe orders placed each day with the dates of these CRS

13  Firearms videos notated.

14  Q.   And this was derived from both your analysis of the Stripe

15  data and as well as your recording and capturing of these CRS

16  Firearms videos?

17  A.   Yes.

18  Q.   And does Exhibit 117 accurately summarize your analysis of

19  this data?

20  A.   Yes.

21          MR. MESROBIAN:   Your Honor, move to admit Government

22  Exhibit 117.

23          MR. KING:   Without objection, Your Honor.

24          MR. ZERMAY:   No objection.

25          THE COURT:   117 is admitted.

1      (Government's Exhibit 117 admitted in evidence.)

2            MR. MESROBIAN:  May we publish, Your Honor?

3            THE COURT:  You may.

4   BY MR. MESROBIAN:

5   Q.   So first I'd like to focus on the left side of this graph,

6   and then I'll just ask you to describe what we're seeing here.

7   A.   Sure.  So at the top there's a legend.  It's just

8   explaining that the blue bars included in this chart represent

9   the number of orders placed through Stripe transactions.  The

10  yellow hash line is an indicator of the dates that CRS Firearms

11  videos were posted.  And the axis on the left is the number of

12  Stripe orders each day.

13  Q.   So the left side of Government Exhibit 117, if we look

14  down to the bottom bar, what date does your chart begin on?

15  A.   August 2nd, 2020.

16  Q.   And from that date through the end of October 2020,

17  approximately -- on a day-to-day basis, approximately how many

18  sales via Stripe were being made of the auto key card?

19  A.   I believe no more than five; four or five a day.

20  Q.   Now, what was the date of the first CRS Firearms video

21  regarding the auto key card that you observed?

22  A.   November 4th, 2020.

23            MR. MESROBIAN:  Ms. Ganoe, could we focus on . . .

24  BY MR. MESROBIAN:

25  Q.   So what happened after Mr. Hoover began making the videos

1   on his channel?

2   A.   There was --

3            MR. ZERMAY:  Objection, speculation.

4            THE COURT:  Overruled.

5   A.   There was an increase in the number of Stripe orders that

6   were placed each day.

7   Q.   And we're looking at the top here at two different videos.

8   The first is the November 4th, 2020, video "Is This an ATF Trap

9   and How Does It Work"?

10  A.   Yes.

11  Q.   And then there's -- the blue bar next to that indicates

12  the increase in sales?

13  A.   Yes.

14  Q.   And then the second yellow box at the top is the

15  November 11th, 2020, video?

16  A.   Yes.

17  Q.   And that's titled "The Parts the ATF Wishes Never

18  Existed"?

19  A.   Yes.

20           MR. MESROBIAN:  Ms. Ganoe, if we could zoom back out

21  and focus on . . .

22  BY MR. MESROBIAN:

23  Q.   So without going through all of these videos, according to

24  the Stripe data, did sales increase on a day-to-day basis after

25  November 4th, 2020?

1   A.   I would say the sales in total did increase, but day to

2   day some days were more -- had more purchases than others.

3   Q.   They fluctuated day to day; fair to say?

4   A.   Yes.

5   Q.   But in general, they were higher than the period prior to

6   when CRS Firearms began making videos?

7   A.   Yes.

8   Q.   And Ms. Butler, approximately how many sales transactions

9   did Mr. Ervin engage in with Auto Key Card according to the

10  Stripe data?

11  A.   The Stripe data had approximately 1,900 transactions.

12       MR. MESROBIAN:  May I have one moment, Your Honor?

13       THE COURT:  You may.

14  BY MR. MESROBIAN:

15  Q.   And Ms. Butler, based on your review of the Stripe data,

16  do you know an approximate dollar amount for those

17  transactions?

18  A.   Not off the top of my head.

19  Q.   The proceeds of these transactions, though, were you able

20  to see where Mr. Ervin was transferring that out of the Stripe

21  account?

22  A.   Yes.

23  Q.   And where did that go?

24  A.   Into the Community First Credit Union account.

25       MR. MESROBIAN:  Your Honor, I have no further

 1    questions at this time.

 2            THE COURT:  Let me see counsel at sidebar.

 3        (Proceedings at sidebar:)

 4            THE COURT:  Who's going to be cross-examining this

 5    witness first?

 6            MR. KING:  It would be Mr. Zermay.  And Your Honor,

 7    just for scheduling purposes, I know that there has --

 8            THE COURT:  I was going to tell you-all that this

 9    would be a stopping point.

10            MR. KING:  I was going to suggest this would be a

11    very good stopping point.

12            THE COURT:  Yeah, there's no reason to go 15 minutes

13    into a cross-examination.  So I'll just go ahead and let the

14    jury go, unless there's something else that you-all want me to

15    address with them before we do that.

16            MR. ZERMAY:  Not with the jury, but Mr. King made an

17    objection earlier to Exhibit --

18            MR. KING:  Let's address that when the jury gets out

19    of here.

20            Your Honor, the only thing I would say is just

21    another reminder about Tuesday.

22            THE COURT:  Yeah, I'm going to do it.

23            MR. KING:  I appreciate it.  Thanks.

24        (Proceedings in open court:)

25            THE COURT:  All right, ladies and gentlemen.  I said

1    we were going to stop by 3 today and we're at a good stopping

2    point, so we're going to go ahead and stop.  It's a little

3    after 2:40.  I will wish you-all a very nice weekend.  Please

4    remember that we're going to start on Monday morning at 8:45

5    but we're going to have Tuesday off.

6              So I am going to give you sort of the long version of

7    the instructions because it's tempting over the weekend -- your

8    friends and family know you've been in trial, and they're going

9    to ask -- they're going to ask you questions.  They want to

10   know what you're doing.  It is very, very important that you

11   not talk to them about the trial at all.  Don't tell them

12   anything about the subject matter that the trial is about, what

13   the charges are, about the people, anything at all.

14             Anything you say is going to cause someone to express

15   an opinion, and you simply can not be influenced any other

16   people's opinions.  Only you jurors have been found to be fair

17   and impartial, only you have been found to be proper jurors for

18   this particular case, and only you have sworn to render a fair

19   and impartial verdict.  So please don't put yourself in the

20   position of having somebody express to you their opinions or

21   their thoughts about this case.

22             Please do not read, watch, or listen to any media

23   reports.

24             Don't conduct any independent research about anything

25   in any way relating to the case.

1          You must reach your verdict based solely on the

2   evidence and the information that we provide to you here in

3   this courtroom.

4          And please remember not to form or express any

5   opinions because you have not yet heard all the evidence, the

6   arguments of the attorneys, or my instructions on the law.

7          I wish you a very nice weekend and we will see you

8   Monday morning.

9          COURT SECURITY OFFICER:  All rise for the jury.

10      (Jury exits, 2:43 p.m.)

11          COURT SECURITY OFFICER:  Please be seated.

12          THE COURT:  You may step down.

13          All right.  Just so that we're clear, yesterday, when

14   this witness first started, Mr. Larosiere was actually making

15   the objections.  You-all swapped.  And you told me that this

16   morning, and I'm going to allow that, but I'll remind you that

17   our local rules address this very specifically.  And Local Rule

18   5.03(d)2 says that "a lawyer must limit examination or

19   cross-examination of a witness to one lawyer for each party and

20   ensure that the lawyer who objects during direct examination is

21   the same lawyer who cross-examines the witness."

22          Now, you-all designated Mr. Zermay this morning.  I

23   allowed that.  But Mr. Zermay is going to keep this witness.

24   We're not switching back.  And in the future, you're not

25   swapping off.  We have to leave it as it is, okay?

1          MR. LAROSIERE:  Yes, Your Honor.

2          MR. ZERMAY:  (Nods head.)

3          THE COURT:  All right.  Now, Mr. Zermay -- is there

4    something you wanted to say, Mr. Larosiere?

5          MR. LAROSIERE:  I just wanted to take credit that it

6    was my error.  Zach had been preassigned her, and I mistakenly

7    didn't object.

8          THE COURT:  Okay.  "Mr. Zermay."

9          So now, Mr. Zermay, you had -- you had something you

10   wanted to address?

11         MR. ZERMAY:  Yes, Your Honor.  Mr. King made

12   objections to Exhibits 69 and 70 earlier.  I believe it was on

13   the grounds of hearsay.  And I just wanted to state for the

14   record that we join that objection.  I don't know if I got it

15   out there, but it's distinguished the only difference is it was

16   overruled.  I just wanted to put that on record.

17         MR. MESROBIAN:  Your Honor, I believe Mr. Zermay is

18   referring to the Shopify documents that we discussed at

19   sidebar.

20         MR. ZERMAY:  That's correct.

21         THE COURT:  All right.  Thank you.  So I will accept

22   that supplement to the objection.

23         MR. ZERMAY:  Thank you very much, Your Honor.

24         THE COURT:  I'll consider it raised on behalf of both

25   defendants.

1          MR. ZERMAY:  Thank you.

2          THE COURT:  All right.  Mr. Mesrobian, I assume we

3   will continue with Ms. Butler on Monday.  I don't know how long

4   that will take.

5          MR. MESROBIAN:  Well, Your Honor, I suppose that's up

6   to Mr. Zermay and Mr. King to an extent.

7          I guess one thing I did want to say, and we'll

8   address this after court today, is that we do have purchasers

9   who are coming in to testify on Monday.  Some of them are

10  coming in from out of town, and we hope to have them back on

11  their way after they've testified on Monday.

12          To the extent that Ms. Butler's cross-examination

13  might be lengthy, we might have to have a discussion about

14  whether or not she needs to be -- there needs to be some

15  suspension so that we could potentially get the purchasers on

16  and off so they can catch their flights back.  But we can --

17  we'll discuss that among counsel.  But that's our hope, is that

18  Ms. Butler's cross will be done and the purchasers will be

19  testifying on Monday.

20          THE COURT:  And can you rattle off the names of who

21  you expect us to hear from.

22          MR. MESROBIAN:  Your Honor, I'd expect that we would

23  hear from Darek Stennes, Joel Moya, Steven Duty, Randy Willis,

24  Aric Osso, Tristen Alderson, Richard Roberts, and Phillip

25  Wilson.

1          THE COURT:  And is that going to fill up the day?

2          MR. MESROBIAN:  I would expect so, Your Honor.  We

3     also have Special Agent Slosson again, who is dutifully

4     standing by for when we need to fill some time.  But I expect

5     that those, in combination with whatever cross-examination

6     there is with Ms. Butler, will fill our day.

7          THE COURT:  Okay.  All right.  Anything else I need

8     to address?

9          MR. MESROBIAN:  The only other thing Ms. Taylor

10    pointed out I should add is that if we -- after discussing with

11    counsel, if it seems like Ms. Butler's cross-examination is

12    going to be relatively brief, we'll be sure to have -- well, we

13    will likely have Ernest Lintner, the expert witness, on

14    standby.  He doesn't come from too far away, so that shouldn't

15    be much of an inconvenience for him.  But just to make sure

16    they're prepared.

17         THE COURT:  Okay.  Thank you.

18         Mr. King.

19         MR. KING:  Your Honor, I want to address the -- we

20    had a long conversation at the end of the day yesterday

21    afternoon about the Court's ruling regarding specific penalties

22    for possession of machine gun conversion devices.  I'd like to

23    revisit that in light of Government's Exhibit 15, where they

24    played a video where the specific penalties of possession of

25    machine gun conversion device, or a machine gun, including the

1   fine as well as the maximum sentence, which were accurately

2   stated in the government's exhibit, is now in evidence before

3   the jury.

4           And in light of that, I would like the Court to

5   revisit that ruling with the understanding it would only go

6   towards the witnesses that we will be dealing with Monday.  I

7   would not attempt to argue or place into evidence what

8   penalties Mr. Ervin or Mr. Hoover specifically would be facing.

9   But in light of it now being in evidence, I would like the

10  Court to revisit that ruling.

11          THE COURT:  All right.  Mr. Mesrobian, are you

12  prepared to respond to that?

13          MR. MESROBIAN:  I understand Mr. King's point.

14  However, I don't think Mr. Hoover's videos and description of

15  the legal penalties with respect to whatever offense he was

16  referring to, which it wasn't exactly clear from the video -- I

17  don't think that is an authoritative source such that the

18  penalties with respect to certain offenses have now been placed

19  at issue.

20          Much like many of the things Mr. Hoover spoke about

21  in these videos, I don't think that they are being offered by

22  the government for the reliability of their description of the

23  law.  I'll put it that way.

24          THE COURT:  All right.  Mr. King, I'm going to --

25  I'll take Exhibit -- the transcript of Exhibit 15 -- well, I'll

1  take 15A home with me over the weekend and I'll look back at

2  that and I'll let you know my thoughts about that on Monday

3  morning.

4          MR. KING:  Yes, Your Honor.  And it's -- we just

5  pulled it up, it's the middle of page 5, so the Court can find

6  it a little easier.

7          THE COURT:  Thank you.

8          MR. KING:  And I had a -- I'm actually moving towards

9  the microphone.

10         THE COURT:  Thank you.  Okay.  Go ahead.

11         MR. KING:  Your Honor, before that happened I was

12  also going to bring this up to make sure that I was compliant

13  with the Court's ruling.

14         We did have a conversation.  Government witness

15  Tristen Alderson -- or Alderton, I keep getting it wrong --

16  there was discussion with Agent Hooker about him being an

17  unlawful drug user, a 922(g) charge.  And I wanted to see if

18  the specific penalties as to that charge, because it is not one

19  that either Mr. Ervin or Hoover are facing, would be out of

20  bounds or if I could get into that, because that is not a

21  charge that either of them are specifically facing.  And it

22  just did not occur to me to ask that yesterday.

23         THE COURT:  My inclination, Mr. King, is that it's

24  too confusing to the jury to understand whether that's the same

25  penalty that Mr. Hoover would be facing or not -- Mr. Ervin or

1   Mr. Hoover would be facing or not, or whether it would be a

2   similar penalty.  So I think I'm inclined to say that you

3   should -- there's no need to talk about a specific sentence.

4   You can talk about, as I said, a significant sentence, you can

5   talk about the felony conviction, you can even talk about a

6   lengthy sentence, but my inclination is that the specifics of

7   the sentence are not so much more probative of the bias that

8   they overcome the confusion -- likely confusion to the jury on

9   that issue.

10          And again, the speculative nature of the charge being

11  brought and the circumstances, I'm not terribly inclined to

12  allow it.  But because I'm going to be revisiting the issue

13  over the weekend when I look at the Exhibit 15A, I'll make a

14  note to consider the separate 924(g) penalty.  But my initial

15  thought is that it's just too confusing and the additional

16  probative value of it isn't worth allowing that confusion for

17  the jury.

18          MR. KING:  Thank you, Your Honor.  I just wanted to

19  clarify.  I appreciate it.

20          THE COURT:  Okay.  Anything else on behalf of

21  Mr. Ervin?

22          MR. KING:  I'm sorry, Your Honor.  There was nothing

23  further.

24          THE COURT:  Okay.  Mr. Zermay, anything else from

25  Mr. Hoover?

1          MR. ZERMAY:  Yes, Your Honor.  I just would like to

2    state for the record that Mr. Hoover joins Mr. King's request

3    regarding Exhibit 15.  Respectfully, the government opened the

4    door regarding such inquiry.  And that's all we have to say

5    about that matter.

6          THE COURT:  All right.

7          Ms. Wiles.

8       (The judge and the courtroom deputy confer.)

9          THE COURT:  Okay.  Then if that's all we have, we

10   will be in recess.  I'll ask you-all to be here promptly at

11   8:45 tomorrow morning -- not tomorrow morning -- Monday

12   morning, and we will continue with the evidence at that time.

13         MR. KING:  Thank you, Your Honor.

14         THE COURT:  We're in recess.

15         COURT SECURITY OFFICER:  All rise.

16      (Proceedings adjourned at 2:54 p.m., to be continued on

17   Monday, April 17, 2023.)

18                         -    -    -

19

20

21

22

23

24

25

```
 1           CERTIFICATE OF OFFICIAL COURT REPORTER

 2

 3   UNITED STATES DISTRICT COURT)

 4   MIDDLE DISTRICT OF FLORIDA )

 5

 6        I hereby certify that the foregoing transcript is a true

 7   and correct computer-aided transcription of my stenotype notes

 8   taken at the time and place indicated herein.

 9

10        DATED this 6th day of June, 2023.

11

12                         /s/ Katharine M. Healey
                           Katharine M. Healey, RMR, CRR, FPR-C
13                         Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25
```