UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby requests that this Court continue the sentencing hearing currently scheduled for July 21, 2023.  Doc. 267.  In support of this request, the government submits that lead counsel for the government, Assistant United States Attorney Taylor, is scheduled to undergo major surgery on July 18, 2023. This surgery was scheduled on April 3, 2023, before the sentencing hearing was set. The expected recovery period is a minimum of 4, and up to 8 weeks.  Additionally, the U.S. Attorney's Office's conference is scheduled for August 23-25, 2023. Therefore, the government requests a continuance of the sentencing hearing until a date no earlier than August 28, 2023.[1]

The undersigned informed counsel for both defendants of this surgery date shortly after sentencing was set.  On June 6, 2023, the undersigned requested the positions of both defendants with regard to this request (via email), but did not

---

[1] If the Court prefers to move the sentencing up, the last day that AUSA Taylor will be available prior to her surgery date is July 14, 2023, due to the need to travel for the procedure.

receive a response to that inquiry.   On June 7, 2023, the undersigned again requested the positions of both defendants with regard to this request (via email). Counsel for both defendants have since indicated that they would oppose any continuance of more than two weeks due to the conditions at the facility where the defendants are being housed.

WHEREFORE, the government requests that this Court continue the sentencing hearing in this matter.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   s/ *Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
E-mail: Laura.C.Taylor@usdoj.gov

DAVID B. MESROBIAN
Assistant United States Attorney
USA No. 188
E-mail: David.Mesrobian@usdoj.gov

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Alex King, Esq.
> *Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
> Zachary Z. Zermay
> Matthew LaRosiere
> *Counsel for defendant MATTHEW RAYMOND HOOVER*

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
