UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No:         3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
MATTHEW HOOVER
_____/

**DEFENDANT ERVIN'S RESPONSE TO
UNITED STATES' MOTION TO CONTINUE SENTENCING**

COMES NOW, Defendant Kristopher Ervin, by and through his undersigned counsel, and pursuant to this Honorable Court's June 13, 2023 Endorsed Order (Doc. 288), hereby responds to the United States' Motion to Continue Sentencing (hereinafter "Motion to Continue") (Doc. 286), and in support hereof, further states as follows:

1. On June 12, 2023, the United States filed a Motion to Continue Sentencing (Doc. 286).

2. This matter was set for sentencing by the Court at the conclusion of the trial on April 21, 2023 (almost two months ago).

3. In the Motion to Continue, the Government incorrectly notes that the current sentencing hearing is July 21, 2023, when it is actually set for July 31, 2023. However, due to the grounds that AUSA Taylor has surgery on July 18, 2023, this error likely does not have an impact on the Government's request.

4. In the Motion to Continue, the Government notes that on June 6, 2023, an email was sent to counsel for the Defendants for their position on their Motion to Continue, and she did not receive a response to that inquiry until the following day. As the Government is aware, both Defendants Ervin and Hoover are in custody. Undersigned counsel has an obligation to confer

with his client and could not obtain Defendant's position that very day. At the time of the Government's request, the Government stated to counsel "I would intend to ask for sentencing to be rescheduled to sometime in September".

5. After undersigned counsel conferred with Mr. Ervin, counsel notified the Government of the Defendant's position, which is that Mr. Ervin would oblige a continuance of a week or two considering the circumstances but would oppose a lengthier or indeterminate continuance. The Government's request of this Honorable Court is materially different than the request made of Mr. Ervin, which was shortened by the filing of the Government's Motion to Continue (Doc. 286), without consulting counsel and Mr. Ervin on the position of the newly proposed date at the end of August. Thus, the position of Mr. Ervin in the Government's Motion to Continue is in response to the Government's initial request, rather than the new proposed timeframe. Counsel is relaying Mr. Ervin's position as it relates to the original request, and has been unable to visit Mr. Ervin to see if his position has changed in light of the new request.

6. Mr. Ervin has been in a county jail for over 27 months. He willingly accepts the sentence this Honorable Court will impose upon him, but wishes to do so in a timely manner without sitting in a county jail for any time longer than necessary due to the conditions of his incarceration. As the Government notes in their Motion to Continue, Mr. Ervin opposes any continuance more than two weeks.

7. During the course of his pre-trial detention, Mr. Ervin's conditions have been significantly and materially worse than conditions in the Bureau of Prisons. In addition to the sleeping conditions; difficulty with visitation; food; and lack of education, spiritual, mental health, and vocational opportunities, Mr. Ervin has personally witnessed more than one prisoner overdose on contraband drugs introduced to the facility. One detainee overdosed and died in front of Mr.

Ervin, who was prevented by a guard from providing potentially life saving interventions. The conditions in the Baker County Jail are objectively worse than conditions at a Bureau of Prisons facility.

8.   In light of Mr. Ervin's more than two years of detention in the Baker County Jail and the conditions therein, Mr. Ervin would request a sentencing as expeditiously as can be prudently and thoroughly undertaken, as he is strongly wishes to end his time at the Baker County Jail.

WHEREFORE, for all the reasons set forth above, it is respectfully requested that this Honorable Court deny the Government's Motion to Continue Sentencing.

Respectfully submitted,
**Monroe & King, P.A.**
  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 20th day of June, 2023.

  /s/ Alex King
ATTORNEY