**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                         Case No.   3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

_____

**O R D E R**

**THIS CAUSE** is before the Court on the United States' Motion to Continue Sentencing Hearing (Dkt. No. 286; Motion) filed on June 12, 2023. In the Motion, counsel for the United States seeks a continuance of the sentencing hearing currently set for July 31, 2023, to a date no earlier than August 28, 2023. See Motion at 1. In support of the request, counsel advises the Court that she is scheduled for major surgery on July 18, 2023, with an expected recovery period of four to eight weeks. See id. In addition, counsel is scheduled to attend the U.S. Attorney's Office conference August 23-25, 2023. See id. In light of the difficult circumstances of their current confinement, Defendants consent only to a continuance of one to two weeks. See Defendant Ervin's Response to United States' Motion to Continue Sentencing (Dkt. No. 291) and Defendant Hoover's Notice of Adoption of ECF 291 (Dkt. No. 292).

Upon review, the Court finds that the United States has shown good cause for a continuance of the sentencing hearing. Moreover, Defendants have both filed post-trial motions for judgment of acquittal. See Defendant Ervin's Post-Verdict Motion for Judgment of Acquittal (Dkt. No. 273) and Defendant Hoover's Motion for Judgment of Acquittal (Dkt. No. 274). The motions, which only became ripe on June 16, 2023, challenge the sufficiency of the evidence presented at trial and as such require consideration of the complete trial record. Those motions must be resolved in advance of the sentencing hearing further warranting a continuance.

In light of the foregoing, it is **ORDERED:**

1. The United States' Motion to Continue Sentencing Hearing (Dkt. No. 286) is **GRANTED**.

2. The sentencing hearing set for July 31, 2023, at 9:30 a.m. is continued to **Wednesday, September 6, 2023, at 9:30 a.m.** in Courtroom 10B.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of June, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record