**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## O R D E R

**THIS CAUSE** is before the Court on the United States' Motion for Order Prohibiting Dissemination of Presentence Investigation Report (Dkt. No. 296; Motion) filed on August 7, 2023.  Given the representations in the Motion, the Court finds it necessary to set an in person hearing in this matter as quickly as possible.  Accordingly, it is

**ORDERED:**

1. The United States' Motion for Order Prohibiting Dissemination of Presentence Investigation Report (Dkt. No. 296) is **TAKEN UNDER ADVISEMENT**.

2.  An **IN PERSON** hearing on the Motion is set for **FRIDAY, AUGUST 11, 2023, at 2:00 P.M.** in Courtroom 10B. **Defendants and all counsel of record are required to be present**.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of August, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record