IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             No. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER
_____

**Motion for Special Admission**

Stephen D. Stamboulieh, Esquire, moves for special admission to represent
the interests of Intervenor John Crump in this action.

I am neither a Florida resident nor a member in good standing of The Florida
Bar.

I am a member in good standing of the Mississippi Bar (MS# 102784). I am
also a member in good standing of a bar of a United States district court; specifically,
the United States District Court of the Southern District of Mississippi.

I have not abused the privilege of special admission by maintaining a regular
law practice in Florida. I have initially appeared in the last thirty-six months in these
cases in state or federal court in Florida:

None.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: August 9, 2023.

Respectfully submitted,

/s/ James D. Phillips
James D. Phillips, Jr. (FL # 22846)
Katz & Phillips, P.A.
144 West Crystal Lake Ave., Ste. 1000
Lake Mary, FL 32746
Phone/Fax:  321-332-6864
Email:  jphillips@kplegalteam.com

## <u>CERTIFICATE OF SERVICE</u>

I, James D. Phillips, Jr., hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system which will send a notice and copy of the document to all counsel of record.

Dated: August 9, 2023.

/s/ James D. Phillips
James D. Phillips, Jr. (FL # 22846)
