FILED

2023 AUG -9 PM 3:57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

**SUPPLEMENT TO MOTION FOR ORDER PROHIBITING
DISSEMINATION OF PRESENTENCE INVESTIGATION REPORT**

In light of the upcoming hearing on August 11, 2023 (Doc. 297) related to the government's motion concerning disclosure of Hoover's Presentence Investigation Report to unauthorized individuals (Doc. 296), the government makes this supplemental filing of documents discussed in the motion, as follows:

Exhibit 1: Phone call placed by Hoover to John Crump on August 3, 2023, at 8:23 pm.

Exhibit 2: Phone call placed by Hoover to Richard Hughes on August 3, 2023, at 8:39 pm.

Exhibit 3: Phone call placed by Hoover to Richard Hughes on August 3, 2023, at 9:01 pm.

Exhibit 4: Phone call placed by Hoover to Erica Hoover on August 3, 2023, at 9:04 pm.

Exhibit 5: Video uploaded to John Crump News YouTube channel on August 4, 2023, titled "Auto KeyCard Update: Sentencing Update! (ft @flyingRich)" (deleted subsequent to filing the underlying motion).

Exhibit 6: Screen capture of comments to Exhibit 5.

Exhibit 7: Video uploaded to FlyingRich YouTube channel on August 4, 2023, titled "CRS Firearms Sentencing @JohnCrumpNews" (deleted subsequent to filing the underlying motion).

Exhibit 8:   Screen capture of comments to Exhibit 7.

>Respectfully submitted,
>
>ROGER B. HANDBERG
>United States Attorney

By:   s/ *Laura Cofer Taylor*
>LAURA COFER TAYLOR
>Assistant United States Attorney
>USA No. 170
>E-mail: Laura.C.Taylor@usdoj.gov
>
>300 N. Hogan Street, Suite 700
>Jacksonville, Florida 32202
>Telephone:   (904) 301-6300
>Facsimile:   (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I filed the foregoing with the Clerk of the Court in hard copy.   CM/ECF will send a notice of electronic filing to the following:

>Alex King, Esq.
>>*Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
>Zachary Z. Zermay
>Matthew LaRosiere
>>*Counsel for defendant MATTHEW RAYMOND HOOVER*

All exhibits described herein will be electronically produced to the above prior to the August 11, 2023, hearing regarding this motion.

><u>s/ Laura Cofer Taylor</u>
>LAURA COFER TAYLOR
>Assistant United States Attorney

3