# EXHIBITS NOT SCANNED

# DISCS FILED SEPARATELY