**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## O R D E R

In accordance with Local Rule 7.02, members of the press may enter the courthouse with a laptop computer, tablet, and/or cell phone to attend the hearing set for today, **August 11, 2023, at 1:30 p.m.** before the undersigned in Courtroom 10B.

Any member of the press entering the courthouse with a laptop, tablet, or cell phone must present the Court Security Officers with media credentials. Live transmission of any kind from the courtroom is strictly prohibited. This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via social media.

In addition, no audio or video recording is allowed in the courthouse at any time. All electronic devices must be on silent while in the courtroom.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of August, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
U.S. Marshal Service
Court Security Officer
Division Manager