# EXHIBIT A

Louis M, Bono
2386 Dumfries Ct E
Orange Park, FL 32065

September 6. 2023

Your Honorable Judge Howard,

I have been a lifelong friend of the Ervin family for over 45 years. My son and Justin were born within one year of each other and I have seen Justin, his brother and sister grow up. We went canoeing and hiking. attended sporting events, all of the normal activities. Justin grew up in a good supportive family. Even through these tough times, his family fully supports him. His father has been devastated by all of this.

During all of this time, I have never seen Justin even remotely indicate a willingness to break the law. He has always avoided people and situations that may be questionable. I am aware of the charges against Justin and truly find this outside of the Justin I have known for so many years. I am sure he did not intentionally break the law.

I am happy to provide this letter to the court in the hopes that the court will have leniency.

Sincerely,

*Louis M. Bono* (signature)

Louis M. Bono

Dr. Charles Hudgins,

767 Blanding Blvd # 109,

Orange Park, FL 32065

September 6, 2023

Your Honorable Judge Howard,

I am Dr. Charles Hudgins, the Ervin's family dentist since the 1990's. My daughter and Kristen Ervin (Justin's sister) played softball together for many years and I came to know this family very well.

When Justin was arrested in March of 2021, I spoke with his father about, if Justin needed an option of an alternative place to stay my family would be open to the possibility. As you know that option did not materialize. However, I am aware of the charges against Justin Ervin and his upcoming sentencing date. It is my pleasure to provide this letter to the court in the hopes that the court will have leniency.

As stated, previously Justin and I spent time together watching softball games, he provided technical support for my dental practice, and we shared lots of stories about him hiking the Appalachian trail. He absolutely loves nature. This gave me the opportunity to really know Justin as a person, I cannot imagine this was anything more than an error in judgement. The Justin I know would never willingly break the law.

Your honor, please consider his outstanding character in your decision.

Sincerely,

Dr. Charles Hudgins

James Wucher

2292 Salt Myrtle Ln

Fleming Is FL 32003

September 6, 2023

Your Honorable Judge Howard,

I am James Wucher. My stepdaughter (Megan Ervin) is married to Johnathan Ervin (Justin's brother).

I have known the Ervin family since the 1990's, including Justin Ervin. Since Justin's arrest in March of 2021, I have kept up with the legal process and am aware of the charges against Justin Ervin and his upcoming sentencing date. I am happy to write this letter for Justin so the court may have a better insight into what Justin's character truly is.

A little about my background. I am a retired US Navy aviator and currently a pilot and captain for a major US airline. These positions require me to make solid judgements and I take this letter just as seriously. I would have liked to have spoken on Justin's behalf but my flight schedule prevented my attendance.

Justin has always been one to help and do the right thing. One example that comes to mind is when hurricane Irma hit Jacksonville, Justin brought over his generator, sandbags, and extension cords so we could have power and prevent flooding. He did this of his own good will.

His love for his nephew Cameron (my 8-year-old grandson) is unsurpassed. Cameron and Justin have long had a good relationship and Cameron misses him terribly. It is hard to hear an 8-year-old say his uncle is "in jail".

Justin and his family are top notch and support each other fully. I have never known Justin to be in any type of trouble except this situation. He has never expressed a desire to break the law or participate in any criminal activity. This has to be a one off, poor judgement situation.

Your honor, please give Justin as much leniency as possible.

Sincerely,

James Wucher

Darren M Nichols
2132 Gamma Ct
Orange Park, FL 32073

September 6, 2023

Your Honorable Judge Howard,

My name is Darren Nichols and I have been a friend of the Ervin family for over 30 years. Mr. Ervin (Kris) and I were business associates in the early 90's, Kristen Ervin was an employee of mine in the 90s for Clearwire Communications, and I know Justin and Jonathan very well. Currently, I am Vice President of Sales for Cassia Networks.

I am very aware of the charges; the guilty verdict and the potential sentencing Justin Ervin is facing.  It would have been my pleasure to speak in person on his behalf, however when the sentencing date changed to September 6th, I unfortunately have an out of town Labor Day family commitment. However, I wanted to express my support for Justin.

For as long as I have known Justin and his family, they have been nothing but the type of American family that has made our country great. Justin is very patriotic and law-abiding citizen. I have never known him to be in any trouble or cause any type of trouble. This situation is so out of character that I can only surmise that he felt, right or wrong, that what he was doing was legal. He never expressed, that know of, any other sentiment.  He is a good solid person, always helpful and assists the less fortunate by helping where and when he has an opportunity.

Hopefully Your Honor, our justice system can bestow appropriate leniency to Justin in this most unique case.

Sincerely,

*[signature]*

Darren M Nichols