**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S4)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Laura Taylor | Alex King |
| David Mesrobian | |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey
U.S. Probation: Irish Anderson/Amanda Henry

## CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Defendant was found guilty of Counts One through Twelve of the Fourth Superseding Indictment.

Defendant adjudged guilty on Counts **One through Twelve of the Fourth Superseding Indictment**

The Court heard argument from counsel regarding the objections to the Presentence Investigation Report, resolved the objections, and announced the guidelines on the record.

The parties made their presentations, and the Court heard from Defendants and their mitigation witnesses.

The Court will pronounce sentence on **September 7, 2023, at 11:30 a.m.**

Date: September 6, 2023
Times: 9:45 a.m. – 12:35 p.m.; 1:35 p.m. – 3:05 p.m.
Total: 4 Hours, 20 Minutes