UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No:       3:21-cr-00022-MMH-MCR

KRISTOPHER ERVIN
_____/

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND APPOINT CONFLICT CJA COUNSEL AND
MOTION FOR EXTENTION OF TIME**

COMES NOW the Defendant, Kristopher Ervin, by and through the undersigned counsel, and hereby moves this Honorable Court to (1) grant withdraw as counsel of record for the purpose of appeal, (2) appoint conflict CJA counsel for the purpose of appeal, and (3) grant a motion for extension of time to file the Transcript Order Form, and required appeal documents, and in support hereof, states as follows:

1.  On September 7, 2023, this Honorable Court sentenced Defendant to 68 months prison, followed by three years of supervised release.  Doc. 324.

2.  On September 19, 2023, undersigned counsel filed a Notice of Appeal on behalf of the Defendant, with the understanding from the Defendant and Defendant's father that they would secure appellate counsel.

3.  The Defendant's family informed undersigned counsel that they were attempting to obtain funds to retain appellate counsel. However, due to an unexpected medical emergency, Defendant's father has been unable to secure funding.

4.  As of the date of this filing, Defendant's father has notified undersigned counsel of his inability to secure said funding and requested undersigned counsel to request appointment of counsel for the purpose of appeal.

5. Undersigned counsel has conferred with the Federal Public Defender's Office, who notified counsel that they could not represent Mr. Ervin due to a conflict.

6. On October 11, 2023, the Eleventh Circuit Court of Appeals issued a Dismissal Notice advising that if the appeal documents were not filed within 14 days, the appeal would be dismissed.

7. Undersigned counsel is not admitted to practice in the Eleventh Circuit Court of Appeals, and thus, is filing this motion with the District Court to preserve Defendant's appeal, and to request appointment of conflict CJA counsel.

8. If this Honorable Court has the jurisdiction to grant an extension of the current appeal deadline, undersigned counsel respectfully requests such relief be granted to permit additional time for the Defendant's father to secure appellate counsel and/or the Conflict CJA Counsel additional time to comply with the appeal deadlines.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion, permit undersigned counsel to withdraw as counsel of record for the Defendant, and appoint Conflict CJA Counsel to represent Mr. Ervin for the purpose of appeal, and, if the Court has jurisdiction, grant an extension of the current appeal deadlines.

Respectfully submitted,
**First Coast Criminal Defense**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to:  Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 25th day of October, 2023.

                                              /s/ Alex King
                                              ATTORNEY