# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                 CASE NO. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER
ERVIN

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Withdraw as Counsel of Record and Appoint Conflict CJA Counsel and Motion for Extension of Time (Doc. 338) filed October 25, 2023. Upon review of the Motion and the file, it is

**ORDERED:**

1. A hearing on the Motion will be held on **Thursday, November 29, 2023 at 11:00 a.m.** in Courtroom 5C, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida 32202. Defendant and his counsel must be present for the hearing.

2. Counsel for Defendant is advised that in accordance with Addendum Four of the Eleventh Circuit Plan Under the Criminal Justice Act, subsection (d)(2), an _in camera ex parte_ review of Defendant's financial circumstances and Defendant and counsel's fee arrangements in this matter is required before the Court may allow retained counsel to withdraw. Mr.

King shall produce to the Court documentation of their fee arrangements with Defendant in this matter. Such documentation shall either be in the form of contract or affidavits or both and shall indicate whether representation was contemplated for post-sentencing proceedings.

3.  Defendant's request for the Court to grant an extension of the deadlines set forth by the Eleventh Circuit is **DENIED**. The undersigned is without jurisdiction to provide the requested relief.  To the extent that the Eleventh Circuit provided Defendant with instructions and deadlines they should be followed in accordance with the Eleventh Circuit's Orders.  Should any request for extension be needed, Defendant should file a proper motion with the Eleventh Circuit.

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of November, 2023.

*[signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Marshal Service
Eleventh Circuit Court of Appeals