UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 3:21-cr-21-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   ANY UNITED STATES MARSHAL; and

   WARDEN, FCI JESUP,

It appearing from the Judgment in a Criminal Case returned executed by the United States Marshal Service that the defendant in the above case, Kristopher Justinboyer Ervin (#32680-509), is confined in the FCI, Jesup, 2600 Highway South, Jesup, Georgia 31599, and that this case is set for an *in camera ex parte* motion hearing as to said defendant on **November 29, 2023 at 11:00 a.m**, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said KRISTOPHER JUSTINBOYER ERVIN now detained in custody as aforesaid, under safe and secure conduct, before this Court on November 29, 2023, at 300 N. Hogan Street, Courtroom

5C, Jacksonville, Florida 32202, by or before 11:00 a.m. for an *in camera ex parte* motion hearing, and upon completion of all further proceedings in this case that you return him with all convenient speed, under safe and secure conduct to the custody of FCI Jesup.

And this is to command you, Warden, FCI Jesup, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

DONE AND ORDERED at Jacksonville, Florida, this 6th day of November, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States Marshal Service