UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The undersigned Assistant United States Attorney respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government co-counsel in regard to **forfeiture** proceedings in the above-styled cause, on behalf of the United States of America, in lieu of Assistant United States Attorney Mai Tran.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
