# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO. 3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER
ERVIN
_____/

## ORDER

On November 29, 2023, an *ex parte* hearing was held before the undersigned on defense counsel's motion to withdraw as counsel. After inquiry was made with regards to counsel's fee arrangement and the defendant's financial ability to afford counsel, Mr. King's motion was granted, allowing him to withdraw.

Accordingly, it is **ORDERED:**

Valarie Linnen is hereby appointed as counsel for purposes of appeal. Alex King, Esq. is relieved of any further responsibility in this case, with exception of those duties required to properly transition the case to Ms. Linnen.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of November, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties